1  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  ashartsis@sflaw.com
   JOSEPH V. MAUCH (Bar #253693)
3  jmauch@sflaw.com
   DANIEL M. PONIATOWSKI (Bar #306754)
4  dponiatowski@sflaw.com
   One Maritime Plaza, Eighteenth Floor
5  San Francisco, CA  94111-3598
   Telephone:     (415) 421-6500
6  Facsimile:     (415) 421-2922

7  Attorneys for Plaintiff
   SIMPSON STRONG-TIE COMPANY INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11

12 SIMPSON STRONG-TIE COMPANY        Case No.
   INC.,
13                                   **COMPLAINT FOR FALSE
                        Plaintiff,   ADVERTISING, PASSING OFF, UNFAIR
14                                   COMPETITION, AND COPYRIGHT
          v.                         INFRINGEMENT**
15
   MITEK INC.,                       **DEMAND FOR JURY TRIAL**
16
                        Defendant.
17

18        Plaintiff Simpson Strong-Tie Company Inc. ("Simpson" or "Plaintiff") hereby complains

19 against Defendant MiTek Inc. ("MiTek" or "Defendant") as follows:

20                  **I.      NATURE OF THE ACTION**

21        1.      This is an action for false advertising, passing off, unfair competition, and

22 copyright infringement. Defendant MiTek has engaged in a pattern and practice of improperly

23 copying and using Plaintiff Simpson's proprietary product names as MiTek product names and

24 "Reference Numbers" to make false statements to consumers in order to market and sell MiTek's

25 competing products. Simpson seeks a permanent injunction to stop this deceptive and harmful

26 use of Simpson proprietary product names, which is widespread on MiTek's website, mobile

27 software application, product catalogs, product packaging and labels, shelf tags, and other

28 marketing and point-of-sale materials.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111-3598

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

## II.    THE PARTIES

2.      Simpson is a California corporation with its principal place of business in Pleasanton, Alameda County, California. As described in more detail below, Simpson is engaged in the design and manufacture of various products for the construction industry.

3.      On information and belief, Defendant MiTek is a Missouri corporation with its principal place of business in Chesterfield, Missouri. Like Simpson, Defendant manufactures and sells products for the construction industry.

## III.    JURISDICTION

4.      This is an action for false advertising and passing off under the Federal Lanham Act, copyright infringement under the Federal Copyright Act, and false advertising and unfair competition under California law. The Court has original subject matter jurisdiction over the First and Third Causes of Action for false advertising and passing off, respectively, under the Lanham Act pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. § 1331. The Court has original subject matter jurisdiction over the Fifth Cause of Action for copyright infringement under the Copyright Act pursuant to 28 U.S.C. § 1338(a). The Court has original subject matter jurisdiction over the Fourth Cause of Action for unfair competition under state law pursuant to 28 U.S.C. § 1338(b). The Court has supplemental jurisdiction over the Second Cause of Action for false advertising under state law pursuant to 28 U.S.C. § 1367(a).

5.      The Court has personal jurisdiction over MiTek because, among other things, MiTek has established minimum contacts within the forum such that the exercise of jurisdiction over MiTek will not offend traditional notions of fair play and substantial justice. MiTek conducts business throughout the United States, and actively transacts business in this judicial district by selling its products in this district, directly and through retailers and retailers' websites. MiTek advertises, markets, offers for sale, and sells its products in this judicial district.

6.      In addition to MiTek's continuous and systematic conduct of business in California, the Court has specific jurisdiction over MiTek because the causes of action against it in this Complaint arose from or are connected with its purposeful acts committed in this district in California, including engaging in false advertising, passing off, unfair competition, and

- 2 -

copyright infringement.

## IV. VENUE

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) and (2) because MiTek is a resident of this district for purposes of Section 1391 and a substantial part of the events or omissions giving rise to the claims occurred in this district.

## V. INTRADISTRICT ASSIGNMENT

8. Pursuant to Civil Local Rule 3-2(c), intellectual property actions such as this action are assigned on a district-wide basis.

## VI. GENERAL ALLEGATIONS

### A. Simpson Is The Industry Leader In Structural Connectors

9. Simpson is the world leader in structural product solutions for the construction industry. For more than 60 years, Simpson has marketed and sold products that make structures safer and stronger, and the company is recognized as the premier brand of structural connectors in the residential construction industry. Indeed, Simpson was one of the first companies to introduce an extensive line of structural connectors used in wood-to-wood and wood-to-concrete construction. Over time, other companies entered the market, but rather than dedicating significant investment to research and development, most of these companies attempted to copy or knock-off Simpson products. As a result of Simpson's leading role and unparalleled reputation in the industry, building plans often call out Simpson's products by name and require "Simpson or equivalent."

10. Simpson invests heavily in research and development, and has continuously expanded its line of structural connectors with innovative new products that address the changing needs of its customers. Not only does Simpson offer a wide variety of structural connectors for residential construction, Simpson is also well-known for its line of shearwalls, moment frames, and fasteners. In the last few decades, the company has expanded further with products designed for "Do It Yourself" (DIY) projects and products for infrastructure, commercial, and industrial construction, including mechanical anchors, adhesives, and products that repair, protect, and strengthen concrete and masonry.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 3 -

11.     As a company built on innovation, Simpson is respectful of and highly values intellectual property rights, both its own and others'. Simpson has obtained approximately 900 patents over the past 60 years. The great majority of these patents pertain to structural connectors and fasteners, and are still enforceable, having been issued in recent years in connection with Simpson's development and release of new or updated product designs.

**B.    Simpson's Product Names**

12.     Simpson creates a proprietary product name for each and every connector and fastener it markets. The product name includes both (a) a "Part Name" consisting of a letter or combination of letters (also occasionally including a number or numbers) designating the product line (*e.g.*, "LGUM" for a hanger for concrete or masonry applications, "BCS" for a post cap, and "LUS" for a hanger with double shear/slant nailing), and (b) a range of what Simpson refers to as "Model Numbers" consisting of additional numbers and letters added to the Part Name to identify the various models of the part with differing attributes, including, in some cases, distinct sizes, temperature ratings, and load values (*e.g.*, "LGUM26-2-SDS," "LGUM28-4-SDS," "BC4," "BC46R," "LUS26-2SS," and "LUS28SS").

13.     Simpson has been using proprietary alphanumeric product names for its connectors and fasteners for decades. For Simpson's long-standing product lines, the same product names have been used for many years and have become well known to consumers. As new products are marketed, Simpson creates new product names − with an overarching Part Name and specific Model Numbers.

14.     The process related to Simpson's creation of new product names involves a significant amount of creativity and originality. Simpson product names are not randomly generated; nor has Simpson adopted a product nomenclature system that automatically generates or results in a product name when a new product is developed. Instead, Simpson employees take considerable time and effort to develop the Part Name and Model Numbers for each new product line or new Model Number within an existing product line, taking into account a variety of factors including the description of the product, ease of use for consumers, and the existence of other Simpson product names. While there is sometimes an acronymic relationship between the

- 4 -

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

product name and the product description, that is not always the case and, even when it is, the decision to use a particular product name is still creative and original. Each time a new product is developed, Simpson creates and introduces to the market the new and original product, product description, and product name.

15.     Simpson's long-standing, consistent, and extensive use of its proprietary product names, described in detail below, has resulted in its product names becoming very well-known. Indeed, as noted above, engineers regularly specify Simpson's products in building plans by the product name and the construction professionals who install the specified products likewise know and use the product names.

**C.     Simpson's Use Of Product Names In Marketing And Advertising Its Products**

16.     Simpson has employed and does employ its product names consistently and extensively across its various marketing strategies and advertising media.

**1.     Simpson's Use Of Product Names On Its Website**

17.     Simpson uses its proprietary product names throughout its website at strongtie.com. For example, the Part Names are used to identify particular product lines on pages of the strongtie.com website devoted to particular product categories, as shown in the example below (annotated in red) of the various products displayed on the "Bases and Caps" page at https://www.strongtie.com/capsandbases_woodconnectors/category.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

Case No.                          COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
                          UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT





18.     The product names are also used on the individual product line pages of the Simpson website to identify the particular models available for each product line, and, in particular, in charts identifying the load values and other specifications for each available model, as shown in the examples below (annotated in red) from the "BC/BCS Post Cap" product page at https://www.strongtie.com/onepiecepostcaps_postcaps/bc-bcs_productgroup_wcc/p/bc.bcs#LoadTables.



Case No.      COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

**2.**     **Simpson's Use Of Product Names In Its Catalogs And Publications**

19.     Simpson also uses its proprietary product names to identify its various product lines and models throughout its popular product catalogs, which are available in hardcopy and online formats, including its Wood Construction Connectors Catalog. The Wood Construction Connectors Catalog provides detailed information about each product, including load values, specifications, code approvals, and other information used by engineers, code-approval agencies, building departments, and others. Among other things, the Wood Construction Connectors Catalog contains an "Alphabetical Product Index" that lists (a) the Part Name for the product line, (b) a brief description of the product line, and (c) the page number(s) in the catalog where that product line can be found, as shown below in an example from the 2019-2020 Wood Construction Connectors Catalog, which is the most recently published version. A true and correct copy of the complete 2019-2020 Wood Construction Connectors Catalog is attached and incorporated by reference as Exhibit A.



20.     Like the Simpson website, the Simpson catalogs also employ product names on

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

Case No.     COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

nearly every page to identify product lines (such as HDU) and product models (such as HDU8-SDS2.5), often in charts identifying the dimensions and load values, and other important information, for each available model. An example of such usage from page 53 of the 2019-2020 Wood Construction Connectors Catalog is shown below with annotations in red.

**Simpson Strong-Tie® Wood Construction Connectors**

**SIMPSON Strong-Tie**

**HDU/DTT**

## Holddowns (cont.)

These products are available with additional corrosion protection. For more information, see p. 15.

For stainless-steel fasteners, see p. 21.

Many of these products are approved for installation with Strong-Drive® SD Connector screws. See pp. 335–337 for more information.

| Model No. | Ga. | Dimensions (in.) | | | | Fasteners (in.) | | | Minimum Wood Member Size (in.) | Allowable Tension Loads (160) | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | W | H | B | CL | Anchor Bolt Dia. | SD | Wood Fasteners | | DF/SP | SPF/HF | Deflection at Allowable Load (in.) | |
| DTT1Z | 14 | 1½ | 7⅛ | 1⅝ | ⅞ | ⅜ | | (6) SD #9 x 1½ | 1½ x 5⅛ | 840 | 840 | 0.17 | |
| | | | | | | | | (6) 0.148 x 1½ | | 910 | 640 | 0.167 | |
| | | | | | | | | (8) 0.148 x 1½ | | 910 | 850 | 0.167 | |
| DTT2Z | 14 | 3½ | 6⁹⁄₁₆ | 1½ | ⅝⁄₁₆ | ⅝₁₆ | | (8) ¼ x 1½ SDS | 1½ x 3½ | 1,825 | 1,800 | 0.105 | |
| DTT2Z-SDS2.5 | | | | | | | | (8) ¼ x 1½ SDS | 3 x 3½ | 2,145 | 1,835 | 0.128 | |
| | | | | | | | | (8) ¼ x 2½ SDS | 3 x 3½ | 2,145 | 2,105 | 0.128 | |
| HDU2-SDS2.5 | 14 | 3 | 8⅜ | 3½ | 1⅞₁₆ | 1¼ | | (6) ¼ x 2½ SDS | 3 x 3½ | 3,075 | 2,215 | 0.088 | EtC, FL, LA |
| HDU4-SDS2.5 | 14 | 3 | 10⁹⁄₁₆ | 3½ | 1⅞₁₆ | 1¼ | | (10) ¼ x 2½ SDS | 3 x 3½ | 4,565 | 3,285 | 0.114 | |
| HDU5-SDS2.5 | 14 | 3 | 13⅞₁₆ | 3½ | 1⅞₁₆ | ⅝ | | (14) ¼ x 2½ SDS | 3 x 3½ | 5,645 | 4,340 | 0.115 | |
| HDU8-SDS2.5 | 10 | 3 | 16⅜ | 3½ | 1⅝ | 1½ | | (20) ¼ x 2½ SDS | 3½ x 3½ | 6,765 | 5,820 | 0.11 | |
| | | | | | | | | | 3½ x 5½ | 6,970 | 5,905 | 0.116 | |
| | | | | | | | | | 3½ x 4½ | 7,870 | 6,500 | 0.113 | |
| HDU11-SDS2.5 | 10 | 3 | 22⅛ | 3½ | 1⅝ | 1½ | | (30) ¼ x 2½ SDS | 3½ x 5½ | 9,335 | 8,030 | 0.137 | |
| | | | | | | | | | 3½ x 7½ | 11,175 | 9,610 | 0.137 | |
| HDU14-SDS2.5 | 7 | 3 | 25¹⁵⁄₁₆ | 3½ | 1⅝ | 1⅞₁₆ | 1 | (36) ¼ x 2½ SDS | 3½ x 5½ | 10,770 | 9,260 | 0.122 | — |
| | | | | | | | | | 3½ x 7½ | 14,390 | 12,375 | 0.177 | EtC, FL, LA |
| | | | | | | | | | 5½ x 5½ | 14,445 | 12,475 | 0.172 | |

1. HDU14 requires heavy hex anchor nut to achieve tabulated loads (supplied with holddown).
2. HDU14 loads on 4x6 post are applicable to installation on either the narrow or the wide face of the post.

Studs/post

Threaded rod

Floor joist

(7) 2x blocking

**Typical HDU Tie Between Floors**

C-C-2019 © 2019 SIMPSON STRONG-TIE COMPANY INC.

**UPDATED 06/01/19**

53

Holddowns and Tension Ties

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

21. Simpson owns more than two hundred federally registered copyrights covering its catalogs and other original works of authorship. Many of the registered works, including all of the registered Wood Construction Connectors Catalogs going back to 2000, contain an alphabetical product index of Simpson connector and fastener products similar to the Alphabetical Product Index described above. The chart below is a list of registered Wood Construction Connectors Catalogs and supplements to that catalog, dating back to 2000.

| Registration No. | Year(s) |
|---|---|
| TX0005213949 | 2000 |
| TX0005323926 | 2001 |
| TX0006144849 | 2002 |
| TX0006144850 | 2003 |
| TX0006139477 | 2004 |
| TX0006141584 | 2005 |
| TX0006483414 | 2006 |
| TX0006483411 | 2007 |
| TX0007238001 | 2008 |
| TX0007204677 | 2009-2010 |
| TX0007204672 | 2010 Addendum |
| TX0007336772 | 2011-2012 |
| TX0007514002 | 2012 Addendum |
| TX0007663107 | 2013-2014 |
| TX0007815401 | 2014 Addendum |
| TX0008003635 | 2015-2016 |
| TX0008432911 | 2017-2018 |
| TX0008756447 | 2019-2020 |

22. Simpson also uses its product names in other written materials, including product guides, advertising flyers, brochures, and technical bulletins.

### 3. Simpson's Use Of Product Names On Product Packaging And Point-of-Sale Marketing Materials

23. Simpson also uses its proprietary product names, including both Part Names and Model Numbers, prominently on product packaging, product labels, carton labels, shelf tags, and other point-of-sale marketing materials, as shown in the examples below.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

Case No.                    COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
                      UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598







### D.     MiTek Acquires USP's Line Of Structural Connectors And Fasteners, And Attempts To Compete With Simpson

24.     According to its website, MiTek is a global supplier of software, engineered construction products and services, and automated manufacturing equipment. On information and belief, in 2011, MiTek acquired USP Structural Connectors ("USP"), one of the companies in the structural connector and fastener market with Simpson. USP offered − and now MiTek offers − competing versions of many of Simpson's structural connectors and fasteners. Indeed, as explained above, many of MiTek's products are knock-offs or close copies of products that

Case No.                    COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

Simpson first brought to market. MiTek is thus a direct competitor of Simpson.

25.     MiTek attempts to compete with Simpson, not just by offering knock-offs of Simpson products, but also by trying to convince consumers (particularly the engineers that specify Simpson products) explicitly and implicitly that the MiTek products are equivalent to or sufficient substitutes for Simpson products. MiTek has admitted in other litigation in this Court that Simpson's products are frequently specified by the product name and that MiTek has had to compete for business by going back to the engineer of record and attempting to prove that the MiTek product is equivalent to the Simpson product. Indeed, MiTek publishes a "Dual Specification Guide," available on its website at https://www.mitek-us.com/uploadedFiles/_RedesignSite/ Content/documents/products/Specify_Docs/MiTek-Engineering_Dual_Spec_Sheet.pdf, for the express purpose of recommending to engineers how they can specify MiTek products along with Simpson products.

26.     While some of the MiTek versions of Simpson products may perform substantially the same as the Simpson product, many of the MiTek versions have different load values or other important attributes. For example, many of Simpson's products are patented, and therefore MiTek is precluded from copying the innovative features of Simpson's products that are covered by the patents during the life of the patents. As noted above, Simpson invests heavily in research and development and Simpson has obtained more than 900 patents over the course of its sixty-year history, the majority of which have been obtained in the past twenty years. In other cases where Simpson does not have patent protection for a product, the MiTek knock-off is inferior in other ways. A simple comparison of Simpson's products to MiTek's knock-offs demonstrates that in many, if not most, cases, the MiTek products are not equivalent to Simpson's products.

**E.     MiTek's Improper And Infringing Use Of Simpson's Product Names**

27.     MiTek has engaged in a pattern and practice of improperly copying and using Simpson proprietary and copyright-protected product names to market and sell MiTek's competing products. MiTek misuses and infringes Simpson's product names in two distinct ways. First, as described in detail below, MiTek has copied Simpson proprietary names and used

Case No.                       COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
                        UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

them, with no or minimal variation, as MiTek Part Names and "Stock Numbers" (which include letters and numbers) used to identify MiTek products. Second, as also described below, MiTek has also used Simpson proprietary product names, without authorization or attribution, as "Reference Numbers" (when referring to the full Simpson Model Number for the particular product model) or "Reference Series" (when referring to the Simpson Part Name for the product line). MiTek's improper and infringing use of Simpson proprietary product names as MiTek Part Names, Stock Numbers, and Reference Numbers is widespread on MiTek's website, mobile software application, product catalogs, carton labels, product labels, shelf tags, and other point-of-purchase materials.

### 1. MiTek's Use Of Simpson Product Names With Its Own Part Names And Stock Numbers

28. Every structural connector and fastener marketed and sold by MiTek has a MiTek product name. Just like Simpson's product names, the MiTek product names consist of both a Part Name that designates the product line and a "Stock Number" that designates the particular models available for each product line. For example, MiTek markets a multi-purpose angle with the part name ML and with two stock numbers, the ML24-TZ and the ML26-TZ.

29. Many of the MiTek Part Names are identical to or very similar to pre-existing Simpson Part Names. The reason for this is that, when MiTek (or, previously, USP) copied a pre-existing Simpson product or brought its own version of a patented Simpson product to market, it often copied not only the product itself but also the pre-existing Simpson Part Name. For example, the MiTek ML angle described above is a knock off of Simpson's very similar angle with the very same Part Name. The chart below provides an example of just some of the MiTek Part Names that are identical to pre-existing Simpson Part Names.

| Simpson Part Name | MiTek Part Name |
|---|---|
| A | A |
| AC | AC |
| BC | BC |
| BCS | BCS |
| BP | BP |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

| Simpson Part Name | MiTek Part Name |
|---|---|
| CBSQ | CBSQ |
| CMST | CMST |
| CMSTC | CMSTC |
| CNW | CNW |
| DSC | DSC |
| EPB | EPB |
| FB | FB |
| FWH | FWH |
| GT | GT |
| HGA | HGA |
| HGAM | HGAM |
| HGU | HGU |
| HGUM | HGUM |
| HH | HH |
| HL | HL |
| HPA | HPA |
| HRS | HRS |
| HTC | HTC |
| HTT | HTT |
| HUS | HUS |
| IS | IS |
| L | L |
| LBP | LBP |
| LFTA | LFTA |
| LGU | LGU |
| LGUM | LGUM |
| LSTA | LSTA |
| LSTI | LSTI |
| MGU | MGU |
| ML | ML |
| MSTA | MSTA |
| MSTAM | MSTAM |
| MSTC | MSTC |
| MSTCM | MSTCM |
| MUS | MUS |
| PA | PA |
| PAI | PAI |
| RBC | RBC |
| RC | RC |

Case No.                     COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
                          UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

| Simpson Part Name | MiTek Part Name |
|---|---|
| RR | RR |
| ST | ST |
| STC | STC |
| T | T |
| TSP | TSP |
| WB | WB |
| WT | WT |

30.     Even when MiTek does not *identically* copy Simpson Part Names for its own products, it still copies Simpson. Many MiTek Part Names are substantially similar to Simpson Part Names, with just a single letter that is different. These MiTek Part Names are clearly based on and confusingly similar to the Simpson Part Names. The chart below provides an example of just some of the MiTek Part Names that are just one letter different than pre-existing Simpson Part Names.

| Simpson Part Name | MiTek Part Name |
|---|---|
| BPS | HBPS |
| CB | KCB |
| CBS | CBE |
| CC | KCC |
| CCC | KCCC |
| CCOB | KCCOB |
| CCQ/CCOQ | KCCQ |
| CCT | KCCT |
| CCTQ | KCCQT |
| ECC/ECCU | KECC |
| ECCL | KECCL |
| ECCO | KECCO |
| ECCQ/ECCOQ | KECCQ |
| EG | KEG |
| EGQ | KEGQ |
| EPCZ | EPCM |
| FWANZ | FWAN |
| GLB | KGLB |
| HGLB | KHGLB |

Case No.

COMPLAINT FOR FALSE ADVERTISING, PASSING OFF, UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

| Simpson Part Name | MiTek Part Name |
|---|---|
| HWP/HWPH | HWUH |
| LB | KLB |
| LEG | KLEG |
| LTT/LTTI | LTS |
| MEG | KMEG |
| MSC | MSH |
| MSTCBZ | MSTCB |
| PBV | PBS |
| PCZ | PCP |
| RP6 | RP |
| RPBZ | RPB |
| SBV | SB |
| TSF | TS |

31.     Just like the MiTek Part Names that designate the MiTek product line, the MiTek Stock Numbers that designate the MiTek product models are often copies of, and substantially similar to, the Simpson Model Numbers for similar Simpson products. Once again, the reason for this is simple. When Mitek (or USP) introduced its version of an existing Simpson connector or fastener, MiTek (or USP) likewise copied the Simpson Model Number. The chart below provides an example of just some of the MiTek Stock Numbers that are identical or substantially similar to Simpson Model Numbers.

| Simpson Model No. | MiTek Stock No. |
|---|---|
| 1212T | T1212 |
| A66 | B66 |
| A88 | B88 |
| ABA44Z | PA44E-TZ |
| BC46 | C46 |
| BC6 | C66 |
| BP5/8 | BP583 |
| CB46 | KCB46 |
| CB66 | KCB66 |
| CS18-R | RS18-R |
| CS22-R | RS22-R |
| EPC44-16 | EPCM4416 |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 16 -

| Simpson Model No. | MiTek Stock No. |
|---|---|
| EPC64-16 | EPCM6416 |
| HGA10KT | HGA10KT |
| HRS12 | HRS12 |
| HRS6 | HRS6 |
| HRS8 | HRS8 |
| HUS26 | HUS26 |
| HUS28 | HUS28 |
| LBP1/2 | LBP12-TZ |
| LSTA12 | LSTA12 |
| LSTA15 | LSTA15 |
| LSTA18 | LSTA18 |
| LSTA21 | LSTA21 |
| LSTA24 | LSTA24 |
| LSTA30 | LSTA30 |
| LSTA36 | LSTA36 |
| LSTA9 | LSTA9 |
| LUS26 | JUS26 |
| MSTA12 | MSTA12 |
| MSTA12Z | MSTA12-TZ |
| MSTA18 | MSTA18 |
| MSTA24 | MSTA24 |
| MSTA30 | MSTA30 |
| MSTA36 | MSTA36 |
| MSTAM24 | MSTAM24 |
| MSTAM36 | MSTAM36 |
| MTS12Z | MTW12-TZ |
| PA18 | PA18 |
| PA23 | PA23 |
| PS218 | PS218-HDG |
| RBC | RBC |
| RPS18 | KRPS18 |
| RPS22 | KRPS22 |
| RR | RR |
| SP4 | SPT4 |
| SS1.5 | STS1 |
| ST12 | ST12 |
| ST18 | ST18 |
| ST22 | ST22 |
| ST9 | ST9 |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 17 -

| Simpson Model No. | MiTek Stock No. |
|---|---|
| WB126 | WB126 |

### 2.    MiTek's Use Of Simpson Product Names As Reference Numbers

32.    MiTek's use of Simpson proprietary product names as the basis for MiTek product names is not the only way that MiTek makes improper, infringing, and deceptive use of Simpson product names. MiTek also uses Simpson proprietary product names as "Reference Numbers" (when referring to the full Simpson model number for the particular product model) or "Reference Series" (when referring to the Simpson part name for the product line), separate from the MiTek product names.

33.    Simpson has not authorized, approved, or licensed MiTek to use the Simpson product names as Reference Numbers or Reference Series.

34.    MiTek never identifies the Reference Numbers and Reference Series as Simpson product names. Nor does MiTek ever attribute the Reference Numbers and Reference Series to Simpson in any way, or otherwise refer to Simpson in any way in connection with the Reference Numbers and Reference Series. Nor has MiTek ever provided notice to consumers that Simpson has not authorized, approved, or licensed MiTek's use of Simpson product names as Reference Numbers or Series. The closest that MiTek comes to acknowledging that the Reference Numbers are in fact Simpson product names is a brief statement, buried in its 357-page catalog, entitled "About the Reference Numbers," which states the following: "Reference numbers shown throughout the charts in this catalog are part numbers which may be more familiar to customers in various regions of the United States. These are included for the convenience of our new customers who have recently switched from a competitor's product line to MiTek."

### 3.    MiTek's Use Of Simpson Product Names On Its Website And Mobile Application

35.    MiTek has improperly used, and continues to improperly use, Simpson's proprietary product names − both as the basis for MiTek's product names and as Reference Numbers − on the MiTek website and MiTek's mobile software application.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

36. MiTek uses MiTek Part Names and MiTek Stock Numbers that are identical to or substantially similar to Simpson Part Names and Model Numbers throughout the MiTek website at mitek-us.com. For example, as shown in the examples below (annotated in red) from https://www.mitek-us.com/products/connectors/caps-and-bases/ and https://www.mitek-us.com/products/caps-bases/post-caps---one-piece/BC%20/%20BCS%20/%20C/, MiTek uses infringing and deceptive Part Names and Stock Numbers, like the BCS product line with BCS22-4 and BCS23-6 models (when Simpson likewise offers the BCS product line with BCS2-2/4 and BCS2-3/6 models), on webpages displaying categories of product lines and on webpages displaying particular product lines.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598



## CAPS AND BASES

Home / U.S. Products / Connectors / Caps and Bases / Post Caps - One-Piece

## POST CAPS

### BC / BCS / C

**REFERENCE SERIES: BC, BCS**
**BC** – One-piece design for double 2x to a 4x post.
**BCS** – One-piece design for connecting 2-ply (BCS22-4) or 3-ply (BCS23-6) beams to the tops of 4x4 or 6x6 respectively. Slant nailing reduces the amount of nails required for the connector.
**C** – One-piece design.

**Materials:** 18 gauge

**Finish:** G90 galvanizing; BC400-TZ – G-185 galvanizing

**Code Reports:** View Code Report Table

### RESOURCES

MiTek Product Catalog

### OPTIONS

→ Corrosion Resistant Products Table

### TECHNICAL BULLETINS

→ Corrosion Protection Technical Bulletin

C44 Post Cap

### LOAD TABLE

| Post Size | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.)[1] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W1 | W2 | H1 | H2 | L1 | L2 | Post | | Beam | | Uplift 160% | F1 160% | F2 160% |
| | | | | | | | | | | Qty | Type | Qty | Type | | | |
| 4 x 4 | BCS22-4 | BCS2-2/4 | 18 | 3-1/8 | 3-9/16 | 2-15/16 | 2-15/16 | 2-7/8 | 2-7/8 | 6 | 10d | 8 | 10d | 865 | 1065 | -- |
| | BC400-TZ | -- | 18 | 3-1/8 | 3-9/16 | 2-3/8 | | 3-1/2 | 3-5/16 | 10 | 10d x 1-1/2 HDG | 8 | 10d x 1-1/2 HDG | 615 | 780 | 580 |
| | C44 | BC4 | 18 | 3-9/16 | 3-9/16 | 2-7/8 | 2-7/8 | 3-1/4 | 3-1/4 | 6 | 16d | 6 | 16d | 925 | 1105 | 1105 |
| 4 x 4 Rough | C44R | BC4R | 18 | 4 | 4 | 2-5/8 | 2-5/8 | 3-1/4 | 3-1/4 | 8 | 16d | 8 | 16d | 925 | 1105 | 1105 |
| 4 x 6 | C46 | BC46 | 18 | 3-9/16 | 5-1/2 | 2-9/16 | 2-5/8 | 3-3/8 | 5-1/4 | 10 | 16d | 10 | 16d | 925 | 1105 | 1105 |
| 4 x 6 Rough | C46R | -- | 18 | 4 | 6 | 2-3/4 | 2-3/4 | 5-1/4 | 5-1/4 | 10 | 16d | 10 | 16d | 925 | 1105 | 1105 |
| 6 x 6 | BCS23-6 | BCS2-3/6 | 18 | 4-5/8 | 5-5/8 | 3 | 3-3/8 | 3-1/2 | 4-3/8 | 6 | 16d | 12 | 16d | 1120 | 1625 | -- |
| | C66 | BC6 | 18 | 5-1/2 | 5-1/2 | 2-7/8 | 2-7/8 | 5-1/4 | 5-1/4 | 12 | 16d | 12 | 16d | 1195 | 2100 | 2100 |
| 6 x 6 Rough | C66R | BC6R | 18 | 6 | 6 | 2-13/16 | 2-13/16 | 5-1/4 | 5-1/4 | 12 | 16d | 12 | 16d | 955 | 2210 | 2210 |
| 8 x 8 | C88 | BC8 | 18 | 7-1/2 | 7-1/2 | 5 | 5 | 7-3/8 | 7-3/8 | 16 | 16d | 16 | 16d | 1195 | 2260 | 2260 |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) BCS23-6: Substituting 16d x 2-1/2" nails for 16d common nails is not permitted for slant nailing.
3) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

View / Download the above load table as a PDF

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111-3598

37.     MiTek also uses Simpson product names as Reference Numbers and Reference Series in the manner described above throughout the MiTek website. For example, as shown in the examples above (annotated in yellow), MiTek lists BCS as the Reference Series and a variety of Reference Numbers including BCS2-2/4 and BCS2-3/6 on the webpage for its BCS product. As also shown in the examples above, MiTek, in particular, lists the Reference Numbers in charts identifying the load values and other specifications for each available model.

38.     MiTek's website also has, as shown below (annotated in red) at https://www.mitek-us.com/advanced-search/, a feature called "Advanced Product Search" that enables users of the website to search for MiTek products based on the Reference Numbers/Series (*i.e.*, the Simpson Part Name). For example, a user that selected the Reference Number of "EGQ" (*i.e.*, the Simpson Part Name for a Simpson high-capacity top-flange hanger) would be taken to the webpage of the MiTek website describing a MiTek hanger.



39.     MiTek also offers a software application for users of mobile devices with iOS and Android operating systems available at the Apple App Store and Google Play Store. MiTek's iOS and Android software applications are substantially the same and are collectively referred to herein as the "App."

40.     MiTek improperly uses Simpson's proprietary product names as the basis for MiTek's product names and as Reference Numbers and Reference Series on the App, just as it does on its website, as shown in the examples below (annotated in red). The App also has search functionality similar to the Advanced Product Search feature of the MiTek website that allows

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 21 -

users of the App to search for MiTek products using MiTek product names and Reference Numbers. The App also has a "Product Conversion" feature that allows a user to input a Reference Number (*i.e.*, Simpson product name) that the App then "converts" into a MiTek product, as also shown in the examples below.

 

### 4.     MiTek's Use Of Simpson Product Names In Its Catalogs And Publications

41.     MiTek has improperly used, and continues to improperly use, Simpson's proprietary product names − both as the basis for MiTek's product names and as Reference Numbers and Reference Series − in the MiTek product catalog and in other published MiTek documents.

42.     Like the Simpson Wood Construction Connectors Catalog, the MiTek product

Case No.                  COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

1  catalog is published in an online and hardcopy format and contains detailed information about

2  each MiTek product, including load values, specifications, code approvals, and other information

3  used by engineers, code-approval agencies, building departments, and others. MiTek last

4  published a version of its product catalog in 2020 (the "2020 Catalog"). A true and correct copy

5  of the 2020 Catalog is attached and incorporated by reference as Exhibit B.

6  43.   The MiTek 2020 Catalog misuses Simpson product names on nearly every page

7  as the basis for MiTek product names and as Reference Numbers, in the same manner as the

8  MiTek webpage. An example of such usage from page 62 of the 2020 Catalog is shown below,

9  with annotations in red showing use of Simpson product names as MiTek Part Names and Stock

10  Numbers and annotations in yellow showing use of Simpson product names as Reference

11  Numbers.



SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 23 -

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

44.     The MiTek 2020 Catalog includes, near the beginning of the document, a "MiTek Products Alphabetical Index." This index, which appears on pages 5 through 7 of the 2020 Catalog, lists the MiTek Part Names alphabetically along with a brief description of the product and the page of the catalog that the product appears on. Immediately following the MiTek Products Alphabetical Index is a "Reference Number Index," as shown below. This index, which appears on pages 8 through 9 of the 2020 Catalog, lists the Reference Numbers (*i.e.*, Simpson Part Names) alphabetically along with a very brief description of the product and the page of the catalog on which a MiTek product appears. The Reference Number Index is thus a close copy of the "Alphabetical Index" in Simpson's copyright-protected Wood Construction Connectors Catalog. In the upper left-hand corner of the first page of the Reference Number Index is MiTek's previously mentioned "About the Reference Numbers" statement. The Reference Number Index does not list the MiTek product names and nowhere refers to Simpson.



45.     MiTek improperly uses Simpson's proprietary product names in published documents other than its product catalog. For example, MiTek publishes a stand-alone document

referred to as the "MiTek USP Cross Reference Conversion Guide" or "Reference Number Conversion" chart (referred to herein as the "Conversion Guide"). A true and correct copy of Conversion Guide, last published in 2018, is shown below and attached and incorporated by reference as Exhibit C. The Conversion Guide contains two columns, one with Reference Numbers (*i.e.*, Simpson Model Numbers) and the other with USP Stock Numbers. Once again, the Conversion Guide contains no reference or attribution to Simpson, no explanation that the Reference Numbers are Simpson product names, and no disclaimer of Simpson's authorization, sponsorship, or approval of MiTek's use of the Simpson product names. Instead, the Conversion Guide contains only the following statement: "The reference numbers in this chart are for general application comparison only and should not be used as a substitution tool. User is responsible to compare load values, fastener schedules, material specs and other factors to determine use."

Case No.                COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
                        UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

**5.    MiTek's Use Of Simpson Product Names On Product Packaging And Point-of-Sale Marketing Materials**

46.    MiTek has likewise improperly used, and continues to improperly use, Simpson's proprietary product names − both as the basis for MiTek's product names and as Reference Numbers and Reference Series − on MiTek product packaging, product labels, carton labels, shelf tags, and other point-of-sale marketing materials.

47.    MiTek uses Simpson product names as MiTek product names and Reference Numbers on product labels and carton labels, as shown in the example below (annotated in red). Indeed, MiTek's "Product Identification and Labeling" publication, available on its website at https://www.mitek-us.com/uploadedFiles/_RedesignSite/Content/documents/products/product-id-labeling.pdf, makes clear that labels for every product or carton of products include the Stock Number and Reference Number, as also shown below.



SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111-3598

Case No.                COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

**Each USP Structural Connector is identified with the following information:**

**Labels are positioned on products so they can be seen after installation**

**Code Evaluation Identification Number:**
The code evaluation reports are shown here.
Note: ESR-2685 is a general index report from ICC Evaluation Service, Inc. (ICC-ES) and provides a convenient cross-reference to many of our ESR reports. Most products are evaluated by one or more of the following code agencies:

**ICC-ES (ESR),** icc-es.org
**City of Los Angeles (RR),** netinfo.ladbs.org
**Florida (Florida Product Approval No.),** floridabuilding.org
**IAPMO Uniform-ES (ER),** iapmoes.org

Visit USPconnectors.com/code-reports for the latest code evaluation reports.

**Product Brand:**
USP MiTek®

**USP Stock Number:**
Shows stock number as it appears in USP's literature and code evaluation reports.

**Reference Number:**
Product number of a competitor that may be specified.

**Work Order Number:**
For structural product traceability.

**UPC Code**

**USP MiTek®**
**JUS28-TZ**
Ref# LUS28Z
ESR-2685, FL17232.12, RR25843
21466090        Triple Zinc G-185

**Color Coding:**
Black print indicates standard G90 finish.
Green print indicates corrosion resistant finish.

**Typical Product Label**

48.     MiTek also uses Simpson product names as MiTek product names and Reference Numbers on shelf tags and related point-of-sale marketing material, as shown in the examples below (annotated in red) from MiTek's Dealer Merchandising Guide, available on MiTek's website at https://www.mitek-us.com/uploadedFiles/_RedesignSite/Content/documents/products/ mitek-dealer-merchandising-guide.pdf. A true and correct copy of the Dealer Merchandising Guide is attached and incorporated by reference as Exhibit D.




**F.     MiTek's Use Of Simpson Product Names Is False And Misleading, And Deceives Or Is Likely To Deceive Consumers**

49.     MiTek's use of Simpson proprietary product names as the basis for MiTek product names and as Reference Numbers constitutes explicitly and implicitly false statements to consumers about the nature, characteristics, and/or qualities of its products on MiTek's website, mobile software applications, product catalogs, carton labels, product labels, shelf tags, and other

- 27 -

marketing and point-of-sale materials. MiTek makes these false and misleading statements incorporating Simpson product names with the intent to induce consumers to purchase MiTek products, and these statements have a tendency to deceive, are likely to deceive, and have actually deceived consumers about MiTek and Simpson products, as described below.

50.     MiTek's use of Part Names and Stock Numbers that are identical to or substantially similar to pre-existing Simpson Part Names and Model Numbers in the manner described above is false and misleading, and deceives consumers in a number of ways. First, use of a Simpson product name as a MiTek product name is a literally false statement that the MiTek product is, in fact, a Simpson product. In other words, MiTek's identical and substantially similar product names pass off MiTek products as Simpson products. For example, a MiTek shelf tag using "BP" to identify a product falsely identifies the product as Simpson's BP product, when that is not true. Second, use of a MiTek product name that is identical or substantially similar to a Simpson product name is also false in that it necessarily implies that Simpson and MiTek are affiliated in some way or that Simpson has authorized, endorsed, or approved of MiTek's use of the identical or substantially similar product name. Third, use of a MiTek product name that is identical or substantially similar to a Simpson product name also necessarily and falsely implies that the MiTek product is equivalent to the Simpson product. Even if some consumers become aware that MiTek's products are not Simpson products, and are not affiliated with or endorsed by Simpson, the use of identical or substantially similar product names necessarily and falsely implies that the two products are equivalent, when in fact they are not.

51.     Even when the MiTek product name is not identical or substantially similar to a Simpson product name, MiTek's use of Simpson product names as Reference Numbers and Reference Series in the manner described above is likewise false and misleading, and deceives consumers in a number of ways. First, use of a Simpson product name as a Reference Number is a literally false statement that the MiTek product identified by the Reference Number is the "referenced" Simpson product. As with MiTek's use of Simpson product names as MiTek product names, using Simpson product names as Reference Numbers passes off MiTek products as Simpson products. For example, a MiTek shelf tag with the TAZ Reference Number falsely

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

identifies the product as Simpson's TAZ product, when that is not true. Second, use of a Simpson product name as a Reference Number is also false in that it necessarily implies that Simpson and MiTek are affiliated in some way or that Simpson has authorized, endorsed, or approved of MiTek's use of the proprietary Simpson product name as a Reference Number. Third, use of a Simpson product name as a Reference Number also necessarily and falsely implies that the MiTek product is equivalent to the Simpson product. Even if some consumers become aware that MiTek's products are not Simpson products, and are not affiliated with or endorsed by Simpson, the use of the proprietary Simpson product name as a Reference Number necessarily and falsely implies that the two products are equivalent, when in fact they are not.

52.     On information and belief, MiTek's actions, as described above, have been undertaken with the intent to deceive consumers. Indeed, MiTek intends for consumers to equate the MiTek product with the similarly named or referenced Simpson product. This intent is clear from MiTek's use of Simpson product names as MiTek product names and Reference Numbers generally, as well as from MiTek's particular use, for example, of (a) the "Advanced Product Search" feature on the MiTek website that equates MiTek products with Simpson's products based on Simpson product names, (b) the search and "Product Conversion" features on the MiTek App that equate MiTek products with Simpson's products based on Simpson product names, (c) the Reference Number Index in the MiTek catalogs that equates MiTek products with Simpson's products based on Simpson product names, and (d) the Conversion Guide that directly equates a Mitek product to a Simpson product.

53.     MiTek's attempt to equate its products with Simpson products through the use of Simpson product names is particularly concerning because the Simpson and MiTek products are not equivalent. The Simpson products that correspond to the Reference Numbers are, in fact, materially different than the MiTek products. As discussed above, many of Simpson's products are patented, precluding MiTek from copying the innovative features of Simpson's products that are covered by the patents, and, even in cases where Simpson does not have patent protection for a product, the MiTek knock-off products are inferior in other ways. In particular, the Simpson products often achieve higher load values than the purportedly "equivalent" MiTek products. A

Case No.                     COMPLAINT FOR FALSE ADVERTISING, PASSING OFF,
                     UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

consumer who sees the Simpson product name on a MiTek label or on the MiTek website is thus likely to conclude incorrectly that the MiTek product can be used in place of the Simpson product, when in fact it cannot.

54.    MiTek also recommends, directs, and/or instructs distributors, dealers, and retailers to market and advertise MiTek products with MiTek marketing and advertising materials that, through the use of Simpson product names described above, make false statements to consumers about MiTek products and their relationship with Simpson products, as described above. For example, MiTek's Dealer Merchandising Guide, discussed above and attached as Exhibit D, directs dealers and retail stores to display MiTek products for sale in a manner that emphasizes the infringing and improper MiTek product names and Reference Numbers, including use of shelf tags, signage, and carton labels that employ the product names and Reference Numbers. The Dealer Merchandising Guide further includes the Conversion Guide, which, as discussed above, explicitly "converts" Simpson product names into the purported MiTek equivalent, as an aisle sign. Moreover, MiTek's connector and fastener products (with deceptive and infringing product packaging, carton labels, product labels, and/or shelf tags) are displayed for sale in some retail environments in close proximity, if not adjacent to, Simpson's connector and fastener products. On information and belief, MiTek's advertising and marketing strategy, as communicated and directed to MiTek's dealers and retailers, is intended to deceive consumers.

## VII.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**False Advertising Under Federal Lanham Act – 15 U.S.C. § 1125(a)(1)(B)**

55.    Simpson incorporates herein the allegations of paragraphs 1 through 54.

56.    MiTek's acts described herein constitute false advertising and unfair competition in violation of 15 U.S.C. § 1125(a)(1)(B).

57.    MiTek has used or made, and will continue to use or make, in commercial advertising or promotion throughout the United States, including in California, one or more words, terms, names, symbols, or devices, or any combination thereof, or any false and/or

- 30 -

misleading designation of origin, false and/or misleading description of fact, or false and/or misleading representation of fact that misrepresent the nature, characteristics, and/or qualities of MiTek's and Simpson's products, including the acts alleged above.

58.     MiTek's acts have deceived and/or have a tendency to deceive a substantial segment of the relevant public to whom the statements have been made.

59.     MiTek's acts are material in that they have influenced and/or are likely to influence the purchasing decisions of relevant members of the public, including by leading them to believe that MiTek's products are Simpson's products, that MiTek's products are equivalent to Simpson's products, and/or that Simpson is affiliated with, authorizes, and/or endorses MiTek and MiTek's products.

60.     By reason of the foregoing, MiTek has intentionally and willfully violated 15 U.S.C. § 1125(a)(1)(B).

61.     As an actual and proximate result of MiTek's willful and intentional acts, Simpson has suffered harm by direct diversion of sales from Simpson to MiTek, or by lessening of the goodwill which Simpson's products enjoy with the buying public.

62.     MiTek's wrongful acts, unless and until enjoined and restrained by order of this Court, will cause irreparable injury to Simpson. Simpson has no adequate remedy at law in that monetary damages would be difficult to ascertain, and would be inadequate to compensate Simpson for the harm caused by MiTek if MiTek is not enjoined.

## SECOND CAUSE OF ACTION
### False Advertising Under California Law – Cal. Bus. & Prof. Code § 17500

63.     Simpson incorporates herein the allegations of paragraphs 1-62.

64.     MiTek's acts as described herein constitute untrue and misleading advertising in violation of section 17500 *et seq*. of the California Business & Professions Code.

65.     MiTek publicly made or disseminated untrue and misleading statements, and/or caused untrue and misleading statements to be made or disseminated, to the public in California, with the intent to induce any person who read it to purchase from MiTek the products described in the advertisements.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

66.     MiTek's statements in the advertisements were known, or should have been known by the exercise of reasonable care, to be untrue and misleading, and were made to deceive any person who might read the advertisements.

67.     MiTek's statements in the advertisements are false and misleading in that they falsely state and/or necessarily imply that MiTek's products are Simpson's products, that MiTek's products are equivalent to Simpson's products, and/or that Simpson is affiliated with, authorizes, and/or endorses MiTek and MiTek's products, when in fact that is not true.

68.     As a direct and proximate result of the foregoing conduct, Simpson has suffered harm, including harm to reputation and lost goodwill.

69.     MiTek's wrongful acts, unless and until enjoined and restrained by order of this Court, will cause irreparable injury to Simpson. Simpson has no adequate remedy at law in that monetary damages would be difficult to ascertain, and would be inadequate to compensate Simpson for the harm caused by MiTek if MiTek is not enjoined.

## THIRD CAUSE OF ACTION
### Passing Off Under The Federal Lanham Act – 15 U.S.C. § 1125(a)(1)(A)

70.     Simpson incorporates herein the allegations of paragraphs 1-69.

71.     MiTek's acts described herein constitute passing off and unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

72.     MiTek has used or made, and will continue to use or make, in commerce throughout the United States, including in California, one or more words, terms, names, symbols, or devices, or any combination thereof, or any false and/or misleading designation of origin, false and/or misleading description of fact, or false and/or misleading representation of fact that is likely to cause consumer confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of MiTek with Simpson, or as to the origin, sponsorship, or approval of MiTek's products by Simpson.

73.     By reason of the foregoing, MiTek has intentionally and willfully violated 15 U.S.C. § 1125(a)(1)(A).

74.     As an actual and proximate result of MiTek's willful and intentional acts,

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

Simpson has suffered harm.

75.     MiTek's wrongful acts, unless and until enjoined and restrained by order of this Court, will cause irreparable injury to Simpson. Simpson has no adequate remedy at law in that monetary damages would be difficult to ascertain, and would be inadequate to compensate Simpson for the harm caused by MiTek if MiTek is not enjoined.

## FOURTH CAUSE OF ACTION
### Unfair Competition Under California Law – Cal. Bus. & Prof. Code § 17200

76.     Simpson incorporates herein the allegations of paragraphs 1-75.

77.     MiTek's acts described herein constitute unfair competition in violation of section 17200 *et seq*. of the California Business and Professions Code.

78.     As a direct and proximate result of the foregoing conduct, Simpson has suffered damages, including harm to reputation and lost goodwill.

79.     MiTek's wrongful acts, unless and until enjoined and restrained by order of this Court, will cause irreparable injury to Simpson. Simpson has no adequate remedy at law in that monetary damages would be difficult to ascertain, and would be inadequate to compensate Simpson for the harm caused by MiTek if MiTek is not enjoined.

## FIFTH CAUSE OF ACTION
### Copyright Infringement

80.     Simpson incorporates herein the allegations of paragraphs 1-79.

81.     Simpson owns a valid registered copyright on its Wood Construction Connectors Catalogs with the registration numbers identified above.  Simpson has the exclusive right to copy, distribute, and transmit those copyrighted works in the United States. All of the registered Wood Construction Connectors Catalogs going back to at least 2000 contain Simpson Part Names and Model Numbers in the manner described above, including but not limited to use of Simpson Part Names and Model Numbers on pages of the catalog providing information regarding Simpson product lines. In particular, all of the registered Wood Construction Connectors Catalogs going back to at least 2000 contain a version of the Alphabetical Product Index described above.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

82.    MiTek has copied Simpson's copyrighted works and/or created unauthorized substantially similar derivative works, and has distributed those works to third parties, therefore infringing Simpson's copyrights, by using Simpson Part Names and Model Numbers in its own catalogs and other marketing and advertising materials as described above. Such infringing works include, but are not limited to (a) MiTek's 2020 Catalog, (b) MiTek's 2019 Catalog, (c) MiTek's 2018 Catalog, (d) MiTek's Conversion Guide, last published in 2018, (d) MiTek's current version of its App, last updated in iOS and Android versions in June 2020, and (e) MiTek's current version of its website at www.mitek-us.com, which, on information and belief, was updated in 2020. In particular, MiTek has copied and/or created unauthorized substantially similar derivative works of Simpson's Alphabetical Product Index by publishing and distributing its own catalogs with the Reference Number Index described above.

83.    MiTek's conduct was willful and violates the exclusive rights belonging to Simpson as the owner of the copyrights and its original works, including, without limitation, Simpson's rights under 17 U.S.C. §106.

84.    As a result of the above-described conduct of MiTek, Simpson has been harmed.

85.    Simpson is further entitled to an order, upon the entry of a final judgment, directing the destruction or the return to Simpson of all infringing copies or derivations of Simpson's copyrighted works.

## **PRAYER FOR RELIEF**

Simpson requests the Court to enter a judgment in its favor against Defendant MiTek as follows:

86.    For a permanent injunction against MiTek and the officers, agents, employees, or attorneys of MiTek, and all others in active concert or participation with them, restraining them from the following actions:

(a)    copying Simpson product names or using substantially similar product names as MiTek product names when MiTek introduces new products;

(b)    including Simpson product names as a "Reference Number" or "Reference Series" in catalogs, publications, webpages, or other online or hardcopy documents, including

but not limited to in tables or charts showing the performance characteristics of MiTek's products;

(c)    including Simpson's product names as a "Reference Number" or "Reference Series" on MiTek product packaging, carton labels, product labels, shelf tags, and other point-of-sale materials or displays;

(d)    including functionality in its mobile applications, online website, or other software that enables users to enter a Simpson product name to search for MiTek products; and

(e)    publishing a "MiTek USP Cross Reference Conversion Guide" or "Reference Number Conversion" chart with Simpson product names.

87.    That MiTek be adjudged to have infringed Simpson's copyright within the meaning of 17 U.S.C. §106;

88.    That MiTek be adjudged to have engaged in false advertising, passing off, and unfair competition under both Federal law and California law; and

89.    That Simpson be granted such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY

Simpson demands a trial by jury for all issues so triable.

Dated:  October 6, 2020                SHARTSIS FRIESE LLP


                                       */s/ Joseph V. Mauch*
                                       By:     JOSEPH V. MAUCH

                                       Attorneys for Plaintiff
                                       SIMPSON STRONG-TIE COMPANY INC.

8764497

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598