# Exhibit B







# PRODUCT CATALOG

## 60TH EDITION



# MITEK IS MORE THAN JUST ENGINEERED PRODUCTS



## ENGINEERED PRODUCTS

Our products save on labor and installation costs and help provide code compliant and safe, resilient homes.

MiTek-US.com/Products







## SOFTWARE

We're optimizing the workflow of your business, improving accuracy and reducing waste with our software solutions.

MiTek-US.com/Software

**WE'RE WORKING TO BE YOUR HOLISTIC BUILDING SOLUTIONS PARTNER**

SEE MORE OF OUR SOLUTIONS ON THE INSIDE-FRONT COVER >

# What's New at MiTek?

### MiTek® IHFL (18GA) /IHF (16GA) Face Mount I-Joist Hangers

IHFL/IHF hangers feature speed prongs for temporary placement and seat cleats to grab the bottom flange of the supported I-joist. Diamond holes in header and joist allow for optional Max nailing for customized fastening to match allowable load needed, saving you time and money on the jobsite. See page 206 for details.



### MiTek® FWHH Heavy-Duty Fire Wall Hangers

The MiTek FWHH Heavy-Duty Fire Wall Hanger is designed to support beams and purlins at header locations. The higher capacity of the FWHH is achieved thru top flange bearing along with added face and beam/purlin nailing. As with the FWH hanger, the advanced design allows you to install the hangers before the drywall is attached, allowing your project to be completely framed-up and weather-tight before the drywall sheathing shows up on site. See page 198 for details.



### UGTQ  Universal Girder Tiedown

The universal girder tiedown, UGTQ, is a high capacity tiedown designed to resist uplift loads on multi-ply roof trusses.  The UGTQ installs with MiTek's WS structural wood screws and is fastened on one side for single connector installations or opposite sides for two connector installations. The UGTQ is available in left and right models for installation near the end of girders. See page 259 for details.



### WSTS  Truss Structural Wood Screw

The MiTek® Pro Series™ WSTS Structural Truss Screw can be used to resist uplift and lateral loads for truss/rafter-to-plate and stud-to-plate connections. The WSTS is tested in accordance with ICC-ES AC233 and AC13 and meets 2018 IRC and IBC code requirements. See page 260 for details.



### MiTek® FWH/S Fire Wall Hangers for CFS Construction

The FWH/S Fire Wall Hanger attaches to cold-formed steel wall framing to support cold-formed steel joists. See page 337 for details.



Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# Directory of Products

Code Evaluation Information . . . . . . . . . . . 10
Corrosion Information . . . . . . . . . . . . . . 11-16
Design Notes. . . . . . . . . . . . . . . . . . . . .18-19
Installation Notes. . . . . . . . . . . . . . . . . . . 19
New Products . . . . . . . . . . . . . . . . . . . . . 3
Product Information . . . . . . . . . . . . . . . . 17
Product Notes . . . . . . . . . . . . . . . . . . . . . 18
Reference Number Index . . . . . . . . . . . . .8-9
MiTek index. . . . . . . . . . . . . . . . . . . . . . .5-7

## Angles & Straps . . . . . . . . . . . . .106-135
Angles. . . . . . . . . . . . . . . . .108-111, 113-115
Clips . . . . . . . . . . . . . . . . . . . . . 112, 118-119
Header Hangers. . . . . . . . . . . . . . . . . . . .118
Knee Braces . . . . . . . . . . . . . . . . . . . . . . 135
Lateral Joist Connectors . . . . . . . . . . . . . 120
Ornamental Connectors. . . . . . . . . . . . . . 125
Straps . . . . . . . . . . . . . . . . . . . . . . . .121-134
Stud Plate Ties . . . . . . . . . . . . . . . . . 116-117

## Caps & Bases . . . . . . . . . . . . . .80-105
Column Bases . . . . . . . . . . . . . . . . . . . . 88-91
Column Caps. . . . . . . . . . . . . . . . . . . .99-105
Post Anchors. . . . . . . . . . . . . . . . . 82-85, 92
Post Bases . . . . . . . . . . . . . . . . . . . .86-87, 98
Post Caps . . . . . . . . . . . . . . . . . . . . . . 93-97

## Cold-Formed Steel . . . . . . . . . 326-339
Angles. . . . . . . . . . . . . . . . . . . . . . . . . . . 334
Concrete Screw Anchors . . . . . . . . . . . . . 329
Fastening Information . . . . . . . . . . . . . . . 328
Girder Tiedowns . . . . . . . . . . . . . . . . . . . 338
Hangers. . . . . . . . . . . . . . . . . . . . . . 336-337
Holdowns . . . . . . . . . . . . . . . . . . . . 330-333
Hurricane Ties. . . . . . . . . . . . . . . . . . . . . 339
Straps . . . . . . . . . . . . . . . . . . . . . . . . . . . 335
Stud Plate Ties . . . . . . . . . . . . . . . . . . . . 338

## Concrete & Masonry . . . . . . . . .40-63
Anchor Bolts . . . . . . . . . . . . . . . . . . . . .49-51
Anchor Rod Chairs. . . . . . . . . . . . . . . . . . 48
Anchoring Epoxy . . . . . . . . . . . . . . . . . 42-43
Beam Seats. . . . . . . . . . . . . . . . . . . . . . . 62
Bearing Plates. . . . . . . . . . . . . . . . . . . . . 51
Concrete Form Ties & Wedge . . . . . . . . . . 54
Coupler Nuts . . . . . . . . . . . . . . . . . . . . . . 53
Foundation Anchors. . . . . . . . . . . . . . . 55-61
Hangers. . . . . . . . . . . . . . . . . . . . . . . . . . 63
Hex Nuts . . . . . . . . . . . . . . . . . . . . . . . . . 54
Mechanical Anchors . . . . . . . . . . . . . . 44-46
Retro Plates. . . . . . . . . . . . . . . . . . . . . . . 61
Threaded Rods . . . . . . . . . . . . . . . . . . .47, 52
Washers . . . . . . . . . . . . . . . . . . . . . . . . . 53

## Deck & Fences . . . . . . . . . . . . . 296-305
Angles. . . . . . . . . . . . . . . . . . . . . . . . . . . 302
Deck Connectors. . . . . . . . . . . 298-300, 302
Fence Hardware . . . . . . . . . . . . . . . . 303-305
Stair Angles. . . . . . . . . . . . . . . . . . . . . . . 301

## EWP Hangers . . . . . . . . . . . . . .202-231
Adjustable Connectors. . . . . . . . . . . . . . . 230
EWP Hanger Selector Guide. . . . . . . . . . . 204
EWP Installation . . . . . . . . . . . . . . . 202-203
Face Mount Hangers . . . . . . . . . . . . . 205-216
Top Mount Hangers . . . . . . . . . . . . . . 217-229
Slope/Skew Hangers . . . . . . . . . . . . . . . . 231

## Fasteners . . . . . . . . . . . . . . . . . . .20-39
Bolts . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Fastening Identification/Features. . . . . . . . 39
Nails . . . . . . . . . . . . . . . . . . . . . . . . . . .22-24
Screws . . . . . . . . . . . . . . . . . . . . . . . . .25-37

## Fire Wall Hangers . . . . . . . . . . 194-201
Face Mount Hangers . . . . . . . . . . . . 200-201
Top Mount Hangers . . . . . . . . . . . . . . 194-199

## General Hardware . . . . . . . . . . .306-317
Bridging. . . . . . . . . . . . . . . . . . . . . . .314-315
Corner Tie . . . . . . . . . . . . . . . . . . . . . . . . 316
D.I.Y. Products. . . . . . . . . . . . . . . . . . . . . 309
Drywall Clip . . . . . . . . . . . . . . . . . . . . . . 308
Insulation Supports . . . . . . . . . . . . . . . . . 308
Mending Plates . . . . . . . . . . . . . . . . . . . . 317
Nail Plates . . . . . . . . . . . . . . . . . . . . . . . . 317
Plywood Clips . . . . . . . . . . . . . . . . . . . . . 308
Protection Plates . . . . . . . . . . . . . . . . . . . 310
Shelf Brackets. . . . . . . . . . . . . . . . . . . . . 316
Straps . . . . . . . . . . . . . . . . . . . . . . . .311-312
Stud Shoes . . . . . . . . . . . . . . . . . . . . . . . 312
Wall Bracing . . . . . . . . . . . . . . . . . . . . . . 313
Wall Ties . . . . . . . . . . . . . . . . . . . . . . . . . 316

## Glulam Beam Connectors . . . .232-241
Face Mount Hangers . . . . . . . . . . . . . .232-234
Hinge Connectors . . . . . . . . . . . . . . . .240-241
Seismic Straps . . . . . . . . . . . . . . . . . . . . 241
Top Mount Hangers . . . . . . . . . . . . . 234-239

## Holdowns . . . . . . . . . . . . . . . . . .64-79
Foundation Straps . . . . . . . . . . . . . . . . .73-77
Holdowns . . . . . . . . . . . . . . . . . . 66-69, 72
Purlin Anchors. . . . . . . . . . . . . . . . . . .78-79
Tension Ties . . . . . . . . . . . . . . . . . . . . .70-71

## Lateral Systems . . . . . . . . . . . . 350-354

## Lumber Hangers . . . . . . . . . . .136-193
Face Mount Hangers . . . . . . 139-165, 181-184
Hanger Selection Guide . . . . . . . . . . . . . . 138
Masonry Hangers . . . . . . . . . . . . . . . .185-193
Panel & Purlin Hangers . . . . . . . . . . . .177-181
Slope/Skew Hangers . . . . . . . . . . . . . .173-176
Strap Hangers . . . . . . . . . . . . . . . . . . . . . 172
Top Mount Hangers . . . . . . . . . . . . . . .166-171

## Manufactured Housing . . . . . 340-349
Foundation Anchor . . . . . . . . . . . . . . . . . 347
Hangers. . . . . . . . . . . . . . . . . . . . . . . . . . 344
Installation Notes. . . . . . . . . . . . . . . . . . . 342
Nails . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343
Nail Plates . . . . . . . . . . . . . . . . . . . . . . . . 348
Plate Tie . . . . . . . . . . . . . . . . . . . . . . . . . 347
Post Anchors . . . . . . . . . . . . . . . . . . . . . . 348
Protection Plates . . . . . . . . . . . . . . . . . . . 349
Rafter Ties. . . . . . . . . . . . . . . . . . . . . 345-346
Stud Plate Ties . . . . . . . . . . . . . . . . . . . . 346

## Plated Truss . . . . . . . . . . . . . . . 266-295
Alternate Installations . . . . . . . . . . . . . . . 287
Blocking Supports. . . . . . . . . . . . . . . . . . . 294
Drag Strut Connectors. . . . . . . . . . . . . . . . 282
Face Mount Hangers . . . . . . . . . . . . . 268-272
Field Splice Kits. . . . . . . . . . . . . . . . . . . . 295
Girder Hangers . . . . . . . . . . . . . . . . . 283-286
Hip/Jack Connectors . . . . . . . . . . . . . .281-282
Hoist Plates. . . . . . . . . . . . . . . . . . . . . . . 294
Skewed Nail Plate . . . . . . . . . . . . . . . . . . 280
Spacers/Braces. . . . . . . . . . . . . . . . . .288-289
Strap Hangers . . . . . . . . . . . . . . . . . . .273-279
Supplementary Bearing Plates. . . . . . . . . . 290
Truss Clips. . . . . . . . . . . . . . . . . . . . . .291-294

## Specialty Options . . . . . . . . . . .318-325
Face Mount Hanger . . . . . . . . . . . . . . . . . 321
Open Top Flange Hanger . . . . . . . . . . . . . 322
Part Number System . . . . . . . . . . . . . . . . 325
Solid Top Flange Hanger . . . . . . . . . . 322-323
Specialty Options & General Notes . . . . . . 320
Top Flange Nailer Options . . . . . . . . . . . . 324
Welded Top Flange Hanger . . . . . . . . . . . 325

## Truss & Rafter . . . . . . . . . . . . . 242-265
Angles. . . . . . . . . . . . . . . . . . . . . . . .255-256
Girder Tiedowns . . . . . . . . 251-254, 257-259
Hurricane Ties. . . . . . . . . . . . . 256, 262-264
Moisture Barrier Plates . . . . . . . . . . . . . . 244
Strap Connector . . . . . . . . . . . . . . . . . . . 265
Truss Anchors . . . . . . . . . . . . . . . . . . 244-250
Truss Structural Wood Screw . . . . . . 260-261

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# MiTek Products Alphabetical Index

## A

**A** Angle Clip . . . . . . . . . . . . . . . . . . . . .108-109
**AB** Anchor Bolts . . . . . . . . . . . . . . . . . . . . . .51
**AC** Angle Clips . . . . . . . . . . . . . . . . . .108-109
**ADTT** Adj. Deck Tension Tie . . . . . . . . 182, 298
**Alternate Installations** . . . . . . . . . . . . . . . . 287
**ANJ** Heavy Angles . . . . . . . . . . . . . . . . . . .115
**ARC** Anchor Rod Chairs. . . . . . . . . . . . . . . . 48
**ATR** All Thread Rod . . . . . . . . . . . . . . . . . . 52

## B

**B** Bolts . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
**B** Corner Braces . . . . . . . . . . . . . . . . . . . . . .114
**BC** Post Cap . . . . . . . . . . . . . . . . . . . . . . . . 93
**BCS** Post Caps . . . . . . . . . . . . . . . . . . . . . . 93
**BD** Bolt Down . . . . . . . . . . . . . . . . . . . . . . 305
**BL** Corner Braces . . . . . . . . . . . . . . . . . . . . .114
**BN** Breakfast Nook Hangers . . . . . . . . . . . . 282
**BP** Bearing Plates . . . . . . . . . . . . . . . . . . . . .51
**BPH** Beam & Purlin Hangers. . 218, 221, 223-229

## C

**C** Post Caps . . . . . . . . . . . . . . . . . . . . . . . . 93
**CBE** Column Bases . . . . . . . . . . . . . . . . . . . 90
**CBSQ** Column Bases . . . . . . . . . . . . . . . . . 91
**CIA-GEL** Epoxy . . . . . . . . . . . . . . . . . . . . .42-43
**CIA-EA** Epoxy Acrylate . . . . . . . . . . . . . . . . 43
**CLPBF** Butterfly Hanger . . . . . . . . . . . . . . . 268
**CMST** Coiled Strapping . . . . . . . . 126-127, 335
**CMSTC** Coiled Strapping . . . . . . . 126-127, 335
**CNW** Coupler Nuts . . . . . . . . . . . . . . . . . . . 53
**CPB** Composite Post Bases . . . . . . . . . . . . . 98
**CSH** Concealed Stringer Hanger . . . . . .181, 300

## D

**D** Post Anchors . . . . . . . . . . . . . . . . . . 92, 348
**DC** Drywall Clip . . . . . . . . . . . . . . . . . . . . . 308
**DC** Deck Clip . . . . . . . . . . . . . . . . . . . . . . 302
**DHTA** Truss Anchors . . . . . . . . . . . . . . . . . 248
**DSC** Drag Strut Connectors. . . . . . . . . . . . . 282
**DTB** Deck Tie Back . . . . . . . . . . 66, 183, 299
**DTB/S** CFS Holdown . . . . . . . . . . . . . . . . . 332
**DTC** Truss Anchor . . . . . . . . . . . . . . . . . . . 249
**DTUS** Undersaddle Hanger . . . . . . . . . . . . .180
**DUC** Ductile Undercut Anchors . . . . . . . . . . 44

## E

**EA** Adhesive (CIA-EA) . . . . . . . . . . . . . . . . 43
**EBG** Elevated Post Base . . . . . . . . . . . . . . . 87
**EPB** Elevated Post Bases . . . . . . . . . . . .86-87
**EPBH** Elevated Post Bases . . . . . . . . . . . . . 87
**EPCM** End Post Caps . . . . . . . . . . . . . . .94-95
**ERB** Fence Bracket . . . . . . . . . . . . . . . 184, 304

## F

**FA** Foundation Anchors . . . . . . . . . .55-56, 347
**FB** Fence Brackets . . . . . . . . . . . . . . . 184, 304
**FHD** Panel Hanger . . . . . . . . . . . . . . . . . . . .181
**FRB** Fence Brackets . . . . . . . . . . . . . . . 184, 304
**FS** Truss Field Splice Kits . . . . . . . . . . . . . . 295
**FSS** Truss Field Splice Kits . . . . . . . . . . . . . 295
**FT** Concrete Form Ties . . . . . . . . . . . . . . . . 54
**FTC** Floor Truss Clips . . . . . . . . . . . . . . . . . 291
**FTCF** Floor Truss Clips . . . . . . . . . . . . . . . . 291
**FWAN** Foundation Wall Anchor . . . . . . . . . . 58
**FWH** Fire Wall Hangers . . . . . . . . . . . . 194-195
**FWH/S** CFS Fire Wall Hangers . . . . . . . . . . 337
**FWHBP** Fire Wall Hangers Beam Purlin . 196-197
**FWHFM** Face Mount Fire Wall Hangers . 200-201
**FWHH** Fire Wall Hangers . . . . . . . . . . . 198-199

## G

**GEL** Epoxy (CIA-GEL Series) . . . . . . . . . .42-43
**GHF** Glulam Face Mount Hangers . . . .233-234
**GT** Girder Truss Hangers . . . . . . . . . .284-285
**GTD** Girder Truss Hangers . . . . . . . . . .284-285
**GTQ/GTQM** Girder Truss Hangers . . . . . . . . 286
**GTS** Girder Truss Hangers . . . . . . . . . .284-285
**GTWS** Girder Truss Hangers . . . . . . . . . . . . 283

## H

**Hanger Selector Guide** . . . . . . . . . . . . . . . .138
**Hardy Frame® Moment Frames** . . . . . . . . 352
**Hardy Frame® Shear Wall** . . . . . . . . . . . . . 352
**HBPH** Top Mount Hangers . . . . .218, 223-229
**HBPS** Bearing Plates . . . . . . . . . . . . . . . . . .51
**HC** Hurricane/Seismic Anchor . . . . . . .262-264
**HCPRS** Hurricane/Seismic Anchors . . . . .262-264
**HD** Face Mount Hangers
. . . . . . . . . . . . . . . . . .141-165, 186, 208, 213-216
**HDO** Top Mount Hangers . . . . . . . 167, 169-171
**HDO/S** CFS Top Mount Hangers . . . . . . . . . 336
**HDOL/S** CFS Top Mount Hangers . . . . . . . . 336
**HDQIF** Inverted Flange Hangers
. . . . . . . . 141, 144-152, 156-164, 209, 214-216
**HFS** Straps . . . . . . . . . . . . . . . . . . . . . .129, 311
**HGA** Hurricane Gusset Angles . . . . . . . . . . 256
**HGAM** Hurricane Gusset Angles . . . . . . . . . 255
**HGU** Girder Hanger . . . . . . . . . . . . . . . . . . 232
**HGUM** Masonry Girder Hangers . . . . . . . . .187
**HH** Header Hangers. . . . . . . . . . . . . . . . . . . 118
**HHC** Hip/Hip Connectors . . . . . . . . . . . . . . 281
**HHCP** Hurricane Ties . . . . . . . . . . . . .262-264
**HHTA** Truss Anchors . . . . . . . . . . . . . .246-247
**HJC** Hip/Jack Connectors . . . . . . . . . . . . . . 281

**HJHC** Hip/Jack Connectors . . . . . . . . . . . .281
**HL** Light Gauge Purlin Hangers . . . . . . .166, 169
**HLBH** Beam Hangers . . . . 219, 223-225, 227-229
**HLPTA** Truss Anchor . . . . . . . . . . . . . . . . . 245
**HN** Hex Nuts . . . . . . . . . . . . . . . . . . . . . . . 54
**HPA** Purlin Anchors . . . . . . . . . . . . . . . . .78-79
**HPAHD** Foundation Straps . . . . . . . . . . . .76-77
**HRS** Strap Ties . . . . . . . . . . . . . . . . . . . 121-123
**HTA/HTAR** Truss Anchors . . . . . . . . . .246-247
**HTC** Heavy Truss Clip . . . . . . . . . . . . . . . . 294
**HTHJ** Hip/Jack Connectors . . . . . . . . . . . . 281
**HTP** Strap Ties . . . . . . . . . . . . . . . . . . . 121-123
**HTT** Tension Ties . . . . . . . . . . . . . . . . . 70, 331
**HTW** Twist Straps . . . . . . . . . . . . . . . . 130-131
**HTWM** Twist Straps . . . . . . . . . . . . . . . . . . .133
**HUGT** Girder Tiedowns . . . . . . . . . . . 254, 258
**HUS** Slant Nail Hangers. . . . . . . . . 140, 142-145,
. . . . . 149-150, 154-157, 161-162, 209, 214, 268
**HWUH** Top Flange Hangers . . . . . . . . 190-191

## I

**IB** Incredi-Bond® Epoxy . . . . . . . . . . . . . . . 43
**ICPL** Protection Plates . . . . . . . . . 310, 349
**IHF** Face Mount Hangers . . . . . . 206, 211-213
**IHFL** Face Mount Hangers . . . . . 206, 211-213
**IS** Insulation Supports . . . . . . . . . . . . . . . 308

## J

**JA** Joist Angles . . . . . . . . . . . . . . . . . .108-109
**JDS** Purlin Hangers . . . . . . . . . . . . . . . . . .179
**JH** Multi-Purpose Joist Hangers . . . . . . . . . .172
**JL** Face Mount Joist Hangers
. . . . . . . . . . . . . . . . . 139, 142-143, 154-155
**JLIF** Inverted Flange Hangers
. . . . . . . . . . . . . . . . . 139, 142-143, 154-155
**JN/JNE** Hangers . . . . . . . . . . . . . . . . . . . . . . 344
**JNP** Mending Plates . . . . . . . . . . . . . . . . . .317
**JPF** Purlin Hangers . . . . . . . . . . . . . . . . . .178
**JUS** Slant Nail Joist Hangers
. . . . . . . . . . . . . . . . . 140, 142-150, 154-162

## K

**KB** Beam & Purlin Hangers . . . . . . 166, 170-171
**KCB** Column Base . . . . . . . . . . . . . . . . . . 88
**KCBQ** Column Bases . . . . . . . . . . . . . . . . 89
**KCC** Column Caps. . . . . . . . . . . . . . . .103-105
**KCCC** Column Caps. . . . . . . . . . . . . . . . . .105
**KCCO** Column Caps. . . . . . . . . . . . . . . . . .105
**KCCOB** Column Caps . . . . . . . . . . . . . . . .105
**KCCT** Column Caps . . . . . . . . . . . . . . . . .105
**KCCQC** Column Caps . . . . . . . . . . . . . . . .102
**KCCQO** Column Caps . . . . . . . . . . . . . . . .102
**KCCQOB** Column Caps . . . . . . . . . . . . . . .102
**KCCQ** Column Caps . . . . . . . . . . . . . . 100-102

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# MiTek Products Alphabetical Index

**KCCQT** Column Caps . . . . . . . . . . . . . . . .102
**KECC** End Column Caps . . . . . . . . . . . 103-105
**KECCL** End Column Caps . . . . . . . . . . . . . .105
**KECCQL** End Column Caps . . . . . . . . . . . . . .102
**KECCQO** End Column Caps . . . . . . . . . . . . . .105
**KECCQ** End Column Caps . . . . . . . . . . 100-102
**KEG** Glulam Beam Hangers . . . . . . . . . . . . 235
**KEGQ** Glulam Beam Hangers . . . . . . . . . . . 234
**KF** Panel Hangers . . . . . . . . . . . . . . . . . . .177
**KGB** Glulam Hangers . . . . . . . . . . . . . . . . 236
**KGH** Floor Girder Hangers . . . . . . . . . . . . . 63
**KGLB** Laminated Beam Seats . . . . . . . . . . . 62
**KGLBT** Laminated Beam Seats . . . . . . . . . 62
**KGLS** Glulam Saddle Hangers . . . . . . .238-239
**KGLST** Glulam Saddle Hangers . . . . .238-239
**KGLT** Glulam Beam Hangers . . . . . . . .237-238
**KHC** Hinge Connectors . . . . . . . . . . . .240-241
**KHCCT** Hinge Connectors . . . . . . . . . . . . . 240
**KHCST/KHCSTR** Seismic Straps . . . . . . . . .241
**KHCT** Hinge Connectors . . . . . . . . . . . . . . 240
**KHGB** Glulam Hangers . . . . . . . . . . . . . . . 236
**KHGLB** Laminated Beam Seats . . . . . . . . . 62
**KHGLS** Glulam Saddle Hangers . . . . . .238-239
**KHGLST** Glulam Saddle Hangers . . . . .238-239
**KHGLT** Glulam Beam Hangers . . . . . . .237-238
**KHHB** Glulam Hangers . . . . . . . . . . . . . . . 236
**KHL** Heavy Angles . . . . . . . . . . . . . . . . . . .114
**KHSA** Connector Straps . . . . . . . . . . . . . . .134
**KHST** Strap Ties . . . . . . . . . . . . . . . . . . . .124
**KHW** Top Flange Hangers . . . . . . . 168, 170-171
**KLB** Beam & Purlin Hangers . . . . . . . . .166, 169
**KLCC** Lally Column Caps . . . . . . . . . . . . . . 99
**KLEG** Glulam Beam Hangers . . . . . . . . . . . 235
**KMEG** Glulam Beam Hangers . . . . . . . . . . . 235
**KNS** Protection Plate . . . . . . . . . . . . . 310, 349
**KRPS** Strap Ties . . . . . . . . . . . . . . . . .124, 312
**KSA** Connector Straps . . . . . . . . . . . . . . . .134
**KSCT** Corner Tie . . . . . . . . . . . . . . . . . . . . .316
**KST** Strap Ties . . . . . . . . . . . . . . . . . 121-123
**KSTI** Strap Ties . . . . . . . . . . . . . . . . . 121-123
**KTS** Twist Straps . . . . . . . . . . . . . . . . 130-131
**KVB** Knee Braces . . . . . . . . . . . . . . . . . . . .135
**KVBI** Knee Braces . . . . . . . . . . . . . . . . . . .135

## L
**L** Straps . . . . . . . . . . . . . . . . . . . . . . . . . . .125
**LBP** Bearing Plates . . . . . . . . . . . . . . . . . . .51
**LBPS** Bearing Plates . . . . . . . . . . . . . . . . . .51
**LDSC** Drag Strut Connectors . . . . . . . . . . 282
**LFTA** Strap . . . . . . . . . . . . . . 130-131, 262-264
**LGU** Girder Hanger . . . . . . . . . . . . . . . . . . 232
**LGUM** Masonry Girder Hangers . . . . . . . . .187

**LH** Straps . . . . . . . . . . . . . . . . . . . . . . . . . . .125
**LJC** Lateral Joist Connector . . . . . . . . . . . .120
**LJQ** Lateral Joist Connectors . . . . . . . . . . .120
**LL** LumberLok Screws . . . . . . . . . . . . . .36-37
**LPTA** Embedded Truss Anchors . . . . . . . 244
**LS** Light Slope Rafter Hangers . . . . . . . . . .173
**LSSH** Slope/Skew Hangers . . . . . . . . .174, 231
**LSTA** Strap Ties . . . . . . . . . . . . . . . . . 121-123
**LSTAD** Foundation Straps . . . . . . . . . . . 74-75
**LSTI** Strap Ties . . . . . . . . . . . . . . . . . . 121-123
**LTS** Tension Ties . . . . . . . . . . . . . . . . .71, 331
**LTTI** Tension Tie . . . . . . . . . . . . . . . . . . . . . 71
**LTW** Twist Straps . . . . . . . . . . . . . . . . 130-131
**LUGT** Girder Tiedowns. . . . . . . . 253, 257, 338

## M
**MB** Bridging . . . . . . . . . . . . . . . . . . . . . . . . .315
**MBG** Bridging . . . . . . . . . . . . . . . . . . . . . . . .315
**MGU** Girder Hanger . . . . . . . . . . . . . . . . 232
**ML** Angles . . . . . . . . . . . . . . . . . . . . . .113, 302
**MP** Framing Angles . . . . . . . . . . . . . . . 108-111
**MP/S** CFS Framing Angles . . . . . . . . . . . 334
**MPA** Framing Angles . . . . . . . . . . . . . . 110-111
**MPF** Multi-Lateral Plate Ties . . . . 110-111, 347
**MPH** Masonry Hangers . . . . . . . . . . . 188-189
**MRT** Rafter Tie . . . . . . . . . . . . . . . . . . . . . . 346
**MSH** Strap Hangers . . . . . . . . . . . . . . .273-275
**MSHL/R** Skewed Truss Hanger. . . . . . . . . . 276
**MSHA** Adjustable Strap Skewed Hangers
. . . . . . . . . . . . . . .278-279
**MSSHL/R** Skewed Hanger . . . . . . . . . . . . . 277
**MSTA** Strap Ties. . . . . . . . . . . . . . . . . 121-123
**MSTAM** Masonry Straps . . . . . . . . . . . . . . . .132
**MSTC** Strap Ties . . . . . . . . . . . . . . . . . 121-123
**MSTCB** Pre-Bent Strap . . . . . . . . . . . . . . .128
**MSTCM** Masonry Straps. . . . . . . . . . . . . . . 132
**MTHF** Hanger . . . . . . . . . . . . . . . . . . . . . . . 344
**MTW** Twist Straps . . . . . . . . . . . . . . . . 130-131
**MUGT** Girder Tiedown . . . . . . . . . . . 254, 258
**MUS** Slant Nail Joist Hangers
. . . . . . . . . . . . . . . 140, 142-143, 154-155, 268

## N
**N** Bridging . . . . . . . . . . . . . . . . . . . . . . . . . .314
**N** Nails . . . . . . . . . . . . . . . . . . . . . . .22-24, 343
**NA** Nails . . . . . . . . . . . . . . . . . . . . . . .22-24, 343
**NFM** Masonry Hangers . . . . . . . . . . . 192-193
**NOP** Moisture Barrier Plates . . . . . . . . . . . 244
**NP** Mending Plates . . . . . . . . . . . . . . .317, 348

## O
**O** Bridging . . . . . . . . . . . . . . . . . . . . . . . . . .314
**Ornamental** series . . . . . . . . . . . . . . . . . . . .125

## P
**PA** Post Anchors . . . . . . . . . . . . . . . . . . . .82-83
**PA** Purlin Anchors . . . . . . . . . . . . . . . . . .78-79
**PAE** Post Anchors . . . . . . . . . . . . . . . . . .82-83
**PAHD** Foundation Strap . . . . . . . . . . . . . .76-77
**PAI** Purlin Anchors . . . . . . . . . . . . . . . . .78-79
**PAU** Post Anchors . . . . . . . . . . . . . . . . . .82-83
**PB** Post Caps . . . . . . . . . . . . . . . . . . . . . . . 96
**PBC** Post Beam Corner . . . . . . . . . . . . . . . . 97
**PBES** Post Caps . . . . . . . . . . . . . . . . . . . . . 96
**PBS** Post Caps . . . . . . . . . . . . . . . . . . . . . . 96
**PC** Plywood Clips . . . . . . . . . . . . . . . . . . . 308
**PCM** Post Caps . . . . . . . . . . . . . . . . . . . .94-95
**PCP** Plastic Post Caps . . . . . . . . . . . . . . . 305
**PFM** Concrete Screw Anchors . . . . . 45, 329
**PHD** Predeflected Holdowns . . . . . . . . . . . . 66
**PHG** Panel Hangers . . . . . . . . . . . . . . . . . .177
**PHM** Top Flange Hangers . . . . . . . . . .220-229
**PHXU** Top Flange Hangers
. . . . . . . . . . . . . . 220-221, 223-225, 227-229
**PL** Protection Plate . . . . . . . . . . . . . 310, 349
**Power-Stud® HD5** Anchors . . . . . . . . . . . . 46
**Power-Stud® SD1** Anchors . . . . . . . . . . . . 46
**PRT** Pipe Rail Ties . . . . . . . . . . . . . . . . . . . 303
**PS** Strap Ties . . . . . . . . . . . . . . . . . . . . . . .124

## R
**RBC** Roof Boundary Clip . . . . . . . . . . . . . . .112
**RC** Plywood Clips . . . . . . . . . . . . . . . . . . . 308
**RFUS** Uplift Girder Tie . . . . . . . . . . . . . . . 251
**RP** Retro Plate . . . . . . . . . . . . . . . . . . . . . . 61
**RPB** Retrofit Post Base . . . . . . . . . . . . . . . . 84
**RR** Ridge Rafter. . . . . . . . . . . . . . . . . . . . . .173
**RS** Coiled Strapping . . . . . . . . . . . 126-127, 335
**RSPT** Stud Plate Ties . . . . . . . . . . . . . . . . .116
**RST** Rafter Tie . . . . . . . . . . . . . . . . . . . . . . 345
**RT** Hurricane Ties . . . . . . . . . . . . . . . . .262-264
**RT/S** CFS Hurricane Ties. . . . . . . . . . . . . . 339
**RTM** Hurricane Retrofit Connector . . . . . . . 256
**RUSC** Strap Connector . . . . . . . . . . . . . . . 265
**RW** Round Washers. . . . . . . . . . . . . . . . . . . 53
**RWB** Wall Bracing . . . . . . . . . . . . . . . . . . .313

## S
**S/PHD** CFS Holdowns . . . . . . . . . . . . . . . . 330
**SB** Shelf Bracket . . . . . . . . . . . . . . . . . . . .316
**SBP** Bearing Plates . . . . . . . . . . . . . . . . . 290
**SCA** Stair Angles . . . . . . . . . . . . . . . .115, 301
**SDJT** Joist Tie . . . . . . . . . . . . . . . . . . . . . .119
**SDPT** Strap Post Ties . . . . . . . . . . . . . . . . .119
**SFA** Foundation Anchor . . . . . . . . . . . . . . . 61
**SFC** Framing Clip . . . . . . . . . . . . . . . . . . . .118
**SFJA** Foundation Anchor . . . . . . . . . . . . . . 61

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

# MiTek Products Alphabetical Index

**SFP** Fence Post Connectors . . . . . . . . . . . 305
**SHA** Masonry Uplift Connectors . . . . . . . . . 255
**SKH** Skewed 45° Hangers . . . . . . . . . . 175-176
**SKHH** Skewed 45° Hangers . . . . . . . . . 175-176
**SMP** Fence Post Connectors . . . . . . . . . . . 305
**SNP** Skewed Nail Plate . . . . . . . . . . . . . . . 280
**Specialty Options** . . . . . . . . . . . . . . . 320-325
**SPT** Stud Plate Ties . . . . . . . . . . . 116-117, 338
**SPTH** Stud Plate Ties . . . . . . . . . . . . . . . . . .117
**SPTHW** Stud Plate Ties . . . . . . . . . . . . .117, 346
**SRCP** Sill Retrofit Connector Plate . . . . . . . . 59
**SRC** Sill Retro Connector . . . . . . . . . . . . . . 60
**ST** Foundation Anchors . . . . . . . . . . . . . . . 57
**ST** Strap Ties . . . . . . . . . . . . . . . . . . . . 121-123
**Stabilizer** . . . . . . . . . . . . . . . . . . . . . . . . . 288
**STAD** Foundation Straps . . . . . . . . . . . . . .74-75
**STB** Anchor Bolts . . . . . . . . . . . . . . . . . . .49-50
**STBL** Anchor Bolts . . . . . . . . . . . . . . . . . .49-50
**STC** Scissor Truss Clips . . . . . . . . . . . . . . . 293
**STS** Stud Shoes . . . . . . . . . . . . . . . . . . . . .312
**SUH** Joist Hangers .139, 142-151, 153-163, 165
**SW** Top Flange Hangers . . . . . . . . . . . 168-170
**SWH** Top Flange Hangers . . . . . . . . . . . 168-171

# T
**T** Hoist Plates . . . . . . . . . . . . . . . . . . . . . . 294
**T** Straps . . . . . . . . . . . . . . . . . . . . . . . . . . .125
**TA** Foundation Straps . . . . . . . . . . . . . . . . . 73
**TA** Truss Anchors . . . . . . . . . . . . . . . . . . . . 250
**TAR** Truss Anchors . . . . . . . . . . . . . . . . . . . 250
**TD** Holdowns . . . . . . . . . . . . . . . . . . . . .68-69
**TDL** Concrete Angles . . . . . . . . . . . . . . . . . .113
**TDS** CFS Holdowns . . . . . . . . . . . . . . . . . . 333
**TDX** Holdowns . . . . . . . . . . . . . . . . . . . . .68-69
**TFI** Top Mount Hangers . . . . . 217, 222, 224-225
**TFL** Top Mount Hangers . . . . . . . . 217, 221-222
**TH** Straps . . . . . . . . . . . . . . . . . . . . . . . . . .125
**THD** Face Mount Truss Hangers
. . . . . . . . . . . . . . . . . . . . . . .210, 215-216, 269
**THDH** Face Mount Hangers
. . . . . . . . . . . . . . . . . . 210, 214-216, 270-271
**THDHQ** Girder Truss Hangers . . . . . . . . . . 272
**THF** Face Mount Hangers . . . . . . . . . . .207, 213
**THFI** Face Mount Hangers. . . . . . . . . . 205, 212

**THO** Top Mount Hangers . . . . . . . . 217, 221-226
**THR** Threaded Rods . . . . . . . . . . . . . . . . . . . .47
**TMP** Rafter-To-Plate Connectors . . . . . . . . 230
**TMPH** Rafter-To-Plate Connectors . . . . . . . 230
**TPP** Mending Plates . . . . . . . . . . . . . . . . . . .317
**TR** Roof Truss Ties . . . . . . . . . . . . . . . . . . . 293
**TS** Truss Spacer . . . . . . . . . . . . . . . . . . . . . 289
**TSP** Stud Plate Tie . . . . . . . . . . . .116, 262-264
**TSX** Truss Spacers . . . . . . . . . . . . . . . . . . . 289
**TT** D.I.Y. Products . . . . . . . . . . . . . . . . . . . . 309
**TTA** Corner Bracket. . . . . . . . . . . . . . . . . . . 309
**TTB** Bracket . . . . . . . . . . . . . . . . . . . . . . . . 309
**TTC** Corner Tie . . . . . . . . . . . . . . . . . . . . . . 309
**TTF** Bracket . . . . . . . . . . . . . . . . . . . . . . . . 309
**TTR** Clip . . . . . . . . . . . . . . . . . . . . . . . . . . . 309
**TTU** Clip . . . . . . . . . . . . . . . . . . . . . . . . . . . 309
**TUS** Undersaddle Hanger . . . . . . . . . . . . . .180

# U
**UGTS** Uplift Girder Ties . . . . . . . . . . . . . . . . 252
**UGTQ** Girder Tiedown . . . . . . . . . . . . . . . . . 259
**UMH** Universal Masonry Hangers . . . . . . . . .185
**UPHD** Holdowns . . . . . . . . . . . . . . . . . . . . . . 67
**USC** Uplift Girder Ties . . . . . . . . . . . . . . . . . 252

# V
**VTT** Valley Truss Tie . . . . . . . . . . . . . . . . . . 292

# W
**WAS** Wet Post Anchors . . . . . . . . . . . . . . . . 85
**WB** Wall Bracing . . . . . . . . . . . . . . . . . . . . .313
**WBC** Wall Bracing . . . . . . . . . . . . . . . . . . . .313
**WBT** Wall Bracing . . . . . . . . . . . . . . . . . . . .313
**WE** Wet Post Anchors . . . . . . . . . . . . . . . . . 85
**WG** Concrete Form Wedge . . . . . . . . . . . . . . 54
**WS** Hex Head Screws . . . . . . . . . . . 25, 32, 34
**WSBH** Bugle Head Screws . . . . . . . . . . . . . 35
**WSTS** Truss Screws . . . . . . . . . . . . . . .260-261
**WSWH** Washer Head Screws . . . . 26-31, 33-34
**WT** Wall Ties . . . . . . . . . . . . . . . . . . . . . . .316

# Z
**Z4™** Tie-Down Systems. . . . . . . . . . . . . . . . 354
**ZC** Blocking Supports . . . . . . . . . . . . . . . . . 294

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**WARRANTY**
MiTek USA, Inc. ("MiTek") warrants its MiTek catalog Products to be free from material defects in manufacture and design, and further warrants that they will perform within the design limitations of its published building code approvals for the applications described, when properly installed and maintained. These warranties do not cover Product deterioration due to environmental conditions, Products that have been modified or damaged, improperly installed or used outside of published design limitations or for other applications. In the event any Product is shown to not conform to these warranties, MiTek's sole obligation, and Customer's sole and exclusive remedy, shall be, at MiTek's option, to replace the non-conforming product or refund the full purchase price paid by Customer to MiTek therefor. MiTek MAKES NO OTHER PRODUCT WARRANTIES, EXPRESS OR IMPLIED, OF ANY KIND, AND PARTICULARLY EXCLUDES ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL MITEK BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, REGARDLESS OF THE LEGAL THEORY OF RECOVERY, EVEN IF IT WAS AWARE OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, MITEK'S MAXIMUM LIABILITY SHALL NOT EXCEED THE PURCHASE PRICE PAID BY CUSTOMER FOR THE NON-CONFORMING PRODUCT. Some states restrict consequential or other liability damage limitations, so some of the above limitations may not apply to you. MiTek reserves the right to change this warranty periodically. Consult MiTek's website MiTek-US.com or contact MiTek for a current warranty statement.

# Reference Number Index

### About the Reference Numbers

Reference numbers shown throughout the charts in this catalog are part numbers which may be more familiar to customers in various regions of the United States. These are included for the convenience of our new customers who have recently switched from a competitor's product line to MiTek.

The reference numbers in this catalog are for general application comparison only and should not be used as a substitution tool. The user is responsible to compare specific load values, fastener schedules, material specifications, and other factors to determine suitability of use for any particular product.

A Angle . . . . . . . . . . . . . . . . . . . . . 109, 113-114
A34/A35 Anchor . . . . . . . . . . . . . . . . . . . . . . . 111
ABA/ABU Post Base . . . . . . . . . . . . . . . . . . . .83
ABL Anchor Bolt Locator . . . . . . . . . . . . . . . . .48
AC Post Cap . . . . . . . . . . . . . . . . . . . . . . . . . .96
ATR All Thread Rod . . . . . . . . . . . . . . . . . . . . .52
BA Hanger . . . . . . . . . . . . . . . . . . 170, 221-226
BC Base . . . . . . . . . . . . . . . . . . . . . . . . 92, 348
BC Cap . . . . . . . . . . . . . . . . . . . . . . . . . . . . .93
BP Bearing Plate . . . . . . . . . . . . . . . . . . . . . . .51
BPS Bearing Plate . . . . . . . . . . . . . . . . . . . . . .51
BT Brick Tie . . . . . . . . . . . . . . . . . . . . . .185, 316
CB Column Base . . . . . . . . . . . . . . . . . . . . . . .88
CBSQ Column Base . . . . . . . . . . . . . . . . . . . . .91
CC Column Cap . . . . . . . . . . . . . . . . . . . 103-104
CCQ Column Cap . . . . . . . . . . . . . . . . . . 100-101
CHC Component Hoist Clip . . . . . . . . . . . . . . . .294
CMST Coiled Strap . . . . . . . . . . . . . . . . 126, 335
CMSTC Coiled Strap . . . . . . . . . . . . . . . 126, 335
CNW Coupler Nut . . . . . . . . . . . . . . . . . . . . . .53
CPS Composite Standoff . . . . . . . . . . . . . . . . . .98
CS Coiled Strap . . . . . . . . . . . . . . . . . . 127, 335
DBTZ Deck Tie . . . . . . . . . . . . . . . . . . . . . . .302
DETAL Truss Anchor . . . . . . . . . . . . . . . . . . .248
DGHF Drywall Hanger . . . . . . . . . . . . . . . . . .194
DJT Deck Tie . . . . . . . . . . . . . . . . . . . . . . . .119
DPPC Decorative Post Cover . . . . . . . . . . . . . .305
DPT Deck Tie . . . . . . . . . . . . . . . . . . . . . . . .119
DS Drywall Stop . . . . . . . . . . . . . . . . . . . . . .308
DSC Drag Strut Connector . . . . . . . . . . . . . . . .282
DSP Double Stud Plate . . . . . . . . . . . . . . . . . .116
DTC Roof Truss Clip . . . . . . . . . . . . . . . . . . . .293
DTT Deck Tension Tie . . . 66, 182-183, 298-299
ECC/ECCU Column Cap . . . . . . . . . . . . . . . . .104
ECCQ Column Cap . . . . . . . . . . . . . . . . . . . . .101
EG Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .235
EGQ Hanger . . . . . . . . . . . . . . . . . . . . . . . . .234
EPB Post Base . . . . . . . . . . . . . . . . . . . . . . . . .87
EPC Post Cap . . . . . . . . . . . . . . . . . . . . . . . . .95
F Hanger . . . . . . . . . . . . . . . . . . . . . . . . . . .177
FB Fence Bracket . . . . . . . . . . . . . . . . . . 184, 304
FBR Fence Bracket . . . . . . . . . . . . . . . . . 184, 304
FGTR Girder Tiedown . . . . . . . . . . . . . . . . . . .251
FJA Anchor . . . . . . . . . . . . . . . . . . . . . . . . . . .61
FPBB44 E-Z Base™ . . . . . . . . . . . . . . . . . . . .305

FPBM44 E-Z Mender™ . . . . . . . . . . . . . . . . . .305
FPBS44 E-Z Spike™ . . . . . . . . . . . . . . . . . . . .305
FRFP Foundation Plate . . . . . . . . . . . . . . . . . . .59
FSC Strap . . . . . . . . . . . . . . . . . . . . . . .183, 299
FWANZ Foundation Wall Angle . . . . . . . . . . . . .58
GA Angle . . . . . . . . . . . . . . . . . . . . . . . . . . .109
GBC Gable Bracing . . . . . . . . . . . . . . . . . . . . .263
GH Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .63
GLB Beam Seat . . . . . . . . . . . . . . . . . . . . . . . .62
GLS Hanger . . . . . . . . . . . . . . . . . . . . . . . . .239
H Hurricane Ties . . . . . . . . . . . .131, 257, 263, 308
HB Hanger . . . . . . . . . . . . . . . . . . . . . . .223-229
HCA Hinge Connector . . . . . . . . . . . . . . . 240-241
HCP Hip Corner Plate . . . . . . . . . . . . . . . . . . .263
HCSTR Strap . . . . . . . . . . . . . . . . . . . . . . . . .241
HD Holdown . . . . . . . . . . . . . . . . . . . . . . . . . .69
HDB Holdown . . . . . . . . . . . . . . . . . . . . . . . . .69
HDQ Holdown . . . . . . . . . . . . . . . . . . . . . . . . .67
HDU Holdown . . . . . . . . . . . . . . . . . . . . . .66-67
HETA Truss Anchor . . . . . . . . . . . . . . . . . 246-247
HETAL Truss Anchor . . . . . . . . . . . . . . . . . . . .249
HFN Hanger . . . . . . . . . . . . . . . . . . . . . . . . .177
HGA Gusset Angle . . . . . . . . . . . . . . . . . . . . .256
HGAM Gusset Angle . . . . . . . . . . . . . . . . . . . .255
HGLB Beam Seat . . . . . . . . . . . . . . . . . . . . . . .62
HGLS Hanger . . . . . . . . . . . . . . . . . . . . . . . .239
HGLT Hanger . . . . . . . . . . . . . . . .224-225, 237
HGLTV Hanger . . . . . . . . 223-224, 227-229, 237
HGT Girder Tiedown . . . . . . . . . . . . . . . 254, 258
HGU Girder Hanger . . . . . . . . . . . . . . . . . . . .232
HGUM Girder Hanger . . . . . . . . . . . . . . . . . . .187
HGUS Hanger . . . . . . . . . . . . . . . 215-216, 270-271
HH Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .118
HHDQ Holdown . . . . . . . . . . . . . . . . . . . . . . . .67
HHETA Truss Anchor . . . . . . . . . . . . . . . . . . .247
HHUS Hanger . . . . . . . . . . . . . . . . . . . 215-216, 269
HIT Hanger . . . . . . . . . . . . . . . . . . .222, 224-225
HL Heavy Angle . . . . . . . . . . . . . . . . . . . . . . .114
HL Strap Tie . . . . . . . . . . . . . . . . . . . . . . . . .125
HM Hurricane Tie . . . . . . . . . . . . . . . . . . . . . .256
HPA Purlin Anchor . . . . . . . . . . . . . . . . . . . . . .79
HRS Strap Tie . . . . . . . . . . . . . . . . . . . . . . . . .123
HS Hurricane Tie . . . . . . . . . . . . . . . . . . . . . .263
HST Strap . . . . . . . . . . . . . . . . . . . . . . . . . . .124
HSULC/HSURC Hanger . . . . . . . . . . . . . . . . . .176
HSUR/HSUL Hanger . . . . . . . . . . . . . . . . . . . .176
HT Strap Tie . . . . . . . . . . . . . . . . . . . . . . . . .125
HTC Heavy Truss Clip . . . . . . . . . . . . . . . . . . .294
HTPZ Strap Tie . . . . . . . . . . . . . . . . . . . . . . .122
HTS Twist Strap . . . . . . . . . . . . . . . . . . . . . . .131
HTSM Twist Strap . . . . . . . . . . . . . . . . . . . . . .133
HTT Tension Tie . . . . . . . . . . . . . . . . . . . . . . . .70
HTU Hanger . . . . . . . . . . . . . . . . . . . . . . . . .269
HU Hanger . . . . . . . . . . . . . 142-165, 186, 213-216
HUC Hanger . . . . . . . . . . . . . . . 143-153, 155-165
HUCTF Concealed Hanger . . . . . . . . . . . . . . . .170
HUCQ Hanger . . . . . . .144-152, 156-164, 214-216
HUS Hanger
. . . 142-145, 149-150, 154-157, 161-162, 214, 268
HUSC Concealed Hanger
. . . . . . . . . 144-145, 149-150, 156-157, 161-162

HUSCTF Concealed Hanger . . . . . . . . . . . . . . . .170
HUSTF Hanger . . . . . . . . . . . . . . . . . . . . 169-170
HUTF Hanger . . . . . . . . . . . . . . . . . . . . . 169-171
HWP Hanger . . . . . . . . . . . .223-225, 227-229
HWPH Hanger . . . . . . . . . . . . 224-225, 227-229
IS Insulation Supports . . . . . . . . . . . . . . . . . . .308
ITS Hanger . . . . . . . . . . . . . . . . . . . . . . .221-224
IUS Hanger . . . . . . . . . . . . . . . . . . . . . . . 211-213
JB Hanger . . . . . . . . . . . . . . . . . . . . . . . . . . .169
JBA Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .169
L Angle . . . . . . . . . . . . . . . . . . . . . . . . . . . . .109
L Strap Tie . . . . . . . . . . . . . . . . . . . . . . . . . . .125
LB Hanger . . . . . . . . . . . . . . . . . . . . . . . . . . .169
LBP Bearing Plate . . . . . . . . . . . . . . . . . . . . . . .51
LCC Lally Column Cap . . . . . . . . . . . . . . . . . . . .99
LCE Post Cap . . . . . . . . . . . . . . . . . . . . . . . . . .96
LEG Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .235
LGT Girder Tiedown . . . . . . . . . . . . . . . .253, 257
LGU Girder Hanger . . . . . . . . . . . . . . . . . . . . .232
LGUM Girder Hanger . . . . . . . . . . . . . . . . . . .187
LPCZ Post Cap . . . . . . . . . . . . . . . . . . . . . . . . .96
LS Angle . . . . . . . . . . . . . . . . . . . . . . . . . . . .109
LSC Light Stair Stringer Connector . . . . .181, 300
LSSJ Hanger . . . . . . . . . . . . . . . . . . . . .174, 231
LSSR Hanger . . . . . . . . . . . . . . . . . . . . .174, 231
LSTA Strap Tie . . . . . . . . . . . . . . . . . . . . . . . .122
LSTI Strap Tie . . . . . . . . . . . . . . . . . . . . . . . .122
LSTHD Holdown . . . . . . . . . . . . . . . . . . . . . . .75
LTA Truss Anchor . . . . . . . . . . . . . . . . . . . . . .244
LTB Bridging . . . . . . . . . . . . . . . . . . . . . . . . .314
LTHJA Hanger . . . . . . . . . . . . . . . . . . . . . . . .281
LTP Framing Anchor . . . . . . . . . . . . . . . .111, 347
LTS Twist Strap . . . . . . . . . . . . . . . . . . . . . . .131
LTT/LTTI Tension Tie . . . . . . . . . . . . . . . . . . . . .71
LU Hanger . . . . . . . . . . . 142-143, 153-155, 165
LUC Hanger . . . . . . . . . . . . . . . 142-143, 154-155
LUS Hanger . . . . . . . . . . . . . . .142-150, 154-162
MAB Mudsill Anchor . . . . . . . . . . . . . . . . . . . .57
MASA Mudsill Anchor . . . . . . . . . . . . . . . . . . . .56
MBHA Masonry Hanger . . . . . . . . . . . . . 192-193
MBHU Masonry Beam Hanger . . . . . . . . . . . . . .185
MEG Hanger . . . . . . . . . . . . . . . . . . . . . . . . .235
META Truss Anchor . . . . . . . . . . . . . . . . . . . . .247
MGT Girder Tiedown . . . . . . . . . . . . . . . 254, 258
MGU Girder Hanger . . . . . . . . . . . . . . . . . . . .232
MIT Hanger . . . . . . . . . . . . . . . . . . . . . .221-226
MIU Hanger . . . . . . . . . . . . . . . . . . . . . . . 211-213
ML Angles . . . . . . . . . . . . . . . . . . . . . . .113, 302
MMH Rafter Tie . . . . . . . . . . . . . . . . . . . . . . .346
MMLU Hanger . . . . . . . . . . . . . . . . . . . . . . . .344
MMLUI Hanger . . . . . . . . . . . . . . . . . . . . . . . .344
MP Mending Plate . . . . . . . . . . . . . . . . . . . . . .317
MST Strap Tie . . . . . . . . . . . . . . . . . . . . . . . . .123
MSTA Strap Tie . . . . . . . . . . . . . . . . . . . . . . .122
MSTAM Strap Tie . . . . . . . . . . . . . . . . . . . . . .132
MSTC Strap Tie . . . . . . . . . . . . . . . . . . . . 122-123
MSTCB Strap Tie . . . . . . . . . . . . . . . . . . . . . .128
MSTCM Strap Tie . . . . . . . . . . . . . . . . . . . . . .132
MSTI Strap Tie . . . . . . . . . . . . . . . . . . . . . . . .123
MTS Twist Strap . . . . . . . . . . . . . . . . . . . . . . .131
MTSM Twist Strap . . . . . . . . . . . . . . . . . . . . . .133

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

# Reference Number Index

**MUS** Hanger . . . . . . . . . . 142-143, 154-155, 268
**Nails** . . . . . . . . . . . . . . . . . . . . . . . . . . 23-24, 343
**NCA** Nailless Bridging . . . . . . . . . . . . . . . . . . .315
**NS** Nail Stopper . . . . . . . . . . . . . . . . . . . .310, 349
**NUT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54
**OHA** Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .125
**OL/OT/OHL/OHT** Hangers . . . . . . . . . . . . . . . .125
**OS/OHS** Hangers . . . . . . . . . . . . . . . . . . . . . . .125
**PA** Holdown . . . . . . . . . . . . . . . . . . . . . . . . . . .73
**PA** Purlin Anchor . . . . . . . . . . . . . . . . . . . . . . .79
**PAI** Purlin Anchor . . . . . . . . . . . . . . . . . . . . . . .79
**PB/PBS** Post Base . . . . . . . . . . . . . . . . . . . . . . .85
**PC** Post Cap . . . . . . . . . . . . . . . . . . . . . . . .94-95
**PF** Hanger . . . . . . . . . . . . . . . . . . . . . . 178-179
**PFB/PFDB** Hanger . . . . . . . . . . . . . . . . . . . . . .179
**PFDS** Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .181
**PGT** Pipe GripTie . . . . . . . . . . . . . . . . . . . . . .303
**PGTIC** Pipe GripTie . . . . . . . . . . . . . . . . . . . . .303
**PS** Strap . . . . . . . . . . . . . . . . . . . . . . . . . . . . .124
**PSCA** Sheathing Clip . . . . . . . . . . . . . . . . . . . .308
**PSCL** Sheathing Clip . . . . . . . . . . . . . . . . . . . .308
**PSPNZ** Protective Plate . . . . . . . . . . . . . .310, 349
**RBC** Roof Boundary Clip . . . . . . . . . . . . . . . . .112
**RCWB** Wall Bracing . . . . . . . . . . . . . . . . . . . . .313
**RFB** Retrofit Bolt . . . . . . . . . . . . . . . . . . . . . . . .47
**RP** Retro Plate . . . . . . . . . . . . . . . . . . . . . . . . .61
**RPBZ** Retrofit Post Base . . . . . . . . . . . . . . . . . .84
**RPS** Strap Tie . . . . . . . . . . . . . . . . . . . . . .124, 312
**RR** Connector . . . . . . . . . . . . . . . . . . . . . . . . .173
**RSP** Stud Plate Tie . . . . . . . . . . . . . . . . . . . . .116
**RST** Rafter Tie . . . . . . . . . . . . . . . . . . . . . . . . .345
**RTA/RTB/RTC/RTF/RTR/RTU** Rigid Tie® . . . 309
**S/B** Hanger . . . . . . . . . . . . . . . . . . . . . . . . . . .336
**S/DTT** Holdown . . . . . . . . . . . . . . . . . . . . . . . .332
**S/H** Hurricane Tie . . . . . . . . . . . . . . . . . . . . . .339
**S/HD** Holdown . . . . . . . . . . . . . . . . . . . . . . . .333
**S/HDU** Holdown . . . . . . . . . . . . . . . . . . . . . . .330
**S/HTT** Holdown . . . . . . . . . . . . . . . . . . . . . . . .331
**S/LBV** Hanger . . . . . . . . . . . . . . . . . . . . . . . . .336
**S/LS** Angle . . . . . . . . . . . . . . . . . . . . . . . . . . .334
**S/LTT** Holdown . . . . . . . . . . . . . . . . . . . . . . . .331
**SA** Strap Connector . . . . . . . . . . . . . . . . . . . . .134
**SBV** Shelf Bracket . . . . . . . . . . . . . . . . . . . . . .316
**SD** Connector Screw . . . . . . . . . . . . . . . . . . . . .36
**SDS** Heavy-Duty Connector Screw . . . . . . . .25, 32
**SDW** Multi-Ply Wood Screw . . . . . . . . . . . .26, 33
**SDWC** Screw . . . . . . . . . . . . . . . . . . . . . . . . . .261
**SP** Stud Plate Tie . . . . . . . . . . . . . . . 116-117, 338
**SPECANGLE** . . . . . . . . . . . . . . . . . . . . . . . . . .114
**SPH** Stud Plate Tie . . . . . . . . . . . . . 116-117, 346
**SS** Stud Shoe . . . . . . . . . . . . . . . . . . . . . . . . .312
**SSP** Single Stud Plate . . . . . . . . . . . . . . . . . . .116
**SSTB** Anchor Bolt . . . . . . . . . . . . . . . . . . . . . . .50
**ST** Strap Tie . . . . . . . . . . . . . . . . . . . . . . . . . .122
**STC** Roof Truss Clip . . . . . . . . . . . . . . . . . . . .293
**STCT** Roof Truss Clip . . . . . . . . . . . . . . . . . . . .293
**STHD** Holdown . . . . . . . . . . . . . . . . . . . . . . . . .75
**SUR/SUL** Hanger . . . . . . . . . . . . . . . . . . 175-176
**T** Strap Tie . . . . . . . . . . . . . . . . . . . . . . . . . . .125
**TA** Staircase Angle . . . . . . . . . . . . . . . . .115, 301
**TB** Tension Bridging . . . . . . . . . . . . . . . . . . . .314

**TBE** Truss Enhancer . . . . . . . . . . . . . . . . . . . . .290
**TBP** Truss Seat . . . . . . . . . . . . . . . . . . . . . . . . .244
**TC** Truss Connector . . . . . . . . . . . . . . . . . . . . .293
**THA** Hanger . . . . . . . . . . . . . . . . . . . . . . 274-275
**THAC** Hanger . . . . . . . . . . . . . . . . . . . . . 274-275
**THAI** Hanger . . . . . . . . . . . . . . . . . . . . . . 274-275
**THAL/R** Hanger . . . . . . . . . . . . . . . . . . . . . . . .276
**THASR/L** Truss Hanger . . . . . . . . . . . . . . . . . . .279
**THD** Titen HD® Anchor . . . . . . . . . . . . . .45, 329
**THGB/THGBH** Hanger . . . . . . . . . . . . . . .284-285
**THGQ/THGQH** Hanger . . . . . . . . . . . . . . . . . . .286
**THJA** Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .281
**THJM** Hanger . . . . . . . . . . . . . . . . . . . . . . . . .282
**THJU** Hanger . . . . . . . . . . . . . . . . . . . . . . . . . .281
**TJC** Truss Connector . . . . . . . . . . . . . . . . . . . .280
**TP** Tie Plate . . . . . . . . . . . . . . . . . . . . . .317, 348
**TS** Twist Strap . . . . . . . . . . . . . . . . . . . . . . . . .131
**TSBR** Truss Spacer . . . . . . . . . . . . . . . . . . . . . .288
**TSF** Truss Spacer . . . . . . . . . . . . . . . . . . . . . . .289
**TSP** Stud Plate Tie . . . . . . . . . . . . . . . . . .116, 263
**TSS** Truss Seat . . . . . . . . . . . . . . . . . . . . . . . . .244
**TWB** Wall Bracing . . . . . . . . . . . . . . . . . . . . . .313
**U** Hanger . . . . . . . . . . 142-151, 153-163, 165, 214
**URFP** Foundation Anchor . . . . . . . . . . . . . . . . .60
**VB** Knee Brace . . . . . . . . . . . . . . . . . . . . . . . . .135
**VPA** Connector . . . . . . . . . . . . . . . . . . . . . . . . .230
**VTCR** Valley Truss Clip . . . . . . . . . . . . . . . . . . .292
**W** Wedge . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54
**WA** Wedge-All® Anchor . . . . . . . . . . . . . . . . . . .46
**WASHER** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53
**WB/WBC** Wall Bracing . . . . . . . . . . . . . . . . . . .313
**WMU** Hanger . . . . . . . . . . . . . . . . . . 188-189
**WP** Hanger . . . . . . . . . . . . . . . . 169-171, 221-226
**WT** Wedge Form Tie . . . . . . . . . . . . . . . . . . . . .54
**Z** Clip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .294

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## Code Evaluation Information

### Code Reference Column Chart Listing

Most structural products shown in this catalog are listed in a current code evaluation report from the code evaluation agencies listed.

The load values shown in this catalog were current at the time of printing but we are continually improving our products through better engineering design and development so some of the evaluation reports may have been updated with better load values after the catalog was printed.

In a few cases, we have submitted a formal independent test report from an approved lab to the code evaluation agency and are awaiting on an evaluation report.

We recommend visiting our web site: **MiTek-US.com** or, the specified code evaluation agency's web site, shown below, to obtain the latest load values from the most current evaluation report.

ICC-ES (ESR), icc-es.org
IAPMO Uniform-ES (ER), iapmoes.org
Florida (Florida Product Approval No.), floridabuilding.org

Some code jurisdictions may require additional load reductions and/or use limitations for some products listed in this catalog. In those cases, the products may not be approved or may need further review for approval.

We recommend contacting the code jurisdiction having authority for your project to confirm they accept the evaluation reports, or contact our Engineering Department for further assistance.

### Code Reference Chart

| Code Reference | Code Evaluation Agency | Building Code Coverage |
|---|---|---|
| IBC | ICC-ES IAPMO UES | International Building Code (IBC) International Residential Code (IRC) |
| FL | State of Florida Product Approvals | Florida Building Code (FBC) |
| LA | LA City - City of Los Angeles, California | Los Angeles Building Code (LABC) Los Angeles Residential Code (LARC) **Products have a LABC & LARC Supplement to their ICC-ES or IAPMO UES evaluation report** |
| PC | Prescriptive Code | Prescriptive construction requirements |
| -- | None | No Code Listing |

### Code Evaluation Labeling Requirements:

Labeling products for field identification is part of our quality assurance program. Code evaluation agencies require that the label include the manufacturer's name or trademark, the model number, and code evaluation identification number. In addition, there must also be a number to trace the product back to the steel used in manufacturing.

The primary intent of this labeling is to allow confirmation that the connector being examined at on the jobsite is code approved. This can be verified by checking that code evaluation identification number on the code evaluation agencies website or MiTek-US.com.

### Product Identification and Labeling



**Labels are positioned on products so they can be seen after installation**

**Typical Product Label**

Each MiTek connector is identified with the following information:

**➊ Product Brand:** MiTek®

**➋ MiTek Stock Number:** Shows stock number as it appears in MiTek's literature and code evaluation reports.

**➌ Reference Number:** Product number of a competitor that may be specified.

**➍ Code Evaluation Identification Number:** The code evaluation identification number(s) are listed here. ESR-2685 is a general index report from ICC Evaluation Service, Inc. (ICC-ES) and provides a convenient cross-reference to many of our ESR reports.

**➎ Work Order Number:** For structural product traceability.

**➏ Corrosion Information:** Shows the corrosion resistant finish of the product.

**➐ UPC Code**

**Color Coding:** Black print indicates standard G90 finish.
Green print indicates corrosion resistant finish.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Corrosion Information

For the majority of applications, metal hangers and connectors are used in interior, above ground, dry service conditions. They are typically not being exposed to corrosive environments which can significantly reduce their strength and longevity.

**What is Corrosion?**
Corrosion is the destructive degradation of steel due to its interaction with the environment. Here the steel is the connector and the environment is whatever the connector interacts with, namely wood and air. Each environment may contain one or more corrodents (substances that cause corrosion) acting independently or in combination to degrade the strength of the connectors.



| Wood Environment | Air Environment |
|---|---|
| MOISTURE | MOISTURE |
| WOOD PRESERVATIVES | SALT |
|  | CHLORINE |
|  | AMMONIA |
| FIRE RETARDANT | HYDROGEN-SULFIDE |
|  | OTHER CHEMICALS |

Electrochemical oxidation is the most common type of corrosion affecting metal connectors. It is a process in which iron (Fe) reacts with oxygen ($O_2$) in the presence of an electrolyte such as water ($H_2O$) to form iron oxide ($Fe_2O_3$), a brown and flaky by-product commonly known as rust.

$$\text{Iron + Oxygen} \xrightarrow[\text{(Electrolyte)}]{\text{Water}} \text{Rust}$$

Steel is an iron-based metal alloy which is susceptible to this type of corrosion, even when exposed to normal atmospheric air, since air contains oxygen and water as part of its normal composition. While steel is very strong, rust is not. Over time, the continuous formation of rust eats away the base metal and reduces the strength of the connector. The rate of oxidation generally increases with increasing moisture content, the presence of salt, or when galvanic corrosion is a contributing factor.



| Galvanic Series (Abbreviated) |
|---|
| More Active (Anodic-) |
| Zinc |
| Aluminum |
| Steel |
| Brass |
| Copper Nickel |
| Stainless Steel - Type 304 |
| Stainless Steel - Type 316 |
| More Passive (Cathodic +) |

Galvanic corrosion occurs when there is an interaction between dissimilar metals that are in contact with one another. The degree of corrosion depends on where the metals reside in the galvanic series, which is a compilation of known metals and their relative reactivity. The more active metal (anode) will corrode preferentially while shielding the more

passive metal (cathode) from further degradation. For example, with galvanized steel, zinc is used as a coating on the steel because it sacrificially corrodes to protect the steel substrate underneath. The coupling between zinc and steel is said to have a lower galvanic potential than the coupling between zinc and stainless steel because zinc and steel are closer to each other in the galvanic series. In general, the coupling with a lower galvanic potential would result in a slower corrosion rate.

## Corrosion Protection Options

**Zinc Galvanizing:**
Most connectors are manufactured from pre-galvanized sheet steel or coiled steel, which is typically made by the hot-dip process in accordance with ASTM-A653 and ASTM-A924 standards. Fasteners are galvanized in accordance with ASTM-A153. In the manufacturing of the connectors, the punching and shearing processes create exposed bare metal surfaces. Thankfully, zinc has an incredible ability to 'heal' itself; the zinc around the exposed metal corrodes and deposits a layer of zinc corrosion by-product called zinc patina (white powdery appearance) over the exposed metal to further protect it.



By being more reactive than steel, zinc sacrificially corrodes at a steady rate over time to shield the steel from the effect of corrosion. The protection ability of zinc is proportional to its thickness, which is proportional to the amount of zinc applied. Zinc coating is specified as the total weight on both sides of the sheet steel, measured in ounces per square foot (oz/ft2). For example, G90 means that there are 0.90 oz/ft2; G185 has 1.85 oz/ft2 and would last about two times longer than G90. G90 is the minimum protection for connectors and is standard in MiTek connectors.

**Design Guidelines:**
Where there are governing national or local building code requirements, they should be used in the selection of the connectors and their protection against corrosion. In the absence of such requirements, the decision rests on the experience and judgment of the building designer/engineer. Design guidelines are presented in this section to aid the building designer/engineer in this selection process, but it is the responsibility of the building designer/engineer to determine the most viable solution based on an evaluation of the connectors to the specific corrosive environment(s). The guidelines consist of best practices, recommended protection levels for the connectors, and strength modification factors for the lumber/connectors.

Where there are multiple options suggested, do not automatically default to the lowest protection level. The lower protection level is intended to address less severe conditions while the higher protection level is meant to address more severe conditions. Select the option that eliminates or adequately reduces the vulnerability of the connectors to the corrodents. When in doubt, use a higher level of protection than anticipated or seek professional consultation.

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# Corrosion Information

**Relative Corrosion Resistance Capability:**
The chart below ranks the available options in terms of their relative effectiveness against corrosion. As expected, the ability to resist corrosion increases with increasing zinc thickness, so G185 is the most durable pre-galvanized product available. Gold Coat offers enhanced protection compared to G185 while stainless steel offers the best protection for most applications.



Relative Corrosion Resistance Capability:

| G90 | TZ (G185) | HDG | GC (Gold Coat) | SS |
|-----|-----------|-----|----------------|-----|

**Galvanic Corrosion:**
The simplest and most practical solution to minimize galvanic corrosion is to make sure that the components that are in direct contact with each other are made of the same material or coating. Once this is achieved, there is no net galvanic potential between the components and galvanic corrosion is eliminated or significantly reduced. For example, use galvanized nails for galvanized connectors and stainless steel nails for stainless steel connectors.

**Wet Service Condition:**
For lumber, this refers to any service condition in which the average equilibrium moisture content is 15% or more over a year or may exceed 19% at any time. For lumber to get above 19% moisture, the relative humidity in the air needs to reach above 80%. Unfortunately, this is above the critical humidity level for the electrochemical oxidation of steel, which is around 70%. Beyond 70%, the rate of corrosion in the connectors increases rapidly due to the abundant availability of moisture.

G90 may not be suitable for use in wet service condition.

**Preservative (Pressure) Treated Wood:**
There are many preservative wood treatment formulations available on the market today. The element that is common to most of them is the presence of copper in the formulation which can contribute to the corrosion of steel connectors and fasteners.

Of the copper based preservatives, the two types are micronized copper and soluble copper. Micronized copper formulations MCA (micronized copper azole) and MCQ (micronized copper quat) are sold under different brand names and are the most predominant formulation in today's preservative treated wood industry. Soluble copper formulations CA (copper azole) and ACQ (alkaline copper quat) have also been very popular since they replaced CCA (chromated copper arsenate) which was phased out in 2004. Some "metal free" preservatives are still used for above ground and sill plate applications, but are not as common. One of the main criterion affecting the selection of one preservative treatment over another is the type of wood being treated and how well it can be penetrated by the treatment.

While many of the advanced wood treatment formulations containing copper used today have proven to be less corrosive to steel, especially micronized copper, MiTek recommends a higher level of corrosion protection for connectors in contact with copper based wood treatments.

Connectors and fasteners in contact with metal free wood preservatives do not require additional corrosion protection due to the preservative itself, however all factors that can create the corrosive environment should be considered when selecting the appropriate finish. If unsure as to whether a particular treatment is corrosive to steel fasteners, check with the supplier of the preservative treated wood product for their recommendation.

**Fire Retardant Treated (FRT) Wood:**
Although most common FRT products are not corrosive to metal connectors, not all products are non-corrosive. Additionally, they typically require proprietary strength reductions applied to the lumber in accordance with the manufacturer's specifications. Since the lumber strength is lower, the lateral and withdrawal resistance of nails must also be reduced accordingly. It is important to note that some fire retardants cause the wood to absorb more moisture from the air than untreated lumber. Consequently, the connector may be exposed to a higher level of moisture, resulting in more corrosion.

**Swimming Pools:**
This is one of the most hazardous environments for steel connectors due to continuous exposure to high temperature, high moisture content, and corrosive chemicals such as chlorine, bromine, and other disinfectants. The combination of all these factors can lead to accelerated corrosion and premature structural failure. This environment is so corrosive that all possible preventive measures should be employed to prevent the hanger from being exposed to the pool water. These include the use of a vapor barrier and a ventilation system that does not take the air from the pool environment.

Additionally, it has been known that certain grades of stainless steel (316 and others) are susceptible to a mode of structural failure known as stress corrosion cracking (SCC) when exposed to a swimming pool environment. SCC is usually localized near areas of high residual stress and small cracks can rapidly propagate and cause catastrophic failures. See warning below.

 **WARNING**

Stainless steel connectors and fasteners shall not be used for metal hangers over swimming pools due to stress corrosion cracking. SCC has been known to occur under the following conditions:

- Use of certain grades of stainless steel (grades 316 and others).
- Structural members subjected to high tensile stress.
- Presence of certain chemicals, including chlorine and bromine.

Gold Coat may be the best choice in this environment.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

MiTek® Product Catalog

# Corrosion Information

The **Structural Connectors Coating Recommendations** chart below was developed by reviewing field service performance and accelerated corrosion test results. They are offered as general guidelines and are not intended to cover all possible service conditions. Additional consideration may also be needed for:

> wet service conditions
> preservation treated lumber
> fire retardant treated lumber
> strength reducing chemicals
> building near salt water coastal areas.

Additionally, the **Corrosion Protection Guidelines** to the right may also be used to assist in making the proper choice of corrosion protection.

The building designer/engineer has the ultimate responsibility of selecting the most viable protective coating based on knowledge of project specific corrosive environments and local building code requirements.

**Corrosion Protection Guidelines:**
• MiTek recommends stainless steel connectors for the highest level of corrosion protection. As an economical alternative to stainless steel our new Gold Coat connectors are specifically designed for exterior application when in contact with preservative treated wood.
• For connectors in contact with preservative treated wood, the Triple Zinc option provides the minimum G-185 coating thickness required by code and is an economical alternative for exterior applications.
• The use of correct fastener with the connector is critical. Stainless steel connectors require stainless steel fasteners. For exterior applications, hot-dip galvanized fasteners (HDG) or exterior coat (EXT) must be used with both Triple Zinc and hot-dip galvanized finishes. Gold Coat connectors require gold coat or hot-dip galvanized fasteners.
• MiTek's zinc dichromate WS Wood Screws are not recommended for use with preservative or fire-retardant treated wood. Some wood screws are available in Gold Coat or exterior coat.
• MiTek clearly differentiates standard interior G90 connectors from the corrosion resistant connectors. Gold Coat connectors are distinguishable from other connectors due to their gold color.

**Structural Connectors Coating Recommendations**

| AWPA[9] Use Category | Service Conditions | Use Environment | Example Applications | Preservatives and Retentions[6,7,10] | Minimum Coating Requirements[1,2,3,4] |
|---|---|---|---|---|---|
| UC1 Interior/Dry | Interior construction, Above ground, Dry | Continuously protected from weather or other sources of moisture | General framing, interior construction | Untreated | G90 |
| UC2 Interior/Damp | Interior construction, Above ground, Damp | Protected from weather, but may be subject to sources of moisture | Sill plates | SBX-DOT, Organic; ACQ-D (0.15), CA-B (0.10), CA-C (0.06), MCQ (0.06), μCA-C (0.05) | G90; Triple Zinc (G-185)[8,9], HDG (post hot dipped), Exterior Coat[12] |
| UC3A Above Ground Protected | Exterior construction, Above ground, Rapid water runoff | Exposed to all weather cycles, not exposed to prolonged wetting | Exposed exterior beams or columns in an open, covered structure | ACQ-D (0.25), MCQ (0.15), CA-B (0.10), CA-C (0.06), μCA-C (0.05), Organic | Triple Zinc (G-185), HDG (post hot dipped), Exterior Coat[12] or MiTek Gold Coat |
| UC3B Above Ground Exposed | Exterior construction, Above ground, Poor water runoff | Exposed to all weather cycles, including prolonged wetting | Deck beams and joists | ACQ-D (0.25), MCQ (0.15), CA-B (0.10), CA-C (0.06), μCA-C (0.05), Organic | Triple Zinc (G-185), HDG (post hot dipped), or MiTek Gold Coat |
| UC4A Ground Contact General Use | Ground contact, Fresh water; includes above ground applications | Ground contact or fresh water exposed to all weather cycles, Normal exposure | Deck posts, beams and joists. Fresh water docks[11] | ACQ-D (0.40), MCQ (0.23), CA-B (0.21), CA-C (0.15), μCA-C (0.14) | Triple Zinc (G-185), HDG (post hot dipped), or MiTek Gold Coat[5] |
| UC4B Ground Contact Heavy Duty | Exterior construction, Ground contact, Critical components | Ground contact, fresh/salt water water splash exposed to all weather cycles | Permanent wood foundations, critical structural members | ACQ-D (0.60), MCQ (0.23), CA-B (0.31), CA-C (0.25), μCA-C (0.23) | Stainless Steel |

1) G90 and G-185 refer to galvanization requirements for ASTM A653 material.
2) Connectors galvanized to ASTM A123 may be used in place of either G90 or G185 coatings.
3) Other coating may be suitable for a given environment if the conditions are known and predictable.
4) For G185 connectors use fasteners galvanized per ASTM A153.  For Gold Coat connectors, use Gold Coat fasteners and for stainless steel connectors, use stainless steel fasteners.
5) If the enviroment has the potential to contain elements which may make it more corrosive, the use of stainless steel is recommended.
6) MCQ is a micronized copper treatment such as *Micro Pro* by Koppers.  μCA-C is a dispersed copper treatment manufactured by Arch Treatment Technologies. Organic preservatives include L[3] from Arch Treatment Technologies and EcoLife II from Viance, LLC.
7) For wood treatments not shown, contact MiTek or the wood preservative manufacturer for recommended coatings.
8) Testing by MiTek has found that in interior applications where the treated wood will remain relatively dry during its service life the use of G90 connectors with MCQ or μCA-C treated wood is appropriate.
9) American Wood Protection Assocation Standard U1-16.
10) SBX/DOT= Sodium Borate; ACQ-D = Alkaline Copper Quat Type D; CA-B = Copper Azole Type B; CA-C = Copper Azole Type C; MCQ = Micronized Copper Quat; μCA-C = Dispersed Copper Azole Type C. The number listed in the parenthesis is the required retention level in pounds per cubic foot, or PCF.
11) Deck joists and beams must be treated to Use Category UCA4 when they are difficult to maintain, repair or replace and are critical to the performance and safety of the deck.
12) Users must perform periodic inspection and provide regular maintenance to ensure the satisfactory performance of the structure.

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# Corrosion Information

**Corrosion Resistant Finishes**

MiTek offers several corrosion resistant finishes to cover a range of corrosion performance. For products available in corrosion resistant finishes, reference the "Corrosion Finish" column in the charts and Corrosion Key located by the chart footnotes or pages 15-16 for a complete listing of corrosion resistant products.

| Corrosion Protection Level | Finish / Material | Description | Required Fastener | Ordering |
|---|---|---|---|---|
| **CONNECTORS** | | | | |
| INTERIOR USE PRIMER | Primer | Primer paint is used to protect steel during shipping and installation but is not considered a corrosion protection method when installed in corrosive environments | Bright fasteners | Stock number as listed in the chart |
| INTERIOR USE G90 | G90 Galvanizing | Galvanizing provides a prefabrication coating of 0.90 ounces of zinc per square foot of surface area (both sides) measured in accordance with ASTM A 653 | Bright fasteners | Stock number as listed in the chart |
| EXTERIOR USE G185-TZ | Triple Zinc (TZ) (G-185 Galvanizing) | TZ galvanizing provides a prefabrication coating of 1.85 (G-185) ounces of zinc per square foot of surface area (both sides) measured in accordance with ASTM A 653 | Hot-dip galvanized or Exterior Coat fasteners | To order, add TZ to stock number, as in C44-TZ |
| EXTERIOR USE HDG | Hot-Dip Galvanized (HDG) | HDG coating provides an after-fabrication hot-dipped zinc coating. The coating thickness is dependent on the connector material, but generally ranges from 1.2 to 2.3 ounces of zinc per square foot of surface area (both sides). Hot-dip products meet requirements set forth in ASTM A 123 | Hot-dip galvanized or Exterior Coat fasteners | To order, add HDG to stock number, as in KCC44-HDG |
| EXTENDED LIFE GOLD COAT | Gold Coat (GC) | Gold Coat is a proprietary multi-layer protection system. It is comprised of a top coat barrier layer and a zinc layer placed over a steel substrate | Gold Coat or Hot-dip galvanized fasteners | To order, add GC to stock number, as in AC7-GC |
| EXTREME LIFE STAINLESS | Stainless Steel (SS) | Best option for corrosion protection. Quality stainless steel (316SS grade steel) is used to fabricate connectors. Although costs are higher, some applications may need the virtual corrosion proof quality of stainless steel | Stainless Steel fasteners | To order, add SS to stock number, as in PBES44-SS |
| **FASTENERS** | | | | |
| INTERIOR USE YELLOW ZINC | Yellow Zinc | Zinc yellow chromate finish | | Stock number as listed in the chart |
| EXTERIOR USE HDG | Hot-Dip Galvanized (HDG) | HDG coating provides an after-fabrication hot-dipped zinc coating. The coating thickness is dependent on the connector material, but generally ranges from 1.2 to 2.3 ounces of zinc per square foot of surface area (both sides). Hot-dip products meet requirements set forth in ASTM A 153 | | Stock number as listed in the chart |
| EXTERIOR USE EXT | Exterior Coat (EXT) | EXT finish is a double barrier coating over zinc | | Stock number as listed in the chart |
| EXTENDED LIFE GOLD COAT | Gold Coat (GC) | Gold Coat is a proprietary multi-layer protection system. It is comprised of a top coat barrier layer and a zinc layer placed over a steel substrate | | Stock number as listed in the chart |
| EXTREME LIFE STAINLESS | Stainless Steel (SS) | Best option for corrosion protection | | Stock number as listed in the chart |

**DISCLAIMER** – The general information and guidelines provided in this MiTek Product Catalog shall not be used as a substitute for competent professional examination and verification. It is the responsibility of the building designer/engineer to determine the applicability and suitability of the information provided. Anyone making use of this information assumes all responsibility and liability arising from such use.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

## Corrosion Information

**Corrosion Resistant Product Offering**

### Fasteners / Anchors

| MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Exterior Coat (EXT) | Gold Coat (GC) | Stain-less Steel (SS) |
|---|---|---|---|---|---|
| AB1212-HDG | | HDG | | | |
| AB126-HDG | | HDG | | | |
| AB128-HDG | | HDG | | | |
| AB5812-HDG | | HDG | | | |
| BP12 | TZ | | | | |
| BP583 | TZ | | | | |
| HBPS12 | TZ | | | | |
| HBPS58 | TZ | | | | |
| LBP12-TZ | TZ | | | | |
| LBPS8-TZ | TZ | | | | |
| LBPS12-TZ | TZ | | | | |
| LBPS58-TZ | TZ | | | | |
| LL915 | | | | GC | |
| LL930 | | | | GC | |
| N10C | | HDG | | | |
| N10-GC | | | | GC | |
| N16C | | HDG | | GC | |
| N8-GC | | | | GC | |
| NA11 | | HDG | | | |
| NA16D | | HDG | | | |
| NA20D | | HDG | | | |
| NA9D | | HDG | | | |
| NA8DHDGPT | | HDG | | | |
| N8CHDGPT | | HDG | | | |
| NA100HDGPT | | HDG | | | |
| N10CHDGPT | | HDG | | | |
| NA16DHDGPT | | HDG | | | |
| SSN10C | | | | | SS |
| SSN16C | | | | | SS |
| SSN8C | | | | | SS |
| SSNA10D | | | | | SS |
| SSNA8D | | | | | SS |
| THR1218-HDG | | HDG | | | |
| THR1224-HDG | | HDG | | | |
| THR1236-HDG | | HDG | | | |
| THR125-HDG | | HDG | | | |
| THR126-HDG | | HDG | | | |
| THR128-HDG | | HDG | | | |
| THR5812-HDG | | HDG | | | |
| THR5816-HDG | | HDG | | | |
| THR588-HDG | | HDG | | | |
| WS15 | | | EXT | GC | |
| WS2 | | | EXT | | |
| WS25 | | | EXT | | |
| WS3 | | | EXT | | |
| WS35 | | | EXT | | |
| WS45 | | | EXT | | |
| WS6 | | | EXT | | |
| WS8 | | | EXT | | |
| WSBH25-EXT | | | EXT | | |
| WSBH4-EXT | | | EXT | | |
| WSBH6-EXT | | | EXT | | |
| WSBH8-EXT | | | EXT | | |
| WSBH10-EXT | | | EXT | | |
| WSWH278 | | | EXT | | |
| WSWH358-EXT | | | EXT | | |
| WSWH45 | | | EXT | | |
| WSWH5 | | | EXT | | |
| WSWH6 | | | EXT | | |
| WSWH8-EXT | | | EXT | | |

### Holdowns / Foundation Anchors

| MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Exterior Coat (EXT) | Gold Coat (GC) | Stain-less Steel (SS) |
|---|---|---|---|---|---|
| FA3 | | HDG | | | |
| FA4 | | HDG | | | |
| FWAN-TZ | TZ | | | | |
| LTS19-TZ | TZ | | | | |
| PA18 | | HDG | | | |
| PA23 | TZ | | | | |
| PA28 | TZ | | | | |
| RP6 | TZ | | | | |
| ST1-TZ | TZ | | | | |
| ST2-TZ | TZ | | | | |
| STB16 | | HDG | | | |
| STB20 | | HDG | | | |

### Holdowns / Foundation Anchors

| MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Gold Coat (GC) | Stain-less Steel (SS) |
|---|---|---|---|---|
| STB24 | | HDG | | |
| STB28 | | HDG | | |
| STB34 | | HDG | | |
| STB36 | | HDG | | |
| STBL24 | | HDG | | |
| TA51 | TZ | | | |
| TA71 | TZ | | | |
| TDL5 | TZ | | | |
| TDX2-TZ | TZ | | | |

### Column / Post Caps

| MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Gold Coat (GC) | Stain-less Steel (SS) |
|---|---|---|---|---|
| BC400-TZ | TZ | | | |
| BCS22-4 | TZ | | | |
| BCS23-6 | TZ | | | |
| C44 | | | | SS |
| C46 | TZ | | | |
| C46R | TZ | | | |
| C66 | TZ | | | |
| C66R | TZ | | | |
| EPCM4416 | TZ | | | |
| EPCM4616 | TZ | | | |
| EPCM6616 | TZ | | | |
| EPCM66 | TZ | | | |
| KCC325-4 | | HDG | | |
| KCC325-6 | | HDG | | |
| KCC44 | | HDG | | |
| KCC46 | | HDG | | |
| KCC48 | | HDG | | |
| KCC525-4 | | HDG | | |
| KCC525-6 | | HDG | | |
| KCC64 | | HDG | | |
| KCC66 | | HDG | | |
| KCC68 | | HDG | | |
| KCC88 | | HDG | | |
| KCCQ325-4 | | HDG | | |
| KCCQ325-6 | | HDG | | |
| KCCQ44 | | HDG | | |
| KCCQ46 | | HDG | | |
| KCCQ48 | | HDG | | |
| KCCQ525-4 | | HDG | | |
| KCCQ525-6 | | HDG | | |
| KCCQ525-8 | | HDG | | |
| KCCQ64 | | HDG | | |
| KCCQ66 | | HDG | | |
| KCCQ71-4 | | HDG | | |
| KCCQ71-6 | | HDG | | |
| KCCQ74 | | HDG | | |
| KCCQ76 | | HDG | | |
| KECC325-4 | | HDG | | |
| KECC325-6 | | HDG | | |
| KECC44 | | HDG | | |
| KECC46 | | HDG | | |
| KECC525-4 | | HDG | | |
| KECC525-6 | | HDG | | |
| KECC64 | | HDG | | |
| KECC66 | | HDG | | |
| KECC68 | | HDG | | |
| KECC88 | | HDG | | |
| KECCQ325-4 | | HDG | | |
| KECCQ325-6 | | HDG | | |
| KECCQ44 | | HDG | | |
| KECCQ46 | | HDG | | |
| KECCQ48 | | HDG | | |
| KECCQ525-4 | | HDG | | |
| KECCQ525-6 | | HDG | | |
| KECCQ525-8 | | HDG | | |
| KECCQ64 | | HDG | | |
| KECCQ66 | | HDG | | |
| KECCQ71-4 | | HDG | | |
| KECCQ71-6 | | HDG | | |
| KECCQ74 | | HDG | | |
| KECCQ76 | | HDG | | |
| PB44-6TZ | TZ | | GC | |
| PB66-6TZ | TZ | | GC | |

### Column / Post Caps

| MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Gold Coat (GC) | Stain-less Steel (SS) |
|---|---|---|---|---|
| PBC44-TZ | TZ | | | |
| PBC66-TZ | TZ | | | |
| PBES44 | TZ | | | SS |
| PBES66 | TZ | | | SS |
| PBS44 | TZ | | | |
| PBS66 | TZ | | | |
| PBS66R | TZ | | | |
| PCM44 | TZ | | | |
| PCM4416 | TZ | | | |
| PCM46 | TZ | | | |
| PCM4616 | TZ | | | |
| PCM4816 | TZ | | | |
| PCM66 | TZ | | | |
| PCM6616 | TZ | | | |

### Column / Post Bases

| MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Gold Coat (GC) | Stain-less Steel (SS) |
|---|---|---|---|---|
| CBSQ44-TZ | TZ | | | |
| CBSQ46-TZ | TZ | | | |
| CBSQ66-TZ | TZ | | | |
| D44-TZ | TZ | | | SS |
| D46 | TZ | | | |
| D46R-TZ | TZ | | | |
| D66 | TZ | | | |
| D66R | TZ | | | |
| EBG44-TZ | TZ | | | |
| EBP44T-TZ | TZ | | | |
| EPB408 | TZ | | | |
| EPB4608 | TZ | | | |
| EPB608 | TZ | | | |
| EPBH44 | TZ | | | |
| EPBH46R | TZ | | | |
| EPBH66 | TZ | | | |
| EPBH66R | TZ | | | |
| KCB44 | | HDG | | |
| KCB46 | | HDG | | |
| KCB48 | | HDG | | |
| KCB66 | | HDG | | |
| KCB68 | | HDG | | |
| KCB88 | | HDG | | |
| KCB1010 | | HDG | | |
| KCB1212 | | HDG | | |
| KCBQ44 | | HDG | | |
| KCBQ46 | | HDG | | |
| KCBQ66 | | HDG | | |
| KCBQ88 | | HDG | | |
| PA44E | TZ | | GC | |
| PA44 | TZ | | | |
| PA46E | TZ | | GC | |
| PA46 | TZ | | | |
| PA55R-TZ | TZ | | | |
| PA66E | TZ | | GC | |
| PA66ER-TZ | TZ | | | |
| PA66R | TZ | | | |
| PA66 | TZ | | | |
| PAU44 | TZ | | | SS |
| PAU46 | TZ | | | SS |
| PAU66 | TZ | | | SS |
| PAU66R-TZ | TZ | | | |
| PAU88 | TZ | | | SS |
| PAU1010 | TZ | | | SS |
| PAU1010R | TZ | | | |
| PAU1212 | TZ | | | |
| PAU1212R | TZ | | | |
| RPB-TZ | TZ | | | |
| WAS44 | TZ | | | |
| WAS46 | TZ | | | |
| WAS66 | TZ | | | |
| WE44 | TZ | | | |
| WE46 | TZ | | | |
| WE66 | TZ | | | |

### Framing Plates & Angles

| MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Gold Coat (GC) | Stain-less Steel (SS) |
|---|---|---|---|---|
| A3 | TZ | | GC | |
| AC5 | TZ | | GC | |
| AC7 | TZ | | GC | |

**Corrosion Finish**
- Stainless Steel
- Gold Coat
- Exterior Coat
- HDG
- Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Corrosion Information

## Corrosion Resistant Product Offering

Column headers (repeated for each block): MiTek Stock No. | Triple Zinc G-185 (TZ) | Hot-Dip Galv. (HDG) | Gold Coat (GC) | Stainless Steel (SS)

### Block 1

**Framing Plates & Angles**

| MiTek Stock No. |
| --- |
| AC9 |
| ANJ44S-HDG |
| JA1 |
| KHL33 |
| KHL35 |
| KHL37 |
| KHL43 |
| KHL46 |
| KHL55 |
| KHL57 |
| KHL76 |
| ML24-TZ |
| ML26-TZ |
| MP3 |
| MP34 |
| MP4F |
| MP5 |
| MP6F |
| MP7 |
| MP9 |
| MPA1 |

**Stud Plate Ties**

| MiTek Stock No. |
| --- |
| RSPT6 |
| RSPT6-2 |
| SPT22 |
| SPT24 |
| SPT4 |
| SPT6 |
| SPT8 |
| SPTH4 |
| SPTH6 |
| SPTH8 |
| TSP |

**Lateral Joist Connectors**

| MiTek Stock No. |
| --- |
| LJC-TZ |
| LJQ15-TZ |
| LJQ17-TZ |
| LJQ20-TZ |
| LJQ23-TZ |
| LJQ25-TZ |
| LJQ35-TZ |

**Twist Straps**

| MiTek Stock No. |
| --- |
| HTW20 |
| LTW12 |
| LTW18 |
| MTW12 |
| MTW16 |
| MTW20 |
| MTW30 |

**Straps**

| MiTek Stock No. |
| --- |
| HRS416-TZ |
| HTP37-TZ |
| KHST2 |
| KHST3 |
| KRPS22 |
| KRPS28 |
| KST227 |
| KST237 |
| KST248 |
| KST260 |
| L6 |
| LH12 |
| LSTA36 |
| MSTA12 |
| MSTA15 |
| MSTA18 |
| MSTA21 |
| MSTA24 |
| MSTA30 |
| MSTA36 |
| MSTA9 |
| MSTAM24 |
| MSTAM36 |

### Block 2

**Straps**

| MiTek Stock No. |
| --- |
| PS218-HDG |
| PS418-HDG |
| PS720-HDG |
| RS150 |
| RS16-R |
| T6 |
| TH12-HDG |

**Hangers**

| MiTek Stock No. |
| --- |
| HD210-2IF |
| HD210-3IF |
| HD28-2IF |
| HD410 |
| HD410IF |
| HD412 |
| HD412IF |
| HD44IF |
| HD46 |
| HD46IF |
| HD48 |
| HD48IF |
| HD610 |
| HD610IF |
| HD612 |
| HD612IF |
| HD68 |
| HD68IF |
| HDQ210-2IF |
| HDQ210-3IF |
| HDQ310IF |
| HDQ410IF |
| HDQ412IF |
| HDQ610IF |
| HDQ612IF |
| HUS210 |
| HUS210-2IF |
| HUS212-2 |
| HUS26 |
| HUS28 |
| HUS28-2IF |
| JL210IF-TZ |
| JL24IF-TZ |
| JL26IF-TZ |
| JL28IF-TZ |
| JPF24 |
| JPF26 |
| JUS210 |
| JUS210-2 |
| JUS210-3 |
| JUS24 |
| JUS24-2 |
| JUS26 |
| JUS26-2 |
| JUS28 |
| JUS28-2 |
| JUS28-3 |
| JUS36 |
| JUS410 |
| JUS44 |
| JUS46 |
| JUS48 |
| KLB210 |
| KLB212 |
| LSSH15-TZ |
| LSSH210-TZ |
| LSSH179-TZ |
| LSSH20-TZ |
| LSSH23-TZ |
| LSSH25-TZ |
| LSSH26-TZ |
| LSSH31-TZ |
| LSSH35-TZ |
| MSH422 |
| SKH210L |

### Block 3

**Hangers**

| MiTek Stock No. |
| --- |
| SKH210L-2 |
| SKH210R |
| SKH210R-2 |
| SKH26L |
| SKH26R |
| SKH28L |
| SKH28R |
| SKHH210L-2 |
| SKHH210L-2IF |
| SKHH210R-2 |
| SKHH210R-2IF |
| SKHH410L |
| SKHH410LIF |
| SKHH410R |
| SKHH410RIF |
| SKHH414LIF |
| SKHH414RIF |
| SKHH46L |
| SKHH46LIF |
| SKHH46R |
| SKHH46RIF |
| SUH210 |
| SUH210-2 |
| SUH210-3 |
| THD28-2 |
| THD410 |
| THD46 |
| THD48 |
| THDH412 |
| THDH610 |

**Hurricane Ties**

| MiTek Stock No. |
| --- |
| HHCP2 |
| HHCP4-TZ |
| LFTA6 |
| RT10 |
| RT15 |
| RT16-2 |
| RT16A |
| RT20 |
| RT3A |
| RT4 |
| RT5 |
| RT7 |
| RT7A |
| RT8A |

**Embedded Truss Anchors**

| MiTek Stock No. |
| --- |
| HTA20 |

**Deck & Fences**

| MiTek Stock No. |
| --- |
| ADTT-TZ |
| CSH-TZ |
| DC50-TZ |
| DTB-TZ |
| ERB24-TZ |
| FB14-TZ |
| FB23-TZ |
| FB24-TZ |
| FB26-TZ |
| FRB24-TZ |
| PRT15-TZ |
| PRT2H-TZ |
| PRT2-TZ |
| PRTIC2-TZ |
| SCA10-TZ |
| SCA9-TZ |
| SDJT14-TZ |
| SDPT5-TZ |
| SDPT7-TZ |

**General Hardware**

| MiTek Stock No. |
| --- |
| ICPL516-TZ |
| ICPL58 |
| TTA12-TZ |
| TTA2-TZ |
| TTB22-TZ |

### Block 4

**General Hardware**

| MiTek Stock No. |
| --- |
| TTC24-TZ |
| TTC42-TZ |
| TTF22-TZ |
| TTR-TZ |
| TTU2-TZ |
| WT22 |

**Corrosion Finish**

- Stainless Steel
- Gold Coat
- Exterior Coat
- HDG
- Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

## Product Information

### U.S. Standard Steel Gauge Equivalents in Nominal Dimensions

| | Approximate Dimensions | | Decimals (inches) | | |
|---|---|---|---|---|---|
| Gauge | Inches | Millimeters | Uncoated Steel | Galvanized Steel (G90) | Triple Zinc (G-185) |
| 3 | 1/4 | 6.0 | 0.238 | -- | -- |
| 7 | 3/16 | 4.5 | 0.171 | 0.186 | -- |
| 10 | 9/64 | 3.4 | 0.129 | 0.138 | 0.140 |
| 11 | 1/8 | 3.0 | 0.114 | 0.123 | 0.125 |
| 12 | 7/64 | 2.7 | 0.099 | 0.108 | 0.110 |
| 14 | 5/64 | 2.0 | 0.070 | 0.078 | 0.080 |
| 16 | 1/16 | 1.5 | 0.055 | 0.063 | 0.065 |
| 18 | 3/64 | 1.2 | 0.044 | 0.052 | 0.054 |
| 20 | 1/32 | 1.0 | 0.033 | 0.040 | 0.042 |
| 22 | 1/32 | 0.8 | 0.029 | 0.033 | 0.036 |

*Actual steel dimensions will vary from nominal dimensions according to industry tolerances.

### Maximum Shear Capacity of Joist or Rafter

The table below indicates the calculated shear capacity of different dimensional lumber sizes for various wood species.

| | Allowable Shear on Bending Member[1,2,3] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Joist or Rafter | | | | | | | | | | | |
| Wood Species | 2 x 4 | | | 2 x 6 | | | 2 x 8 | | | 2 x 10 | | |
| | 100% | 115% | 125% | 100% | 115% | 125% | 100% | 115% | 125% | 100% | 115% | 125% |
| DF | 630 | 725 | 788 | 990 | 1139 | 1238 | 1305 | 1501 | 1631 | 1665 | 1915 | 2081 |
| SP | 613 | 704 | 766 | 963 | 1107 | 1203 | 1269 | 1459 | 1586 | 1619 | 1862 | 2023 |
| S-P-F | 473 | 544 | 590 | 743 | 854 | 928 | 979 | 1126 | 1223 | 1249 | 1436 | 1561 |
| Hem Fir | 525 | 604 | 656 | 825 | 949 | 1031 | 1088 | 1251 | 1359 | 1388 | 1596 | 1734 |

1) Applies to nominally dimensioned joists as listed, where moisture content < 19% and temperature <100° F.
2) Loads apply to: DF: Douglas Fir-Larch (G=0.50), Fv=180 psi; SP: Southern Pine (G=0.55), Fv=175psi; S-P-F: Spruce-Pine-Fir (G=0.42), Fv=135psi; Hem Fir (G=0.43), Fv=150psi.
3) 115% and 125% loads are increased for short-term loading in accordance to the code.

### Roof Pitch

| If common Rafter Roof Pitch is . . . | | Then Hip/Valley Rafter Roof Pitch becomes . . . | | Slope Conversion Table | |
|---|---|---|---|---|---|
| Rise / Run (inches) | Slope (degrees) | Rise / Run (inches) | Slope (degrees) | Rise / Run (inches) | Slope (degrees) |
| 1/12 | 5 | 1/17 | 3 | 0/12 | Flat |
| 2/12 | 10 | 2/17 | 7 | 1/12 | 5 |
| 3/12 | 14 | 3/17 | 10 | 2/12 | 10 |
| 4/12 | 18 | 4/17 | 13 | 3/12 | 14 |
| 5/12 | 23 | 5/17 | 16 | 4/12 | 18 |
| 6/12 | 27 | 6/17 | 19 | 5/12 | 23 |
| 7/12 | 30 | 7/17 | 22 | 6/12 | 27 |
| 8/12 | 34 | 8/17 | 25 | 7/12 | 30 |
| 9/12 | 37 | 9/17 | 28 | 8/12 | 34 |
| 10/12 | 40 | 10/17 | 30 | 9/12 | 37 |
| 11/12 | 42 | 11/17 | 33 | 10/12 | 40 |
| 12/12 | 45 | 12/17 | 35 | 11/12 | 42 |
| | | | | 12/12 | 45 |

1) Use this conversion table only for hip/valley rafters that are skewed 45° right or left. All other skews or dual pitch roofs will cause the slope to change from that listed above.

### Special & Custom Connectors

MiTek is committed to meeting every need you have and we understand that stock connectors will not meet all application or design requirements. Our Technical Assistance Representatives will work with you to develop and fabricate the Special or Custom connector you need.

**What is the difference between a "Special" and a "Custom" connector?**

A "Special" is a stock MiTek connector that is modified within the limits listed in the Specialty Options chart for that connector. A summary of Specialty Options can be found on page 320 of this catalog.

A "Custom" is a connector that does not closely resemble a stock or special part offered in our catalog. Also, a "Custom" connector may be a stock connector that is modified outside of the limits listed in the Specialty Options charts or is not listed in the catalog as having a specialty option available. Product drawings must be provided by the customer and will be manufactured by MiTek in accordance with customer specifications. Customs should be verified prior to ordering and are not refundable.

See page 320-323 for additional information.



Special Order EXAMPLE: Skewed HD < 45°





**Custom Order EXAMPLE: HLBH 3 Pocket Girder Truss Hanger**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# General Information

## Product Notes

1) This catalog reflects the most current information available at the time of printing. However, we are continually improving our products through better engineering design and development and recommend visiting our website for the latest on-line version of the catalog at MiTek-US.com. MiTek reserves the right to change specifications, designs, and models at any time without notice and liability for such changes. This catalog may not be reproduced in whole or in part without the prior written approval of MiTek.

2) This catalog reflects changes to product design and allowable loads to some MiTek products. The information presented in this publication supersedes all previously published Product Catalogs.

3) This Product Catalog was designed as a general reference for the MiTek Product Line. Various specialized publications have also been developed for design professionals, truss manufacturers, contractors, and building material distributors. Consequently, product information may vary from one publication to another due to product development testing and revisions to code evaluation report upgrades. We recommend visiting our website for the latest on-line version of these specialized publications.

4) The type and quantity of fasteners used to install MiTek products is critical to connector performance. To achieve the allowable loads presented in this catalog, all specified fasteners must be used and proper installation procedures observed (refer to footnotes under Allowable Loads tables in the product's ICC-ES ESR code evaluation report for possible substitution of TECO brand pneumatic nails). Verify that the dimensions of the supporting members are sufficient to receive the specified fasteners. All product modifications will void the warranty unless prior written consent from MiTek has been obtained.

5) Some connector models are listed more than once to indicate installation and/or fastener options.

6) New products or updated product information are designated in blue.

7) Throughout this catalog, dimensions are expressed in inches and loads in pounds unless specifically noted otherwise.

8) Some MiTek products show both nail fastening and bolt schedules. In those cases, specific loads for each has been identified. Nail and bolt values cannot be combined unless noted otherwise.

9) Load values for 8d, 10d, 16d, and 20d designations in the fastener schedules throughout this catalog refer to common wire nails unless noted otherwise. Nails shall conform to a recognized national standard, such as ASTM F1667, as prescribed by the model building codes.

10) Diamond holes are for optional nailing for maximum listed capacity or for temporary hanger fastening during installation.

11) Fastener installation may cause wood to split and reduce a fastener's ability to transfer loads into the supporting member. **If wood splitting occurs, consider pre-drilling holes not exceeding 75% of the nail diameter (per the National Design Specification for Wood Construction (NDS) Section 12.1.5.3).**

12) Bolts specified in this catalog are through-bolts and must conform to requirements for ASTM A 307 Grade A, or ASME SAE Grade 2, or better unless noted otherwise.

13) Anchor Bolts must conform to ASTM F 1554.

14) MiTek connectors listed in this catalog are manufactured for specific sizes of standard dimensional lumber, plated trusses, or structural composite lumber. **For applications involving unusual supporting conditions environments, contact MiTek. Wood shrinkage or expansion, caused by lack of moisture or excessive moisture, may adversely affect connector installation. Evaluate potential shrinkage or expansion to ensure proper connector installation and performance.**

15) The load values listed in this catalog are based on installation to wood with a moisture content of less than 19%, and used in dry service conditions. Load reductions, in accordance with the applicable local Building Code, shall be taken where wood moisture content is greater than 19% at the time of installation or where used in wet service conditions.

16) Unless otherwise noted, MiTek products may not be bent or cut for any reason unless prior written consent from MiTek has been obtained. **Field alterations may significantly reduce the published allowable load values in this catalog.**

## Design Notes

1) Some products have allowable loads that can be applied in several directions (F1, F2, and uplift is a common example). When these products have F1, F2 and/or uplift loads applied simultaneously, it is necessary to make the following check:

$$\frac{F_1 \text{ applied}}{F_1 \text{ allowable}} + \frac{F_2 \text{ applied}}{F_2 \text{ allowable}} + \frac{\text{Uplift applied}}{\text{Uplift allowable}} \leq 1.0$$

As an alternative check for simultaneous loads in more than one direction for embedded truss anchors (pages 244-250), LUGT girder tiedowns (pages 253 and 257), hurricane angles and connectors (pages 255-256), and hurricane ties (pages 262-264); the applied load in each direction shall not exceed 75% of the listed allowable load in the corresponding direction.

2) Unless otherwise noted, the allowable loads shown in this catalog are based on Allowable Stress Design methodology. **Multiply seismic and wind ASD load values by 1.4 or 1.6 respectively to obtain LRFD values.**

3) Connector capacities may exceed the allowable capacity of the wood members involved in the connection. A qualified designer should verify that all wood members (supporting and supported) have been properly designed for the connector.

4) Verify that the size of the supporting member can accommodate the connector's specified fasteners.

5) Some illustrations in this catalog may not reflect additional mechanical reinforcements which may be required to reduce cross grain tension or wood member bending under loading. The design professional is responsible for determining if additional mechanical reinforcement is required during construction.

6) MiTek recommends the hanger height be 60% of the joist height for stability during construction.

7) Allowable loads of different connector models cannot be combined to resist loads at a single connection location. For special considerations, consult MiTek Customer Service

**2018 NDS® Standards**

Unless otherwise noted, the allowable load values presented in this catalog reflect the calculation criteria set forth in the 2018 National Design Specification for Wood Construction (NDS®) published by the American Forest and Paper Association; with the methodology  prescribed in ICC-ES AC13 or other relevant acceptance criteria applied.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# General Information

## Material

MiTek selects steel for its various products in accordance with application needs and steel properties, including tensile strength, ductility, corrosion resistance, gauge, and weldability. See specific code evaluation reports or consult MiTek for additional steel information on specific products. products are manufactured from steel which meets ASTM A 653, ASTM A 1011, or ASTM A 36, ASTM A1018 or ASTM A666 standards.

## Testing and Product Design Loads

On all structurally-rated products, MiTek performs calculations and full-scale testing in accordance with ICC-ES AC13, ASTM D7147, and other applicable ICC-ES acceptance criteria and standards recognized by model code agencies. All testing is conducted or verified by an approved IAS accredited third-party testing laboratory which generates an independent test report. In accordance to these standards the design loads for joist hangers and similar devices listed are the lowest results obtained from one of the following methods:

1) The lowest ultimate tested load divided by three.

2) Average load producing 1/8" deflection.

3) Calculations based 2018 NDS® and applicable Standards.

The allowable loads for some products have been increased in accordance with the NDS® by applying a Load Duration Factor, $C_D$ for fasteners in wood. Stress increases have not been applied to steel components of the products.

Floor / Design Load ....... 100% (no increase).

Roof Snow .................... 115% of design load for 2-month duration of load

Roof Non-Snow ............. 125% of design load for 7-day duration of load.

Uplift ............................ 160% of design load for wind/seismic loading

## Spruce-Pine-Fir or Hem Fir Equivalent Capacity

Unless otherwise noted, the published design loads in this catalog apply to Douglas Fir-Larch or Southern Pine lumber. When Spruce-Pine-Fir or Hem Fir lumber is used with face mount hangers or straps, the allowable load capacity may be adjusted according to the chart below.

| Allowable Load Adjustment Factor | | |
|---|---|---|
| Wood Species | Specific Gravity | Adjustment Factor |
| Douglas Fir-Larch (DF) | 0.50 | 1.00 |
| Southern Pine (SP) | 0.55 | 1.00 |
| Douglas Fir (S) Hem Fir (N) | 0.46 | 0.88 |
| Spruce-Pine-Fir (S-P-F) | 0.42 | 0.86 |

1) Allowable loads must be adjusted according to the applicable wood species.
2) When using structural composite lumber, verify wood species and use above listed adjustment factors.

## Installation Notes

1) Use proper safety equipment during connector installations. Always wear gloves when handling connectors.

2) All welding should be done in accordance with the American Welding Society (AWS) Standard by a certified welder. **Caution: Welding galvanized steel may produce harmful fumes and should only be performed in well-ventilated environments.**

3) The proper type and quantity of fasteners must be used to install MiTek products. To achieve the published allowable loads, install with the fasteners specified for that particular product. Some products allow for alternate nail installations. Refer to the "Optional Nails for Face Mount Hangers and Straight Straps" chart on page 22 of this catalog for load adjustments when using alternate nailing. All specified fasteners must be properly installed prior to applying load to the connection.

4) Drill bolt holes a minimum of 1/32" and a maximum of 1/16" larger than the diameter of the bolt to be installed (per the 2018 NDS®, Section 11.1.3).

5) Washers should always be used under the head or nut of a bolt when not in contact with the connector unless noted otherwise.

6) It may be permissible to install some connectors with TECO pneumatic nails provided the nail length and diameter are the same and are installed through all pre-punched nail holes. MiTek recommends the use of nail guns featuring hole-locating mechanisms. Please note that many nail guns use fasteners that are shorter than the common nail size and load reductions will result. Contact MiTek Engineering. **Caution: Always follow nail gun manufacturer's safety guidelines.**

7) Joists installed in hangers should bear fully on the connector seat and shall be cut to fit against the header with a gap no greater than 1/8" between the joist end and header face.

8) Multiple-ply members must be properly fastened together to distribute loads as a single member.

9) Top mount hangers shall be installed with the back of the hanger tight to the face of the header.

10) Top mount hangers installed in floor systems may produce unevenness. This will vary based on thickness of the top flange and nail heads. **If a problem is anticipated, the effects can be mitigated by dapping or notching the beam or cutting the subfloor at hanger locations. Face mount hangers will eliminate this problem.**

⚠️ **THIS IS A REQUIREMENT ONLY FOR THE STATE OF CALIFORNIA.**

Based on our experience, we do not believe that our products when used as intended present an exposure risk of ingestion, inhalation or by absorption through the skin to any of Prop 65's current list of chemicals. Nonetheless, out of an abundance of caution, and in the event our MiTek products are misused or used in ways we do not foresee, we are taking the precaution of placing a short-form Prop 65 warning on the labels of our retail packaged products, and in some instances, on signs posted in the California retail locations where our products are sold to consumers without labels.

MiTek manufactures and supplies some products that are not intended as consumer products, and are sold through professional construction supply channels and/or delivered directly to job sites. These products will not carry the Prop 65 warning. To learn more about the California Proposition 65, visit www.P65Warning.ca.gov. For MiTek specific questions please contact MiTek Customer Service at 800-328-5934 with any questions or visit our website, MiTek-US.com.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved



# Fasteners

## pg. 22-39

| | |
|---|---|
| Bolts | 38 |
| Fastening Identification / Features | 39 |
| Nails | 22-24 |
| Screws | 25-37 |

**MiTek®**

## N / NA Nails

**Fasteners**

Fasteners

Proper fasteners are a critical component in a sound wood frame structure. To ensure successful installations of its connectors, MiTek offers a full range of structurally-rated nails. All galvanized nails supplied by MiTek are Hot-dipped for greater corrosion resistance. Any MiTek connector requiring a NA16D-RS or NA20D nail is shipped with the nails attached to the connector in convenient poly bags.

**Finish:** See Nail Specification Table on page 23.
**Materials:** ASTM A 123; ASTM A 153 (HDG)

**Installation:**
• Allowable shear values assume nail embedment into the wood of the entire nail or 10 nail diameters (whichever is less). Otherwise, the nail must be embedded at least 6 nail diameters, with the load reduced using the equation below:

$$\text{Reduced Load} = \frac{\text{Published Load x Actual Penetration}}{\text{Nail Diameter x 10}}$$

• Load reductions may occur if nails are used other than those specified. See the chart Optional Nails for Face Mount Hangers below for load reduction factors regarding nail substitutions.
• For pneumatic nail use, see Installation Notes on page 19 and reference MiTek's technical bulletins.

### Optional Nails for Face Mount Hangers and Straight Straps
**Reductions are taken from appropriate DF value found in the load chart.**
(excludes slant nail hangers)

| Catalog Nail | Replacement Fastener[1] | Allowable Load Adjustment Factor | | |
|---|---|---|---|---|
| | | DF | SP | S-P-F |
| 8d x 1-1/2 (0.131" x 1-1/2") | 8d x 1-1/2 (0.131" x 1-1/2") | 1.00 | 1.00 | 0.87 |
| | No. 8 (0.164") x 1-1/2 Wood Screw | 0.96 | 1.00 | 0.83 |
| 8d common (0.131" x 2-1/2") | 8d Box (0.113" x 2-1/2") | 0.77 | 0.83 | 0.67 |
| | 8d x 1-1/2 (0.131" x 1-1/2") | 1.00 | 1.00 | 0.87 |
| | No. 8 (0.164") x 1-1/2 Wood Screw | 0.96 | 1.00 | 0.83 |
| 10d x 1-1/2 (0.148" x 1-1/2") | 8d x 1-1/2 (0.131" x 1-1/2") | 0.83 | 0.90 | 0.72 |
| | No. 8 (0.164") x 1-1/2 Wood Screw | 0.80 | 0.87 | 0.69 |
| 10d common (0.148" x 3") | 8d Box (0.113" x 2-1/2") | 0.64 | 0.69 | 0.55 |
| | 10d Sinker (0.120" x 2-7/8") | 0.71 | 0.76 | 0.61 |
| | 8d common (0.131" x 2-1/2") | 0.83 | 0.90 | 0.72 |
| | 10d Box (0.128" x 3") | 0.80 | 0.87 | 0.69 |
| | 8d x 1-1/2 (0.131" x 1-1/2") | 0.83 | 0.90 | 0.72 |
| | 10d x 1-1/2 (0.148" x 1-1/2") | 1.00 | 1.00 | 0.87 |
| | 16d Sinker (0.148" x 3-1/4") | 1.00 | 1.00 | 0.87 |
| | No. 8 (0.164") x 1-1/2 Wood Screw | 0.80 | 0.87 | 0.69 |
| 12d common (0.148" x 3-1/4") | 10d x 1-1/2 (0.148" x 1-1/2") | 1.00 | 1.00 | 0.87 |
| | 16d Sinker (0.148" x 3-1/4") | 1.00 | 1.00 | 0.87 |
| | No. 8 (0.164") x 1-1/2 Wood Screw | 0.80 | 0.87 | 0.69 |
| 16d common (0.162" x 3-1/2") | 8d common (0.131" x 2-1/2") | 0.70 | 0.76 | 0.61 |
| | 10d Box (0.128" x 3") | 0.67 | 0.73 | 0.58 |
| | 10d common (0.148" x 3") | 0.84 | 0.91 | 0.73 |
| | 12d common (0.148" x 3-1/4") | 0.84 | 0.91 | 0.73 |
| | 10d x 1-1/2 (0.148" x 1-1/2") | 0.84 | 0.91 | 0.73 |
| | 10d Sinker (0.148" x 2-7/8") | 0.60 | 0.65 | 0.52 |
| | 16d Box (0.135" x 3-1/2") | 0.74 | 0.80 | 0.65 |
| | 16d Sinker (0.148" x 3-1/4") | 0.84 | 0.91 | 0.73 |
| | 16d x 2-1/2 (0.162" x 2-1/2") | 1.00 | 1.00 | 0.86 |
| | No. 8 (0.164") x 1-1/2 Wood Screw | 0.67 | 0.73 | 0.58 |

1) No. 8 x 1-1/2 Wood Screw shall conform to ANSI/ASME Standard B18.6.1-1981.
2) This chart does not apply to HUS, JDS, JH, JPF, JUS, MSH, MUS or THDH slant nail hangers.



**NA11**
.131 x 1-1/2"

**N8-GC**
.131 x 1-1/2"

**NA9D**
.148 x 1-1/2"

**N10-GC**
.148 x 1-1/2"

**N10C**
.148 x 3"

**N10C-GC**
.148 x 3"

**NA16D-RS**
.148 x 3-1/2"

**NA16D**
.162 x 2-1/2"

**N16C**
.162 x 3-1/2"

**N16C-GC**
.162 x 3-1/2"

**NA20D**
.192 x 2-1/2"

**How to Use:**
The base value is the catalog listed nail in Douglas Fir-Larch and the adjustment factor is the multiplier for the applicable replacement nail and wood combination.

• Adjustment factors may vary with some custom hangers or steel thicker than 10 gauge. Contact MiTek for exceptions.

• Roofing nails shall not be substituted for any nail size or type.



⚠ **Optional Nails Example:**

**JL210** – listed load is 1650 lbs. @ 100% for 10d common nails.

If substituting:
8d common nails with DF-L or LVL:
1650 lbs. x .83 = 1369 lbs.

8d common nails with SP:
1650 lbs. x .90 = 1485 lbs.

8d common nails with S-P-F:
1650 lbs. x .72 = 1188 lbs.

**No further reductions are required.**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

## N / NA Nails

**Fasteners**

### Nail Specification Table

| Finish[3,7] | Size | MiTek USP Stock No.[7] | Ref. No. | Nail Diameter | Length | Nails Per Lb. | DF/SP Allowable Shear per Nail (Lbs.)[1,2,4,5] Steel Gauge | | | | | | | | | Withdrawal Load (Lbs/in)[6] | Corrosion Finish |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3 | 7 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | | |
| HDG | 8d x 1-1/2 | NA11 | N8 | 0.131 | 1-1/2 | 152 | -- | -- | -- | -- | -- | 96 | 95 | 94 | 94 | 32 | |
| | 10d x 1-1/2 | NA9D | N10 | 0.148 | 1-1/2 | 100 | -- | -- | 139 | 127 | 119 | 116 | 114 | 114 | 113 | 36 | |
| | 10d Common | N10C | 10DHDG | 0.148 | 3 | 70 | -- | 158 | 139 | 127 | 119 | 116 | 114 | 114 | 113 | 36 | |
| | 16d x 2-1/2 | NA16D | N16, N16EG | 0.162 | 2-1/2 | 66 | 194 | 181 | 161 | 149 | 141 | 138 | 137 | 136 | -- | 40 | |
| | 16d Common | N16C | 16DHDG | 0.162 | 3-1/2 | 48 | 194 | 181 | 161 | 149 | 141 | 138 | 137 | 136 | -- | 40 | |
| | 20d x 2-1/2 | NA20D | -- | 0.192 | 2-1/2 | 41 | 234 | 207 | 187 | 175 | 168 | -- | -- | -- | -- | 47 | |
| GC | 8d x 1-1/2 | N8-GC | -- | 0.131 | 1-1/2 | 152 | -- | -- | -- | -- | -- | 96 | 95 | 94 | 94 | 32 | |
| | 10d x 1-1/2 | N10-GC | -- | 0.148 | 1-1/2 | 118 | -- | -- | 139 | 127 | 119 | 116 | 114 | 114 | 113 | 36 | |
| | 10d Common | N10C-GC | -- | 0.148 | 3 | 70 | -- | 158 | 139 | 127 | 119 | 116 | 114 | 114 | 113 | 36 | |
| | 16d Common | N16C-GC | -- | 0.162 | 3-1/2 | 48 | 194 | 181 | 161 | 149 | 141 | 138 | 137 | 136 | -- | 40 | |
| SS[8] | 8d x 1-1/2 | SSNA8D | SSN8 | 0.131 | 1-1/2 | 147 | -- | -- | -- | -- | -- | 96 | 95 | 94 | 94 | 32 | |
| | 10d x 1-1/2 | SSNA10D | SSN10 | 0.148 | 1-1/2 | 126 | -- | -- | 139 | 127 | 119 | 116 | 114 | 114 | 113 | 24 | |
| | 8d Common | SSN8C | SS8D | 0.131 | 2-1/2 | 94 | -- | -- | -- | -- | 99 | 96 | 95 | 94 | 94 | 22 | |
| | 10d Common | SSN10C | SS10D | 0.148 | 3 | 67 | -- | 158 | 139 | 127 | 119 | 116 | 114 | 114 | 113 | 24 | |
| | 16d Common | SSN16C | SS16D | 0.162 | 3-1/2 | 44 | 194 | 181 | 161 | 149 | 141 | 138 | 137 | 136 | 136 | 27 | |
| Bright | 8d Common | 8d Common | -- | 0.131 | 2-1/2 | 126 | -- | -- | -- | -- | 99 | 96 | 95 | 94 | 94 | 32 | |
| | 10d Common | 10d Common | -- | 0.148 | 3 | 70 | -- | 158 | 139 | 127 | 119 | 116 | 114 | 114 | 113 | 36 | |
| | 16d Sinker | 16d Sinker | -- | 0.148 | 3-1/4 | 60 | 162 | 158 | 139 | 127 | 119 | 116 | 114 | 114 | -- | 36 | |
| | 16d Ring Shank | NA16D-RS | -- | 0.148 | 3-1/2 | 57 | 183 | 168 | 150 | -- | -- | -- | -- | -- | -- | 36 | |
| | 16d Common | 16d Common | -- | 0.162 | 3-1/2 | 48 | 194 | 181 | 161 | 149 | 141 | 138 | 137 | 136 | -- | 40 | |
| | 20d Common | 20d Common | -- | 0.192 | 4 | 29 | 234 | 207 | 187 | 175 | 168 | -- | -- | -- | -- | 47 | |

1) Loads are calculated to specifications of Part 12 of the National Design Specifications for Wood Construction (NDS®), 2018 Edition.
2) Loads apply to Douglas Fir (G=0.50) and Southern Pine (G=0.55). For Spruce-Pine-Fir (G=0.42) multiply above values by 0.86. For other wood types refer to NDS or consult MiTek.
3) HDG = Hot-Dip Galvanized; SS = Stainless Steel; GC = Gold Coat; Bright = No Finish.
4) For 3 gauge steel with Fu=58,000 psi and 7 gauge thru 22 gauge steel with Fu=45,000 psi. Shear values assumes full penetration of at least 10 nail diameters.
5) Fastener values may be increased for duration of load.
6) Withdrawal loads are in pounds (lbs) per linear inch of embedment into main member.
7) Bright finish common and sinker nails are listed in table for reference only. MiTek does not stock these type nails.
8) Stainless steel 8d x 1-1/2 nails are ring shank. Other stainless steel nail sizes in table are smooth shank, and withdrawal values are in accordance with Table 12.2D of the 2018 NDS.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

### Minimum Fastener Penetration Table

| Nail Penny | Wire Gauge | Shank Diameter (in) | Minimum Penetration for Full Shear Load (in) | Minimum Penetration for Reduced Shear Load[1] (in) |
|---|---|---|---|---|
| 6d | 11-1/2 | .113 | 1.13 | 0.68 |
| 8d | 10-1/4 | .131 | 1.31 | 0.79 |
| 10d | 9 | .148 | 1.48 | 0.89 |
| 12d | 9 | .148 | 1.48 | 0.89 |
| 16d Sinker | 9 | .148 | 1.48 | 0.89 |
| 16d | 8 | .162 | 1.62 | 0.97 |
| 20d | 6 | .192 | 1.92 | 1.15 |

1) For penetration less than this distance, the nail has no value.
2) Penetrations are derived according to the 2018 NDS.



**Reduced Fastener Penetration Example (See chart above):**



**HD210** (Min) – listed load is 1540 lbs. @ 100% for 16d common nails.

**Reduced HD210 capacity if using a 2x DF-L or SP header:**

$$\frac{1540 \text{ lbs. x } 1.5}{1.62} = 1425 \text{ lbs. @ } 100\%$$

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek® TECO™** 33º Collated Nails                                    **Fasteners**

MiTek® TECO™ 33° collated pneumatically driven nails feature a color coded head-ID stamp system that makes it easy to verify the proper nail has been used. The 33° collated nails can serve as an alternate to hand-driven installation of the following nails and may be used with many MiTek products.

**Materials:** ASTM A580 (Bright) and ASTM A153 (HDG)
**Finish:** Bright, Hot-dip galvanized
**Codes:** IBC, FL

**Installation:**
• Can be used in a wide variety of pneumatic nail guns with nail locating ability.
• Follow manufacturer's instructions for proper use of gun and proper safety equipment.
• Install all specified fasteners per catalog.
• Do not overdrive nails.



**33° HDG
Collated Nails**



**33° Bright
Collated Nails**

| Finish[1] | Size | MiTek USP Stock No. | Ref. No. | Head ID | Nail Diameter | Length | Code Ref. |
|---|---|---|---|---|---|---|---|
| | | | | | **Dimensions (in)** | | |
| HDG | 8d x 1-1/2 | NA8DHDGPT | N8HDGPT | A3 | 0.131 | 1-1/2 | |
| | 8d Common | N8CHDGPT | -- | E3 | 0.131 | 2-1/2 | |
| | 10d x 1-1/2 | NA10DHDGPT | -- | A4 | 0.148 | 1-1/2 | |
| | 10d Common | N10CHDGPT | N10DHDGPT | E4 | 0.148 | 2-1/2 | |
| | 16d x 2-1/2 | NA16DHDGPT | N16HDGPT | E6 | 0.162 | 2-1/2 | IBC, FL |
| Bright | 8d x 1-1/2 | NA8DRPT | -- | 3H | 0.131 | 1-1/2 | |
| | 8d Common | N8CRPT | -- | 3H | 0.131 | 2-1/2 | |
| | 10d x 1-1/2 | NA10DRPT | -- | 4H | 0.148 | 1-1/2 | |
| | 10d Common | N10CRPT | -- | 4H | 0.148 | 2-1/2 | |
| | 16d x 2-1/2 | NA16DRPT | -- | 6H | 0.162 | 2-1/2 | |

1) HDG = Hot-Dip Galvanized; Bright = No Finish.



**Typical MiTek hanger installation
using TECO 33° Collated Nails**



**Available in packs of 250, 800 & Bulk Packs**

**Packaging Table**

| Finish | Size | 250-count Pack | | 800-count Pack | | Bulk Offering | |
|---|---|---|---|---|---|---|---|
| | | MiTek USP Stock No. | Box/Ctn Qty | MiTek USP Stock No. | Box/Ctn Qty | MiTek USP Stock No. | Box Qty |
| HDG | 8d x 1-1/2 | NA8DHDGPT250 | 4-pack/250-ea | NA8DHDGPT800 | 2-pack/800-ea | NA8DHDGPT4000 | 4000-ea |
| | 8d Common | N8CHDGPT250 | 4-pack/250-ea | N8CHDGPT800 | 2-pack/800-ea | N8CHDGPT2500 | 2500-ea |
| | 10d x 1-1/2 | NA10DHDGPT250 | 4-pack/250-ea | NA10DHDGPT800 | 2-pack/800-ea | NA10DHDGPT3000 | 3000-ea |
| | 10d Common | N10CHDGPT250 | 4-pack/250-ea | N10CHDGPT800 | 2-pack/800-ea | N10CHDGPT2500 | 2500-ea |
| | 16d x 2-1/2 | NA16DHDGPT250 | 4-pack/250-ea | NA16DHDGPT800 | 2-pack/800-ea | NA16DHDGPT2000 | 2000-ea |
| Bright | 8d x 1-1/2 | NA8DRPT250 | 4-pack/250-ea | NA8DRPT800 | 2-pack/800-ea | NA8DRPT4000 | 4000-ea |
| | 8d Common | N8CRPT250 | 4-pack/250-ea | N8CRPT800 | 2-pack/800-ea | N8CRPT2500 | 2500-ea |
| | 10d x 1-1/2 | NA10DRPT250 | 4-pack/250-ea | NA10DRPT800 | 2-pack/800-ea | NA10DRPT3000 | 3000-ea |
| | 10d Common | N10CRPT250 | 4-pack/250-ea | N10CRPT800 | 2-pack/800-ea | N10CRPT2500 | 2500-ea |
| | 16d x 2-1/2 | NA16DRPT250 | 4-pack/250-ea | NA16DRPT800 | 2-pack/800-ea | NA16DRPT2000 | 2000-ea |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# WS Hex Head Interior Structural Wood Screws

**MiTek® PRO SERIES Fasteners**

**Fasteners**

The WS Wood Screw is a self-drilling screw used for numerous interior framing applications. For use in wood-to-wood and steel-to-wood applications. Head stamped to indicate length for easy inspection.

**Features and Benefits:**
• 1/4" diameter
• No predrilling
• Type 17 point reduces installation torque and splitting
• 3/8" Hex Drive
• Length identification stamps on all WS heads

**Materials:** 1/4" diameter Grade 5 steel
**Finish:** Yellow Zinc
**Codes:** IBC, FL, LA

**Installation:**
• Screws are self-drilling.
• Install using a low speed clutch drill with 3/8" hex head driver. The washer head should be flat to the surface and the serrations will oppose turning and release the clutch. Do not over-tighten the screws.
• Care should be given to ensure the fastener is installed perpendicular to the plane of the side plate.





**WS**
(Yellow Zinc finish)

**INTERIOR USE**
**Yellow Zinc**

## Specification Table

| Size (in) | MiTek Stock No. | Ref. No. | L | SH | T | Finish[1] | Wood[3] | 14 | 10 | 7 | 3 | Withdrawal Capacity (Lbs/in of thread) 100% | Steel-to-Wood Withdrawal Capacity (Lbs.)[5] 100% | Wood[3] | 14 | 10 | 7 | 3 | Withdrawal Capacity (Lbs/in. of thread) 100% | Steel-to-Wood Withdrawal Capacity (Lbs.)[5] 100% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dimensions (in) | | | | DF/SP Allowable Loads (Lbs.)[2,4] | | | | | | | S-P-F Allowable Loads (Lbs.)[2,4] | | | | | | | |
| | | | | | | | Shear (100%) | | | | | | | Shear (100%) | | | | | | | |
| | | | | | | | | Steel-to-Wood Gauge | | | | | | | Steel-to-Wood Gauge | | | | | | |
| 1/4 x 1-1/2 | WS15 | SDS1/4X1.5, SDS1/4X11/2 | 1-1/2 | 1/4 | 1-1/4 | Zinc | -- | 230 | 261 | 259 | 266 | 164 | 206 | -- | 188 | 211 | 190 | 217 | 103 | 129 | |
| 1/4 x 2 | WS2 | SDS1/4X2 | 2 | 1/4 | 1-3/4 | Zinc | -- | 306 | 307 | 289 | 316 | 160 | 281 | -- | 215 | 244 | 249 | 248 | 117 | 204 | |
| 1/4 x 2-1/2 | WS25 | SDS1/4X2.5 | 2-1/2 | 1/4 | 2-1/4 | Zinc | -- | 362 | 352 | 338 | 369 | 199 | 398 | -- | 256 | 292 | 286 | 294 | 141 | 281 | |
| 1/4 x 3 | WS3 | SDS1/4X3 | 3 | 3/4 | 2-1/4 | Zinc | 268 | 418 | 396 | 387 | 457 | 199 | 398 | 227 | 297 | 340 | 322 | 365 | 141 | 281 | IBC, FL, LA |
| 1/4 x 3-1/2 | WS35 | SDS1/4X3.5, SDS1/4X31/2 | 3-1/2 | 3/4 | 2-3/4 | Zinc | 398 | 451 | 460 | 454 | 481 | 208 | 520 | 311 | 338 | 380 | 356 | 370 | 154 | 385 | |
| 1/4 x 4-1/2 | WS45 | SDS1/4X4.5, SDS1/4X41/2 | 4-1/2 | 1-1/4 | 3-1/4 | Zinc | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | |
| 1/4 x 5 | WS5 | -- | 5 | 1-3/4 | 3-1/4 | Zinc | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | |
| 1/4 x 6 | WS6 | SDS1/4X6 | 6 | 1-3/4 | 4-1/4 | Zinc | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | |
| 1/4 x 8 | WS8 | -- | 8 | 4-3/4 | 3-1/4 | Zinc | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | |

1) Zinc = Yellow Zinc Dichromate.
2) Allowable shear loads assume a side plate tensile strength of 45 ksi for 14 gauge and 10 gauge, 52 ksi for 7 gauge and 58 ksi for 3 gauge.
3) Shear loads for wood-to-wood connections assume a side member thickness of 1-1/2".
4) Loads are for 100% duration of load factors, and may be increased for other duration factors in accordance with the NDS.
5) Withdrawal loads for steel-to-wood connections assume a side plate thickness of 1/4" or less.
New products or updated product information are designated in **blue font**.

## Packaging Table

| Use | Size (in) | MiTek Stock No. | Box/Ctn Qty | MiTek Stock No. | Box/Ctn Qty | MiTek Stock No. | Box/Ctn Qty |
|---|---|---|---|---|---|---|---|
| | | Retail Box Offering | | Mini Bulk Offering | | Bulk Offering | |
| Interior for wood-to-wood connections | 1/4 x 1-1/2 | WS15-R25 | 12-pack/25-ea | WS15-MB | 3-box/300-ea | WS15-BP | 1500-ea |
| | 1/4 x 2 | WS2-R25 | 12-pack/25-ea | WS2-MB | 3-box/250-ea | WS2-BP | 1300-ea |
| | 1/4 x 2-1/2 | WS25-R25 | 12-pack/25-ea | WS25-MB | 3-box/200-ea | WS25-BP | 1100-ea |
| | 1/4 x 3 | WS3-R25 | 12-pack/25-ea | WS3-MB | 3-box/150-ea | WS3-BP | 950-ea |
| | 1/4 x 3-1/2 | WS35-R10 | 12-pack/10-ea | WS35-MB | 3-box/125-ea | WS35-BP | 900-ea |
| | 1/4 x 4-1/2 | WS45-R10 | 12-pack/10-ea | WS45-MB | 3-box/100-ea | WS45-BP | 800-ea |
| | 1/4 x 5 | WS5-R10 | 12-pack/10-ea | WS5-MB | 3-box/100-ea | WS5-BP | 500-ea |
| | 1/4 x 6 | WS6-R10 | 12-pack/10-ea | WS6-MB | 3-box/100-ea | WS6-BP | 600-ea |
| | 1/4 x 8 | WS8-R10 | 12-pack/10-ea | -- | -- | WS8-BP | 400-ea |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# **WSWH** Washer Head Interior Structural Wood Screws

MiTek® **PRO SERIES** Fasteners

Fasteners

The MiTek Pro Series Washer Head is the ideal screw for interior Multi-Ply EWP and dimensional wood connections. The specific lengths of the WSWH allow for one-sided connections on multi-ply beams and girder trusses.

**Features and Benefits:**
• 1/4" diameter
• No predrilling
• Flat head style allows for less interference after installation
• Type 17 point reduces installation torque and splitting
• T30* drive eliminates cam-out
• Nibs under head seat head flush to wood surface
• Length identification stamps on all WSWH heads

**Materials:** 1/4" diameter Grade 5 steel
**Finish:** Yellow Zinc
**Codes:** IBC, FL, LA

**Installation:**
• For best results, install the MiTek Pro Series Washer Head using a high torque, 1/2" variable speed drill.
• Bring the washer portion of head flush to the surface of the wood. **Do not overdrive.**





**WSWH**
(Yellow Zinc finish)



INTERIOR USE
Yellow Zinc

## Specification Table

| Size (in) | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | Finish[1] | DF/SP Allowable Loads (Lbs.)[4] Wood-to-Wood | | SPF Allowable Loads (Lbs.)[4] Wood-to-Wood | | LVL Allowable Loads (Lbs.)[4] Wood-to-Wood | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | L | SH | T | | Shear[2] 100% | Withdrawal[3] 100% | Shear[2] 100% | Withdrawal[3] 100% | Shear[2] 100% | Withdrawal[3] 100% | |
| **Wood-to-Wood Connections** | | | | | | | | | | | | | |
| 1/4 x 2-7/8 | WSWH278 | SDW22300 | 2-7/8 | 5/8 | 2 | Zinc | 268 | 274 | 227 | 194 | -- | -- | IBC, FL, LA |
| 1/4 x 4-1/2 | WSWH45 | SDW22458 | 4-1/2 | 2-1/4 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 5 | WSWH5 | SDW22500 | 5 | 2-3/4 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 6 | WSWH6 | SDW22600 | 6 | 3-3/4 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |
| **Multi-Ply EWP Connections** | | | | | | | | | | | | | |
| 1/4 x 3-3/8 | WSWH338 | SDW22338 | 3-3/8 | 1-1/8 | 2 | Zinc | **398** | 373 | **311** | 264 | 319 | 310 | IBC, FL, LA |
| 1/4 x 5 | WSWH5 | SDW22500 | 5 | 2-3/4 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 6-3/4 | WSWH634 | SDW22634 | 6-3/4 | 4-1/2 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |
| **Multi-Ply Dimensional Connections** | | | | | | | | | | | | | |
| 1/4 x 2-7/8 | WSWH278 | SDW22300 | 2-7/8 | 5/8 | 2 | Zinc | 268 | 274 | 227 | 194 | -- | -- | IBC, FL, LA |
| 1/4 x 4-1/2 | WSWH45 | SDW22458 | 4-1/2 | 2-1/4 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 6 | WSWH6 | SDW22600 | 6 | 3-3/4 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 6-3/8 | WSWH638 | SDW22638 | 6-3/8 | 4-1/8 | 2 | Zinc | 415 | 398 | 364 | 282 | 358 | 382 | |

1) Zinc = Yellow Dichromate.
2) Shear and withdrawal loads for wood-to-wood connections assume a side member thickness of 1-1/2" for DF/SP and SPF allowable loads and 1-3/4" for LVL allowable loads.
3) Withdrawal loads are derived from the minimum of head pull through tests and withdrawal capacity of threaded portion in main member.
4) Load are for 100% duration of load, and may be increased for the other duration factors in accordance with the NDS.
New products or updated product information are designated in **blue font**.

## Packaging Table

| Use | Size (in) | 50-count Pack[1] | | Mini Bulk Offering[1] | | Bulk Offering[1] | |
|---|---|---|---|---|---|---|---|
| | | MiTek Stock No. | Box/Ctn Qty | MiTek Stock No. | Box/Ctn Qty | MiTek Stock No. | Box Qty |
| **Interior for Multi-Ply EWP & Multi-Ply Truss Girders** | 1/4 x 2-7/8 | WSWH278-R50 | 5-box/50-ea | -- | -- | WSWH278-BP | 500-ea |
| | 1/4 x 3-3/8 | WSWH338-R50 | 5-box/50-ea | WSWH338-MB | 200-ea | -- | -- |
| | 1/4 x 4-1/2 | WSWH45-R50 | 5-box/50-ea | -- | -- | WSWH45-BP | 400-ea |
| | 1/4 x 5 | WSWH5-R50 | 5-box/50-ea | WSWH5-MB | 200-ea | -- | -- |
| | 1/4 x 6 | WSWH6-R50 | 5-box/50-ea | -- | -- | WSWH6-BP | 300-ea |
| | 1/4 x 6-3/8 | WSWH638-R50 | 5-box/50-ea | -- | -- | WSWH638-BP | 300-ea |
| | 1/4 x 6-3/4 | WSWH634-R50 | 5-box/50-ea | WSWH634-MB | 200-ea | -- | -- |

1) T30* drive is included in packaging.

* T30 is a trademark of Acument

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

**WSWH** Washer Head Interior Structural Wood Screw Application   **MiTek® PRO SERIES Fasteners**

Fasteners

## Attaching 2x Ledger-to-Wall Studs Application

MiTek's WSWH Washer Head Structural Wood Screw can be used to attach a ledger to studs directly, through 1/2" APA rated sheathing or through one or two layers of 5/8" gypsum wallboard (drywall). Screws are to be installed into the wide face of the single 2x ledger, through the gypsum board and into the center of the narrow face of the 2x stud.

### Installation:
- Ledger design to be performed by a certified design professional.
- Locate studs in wall where ledger is to be installed.
- Install MiTek's WSWH5 structural wood screws through ledger and 5/8" gypsum wallboard into wall framing using a T30* drive.
- Follow the minimum edge distance guidelines in images shown below.
- Wall design must be performed by certified design professional.
- Care should be taken to install the ledger only where studs are plumb and free of any defects.
- **WSWH45 should be used when no gypsum wallboard is present.**



**WSWH5**
(Yellow Zinc finish)

**WSWH45**
(Exterior Coat finish)



**Typical 2x8 Ledger attached through 2 layers of 5/8" Gypsum Wallboard installation**



**2x8 Detail**



**2x10 Detail**



**2x12 Detail**



**2x6 Detail**

| MiTek Stock No. | | Ledger Size[9] | Number of Screws per Stud[4,8] | Allowable Shear Per Stud (Lbs.)[2,5,6,7] | |
|---|---|---|---|---|---|
| Zinc Finish[1] | EXT Finish[1] | | | DF/SP $SG \geq 0.50$ | S-P-F/HF $0.42 \leq SG < 0.50$ |
| WSWH45 WSWH5 | WSWH45-EXT WSWH5-EXT | 2x6 | 2 | 520 | 455 |
| | | 2x8 or 2x10 | 3 | 860 | 750 |
| | | 2x12 | 4 | 1040 | 900 |

1) Zinc = Yellow Zinc Dichromate; EXT = Exterior Coat.
2) Allowable loads are based on DF or equivalent wood members with a specific gravity $\geq 0.50$, or SPF/HF members with specific gravity in the following range: $0.42 \leq SG < 0.50$.
3) Gypsum board must be attached per building code requirements.
4) Screws must be installed in the center of the 2x stud, with a tolerance of 3/16" to either side.  Minimum loaded end distance for the stud is 3" and 6" when loaded away from the end. Ledger end distance must be 6" or greater for full values. For ledger end distances between 2" and 6" use 50% of the load table, for end distance between 2" and 4" predrill with a 5/32" bit.
5) The values above can be used when designing a ledger connection with (1) or (2) layers of 5/8" gypsum board, a direct connection with no gypsum between the ledger and studs, or a ledger connection with a single layer of APA rated 1/2" OSB.
6) Allowable loads are shown above at a load duration factor of $C_D = 1.00$. Loads may be increased where applicable to the current NDS. When in-service moisture content is greater than 19%, use $C_M = 0.70$.
7) For LRFD values, the values above should be adjusted in accordance with the 2018 NDS, Section 11.3.
8) Main members (stud) shall be loaded parallel to grain with a minimum penetration of 2-1/4" while side members (ledger) shall be loaded perpendicular to grain with a minimum penetration of 1-1/2".

\* T30 is a trademark of Acument

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**WSWH** Washer Head Interior Structural Wood Screw Application   **MiTek® PRO SERIES Fasteners**

Fasteners

### Joining Multi-Ply Dimensional Lumber Beams Application

The MiTek Pro Series WSWH Structural Wood Screws have been designed specifically for use in joining wood members of multiple-ply dimensional lumber beams. Using a standard 1/2'' low speed/high torque drill, install screws into the side of the outermost ply. As the threads fully engage the final ply, allow the underside of the washer head to pull the plies firmly together. Washer head will install flush with the surface of the wood, but do not overdrive as this may damage the beam. Refer to the information on page 29 for proper WSWH screw size selection and fastening pattern.

### Minimum Spacing Requirements:



Minimum spacing between screws in a row = 3-1/2"

Minimum edge distance = 1-3/4"

Minimum spacing between rows of screws = 1-3/4"

Minimum end distance = 3-3/4"



WSWH278 – 2-7/8"
WSWH45 – 4-1/2"
WSWH6 – 6"



USP Brand

Length Designation

### Fastener Identification
For easier selection and post installation inspection, all MiTek Pro Series Structural Wood Screws carry an identifying head marking.

---

### Top Loaded Beams

Where floor joists rest on all plies of the beam, WSWH screws should be installed in two staggered rows at 24'' O.C. spacing. Maintain the minimum end and edge distance as indicated above.



24"

For beam depths of 18'' or more, this pattern should be increased to three staggered rows of WSWH screws every 24'' on center.



18"    24"

---

### General Guidelines:

- Excessively warped or curved lumber should never be forced into alignment by use of clamps, screws or bolts as splitting may occur, potentially decreasing the carrying capacity of the beam.

- The WSWH278, WSWH45, and WSWH6 are not designed for use with engineered wood. Refer to MiTek's Joining Multi-Ply Engineered Wood (EWP) Beams Application information on page 30.

- A qualified designer or engineer should always be consulted for critical assemblies and fastening requirements.

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**WSWH** Washer Head Interior Structural Wood Screw Application   MiTek® **PRO** SERIES **Fasteners**

**Fastener Size Selection by Assembly Type**
(2 rows shown)



A

1-1/2"   1-1/2"

2-7/8"
Screw

**WSWH278**
**2-7/8"**



B

1-1/2"   1-1/2"   1-1/2"

**WSWH45**
**4-1/2"**



C

1-1/2"   1-1/2"   1-1/2"   1-1/2"

**WSWH6**
**6"**

**Side Loaded Beams**
Where floor joists are joined to the side of the beam (typically using a joist hanger), this load chart must be used
to establish the proper pattern based on the design load as determined by the engineer and noted on the plans.

| Length (in) | MiTek Stock No. | No. of Screws Vertical Column | Spacing Between Screws in a Row (in) | Allowable Side Loads by Assembly Type (Lbs/Lineal Ft) (See Graphics) [1,2,3,4,5,6] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DF/SP | | | SPF | | |
| | | | | A | B | C | A | B | C |
| 2-7/8 | WSWH278 | 2 | 24 | 535 | -- | -- | 455 | -- | -- |
| | | | 19.2 | 670 | | | 570 | | |
| | | | 16 | 805 | | | 680 | | |
| | | 3 | 24 | 805 | -- | -- | 680 | -- | -- |
| | | | 19.2 | 1005 | | | 850 | | |
| | | | 16 | 1205 | | | 1020 | | |
| 4-1/2 | WSWH45 | 2 | 24 | -- | 625 | -- | -- | 545 | -- |
| | | | 19.2 | | 780 | | | 685 | |
| | | | 16 | | 935 | | | 820 | |
| | | 3 | 24 | -- | 935 | -- | -- | 820 | -- |
| | | | 19.2 | | 1165 | | | 1025 | |
| | | | 16 | | 1400 | | | 1230 | |
| 6 | WSWH6 | 2 | 24 | -- | -- | 555 | -- | -- | 485 |
| | | | 19.2 | | | 690 | | | 605 |
| | | | 16 | | | 830 | | | 730 |
| | | 3 | 24 | -- | -- | 830 | -- | -- | 730 |
| | | | 19.2 | | | 1040 | | | 910 |
| | | | 16 | | | 1245 | | | 1090 |

1) Allowable loads are derived from tested fastener values as reported in ICC-ES ESR-2761.
2) All numbers in this table are based on Douglas Fir-Larch (DF), Southern Pine (SP), and Spruce-Pine-Fir (SPF).
   The DF/SP values are based on SG ≥ 0.50. The SPF values are based on $0.42 \le SG < 0.50$.
3) The uniform loads in this table relate only to the capacity of the fastener to transfer shear loads between plies.
   The capacity of the beam may be less and should be verified by design professional.
4) Values listed reflect 100% load duration. ($C_D$=1.0) The designer may apply adjustment factors to increase or
   decrease these loads per the NDS based on conditions for each assembly.
5) To minimize rotation, 6" wide beams shall be side loaded only when loads are applied to both sides of the beam,
   with the lesser loaded beam bearing at least 25% of the overall design load.
6) Load values depicted assume all uniform load is applied to the outermost ply or point of entry for the screw.
7) **Tip side loading to beam is allowed for 50% of listed allowable side load. Head side and tip side of beam can be
   loaded concurrently so long as they do not exceed listed capacity. (Example: A 3-ply assembly with a head side
   load of 1,400 plf and tip side load of 700 plf may be fastened together with 3 rows of WSWH screws at 16" O.C.
   spacing between fasteners in a row).**
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**WSWH** Washer Head Interior Structural Wood Screw Application        **MiTek® PRO SERIES Fasteners**

Fasteners

### Joining Multi-Ply Engineered Wood (EWP) Beams Application

The MiTek Pro Series WSWH Structural Wood Screws have been designed specifically for use in joining wood members of multiple-ply engineered wood beams (LVL, LSL & PSL). Using a standard 1/2'' low speed/high torque drill, install screws into the side of the outermost ply. As the threads fully engage the final ply, allow the underside of the washer head to pull the plies firmly together. Washer head will install flush with the surface of the wood, but do not overdrive as this may damage the beam. Refer to the information below for proper WSWH screw size selection and fastening pattern.



### Minimum Spacing Requirements:



Minimum spacing between screws in a row = 3-1/2"

Minimum edge distance = 1-3/4"

Minimum spacing between rows of screws = 1-3/4"

Minimum end distance = 3-3/4"

WSWH338 – 3-3/8"
WSWH5 – 5-1/2"
WSWH634 – 6-3/4"

USP Brand

**Fastener Identification**
For easier selection and post installation inspection, all MiTek Pro Series Wood Screws carry an identifying head marking.

Length Designation

---

#### Top Loaded Beams



Where floor joists rest on all plies of the beam, WSWH screws should be installed in two staggered rows at 24" O.C. spacing. Maintain the minimum end and edge distance as indicated above.

24"



For beam depths of 18" or more, this pattern should be increased to three staggered rows of WSWH screws every 24" on center.

18"    24"

---

### General Guidelines:

• Beams wider than 7" require special consideration by the design professional. The values on the next page do not apply.

• Excessively warped or curved LVL should never be forced into alignment by use of clamps, screws or bolts as splitting may occur, potentially decreasing the carrying capacity of the beam.

• The WSWH338, WSWH5, and WSWH634 are not designed for use with dimensional lumber. Refer to MiTek's Joining Multi-Ply Dimensional Lumber Beams Application information on page 28.

• A qualified designer or engineer should always be consulted for critical assemblies and fastening requirements.

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**WSWH** Washer Head Interior Structural Wood Screw Applications   MiTek® **PRO SERIES Fasteners**

**Fastener Size Selection by Assembly Type** (2 rows shown)



**A** 1-3/4"  1-3/4"
WSWH338
3-3/8"

**B** 1-3/4"  1-3/4"  1-3/4"
WSWH5
5"

**C** 1-3/4"  3-1/2"
WSWH5
5"

**D** 1-3/4"  3-1/2"  1-3/4"
WSWH634
6-3/4"

**E** 3-1/2"  3-1/2"
WSWH634
6-3/4"

**F** 1-3/4"  1-3/4"  1-3/4"  1-3/4"
WSWH634
6-3/4"

**Side Loaded Beams**
Where floor joists are joined to the side of the beam (typically using a joist hanger), this load chart must be used to establish the proper pattern based on the design load as determined by the engineer and noted on the plans.

| Length (in) | MiTek Stock No. | No. of Screws Vertical Column | Spacing Between Screws in a Row (in) | Allowable Side Loads by Assembly Type (Lbs/Lineal Ft)  (See Graphics) [1,2,3,4,5] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EWP Wood Specific Gravity G ≥ 0.50 | | | | | | EWP Wood Specific Gravity G ≥ 0.42 | | | | | |
| | | | | A | B | C | D | E | F | A | B | C | D | E | F |
| 3-3/8 | WSWH338 | 2 | 24 | 640 | -- | -- | -- | -- | -- | 455 | -- | -- | -- | -- | -- |
| | | | 19.2 | 800 | | | | | | 570 | | | | | |
| | | | 16 | 955 | | | | | | 680 | | | | | |
| | | | 12 | 1275 | | | | | | 910 | | | | | |
| | | 3 | 24 | 955 | -- | -- | -- | -- | -- | 680 | -- | -- | -- | -- | -- |
| | | | 19.2 | 1195 | | | | | | 850 | | | | | |
| | | | 16 | 1435 | | | | | | 1020 | | | | | |
| | | | 12 | 1915 | | | | | | 1360 | | | | | |
| 5 | WSWH5 | 2 | 24 | -- | 535 | 535 | -- | -- | -- | -- | 545 | 545 | -- | -- | -- |
| | | | 19.2 | | 670 | 670 | | | | | 685 | 685 | | | |
| | | | 16 | | 805 | 805 | | | | | 820 | 820 | | | |
| | | | 12 | | 1075 | 1075 | | | | | 1090 | 1090 | | | |
| | | 3 | 24 | -- | 805 | 805 | -- | -- | -- | -- | 820 | 820 | -- | -- | -- |
| | | | 19.2 | | 1005 | 1005 | | | | | 1025 | 1025 | | | |
| | | | 16 | | 1210 | 1210 | | | | | 1230 | 1230 | | | |
| | | | 12 | | 1610 | 1610 | | | | | 1640 | 1640 | | | |
| 6-3/4 | WSWH634 | 2 | 24 | -- | -- | -- | 475 | 715 | 475 | -- | -- | -- | 485 | 730 | 485 |
| | | | 19.2 | | | | 595 | 895 | 595 | | | | 605 | 910 | 605 |
| | | | 16 | | | | 715 | 1075 | 715 | | | | 730 | 1090 | 730 |
| | | | 12 | | | | 955 | 1430 | 955 | | | | 970 | 1455 | 970 |
| | | 3 | 24 | -- | -- | -- | 715 | 1075 | 715 | -- | -- | -- | 730 | 1090 | 730 |
| | | | 19.2 | | | | 895 | 1345 | 895 | | | | 910 | 1365 | 910 |
| | | | 16 | | | | 1075 | 1610 | 1075 | | | | 1090 | 1640 | 1090 |
| | | | 12 | | | | 1430 | 2150 | 1430 | | | | 1455 | 2185 | 1455 |

1) Allowable loads are derived from tested fastener values as reported in ICC-ES ESR-2761.
2) The uniform loads in this table relate only to the capacity of the fastener to transfer shear loads between plies. The specific gravity (SG) and the capacity of the EWP should be verified with manufacturer's literature.
3) Values listed reflect 100% load duration. (C_D=1.0) The designer may apply adjustment factors to increase or decrease these loads per the NDS based on conditions for each assembly.
4) Load values depicted assume all uniform load is applied to the outermost ply or point of entry for the screw.

5) To minimize rotation, 7" wide beams shall be side loaded only when loads are applied to both sides of the beam with the lesser loaded side bearing at least 25% of the overall design load.
6) Tip side loading to beam is allowed for 50% of listed allowable head side load. Head side and tip side of beam can be loaded concurrently so long as they do not exceed 150% listed head side capacity.(Example: A 3-ply assembly with a head side load of 1,200 plf and tip side load of 600 plf may be fastened together with 3 rows of WSWH5 screws at 16" O.C. spacing between fasteners in a row).

New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**WS** Hex Head Exterior Structural Wood Screws

**MiTek® PRO SERIES Fasteners**

Fasteners

The MiTek Pro Series Hex Head is the ideal screw for numerous framing applications. It can be used in wood-to-wood and steel-to-wood applications.

**Features and Benefits:**
• 1/4" diameter
• No predrilling
• Type 17 point reduces installation torque and splitting
• 3/8" hex drive
• Length identification stamps on all WS heads

**Materials:** 1/4" diameter Grade 5 steel
**Finish:** Exterior Coat
**Codes:** IBC, FL, LA



**Installation:**
• Screws are self-drilling.
• Install using a low speed clutch drill with 3/8" hex head driver. The washer head should be flat to the surface and the serrations will oppose turning and release the clutch. Do not over-tighten the screws.
• Care should be given to ensure the fastener is installed perpendicular to the plane of the side plate.
• Refer to page 34 for Attaching Deck Ledger to Rim Board Application.



**WS**
(Exterior Coat finish)



EXTERIOR USE
EXT

**Specification Table**

| Size (in) | MiTek Stock No. | Ref. No. | L | SH | T | Finish[1] | DF/SP Allowable Loads (Lbs.)[2,4] Shear (100%) Wood-to-Wood[3] | Steel-to-Wood Gauge 14 | 10 | 7 | 3 | Withdrawal Capacity (Lbs./in. of thread) 100% | Steel to Wood Withdrawal Capacity (Lbs.)[5] 100% | S-P-F Allowable Loads (Lbs.)[2,4] Shear (100%) Wood-to-Wood[3] | Steel-to-Wood Gauge 14 | 10 | 7 | 3 | Withdrawal Capacity (Lbs./in. of thread) 100% | Steel to Wood Withdrawal Capacity (Lbs.)[5] 100% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4 x 1-1/2 | WS15-EXT | SDS25112 | 1-1/2 | 1/4 | 1-1/4 | EXT | -- | 230 | 261 | 259 | 266 | 164 | 206 | -- | 188 | 211 | 190 | 217 | 103 | 129 | | |
| 1/4 x 2 | WS2-EXT | SDS25200 | 2 | 1/4 | 1-3/4 | EXT | -- | 306 | 307 | 289 | 316 | 160 | 281 | -- | 215 | 244 | 249 | 248 | 117 | 204 | | |
| 1/4 x 2-1/2 | WS25-EXT | SDS25212 | 2-1/2 | 1/4 | 2 | EXT | -- | 362 | 352 | 338 | 369 | 199 | 398 | -- | 256 | 292 | 286 | 294 | 141 | 281 | | |
| 1/4 x 3 | WS3-EXT | SDS25300 | 3 | 3/4 | 2 | EXT | 268 | 418 | 396 | 387 | 457 | 199 | 398 | 227 | 297 | 340 | 322 | 365 | 141 | 281 | | IBC, FL, LA |
| 1/4 x 3-1/2 | WS35-EXT | SDS25312 | 3-1/2 | 3/4 | 2-1/2 | EXT | 398 | 451 | 460 | 454 | 481 | 208 | 520 | 311 | 338 | 380 | 356 | 370 | 154 | 385 | | |
| 1/4 x 4-1/2 | WS45-EXT | SDS25412 | 4-1/2 | 1-1/4 | 3 | EXT | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | | |
| 1/4 x 5 | WS5-EXT | SDS25500 | 5 | 1-3/4 | 3 | EXT | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | | |
| 1/4 x 6 | WS6-EXT | SDS25600 | 6 | 1-3/4 | 4 | EXT | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | | |
| 1/4 x 8 | WS8-EXT | SDS25800 | 8 | 4-3/4 | 3 | EXT | 415 | 516 | 588 | 589 | 531 | 214 | 642 | 364 | 421 | 460 | 425 | 379 | 163 | 489 | | |

1) EXT = Exterior Coat.
2) Allowable shear loads assume a side plate tensile strength of 45 ksi for 14 gauge and 10 gauge, 52 ksi for 7 gauge and 58 ksi for 3 gauge.
3) Shear loads for wood-to-wood connections assume a side member thickness of 1-1/2".
4) Loads are for 100% duration of load factors, and may be increased for other duration factors in accordance with the NDS.
5) Withdrawal loads for steel-to-wood connections assume a side plate thickness of 1/4" or less.
New products or updated product information are designated in blue font.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

**Packaging Table**

| Use | Size (in) | Retail Box Offering[1] MiTek Stock No. | Box/Ctn Qty | 50-count Pack[1] MiTek Stock No. | Box/Ctn Qty | Mini Bulk Offering[1] MiTek Stock No. | Box/Ctn Qty | Bulk Offering[1] MiTek Stock No. | Box Qty |
|---|---|---|---|---|---|---|---|---|---|
| Exterior for Deck Ledgers & other wood-to-wood connections | 1/4 x 1-1/2 | WS15-EXTR25 / WS15-GCR25 | 10-pack/25-ea | -- | -- | WS15-EXTMB | 2-box/200-ea | WS15-EXTBP | 1500-ea |
| | 1/4 x 2 | WS2-EXTR25 | 10-pack/25-ea | -- | -- | WS2-EXTMB | 2-box/200-ea | WS2-EXTBP | 1300-ea |
| | 1/4 x 2-1/2 | WS25-EXTR25 | 10-pack/25-ea | -- | -- | WS25-EXTMB | 2-box/200-ea | WS25-EXTBP | 1100-ea |
| | 1/4 x 3 | WS3-EXTR25 | 10-pack/25-ea | WS3-EXTR50 | 5-box/50-ea | WS3-EXTMB | 200-ea | WS3-EXTBP | 950-ea |
| | 1/4 x 3-1/2 | WS35-EXTR12 | 10-pack/12-ea | WS35-EXTR50 | 5-box/50-ea | WS35-EXTMB | 200-ea | WS35-EXTBP | 900-ea |
| | 1/4 x 4-1/2 | WS45-EXTR12 | 10-pack/12-ea | WS45-EXTR50 | 5-box/50-ea | WS45-EXTMB | 200-ea | WS45-EXTBP | 800-ea |
| | 1/4 x 5 | WS5-EXTR12 | 10-pack/12-ea | WS5-EXTR50 | 5-box/50-ea | WS5-EXTMB | 200-ea | WS5-EXTBP | 600-ea |
| | 1/4 x 6 | WS6-EXTR12 | 10-pack/12-ea | WS6-EXTR50 | 5-box/50-ea | WS6-EXTMB | 200-ea | WS6-EXTBP | 500-ea |
| | 1/4 x 8 | WS8-EXTR12 | 10-pack/12-ea | WS8-EXTR50 | 5-box/50-ea | WS8-EXTMB | 200-ea | -- | -- |

MiTek® Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**WSWH** Washer Head Structural Exterior Wood Screws

MiTek® **PRO SERIES** Fasteners

Fasteners

The WSWH is an ideal alternative for the Pro or DIYer to traditional lag screws and through-bolts, for installing deck ledgers and more. It is easy to install and reduces labor on the jobsite. The large, flat washer head maximizes bearing area and allows for less interference after installation.

**Features and Benefits:**
• 1/4" diameter
• No predrilling
• Flat head style allows for less interference after installation
• Type 17 point reduces installation torque and splitting
• T30* drive eliminates cam-out
• Large washer maximizes bearing area
• Nibs under head seat head flush to wood surface
• Length identification stamps on all WSWH heads

**Materials:** 1/4" diameter Grade 5 steel
**Finish:** Exterior Coat
**Codes:** IBC, FL, LA

**Installation:**
• For best results, install the MiTek Pro Series Washer Head using a high torque, 1/2" variable speed drill.
• Bring the washer portion of head flush to the surface of the wood. **Do not overdrive**.
• See page 34 for Attaching Deck Ledger to Rim Board Application, page 27 for Attaching 2x Ledger-to-Wall Studs Application, page 28 for Joining Multi-Ply Dimensional Lumber Beams Application and page 30 for Joining Multi-Ply Engineered Wood (EWP) Beams Application.







**WSWH**
(Exterior Coat finish)

EXTERIOR USE
EXT

**Specification Table**

| Size (in) | MiTek Stock No. | Ref. No. | Dimensions (in) | | | Finish[1] | DF/SP Allowable Loads (Lbs.)[4] | | SPF Allowable Loads (Lbs.)[4] | | LVL Allowable Loads (Lbs.)[4] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | L | SH | T | | Wood-to-Wood | | Wood-to-Wood | | Wood-to-Wood | | |
| | | | | | | | Shear[2] 100% | Withdrawal[3] 100% | Shear[2] 100% | Withdrawal[3] 100% | Shear[2] 100% | Withdrawal[3] 100% | |
| Deck Ledger and Other Wood-to-Wood Connections | | | | | | | | | | | | | |
| 1/4 x 2-7/8 | WSWH278-EXT | SDW22300 | 2-7/8 | 5/8 | 2 | EXT | 268 | 274 | 227 | 194 | -- | -- | IBC, FL, LA |
| 1/4 x 3-5/8 | WSWH358-EXT | -- | 3-5/8 | 1-3/8 | 2 | EXT | 398 | 398 | 311 | 282 | 319 | 358 | |
| 1/4 x 4-1/2 | WSWH45-EXT | SDW22458 | 4-1/2 | 2-1/4 | 2 | EXT | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 5 | WSWH5-EXT | SDW22500 | 5 | 2-3/4 | 2 | EXT | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 6 | WSWH6-EXT | SDW22600 | 6 | 3-3/4 | 2 | EXT | 415 | 398 | 364 | 282 | 358 | 382 | |
| 1/4 x 8 | WSWH8-EXT | SDWS22800 | 8 | 5-3/4 | 2 | EXT | 415 | 398 | 364 | 282 | 358 | 382 | |

1) EXT = Exterior Coat.
2) Shear and withdrawal loads for wood-to-wood connections assume a side member thickness of 1-1/2" for DF/SP and SPF allowable loads and 1-3/4" for LVL allowable loads.
3) Withdrawal loads are derived from the minimum of head pull through tests and withdrawal capacity of threaded portion in main member.
4) Load are for 100% duration of load, and may be increased for the other duration factors in accordance the NDS.
New products or updated product information are designated in blue font.

**Packaging Table**

| Use | Size (in) | Retail Box Offering[1] | | 50-count Pack[1] | | Mini Bulk Offering[1] | |
|---|---|---|---|---|---|---|---|
| | | MiTek Stock No. | Box/Ctn Qty | MiTek Stock No. | Box/Ctn Qty | MiTek Stock No. | Box/Ctn Qty |
| Exterior for Deck Ledgers & other wood-to-wood connections | 1/4 x 2-7/8 | WSWH278-EXTR25 | 10-pack/25-ea | WSWH278-EXTR50 | 5-box/50-ea | WSWH278-EXTMB | 200-ea |
| | 1/4 x 3-5/8 | WSWH358-EXTR12 | 10-pack/12-ea | WSWH358-EXTR50 | 5-box/50-ea | WSWH358-EXTMB | 200-ea |
| | 1/4 x 4-1/2 | WSWH45-EXTR12 | 10-pack/12-ea | WSWH45-EXTR50 | 5-box/50-ea | WSWH45-EXTMB | 200-ea |
| | 1/4 x 5 | WSWH5-EXTR12 | 10-pack/12-ea | WSWH5-EXTR50 | 5-box/50-ea | WSWH5-EXTMB | 200-ea |
| | 1/4 x 6 | WSWH6-EXTR12 | 10-pack/12-ea | WSWH6-EXTR50 | 5-box/50-ea | WSWH6-EXTMB | 200-ea |
| | 1/4 x 8 | WSWH8-EXTR12 | 10-pack/12-ea | WSWH8-EXTR50 | 5-box/50-ea | WSWH8-EXTMB | 200-ea |

1) T30* drive is included in packaging.

* T30 is a trademark of Acument

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**WS/WSWH** Exterior Structural Wood Screw Application

MiTek® **PRO** SERIES **Fasteners**

Fasteners

### Attaching Deck Ledger to Rim Board Application

The MiTek WS structural wood screws can be used to fasten deck ledgers to the rim board (AKA band/rim joist) of structures to meet the connection requirements of the International Residential Building Code (IRC). Both the standard hex head (WS-EXT) and washer head (WSWH-EXT) styles may be used for this purpose. Table R507.9.1.3(1) of the 2018 IRC calls out lag screws for deck ledger attachment and the WS-EXT and WSWH-EXT may be used in place of the lag screws.

**Installation:**
1. Select the proper MiTek's WS-EXT or WSWH-EXT screw length. The threads should have full engagement with the rim board with the tip of the screw protruding and visible beyond the inside face of the rim board member. See **Section View** image.

2. With appropriate screw length selected, drive the screw through the ledger, sheathing, and rim board with a high torque variable speed drill.

3. Drive screw so head is firm and flush with surface of deck ledger, but do not overdrive.

4. Repeat these steps and install the appropriate number of screws at the prescribed edge, end distance, and spacing as called out in the table below and **Figure 1**.



WSWH358-EXT – 3-5/8"
WSWH5-EXT – 5"

WS35-EXT – 3-1/2"

WS5-EXT – 5"

**Head markings for identification**



**Perspective view**



**Section view**



**Figure 1**

| MiTek Stock No. | Ledger | Live Load | Rim Board | Spacing between WS-EXT / WSWH-EXT Screws based on Joist Span (in) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ≤ 6-ft | ≤ 8-ft | ≤ 10-ft | ≤ 12-ft | ≤ 14-ft | ≤ 16-ft | ≤ 18-ft |
| WS35-EXT WSWH358-EXT | DF-L / SP / SPF | 40 psf | 2" Nominal Solid Sawn | 23 | 17 | 13 | 11 | 10 | 8 | 7 |
| | | | 1" Min EWP | 22 | 16 | 12 | 11 | 9 | 7 | 7 |
| WS5-EXT WSWH5-EXT | DF-L / SP / SPF | 60 psf | 2" Nominal Solid Sawn | 16 | 12 | 9 | 7 | 7 | 5 | 5 |
| | | | 1" Min EWP | 15 | 11 | 8 | 7 | 6 | 5 | 5 |

1) Numbers are based on use of 3-1/2", 3-5/8" and 5" length screws.
2) Screw spacing based on requirements of 2018 IRC Section R507.9.1.3 and Table R507.9.1.3.(1) and equivalent spacing of 1/2" diameter lag bolts. Stagger screws into 2 rows.
3) Multiple ledger plies should be fastened together to act as one unit independent of the WS-EXT or WSWH-EXT ledger attachment screws.
4) Solid Sawn Rim Board shall be Douglas Fir-Larch (DF-L), Southern Pine (SP), or Spruce-Pine-Fir (SPF), G ≥ 0.42.
5) 5" length screw shall be used for all 2 ply 2x ledger members.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

# WSBH Bugle Head Structural Exterior Wood Screws

MiTek® **PRO SERIES Fasteners**

Fasteners

The WSBH is a multi-purpose structural wood screw ideal for a low profile appearance in wood-to-wood connections. This structural wood screw allows the Pro Contractor or DIYer to drive the head flush or countersink it below the wood surface. The WSBH is easy to install and a high strength alternative to traditional lags, bolts and pole barn nails.

**Features and Benefits:**
• 1/4" diameter
• No predrilling
• Comparable to 1/2" Lag Screw
• Low profile head style can be driven flush or countersunk
• Type 17 point reduces installation torque and splitting
• T30* drive eliminates cam-out
• Length identification stamps on all WSBH heads

**Materials:** 1/4" diameter Grade 5 steel
**Finish:** Exterior Coat
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• For best results, install the MiTek Pro Series Bugle Head using a high torque, 1/2" variable speed drill. Bring the washer portion of head flush to the surface of the wood or countersink.





**WSBH**
(Exterior Coat finish)



EXTERIOR USE
EXT

## Specification Table

| Size (in) | MiTek Stock No. | Ref. No. | Dimensions (in) L | SH | T | Finish[1] | DF/SP Allowable Loads (Lbs.)[4] Wood-to-Wood Shear[2] 100% | Withdrawal[3] 100% | SPF Allowable Loads (Lbs.)[4] Wood-to-Wood Shear[2] 100% | Withdrawal[3] 100% | LVL Allowable Loads (Lbs.)[4] Wood-to-Wood Shear[2] 100% | Withdrawal[3] 100% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4 x 2-1/2 | WSBH25-EXT | -- | 2-1/2 | 1/4 | 2 | EXT | 179 | 199 | 151 | 141 | -- | -- | |
| 1/4 x 4 | WSBH4-EXT | -- | 4 | 1-3/4 | 2 | EXT | 315 | 282 | 246 | 208 | 252 | 339 | IBC, |
| 1/4 x 6 | WSBH6-EXT | -- | 6 | 3-3/4 | 2 | EXT | 328 | 282 | 288 | 208 | 283 | 339 | FL, |
| 1/4 x 8 | WSBH8-EXT | -- | 8 | 5-3/4 | 2 | EXT | 328 | 282 | 288 | 208 | 283 | 339 | LA |
| 1/4 x 10 | WSBH10-EXT | -- | 10 | 7-3/4 | 2 | EXT | 328 | 282 | 288 | 208 | 283 | 339 | |

1) EXT = Exterior Coat.
2) Shear and withdrawal loads for wood-to-wood connections assume a side member thickness of 1-1/2" for DF/SP and SPF allowable loads and 1-3/4" for LVL allowable loads.
3) Withdrawal loads are derived from the minimum of head pull through tests and withdrawal capacity of threaded portion in main member.
4) Load are for 100% duration of load, and may be increased for the other duration factors in accordance the NDS.
New products or updated product information are designated in blue font.

## Packaging Table

| Use | Size (in) | Retail Box Offering[1] MiTek Stock No. | Box/Ctn Qty | 50-count Pack[1] MiTek Stock No. | Box/Ctn Qty | Mini Bulk Offering[1] MiTek Stock No. | Box/Ctn Qty |
|---|---|---|---|---|---|---|---|
| Exterior for General Purpose wood-to-wood connections | 1/4 x 2-1/2 | WSBH25-EXTR25 | 10-pack/25-ea | WSBH25-EXTR50 | 5-box/50-ea | WSBH25-EXTMB | 2-box/200-ea |
| | 1/4 x 4 | WSBH4-EXTR12 | 10-pack/12-ea | WSBH4-EXTR50 | 5-box/50-ea | WSBH4-EXTMB | 200-ea |
| | 1/4 x 6 | WSBH6-EXTR12 | 10-pack/12-ea | WSBH6-EXTR50 | 5-box/50-ea | WSBH6-EXTMB | 200-ea |
| | 1/4 x 8 | WSBH8-EXTR12 | 10-pack/12-ea | WSBH8-EXTR50 | 5-box/50-ea | WSBH8-EXTMB | 200-ea |
| | 1/4 x 10 | WSBH10-EXTR12 | 10-pack/12-ea | WSBH10-EXTR50 | 5-box/50-ea | WSBH10-EXTMB | 200-ea |

1) T30* drive is included in packaging.

* T30 is a trademark of Acument

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**LL** LumberLok Exterior Structural Connector Screws

MiTek® **PRO** SERIES **Fasteners**

Fasteners

The LumberLok Exterior Structural Connector Screw is a self-drilling screw that can be used with a number of MiTek connectors and also for wood-to-wood applications. The screws feature a T20* drive head with integral washer and gimlet point for ease of installation. The twin-lead threads drive in twice as fast as the single lead threads significantly reducing installation time. The USP head stamp identifies the screw length for easy inspection.

Screw shear capacities are based on a diameter of 0.162" when the shear plane is on the screw shank (SH) and 0.109" when the shear plane is on the threads (T). MiTek LumberLok Exterior Structural Connector Screws have a bending yield strength of 170,000 psi.

**Materials:** Low carbon hardened steel.
**Finish:** Gold Coat
**Codes:** IBC, FL, LA

**Installation:**
• Screws are self-drilling.
• Install using a low speed clutch drill with T20* drive (not included). The washer head should be flat to the surface. Do not over-tighten the screws.
• Installing the screw at an angle may introduce additional bending and tension forces into the fastener if the screw head is not flat to the bearing surface. Care should be given to ensure the fastener is installed perpendicular to the plane of the fastener hole.
• **Impact drills are not recommended for use with LumberLok Screws**
• Reference list of MiTek connectors compatible with LumberLok screws on page 37.





**LL915**

EXTENDED LIFE
GOLD COAT

**LL930**

USP Brand
Screw length
T20* drive head

**Specification Table**

| Size | MiTek Stock No. | Ref. No. | Dimensions (in) | | | Finish[1] | DF/SP Allowable (Lbs.)[2,5] | | | | S-P-F Allowable (Lbs.)[2,5] | | | | Code Ref. |
| | | | L | SH | T | | Shear Capacity | | | Withdrawal Capacity[3] | Shear Capacity | | | Withdrawal Capacity[3] | |
| | | | | | | | Wood-to-Wood[4] | Steel-to-Wood | | | Wood-to-Wood[4] | Steel-to-Wood | | | |
| | | | | | | | | 18 Ga | 16 Ga | | | 18 Ga | 16 Ga | | |
| #9 x 1-3/8 | LL915 | SD9112 | 1-3/8 | 1/4 | 1-1/8 | GC | -- | 105 | 130 | 120 | -- | 105 | 105 | 110 | IBC, FL, LA |
| #9 x 2-7/8 | LL930 | SD9212 | 2-7/8 | 1-3/8 | 1-1/2 | GC | 105 | 165 | 165 | 150 | 100 | 140 | 140 | 150 | |

1) GC = Gold Coat over Clear Zinc Trivalent.
2) Allowable shear loads assume a side plate tensile strength of 45 ksi.
3) Withdrawal loads are for steel-to-wood connections and assume a side plate thickness of 1/4" or less.
4) Shear loads for wood-to-wood connections assume a side member thickness of 1-1/2".
5) Loads are for 100% duration of load factors and may be increased for other duration factors in accordance with the NDS.

**Packaging Table**

| Use | Size (in) | Retail Box Offering | |
| | | MiTek Stock No. | Box/Ctn Qty |
| Exterior for Deck & other wood-to-wood connections | #9 x 1-3/8" | LL915R50 | 50-pack/24-ea |
| | #9 x 2-7/8" | LL930R50 | 50-pack/24-ea |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

* T20 is a trademark of Acument

Continued on next page

MiTek® Product Catalog

**LL** LumberLok Exterior Structural Connector Screws

MiTek® PRO SERIES **Fasteners**

**Fasteners**

**Common Deck Connectors that are Compatible with LumberLok Structural Connector Screws**

This is not a complete list of MiTek connectors that are compatible with LumberLok Structural Connector Screws. Most connectors that are installed with nails can also be installed with LumberLok Structural Connector Screws. For the connectors shown below, the catalog allowable design values will not change when installed with MiTek's LumberLok Structural Connector Screws shown.



**LL915**

**LL930**



Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek Stock No. | LumberLok Screw | | MiTek Stock No. | LumberLok Screw | | MiTek Stock No. | LumberLok Screw | |
|---|---|---|---|---|---|---|---|---|
| | **LL915 Qty** | **LL930 Qty** | | **LL915 Qty** | **LL930 Qty** | | **LL915 Qty** | **LL930 Qty** |
| **Angles / Framing Plates** | | | **Hangers** | | | **Column / Post Bases** | | |
| AC5-TZ | -- | 6 | JUS28-GC | -- | 10 | PA44E-GC | -- | 6 |
| AC7-GC | -- | 8 | JUS28-TZ | -- | 10 | PA44E-TZ | -- | 6 |
| AC7-TZ | -- | 8 | JUS28-2TZ | -- | 10 | PA44-TZ | -- | 8 |
| AC9-TZ | -- | 10 | JUS28-3TZ | -- | 10 | PAU44-TZ | -- | 12 |
| MPA1-GC | 12 | -- | JUS210-GC | -- | 12 | PA46E-GC | -- | 8 |
| MPA1-TZ | 12 | -- | JUS210-TZ | -- | 12 | PA46E-TZ | -- | 8 |
| MP34-TZ | 8 | -- | JUS210-2GC | -- | 14 | PA46-TZ | -- | 14 |
| MP4F-TZ | 12 | -- | JUS210-2TZ | -- | 14 | PAU46-TZ | -- | 12 |
| MP3-TZ | -- | 6 | JUS210-3TZ | -- | 14 | PA66E-GC | -- | 8 |
| MP5-TZ | -- | 8 | JUS44-TZ | -- | 6 | PA66E-TZ | -- | 8 |
| MP7-GC | -- | 10 | JUS46-TZ | -- | 8 | PA66-TZ | -- | 16 |
| MP7-TZ | -- | 10 | JUS48-TZ | -- | 10 | PAU66-TZ | -- | 12 |
| MP9-GC | -- | 12 | JUS410-TZ | -- | 14 | PAU88-TZ | -- | 14 |
| MP9-TZ | -- | 12 | SKH26L/R-GC | 6 | 6 | **Hurricane Ties** | | |
| SDPT5-TZ | 5 | -- | SKH26L/R-TZ | 6 | 6 | RT3A-TZ | 8 | -- |
| SDPT7-TZ | 5 | -- | SKH28L/R-TZ | 8 | 10 | RT4-TZ | 8 | -- |
| **Hangers** | | | SKH210L/R-GC | 10 | 14 | RT5-TZ | 8 | -- |
| ADTT-TZ | 10 | -- | SKH210L/R-TZ | 10 | 14 | RT7-TZ | 10 | -- |
| CSH-TZ | 10 | -- | SKH210L/R-2TZ | -- | 24 | RT7A-GC | 10 | -- |
| JUS24-GC | -- | 6 | **Column / Post Caps** | | | RT7A-TZ | 10 | -- |
| JUS24-TZ | -- | 6 | PB44-6GC | -- | 16 | RT8A-TZ | 10 | -- |
| JUS24-2TZ | -- | 6 | PB44-6TZ | -- | 16 | RT15-GC | 10 | -- |
| JUS26-GC | -- | 8 | PB66-6GC | -- | 16 | RT15-TZ | 10 | -- |
| JUS26-TZ | -- | 8 | PB66-6TZ | -- | 16 | RT16A-TZ | 9 | 8 |
| JUS26-2GC | -- | 8 | PBES44-TZ | -- | 16 | RT16-2TZ | 16 | -- |
| JUS26-2TZ | -- | 8 | PBES66-TZ | -- | 16 | | | |

**B** Bolts

# Fasteners

For customer convenience, we offer a wide range of bolts specified for the MiTek product line. Each bolt is shipped with two washers and one hex nut.

**Materials:** Bolts and nuts are standard hex head conforming to ASTM A 307 Grade A or SAE Grade 2 or better. Washers conform to American National Standard Type A plain steel, ANSI B.22.1.

**Finish:** Zinc plated

**Installation:**
• For installation into connectors in general, install with both washers unless otherwise directing in this catalog.



**Bolt Specification Table**

| MiTek USP Stock No. | Description<br>Dia. x L (in) | Thread Length (in) |
|---|---|---|
| B384 | 3/8 x 4 | 1 |
| B125 | 1/2 x 5 | 1-1/4 |
| B126 | 1/2 x 6 | 1-1/4 |
| B127 | 1/2 x 7 | 1-1/2 |
| B128 | 1/2 x 8 | 1-1/2 |
| B583 | 5/8 x 3 | 1-1/2 |
| B584 | 5/8 x 4 | 1-1/2 |
| B585 | 5/8 x 5 | 1-1/2 |
| B586 | 5/8 x 6 | 1-1/2 |
| B587 | 5/8 x 7 | 1-3/4 |
| B588 | 5/8 x 8 | 1-3/4 |
| B589 | 5/8 x 9 | 1-3/4 |
| B5810 | 5/8 x 10 | 1-3/4 |
| B343 | 3/4 x 3 | 1-3/4 |
| B344 | 3/4 x 4 | 1-3/4 |
| B345 | 3/4 x 5 | 1-3/4 |
| B346 | 3/4 x 6 | 1-3/4 |
| B347 | 3/4 x 7 | 2 |
| B348 | 3/4 x 8 | 2 |
| B349 | 3/4 x 9 | 2 |
| B3410 | 3/4 x 10 | 2 |
| B3411 | 3/4 x 11 | 2 |
| B785 | 7/8 x 5 | 2 |
| B786 | 7/8 x 6 | 2 |
| B787 | 7/8 x 7 | 2-1/4 |
| B788 | 7/8 x 8 | 2-1/4 |
| B7810 | 7/8 x 10 | 2-1/4 |
| B103 | 1 x 3 | 2-1/4 |
| B104 | 1 x 4 | 2-1/4 |
| B105 | 1 x 5 | 2-1/4 |
| B106 | 1 x 6 | 2-1/4 |
| B107 | 1 x 7 | 2-1/2 |
| B108 | 1 x 8 | 2-1/2 |

**Metric Conversion**

| Bolt Diameter Conversion | |
|---|---|
| Inches | Millimeters |
| 3/8 | 9.50 |
| 1/2 | 12.70 |
| 5/8 | 15.90 |
| 3/4 | 19.10 |
| 7/8 | 22.20 |
| 1 | 25.40 |
| 1-1/8 | 28.58 |
| 1-1/4 | 31.75 |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## Fastening Identification / Features

**Fasteners**

Fasteners



**Round Holes:**
Always fill all (normal-size) round nail holes, unless otherwise noted.



**Diamond Holes:**
Optional nailing for maximum listed capacity or for temporary hanger fastening during installation.

When there are **MIN** and **MAX** values:
**MIN:** fill all round nail holes
**MAX:** fill all round and diamond holes



**Large Round Holes:**
For concrete/masonry installation; no need to be filled when connected to wood. Large round holes may be used for manufacturing which do not require a fastener. Verify fastener schedule in catalog.



**Obround Holes:**
For ease of nailing at a tight location; always fill.

Drive nails at angle

**Right skew**                    **Left skew**



**Dimple Holes:**
Guide double shear nails into the joist and header at a 30° to 45° angle

Use specified standard length common nails. 16d common and 10d common nails are 3-1/2"and 3" long respectively.



Bend line holes

Drive bend line nails into header at 45° to achieve published strength

### Typical I-Joist Nailing



Seat Cleat® helps lock I-Joist into place for positive seating and nailing ease **Do not nail through the Seat Cleat®**

Slant Nailing via dimple nail holes

Diamond holes (no need to fill in seat)

### Common Nailing Errors



**Wrong Angle**
When a nail is driven into the bottom flange of the wood I-Joist parallel to the glue lines, separation of veneers can occur which substantially reduces the design loads of the connection.



**Nail Too Long**
When using nails longer than MiTek's recommended nails, bottom flange splitting may occur. Also, this can raise the wood I-Joist off the seat, resulting in uneven surfaces and squeaky floors along with reduced design load.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Concrete & Masonry          pg. 42-63

---

Anchor Bolts                                              49-51
Anchor Rod Chairs                                           48
Anchoring Epoxy                                          42-43
Beam Seats                                                  62
Bearing Plates                                              51
Concrete Form Ties & Wedge                                  54
Coupler Nuts                                                53
Foundation Anchors                                       55-61
Hangers                                                     63
Hex Nuts                                                    54
Mechanical Anchors                                       44-46
Retro Plates                                                61
Threaded Rods                                           47, 52
Washers                                                     53

---



# Anchoring Epoxy

**Concrete & Masonry**

Concrete & Masonry

## Product Offering Overview

| Cracked / Uncracked Concrete | Masonry | DOT & General Purpose | Uncracked Concrete | Bonding / Repair |
|---|---|---|---|---|
|  | | | | |
| **CIA-GEL 7000-C** | **CIA-GEL 7000** | **CIA-GEL 6000-GP** | **CIA-EA** | **IB-9** |



**EPOXY QUANTITY ESTIMATOR**

**Estimate how much epoxy your job needs.** Quickly calculate the number of required cartridges using the Epoxy Quantity Estimator. Run our web application on your desktop, smart phone or tablet. The Estimator works with threaded rods or rebar. Enter the quantity, rod diameter and drilled hole depth, choose the epoxy type and the required number of cartridges is displayed. **MiTek-US.com/products/anchoring-solutions/anchoring-epoxy/**

## CIA-GEL 7000-C Epoxy

CIA-GEL 7000-C Epoxy is an adhesive designed to attach anchor rods into concrete that is, or may become, cracked due to cyclic loading from wind or earthquakes. It may also be used with fully grouted CMU construction. It is a low odor, solvent free, non-shrink, non-sag adhesive. The two-component (resin and hardener) epoxy is supplied in equal volume cartridges, which are combined in a 1:1 ratio when dispensed through the attached mixing nozzle. Either a manual or powered dispenser may be used. The cartridges are sealed with a D-plug which opens easily and allows partially used cartridges to be saved for later use. The epoxy has a two year shelf life when stored in unopened containers at temperatures between 50ºF and 77ºF.



**Applications:**
• Anchors threaded rod or deformed rebar into cracked or uncracked concrete.
• Anchoring All Thread Rod for holdowns into concrete for high seismic zones (ASCE Seismic Design C-F)
• Horizontal and overhead anchoring applications (requires special inspection)

**Codes**: IBC, FL, LA, NSF/ANSI Standard 61

**MiTek Adhesive Anchor Design** is powerful design software for CIA-GEL 7000-C that provides optimized epoxy connection solutions for threaded anchors post-installed into concrete. The software determines the required anchor rod steel grade, diameter and effective embedment depth based on applied factored tension, shear and moment loads. Get the free download at **MiTek-US.com/software/Adhesive-Anchor-Design.**

**Available Sizes:**
8.5 oz. – GEL7C-10
20.3 oz. – GEL7C-22

## CIA-GEL 7000 Epoxy

CIA-GEL 7000 Epoxy is a structural adhesive specifically designed to attach anchor rods into fully grouted concrete masonry units (CMU) and is evaluated to ICC-ES AC58 for seismic, sustained load, elevated temperature and freeze-thaw suitability conditions. It can also be used to install anchor bolts into uncracked concrete and reinforced brick. It is a low odor, solvent free, non-shrink adhesive. The two-component (resin and hardener) epoxy is supplied in equal volume cartridges, which are combined in a 1:1 ratio when dispensed through the attached mixing nozzle. Either a hand powered or air-powered dispenser may be used. The cartridges are sealed with a D-plug which opens easily and allows partially used cartridges to be saved for later use. The epoxy has a two year shelf life when stored in unopened containers at a temperature of 70ºF.



**Applications:**
• Anchors All-Thread rod and deformed rebar into fully grouted CMU
• Brick veneer anchoring
• Crack injection of medium to wide cracks
• Anchors rebar and threaded steel rod into uncracked concrete.

**Codes**: IBC, FL, LA

**Available Sizes:**
8.6 oz. – GEL7-10
21.2 oz. – GEL7-22

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

**Anchoring Epoxy**

## CIA-GEL 6000-GP Epoxy

CIA-GEL 6000-GP is a superior epoxy specifically designed for general purpose structural applications that require quick load times and for doweling applications requiring state DOT approval. It is a two-component (1:1 ratio) adhesive epoxy with 100% solids and is solvent free, moisture insensitive, non-sag and odorless. It provides exceptional strength in anchoring and doweling applications and can be used in temperatures between 35°F and 110°F. The epoxy has a two year shelf life when stored in unopened containers at temperatures between 40°F and 95°F.

**Applications:**
• Doweling applications for rebar and tie bars for full depth concrete pavement repairs
• Anchoring and bracing for short term tensile load where dynamic, vibratory, wind or intermittent loads exist
• Use in concrete, grout filled block and unreinforced masonry for general purpose anchoring and doweling applications
• Concrete doweling road repairs where DOT approval is required.

**Codes**: Multiple State DOT listings, Tested to AC-58 standards – Compliant to ASTM C881-10



**Available Sizes:**
**21.2 oz. – GEL6GP-22**

Concrete & Masonry

## CIA-EA Epoxy Acrylate

CIA-EA Adhesive Anchoring System is an epoxy acrylate specifically designed to be a high strength, fast cure structural adhesive for anchoring threaded rod and deformed rebar into uncracked concrete. It has the added advantage of being formulated to be used in colder temperatures (32°F) while maintaining excellent flowability. CIA-EA may also be used with fully grouted CMU and reinforced brick construction. It is a 2-component, 100% solids, moisture insensitive adhesive that is ideally suited for a wide range of applications. It is composed of a proprietary blend of solvent free epoxy acrylate resin and is backed by independent research and testing. The epoxy has a 15 month shelf life when stored in unopened containers at temperatures between 41°F to 77°F.

**Applications:**
• Anchors All-Thread rod into concrete
• May also be used to anchor rebar, starter bars and dowels
• Applications requiring fast cure times
• Cold weather applications
• Can be used in horizontal anchoring applications
• Can be used in overhead anchoring applications (requires special inspection)

**Codes:**  IBC, NSF/ANSI Standard 61



**Available Sizes:**
**9.4 oz. – EA-10**

## Incredi-Bond® Epoxy

Incredi-Bond® is a high strength two-component epoxy specifically designed to be a bonding agent for almost all household materials including wood, steel, concrete, brick, stone and CMU block. It is moisture insensitive and can also be used to fill cracks in concrete, block and stone. The epoxy has a 2 year shelf life when stored in unopened containers in dry conditions between 40°F to 90°F.

**Applications:**
• Bonding applications for: Concrete • Brick • CMU block • Stone • Metal • Wood
• Repair vertical and overhead cracks in concrete (non-structural)
• Repair vertical and overhead spalls in concrete (5/8" deep & 3" diameter max)
• Non-sag consistency makes this ideal for corner repairs to concrete and block walls
• Repair and replace brick
• Replace pool tile (no need to empty pool)
• Fill holes and cracks
• Not recommended for structural applications



**Available Sizes:**
**8.6 oz. – IB-9**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# **DUC** Ductile Undercut Anchors

DUCs are mechanical anchors expanded into holes that have been undercut at the bottom using an undercutting drill bit. This creates a true bearing type anchor that performs like a cast-in-place headed anchor. Load is transferred into the concrete through bearing, not friction like traditional expansion anchors. Excellent performance in seismic and dynamic loading conditions. Meets ACI 318-14 Chapter 17 (2018 IBC) requirements as a code anchor, including seismic loading, tension zone, and cracked concrete provisions.

**Rod Materials:** ASTM A36 (L Series), A193 Grade B7 (H Series), or AISI 316 Stainless Studs

**Anchor Body Materials:** ASTM A 513 Type 5, or AISI 316 Stainless

**Codes:** IBC, FL, LA



**DUC Undercut Anchor**

**UCB Undercut Drill Bit**

**Tension and shear capacities for DUC Anchors in f'c ≥ 2,500 psi concrete**

| MiTek USP Stock No. | Rod Dia. $d_b$ (in) | Anchor Length $l_b$ (in) | Expansion Coupling Dia. $d_c$ (in) | Drilled Hole Depth of Stop Bit (in) | Effective Embedment $h_{ef}$ (in) | Allowable Tensile Capacity (Lbs.) | Allowable Shear Capacity (Lbs.) | Code Ref. |
|---|---|---|---|---|---|---|---|---|
| DUC38-275L | 3/8 | 5-1/2 | 5/8 | 3-1/8 | 2-3/4 | 2280 | 2245 | |
| DUC38-275LT | | | | | | | | |
| DUC38-400H | | 6-3/4 | | 4-3/8 | 4 | 4910 | 4855 | |
| DUC38-400HT | | | | | | | | |
| DUC12-400L | 1/2 | 7 | 3/4 | 4-1/4 | 4 | 4170 | 4110 | |
| DUC12-400LT | | | | | | | | |
| DUC12-500H | | 8 | | 5-1/4 | 5 | 7365 | 8855 | |
| DUC12-500HT | | | | | | | | |
| DUC12-675H | | 9-3/4 | | 7 | 6-3/4 | 8990 | | IBC, FL, LA |
| DUC12-675HT | | | | | | | | |
| DUC58-450L | 5/8 | 7-3/4 | 1 | 5 | 4-1/2 | 6290 | 6560 | |
| DUC58-450LT | | | | | | | | |
| DUC58-750H | | 10-3/4 | | 8 | 7-1/2 | 13530 | 14110 | |
| DUC58-750HT | | | | | | | | |
| DUC58-900H | | 12-1/4 | | 9-1/2 | 9 | 14315 | | |
| DUC58-900HT | | | | | | | | |
| DUC34-500L | 3/4 | 8-5/8 | 1-1/8 | 5-7/8 | 5 | 7365 | 9685 | |
| DUC34-500LT | | | | | | | | |
| DUC34-1000H | | 13-5/8 | | 10-7/8 | 10 | 20830 | 20875 | |
| DUC34-1000HT | | | | | | | | |

1) Allowable tensile and shear capacities are for anchors installed at standard edge distance and spacing in uncracked concrete in accordance with the 2018 IBC and referenced ACI documents.

2) See ICC-ES ESR-1970 for additional information.



Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

**PFM** Concrete Screw Anchors

**Concrete & Masonry**

Screw-Bolt+ anchors are a one-piece, heavy duty screw anchor with a finished hex head. The patented thread design, designed for use with standard ANSI drill bits, reduces installation torque and enhances productivity. The steel threads along the anchor body tap into the hole during installation to provide keyed engagement and allow for reduced edge and spacing distances.



Diameter and length identification mark



Hex Head Washer

Serrated Underside

**Screw-Bolt ™+**
(zinc plated)

**Finish:** Zinc Plated or Mechanically Galvanized

**Codes**: IBC, FL, LA

| Zinc Plated | | Mechanically Galvanized | | Anchor Size (in)[1] | Hole Size (in) | Socket Size (in) | Code Ref. |
|---|---|---|---|---|---|---|---|
| MiTek USP Stock No. | Ref. No. | MiTek USP Stock No. | Ref. No. | | | | |
| PFM1411000 | THDB25178H | -- | -- | 1/4 x 1-1/4 | 1/4 | 7/16 | IBC, FL, LA |
| PFM1411020 | THD25134H | -- | -- | 1/4 x 1-3/4 | | | |
| PFM1411060 | THD25214H | -- | -- | 1/4 x 2-1/4 | | | |
| PFM1411100 | THDB25300H | -- | -- | 1/4 x 3 | | | |
| PFM1411160 | THD37134H | -- | -- | 3/8 x 1-3/4 | 3/8 | 9/16 | |
| PFM1411220 | THD37212H | -- | -- | 3/8 x 2-1/2 | | | |
| PFM1411240 | THD37300H | -- | -- | 3/8 x 3 | | | |
| PFM1411280 | THD37400H | PFM1461280 | THD37400HMG | 3/8 x 4 | | | |
| PFM1411300 | THD37500H | PFM1461300 | THD37500HMG | 3/8 x 5 | | | |
| PFM1411320 | THD37600H | PFM1461320 | THD37600HMG | 3/8 x 6 | | | |
| PFM1411340 | -- | -- | -- | 1/2 x 2 | 1/2 | 3/4 | |
| PFM1411360 | -- | -- | -- | 1/2 x 2-1/2 | | | |
| PFM1411380 | THD50300H | -- | -- | 1/2 x 3 | | | |
| PFM1411420 | THD50400H | PFM1461420 | THD50400HMG | 1/2 x 4 | | | |
| PFM1411460 | THD50500H | PFM1461460 | THD50500HMG | 1/2 x 5 | | | |
| PFM1411480 | THD50600H | PFM1461480 | THD50600HMG | 1/2 x 6 | | | |
| PFM1411520 | THD50800H | PFM1461520 | THD50800HMG | 1/2 x 8 | | | |
| PFM1411540 | -- | -- | -- | 5/8 x 3 | 5/8 | 15/16 | |
| PFM1411580 | THD62400H | -- | -- | 5/8 x 4 | | | |
| PFM1411600 | THD62500H | PFM1461600 | THD62500HMG | 5/8 x 5 | | | |
| PFM1411640 | THD62600H | PFM1461640 | THD62600HMG | 5/8 x 6 | | | |
| PFM1411680 | THD62800H | PFM1461680 | THD62800HMG | 5/8 x 8 | | | |
| PFM1411700 | -- | -- | -- | 3/4 x 3 | 3/4 | 1-1/8 | |
| PFM1411720 | THD75400H | -- | -- | 3/4 x 4 | | | |
| PFM1411760 | THD75500H | -- | -- | 3/4 x 5 | | | |
| PFM1411800 | THD75600H | PFM1461800 | THD75600HMG | 3/4 x 6 | | | |
| PFM1411840 | THD75812H | -- | -- | 3/4 x 8 | | | |
| -- | -- | PFM1461850 | THD75812HMG | 3/4 x 8-1/2 | | | |
| PFM1411880 | THD75100H | -- | -- | 3/4 x 10 | | | |

1) The anchor size includes the diameter and length of the anchor measured from under the head.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

Concrete & Masonry

## **Power-Stud®** HD5 Wedge Expansion Anchors

Concrete & Masonry

The Power-Stud® HD5 anchor is a fully threaded, torque-controlled, wedge expansion anchor. Suitable base materials include normal-weight concrete, sand-lightweight concrete and grouted concrete masonry. Nut and washer are included.

**Materials:** Anchor Body – Carbon Steel;
Expansion Clip: Type 304 Stainless Steel;
Hex Nut: ASTM A 563, Grade A; Washer: ASTM F 844
**Finish:** Anchor Body, Nut, Washer – Hot-dip galvanized;
Expansion Clip: Stainless Steel



**Power-Stud® HD5**

| MiTek USP Stock No.[2] | Ref. No. | Anchor Size (in)[1] | Thread Length (in) | Code Ref. |
|---|---|---|---|---|
| 7716HD5 | WA37500MG | 3/8 x 5 | 3-1/2 | |
| 7720HD5 | WA50234MG | 1/2 x 2-3/4 | 1 | |
| 7723HD5 | WA50414MG | 1/2 x 4-1/2 | 2-3/4 | |
| 7724HD5 | WA50512MG | 1/2 x 5-1/2 | 3-3/4 | |
| 7726HD5 | WA50700MG | 1/2 x 7 | 5-1/4 | -- |
| 7733HD5 | WA62500MG | 5/8 x 5 | 3 | |
| 7734HD5 | WA62600MG | 5/8 x 6 | 4 | |
| 7738HD5 | WA62812MG | 5/8 x 8-1/2 | 6-1/2 | |
| 7748HD5 | WA75812MG | 3/4 x 8-1/2 | 6 | |

1) The anchor size includes the diameter and the overall length of the anchor.
2) All anchors are packaged with nuts and washers.

## **Power-Stud+®** SD1 Wedge Expansion Anchors

Power-Stud+® SD1 anchor is a fully threaded, torque-controlled, wedge expansion anchor which is designed for consistent performance in cracked and uncracked concrete. Suitable base materials include normal-weight concrete, sand-lightweight concrete, concrete over steel deck and grouted concrete masonry. Nut and washer are included.

**Materials:** Anchor Body, Expansion Clip – Carbon Steel;
Hex Nut: ASTM A 563, Grade A; Washer: ASTM F 844
**Finish:** Zinc Plated
**Codes:** IBC, FL, LA



**Power-Stud+®
SD1 anchor**

| MiTek USP Stock No.[2] | Ref. No. | Anchor Size (in)[1] | Thread Length (in) | Code Ref. |
|---|---|---|---|---|
| 7413SD1 | WA37300 | 3/8 x 3 | 1-5/8 | |
| 7416SD1 | WA37500 | 3/8 x 5 | 3-5/8 | |
| 7424SD1 | WA50512 | 1/2 x 5-1/2 | 3-3/4 | |
| 7426SD1 | WA50700 | 1/2 x 7 | 5-1/4 | |
| 7427SD1 | WA50812 | 1/2 x 8-1/2 | 6-3/4 | IBC, |
| 7433SD1 | WA62500 | 5/8 x 5 | 3 | FL, |
| 7434SD1 | WA62600 | 5/8 x 6 | 4 | LA |
| 7436SD1 | WA62700 | 5/8 x 7 | 5 | |
| 7438SD1 | WA62812 | 5/8 x 8-1/2 | 6-1/2 | |
| 7439SD1 | WA62100 | 5/8 x 10 | 8 | |
| 7442SD1 | WA75512 | 3/4 x 5-1/2 | 3 | |

1) The anchor size includes the diameter and the overall length of the anchor.
2) All anchors are packaged with nuts and washers.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek®** Product Catalog

# THR Threaded Rods

THR's support the deck oriented code requirements for mechanically reinforced railing post and deck to house ledger board attachments.

**Materials:** ASTM A36 steel, also conforms to ASTM F1554, Grade 36

**Finish:** Hot-dip galvanized

**Installation:**
• Install into wet concrete with nut embedded or drill minimum 1/16" – 1/8" oversized hole depending on rod size and secure with anchor epoxy. Nut and washer included.



**Typical THR installation**



**THR**

Concrete & Masonry



1/2" THR Threaded Rod

DTB-TZ Page 299

**Typical THR deck to ledger installation**

| MiTek USP Stock No. | Ref. No. | Bolt Dia. | L (in) | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|
| THR125-HDG | RFB#4X5HDG | 1/2 | 5 | | |
| THR126-HDG | RFB#4X6HDG | 1/2 | 6 | | |
| THR128-HDG | RFB#4X8HDG | 1/2 | 8 | | |
| THR1218-HDG | -- | 1/2 | 18 | | |
| THR1224-HDG | -- | 1/2 | 24 | | -- |
| THR1236-HDG | -- | 1/2 | 36 | | |
| THR588-HDG | RFB#5X8HDG | 5/8 | 8 | | |
| THR5812-HDG | RFB#5X12HDG | 5/8 | 12 | | |
| THR5816-HDG | RFB#5X16HDG | 5/8 | 16 | | |

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# ARC Anchor Rod Chairs

When attached to the forms, the ARC allows for easy and precise placement of anchor rods prior to pouring concrete. The "chair" and nut are pre-assembled for quick installation.

**Features:**
• Positive stop for threaded rod at the bottom of the nut
• Easy flow of concrete
• Nibbled out corners allows for potentially tighter positioning on inside corner of form
• 1" stand-off base to meet code requirement for concrete cover

**Materials:** Nut: Heavy Hex; Chair: 16 gauge
**Finish:** Nut: None; Chair: Rolled Steel

**Installation:**
• Installs with nails or screws. Threaded rod can then be screwed in to desired depth.



**Typical ARC installation**



**ARC6**

| MiTek USP Stock No. | Ref. No. | Dia. (in) | Code Ref. |
|---|---|---|---|
| ARC4 | ABL4-1 | 1/2 | |
| ARC5 | ABL5-1 | 5/8 | |
| ARC6 | ABL6-1 | 3/4 | |
| ARC7 | ABL7-1 | 7/8 | |
| ARC8 | ABL8-1 | 1 | |
| ARC9 | ABL9-1 | 1-1/8 | -- |
| ARC10 | ABL10-1 | 1-1/4 | |
| ARC11 | -- | 1-3/8 | |
| ARC12 | -- | 1-1/2 | |
| ARC14 | -- | 1-3/4 | |
| ARC16 | -- | 2 | |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek**® Product Catalog

## STB / STBL Anchor Bolts

Embossed ends provide guides for embedment angle and depth. An embedment line is embossed on the shaft for easy installation. Features rolled threads for high tensile strength.

**STB –** For monolithic slabs and concrete stem walls
**STBL –** Designed for use with 3x sill plates
Excellent choice for use with taller holdown washers like those in the PHD series

**Materials:** ASTM A 36 steel, also conforms to ASTM F1554 and ASTM A 307 Grade A requirements for bolts
**Finish:** None
**Options:** See Chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Select appropriate STB or STBL Anchor Bolt.
• Use normal weight concrete with minimum compressive strength of 2,500 psi.
• Minimum center-to-center spacing between bolts is 3(E) for anchors acting simultaneously in tension.
• Match embedment depth with embedment line on the STB or STBL shaft.
• The STB or STBL does not need to be tied to the rebar.
• Nuts and washers are not included.



**Typical STB anchor bolt installation**



**Typical STB concrete block installation**

#### Anchor Bolt Selection Table

| MiTek USP Stock No. | 2x, 3x, (2) 2x Sill Plates[1] |
|---|---|
| | Mono Pour |
| PHD2A | STB16 STBL16 |
| TDX2-TZ | |
| LTS20B | |
| HTT16 | |
| HTT45 | |
| PHD4A | STB20 STBL20 |
| HTT45 | |
| TD5 | |
| HTT45 | STB24 STBL24 |
| PHD5A | STB28 STBL28 |
| PHD8 | |
| UPHD8 | |
| TD7 | |
| TD9 | |
| TD12 | |

\* Recommend installation of washer under nut of anchor bolt.
1) STBL model are recommended for use with PHD and UPHD8 holdowns on (2) 2x and 3x sill plates.



**STB/STBL**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

**STB / STBL** Anchor Bolts

Concrete & Masonry

**Monolithic or Stem Wall Foundations** – Prior to pour, install the STB or STBL in an upright position and at a 45° angle to the wall. Install one horizontal #4 rebar at a depth of 4" (minimum). (See illustrations.)

**Concrete Block Applications** – Prior to cell pour, install the STB or STBL in an upright position and at a 45° angle to the wall. (See illustrations.) Use the embossed angle guide on the end of the STB or STBL shaft as a guide. Install one horizontal #4 rebar at a depth of 4" and one vertical #4 rebar maximum 48" o.c. spacing. Fill all cells with concrete having a minimum 2,500 psi compressive strength.



Plan view of STB/STBL
placement in concrete stemwall



Plan view along continuous
stem wall installation



Plan view of corner of
stem wall installation



Plan view of end of
stem wall installation

| MiTek Stock No. | Ref. No. | Dimensions (in) | | | | | Allowable Tension Loads (Lbs)[1,2] | | | | | | | | | Corrosion Finish | Code Ref. |
| | | Stem-wall Width | Dia. | L | H | Min. Embed (E) | ASCE Seismic Design Category A&B | | | Wind | | | ASCE Seismic Design Category C - F | | | | |
| | | | | | | | Midwall | Corner | End Wall | Midwall | Corner | End Wall | Midwall | Corner | End Wall | | |
| STB16 | SSTB16 | 6 | 5/8 | 17-13/16 | 5 | 12-13/16 | 4230 | 4230 | 4230 | 4230 | 4230 | 4230 | 3525 | 3525 | 3525 | | |
| STB20 | SSTB20 | 6 | 5/8 | 21-13/16 | 5 | 16-13/16 | 5120 | 4740 | 4740 | 5115 | 4230 | 4230 | 4265 | 3555 | 3555 | | |
| STB24 | SSTB24 | 6 | 5/8 | 25-13/16 | 5 | 20-13/16 | 5990 | 5915 | 5915 | 5990 | 5570 | 5570 | 4990 | 4675 | 4675 | | |
| STB28 | SSTB28 | 8 | 7/8 | 31 | 5 | 26 | 10100 | 9490 | 9490 | 9110 | 9110 | 9110 | 7650 | 7650 | 7650 | | |
| STB34 | SSTB34 | 8 | 7/8 | 36 | 6 | 30 | 11415 | 10525 | 10250 | 11390 | 10525 | 9405 | 9515 | 8770 | 7900 | | IBC, FL, LA |
| STB36 | SSTB36 | 8 | 7/8 | 38 | 6 | 30 | 11415 | 10525 | 10250 | 11390 | 10525 | 9405 | 9515 | 8770 | 7900 | | |
| STBL16 | SSTB16L | 6 | 5/8 | 19-9/16 | 6-3/4 | 12-13/16 | 4230 | 4230 | 4230 | 4230 | 4230 | 4230 | 3525 | 3525 | 3525 | | |
| STBL20 | SSTB20L | 6 | 5/8 | 23-9/16 | 6-3/4 | 16-13/16 | 5120 | 4740 | 4740 | 5115 | 4230 | 4230 | 4265 | 3555 | 3555 | | |
| STBL24 | SSTB24L | 6 | 5/8 | 27-9/16 | 6-3/4 | 20-13/16 | 5990 | 5915 | 5915 | 5990 | 5570 | 5570 | 4990 | 4675 | 4675 | | |
| STBL28 | SSTB28L | 8 | 7/8 | 32-3/4 | 6-3/4 | 26 | 10100 | 9490 | 9490 | 9110 | 9110 | 9110 | 7650 | 7650 | 7650 | | |

1) Loads may not be increased for short term loading.
2) Minimum center to center spacing between bolts is 3(E) for anchors acting in tension simultaneously.
3) Minimum edge distance is 1-3/4".
4) Concrete stemwall shall be a minimum of 6" thick for 5/8" anchor bolts and 8" for 7/8" anchor bolts.
5) End distance shall be no less than 5".
6) Connection is limited by lowest of bolt or holdown capacity.
7) Concrete block shall be minimum 10" block.
8) See ICC-ES ESR-2266 for additional information.

**Corrosion Finish**
■ Stainless Steel
■ Gold Coat
■ HDG
■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# **AB** Anchor Bolts

The AB anchor bolt provides an economical way to meet the prescriptive requirements of the 2018 IRC for securing mudsill plates to a concrete or masonry foundation. The bolt is manufactured from ASTM 1554 steel and has a hot-dip galvanized finish. A nut (ASTM A 563) and washer (ASTM F 844) are included. In some jurisdictions, a plate washer may be required. Check with your local Building Official.

**Materials:** Bolt: ASTM F 1554, Nut: ASTM A 563, Washers: ASTM F 844
**Finish:** Hot-dip galvanized
**Codes:** See IRC R403.1.6, IBC 2308.3.1, 2308.3.1.1, 2308.3.1.2 for
minimum diameter and embedment into masonry or concrete.

**Installation:**
• Select appropriate AB Anchor Bolt.
• Use concrete with minimum compressive strength of 2,500 psi at 28 days.
• Nuts and washers are included.
• Anchor bolts intended for use to satisfy code prescribed anchoring of mudsill plates,
and shall be installed as defined in the code.
• Allowable loads shall be derived in accordance with the code.
• Plate washers may be required in some jurisdictions.



**Typical AB128-HDG
installation**



L

**AB128-HDG**

| MiTek USP Stock No. | Ref. No. | Bolt Dia. | L (in) | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|
| AB126-HDG | -- | 1/2 | 6 | | |
| AB128-HDG | -- | 1/2 | 8 | | PC |
| AB1212-HDG | -- | 1/2 | 12 | | |
| AB5812-HDG | -- | 5/8 | 12 | | |

**Corrosion Finish**
🟦 Stainless Steel
🟧 Gold Coat
⬜ HDG
🟩 Triple Zinc



# **BP / HBPS / LBP / LBPS** Bearing Plates

**BP / LBP** – Designed to meet code requirements for mudsill-to-foundation
**HBPS / LBPS** – Offers anchor bolt adjustment slots

**Materials:** See chart
**Finish:** BP / HBPS – none; LBP / LBPS – G-185 galvanizing
**Options:** See Chart for Corrosion Finish Options
**Codes:** See IRC R602.11.1, IBC 2308.3.1.1
for minimum plate size requirements

**Installation:**
• Bolt holes are sized 1/16" larger than Bolt Dia. shown in chart.



**Typical Bearing Plate
installation**

| MiTek USP Stock No. | Ref. No. | Plate Thickness (T) | Dimensions (in) | | Bolt Dia. | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|
| | | | W | L | | | |
| LBP12-TZ | LBP1/2, LBP1/2Z | 10 Ga | 9/64 | 2 | 2 | 1/2 | | |
| LBP58-TZ | LBP5/8, LBP5/8Z | 10 Ga | 9/64 | 2 | 2 | 5/8 | | PC |
| LBPS12-TZ | LBPS1/2, LBPS1/2Z | 10 Ga | 9/64 | 3 | 3 | 1/2 | | |
| LBPS58-TZ | LBPS5/8, LBPS5/8Z | 10 Ga | 9/64 | 3 | 3 | 5/8 | | -- |
| HBPS12 | BPS1/2-3 | 3 Ga | 1/4 | 3 | 3 | 1/2 | | |
| HBPS34 | BPS3/4-3 | 3 Ga | 1/4 | 3 | 3 | 3/4 | | |
| HBPS58 | BPS5/8-3 | 3 Ga | 1/4 | 3 | 3 | 5/8 | | |
| BP12 | BP1/2 | 7 Ga | 3/16 | 2 | 2 | 1/2 | | PC |
| BP582 | BP5/8-2 | 7 Ga | 3/16 | 2 | 2 | 5/8 | | |
| BP583 | BP5/8, BP5/8-3 | 3 Ga | 1/4 | 3 | 3 | 5/8 | | |
| BP343 | BP3/4-3 | 3 Ga | 1/4 | 3 | 3 | 3/4 | | |

**Corrosion Finish**
🟦 Stainless Steel
🟧 Gold Coat
⬜ HDG
🟩 Triple Zinc



**BP / LBP
Standard Bearing Plate**

**HBPS / LBPS
Slotted Bearing Plate**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# ATR All Thread Rods

Concrete & Masonry

ATR All Thread Rod is a continuously threaded low carbon steel rod that may be used for anchoring MiTek's holdowns, tension ties and wood structural panel shear walls to concrete. They can also be used for many other general purpose tension transfer fastening needs.

**Materials:** ASTM A307 Grade A

**Finish:** None or Zinc Plated (See Chart)

**Installation:**
• ATR All Thread Rod can be cast-in-place or epoxied into concrete. Use MiTek's CIA-EA epoxy acrylate or CIA-GEL 7000-C epoxy when installed as a post installed application and follow the published installation instructions to obtain maximum strength. Use MiTek's CIA-GEL 7000 when installing into fully grouted CMU block wall. Reference MiTek's Adhesive Anchor Design Software for more information, MiTek-US.com.



**ATR**

| Dia. x L (in) | Plain | | Zinc Plated | | Code Ref. |
|---|---|---|---|---|---|
| | MiTek USP Stock No. | Ref. No. | MiTek USP Stock No. | Ref. No. | |
| 3/8 x 5 | ATR385 | -- | ATR385-ZP | -- | |
| 3/8 x 8 | ATR388 | -- | ATR388-ZP | -- | |
| 3/8 x 10 | ATR3810 | -- | ATR3810-ZP | -- | |
| 3/8 x 12 | ATR3812 | ATR3/8X12 | ATR3812-ZP | -- | |
| 3/8 x 16 | ATR3816 | -- | ATR3816-ZP | -- | |
| 3/8 x 18 | ATR3818 | -- | ATR3818-ZP | -- | |
| 3/8 x 24 | ATR3824 | ATR3/8X24 | ATR3824-ZP | -- | |
| 3/8 x 36 | ATR3836 | ATR3/8X36 | ATR3836-ZP | -- | |
| 3/8 x 48 | ATR3848 | ATR3/8X48 | ATR3848-ZP | ATR3/8X48ZP | |
| 3/8 x 72 | ATR3872 | ATR3/8X72 | -- | -- | |
| 1/2 x 5 | ATR125 | -- | ATR125-ZP | -- | |
| 1/2 x 8 | ATR128 | -- | ATR128-ZP | -- | |
| 1/2 x 10 | ATR1210 | -- | ATR1210-ZP | -- | |
| 1/2 x 12 | ATR1212 | ATR1/2X12 | ATR1212-ZP | -- | |
| 1/2 x 16 | ATR1216 | -- | ATR1216-ZP | -- | |
| 1/2 x 18 | ATR1218 | ATR1/2X18 | ATR1218-ZP | -- | |
| 1/2 x 24 | ATR1224 | ATR1/2X24 | ATR1224-ZP | -- | |
| 1/2 x 36 | ATR1236 | ATR1/2X36 | ATR1236-ZP | -- | |
| 1/2 x 48 | ATR1248 | ATR1/2X48 | ATR1248-ZP | -- | |
| 1/2 x 72 | ATR1272 | ATR1/2X72 | -- | -- | -- |
| 5/8 x 5 | ATR585 | -- | ATR585-ZP | -- | |
| 5/8 x 8 | ATR588 | ATR5/8X8 | ATR588-ZP | ATR5/8X8ZP | |
| 5/8 x 10 | ATR5810 | -- | ATR5810-ZP | -- | |
| 5/8 x 12 | ATR5812 | ATR5/8X12 | ATR5812-ZP | ATR5/8X12ZP | |
| 5/8 x 16 | ATR5816 | -- | ATR5816-ZP | -- | |
| 5/8 x 18 | ATR5818 | ATR5/8X18 | ATR5818-ZP | ATR5/8X18ZP | |
| 5/8 x 24 | ATR5824 | ATR5/8X24 | ATR5824-ZP | ATR5/8X24ZP | |
| 5/8 x 36 | ATR5836 | ATR5/8X36 | ATR5836-ZP | ATR5/8X36ZP | |
| 5/8 x 48 | ATR5848 | ATR5/8X48 | ATR5848-ZP | -- | |
| 5/8 x 72 | ATR5872 | ATR5/8X72 | -- | -- | |
| 3/4 x 5 | ATR345 | -- | ATR345-ZP | -- | |
| 3/4 x 8 | ATR348 | ATR3/4X8 | ATR348-ZP | ATR3/4X8ZP | |
| 3/4 x 10 | ATR3410 | -- | ATR3410-ZP | -- | |
| 3/4 x 12 | ATR3412 | ATR3/4X12 | ATR3412-ZP | ATR3/4X12ZP | |
| 3/4 x 16 | ATR3416 | -- | ATR3416-ZP | -- | |
| 3/4 x 18 | ATR3418 | ATR3/4X18 | ATR3418-ZP | ATR3/4X18ZP | |
| 3/4 x 24 | ATR3424 | ATR3/4X24 | ATR3424-ZP | ATR3/4X24ZP | |
| 3/4 x 36 | ATR3436 | ATR3/4X36 | ATR3436-ZP | ATR3/4X36ZP | |
| 3/4 x 48 | ATR3448 | ATR3/4X48 | ATR3448-ZP | ATR3/4X48ZP | |
| 3/4 x 72 | ATR3472 | ATR3/4X72 | -- | -- | |

| Dia. x L (in) | Plain | | Zinc Plated | | Code Ref. |
|---|---|---|---|---|---|
| | MiTek USP Stock No. | Ref. No. | MiTek USP Stock No. | Ref. No. | |
| 3/4 x 5 | ATR345 | -- | ATR345-ZP | -- | |
| 3/4 x 8 | ATR348 | ATR3/4X8 | ATR348-ZP | ATR3/4X8ZP | |
| 3/4 x 10 | ATR3410 | -- | ATR3410-ZP | -- | |
| 3/4 x 12 | ATR3412 | ATR3/4X12 | ATR3412-ZP | ATR3/4X12ZP | |
| 3/4 x 16 | ATR3416 | -- | ATR3416-ZP | -- | |
| 3/4 x 18 | ATR3418 | ATR3/4X18 | ATR3418-ZP | ATR3/4X18ZP | |
| 3/4 x 24 | ATR3424 | ATR3/4X24 | ATR3424-ZP | ATR3/4X24ZP | |
| 3/4 x 36 | ATR3436 | ATR3/4X36 | ATR3436-ZP | ATR3/4X36ZP | |
| 3/4 x 48 | ATR3448 | ATR3/4X48 | ATR3448-ZP | ATR3/4X48ZP | |
| 3/4 x 72 | ATR3472 | ATR3/4X72 | -- | -- | |
| 7/8 x 5 | ATR785 | -- | ATR785-ZP | -- | |
| 7/8 x 8 | ATR788 | -- | ATR788-ZP | -- | |
| 7/8 x 10 | ATR7810 | -- | ATR7810-ZP | -- | |
| 7/8 x 12 | ATR7812 | ATR7/8X12 | ATR7812-ZP | ATR7/8X12ZP | |
| 7/8 x 16 | ATR7816 | -- | ATR7816-ZP | -- | |
| 7/8 x 18 | ATR7818 | -- | ATR7818-ZP | -- | |
| 7/8 x 24 | ATR7824 | ATR7/8X24 | ATR7824-ZP | ATR7/8X24ZP | |
| 7/8 x 36 | ATR7836 | ATR7/8X36 | ATR7836-ZP | ATR7/8X36ZP | |
| 7/8 x 48 | ATR7848 | ATR7/8X48 | ATR7848-ZP | -- | |
| 7/8 x 72 | ATR7872 | ATR7/8X72 | -- | -- | |
| 1 x 5 | ATR15 | -- | ATR15-ZP | -- | -- |
| 1 x 8 | ATR18 | -- | ATR18-ZP | -- | |
| 1 x 10 | ATR110 | -- | ATR110-ZP | -- | |
| 1 x 12 | ATR112 | ATR1X12 | ATR112-ZP | ATR1/2X12ZP | |
| 1 x 16 | ATR116 | -- | ATR116-ZP | -- | |
| 1 x 18 | ATR118 | -- | ATR118-ZP | -- | |
| 1 x 24 | ATR124 | ATR1X24 | ATR124-ZP | ATR1/2X24ZP | |
| 1 x 36 | ATR136 | ATR1X36 | ATR136-ZP | ATR1X36ZP | |
| 1 x 48 | ATR148 | ATR1X48 | ATR148-ZP | -- | |
| 1 x 72 | ATR172 | ATR1X72 | -- | -- | |
| 1-1/8 x 5 | ATR1185 | -- | ATR1185-ZP | -- | |
| 1-1/8 x 8 | ATR1188 | -- | ATR1188-ZP | -- | |
| 1-1/8 x 10 | ATR11810 | -- | ATR11810-ZP | -- | |
| 1-1/8 x 12 | ATR11812 | -- | ATR11812-ZP | -- | |
| 1-1/8 x 16 | ATR11816 | -- | ATR11816-ZP | -- | |
| 1-1/8 x 18 | ATR11818 | -- | ATR11818-ZP | -- | |
| 1-1/8 x 24 | ATR11824 | -- | ATR11824-ZP | -- | |
| 1-1/8 x 36 | ATR11836 | -- | ATR11836-ZP | -- | |
| 1-1/8 x 48 | ATR11848 | ATR1-1/8X48 | ATR11848-ZP | -- | |
| 1-1/8 x 72 | ATR11872 | -- | -- | -- | |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# **CNW** Coupler Nuts

The MiTek CNW coupler nut is designed to join threaded rods to embedded anchor rods. They are also used in the Z4 Tie Down system to attach Z-Rods together (See Z4 Product Catalog). The coupler nut has an inspection hole with an internal positive stop that allows easy verification that the ends of both rods have been fully threaded. The CNW coupler is made from low carbon ASTM A563 Grade A steel (Proof Load = 90 ksi) which makes it applicable for many common ASTM steel threaded rods of equivalent or lower strength.

**Materials:** ASTM A563 Grade A
**Finish:** Zinc Plated

**Installation:**
• Inspection hole is provided to assure easy inspection.
• Tighten rods until they are visible in the inspection hole.
• Works with all thread rods of specified diameter except hot-dip galvanized.



Inspection hole

H min.

**CNW**



| MiTek USP Stock No. | Ref. No. | Dimensions (in) | | Allowable Tension (Lbs.) | Code Ref. |
|---|---|---|---|---|---|
| | | Rod Diameter | H Min | 100% | |
| CNW38-ZP | CNW3/8 | 0.375 | 1-1/8 | 2400 | |
| CNW12-ZP | CNW1/2 | 0.500 | 1-1/4 | 4265 | |
| CNW58-ZP | CNW5/8 | 0.625 | 2-1/8 | 6675 | |
| CNW34-ZP | CNW3/4 | 0.750 | 2-1/4 | 9610 | -- |
| CNW78-ZP | CNW7/8 | 0.875 | 2-1/2 | 13080 | |
| CNW1-ZP | CNW1 | 1.000 | 2-3/4 | 17080 | |
| CNW118-ZP | -- | 1.125 | 3 | 21620 | |

New products or updated product information are designated in **blue font**.

**Typical CNW installation**

# **RW** Round Washers

Washers are an important component of a threaded rod assembly and should be properly sized for the intended application. They distribute load from the tightened nut and reduce bearing stresses to prevent crushing of the supporting material. This is especially important when tightening over wood.

**Materials:** ASTM/ANSI B18.22
**Finish:** None or Zinc Plated (See Chart)



**RW**

| Finish | MiTek USP Stock No. | Ref. No. | Dia. (in) | Code Ref. |
|---|---|---|---|---|
| None | RW38 | -- | 0.375 | |
| | RW12 | -- | 0.500 | |
| | RW58 | -- | 0.625 | |
| | RW34 | -- | 0.750 | |
| | RW78 | -- | 0.875 | |
| | RW1 | -- | 1.000 | |
| | RW118 | -- | 1.125 | -- |
| Zinc Plated | RW38-ZP | -- | 0.375 | |
| | RW12-ZP | WASHER1/2-ZP | 0.500 | |
| | RW58-ZP | WASHER5/8-ZP | 0.625 | |
| | RW34-ZP | WASHER3/4-ZP | 0.750 | |
| | RW78-ZP | WASHER7/8-ZP | 0.875 | |
| | RW1-ZP | WASHER1-ZP | 1.000 | |
| | RW118-ZP | WASHER1-1/8-ZP | 1.125 | |

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# HN Hex Nuts

The HN nut is a standard hex nut manufactured from low carbon ASTM A563 Grade A steel (Proof Load = 90 ksi) which makes it applicable for many common ASTM steel threaded rods of equivalent or lower strength.

**Materials:** ASTM A563 Grade A
**Finish:** See chart



**HN**

| Finish | MiTek USP Stock No. | Ref. No. | Dia. (in) | Code Ref. | Finish | MiTek USP Stock No. | Ref. No. | Dia. (in) | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|
| None | HN38 | -- | 0.375 | -- | Zinc Plated | HN38-ZP | NUT3/8 | 0.375 | -- |
| | HN12 | -- | 0.500 | | | HN12-ZP | NUT1/2 | 0.500 | |
| | HN58 | -- | 0.625 | | | HN58-ZP | NUT5/8 | 0.625 | |
| | HN34 | -- | 0.750 | | | HN34-ZP | NUT3/4 | 0.750 | |
| | HN78 | -- | 0.875 | | | HN78-ZP | NUT7/8 | 0.875 | |
| | HN1 | -- | 1.000 | | | HN1-ZP | NUT1 | 1.000 | |
| | HN118 | -- | 1.125 | | | HN118-ZP | NUT1-1/8 | 1.125 | |

---

# FT / WG Concrete Form Ties & Wedge

The FT form tie and WG wedge system allows concrete wall forms to be made from 2x nominal form lumber by accurately securing them in place while the concrete is poured. This product is intended for a maximum wall height of 4 feet.

**FT** – Connect 1x and 2x nominal form lumber in low foundation walls up to 4 feet high
**WG** – V-shaped wedge assures rigidity and consistent form spacing

**Materials:** FT – 18 gauge, WG – 14 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use the Spacing Guide chart to determine spacing between FT units. Each level in chart assumes 12" form boards. Wall thickness from 6" to 12".
• Install with "V" facing up.
• Use (2) WG wedges for each tie. Insert wedge into inside slots for 1x nominal forms and outside slots for 2x nominal forms.
• No walers or stiff-backs are used.
• Vertical ties to keep forms from separating are not included.
• Form deflection may be substantial. Check deflection, if it is critical, and move ties to compensate.
• Forming lumber is assumed to have fb of 1,000 psi.
• **Not recommended for pours greater than 4 feet in height.**



**Typical FT/WG installation**

**WG Wedge**
must order separately

**FT**

11/16"

3-5/8"

L

W

### Spacing Guide chart

| Concrete Lift Height | Level 1 | | Level 2 | | Level 3 | | Level 4 | |
|---|---|---|---|---|---|---|---|---|
| | 1x | 2x | 1x | 2x | 1x | 2x | 1x | 2x |
| 12" or Less | 2' 6" | 4' 0" | -- | -- | -- | -- | -- | -- |
| 12" – 24" | 1' 6" | 3' 0" | 2' 6" | 4' 0" | -- | -- | -- | -- |
| 24" – 36" | 1' 0" | 2' 0" | 1' 6" | 3' 0" | 2' 6" | 4' 0" | -- | -- |
| 36" – 48" | 0' 9" | 1' 6" | 1' 0" | 2' 0" | 1' 6" | 3' 0" | 2' 6" | 4' 0" |

1) Factor of safety against tensile failure of tie is 1.5 or more.

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Wedge Qty | Footing Width or Wall Thickness | Code Ref. |
|---|---|---|---|---|---|---|---|
| | | | W | L | | | |
| FT6 | WT6 | 18 | 5/8 | 10-5/8 | 2 | 6 | -- |
| FT8 | WT8 | 18 | 5/8 | 12-5/8 | 2 | 8 | |
| FT10 | WT10 | 18 | 5/8 | 14-5/8 | 2 | 10 | |
| FT12 | WT12 | 18 | 5/8 | 16-5/8 | 2 | 12 | |
| WG | W1 | 14 | 11/16 | 3-5/8 | -- | -- | |

1) May be used with either 3/4" or 1-1/2" forming materials.
2) Breaking strength is approximately 775 pounds. Space as necessary to prevent form blow-out.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**FA** Foundation Anchor                                   **Concrete & Masonry**

For installation into concrete slabs. The FA3 features a split flange for nailing to both mudsill and stud for greater framing versatility.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Use a minimum of two anchors per mudsill. An anchor should always be within 12" of the end of each mudsill section.
• Do not rely on these anchors to secure concrete sections together between cold joints.
• Insert into wet concrete (minimum strength of 2,500 psi). Place mudsill after concrete cures. Secure flanges to sill (and stud, if applicable), bending flanges as needed to achieve a tight fit. Fasten as directed in chart.
• Do not use in red clay brick.
• For installation in severe corrosion environments, see Corrosion Information on pages 11-16.



<div align="center">

**Typical FA3 one-tab-up installation**

**FA3**

</div>







<div align="center">

**Typical FA3 form board installation**     **Alternate FA3 installation**     **Typical FA3 standard installation in concrete**

</div>

| MiTek Stock No. | Ref. No. | Steel Ga. | Plate Size | Sill Plate Side Qty | Sill Plate Top Qty | Stud Qty | Type | Min Stemwall Thickness (in) | Installation Type | Concrete[6] | Uplift 160% | F1 160% | F2 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Fastener Schedule**[1,7] | | | | | | | **DF/SP Allowable Loads (Lbs.)**[2,3,4] | | | | |
| wind | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **Wind and ASCE Seismic Design A & B** | | | | | | | | | | | | | | | |
| FA3 | -- | 16 | Single 2x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | 1350 | 750 | 1015 | | IBC, FL, LA |
| | | | | | | | | | | Cracked | 945 | 525 | 710 | | |
| | | | Single 2x | 2 | 2 | 2 | 10d x 1-1/2 | 6 | One-Tab-Up | Uncracked | 1350 | 750 | 1015 | | |
| | | | | | | | | | | Cracked | 945 | 525 | 710 | | |
| | | | Single 3x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | -- | 515 | -- | | -- |
| | | | | | | | | | | Cracked | -- | 475 | -- | | |
| **ASCE Seismic Design C-F** | | | | | | | | | | | | | | | |
| FA3 | -- | 16 | Single 2x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | 1120 | 550 | 890 | | IBC, FL, LA |
| | | | | | | | | | | Cracked | 830 | 460 | 625 | | |
| | | | Single 2x | 2 | 2 | 2 | 10d x 1-1/2 | 6 | One-Tab-Up | Uncracked | 1120 | 550 | 890 | | |
| | | | | | | | | | | Cracked | 830 | 460 | 625 | | |
| | | | Single 3x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | -- | 515 | -- | | -- |
| | | | | | | | | | | Cracked | -- | 405 | -- | | |

1) Predrilled holes are not required.
2) Allowable Stress Design (ASD) values have been adjusted for a load duration factor, $C_D$, of 1.6 corresponding to a ten-minute load duration (i.e. wind or earthquake loading) in accordance with the NDS. The ASD loads do not apply to loads of other durations.
3) FA3 capacities are based on using a single-ply 2x sill plate.
4) Allowable loads are based on a minimum stemwall thickness of 6", minimum distance from the end of the concrete wall of 4" and minimum anchor spacing of 8".
5) Uplift deformation based on wood connection strength.
6) Minimum concrete strength f'c = 2,500 psi.
7) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# FA Foundation Anchor

**Concrete & Masonry**

Concrete & Masonry

FA4 foundation anchors can be installed as a replacement for 5/8"
or 1/2" diameter anchor bolts while achieving the same load capacity.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references

**Installation:**
- The FA4 can be mounted to the form board before placing the concrete or inserted into the wet concrete after it is poured. See Detail A installation.
- Place the mudsill in position after the concrete cures. Secure the FA4 to the mudsill (and stud, if applicable) by bending the flanges as needed for a tight fit and nailing into place with the size and quantity of fasteners specified in the chart.
- For installation in severe corrosion environments, see Corrosion Information on pages 11-16.



**FA4**

**Detail B**

Duplex nail
FA4
Install FA4 with Tab against form board to maintain proper angle of embedment
Form board
3-5/8"

3-1/2"
4-1/8"
5-3/16"

Uplift
F3
F1
F1
F2

Duplex nails
Form board
FA4
**Detail A**

**Typical FA4 standard installation**

**Typical FA4 one-tab-up installation**

**Typical FA4 form board installation**

| MiTek Stock No. | Ref. No. | GA | Plate Size | Fastener Schedule[4] | | | | Installation Type | Concrete[3] | DF/SP Allowable Loads (Lbs.)[1,2] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Sill Plate | | Stud Qty | Type | | | Uplift 160% | F1 160% | F2 160% | F3 160% | | |
| | | | | Side Qty | Top Qty | | | | | | | | | | |
| **Wind and ASCE Seismic Design A & B** | | | | | | | | | | | | | | | |
| FA4 | MASA | 16 | Single 2x | 3 | 6 | -- | 10d x 1-1/2 | Standard | Uncracked | 905 | 1460 | 1070 | 655 | | IBC, FL, LA |
| | | | | | | | | | Cracked | 750 | 1225 | 750 | 585 | | |
| | | | | 3 | 3 | 3 | 10d x 1-1/2 | One-Tab-Up | Uncracked | 780 | 955 | 1070 | 515 | | |
| | | | | | | | | | Cracked | 750 | 955 | 755 | 515 | | |
| | | | Single 3x | 5 | 4 | -- | 10d x 1-1/2 | Standard | Uncracked | 1070 | 1130 | -- | -- | | -- |
| | | | | | | | | | Cracked | 750 | 1130 | -- | -- | | |
| | | | Varies | 9 | -- | -- | 10d x 1-1/2 | Two-Tabs-Up | Uncracked | 1070 | 650 | 650 | 400 | | |
| | | | | | | | | | Cracked | 750 | 650 | 650 | 400 | | |
| **ASCE Seismic Design C-F** | | | | | | | | | | | | | | | |
| FA4 | MASA | 16 | Single 2x | 3 | 6 | -- | 10d x 1-1/2 | Standard | Uncracked | 875 | 1460 | 875 | 655 | | IBC, FL, LA |
| | | | | | | | | | Cracked | 655 | 1075 | 655 | 510 | | |
| | | | | 3 | 3 | 3 | 10d x 1-1/2 | One-Tab-Up | Uncracked | 780 | 955 | 875 | 515 | | |
| | | | | | | | | | Cracked | 655 | 955 | 655 | 510 | | |
| | | | Single 3x | 5 | 4 | -- | 10d x 1-1/2 | Standard | Uncracked | 875 | 1130 | -- | -- | | -- |
| | | | | | | | | | Cracked | 655 | 1075 | -- | -- | | |
| | | | Varies | 9 | -- | -- | 10d x 1-1/2 | Two-Tabs-Up | Uncracked | 875 | 650 | 650 | 400 | | |
| | | | | | | | | | Cracked | 655 | 650 | 650 | 400 | | |

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) Allowable loads are based on a minimum stemwall thickness of 6", minimum distance from the end of the concrete wall of 4" and minimum anchor spacing of 8".
3) Minimum concrete strength f'c = 2,500 psi.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

**Prescriptive Spacing to Replace 1/2" or 5/8" Diameter Bolts**

| Anchor Bolt Diameter | Anchor Bolt Spacing | DF/SP 2x Mudsill O.C. Spacing | | | Hem-Fir 2x Mudsill O.C. Spacing | | | Min End Distance | Min C-C Spacing |
|---|---|---|---|---|---|---|---|---|---|
| | | Wind | ASCE Seismic Design A & B | ASCE Seismic Design C-E | Wind | ASCE Seismic Design A & B | ASCE Seismic Design C-E | | |
| 1/2" | 6'-0" | 6'-0" | 6'-0" | 6'-0" | 6'-0" | 6'-0" | 6'-0" | 5-1/2" | 7-1/4" |
| | 4'-0" | 4'-0" | 4'-0" | 4'-0" | 4'-0" | 4'-0" | 4'-0" | | |
| 5/8" | 6'-0" | 5'-4" | 5'-4" | 5'-4" | 5'-0" | 5'-0" | 5'-0" | 5-1/2" | 7-1/4" |
| | 4'-0" | 3'-7" | 3'-7" | 3'-7" | 3'-4" | 3'-4" | 3'-4" | | |

1) Place anchors not more than 1'-0" from end of each mudsill per code.
2) Spacing is based on parallel to mudsill load direction only.
3) Concrete shall have a minimum f'c = 2,500 psi.
4) Spacing applies to a maximum of 1 in 4 FA4 Foundation Anchors being installed to mudsill and stud.
5) Spacing requirements are based on lateral load capacities of anchor bolts published in the 2018 NDS.

**MiTek®** Product Catalog

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**ST** Foundation Anchors

Concrete & Masonry

**ST1-TZ** – For installation into concrete slab or poured stemwalls. The ST1-TZ features a prebent base flange to assure proper anchoring into concrete

**ST2-TZ** – For installation into concrete slab, poured stemwalls or concrete/masonry. The ST2-TZ features a prebent base flange to assure proper anchoring into concrete

**Materials:** 18 gauge
**Finish:** G-185 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Use a minimum of two anchors per mudsill. An anchor should always be within 12" of the end of each mudsill section. Follow spacing guidelines in chart.
• Do not rely on these anchors to secure concrete sections together between cold joints.
• Spread sill flanges to mudsill width prior to insertion into wet concrete (minimum strength of 2,500 psi). Alternate installation is possible by inserting unbent flanges through 3/4" center hole pre-drilled in mudsill. Foundation anchors may also be attached to mudsill and then inserted into wet concrete. When installing ST2-TZ into concrete block, fill cells with grout with a minimum strength of 2,500 psi. Concrete block edges may need to be beveled to facilitate installation.
• ST2-TZ in masonry construction shall be installed in the core of the block and grouted with concrete grout designed for that purpose. In no case, shall they be installed in a mortar joint.
• Do not use in red clay brick.



Min embed 8-1/2"   E

**Typical ST1-TZ
installation in concrete**



Drill a 3/4" dia. hole into sill plate

Uplift
F2
F1
F1
F2

**Alternate ST1-TZ installation
with 3/4" center hole**



**DO NOT install ST1-TZ and ST2-TZ
without pre-bending sill flanges
in "Y" configuration**



Spread sill flanges to sill width prior to insertion into wet concrete

10"

18"

**ST1-TZ**          **ST2-TZ**



Drill a 3/4" dia. hole into sill plate

**Alternate ST2-TZ installation with
3/4" center hole in mudsill**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| Plate Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[4] | | | | Min. Embed.[3] (E) | Max. Spacing[2] (Feet) | DF/SP Allowable Loads (Lbs.)[1] | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Mudsill Top | | Mudsill Side | | | | Uplift 160% | F1 160% | F2 160% | | |
| | | | | Qty | Type | Qty | Type | | | | | | | |
| 2 x 4 - 6 | ST1-TZ | MAB15, MAB15Z | 18 | 4 | 8d x 1-1/2 HDG | 4 | 8d x 1-1/2 HDG | 8-1/2" | *3'-3" | 825 | 565 | 745 | | -- |
| | ST2-TZ | -- | 18 | 4 | 8d x 1-1/2 HDG | 4 | 8d x 1-1/2 HDG | 16-1/2" | *3'-3" | 825 | 565 | 745 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Anchor spacing and design loads assume treated Douglas Fir-Larch with Fc perpendicular @ 625 psi; replaces code prescribed 1/2" anchor bolt with standard washer, spaced 6 ft. on center.
3) If installed in the alternate configuration, the ST1-TZ shall be embedded 7-1/4" and ST2-TZ 15".
4) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long.
*When a 2 x 8 mudsill is used for ST1-TZ or ST2-TZ, maximum spacing is 3 feet unless alternate installation is used.
**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

# FWAN Foundation Wall Anchor

**Concrete & Masonry**

Concrete & Masonry

MiTek's FWAN-TZ Foundation Wall Anchor is designed to transfer in-plane and out-of-plane foundation wall loads imposed by soil through the joist/blocking into the floor diaphragm. The unique design allows for installations that straddle the joist/blocking eliminating bending stresses in the rim board that result from offset installations.

**The FWAN-TZ offers two methods of installation:**
**1. Centered Installation**
• Compatible with joist/blocking up to 3-1/2" wide
• Highest load capacities for transfer of out-of-plane loads into floor framing
• Rim board splices allowed anywhere along the wall
**2. Offset Installation**
• Installs in the space between the joists/blocking
• Out-of-plane loads are transferred thru the rim board into the floor framing
• Offsets up to 4"

**Materials:** 16 gauge
**Finish:** G-185 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• **Centered Installation** – Fill only triangle holes when nailing to the rim board.
• **Offset Installation –** Fill only diamond holes when nailing to the rim board.
• FWAN-TZ must be installed tight to the outside face of the rim board.
• Minimum sill plate thickness is 1-1/2".
• Offset Installations require that the FWAN-TZ be installed within 4" of the joist/blocking.
• For Offset Installations, install with two narrow tabs against rim board. Splices in the rim board are not permitted in the space between the joists/blocking where the FWAN-TZ is installed.
• The designer must specify the anchor bolt size, spacing and embedment necessary to transfer the foundation loads into the sill plate. Stresses in the sill plate must be considered when determining the maximum spacing of the anchor bolts.



**Outside view** · **Inside view**
Centered Installation
Typical FWAN-TZ centered on joist/blocking

**Outside view** · **Inside view**
Offset Installation
Typical FWAN-TZ offset max 4" from joist/blocking



**FWAN-TZ**

| MiTek USP Stock No. | Ref. No. | Sill Plate | Fastener Schedule[6] Sill Plate Qty | Type | Rim Board Qty | Type | Rim Board Material | DF/SP Allowable Load (Lbs.)[1,2] F1[3,4] 90% | 100% | 160% | F2[3,4] 90% | 100% | 160% | Hem-Fir Allowable Load (Lbs.)[1,2] F1[3,4] 90% | 100% | 160% | F2[3,4] 90% | 100% | 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Centered on Joist/Blocking** | | | | | | | | | | | | | | |
| FWAN-TZ | FWANZ | 2x4, 2-2x4, 3x4, 4x4 | 8 | 10d x 1-1/2 HDG | 4 | 10d x 1-1/2 HDG | 1-1/8" OSB | 415 | 415 | 415 | 915 | 1000 | 1070 | 330 | 330 | 330 | 800 | 855 | 855 | | IBC, FL, LA |
| | | | | | | | 2x Rim | 455 | 500 | 525 | 915 | 1000 | 1385 | 420 | 420 | 420 | 800 | 870 | 1110 | | |
| | | | | | | | 1-3/4" LVL | 455 | 500 | 525 | 915 | 1000 | 1385 | 420 | 420 | 420 | 800 | 870 | 1110 | | |
| | | 2x6, 2-2x6, 3x6, 4x6 | 12 | 10d x 1-1/2 HDG | 4 | 10d x 1-1/2 HDG | 1-1/8" OSB | 415 | 415 | 415 | 1370 | 1500 | 1475 | 330 | 330 | 330 | 1180 | 1180 | 1180 | | |
| | | | | | | | 2x Rim | 455 | 500 | 525 | 1370 | 1500 | 1660 | 420 | 420 | 420 | 1200 | 1310 | 1330 | | |
| | | | | | | | 1-3/4" LVL | 455 | 500 | 525 | 1370 | 1500 | 1660 | 420 | 420 | 420 | 1200 | 1310 | 1330 | | |
| | | | | | | | **Offset from Joist Blocking (Max Offset 4")** | | | | | | | | | | | | | | |
| | | 2x4, 2-2x4, 3x4, 4x4 | 8 | 10d x 1-1/2 HDG | 4 | 10d x 1-1/2 HDG | 1-1/8" OSB | 415 | 415 | 415 | 525 | 525 | 525 | 330 | 330 | 330 | 420 | 420 | 420 | | |
| | | | | | | | 2x Rim | 455 | 500 | 525 | 915 | 995 | 995 | 420 | 420 | 420 | 795 | 795 | 795 | | |
| | | | | | | | 1-3/4" LVL | 455 | 500 | 525 | 915 | 995 | 995 | 420 | 420 | 420 | 795 | 795 | 795 | | |
| | | 2x6, 2-2x6, 3x6, 4x6 | 12 | 10d x 1-1/2 HDG | 4 | 10d x 1-1/2 HDG | 1-1/8" OSB | 415 | 415 | 415 | 525 | 525 | 525 | 330 | 330 | 330 | 420 | 420 | 420 | | |
| | | | | | | | 2x Rim | 455 | 500 | 525 | 995 | 995 | 995 | 420 | 420 | 420 | 795 | 795 | 795 | | |
| | | | | | | | 1-3/4" LVL | 455 | 500 | 525 | 995 | 995 | 995 | 420 | 420 | 420 | 795 | 795 | 795 | | |

1) Allowable loads have been reduce 10% for permanent sustained loads, no further reduction is required.
2) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) F1 loads are parallel to the sill plate.
4) F2 loads are perpendicular toward the sill plate.

5) The designer must specify the type, size and spacing of fasteners connecting the sill plate to the foundation wall.
6) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ▉ Stainless Steel ▉ Gold Coat ▨ HDG ▉ Triple Zinc

**MiTek®** Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**SRCP** Sill Retrofit Connector Plate

MiTek's SRCP Sill Retrofit Connector Plate is designed as a retrofit sill-to-foundation connection that can be installed where there is minimal space between the floor framing and top of the foundation wall. The economical design is targeted for use in seismic regions and yet is also suitable for use as a supplementary connection in high wind areas.

The SRCP Sill Retrofit Connector Plate can be installed without shims anywhere the face of the sill plate is within 1/2" of the face of the foundation wall.

**Materials:** 10 gauge
**Finish:** G90 galvanizing
**Codes:** See chart for code references

**Installation:**
- For sill plate setbacks from 1/2" to 1-1/2", install a wood shim (a minimum of 15" long) tight against the sill plate and flush with the foundation wall. See Figure 3.
  Note: For any installations with a sill plate setback, a shim plate is required to transfer load in the F3 direction.
- Install the five MiTek WS3 structural wood screws (included) in the slotted holes of the SCRP plate, thru the shim (if applicable) and into the sill plate. MiTek's WS3 structural wood screws should be installed 3/4" above the bottom of the sill plate (i.e. centered in the narrow face for a 2x sill).
- Drill and install two 1/2" diameter Power-Stud® anchors (or equivalent) into the foundation wall. See manufacturer's literature for proper installation of post-installed anchors.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved



**SRCP**



**Typical SRCP installation
without shim, 1/2" max setback**

**Figure 1**



**Typical SRCP installation
without shim, 1/2" max overhang**

**Figure 2**



**Typical SRCP installation
with shim, 1-1/2" max setback**

**Figure 3**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Maximum Spacing to Replace 1/2" or 5/8" Anchor Bolt | Fastener Schedule | | | | Installation Type | DF/SP Allowable Load (Lbs.)[1] | | | Code Ref. |
| | | | W | H | | Concrete[3,4] | | Sill Plate[2] | | | F1 160% | F2 160% | F3 160% | |
| | | | | | | Qty | Dia. | Qty | Type | | | | | |
| SRCP | FRFP | 10 | 11 | 6 | 6' | 2 | 1/2 | 5 | WS3 | Figure 1 | 1560 | 360 | -- | -- |
| | | | | | | | | | | Figure 2 | 1560 | -- | 360 | |
| | | | | | | | | | | Figure 3 [5] | 1560 | 360 | 360 | IBC, FL, LA |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with each SRCP connector.
3) Use 1/2" diameter Power-Stud® anchors with minimum 3" embedment or equivalent.
4) Minimum concrete strength f'c = 2,500 psi.
5) The shim must be fastened to the sill by means other than MiTek's WS3 structural wood screws.
New products or updated product information are designated in blue font.

# SRC Sill Retrofit Connector

**Concrete & Masonry**

The SRC Sill Retrofit Connector has been engineered as a ductile retrofit for older buildings in high seismic zone regions that require additional reinforcement. It can be installed where there is minimal space between the floor framing and top of the foundation wall. The SRC can also be used to reinforce buildings in high velocity wind zones.

The two-piece design easily adjusts to foundations of varying thickness and can also be used where the sill plate may not be parallel to the face of the foundation wall.

**Materials:** Channel - 12 gauge, Plate - 10 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners.
• MiTek's WS6 structural wood screws are supplied with each SRC connector.
• **Contact Customer Service for offsets more than 2-1/2".**



**Typical SRC installation
on rectangular foundation**



**Typical SRC installation
on trapezoidal foundation**



**SRC components**

### Recommended Installation Sequence



1) Install 5 - WS6 structural wood screws    2) Drill and install concrete anchors

| MiTek USP Stock No. | Ref. No. | Components | Steel Gauge | Dimensions (in) | | Maximum Spacing to Replace 1/2" or 5/8" Anchor Bolt | Fastener Schedule | | | | DF/SP Allowable Load (Lbs.)[1] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Concrete[3,4] | | Sill Plate[2] | | F1 | |
| | | | | W | H | | Qty | Dia. | Qty | Type | 160% | |
| SRC | URFP | Channel | 12 | 11 | 1-1/4 | 6' | 2 | 1/2 | 5 | WS6 | **1405** | IBC, FL, LA |
| | | Plate | 10 | 11 | 6 | | | | | | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS6 structural wood screws are 1/4" dia. x 6" long and are included with each connector.
3) Use 1/2" dia. Power-Stud® anchors with minimum 3" embedment or equivalent.
4) Minimum concrete strength f'c = 2,500 psi.
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## SFA / SFJA Foundation Anchors

**SFA** – Mudsill anchors for retrofit applications. Features a slotted bend line for easy adjustment when foundation walls are slanted

**SFJA** – Ties floor joists directly to foundations with bolt fastening

**Materials:** 12 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• A design professional must specify anchor bolt type, length, and embedment. Anchor bolts are laterally loaded. Follow installation instructions for epoxy adhesive.



**Typical SFA8 installation**



**Typical SFJA installation**



**SFA8**



**SFJA**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Anchor Bolts | | Framing | | | | DF/SP Allowable Loads (Lbs.)[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Nails[4] | | Bolts[2] | | F1 | Uplift | |
| | | | Qty | Dia. | Qty | Type | Qty | Dia. | 160% | 160% | |
| SFJA | FJA | 12 | 1 | 5/8 | -- | -- | 2 | 5/8 | -- | 1305 | -- |
| SFA8 | -- | 12 | 2 | 1/2 | 7 | 10d x 1-1/2 | -- | -- | 875 | -- | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) All bolts shall meet or exceed the specifications of ASTM A 307.
3) Fasteners shall be installed to fully grouted and reinforced masonry units (CMU) type S or better mortar or reinforced concrete (f'c = 2,500 psi at 28 days).
4) **NAILS:** 10d x 1-1/2 nails are 0.148" diameter by 1-1/2" long.

## RP Retro Plate

Uses heavy gauge HRPO steel and a large surface area to distribute seismic forces on masonry exteriors.

**Materials:** 3/8" plate
**Finish:** Primer
**Options:** See Chart for Corrosion Finish Options

**Installation:**
• Install with a 3/4" diameter steel threaded rod.



**Typical RP6 installation**



**RP6**



| MiTek USP Stock No. | Ref. No. | Corrosion Finish | Code Ref. |
|---|---|---|---|
| RP6 | RP6 | | -- |

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# KGLB / KGLBT / KHGLB Laminated Beam Seats

**Concrete & Masonry**

**KGLB** – Single bolt, bearing only

**KGLBT** – Double bolt with structural tee provides uplift and horizontal resistance

**KHGLB** – Double bolt design provides uplift and horizontal resistance

**Materials:** Flanges – 1/4" steel
Bearing Plate – See chart for "T" dimension
Anchor Dowels – 3/4" x 12" rebar

**Finish:** Primer

**Options:** Consult MiTek for non-catalog variations.

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Bolt holes shall be a minimum of 1/32" to a maximum of 1/16" larger than the bolt diameter.
• Concrete or masonry walls must be checked by a design professional for adequacy to resist lateral or uplift loads transferred from the beam seat anchor.




**Typical KGLB installation**



**KGLB**

## KGLB Load Table

| MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | | Bolt Schedule | | Allowable Bearing Loads (Lbs.)[1,4,5] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | W | L | T | D | Qty | Dia. | Masonry @ 375 psi[2] | Concrete[3] | |
| KGLB5A | GLB5A | 5-1/4 | 7 | 1/4 | 5 | 1 | 5/8 | 11790 | 11790 | |
| KGLB5B | GLB5B | 5-1/4 | 7 | 3/8 | 6 | 1 | 5/8 | 14145 | 14145 | |
| KGLB5C | GLB5C | 5-1/4 | 7 | 3/8 | 7 | 1 | 5/8 | 16505 | 16505 | |
| KGLB5D | GLB5D | 5-1/4 | 7 | 3/8 | 8 | 1 | 5/8 | 18860 | 18860 | -- |
| KGLB7A | GLB7A | 6-7/8 | 9 | 1/4 | 5 | 1 | 3/4 | 15525 | 15525 | |
| KGLB7B | GLB7B | 6-7/8 | 9 | 3/8 | 6 | 1 | 3/4 | 18630 | 18630 | |
| KGLB7C | GLB7C | 6-7/8 | 9 | 3/8 | 7 | 1 | 3/4 | 21735 | 21735 | |
| KGLB7D | GLB7D | 6-7/8 | 9 | 3/8 | 8 | 1 | 3/4 | 24840 | 24840 | |

1) Beams must fully bear on plates.
2) The loads are based on the bearing value listed times the bearing area equal to W x D. (Note that full bearing plate area is not used.) Bearing loads shall be governed where limited by wood bearing on the plate.
3) The loads on concrete are based on allowable wood bearing stress perpendicular to the grain of 460 psi and actual beam width times beam bearing length.
4) Designer shall specify minimum edge and spacing requirements in masonry or concrete structure.
5) Concrete or masonry support structure is assumed adequate to support loads listed.



**KHGLB**

## KHGLB / KGLBT Load Table

| MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | | Bolt Schedule | | Allowable Bearing Loads (Lbs.)[1,5] | | | | | | F2[3,4] | Uplift 160[3] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Range W | D | L | T | Qty | Dia. | Masonry @ 375 psi | On Concrete with Beam Width[2] | | | | 160% | Min. 3-1/8 Beam Width (W) | |
| | | | | | | | | | 5-1/8 | 6-3/4 | 8-3/4 | 10-3/4 | | | | |
| KHGLBA | HGLBA | 3-1/4 to 9 | 5 | 10 | 3/8 | 2 | 3/4 | 18750 | 11790 | 15525 | 20125 | -- | 9870 | 3905 | |
| KHGLBB | HGLBB | 3-1/4 to 9 | 6 | 10 | 3/8 | 2 | 3/4 | 22500 | 14145 | 18630 | 24150 | -- | 9870 | 3905 | |
| KHGLBC | HGLBC | 3-1/4 to 9 | 7 | 10 | 3/8 | 2 | 3/4 | 26250 | 16505 | 21735 | 28175 | -- | 9870 | 3905 | |
| KHGLBD | HGLBD | 3-1/4 to 9 | 8 | 10 | 3/8 | 2 | 3/4 | 30000 | 18860 | 24840 | 32200 | -- | 9870 | 3905 | |
| KGLBT512 | -- | 3-1/4 to 11 | 5-1/4 | 12 | 5/16 | 2 | 3/4 | 24750 | 12965 | 17080 | 22140 | 27200 | 9870 | 3905 | |
| KGLBT612 | -- | 3-1/4 to 11 | 6-1/2 | 12 | 3/8 | 2 | 3/4 | 29250 | 15325 | 20185 | 26165 | 32145 | 9870 | 3905 | |
| KGLBT516 | -- | 3-1/4 to 15 | 5-1/4 | 16 | 5/16 | 2 | 3/4 | 27200 | 12965 | 17080 | 22140 | 27200 | 9870 | 3905 | -- |
| KGLBT616 | -- | 3-1/4 to 15 | 6-1/2 | 16 | 3/8 | 2 | 3/4 | 32145 | 15325 | 20185 | 26165 | 32145 | 9870 | 3905 | |
| KGLBT520 | -- | 3-1/4 to 19 | 5-1/4 | 20 | 5/16 | 2 | 3/4 | 27200 | 12965 | 17080 | 22140 | 27200 | 9870 | 3905 | |
| KGLBT620 | -- | 3-1/4 to 19 | 6-1/2 | 20 | 3/8 | 2 | 3/4 | 32145 | 15325 | 20185 | 26165 | 32145 | 9870 | 3905 | |

1) Beams must fully bear on plates.
2) The loads on concrete are based on allowable wood bearing stress perpendicular to the grain of 460 psi and actual beam width times beam bearing length.
3) Allowable loads have been increased 60% for wind or seismic loads and are based on bolt in wood values only. Loads assume concrete or masonry structure is adequate to resist loads in those directions.
4) Loads must be be reduced if the allowable lateral load (F2) for masonry or concrete column governs.
5) Designer shall specify minimum edge and spacing requirements in masonry or concrete structure.

**KGLBT**

**MiTek® Product Catalog**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**KGH** Floor Girder Hangers

Connects girder beams to foundation walls and eliminates the
need to block out pockets or inserts while forming foundation.

**Materials**: 12 gauge

**Finish:** Primer

**Options:** See Specialty Options Chart. Consult MiTek for
non-catalog design variations

**Codes:** IBC, FL, LA

**Installation:**

• Use all specified fasteners. See Product Notes, page 18.

• H dimension assumes 2x mudsill. For 3x or larger mudsill,
please contact factory.

• The 1-1/2" hole, centered in the saddle, allows for installation
over any protruding foundation bolts. This is not required.

• Placement of a wood sill over the top of the KGH top flange
is required to achieve allowable loads.



**Typical KGH installation**



**KGH**

| Girder Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[1] | | DF/SP Allowable Loads (Lbs.) | | S-P-F Allowable Loads (Lbs.) | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | L | D | S | H | Qty | Type | 100% | 125% | 100% | 125% | |
| 4 x 6 | KGH46-6 | GH46-6 | 12 | 3-9/16 | 5 | 3-1/4 | 6 | 4 | 4 | 16d | 2200 | 2200 | 1725 | 1725 | IBC, FL, LA |
| 4 x 6 | KGH46-8 | GH46-8 | 12 | | | | 8 | | | | | | | | |
| 4 x 8 | KGH48-6 | GH48-6 | 12 | 3-9/16 | 5 | 3 | 6 | 6 | 4 | 16d | 2200 | 2200 | 1725 | 1725 | |
| 4 x 8 | KGH48-8 | GH48-8 | 12 | | | | 8 | | | | | | | | |
| 6 x 6 | KGH66-6 | GH66-6 | 12 | 5-1/2 | 6-1/4 | 3 | 6 | 4 | 4 | 16d | 3070 | 3070 | 2410 | 2410 | |
| 6 x 6 | KGH66-8 | GH66-8 | 12 | | | | 8 | | | | | | | | |
| 6 x 8 | KGH68-6 | GH68-6 | 12 | 5-1/2 | 6-1/4 | 3 | 6 | 6 | 4 | 16d | 3070 | 3070 | 2410 | 2410 | |
| 6 x 8 | KGH68-8 | GH68-8 | 12 | | | | 8 | | | | | | | | |

1) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Specialty Options Chart –**
refer to Specialty Options pages 320 and 322-323 for additional details.

| Option | Skewed[1,2] | Saddle |
|---|---|---|
| Range | 1˚ to 45˚ | -- |
| Allowable Loads | 100% of table load. | 100% of table load per side. |
| Ordering | Add *SK*, angle required, right (*R*) or left (*L*), and square cut (*SQ*) or bevel cut (*BV*) to product number. Ex. KGH46-6_SK45R_BV | Add SA, and saddle width required to product number. Ex. KGH46-6_SA=5-1/2" |

1) Skewed hangers with skews greater than 15° may have all joist nailing
on outside flange.

2) For skewed hangers, the required cut type (square or bevel) of joist
member may vary based on skew angle and width of hanger. Some
square cut hangers will require custom pricing due to welded back plate.



**KGH saddle
Specialty Option**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# Holdowns

## pg. 66-79

| | |
|---|---|
| Foundation Straps | 73-77 |
| Holdowns | 66-69, 72 |
| Purlin Anchors | 78-79 |
| Tension Ties | 70-71 |



MiTek®

# PHD / DTB Holdowns

**PHD** predeflected holdowns feature the predeflected base, minimizing deflection while providing uplift resistance. Installs with screws eliminating the need for predrilling and potential fastener slip. No thru bolts to countersink.

**DTB-TZ** is a light capacity holdown for single 2x installations.

**Materials:** See chart
**Finish:** G90 galvanizing; DTB-TZ – G-185 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Place the PHD over the anchor bolt, no washer is required. Washer is required on DTB installations.**
• Install with MiTek's code evaluated WS15-EXT (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws, which are provided with the holdown.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with a wrench.
• **PHD Predeflected Holdowns may be installed off sill plate with no load reduction.** Reference page 72 for more information.
• The design engineer may specify any alternate anchorage calculated to resist the tension load for a specific application. Anchorage exposure length should take the bearing plate height of 1-5/8" into account, anchor bolt thread should visibly extend above nut.
• If used to anchor a built-up post, such as a double 2x4, the post component shall be designed to act as a single unit. Holdown fasteners specified shall not be considered to attach multiple plies together.
• For anchorage options see STB/STBL Anchor Bolt section on pages 49-50.




**Typical PHD5A installation**   **Typical DTB-TZ installation**



**PHD8**   **PHD5A**   **DTB-TZ**
(PHD2A / PHD4A similar)

Holdowns

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule | | | | Allowable Loads (Lbs.)[1,4,7] | | | Corrosion Finish |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Anchor Bolts[2] | | Screws[6] | | DF/SP | S-P-F | Deflection | |
| | | | W | H | D | CL[8] | Qty | Dia. | Qty | Type | Tension 160% | Tension 160% | Δ (in) at 160%[3,5] | |
| DTB-TZ | DTT2Z | 14 | 1-13/16 | 6 | 2-1/4 | 1-1/8 | 1 | 1/2 | 8 | WS15-EXT | 1835 | 1510 | 0.119 | |
| PHD2A | HDU2-SDS2.5 | 14 | 3 | 7-3/4 | 2-5/8 | 1-3/8 | 1 | 5/8 | 6 | WS3 | 3215 | 2700 | 0.155 | |
| PHD4A | HDU4-SDS2.5 | 14 | 3 | 9-3/4 | 2-5/8 | 1-3/8 | 1 | 5/8 | 10 | WS3 | 5215 | 4380 | 0.137 | |
| PHD5A | HDU5-SDS2.5 | 14 | 3 | 11-11/16 | 2-5/8 | 1-3/8 | 1 | 5/8 | 14 | WS3 | 6525 | 5480 | 0.135 | |
| PHD8 | HDU8-SDS2.5 | 12 | 3-1/4 | 16-1/2 | 3 | 1-3/8 | 1 | 7/8 | 24 | WS3 | 8185 | 6875 | 0.062 | |

IBC, FL, LA

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) The designer must specify anchor bolt type, length, and embedment.
3) Deflections are derived from static, monotonic load tests of devices connected to DF-L wood members with specified fasteners.
4) The designer shall consider the effect of compression, bearing, tension, and combined bending due to device eccentricity when applicable.
5) The PHD/PHDA may be elevated off the sill and may increase deflection. Reference page 72 for more information.
6) MiTek's WS15-EXT (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are included with holdowns.
7) For PHD holdowns, minimum post thickness is 3". Consult MiTek for installations less than 3".
8) "CL" denotes the distance between the post and center of the anchor bolt.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek®** Product Catalog

# **UPHD** Holdowns

Engineered for high capacity with minimum deflection and low eccentricity. Installs with screws eliminating the need for predrilling and potential fastener slip. No thru bolts to countersink.

**Materials:** See chart
**Finish:** Primer
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Place holdown over anchor bolt and drive screws into post.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with a wrench.
• Holdown may be installed off of the plate with no load reduction. Reference page 72 for more information.
• If used to anchor a built-up post, such as a double 2x4, the post component shall be designed to act as a single unit. Holdown fasteners specified shall not be considered to attach multiple plies together.




**Typical UPHD installation**



**UPHD**



**Typical UPHD concrete wall installation**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule | | | | Allowable Loads (Lbs.)[1,5,7] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Anchor Bolts[2] | | Screws[6] | | DF/SP | S-P-F | Deflection | |
| | | | W | H | D | CL | Qty | Dia. | Qty | Type | Tension 160% | Tension 160% | Δ (in) at 160%[3] | |
| UPHD8 | HDQ8-SDS3 | 10 | 3-1/4 | 17-1/2 | 3-1/8 | 1-3/8 | 1 | 7/8 | 24 | WS3 | 9165 | 7695 | 0.075 | IBC, FL, LA |
| UPHD9 | HDU11-SDS2.5 | 10 | 3-1/4 | 17-1/4 | 3-1/2 | 1-1/2 | 1 | 1 | 24 | WS3 | 11270 | 9465 | 0.057 | |
| UPHD11 | HHDQ11-SDS2.5 | 7 | 3 | 15-1/8 | 3-1/2 | 1-1/2 | 1 | 1 | 24 | WS3 | 14395 | 12090 | 0.077 | |
| UPHD14 | HDU14-SDS2.5, HHDQ14-SDS2.5 | 7 | 3 | 18-3/4 | 3-1/2 | 1-1/2 | 1 | 1 | 30 | WS3 | 16695 | 14020 | 0.082 | |

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) The designer must specify anchor bolt type, length, and embedment.
3) Deflections are derived from static, monotonic load tests of devices connected to DF-L wood members with specified fasteners.
4) The designer shall consider the effect of compression, bearing, tension, and combined bending due to device eccentricity when applicable.
5) The UPHD may be elevated off the sill and may increase deflection. Reference page 72 for more information.
6) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with UPHD models.
7) Minimum post thickness is 3" or greater. Consult MiTek for installations less than 3".

## TD / TDX Holddowns

Holddowns

**TD** – Different welded configurations and sizes achieve a great deal of versatility within the TD series.

**TDX** – The TDX2 and TDX5 feature formed designs, all others are welded. All are self-jigging.

**All models, except TD2, TD5, and TD7, feature a self-jigging design with code required end distances built in. (End distance = 7 bolt diameters from the top of the sill to the center of the first bolt hole in the studs or post.)**

**Materials:** See chart
**Finish:** TDX5– G90 galvanizing; TDX2-TZ – G-185 galvanizing; All others – Primer
**Codes:** See chart for code references
**Patents:** U.S. Patent No. 5,092,097 – TDX2

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Do not use lag bolts. Washers are not required for anchor bolts or between holddown and bolt hex head, but standard washers should be used against stud or post under the nut. See page 51 for BP/LBP Bearing Plates.
• Bolt holes should be a minimum of 1⁄32" to a maximum of 1⁄16" larger than the bolt diameter (as per NDS® specifications).
• See pages 49-50 for STB Anchor Bolt section for anchorage options. A design professional may specify alternate anchorage with conventional anchor bolts.
• A design professional shall determine the adequacy of the stud to resist published loads. Holddown fasteners specified shall not be considered to attach multiple plies together.
• Self-jigging models are designed to provide the required minimum end distance of 7 bolt diameters from the bottom of the stud or post to the centerline of the first bolt hole.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with a wrench. Wood members may shrink over time; if possible, nut tightness should be checked periodically.
• If used to anchor a built-up post, such as a double 2x4, the post component shall be designed to act as a single unit.



**Typical TDX6 installation**

**Typical TDX2-TZ installation**

Moisture barrier may be required

**TDX6**

**Typical TDX2-TZ back-to-back installation**

**Typical TD15 installation**

TD15 = 3-3/8"
TD9 & TD12 = 3-1/2"

**TDX2-TZ**

3-1/2"

9/16"

Wall stud
Threaded rod

Use standard cut washer, metal plate, or metal strip between nut and stud per NDS. City of Los Angeles requires use of BP bearing plates between nut and stud.

End distance

**Holddown installation between floors**

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

# TD / TDX Holdowns

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[4] | | | Min. Required Bolt End Distance[5] | Length of Bolt in Vertical Member | DF/SP Allowable Tension Loads (Lbs.)[1,2,3] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | D | BH | CL | Anchor Bolt Dia. | Bolts Qty | Bolts Dia. | | | 160% | Δ (in)[8] | | |
| TD5 | -- | 7 | 3 | 6-3/8 | 3-3/4 | 1-1/4 | 2-1/8 | 3/4 | 2 | 3/4 | 5-1/4 | 1-1/2" | 2405 | 0.122[6] | | IBC, FL, LA |
| | | | | | | | | | | | | 3" | 4040 | 0.140[6] | | |
| | | | | | | | | | | | | 3-1/2" | 4040 | 0.140[6] | | |
| | | | | | | | | | | | | 5-1/2" | 4040 | 0.140[6] | | |
| TD7 | -- | 3 | 3-3/8 | 11-7/8 | 3-5/8 | 3-3/8 | 2-1/8 | 1-1/8 | 3 | 7/8 | 6-1/8 | 1-1/2" | 4600 | 0.095[6] | | IBC, FL |
| | | | | | | | | | | | | 3" | 8195 | 0.125[6] | | |
| | | | | | | | | | | | | 3-1/2" | 9420 | 0.139[6] | | |
| | | | | | | | | | | | | 5-1/2" | 10510 | 0.152[6] | | |
| TD9 | -- | 3 | 3-3/8 | 16-1/2 | 4-1/4 | 4-1/8 | 2-1/8 | 1-1/8 | 3 | 1 | 7 | 3" | 9330 | 0.146[6] | | |
| | | | | | | | | | | | | 3-1/2" | 10715 | 0.160[6] | | |
| | | | | | | | | | | | | 4-1/2" | 13370 | 0.169[6] | | |
| | | | | | | | | | | | | 5-1/2" | 13500 | 0.170[6] | | |
| TD12 | HD12 | 3 | 3-1/2 | 20-1/2 | 4-1/4 | 4-1/8 | 2-1/8 | 1-1/8 | 4 | 1 | 7 | 3" | 12070 | 0.132[6] | | |
| | | | | | | | | | | | | 3-1/2" | 13960 | 0.142[6] | | |
| | | | | | | | | | | | | 4-1/2" | 16550 | 0.185[6] | | |
| | | | | | | | | | | | | 5-1/2" | 16550 | 0.185[6] | | |
| TD15 | HD19 | 3 | 3-1/2 | 25 | 4-3/8 | 4-1/4 | 2-1/8 | 1-1/4 | 5 | 1 | 7 | 3" | 14505 | 0.167[6] | | |
| | | | | | | | | | | | | 3-1/2" | 16845 | 0.178[6] | | |
| | | | | | | | | | | | | 4-1/2" | 20710 | 0.155[6] | | |
| | | | | | | | | | | | | 5-1/2" | 20390 | 0.153[6] | | |
| TDX2-TZ | HD3B | 12 | 2-1/16 | 8-1/8 | 2-3/4 | 4-1/2 | 1-1/2 | 5/8 | 2 | 5/8 | 4-1/2 | 1-1/2" | 1920 | 0.150[6] | | IBC, FL, LA |
| | | | | | | | | | | | | 3" | 3295 | 0.169[6] | | |
| | | | | | | | | | | | | 3-1/2" | 3295 | 0.169[6] | | |
| | | | | | | | | | | | | 5-1/2" | 3295 | 0.169[6] | | |
| TDX5 | -- | 10 | 2-1/2 | 9-3/8 | 3-7/8 | 6 | 2 | 3/4 | 2 | 3/4 | 5-1/4 | 1-1/2" | 2340 | 0.079[6] | | |
| | | | | | | | | | | | | 3" | 4515 | 0.151[6] | | |
| | | | | | | | | | | | | 3-1/2" | 4530 | 0.151[6] | | |
| | | | | | | | | | | | | 4-1/2" | 4530 | 0.151[6] | | |
| TDX6 | HD5B | 7 | 3-1/2 | 11-1/8 | 3-3/4 | 6-1/8 | 2 | 7/8 | 2 | 7/8 | 6-1/8 | 1-1/2" | 2835 | 0.093[6] | | |
| | | | | | | | | | | | | 3" | 5350 | 0.128[6] | | |
| | | | | | | | | | | | | 3-1/2" | 5805 | 0.138[6] | | |
| | | | | | | | | | | | | 4-1/2" | 5805 | 0.138[6] | | |
| TDX8 | -- | 7 | 3-1/2 | 14-5/8 | 3-3/4 | 6-1/8 | 2 | 7/8 | 3 | 7/8 | 6-1/8 | 1-1/2" | 4160 | 0.060[6] | | |
| | | | | | | | | | | | | 3" | 7870 | 0.132[6] | | |
| | | | | | | | | | | | | 3-1/2" | 9125 | 0.172[6] | | |
| | | | | | | | | | | | | 4-1/2" | 9125 | 0.172[6] | | |
| TDX10 | HD7B | 7 | 3-1/2 | 18-1/8 | 3-3/4 | 6-1/8 | 2 | 7/8 | 4 | 7/8 | 6-1/8 | 3" | 10140 | 0.128[6] | | |
| | | | | | | | | | | | | 3-1/2" | 10570 | 0.137[6] | | |
| | | | | | | | | | | | | 4-1/2" | 10570 | 0.137[6] | | |
| | | | | | | | | | | | | 5-1/2" | 10570 | 0.137[6] | | |
| TDX14 | HD9B | 3 | 3-1/2 | 20-1/2 | 3-5/8 | 7 | 2-1/8 | 1 | 4 | 1 | 7 | 3" | 11995 | 0.117[6] | | |
| | | | | | | | | | | | | 3-1/2" | 13895 | 0.146[6] | | |
| | | | | | | | | | | | | 4-1/2" | 15015 | 0.166[6] | | |
| | | | | | | | | | | | | 5-1/2" | 15015 | 0.166[6] | | |

1) Allowable loads shown are for single shear connections and may be doubled for back-to-back installations. The designer must verify post and anchor bolt capacities.
2) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) The designer must specify stud or post to resist published load values.
4) The designer must specify anchor bolt type, length, and embedment.
5) TD models - install TD holdown raised off of bottom plate if the BH dimension is less than end distance dimension.
6) Deflections are derived from static, monotonic load tests of devices connected to DF wood members and consider both the deflection of the holdown and cross grain crushing of the wood post.
7) The designer shall consider the effect of compression, bearing, tension, and combined bending due to device eccentricity when applicable.
8) The TD/TDX may be elevated off the sill which may increase deflection. Reference page 72 for more information.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Holdowns**

# HTT Tension Ties

Holdowns

Secures multi-ply studs or posts to mudsills or foundation. Nail fastening makes for a convenient connection to studs or posts in cramped retrofit installations.

**Materials:** See chart
**Finish:** G90 galvanizing
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners to attach the strap portion of the connector to the side of stud, post, joist, purlin, or beam. Secure the base to the concrete or masonry wall with specified anchor bolt. A design professional shall specify the type, length, and embedment of the anchor bolt.
• HTT45 Max – Fill all round and diamond nail holes.
• Washers are not required on transfer plates that fit over the anchor bolt.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with a wrench.
• LL930 (#9 X 2-7/8" long) LumberLok Screws are included with HTT45KT.



**Typical HTT16 installation**



**Typical HTT45 max installation**



**HTT16**



Standard round nail holes for minimum nailing

Additional diamond holes for maximum nailing

**HTT45**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Nail Spacing | Fastener Schedule | | | | | DF/SP Allowable Tension Loads (Lbs.)[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | L | D | CL | | Min/Max | Anchor Bolt[3] | | Strap[2,3,7] | | 160% | Δ (in)[4,5] | |
| | | | | | | | | | Qty | Dia. | Qty | Type | | | |
| HTT16 | HTT4 | 10 | 2-1/2 | 16 | 2 | 1-3/8 | 1-3/4 | -- | 1 | 5/8 | 18 | 10d | 3610 | 0.142 | |
| HTT45 | HTT4, HTT5 | 10 | 2-1/2 | 16 | 2 | 1-3/8 | 1-3/4 | Min | 1 | 5/8 | 18 | 10d | 4215 | 0.115 | IBC, FL, LA |
| | | | | | | | | | | | | 16d x 2-1/2 | 4160 | 0.108 | |
| | | | | | | | | Max | 1 | 5/8 | 26 | 10d | 5795 | 0.101 | |
| | | | | | | | | | | | | 16d x 2-1/2 | 5005 | | |
| HTT45KT [6] | HTT5KT | 10 | 2-1/2 | 16 | 2 | 1-3/8 | 1-3/4 | -- | 1 | 5/8 | 26 | LL930 | 5865 | 0.113 | -- |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) 16d sinkers may be substituted for the specified 10d common nails with no load reduction.
   16d common nails may be substituted for the specified 16d x 2-1/2" nails with no load reduction.
3) The designer must specify anchor bolt type, length and embedment depth.
4) Deflections are derived from static, monotonic load tests of devices connected to DF wood members with specified fasteners.
5) HTT holdowns raised off of the sill plate may have higher deflection values.
6) HTT45KT is sold as a kit and includes (1) HTT45 and (26) LL930 screws.
7 ) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d x 2-1/2" nails are 0.162" dia. x 2-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**LTS / LTTI** Tension Ties

**LTS series** – The LTS19 is designed for nail-on installation to 2x joists or studs, and the LTS20B provides a nail or bolt fastening option. The LTS20B will accommodate wood I-Joists if 10d (0.148") x 1-1/2" nails are used instead of the specified 16d nails.

**LTTI31** – An open web joist tension tie designed for use with masonry or concrete construction.

**Materials:** See chart
**Finish:** G90 galvanizing; LTS19-TZ – G-185 galvanizing
**Codes:** IBC, FL

**Installation:**
• Use all specified fasteners to attach the strap portion of the connector to the side of stud, post, joist, purlin, or beam. Secure the base to the concrete or masonry wall with specified anchor bolt. A design professional shall specify the type, length, and embedment of the anchor bolt.
• Washers are not required on transfer plates that fit over the anchor bolt.
• LTTI31 and LTS connectors must be mounted flush to the mudsill.
• Allowable loads are based on either nail or bolt fastening; nail and bolt values cannot be combined.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with a wrench.
• Refer to MiTek's LTS19-TZ Deck Lateral Load Connector Technical Bulletin for deck rail reinforcement at MiTek-US.com.



**Typical LTS installation**

**LTS19-TZ**

**LTS20B**



**Typical LTTI31 installation**



**LTTI31**

Holddowns

| MiTek USP Stock No.[6] | Ref. No. | Steel Gauge | | Dimensions (in) | | | | Nail Spacing | Fastener Schedule | | | | | DF/SPAllowable Tension Loads (Lbs.)[1] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Strap | Plate | W | L | D | CL | | Anchor Bolt[4] | | Strap[2,3,7] | | | 160% | Δ (in)[5] | | |
| | | | | | | | | | Qty | Dia. | Qty | Type | | | | | |
| LTTI31 | LTTI31 | 18 | 3 | 3-3/4 | 31 | 2-5/8 | 1-3/8 | 3 | 1 | 5/8 | 18 | 10d x 1-1/2 | | 2805 | 0.175 | | IBC, FL |
| LTS19-TZ | LTT19 | 16 | 3 | 1-3/4 | 22-1/4 | 3 | 1-1/2 | 2-1/2 | 1 | 3/4 | 8 | 10d HDG | | 1205 | 0.132 | | |
| LTS20B | LTT20B | 12 | 3 | 2 | 20 | 3 | 1-1/2 | 3-3/4 | 1 | 3/4 | 10 | 10d x 1-1/2 | | 1100 | 0.128 | | |
| | | | | | | | | | | | 10 | 16d | | 1105 | 0.128 | | |
| | | | | | | | | | | | 2 | 1/2 Bolt | | 1175 | 0.128 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) LTS20B bolted installation requires a minimum 1-1/2" wood member thickness.
3) 16d sinkers may be substituted for the specified 10d common nails with no load reduction.
4) The designer must specify anchor bolt type, length and embedment depth.
5) Deflections are derived from static, monotonic load tests of devices connected to DF wood members with specified fasteners.
6) LTTI and LTS holddowns shall be installed tight to the sill plate.
7) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ▇ Stainless Steel ▇ Gold Coat ▇ HDG ▇ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Holdown Offset Anchor Bolt Notes

Allowable loads and deflection values for holdowns such as TD, PHD, TDX, HTT and UPHD are based on installation with the anchor bolt aligned directly below the centerline of the holdown. The maximum tolerances for anchor bolt offset are described below.

Designer should consider that installation of a holdown raised above the sill plate may result in higher deflections. These deflections are different for every installation and should be calculated by a certified designer.

**Installation:**
• Holdown installed at maximum of 2' above the bottom plate.
• Anchor bolt installed at maximum 2" away from the centerline of the holdown.
• Threaded rod angle must not exceed 5 degrees or a pitch of 1/12.
• A threaded coupler must be used at the anchor bolt connection capable of developing 125% of strength of the rod.

**Alternate installations:**
1. Install additional full-height member(s) to the existing stud(s) or post to reduce the horizontal distance between the anchor bolt and the vertical member(s).

   • Multi-ply studs/posts must be fastened together to act as a single unit. Holdown fasteners must not be considered to contribute to fastening multiple members together.

   • Added members shall be of equal or better wood species.

   • Designer must consider any effect of additional eccentricity introduced on the connection.

2. Using a threaded rod epoxied into place at the proper location in lieu of cast-in anchor bolts. These can be installed after the rough framing is completed.



Full height stud or post per plan

MiTek holdown per plan

2" Max

Threaded rod to match anchor bolt, double-nut at holdown

1
12

2' Max

Threaded coupler capable of developing 125% of strength of the rod

Foundation

Anchoring device

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

# **TA** Foundation Straps

Foundation Straps offer an economical, one-piece method of achieving a continuous load path from a 2 x 8 or 2 x 14 dimensional rim joist through concrete block to foundation. All models require a 6" embedment into concrete footings.

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Allowable loads are based on either nail fastening or bolt fastening; nail and bolt values cannot be combined.
• Install by inserting product into footing's wet concrete. All models require a 6" embedment into concrete foundations. Courses of concrete block must be laid over connector. Notch mudsill at connector locations. Wrap strap over rim joist and fasten.
• Do not rely on these straps to secure concrete sections together between cold joints; take other measures to transfer the load. If there is a cold joint between block and foundation, the minimum embedment must be made into the foundation.
• Based on product embedment the exposed number of fastener holes may be reduced. Using fewer fasteners will reduce allowable loads. Reduce allowable loads by the code prescribed allowable load per fastener, for each fastener not installed.
• Allowable loads are based on a minimum concrete compressive strength of 2,500 psi at 28 days.



2 x 10
rim joist

6" min.

**Typical TA rim joist to foundation installation**



W

2-1/4"

L1

L

**TA**

| MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | DF/SP Allowable Loads (Lbs.) | | | | | | | | | | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2 x 8 | | | 2 x 10 | | | 2 x 12 | | | 2 x 14 | | | | | |
| | | | | | Fastener Schedule[1,4] | | Uplift[2] | Fastener Schedule[1,4] | | Uplift[2] | Fastener Schedule[1,4] | | Uplift[2] | Fastener Schedule[1,4] | | Uplift[2] | | | |
| | | W | L | L1 | Qty | Type | 160% | Qty | Type | 160% | Qty | Type | 160% | Qty | Type | 160% | | | |
| TA51 | PA51 | 2-1/16 | 48-1/4 | 17-5/8 | 2 | 1/2 | 1340 | 3 | 1/2 | 1950 | 4 | 1/2 | 2475 | 5 | 1/2 | 3230 | | | -- |
| | | | | | 8 | 16d x 2-1/2 | 1905 | 10 | 16d x 2-1/2 | 2385 | 14 | 16d x 2-1/2 | 3230 | 16 | 16d x 2-1/2 | 3230 | | | |
| TA71 | PA68 | 2-1/16 | 68-1/4 | 22-1/8 | 2 | 1/2 | 1340 | 3 | 1/2 | 1950 | 4 | 1/2 | 2475 | 5 | 1/2 | 3230 | | | |
| | | | | | 8 | 16d x 2-1/2 | 1905 | 10 | 16d x 2-1/2 | 2385 | 14 | 16d x 2-1/2 | 3230 | 16 | 16d x 2-1/2 | 3230 | | | |

1) Bolt values are for 3" thick rim joist loaded perpendicular to grain.
2) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
3) Minimum of (9) 16d nails per strap is required to meet IRC R 404.1.5.
4) **NAILS:** 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

Holddowns

# LSTAD / STAD Foundation Straps

**Holdowns**

Holdowns

The coined dimples below the embedment line allow for increased concrete bonding. These holdowns retain high uplift capacity even when installed at corners of foundation stemwalls. Ideal for use with built up 2x end posts.

RJ after the model indicates LSTAD or STAD for rim joist applications as in **STAD8RJ**. Rim joist models provide for a 17" clear span without the loss of strap nailing.

**Materials:** LSTAD-14 gauge; STAD-12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18. The bottom (2) nails are for form board attachment only and do not contribute to fastener schedule requirements.
• Embed holdown in concrete to the embedment line (bend line).
• See illustrations for requirements on rebar, edge distances, and clear spans.
• Bending the strap horizontally 90° to facilitate wall placement may cause concrete behind the embedded strap to break away at the top edge (spalling). If the spall is 1" or less from the top edge of the concrete, no load reduction is necessary. If the spall is between 1" and 4" the allowable load is 0.90 of the published chart load.
• When installing on lumber less than 3-1/2" wide, wood splitting may occur. To reduce splitting, use 10d (0.148") x 1-1/2" nails or fill every other hole with 16d (0.162" x 3-1/2") common nails. Reduce allowable loads per code requirements accordingly.
• These straps do not secure concrete sections together at cold joints; take other measures to transfer the load. If there is a cold joint between slab and foundation, the minimum embedment must be made into the foundation. Fastening opportunities may be reduced because the slab pour level may be higher than some nail holes. Using fewer fasteners will reduce allowable loads. Reduce allowable load by the code capacity for each fastener not installed.
• To achieve full table loads the minimum center-to-center spacing is twice the embedment depth ($l_E$) when resisting tension loads at the same time.
• Where fewer fasteners are used in the structural wood member, reduce loads according to the code.
• There may be an increase in the amount of deflection if the strap is installed on the outside of the sheathing, versus directly to the framing members.
• Strap may be bent one complete cycle to aid installation.
• For installation in severe corrosion environments, see Corrosion Information on pages 11-16.



Edge distance 1/2" min from corner
Install (1) #4 rebar in shear cone
30" min rebar length
12" min. rebar length
Install (1) #4 rebar in shear cone
2x embedment length + 12" min. rebar length

**Typical STAD10 middle wall installation**

**Typical STAD10 corner installation**



**STAD**



Edge distance 1/2" min from corner
Nailed portion
Install (1) #4 rebar in shear cone
30" min rebar length
12" min. rebar length

**Typical STAD14RJ corner rim joist installation**



**LSTAD**



**STAD_RJ**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

# LSTAD / STAD Foundation Straps

**Holddowns**

## Wind and SDC A & B - Allowable Tension Loads (Lbs.)

| MiTek USP Stock No. | Ref. No. | Ga. | W | L | $I_E$ | D | CS | Concrete Stemwall Minimum Thickness (in) | Qty[8] | Type | Uncracked Corner[3] | Uncracked Midwall[4,5] | Cracked Corner[3] | Cracked Midwall[4,5] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LSTAD8 | LSTHD8 | 14 | 3 | 21-5/8 | 8 | 5 | 4-5/8 | 6 | 20 | 16d Sinker | 2280 | 2950 | 1820 | 2950 | IBC, FL, LA |
| LSTAD8RJ | LSTHD8RJ | | | 35-1/8 | | | 18-1/8 | | | | | | | | |
| STAD8 | -- | 12 | 3 | 21-5/8 | 8 | 5 | 4-5/8 | 6 | 22 | 16d Sinker | 2265 | 3675 | 1905 | 3175 | |
| STAD8RJ | -- | | | 35-1/8 | | | 18-1/8 | | | | | | | | |
| STAD10 | STHD10 | 12 | 3 | 21-5/8 | 10 | 5 | 1-5/8 | 6 | 28 | 16d Sinker | 3135 | 4675 | 2540 | 4480 | |
| STAD10RJ | STHD10RJ | | | 36 | | | 16-1/8 | | | | | | | | |
| STAD14 | STHD14 | 12 | 3 | 32-1/8 | 14 | 5 | 4-5/8 | 6 | 30 | 16d Sinker | 4745 | 5010 | 4745 | 5010 | |
| STAD14RJ | STHD14RJ | | | 39-5/8 | | | 12-1/8 | | | | | | | | |

## SDC C thru F - Allowable Tension Loads (Lbs.)

| MiTek USP Stock No. | Ref. No. | Ga. | W | L | $I_E$ | D | CS | Concrete Stemwall Minimum Thickness (in) | Qty[8] | Type | Uncracked Corner[3] | Uncracked Midwall[4,5] | Cracked Corner[3] | Cracked Midwall[4,5] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LSTAD8 | LSTHD8 | 14 | 3 | 21-5/8 | 8 | 5 | 4-5/8 | 6 | 20 | 16d Sinker | 1995 | 3125 | 1595 | 2735 | IBC, FL, LA |
| LSTAD8RJ | LSTHD8RJ | | | 35-1/8 | | | 18-1/8 | | | | | | | | |
| STAD8 | -- | 12 | 3 | 21-5/8 | 8 | 5 | 4-5/8 | 6 | 18 | 16d Sinker | 1985 | 2945 | 1665 | 2780 | |
| STAD8RJ | -- | | | 35-1/8 | | | 18-1/8 | | | | | | | | |
| STAD10 | STHD10 | 12 | 3 | 21-5/8 | 10 | 5 | 1-5/8 | 6 | 24 | 16d Sinker | 2740 | 4275 | 2220 | 3920 | |
| STAD10RJ | STHD10RJ | | | 36 | | | 16-1/8 | | | | | | | | |
| STAD14 | STHD14 | 12 | 3 | 32-1/8 | 14 | 5 | 4-5/8 | 6 | 24 | 16d Sinker | 3880 | 4185 | 3880 | 4185 | |
| STAD14RJ | STHD14RJ | | | 39-5/8 | | | 12-1/8 | | | | | | | | |

1) Predrilled holes are not required.
2) Wood thickness shall be no less than 3" (2 - 2x members).
3) Corner strap location implies that the distance from the corner of the wall to the edge of the strap is no less than 1/2".
4) Midwall strap location implies that the minimum distance from the corner of the wall to the centerline of the strap is no less than 1.5 times the embedment depth ($I_E$).
5) For edge distances between 1/2" and 1.5 x $I_E$ calculate loads using straight line interpolation.
6) Minimum anchor spacing for full capacity is 2 x $I_E$. For spacing less than that reduce capacity proportionally.
7) Allowable tension loads are for Doug-Fir, Southern Pine, Spruce-Pine-Fir and Hem Fir.
8) The strap should be fastened with nails starting from lowest pair of nail holes and working up towards the top of the strap. In many cases, not all nail holes are needed to be filled.
9) Minimum concrete strength f'c = 2,500 psi.
10) Minimum 1-#4 rebar shall be installed in the shear cone.
11) Deflection at highest allowable loads for installation over wood double studs are as follows:
LSTAD8 = 0.025", STAD8 = 0.045", STAD10 = 0.051", STAD14 = 0.099".
LSTAD8RJ = 0.032", STAD8RJ = 0.050", STAD10RJ = 0.058", STAD14RJ = 0.103".
12) **NAILS:** 16d sinkers are 0.148" dia. x 3-1/4" long. 10d common (0.148" dia. x 3" long) nails may be substituted with no load reduction.
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# HPAHD / PAHD Foundation Straps

Holdowns

Designed to anchor wood framing to poured concrete foundations.

**Materials:** See chart
**Finish:** G90 galvanizing
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Bending the strap horizontally 90° to facilitate wall placement may cause concrete behind the embedded strap to break away at the top edge (spalling). If the spall is 1" or less from the top edge of the concrete, no load reduction is necessary. If the spall is between 1" and 4", the allowable load is 0.90 of the published chart load.
• When installing on lumber less than 3-1/2" wide, wood splitting may occur. To reduce splitting, use 10d (0.148") x 1-1/2" nails or fill every other hole with 16d (0.162" x 3-1/2") common nails. Reduce allowable loads in accordance with code requirements.
• Straps are to be installed at the edge of concrete. Install prior to pour by nailing to form. Drive temporary nails through lowest two nail holes into form. Concrete level should reach embedment line; minimum embedment depths are listed in chart.
• Do not rely on these straps to secure concrete sections together between cold joints; take other measures to transfer the load. If there is a cold joint between slab and foundation, the minimum embedment must be made into the foundation. Fastening opportunities may be reduced because the slab pour level may be higher than some nail holes. Using fewer fasteners will reduce allowable loads. Reduce allowable load by the code capacity for each fastener not installed.
• Allowable loads based on a minimum concrete compressive strength of 2,500 psi at 28 days, with one #4 horizontal rebar in the shear cone. Rebar should be a minimum length of 2x embedment depth plus 12" (see chart for exceptions in corner installations).
• Where fewer fasteners are used in the structural wood member, reduce loads according to the code.
• There may be an increase in the amount of deflection if the strap is installed on the outside of the sheathing, versus directly to the framing members.
• Strap may be bent one complete cycle to aid installation.
• For installation in severe corrosion environments, see Corrosion Information on pages 11-16.



**Typical HPAHD22 single pour midwall installation**

**Typical HPAHD22 single pour corner and endwall installation**



**HPAHD**



**Typical HPAHD22 single pour rim joist corner installation**



**PAHD42**

**HPAHD22 form board installation**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

# HPAHD / PAHD Foundation Straps

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## HPAHD22 / PAHD42 Load Table

| MiTek Stock No. | Ref. No. | Ga. | Dimensions (in) | | | | Concrete Stemwall Minimum Thickness (in) | Fastener Schedule[1] | | DF/SP Allowable Tension Loads (Lbs.)[5] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Uncracked | | Cracked | | |
| | | | W | L | $I_E$ | D | | Qty[6] | Type[10] | Corner[2] | Midwall[3,4] | Corner[2] | Midwall[3,4] | |
| **Wind and ASCE Seismic Design A & B** | | | | | | | | | | | | | | |
| HPAHD22 | -- | 10 | 2-1/16 | 24-3/4 | 9-1/2 | 4-1/8 | 6 | 23 | 16d | 3110 | 3265 | 2175 | 2285 | IBC, FL, LA |
| PAHD42 | -- | 12 | 2-1/16 | 16-5/8 | 8 | 5-3/4 | 6 | 15 | 16d | 1155 | 2465 | 810 | 1725 | |

| MiTek Stock No. | Ref. No. | Ga. | Dimensions (in) | | | | Concrete Stemwall Minimum Thickness (in) | Fastener Schedule[1] | | DF/SP Allowable Tension Loads (Lbs.)[5] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Uncracked | | Cracked | | |
| | | | W | L | $I_E$ | D | | Qty[6] | Type[10] | Corner[2] | Midwall[3,4] | Corner[2] | Midwall[3,4] | |
| **ASCE Seismic Design C-F** | | | | | | | | | | | | | | |
| HPAHD22 | -- | 10 | 2-1/16 | 24-3/4 | 9-1/2 | 4-1/8 | 6 | 23 | 16d | 2280 | 2855 | 1905 | 2000 | IBC, FL, LA |
| PAHD42 | -- | 12 | 2-1/16 | 16-5/8 | 8 | 5-3/4 | 6 | 15 | 16d | 1010 | 1850 | 705 | 1510 | |

1) Predrilled holes are not required.
2) Corner strap location implies that the distance from the corner of the wall to the edge of the strap is no less than 1/2".
3) Midwall strap location implies that the minimum distance from the corner of the wall to the centerline of the strap is no less than 1.5 times the embedment depth ($I_E$).
4) For edge distances between 1/2" and 1.5 x $I_E$ calculate loads using straight line interpolation.
5) Minimum anchor spacing for full capacity is 2 x $I_E$.  For spacing less than that reduce capacity proportionally.
6) The strap should be fastened with nails starting from lowest pair of nail holes and working up towards the top of the strap. In many cases, not all nail holes are needed to be filled.
7) Minimum concrete strength f'c = 2,500 psi.
8) Minimum 1-#4 rebar shall be installed in the shear cone.
9) Deflection at highest allowable loads for installation over wood double studs are as follows: HPAHD22 = 0.118", PAHD42 = 0.095".
10) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.



**Typical HPAHD22-2P corner installation**



**Typical HPAHD22-2P midwall installation**



**HPAHD22-2P**

## HPAHD22-2P Load Table

| MiTek USP Stock No. | Steel Gauge | Dimensions (in) | | | | Stemwall Width | Fastener Schedule[2,5] | | DF/SP Allowable Tension Loads (Lbs.)[1] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | W | H | $I_E$ | D | | Min Qty[4] | Nail | 160% | |
| **MIDWALL INSTALLATION - 2,500 psi Concrete** | | | | | | | | | | |
| **8" min from corner** | | | | | | | | | | |
| HPAHD22-2P | 10 | 2-1/16 | 26-1/4 | 14 | 6-1/4 | 6 / 8 | 24 | 16d | 5170 | -- |
| **CORNER INSTALLATION - 2,500 psi Concrete** | | | | | | | | | | |
| **1/2" min from corner** | | | | | | | | | | |
| HPAHD22-2P | 10 | 2-1/16 | 26-1/4 | 14 | 6-1/4 | 6 / 8 | 24 | 16d | 4095 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) 16d sinkers (0.148" dia. x 3-1/4" long) or 10d common (0.148" dia. x 3" long) nails may be substituted for the specified 16d common nails provided the listed allowable loads are reduced 15%.
3) Minimum quantity of fasteners to be installed. Product may have additional nail holes not needed to meet published allowable load of product.
4) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Holdowns

# HPA / PA / PAI Purlin Anchors

Holdowns

**HPA series** – For installation into poured concrete walls, foundations, or masonry. The HPA is the heavy-duty version of the PA anchor.

**PA series** – For installation into poured concrete or concrete block walls and foundations.

**PAI series** – For wood I-Joist applications. An expanded 3" on-center nail spacing reduces splitting along I-Joist flange.

**Materials:** HPA – 10 gauge; PA / PAI – 12 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC 1620.2.1

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Minimum concrete strength is 2,500 psi.
• The allowable loads for bolts are based on parallel to grain loading with a 3" minimum member thickness, except the HPA which requires a 3-1/2" thick wood member. Reduce load per code requirements when minimum member thickness is not achieved.
• Minimum concrete end/edge distance is 4" for PA / PAI series, and 6" for HPA series.
• Minimum CMU end/edge distance is 20".
• Designer may specify alternate fastening schedules. Refer to Nail Specification Table on page 23 for nail shear values. Load values shall not exceed published allowable loads.
• No anchor bolts are needed for achieving efficient stress transfer from framing to concrete walls or foundations.



**Typical PA holdown installation**



**Typical PA purlin installation**



**Typical PAI I-Joist purlin face installation**



**PA / HPA**

**PAI**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

**MiTek®** Product Catalog

# HPA / PA / PAI Purlin Anchors

**Holdowns**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## Wind and ASCE Seismic Design A & B

| MiTek Stock No. | Ref. No. | L (in) | Concrete | Masonry | Ledger / Plate Size | Min Qty[4,5,7,8] | Type | Uncracked Concrete | Cracked Concrete | Min Qty[4,5,7,8] | Type | Masonry | Min Qty[4,5,7,8] | Bolt Dia. (in) | Uncracked Concrete | Cracked Concrete | Masonry | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Nails | | | | | | | Bolts | | | | | | |
| | | | | | | Fastener Schedule | | Allowable Tension 160% | | | | | Fastener Schedule | | Allowable Tension 160% | | | | |
| PA18 | PA18 | 18-1/2 | 4 | 6 | None | 12 | 16d | 2975 | 2770 | 12 | 16d | 2680 | 2 | 1/2 | 2240 | 2240 | 2240 | | -- |
| | | | | | 2x & 3x | | | | | 11 | | | | | | | | | |
| | | | | | 4x | | | | | 10 | | 2480 | | | | | 2000 | | |
| PA23 | PA23 | 23-3/4 | 4 | 6 | None | 15 | 16d | 3720 | 2770 | 12 | 16d | 2680 | 3 | 1/2 | 3360 | 2770 | 2680 | | |
| | | | | | 2x & 3x | | | | | | | | | | | | 2240 | | |
| | | | | | 4x | | | | | | | | | | | | | | |
| PA28 | PA28 | 29 | 4 | 6 | None, 2x, 3x, 4x | 15 | 16d | 3720 | 2770 | 12 | 16d | 2680 | 4 | 1/2 | 3960 | 2770 | 2680 | | |
| PA35 | PA35 | 35 | 4 | 6 | None, 2x, 3x, 4x | 15 | 16d | 3720 | 2770 | 12 | 16d | 2680 | 4 | 1/2 | 3960 | 2770 | 2680 | | |
| HPA28 | HPA28 | 29 | 6 | 8 | None, 2x, 3x, 4x | 21 | 16d | 4715 | 3300 | 12 | 16d | 2680 | 4 | 1/2 | 4545 | 3300 | 2680 | | |
| HPA35 | HPA35 | 35 | 6 | 8 | None, 2x, 3x, 4x | 23 | 16d | 4715 | 3300 | 12 | 16d | 2680 | 4 | 1/2 | 4545 | 3300 | 2680 | | |
| PAI18 | PAI18 | 18-1/2 | 4 | 6 | None | 12 | 10d x 1-1/2 | 2555 | 2555 | 12 | 10d x 1-1/2 | 2555 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | | | | | 9 | | 1915 | | | | | | | |
| | | | | | 4x | 10 | | 2130 | 2130 | | | | | | | | | | |
| PAI23 | PAI23 | 23-1/2 | 4 | 6 | None | 18 | 10d x 1-1/2 | 3830 | 2770 | 18 | 10d x 1-1/2 | 3830 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | 16 | | 3405 | | 15 | | 3190 | | | | | | | |
| | | | | | 4x | 15 | | 3190 | | 13 | | 2680 | | | | | | | |
| PAI28 | PAI28 | 28-1/2 | 4 | 6 | None | 21 | 10d x 1-1/2 | 3960 | 2770 | 22 | 10d x 1-1/2 | 4680 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | | | | | 21 | | 4470 | | | | | | | |
| | | | | | 4x | | | | | 18 | | 2680 | | | | | | | |
| PAI35 | PAI35 | 35-1/2 | 4 | 6 | None | 26 | 10d x 1-1/2 | 3960 | 2770 | 26 | 10d x 1-1/2 | 5535 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | | | | | 25 | | 5320 | | | | | | | |
| | | | | | 4x | | | | | 23 | | 2680 | | | | | | | |

## ASCE Seismic Design C-F

| MiTek Stock No. | Ref. No. | L (in) | Concrete | Masonry | Ledger / Plate Size | Min Qty[4,5,7,8] | Type | Uncracked Concrete | Cracked Concrete | Min Qty[4,5,7,8] | Type | Masonry | Min Qty[4,5,7,8] | Bolt Dia. (in) | Uncracked Concrete | Cracked Concrete | Masonry | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Nails | | | | | | | Bolts | | | | | | |
| | | | | | | Fastener Schedule | | Allowable Tension 160% | | | | | Fastener Schedule | | Allowable Tension 160% | | | | |
| PA18 | PA18 | 18-1/2 | 4 | 6 | None | 12 | 16d | 2975 | 2425 | 12 | 16d | 2680 | 2 | 1/2 | 2240 | 2240 | 2240 | | -- |
| | | | | | 2x & 3x | | | | | 11 | | | | | | | | | |
| | | | | | 4x | | | | | 10 | | 2480 | | | | | 2000 | | |
| PA23 | PA23 | 23-3/4 | 4 | 6 | None | 15 | 16d | 3365 | 2425 | 12 | 16d | 2680 | 3 | 1/2 | 3360 | 2425 | 2680 | | |
| | | | | | 2x & 3x | | | | | | | | | | | | 2240 | | |
| | | | | | 4x | | | | | | | | | | | | | | |
| PA28 | PA28 | 29 | 4 | 6 | None, 2x, 3x, 4x | 15 | 16d | 3365 | 2425 | 12 | 16d | 2680 | 4 | 1/2 | 3365 | 2425 | 2680 | | |
| PA35 | PA35 | 35 | 4 | 6 | None, 2x, 3x, 4x | 15 | 16d | 3365 | 2425 | 12 | 16d | 2680 | 4 | 1/2 | 3365 | 2425 | 2680 | | |
| HPA28 | HPA28 | 29 | 6 | 8 | None, 2x, 3x, 4x | 21 | 16d | 4125 | 2890 | 12 | 16d | 2680 | 4 | 1/2 | 4125 | 2890 | 2680 | | |
| HPA35 | HPA35 | 35 | 6 | 8 | None, 2x, 3x, 4x | 23 | 16d | 4125 | 2890 | 12 | 16d | 2680 | 4 | 1/2 | 4125 | 2890 | 2680 | | |
| PAI18 | PAI18 | 18-1/2 | 4 | 6 | None | 12 | 10d x 1-1/2 | 2555 | 2425 | 12 | 10d x 1-1/2 | 2555 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | | | | | 9 | | 1915 | | | | | | | |
| | | | | | 4x | 10 | | 2130 | 2130 | | | | | | | | | | |
| PAI23 | PAI23 | 23-1/2 | 4 | 6 | None | 18 | 10d x 1-1/2 | 3365 | 2425 | 18 | 10d x 1-1/2 | 3830 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | 16 | | | | 15 | | 3190 | | | | | | | |
| | | | | | 4x | 15 | | | | 13 | | 2680 | | | | | | | |
| PAI28 | PAI28 | 28-1/2 | 4 | 6 | None | 21 | 10d x 1-1/2 | 3365 | 2425 | 22 | 10d x 1-1/2 | 4680 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | | | | | 21 | | 4470 | | | | | | | |
| | | | | | 4x | | | | | 18 | | 2680 | | | | | | | |
| PAI35 | PAI35 | 35-1/2 | 4 | 6 | None | 26 | 10d x 1-1/2 | 3365 | 2425 | 26 | 10d x 1-1/2 | 5535 | -- | -- | -- | -- | -- | | |
| | | | | | 2x & 3x | | | | | 25 | | 5320 | | | | | | | |
| | | | | | 4x | | | | | 23 | | 2680 | | | | | | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads for bolts are based on parallel-to-grain loading with 3" minimum member thickness, except HPA which requires a 3-1/2" thick wood member.
3) Allowable loads are based on the use of either nails or bolts; nail and bolt values cannot be combined.
4) 16d sinkers or 10d common nails may be substituted for the specified 16d common nails at 0.85 of the table loads.
5) For alternate nail schedule and load values consult MiTek.
6) Minimum quantity of fasteners to be installed. Product may have additional fastener holes not needed to meet published allowable load of product.
7) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish**
- ■ Stainless Steel
- ■ Gold Coat
- ■ HDG
- ■ Triple Zinc

# Caps & Bases

## pg. 82-105

| | |
|---|---|
| Column Bases | 88-91 |
| Column Caps | 99-105 |
| Post Anchors | 82-85, 92 |
| Post Bases | 86-87,  98 |
| Post Caps | 93-97 |



# PA / PAE / PAU Post Anchors

**Caps & Bases**

Caps & Bases

Post Anchors are used to secure wood posts to concrete footings. These post anchors also provide moisture damage protection and feature a 1" stand-off plate to elevate wood posts above concrete surfaces as required by building code.

**PAE** – 2-sided post anchors with high uplift and bearing capacity

**PA** – High capacity utilizing 4-sided design

**PAU** – Higher uplift resistance and optional bolt fastening to post

**Materials:** See chart
**Finish:** G90 galvanizing, PA66ER-TZ - G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references
IRC R317.1.4, IBC 2304.12.2.2,
IRC R407.3, IBC 2304.10.7

**Installation:**
• Use all specified fasteners. Install with supplied washer. See Product Notes, page 18.
• Anchor bolts and nails are not furnished.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These anchors are not designed to resist overturning (moment) loads.**
• **Anchor bolt installation** – place specified diameter anchor bolt at desired location with minimum 4" embedment into minimum 2,500 psi concrete. A minimum 2" edge distance from the outermost edge of the post base to the edge of the concrete is required to achieve allowable loads.
• **For cured concrete or retrofit installations** – use specified diameter threaded rod with MiTek's CIA-EA or CIA-GEL 7000-C adhesive epoxy, following installation instructions. Contact MiTek Engineering for further information on selecting the proper epoxy.



**Typical PA44E installation**



**Typical PA installation**



**PAE**



**PA**



**PAU cross-section**



AVAILABLE IN
**GOLD COAT**



**PAU**



**PAU88**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

## PA / PAE / PAU  Post Anchors

## Caps & Bases

| Post/ Column Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | | Dimensions (in) | | | Fastener Schedule[2,4] | | | | | | DF/SP Allowable Loads (Lbs.)[3] | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Base | Stand-off Plate | W | H | L | Anchor Bolt | | Post | | | | Bearing 100% | Uplift[1] | | Corrosion | Finish | |
| | | | | | | | | Qty | Dia. (in) | Nails | | Bolts | | | Nails 160% | Bolts 160% | | | |
| | | | | | | | | | | Qty | Type | Qty | Dia. (in) | | | | | | |
| 4 x 4 | PA44 | -- | 18 | 12 | 3-9/16 | 2-1/4 | 3-1/2 | 1 | 1/2 | 8 | 16d | -- | -- | 4155 | 455 | -- | | | IBC, FL, LA |
| | PA44E | ABA44 | 18 | 16 | 3-9/16 | 3-1/2 | 3-1/2 | 1 | 1/2 | 6 | 16d | -- | -- | 6775 | 1035 | -- | | | |
| | PAU44 | ABU44 | 12 | 16 | 3-9/16 | 5-7/16 | 3 | 1 | 5/8 | 12 | 16d | 2 | 1/2 | 6775 | 2535 | 2265 | | | |
| 4 x 4 Rough | PA44R | -- | 18 | 12 | 4-1/16 | 2-1/2 | 4 | 1 | 1/2 | 12 | 16d | -- | -- | 4155 | 455 | -- | | | |
| 4 x 6 | PA46 | -- | 18 | 12 | 3-9/16 | 2-1/4 | 5-1/2 | 1 | 1/2 | 14 | 16d | -- | -- | 4155 | 455 | -- | | | |
| | PA46E | ABA46 | 18 | 12 | 3-9/16 | 3-1/2 | 5-1/2 | 1 | 5/8 | 8 | 16d | -- | -- | 6775 | 1035 | -- | | | |
| | PAU46 | ABU46 | 10 | 12 | 3-9/16 | 6 | 5 | 1 | 5/8 | 12 | 16d | 2 | 1/2 | 13815 | 2535 | 2265 | | | |
| 4 x 6 Rough | PA46R | -- | 18 | 10 | 4-1/16 | 3-1/2 | 6 | 1 | 1/2 | 14 | 16d | | -- | 4155 | 455 | -- | | | |
| 5 x 5 Rough | PA55R-TZ | -- | 16 | 12 | 5 | 3-5/8 | 5 | 1 | 1/2 | 8 | 16d HDG | -- | -- | 4155 | 455 | -- | | | -- |
| 6 x 6 | PA66 | -- | 18 | 12 | 5-1/2 | 2-7/8 | 5-1/2 | 1 | 1/2 | 16 | 16d | -- | -- | 5930 | 250 | -- | | | IBC, FL, LA |
| | PA66E | ABA66 | 14 | 12 | 5-1/2 | 3-1/2 | 5-1/2 | 1 | 5/8 | 8 | 16d | -- | -- | 16005 | 1130 | -- | | | |
| | PAU66 | ABU66 | 10 | 12 | 5-1/2 | 6 | 5 | 1 | 5/8 | 12 | 16d | 2 | 1/2 | 16005 | 2455 | 2265 | | | |
| 6 x 6 Rough | PA66R | -- | 18 | 12 | 6-1/16 | 3-1/4 | 6-1/16 | 1 | 1/2 | 16 | 16d | -- | -- | 5930 | 250 | -- | | | |
| | PA66ER-TZ | ABA66R | 14 | 12 | 6 | 3-1/4 | 5-1/2 | 1 | 5/8 | 8 | 16d HDG | -- | -- | 16005 | 1130 | -- | | | |
| | PAU66R-TZ | ABU66RZ | 10 | 12 | 6-1/16 | 5-3/4 | 5 | 1 | 5/8 | 12 | 16d HDG | 2 | 1/2 | 16005 | 1475 | 1475 | | | |
| 8 x 8 | PAU88 | ABU88 | 12 | 12 | 7-1/2 | 7-3/16 | 7-1/16 | 2 | 5/8 | 14 | 16d | -- | -- | 24900 | 3315 | -- | | | |
| 8 x 8 Rough | PAU88R | ABU88R | 12 | 12 | 8-1/16 | 6-15/16 | 7-1/16 | 2 | 5/8 | 14 | 16d | -- | -- | 24900 | 3315 | -- | | | |
| 10 x 10 | PAU1010 | ABU1010 | 12 | 16 | 9-1/2 | 7-3/16 | 9-1/2 | 2 | 5/8 | 14 | 16d | 2 | 5/8 | 27095 | 1495 | 1495 | | | |
| 10 x 10 Rough | PAU1010R | -- | 12 | 16 | 10-1/16 | 7-3/16 | 10 | 2 | 5/8 | 14 | 16d | 2 | 5/8 | 27095 | 1495 | 1495 | | | |
| 12 x 12 | PAU1212 | ABU1212 | 12 | 16 | 11-1/2 | 6-7/8 | 11-1/2 | 2 | 5/8 | 18 | 16d | 2 | 5/8 | 64015 | 1180 | 1180 | | | |
| 12 x 12 Rough | PAU1212R | -- | 12 | 16 | 12-1/8 | 6-7/8 | 12-1/8 | 2 | 5/8 | 18 | 16d | 2 | 5/8 | 64015 | 1180 | 1180 | | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) All bolts shall meet or exceed the specifications of ASTM A 307.
3) Allowable loads are based on the use of either nails or bolts; nail and bolt values cannot be combined.
4) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■Stainless Steel ■Gold Coat ■HDG ■Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Caps & Bases**

**RPB** Retrofit Post Base

Caps & Bases

RPB-TZ post base attaches 4x4 or larger wood posts to concrete or wood surfaces after the post is in place. Can be installed with 1 or 2 RPB-TZs (single or double). Post may also be installed on our CPB composite post base product which provides a 1" stand off as required in untreated wood installations. Installs with concrete screws, so no more mis-installed, mis-located anchor bolts!

**Materials:** 12 gauge
**Finish:** G-185 galvanizing

**Installation:**
- MiTek's WS structural wood screws and screw anchors are not included with RPB bases.
- **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These anchors are not designed to resist overturning (moment) loads.**

- **Concrete Installation:**
  1. Place RPB-TZ over one corner of post flush to both concrete and post surfaces and mark hole locations in concrete. Place aside.
  2. Drill holes for concrete screws using appropriate bit and hammer drill.
  3. Place RPB-TZ in position and install with specified screw anchors as listed in table below.
  4. Repeat for RPB-TZ on other side of post for double installations.

- **Wood-to-Wood Installation:**
  1. Place RPB-TZ over one corner of post flush to wood base and post surfaces.
  2. Install all specified MiTek WS structural wood screws as listed in the table below.
  3. Repeat for RPB-TZ on other side of post for double installations.



**Typical double RPB-TZ concrete installation**



**Typical double RPB-TZ wood-to wood installation**



Smaller fastener holes for wood or concrete installation

Larger fastener hole for screw anchor installation

**RPB-TZ**



**Typical double RPB-TZ concrete installation Min 2-1/2" from any concrete edge**
(Top view)



**Typical single RPB-TZ installation at concrete corner, flush to edge**
(Top view)



**Typical double RPB-TZ installation with CPB composite post base**
(CPB ordered separately)

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Qty of RPBs | Fastener Schedule[4] Post Qty | Wood Screw | Base Qty | Screw Anchor[2,3] | DF/SP Allowable Loads (Lbs.)[1,5] Uplift 160% | F2 160% | F3 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Concrete Base with Post Flush to Corner[6] | | | | | | | | |
| | | | 1 | 4 | WS3 | 2 | 3/8" x 2-1/2" | 1525 | 710 | 495 | | |
| | | | | | | 4 | Tapper+ | 735 | 655 | | | |
| | | | 1 | 4 | WS15 | 2 | 3/8" x 2-1/2" | 1470 | 710 | 495 | | |
| | | | | | | 4 | Tapper+ | 735 | 655 | | | |
| | | | | Concrete Base with Post 2-1/2" from Concrete Edge[6] | | | | | | | | |
| RPB-TZ | RPBZ | 12 | 1 | 4 | WS15 or WS3 | 2 | 3/8" x 2-1/2" | 1470[9] | 710 | 495 | -- | |
| | | | | | | 4 | Tapper+ | 865 | 655 | | | |
| | | | 2[5] | 8 | WS15 or WS3 | 4 | 3/8" x 2-1/2" | 2295 | 990 | 990 | | |
| | | | | | | 8 | Tapper+ | 1735 | | | | |
| | | | | LVL Base/SP Base[7,8] | | | | | | | | |
| | | | 1 | 4 | WS15 or WS3 | 4 | WS15 | 1110 | 960 | 495 | | |
| | | | 2 | 8 | WS15 or WS3 | 8 | | 2220 | | | | |

1) Allowable loads are for DF/SP 4x4, 6x6, or larger posts. For SPF/HF loads, multiply the allowable load by 0.86.
2) Use DeWalt 3/8" x 2-1/2" Screw-Bolt™+ screw anchor; or equal, installed in accordance with manufacturer's specification. Screw anchors are not supplied.
3) Use Powers 1/4" x 1-3/4" Tapper+ concrete screw anchor (not supplied); or equal, installed in accordance with manufacturer's specification.
4) When installing connectors in pairs, the post must be a minimum of 2-1/2" from the edge of the concrete.
5) Allowable loads have been increased 60% for wind and seismic loads; no further reduction shall be permitted.

6) Concrete compressive strength shall be 2,500 psi or greater at 28 days.
7) LVL framing base shall be at least 1-3/4" thick.
8) SP framing base shall be at least 1-1/2" thick.
9) Allowable uplift for single RPB-TZ using WS3 structural wood screws with Screw-Bolt™+ screw anchors for concrete base with post 2-1/2" from concrete edge is 1,525 lbs.
10) MiTek's structural wood screws and DeWalt screw anchors should be used only in interior-dry and non-corrosive environments.
11) Use MiTek's WS15-EXT or WS3-EXT structural wood screws when installing on treated wood.

**Corrosion Finish**
- 🟦 Stainless Steel
- 🟨 Gold Coat
- ⬜ HDG
- 🟩 Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

# WAS / WE Wet Post Anchors

<span style="color:brown">**Caps & Bases**</span>

**WAS** – A formed base providing a 1" stand-off with high bearing capacity.

**WE** – A formed, one-piece design. Includes embossing for additional lateral strength.

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA
IRC R317.1.4, IBC 2304.12.2.2,
IRC R407.3, IBC 2304.10.7

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Insert into wet concrete after the pour. For the **WE**, embed the anchor so that the base plate is flush with the surface of the concrete. For the **WAS**, embed the anchor until the concrete surface meets the bottom edge of the stand off base legs. This will provide a 1" stand-off where required.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These anchors are not designed to resist overturning (moment) loads.**



**Typical WAS installation**



**Typical WE installation**



**WAS**



**WE**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Post Size | MiTek Stock No. | Ref. No. | Steel Gauge Base | Steel Gauge Strap | W1 | W2 | H1 | H2[3] | L | Fastener Schedule[5,6] Qty | Fastener Schedule[5,6] Type | Download 100% | Uncracked Concrete Uplift[1] 160% | Uncracked Concrete F1 160% | Uncracked Concrete F2 160% | Cracked Concrete Uplift[1] 160% | Cracked Concrete F1 160% | Cracked Concrete F2 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASCE Seismic Design A & B |
| 4 x 4 | WE44 | PB44 | 12 | 12 | 3-1/2 | -- | 4-3/4 | 3-3/8 | 3-1/4 | 12 2 | 16d 1/2 | 15335 | 1405 1430 | 860 860 | 970 970 | 1245 1245 | 600 600 | 680 680 | | IBC, FL, LA |
| 4 x 4 | WAS44 | PBS44A | 16 | 14 | 3-9/16 | 3-1/2 | 6-3/4 | 3-1/2 | 2-1/4 | 14 2 | 16d 1/2 | 6775 | 3090 3075 | 1365 1365 | 1095 1095 | 2165 2165 | 955 955 | 770 770 | | |
| 4 x 4 Rough | WE44R | PB44R | 12 | 12 | 4 | -- | 5 | 3-5/8 | 3-3/8 | 12 | 16d | 15335 | 1405 | 860 | 970 | 1245 | 600 | 680 | | |
| 4 x 6 | WE46 | PB46 | 12 | 12 | 5-1/2 | -- | 4-3/4 | 3-3/8 | 3-1/4 | 12 2 | 16d 1/2 | 24130 | 1405 1430 | 860 860 | 970 970 | 1245 1245 | 600 600 | 680 680 | | |
| 4 x 6 | WAS46 | PBS46 | 12 | 14 | 3-9/16 | 5-1/2 | 6-3/4 | 3-1/2 | 2-1/4 | 14 2 | 16d 1/2 | 13815 | 3090 3075 | 1365 1365 | 1095 1095 | 2165 2165 | 955 955 | 770 770 | | |
| 4 x 6 Rough | WE46R | -- | 12 | 12 | 6 | -- | 5 | 3-5/8 | 3-3/8 | 12 | 16d | 24130 | 1405 | 860 | 970 | 1245 | 600 | 680 | | |
| 6 x 6 | WE66 | PB66 | 12 | 12 | 5-1/2 | -- | 5 | 3-5/8 | 5-3/8 | 12 | 16d | 29565 | 1405 | 860 | 970 | 1245 | 600 | 680 | | |
| 6 x 6 | WAS66 | PBS66 | 12 | 14 | 5-1/2 | 5-1/2 | 6-3/4 | 5 | 2-1/4 | 14 2 | 16d 1/2 | 16005 | 3365 3575 | 1955 1955 | 1685 1685 | 2505 2505 | 1370 1370 | 1685 1685 | | |
| 6 x 6 Rough | WE66R | PB66R | 12 | 12 | 6 | -- | 5 | 3-5/8 | 5-3/8 | 12 | 16d | 29565 | 1405 | 860 | 970 | 1245 | 600 | 680 | | |
| ASCE Seismic Design C-F |
| 4 x 4 | WE44 | PB44 | 12 | 12 | 3-1/2 | -- | 4-3/4 | 3-3/8 | 3-1/4 | 12 2 | 16d 1/2 | 15335 | 1255 1255 | 755 755 | 850 850 | 1090 1090 | 525 525 | 595 595 | | IBC, FL, LA |
| 4 x 4 | WAS44 | PBS44A | 16 | 14 | 3-9/16 | 3-1/2 | 6-3/4 | 3-1/2 | 2-1/4 | 14 2 | 16d 1/2 | 6775 | 2705 2705 | 1195 1195 | 960 960 | 1895 1895 | 835 835 | 675 675 | | |
| 4 x 4 Rough | WE44R | PB44R | 12 | 12 | 4 | -- | 5 | 3-5/8 | 3-3/8 | 12 | 16d | 15335 | 1255 | 755 | 850 | 1090 | 525 | 595 | | |
| 4 x 6 | WE46 | PB46 | 12 | 12 | 5-1/2 | -- | 4-3/4 | 3-3/8 | 3-1/4 | 12 2 | 16d 1/2 | 24130 | 1255 1255 | 755 755 | 850 850 | 1090 1090 | 525 525 | 595 595 | | |
| 4 x 6 | WAS46 | PBS46 | 12 | 14 | 3-9/16 | 5-1/2 | 6-3/4 | 3-1/2 | 2-1/4 | 14 2 | 16d 1/2 | 13815 | 2705 2705 | 1195 1195 | 960 960 | 1895 1895 | 835 835 | 675 675 | | |
| 4 x 6 Rough | WE46R | -- | 12 | 12 | 6 | -- | 5 | 3-5/8 | 3-3/8 | 12 | 16d | 24130 | 1255 | 755 | 850 | 1090 | 525 | 595 | | |
| 6 x 6 | WE66 | PB66 | 12 | 12 | 5-1/2 | -- | 5 | 3-5/8 | 5-3/8 | 12 | 16d | 29565 | 1255 | 755 | 850 | 1090 | 525 | 595 | | |
| 6 x 6 | WAS66 | PBS66 | 12 | 14 | 5-1/2 | 5-1/2 | 6-3/4 | 5 | 2-1/4 | 14 2 | 16d 1/2 | 16005 | 3135 3135 | 1715 1715 | 1685 1685 | 2195 2195 | 1200 1200 | 1665 1665 | | |
| 6 x 6 Rough | WE66R | PB66R | 12 | 12 | 6 | -- | 5 | 3-5/8 | 5-3/8 | 12 | 16d | 29565 | 1255 | 755 | 850 | 1090 | 525 | 595 | | |

*Table header: Steel Gauge (Base, Strap); Dimensions (in); Fastener Schedule[5,6]; DF/SP Allowable Loads (Lbs.)[2,4] — Uncracked Concrete, Cracked Concrete*

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are based on the use of either nails or bolts; nail and bolt values cannot be combined.
3) H2 is minimum embedment length of anchor into concrete.
4) Minimum concrete strength f'c = 2,500 psi.
5) All bolts shall meet or exceed the specifications of ASTM A 307.
6) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

# EPB Elevated Post Bases

Caps & Bases

The EBP44T-TZ Elevated Post Base is an economical solution for supporting 4x4 posts at the minimum 1 inch above the concrete foundation as required by the building code. For applications where uplift loads are not present, the EPB44T-TZ can be installed directly into a hole predrilled in a pier block or concrete foundation as shown in Figure A below. To resist uplift loading, the EPB44T-TZ must be cast into concrete or epoxied into place as shown in Figure B below.

**Materials:** 12 gauge

**Finish:** G-185 galvanizing U-bracket; Hot-dip galvanized threaded rod, nuts, washers

**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Drilled Hole – No Uplift Resistance**
  – Drill 5/8" diameter hole into cured concrete 4" deep.
  – Insert threaded rod of EPB44T-TZ into hole and adjust nut to desired height.
  – Install 4x4 post and fasten with (8) 10d common nails.
• **Embedded In Concrete – Uplift Resistance Installation**
  – Adjust nut for desired height.
  – Insert threaded rod with nut and washer into wet concrete.
  – Provide temporary support to post base (if needed) to maintain vertical and horizontal position.
  – After concrete has cured, install 4x4 post and fasten with (8) 10d common nails.
• **Epoxied Into Place – Uplift Resistance Installation**
  – Drill 3/4" diameter hole into cured concrete 4" deep.
  – Clean hole as per MiTek's recommendations.
  – Adjust nut for desired height.
  – Fill the hole 3/4 full with MiTek Epoxy. Visit MiTek-US.com for proper installation procedures and injection of MiTek epoxy products.
  – Insert threaded rod with nut and washer into hole, pressing down until the washer is firmly seated on the concrete.
  – After epoxy has cured, install 4x4 post and fasten with (8) 10d common nails.
• Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These anchors are not designed to resist overturning (moment) loads.



**Figure A**

**Typical EPB44T-TZ pier block installation**

**EPB44T-TZ**



**Figure B**

**Typical EPB44T-TZ installation with MiTek's Epoxy**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek Stock No. | Ref. No. | Steel Gauge (U-bracket) | Dimensions (in) | | | | Wood Post Size | Fastener Schedule[8] | | Installation Type | DF/SP Allowable Loads (Lbs.)[1,5] | | | Corrosion Finish | Code Ref. |
| | | | W | L | H1 | H2 | | Qty | Type | | Uncracked Concrete[5] | | Cracked Concrete[5] | | |
| | | | | | | | | | | | ASCE Seismic Design A & B | | ASCE Seismic Design C-F | | |
| | | | | | | | | | | | Download 100%[4] | Uplift 160%[2,3] | Download 100%[4] | | |
| EPB44T-TZ | -- | 12 | 3-9/16 | 2-7/8 | 2-7/16 | 4-7/8 | 4x4 | 8 | 10d | Pier Block[6] | 5525 | -- | 5525 | | IBC, FL, LA |
| | | | | | | | | | | Embedded | 5525 | 790 | 5525 | | |
| | | | | | | | | | | Epoxy[7] | 5525 | 790 | 5525 | | |

1) Allowable loads are based on a maximum distance of 2-1/2" between the concrete foundation and the bottom of the post base.
2) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
3) Uplift capacity requires the post base to be cast-in-place or epoxy post-installed in a concrete member capable of resisting the upward force.
4) Download is based on the bearing of the wood in the post base and the bearing of the washer on the concrete.
5) Minimum concrete strength f'c = 2,500 psi.
6) Pier Block installation, drill a 5/8" diameter hole a minimum of 4" deep.
7) Epoxy installation, drill a 3/4" diameter hole a minimum of 4" deep. Follow published epoxy installation instructions available at MiTek-US.com.
8) **NAILS:** 10d nails are 0.148" dia. x 3" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

# EBG / EPB / EPBH Elevated Post Bases

**Caps & Bases**

These post bases allow installers to pre-align posts and preset post heights above concrete floors or footings. By eliminating post-to-concrete contact, moisture damage is reduced. Elevated post bases are ideal for building carports, decks or porches. All series feature convenient nail fastening to post.

**Materials:** See chart

**Finish:** EPB – Primer;
EBG44-TZ – G-185 galvanizing;
EPBH – Hot-dip galvanized

**Options:** See chart for Corrosion Finish Options

**Codes:** See chart for code references
IRC R317.1.4, IBC 2304.11.2.7, IRC R407.3, IBC 2304.9.7.

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- **Not recommended for fence post or other fixed post applications. These anchors are not designed to resist overturning (moment) loads.**



**Typical EBG44-TZ installation**

**Typical EPB installation**

**Typical EPBH installation**

EBG44-TZ          EPB          EPBH

| Post Size | MiTek Stock No. | Ref. No. | Steel Gauge Base | Steel Gauge Tube | Dimensions (in) W | L | H1 | H2 | Fastener Schedule[4] Qty | Nail | DF/SP Allowable Loads (Lbs.)[3] Download 100% | Uncracked Concrete Uplift[2] 160% | F1[1] 160% | F2[1] 160% | Cracked Concrete Uplift[2] 160% | F1[1] 160% | F2[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Wind and ASCE Seismic Design A & B | | | | | | | | | | | | |
| 4 x 4 | EBG44-TZ | EPB44A | 14 | 16 | 3-9/16 | 2-3/4 | 2-3/8 | 7-1/2 | 8 | 16d HDG | 4615 | 1085 | 1440 | 1295 | 800 | 1010 | 905 | | IBC, FL, LA |
| | EPB4408 | EPB44, EPB44-12 | 12 | -- | 3-9/16 | 3 | 3 | 8 | 8 | 16d | 3045 | 1110 | 1440 | 1295 | 775 | 1010 | 905 | | |
| | EPBH44 | -- | 12 | -- | 3-1/2 | 3-3/8 | 2-3/4 | 7 | 4 | 16d HDG | 2485 | 990 | 990 | 975 | 990 | 845 | 845 | | -- |
| 4 x 6 | EPB4608 | EPB46, EPB46-12 | 12 | -- | 3-9/16 | 5 | 3 | 8 | 12 | 16d | 3045 | 1110 | 1440 | 1295 | 775 | 1010 | 905 | | IBC, FL, LA |
| 4 x 6 Rough | EPBH46R | -- | 12 | -- | 4-1/8 | 5-3/8 | 3 | 7 | 4 | 16d HDG | 4615 | 990 | 990 | 975 | 990 | 845 | 845 | | -- |
| 6 x 6 | EPB6608 | EPB66, EPB66-12 | 12 | -- | 5-9/16 | 5 | 3-3/16 | 8 | 12 | 16d | 4665 | 1110 | 1440 | 1295 | 775 | 1010 | 905 | | IBC, FL, LA |
| | EPBH66 | -- | 12 | -- | 5-1/2 | 5-3/8 | 3 | 7 | 4 | 16d HDG | 4615 | 990 | 990 | 975 | 990 | 845 | 845 | | -- |
| 6 x 6 Rough | EPBH66R | -- | 12 | -- | 6-1/8 | 5-3/8 | 3 | 7 | 4 | 16d HDG | 4615 | 990 | 990 | 975 | 990 | 845 | 845 | | |
| | | | | | | | ASCE Seismic Design C-F | | | | | | | | | | | | |
| 4 x 4 | EBG44-TZ | EPB44A | 14 | 16 | 3-9/16 | 2-3/4 | 2-3/8 | 7-1/2 | 8 | 16d HDG | 4615 | 1000 | 1260 | 1135 | 700 | 885 | 795 | | IBC, FL, LA |
| | EPB4408 | EPB44, EPB44-12 | 12 | -- | 3-9/16 | 3 | 3 | 8 | 8 | 16d | 3045 | 970 | 1260 | 1135 | 680 | 885 | 795 | | |
| | EPBH44 | -- | 12 | -- | 3-1/2 | 3-3/8 | 2-3/4 | 7 | 4 | 16d HDG | 2485 | 990 | 990 | 975 | 990 | 725 | 725 | | -- |
| 4 x 6 | EPB4608 | EPB46, EPB46-12 | 12 | -- | 3-9/16 | 5 | 3 | 8 | 12 | 16d | 3045 | 970 | 1260 | 1135 | 680 | 885 | 795 | | IBC, FL, LA |
| 4 x 6 Rough | EPBH46R | -- | 12 | -- | 4-1/8 | 5-3/8 | 3 | 7 | 4 | 16d HDG | 4615 | 990 | 990 | 975 | 990 | 725 | 725 | | |
| 6 x 6 | EPB6608 | EPB66, EPB66-12 | 12 | -- | 5-9/16 | 5 | 3-3/16 | 8 | 12 | 16d | 4665 | 970 | 1260 | 1135 | 680 | 885 | 795 | | IBC, FL, LA |
| | EPBH66 | -- | 12 | -- | 5-1/2 | 5-3/8 | 3 | 7 | 4 | 16d HDG | 4615 | 990 | 990 | 975 | 990 | 725 | 725 | | -- |
| 6 x 6 Rough | EPBH66R | -- | 12 | -- | 6-1/8 | 5-3/8 | 3 | 7 | 4 | 16d HDG | 4615 | 990 | 990 | 975 | 990 | 725 | 725 | | |

1) Lateral loads (F1 and F2) are for conditions where pipe extends no more than 1" above the concrete surface.
2) Uplift Loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
3) Concrete compressive strength shall be 2,500 psi or greater at 28 days.
4) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Caps & Bases**

# KCB Column Bases

Provides high structural capacity and installs with bolts providing an architectural appearance.

**Materials:** See chart

**Finish:** KCB (5/8" bolt models) – G90 galvanizing;
KCB (3/4" bolt models) – Primer

**Options:** KCB models available in rough/full size.
See chart for Corrosion Finish Options

**Codes:** IRC R407.3, IBC 2304.10.7

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These bases are not designed to resist overturning (moment) loads.**
- Maintain 3" minimum edge distance between post and edge of concrete.
- KCB column bases feature diamond holes for temporary nail fastening to facilitate drilling and bolting.
- Embed column base with bottom of base plate flush to concrete.



**Typical KCB installation**



**KCB**

Caps & Bases

| Column Size | MiTek Stock No. | Ref. No. | Steel Gauge | | Dimensions (in) | | | | Fastener Schedule[2] | | DF/SP Allowable Loads (Lbs.)[3] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Bolts | | Uncracked Concrete | | Cracked Concrete | | | |
| | | | | | | | | | | | Uplift 160%[1] | | Uplift 160%[1] | | | |
| | | | Strap | Base | W1 | W2 | H | L | Qty | Type | ASCE Seismic Design A & B | ASCE Seismic Design C-F | ASCE Seismic Design A & B | ASCE Seismic Design C-F | | |
| 4 x 4 | KCB44 | CB44 | 7 | 7 | 3-9/16 | 3-9/16 | 8-7/8 | 2 | 2 | 5/8 | 5525 | 5100 | 4165 | 3570 | | |
| 4 x 6 | KCB46 | CB46 | 7 | 7 | 3-9/16 | 5-1/2 | 8-7/8 | 2 | 2 | 5/8 | 5525 | 5100 | 4165 | 3570 | | |
| 4 x 8 | KCB48 | CB48 | 7 | 7 | 3-9/16 | 7-1/2 | 8-7/8 | 2 | 2 | 5/8 | 5525 | 5100 | 4165 | 3570 | | |
| 6 x 4 | KCB64 | CB64 | 7 | 7 | 5-1/2 | 3-1/2 | 8-7/8 | 3 | 2 | 5/8 | 6700 | 6465 | 5280 | 4525 | | |
| 6 x 6 | KCB66 | CB66 | 7 | 7 | 5-1/2 | 5-1/2 | 8-7/8 | 3 | 2 | 5/8 | 6700 | 6465 | 5280 | 4525 | | |
| 6 x 8 | KCB68 | CB68 | 7 | 7 | 5-1/2 | 7-1/2 | 8-7/8 | 3 | 2 | 5/8 | 6700 | 6465 | 5280 | 4525 | | |
| 6 x 10 | KCB610 | CB610 | 7 | 7 | 5-1/2 | 9-1/2 | 8-7/8 | 3 | 2 | 5/8 | 6700 | 6465 | 5280 | 4525 | | |
| 7 x 3-1/2 | KCB74 | CB7-1/8-4 | 3 | 7 | 7-1/8 | 3-1/2 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | -- |
| 7 x 5-1/2 | KCB76 | CB7-1/8-6 | 3 | 7 | 7-1/8 | 5-1/2 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| 7 x 7 | KCB77 | CB7-1/8-7 | 3 | 7 | 7-1/8 | 7-1/8 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| 8 x 6 | KCB86 | CB86 | 3 | 7 | 7-1/2 | 5-1/2 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| 8 x 8 | KCB88 | CB88 | 3 | 7 | 7-1/2 | 7-1/2 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| 10 x 10 | KCB1010 | CB1010 | 3 | 7 | 9-1/2 | 9-1/2 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| 10 x 12 | KCB1012 | CB1012 | 3 | 7 | 9-1/2 | 11-1/2 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| 12 x 12 | KCB1212 | CB1212 | 3 | 7 | 11-1/2 | 11-1/2 | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| **Glulam Sizes** | | | | | | | | | | | | | | | | |
| 5-1/8 glulam | KCB5 | CB5-4.5, CB5-6 | 3 | 7 | 5-1/4 | specify | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |
| 6-3/4 glulam | KCB7 | CB7-6, CB7-7.5, CB7-9, CB7-10.5 | 3 | 7 | 6-7/8 | specify | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | -- |
| 8-3/4 glulam | KCB9 | CB9-6, CB9-7.5, CB9-9, CB9-10.5 | 3 | 7 | 8-7/8 | specify | 9-3/4 | 3 | 2 | 3/4 | 6700 | 6465 | 5280 | 4525 | | |

1) Uplift Loads have been increased 60% for wind and seismic loads, no further increase shall be permitted.
2) All bolts shall meet or exceed the specifications of ASTM A 307.
3) Concrete compressive strength shall be 2,500 psi or greater at 28 days.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# KCBQ Column Bases

High capacity column base fastens to column with MiTek's WS structural wood screws.

**Materials:** 10 gauge
**Finish:** G90 galvanizing
**Options:** KCBQ models available in rough/full sizes
See chart for Corrosion Finish Options
**Codes:** IRC R407.3, IBC 2304.10.7

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS2 structural wood screws, 1/4" dia. x 2" long, are supplied with KCBQ Column Bases.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These bases are not designed to resist overturning (moment) loads.**
• Maintain 3" minimum edge distance between post and edge of concrete.
• Embed column base with bottom of base plate flush to concrete.



**Typical KCBQ66 installation**



**KCBQ66**

Caps & Bases

| Column Size | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[2] | | DF/SP Allowable Loads (Lbs.)[3] | | | | Corrosion Finish | Code Ref. |
| | | | | | | | | | | Uncracked Concrete | | Cracked Concrete | | | |
| | | | | | | | | | | Uplift 160%[1] | | Uplift 160%[1] | | | |
| | | | | W1 | W2[4] | H | L | Qty | Type | ASCE Seismic Design A & B | ASCE Seismic Design C-F | ASCE Seismic Design A & B | ASCE Seismic Design C-F | | |
| 4 x 4 | KCBQ44 | -- | 10 | 3-9/16 | 3-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | -- |
| 4 x 6 | KCBQ46 | -- | 10 | 3-9/16 | 5-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 4 x 8 | KCBQ48 | -- | 10 | 3-9/16 | 7-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 6 x 4 | KCBQ64 | -- | 10 | 5-1/2 | 3-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 6 x 6 | KCBQ66 | -- | 10 | 5-1/2 | 5-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 6 x 8 | KCBQ68 | -- | 10 | 5-1/2 | 7-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 7-1/8 x 3-1/2 | KCBQ71-4 | -- | 10 | 7-1/8 | 3-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 7-1/8 x 5-1/2 | KCBQ71-6 | -- | 10 | 7-1/8 | 5-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 7-1/8 x 7-1/8 | KCBQ71-7 | -- | 10 | 7-1/8 | 7-1/8 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 8 x 6 | KCBQ86 | -- | 10 | 7-1/2 | 5-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 8 x 8 | KCBQ88 | -- | 10 | 7-1/2 | 7-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 10 x 10 | KCBQ1010 | -- | 10 | 9-1/2 | 9-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 10 x 12 | KCBQ1012 | -- | 10 | 9-1/2 | 11-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 12 x 12 | KCBQ1212 | -- | 10 | 11-1/2 | 11-1/2 | 8-3/4 | 2-1/4 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| **Glulam Sizes** | | | | | | | | | | | | | | | |
| 5-1/8 glulam | KCBQ5 | -- | 10 | 5-1/4 | Specify | 8-3/4 | 2 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | -- |
| 6-3/4 glulam | KCBQ7 | -- | 10 | 6-7/8 | Specify | 8-3/4 | 2 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |
| 8-3/4 glulam | KCBQ9 | -- | 10 | 8-7/8 | Specify | 8-3/4 | 2 | 14 | WS2 | 6870 | 6530 | 5330 | 4570 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS2 structural wood screws are 1/4" dia. x 2" long and are included with KCBQ Column Bases.
3) Concrete compressive strength shall be 2,500 psi or greater at 28 days.
4) "Specify" denotes the required width that must be specified at the time of ordering.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**CBE** Column Bases

Caps & Bases

12 gauge base for carports, patios, or other residential framing.

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA
  IRC R407.3, IBC 2304.10.7

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These bases are not designed to resist overturning (moment) loads.**
• Embed column base with bottom of base plate flush to concrete.



**Typical CBE installation**



**CBE**

| Column Size | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[2,6] | | Download 100% | DF/SP Allowable Loads (Lbs.)[3,4] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Uncracked Concrete | | Cracked Concrete | | |
| | | | | | | | | | | | | Uplift 160%[1] | | Uplift 160%[1] | | |
| | | | | W1 | W2 | H | L | Embedment[5] | Qty | Type | | ASCE Seismic Design A & B | ASCE Seismic Design C-F | ASCE Seismic Design A & B | ASCE Seismic Design C-F | |
| 4 x 4 | CBE44 | -- | 12 | 3-9/16 | 3-1/2 | 7-1/2 | 2 | 6-1/2 | 12 | 16d | 16835 | 2975 | 2975 | 2975 | 2770 | IBC, FL, LA |
| | | | | | | | | | 2 | 1/2 | | 4090 | 3605 | 3160 | | |
| 4 x 6 | CBE46 | -- | 12 | 3-9/16 | 5-1/2 | 7-1/2 | 2 | 6-1/2 | 12 | 16d | 26450 | 2975 | 2975 | 2975 | 2770 | |
| | | | | | | | | | 2 | 1/2 | | 4090 | 3605 | 3160 | | |
| 6 x 6 | CBE66 | -- | 12 | 5-1/2 | 5-1/2 | 7-1/2 | 2 | 5-1/2 | 12 | 16d | 30250 | 2975 | 2975 | 2975 | 2770 | |
| | | | | | | | | | 2 | 1/2 | | 4090 | 3605 | 3160 | | |

1) Uplift Loads have been increased 60% for wind and seismic loads, no further increase shall be permitted.
2) All bolts shall meet or exceed the specifications of ASTM A 307.
3) Concrete compressive strength shall be 2,500 psi or greater at 28 days.
4) Allowable loads are based on the use of either nails or bolts; nail and bolt values cannot be combined.
5) CBE column base shall be embedded into concrete up to this depth.
6) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# CBSQ Column Bases

These column bases install using MiTek's WS2-EXT structural wood screws, reducing installation time and cost. Designed for high uplift in high wind or seismic applications. Includes a stand-off plate to protect the wood from ground contact moisture as required by building code.

**Materials:** See chart
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IRC R317.1.4, IBC 2304.12.2.2, IRC R407.3, IBC 2304.10.7

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS2-EXT structural wood screws, 1/4" dia. x 2" long, are supplied with CBSQ Bases.
• Maintain 3" minimum edge distance between post and edge of concrete.
• Embed the column base until the concrete surface meets the bottom edge of the stand-off plate.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These bases are not designed to resist overturning (moment) loads.**



**Typical CBSQ44-TZ installation**



**CBSQ46-TZ**

| Column Size | MiTek Stock No. | Ref. No. | Steel Gauge | | Dimensions (in) | | | | Fastener Schedule[2] | DF/SP Allowable Loads (Lbs.)[3] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Strap | Base | W1 | W2 | L | Embed[4] | Qty | Wood Screws | Uncracked Concrete | | Cracked Concrete | | | |
| | | | | | | | | | | | Download 100% | Uplift 160%[1] | Download 100% | Uplift 160%[1] | | |
| **ASCE Seismic Design A & B** | | | | | | | | | | | | | | | | |
| 4 x 4 | CBSQ44-TZ | CBSQ44-SDS2 | 10 | 16 | 3-9/16 | 3-1/2 | 2-1/4 | 7-3/16 | 14 | WS2-EXT | 11950 | 5955 | 11950 | 4165 | | |
| 4 x 6 | CBSQ46-TZ | CBSQ46-SDS2 | 10 | 12 | 3-9/16 | 5-7/16 | 2-1/4 | 7-3/16 | 14 | WS2-EXT | 11955 | 5955 | 11955 | 4165 | | -- |
| 6 x 6 | CBSQ66-TZ | CBSQ66-SDS2 | 10 | 12 | 5-1/2 | 5-7/16 | 2-1/4 | 7-3/16 | 14 | WS2-EXT | 11955 | 6870 | 11955 | 5280 | | |
| **ASCE Seismic Design C-F** | | | | | | | | | | | | | | | | |
| 4 x 4 | CBSQ44-TZ | CBSQ44-SDS2 | 10 | 16 | 3-9/16 | 3-1/2 | 2-1/4 | 7-3/16 | 14 | WS2-EXT | 11950 | 5100 | 11950 | 3570 | | |
| 4 x 6 | CBSQ46-TZ | CBSQ46-SDS2 | 10 | 12 | 3-9/16 | 5-7/16 | 2-1/4 | 7-3/16 | 14 | WS2-EXT | 11950 | 5100 | 11955 | 3570 | | -- |
| 6 x 6 | CBSQ66-TZ | CBSQ66-SDS2 | 10 | 12 | 5-1/2 | 5-7/16 | 3 | 7-3/16 | 14 | WS2-EXT | 11955 | 6465 | 11955 | 4525 | | |

1) Uplift loads have been increased 60% for wind and seismic loads, no further increase shall be permitted.
2) MiTek's WS2-EXT structural wood screws are 1/4" dia. x 2" long and are included with CBSQ Column Bases.
3) Concrete compressive strength shall be 2,500 psi or greater at 28 days.
4) The CBSQ shall be embedded into concrete up to specified depth. The minimum side cover is 3".

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**D** Post Anchors

Secures nominal sized posts to wood surfaces for light-duty applications.

**Materials:** 18 gauge
**Finish:** G90 galvanizing; D44-TZ & D46R-TZ - G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These anchors are not designed to resist overturning (moment) loads.**
• While D series post anchors offer lateral and uplift resistance, they are not recommended as a primary means of anchorage for posts in railings.



**Typical D installation**



**D**

Caps & Bases

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | S-P-F Allowable Loads (Lbs.)[1] | | | Corrosion Finish | Code Ref. |
|  |  |  |  | W | H | L | Post | | Beam | | Uplift 160% | F1 160% | F2 160% | Uplift 160% | F1 160% | F2 160% |  |  |
|  |  |  |  |  |  |  | Qty | Type | Qty | Type |  |  |  |  |  |  |  |  |
| 4 x 4 | D44-TZ | BC40, BC40Z | 18 | 3-9/16 | 2-1/2 | 3-3/8 | 8 | 16d HDG | 4 | 16d HDG | 700 | 885 | 885 | 565 | 760 | 760 |  | IBC, FL, LA |
| 4 x 4 Rough | D44R | BC40R | 18 | 4 | 3 | 3-3/4 | 8 | 16d | 4 | 16d | 700 | 885 | 885 | 565 | 760 | 760 |  |  |
| 4 x 6 | D46 | BC460 | 18 | 3-9/16 | 3 | 5-3/8 | 10 | 16d | 5 | 16d | 700 | 995 | 1095 | 585 | 840 | 920 |  |  |
| 4 x 6 Rough | D46R-TZ | -- | 18 | 4 | 3 | 5-3/8 | 10 | 16d HDG | 5 | 16d HDG | 700 | 995 | 1095 | 585 | 840 | 920 |  |  |
| 6 x 6 | D66 | BC60 | 18 | 5-1/2 | 3 | 5-3/8 | 10 | 16d | 5 | 16d | 700 | 995 | 1095 | 585 | 840 | 920 |  |  |
| 6 x 6 Rough | D66R | BC60R | 18 | 6 | 3 | 5-3/8 | 10 | 16d | 5 | 16d | 700 | 995 | 1095 | 585 | 840 | 920 |  |  |
| 8 x 8 | D88 | BC80 | 18 | 7-1/2 | 3 | 7-3/8 | 12 | 16d | 5 | 16d | 700 | 995 | 1095 | 585 | 840 | 920 |  |  |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# BC / BCS / C Post Caps

<span style="color:#8B4343">Caps & Bases</span>

**BC** – One-piece design for double 2x's to a 4x post

**BCS** – One-piece design connects 2-ply or 3-ply beams to the tops of 4x4 or 6x6 post. Slant nailing reduces the amount of nails required

**C** – One-piece design

**Materials:** 18 gauge
**Finish:** G90 galvanizing;
  BC400-TZ – G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references

**Installation:**
• Place post cap on top of post and fasten cap to post using specified nails.
• Place beam between top flanges of the cap and install all specified nails into beam.
• **BCS** – Slant nails must be installed through dimple holes at a 30° to 45° angle through the beam into the post to achieve listed loads. **Slant/double shear nails must be used to achieve listed load values.**




**Typical BC400-TZ installation**



**Typical BCS23-6 installation**



**Typical C44 installation**




**BC400-TZ**



Raised dimple allows 30° to 45° nailing

**BCS23-6**



**C44**

<span style="color:#8B4343">Caps & Bases</span>

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Post | | Beam | | | | | | |
| | | | | W1 | W2 | H1 | H2 | L1 | L2 | Qty | Type | Qty | Type | Uplift 160% | F1 160% | F2 160% | | |
| 4 x 4 | BCS22-4 | BCS2-2/4 | 18 | 3-1/8 | 3-9/16 | 2-15/16 | 2-15/16 | 2-7/8 | 2-7/8 | 6 | 10d | 8 | 10d | 865 | 1065 | -- | | -- |
| 4 x 4 | BC400-TZ | -- | 18 | 3-1/8 | 3-9/16 | 2-3/8 | 3 | 3-1/2 | 3-5/16 | 10 | 10d x 1-1/2 HDG | 8 | 10d x 1-1/2 HDG | 615 | 780 | 580 | | |
| | C44 | BC4 | 18 | 3-9/16 | 3-9/16 | 2-7/8 | 2-7/8 | 3-1/4 | 3-1/4 | 6 | 16d | 6 | 16d | 925 | 1105 | 1105 | | IBC, FL, LA |
| 4 x 4 Rough | C44R | BC4R | 18 | 4 | 4 | 2-5/8 | 2-5/8 | 3-1/4 | 3-1/4 | 8 | 16d | 8 | 16d | 925 | 1105 | 1105 | | |
| 4 x 6 | C46 | BC46 | 18 | 3-9/16 | 5-1/2 | 2-9/16 | 2-5/8 | 3-3/8 | 5-1/4 | 6 | 16d | 10 | 16d | 925 | 1105 | 1105 | | |
| 4 x 6 Rough | C46R | -- | 18 | 4 | 6 | 2-3/4 | 2-3/4 | 3-1/4 | 5-1/4 | 8 | 16d | 10 | 16d | 925 | 1105 | 1105 | | |
| 6 x 6 | BCS23-6 | BCS2-3/6 | 18 | 4-5/8 | 5-5/8 | 3 | 3-3/8 | 3-1/2 | 4-3/8 | 6 | 16d | 12 | 16d | 1120 | 1625 | -- | | -- |
| | C66 | BC6 | 18 | 5-1/2 | 5-1/2 | 2-7/8 | 2-7/8 | 5-1/4 | 5-1/4 | 12 | 16d | 12 | 16d | 1195 | 2100 | 2100 | | IBC, FL, LA |
| 6 x 6 Rough | C66R | BC6R | 18 | 6 | 6 | 2-13/16 | 2-13/16 | 5-1/4 | 5-1/4 | 12 | 16d | 12 | 16d | 955 | 2210 | 2210 | | |
| 8 x 8 | C88 | BC8 | 18 | 7-1/2 | 7-1/2 | 5 | 5 | 7-3/8 | 7-3/8 | 16 | 16d | 16 | 16d | 1195 | 2260 | 2260 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) BCS23-6: Substituting 16d x 2-1/2" nails for 16d common nails is not permitted for slant nailing.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**
■ Stainless Steel    ■ Gold Coat
■ HDG    ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# EPCM / PCM Post Caps

**PCM** – Provides a positive connection for medium-duty, post-to-beam applications

**EPCM** – End column caps

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- PCM 16 gauge post caps should not be substituted for PCM 12 gauge post caps unless approved by the Engineer of Record.



**Typical PCM46 center cap installation**



**PCM**



**Typical EPCM end cap installation**

**EPCM**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Beam | Post | Dimensions (in) | | | | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.) | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Post | | Beam | | Uplift[1] | F1 | F2 | | |
| | | | | | W1 | W2 | H1 | L1 | L2 | Qty | Type | Qty | Type | 160% | 160% | 160% | | |
| Center Column Caps | | | | | | | | | | | | | | | | | | |
| PCM4416 | PC44-16 | 16 | 4x | 4x | 3-9/16 | 3-9/16 | 3-9/16 | 2-7/16 | 11 | 8 | 16d | 12 | 16d | 970 | 1115 | 1335 | | |
| PCM44 | PC44 | 12 | 4x | 4x | 3-9/16 | 3-9/16 | 3-9/16 | 2-7/16 | 11 | 8 | 16d | 12 | 16d | 1665 | 1350 | 1890 | | |
| PCM46 | PC46 | 12 | 4x | 6x | 3-9/16 | 5-9/16 | 3-9/16 | 2-7/16 | 13 | 8 | 16d | 12 | 16d | 1665 | 1350 | 1890 | | |
| PCM4616 | PC46-16 | 16 | 4x | 6x | 3-9/16 | 5-9/16 | 3-9/16 | 2-7/16 | 13 | 8 | 16d | 12 | 16d | 970 | 1115 | 1335 | | |
| PCM4816 | PC48-16 | 16 | 4x | 8x | 3-9/16 | 7-9/16 | 3-9/16 | 2-7/16 | 15 | 8 | 16d | 12 | 16d | 970 | 1115 | 1335 | | |
| PCM48 | PC48 | 12 | 4x | 8x | 3-9/16 | 7-9/16 | 3-9/16 | 2-7/16 | 15 | 8 | 16d | 12 | 16d | 1665 | 1350 | 1890 | | IBC, FL, LA |
| PCM6416 | PC64-16 | 16 | 6x | 4x | 5-1/2 | 3-9/16 | 3-1/2 | 3-13/16 | 11 | 8 | 16d | 12 | 16d | 950 | 1545 | 1675 | | |
| PCM64 | PC64 | 12 | 6x | 4x | 5-1/2 | 3-9/16 | 3-1/2 | 3-13/16 | 11 | 8 | 16d | 12 | 16d | 1500 | 1875 | 1915 | | |
| PCM6616 | PC66-16 | 16 | 6x | 6x | 5-1/2 | 5-9/16 | 3-1/2 | 3-13/16 | 13 | 8 | 16d | 12 | 16d | 950 | 1545 | 1675 | | |
| PCM66 | PC66 | 12 | 6x | 6x | 5-1/2 | 5-9/16 | 3-1/2 | 3-13/16 | 13 | 8 | 16d | 12 | 16d | 1500 | 1875 | 1915 | | |
| PCM6816 | -- -- | 16 | 6x | 8x | 5-1/2 | 7-9/16 | 3-1/2 | 3-13/16 | 15 | 8 | 16d | 12 | 16d | 950 | 1545 | 1675 | | |
| PCM68 | PC68 | 12 | 6x | 8x | 5-1/2 | 7-9/16 | 3-1/2 | 3-13/16 | 15 | 8 | 16d | 12 | 16d | 1500 | 1875 | 1915 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.
**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

**MiTek®** Product Catalog

**EPCM / PCM** Post Caps

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Beam | Post | Dimensions (in) | | | | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.) | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W1 | W2 | H1 | L1 | L2 | Post | | Beam | | Uplift[1] | F1 | F2 | | |
| | | | | | | | | | | Qty | Type | Qty | Type | 160% | 160% | 160% | | |
| **Center Column Caps** | | | | | | | | | | | | | | | | | | |
| PCM77 | -- | 12 | 7-1/8 | 7-1/8 | 7-1/8 | 7-1/8 | 3-11/16 | 5-5/8 | 14-9/16 | 8 | 16d | 12 | 16d | 1500 | 1875 | 1915 | | IBC, FL, LA |
| PCM8416 | -- | 16 | 8x | 4x | 7-1/2 | 3-9/16 | 3-1/2 | 5-5/8 | 11 | 8 | 16d | 12 | 16d | 950 | 1545 | 1675 | | |
| PCM84 | PC84 | 12 | 8x | 4x | 7-1/2 | 3-9/16 | 3-1/2 | 5-5/8 | 11 | 8 | 16d | 12 | 16d | 1500 | 1875 | 1915 | | |
| PCM8616 | -- | 16 | 8x | 6x | 7-1/2 | 5-9/16 | 3-3/8 | 5-5/8 | 13 | 8 | 16d | 12 | 16d | 950 | 1545 | 1675 | | |
| PCM86 | PC86 | 12 | 8x | 6x | 7-1/2 | 5-9/16 | 3-1/2 | 5-5/8 | 13 | 8 | 16d | 12 | 16d | 1500 | 1875 | 1915 | | |
| PCM8816 | -- | 16 | 8x | 8x | 7-1/2 | 7-9/16 | 3-1/2 | 5-5/8 | 15 | 8 | 16d | 12 | 16d | 950 | 1545 | 1675 | | |
| PCM88 | PC88 | 12 | 8x | 8x | 7-1/2 | 7-9/16 | 3-1/2 | 5-5/8 | 15 | 8 | 16d | 12 | 16d | 1500 | 1875 | 1915 | | |
| **End Column Caps** | | | | | | | | | | | | | | | | | | |
| EPCM4416 | EPC44-16 | 16 | 4x | 4x | 3-9/16 | 3-9/16 | 3-9/16 | 2-7/16 | 7-1/4 | 8 | 16d | 8 | 16d | 970 | 1115 | 1335 | | IBC, FL, LA |
| EPCM44 | EPC44 | 12 | 4x | 4x | 3-9/16 | 3-9/16 | 3-9/16 | 2-7/16 | 7-1/4 | 8 | 16d | 8 | 16d | 1665 | 1350 | 1890 | | |
| EPCM46 | EPC46 | 12 | 4x | 6x | 3-9/16 | 5-9/16 | 3-9/16 | 2-7/16 | 9-1/4 | 8 | 16d | 8 | 16d | 1665 | 1350 | 1890 | | |
| EPCM4616 | EPC46-16 | 16 | 4x | 6x | 3-9/16 | 5-9/16 | 3-9/16 | 2-7/16 | 9-1/4 | 8 | 16d | 8 | 16d | 970 | 1115 | 1335 | | |
| EPCM4816 | EPC48-16 | 16 | 4x | 8x | 3-9/16 | 7-9/16 | 3-9/16 | 2-7/16 | 11-1/4 | 8 | 16d | 8 | 16d | 970 | 1115 | 1335 | | |
| EPCM48 | EPC48 | 12 | 4x | 8x | 3-9/16 | 7-9/16 | 3-9/16 | 2-7/16 | 11-1/4 | 8 | 16d | 8 | 16d | 1665 | 1350 | 1890 | | |
| EPCM6416 | EPC64-16 | 16 | 6x | 4x | 5-1/2 | 3-9/16 | 3-1/2 | 3-13/16 | 7-1/4 | 8 | 16d | 8 | 16d | 950 | 1545 | 1675 | | |
| EPCM64 | EPC64 | 12 | 6x | 4x | 5-1/2 | 3-9/16 | 3-1/2 | 3-13/16 | 7-1/4 | 8 | 16d | 8 | 16d | 1500 | 1875 | 1915 | | |
| EPCM6616 | EPC66-16 | 16 | 6x | 6x | 5-1/2 | 5-9/16 | 3-1/2 | 3-13/16 | 9-1/4 | 8 | 16d | 8 | 16d | 950 | 1545 | 1675 | | IBC, FL, LA |
| EPCM66 | EPC66 | 12 | 6x | 6x | 5-1/2 | 5-9/16 | 3-1/2 | 3-13/16 | 9-1/4 | 8 | 16d | 8 | 16d | 1500 | 1875 | 1915 | | |
| EPCM6816 | -- | 16 | 6x | 8x | 5-1/2 | 7-9/16 | 3-1/2 | 3-13/16 | 11-1/4 | 8 | 16d | 8 | 16d | 950 | 1545 | 1675 | | |
| EPCM68 | EPC68 | 12 | 6x | 8x | 5-1/2 | 7-9/16 | 3-1/2 | 3-13/16 | 11-1/4 | 8 | 16d | 8 | 16d | 1500 | 1875 | 1915 | | |
| EPCM77 | -- | 12 | 7-1/8 | 7-1/8 | 7-1/8 | 7-1/8 | 3-11/16 | 5-5/8 | 10-13/16 | 8 | 16d | 8 | 16d | 1500 | 1875 | 1915 | | |
| EPCM8416 | -- | 16 | 8x | 4x | 7-1/2 | 3-9/16 | 3-1/2 | 5-5/8 | 7-1/4 | 8 | 16d | 8 | 16d | 950 | 1545 | 1675 | | |
| EPCM84 | EPC84 | 12 | 8x | 4x | 7-1/2 | 3-9/16 | 3-1/2 | 5-5/8 | 7-1/4 | 8 | 16d | 8 | 16d | 1500 | 1875 | 1915 | | |
| EPCM8616 | -- | 16 | 8x | 6x | 7-1/2 | 5-9/16 | 3-3/8 | 5-5/8 | 9-1/4 | 8 | 16d | 8 | 16d | 950 | 1545 | 1675 | | |
| EPCM86 | EPC86 | 12 | 8x | 6x | 7-1/2 | 5-9/16 | 3-1/2 | 5-5/8 | 9-1/4 | 8 | 16d | 8 | 16d | 1500 | 1875 | 1915 | | |
| EPCM8816 | -- | 16 | 8x | 8x | 7-1/2 | 7-9/16 | 3-1/2 | 5-5/8 | 11-1/4 | 8 | 16d | 8 | 16d | 950 | 1545 | 1675 | | |
| EPCM88 | EPC88 | 12 | 8x | 8x | 7-1/2 | 7-9/16 | 3-1/2 | 5-5/8 | 11-1/4 | 8 | 16d | 8 | 16d | 1500 | 1875 | 1915 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Caps & Bases**

# PB / PBES / PBS Post Caps

**PB** – Two-piece design

**PBES / PBS** – Two-piece design with extended side plates and wrap around post design. Easy retrofit installations

**Materials:** 18 gauge
**Finish:** G90 galvanizing; PB44-6TZ & PB66-6TZ – G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• These products are designed for single, solid-sawn beams with matching post width. Multi-ply beams must have same width as post. Use shims as required.
• PB, PBES, PBS post caps are sold per piece and must be installed in pairs to achieve allowable loads.



AVAILABLE IN
**GOLD COAT**



**Typical PBS installation**

**Typical PBES installation**

**Typical PB-TZ installation**

**PBS**

**PBES**

**PB44-6TZ**

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.)[1,2] | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Post | | Beam | | | | | | |
| | | | | W | H1 | H2 | L1 | L2 | Qty | Type | Qty | Type | Uplift 160% | F1 160% | F2 160% | | |
| 4 x 4 | PB44-6TZ | LPC4Z | 18 | 1-1/2 | 2-1/8 | 1-1/2 | -- | 3-5/8 | 8 | 16d HDG | 8 | 16d HDG | 585 | 1760 | 1015 | | |
| | PBES44 | LCE4 | 18 | 1-1/2 | 2-3/8 | 2-3/4 | 3-1/4 | 4-3/4 | 8 | 16d | 8 | 16d | 1765 | 920 | 810 | | |
| | PBS44 | AC4 | 18 | 1-7/16 | 2-5/16 | 2-13/16 | 3-9/16 | 6-1/2 | 12 | 16d | 12 | 16d | 2650 | 1860 | 1110 | | |
| 4 x 4 Rough | PBS44R | AC4R | 18 | 1-1/2 | 2-5/16 | 2-3/16 | 4 | 7 | 8 | 16d | 8 | 16d | 1765 | 920 | 810 | | IBC, FL, LA |
| 6 x 6 | PB66-6TZ | LPC6Z | 18 | 1-1/2 | 2-1/2 | 3 | -- | 5-9/16 | 8 | 16d HDG | 8 | 16d HDG | 585 | 1760 | 1015 | | |
| | PBES66 | -- | 18 | 1-1/2 | 2-3/8 | 2-1/8 | 5-1/2 | 7 | 8 | 16d | 8 | 16d | 1670 | 1190 | 1235 | | |
| | PBS66 | AC6 | 18 | 1-1/4 | 2-5/16 | 2-7/8 | 5-1/2 | 8 | 14 | 16d | 12 | 16d | 2015 | 1865 | 1300 | | |
| 6 x 6 Rough | PBS66R | AC6R | 18 | 1-1/4 | 2-5/16 | 2-3/16 | 6 | 8-1/2 | 10 | 16d | 10 | 16d | 1670 | 1190 | 1235 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **Allowable Loads and Fastener Schedules for a pair of post caps.**
3) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel  ■ Gold Coat  ■ HDG  ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**PBC** Post Beam Corner Connectors

<span style="color:maroon">**Caps & Bases**</span>

The PBC series is a one-piece connector designed to secure two mitered beams on a corner post while providing uplift capacity.

**Materials:** 18 gauge
**Finish:** G-185 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install PBC on outside corner of post forming tabs to inner side of post.
• Assumes beam members are bevel cut at corner.



**Typical PBC installation**



**PBC**

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | S-P-F Allowable Loads (Lbs.)[1] | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Post | | Beam | | Uplift | F1 | F2 | Uplift | F1 | F2 | | |
| | | | | W | L | Qty | Type | Qty | Type | 160% | 160% | 160% | 160% | 160% | 160% | | |
| 4 x 4 | PBC44-TZ | -- | 18 | 4-15/16 | 6-1/2 | 8 | 16d HDG | 8 | 16d HDG | 1765 | 1520 | 1520 | 1525 | 1275 | 1275 | | IBC, FL, LA |
| 6 x 6 | PBC66-TZ | -- | 18 | 6-15/16 | 6-1/2 | 8 | 16d HDG | 8 | 16d HDG | 1765 | 1520 | 1520 | 1525 | 1275 | 1275 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in <span style="color:blue">blue font</span>.

**Corrosion Finish** ▪ Stainless Steel ▪ Gold Coat ▪ HDG ▪ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:maroon">**Caps & Bases**</span>

# CPB Composite Post Bases

The CPB is made of corrosion resistant composite material compatible with preservative treated lumber. Provides code required 1" stand-off and can be used with rough lumber sizes.

**Materials:** High Strength composite
**Codes:** IRC R317.1.4, IBC 2304.12.2.2, IRC R407.3, IBC 2304.10.7

**Installation:**
• Attach base to post with (4) 10d HDG nails.
• Attach post to concrete using 1/2" diameter rod into concrete and extend into wood member.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These anchors are not designed to resist overturning (moment) loads.**



**Typical CPB installation**



**CPB**

| Post Size | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | Bottom Surface Bearing Area | Fastener Schedule[5] | | Post Base Allowable Capacity[1,2] | Concrete Design Bearing Strength[3,4] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **W1** | **W2** | | **Qty** | **Type** | | | |
| 4 x 4 | CPB44 | CPS4 | 3-1/4 | 3-1/4 | 2.2 | 4 | 10d HDG | 5235 | 6545 | |
| 4 x 6 | CPB46 | CPS46 | 3-5/16 | 5-5/16 | 3.3 | 4 | 10d HDG | 6810 | 9820 | |
| 5 x 5 | CPB55 | CPS5 | 4-1/8 | 4-1/8 | 3.0 | 4 | 10d HDG | 6295 | 8925 | PC |
| 6 x 6 | CPB66 | CPS6 | 5-5/16 | 5-5/16 | 3.9 | 4 | 10d HDG | 8570 | 11600 | |
| 8 x 8 | CPB88 | CPS7 | 7-1/4 | 7-1/4 | 6.4 | 4 | 10d HDG | 12490 | 19040 | |

1) Loads shall not be increased for short-term loading.
2) Loads require a minimum 650 psi wood compressive strength.
3) Concrete Design Bearing Strength = Ø (0.85 f'$_c$ A$_1$) with f'$_c$ = 2,500 psi. ACI 318-14, Section 22.8.3.
4) Design Bearing Strength has been increased assuming (A$_2$ / A$_1$)$^{0.5}$ per ACI 318-14, Section 22.8.3.
5) **NAILS:** 10d nails are 0.148" dia. x 3" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**KLCC** Lally Column Caps

Lally Column Caps connect lally columns to wood beams. Fits 3-1/2" and 4" diameter lally columns.

**Materials:** 12 gauge
**Finish:** Primer

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Fit KLCC onto lally column. Position wood beam in KLCC saddle and fasten.



**Typical KLCC installation**



**KLCC**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule | | | Column Outside Dia. (in) | DF/SP Allowable Loads (Lbs.)[1,2,3,4] | S-P-F Allowable Loads (Lbs.)[1,2,3,4] | LVL / PSL Allowable Loads (Lbs.)[1,2,3,4] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | L | Girder | Nails[5] Qty | Type | | | | | |
| KLCC45-35 | LCC4.5-3.5 | 12 | 4-5/8 | 4 | 11-1/2 | Triple 2x10/12 | 8 | 16d | 3-1/2 | 16000 | 16000 | -- | |
| KLCC45-4 | LCC4.5-4 | 12 | 4-5/8 | 4 | 11-1/2 | Triple 2x10/12 | 8 | 16d | 4 | 21000 | 21000 | -- | |
| KLCC6-35 | LCC6-3.5 | 12 | 6-1/8 | 4 | 11-1/2 | Quad 2x10/12 | 8 | 16d | 3-1/2 | 16000 | 16000 | -- | |
| KLCC6-4 | LCC6-4 | 12 | 6-1/8 | 4 | 11-1/2 | Quad 2x10/12 | 8 | 16d | 4 | 21000 | 21000 | -- | |
| KLCC35-35 | LCC3.5-3.5 | 12 | 3-5/8 | 4 | 11-1/2 | 3.5 LVL / PSL | 8 | 16d | 3-1/2 | -- | -- | 16000 | -- |
| KLCC35-4 | LCC3.5-4 | 12 | 3-5/8 | 4 | 11-1/2 | 3.5 LVL / PSL | 8 | 16d | 4 | -- | -- | 21000 | |
| KLCC525-35 | LCC5.25-3.5 | 12 | 5-3/8 | 4 | 11-1/2 | 5.25 LVL / PSL | 8 | 16d | 3-1/2 | -- | -- | 16000 | |
| KLCC525-4 | LCC5.25-4 | 12 | 5-3/8 | 4 | 11-1/2 | 5.25 LVL / PSL | 8 | 16d | 4 | -- | -- | 21000 | |
| KLCC7-35 | LCC7-3.5 | 12 | 7-1/8 | 4 | 11-1/2 | 7 LVL / PSL | 8 | 16d | 3-1/2 | -- | -- | 16000 | |
| KLCC7-4 | LCC7-4 | 12 | 7-1/8 | 4 | 11-1/2 | 7 LVL / PSL | 8 | 16d | 4 | -- | -- | 21000 | |

1) Loads may not be increased for short-term loading.
2) Loads are for a continuous beam.
3) Allowable loads are determined using the lowest of the bearing loads. Use Fc-perp equal to 425 psi for SPF, 625 psi for DF and 700 psi for LVL/PSL, or the lally column capacity.
4) Spliced conditions must be detailed by the designer to transfer tension loads between spliced members by means other than the lally column. The splice condition load is 6750 lbs. per beam side and the lally cap must be evenly loaded.
5) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# KCCQ / KECCQ Column Caps

**Caps & Bases**

Caps & Bases

Designed to be installed without the need to drill bolt holes, simplifying installation and maintaining the wood cross section. Installs with MiTek's WS structural wood screws offering high uplift capacity.

**KCCQ** – Standard column cap

**KECCQ** – End column version

**Materials:** See chart
**Finish:** Primer
**Options:** See chart for Corrosion Finish Options and Specialty Options on page 102.
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS3 structural wood screws, 1/4" dia. x 3" long, are supplied with Column Caps.
• Beams shall be designed to support the required loads. Beam shear may limit loads to less than listed loads for device. A design professional shall determine the adequacy of the post to resist published loads.



**Typical KECCQ44 end cap installation**



**Typical KCCQ44 center cap installation**



**KECCQ44**



**KCCQ44**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[4] | | | | DF/SP Allowable Loads (Lbs.)[3] | | Corrosion Finish | Code Ref. |
| | | | W1 | W2 | H | L | Beam | | Column or Post | | Bearing[1] 100% | Uplift[2,8] 160% | | |
| | | | | | | | Qty | Type | Qty | Type | | | | |
| **Center Column Caps** | | | | | | | | | | | | | | |
| KCCQ325-4 | CCQ3-4SDS2.5 | 7 | 3-1/4 | 3-5/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 21485 | 7065 | | |
| KCCQ325-6 | CCQ3-6SDS2.5 | 7 | 3-1/4 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 21485 | 7065 | | |
| KCCQ44 | CCQ44SDS2.5 | 7 | 3-5/8 | 3-5/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 24065 | 7065 | | |
| KCCQ45 | -- | 7 | 3-5/8 | 5-3/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 24065 | 7065 | | |
| KCCQ46 | CCQ46SDS2.5 | 7 | 3-5/8 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 24065 | 7065 | | |
| KCCQ47 | -- | 7 | 3-5/8 | 7-1/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 24065 | 7065 | | |
| KCCQ47X | -- | 7 | 3-5/8 | 7-1/8 | 6-1/2 | 13 | 16 | WS3 | 14 | WS3 | 28440 | 7065 | | |
| KCCQ48 | CCQ48SDS2.5 | 7 | 3-5/8 | 7-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 24065 | 7065 | | |
| KCCQ525-4 | CCQ5-4SDS2.5 | 3 | 5-1/4 | 3-5/8 | 8 | 13 | 16 | WS3 | 14 | WS3 | 41640 | 7065 | | IBC, FL, LA |
| KCCQ525-6 | CCQ5-6SDS2.5 | 3 | 5-1/4 | 5-1/2 | 8 | 13 | 16 | WS3 | 14 | WS3 | 41640 | 7065 | | |
| KCCQ525-8 | CCQ5-8SDS2.5 | 3 | 5-1/4 | 7-1/2 | 8 | 13 | 16 | WS3 | 14 | WS3 | 41640 | 7065 | | |
| KCCQ57 | -- | 7 | 5-3/8 | 7-1/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 36095 | 7065 | | |
| KCCQ64 | CCQ64SDS2.5 | 7 | 5-1/2 | 3-5/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 37815 | 7065 | | |
| KCCQ66 | CCQ66SDS2.5 | 7 | 5-1/2 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 37815 | 7065 | | |
| KCCQ67X | CCQ6-7.13SDS2.5 | 7 | 5-1/2 | 7-1/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 37815 | 7065 | | |
| KCCQ68 | CCQ68SDS2.5 | 7 | 5-1/2 | 7-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 37815 | 7065 | | |
| KCCQ74 | CCQ74SDS2.5 | 3 | 6-7/8 | 3-5/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 46405 | 7065 | | |
| KCCQ76 | CCQ76SDS2.5 | 3 | 6-7/8 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 46405 | 7065 | | |
| KCCQ77 | CCQ77SDS2.5 | 3 | 6-7/8 | 6-7/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 46405 | 7065 | | |
| KCCQ78 | CCQ78SDS2.5 | 3 | 6-7/8 | 7-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 46405 | 7065 | | |

1) Bearing loads are based on 625 psi perpendicular to grain loading; no further increase for duration of load is permitted.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) Allowable loads are based on lumber with a specific gravity of 0.50 and a moisture content of 19% or less.
4) WS3 structural wood screws are 1/4" dia. x 3" long and are included with KCCQ and KECCQ column caps.
5) Beams shall be designed to support the required loads. Beam shear may limit loads to less than listed loads for device.
6) The designer shall check post for required loads.
7) Spliced conditions must be detailed by the specifier to transfer tension loads between spliced members by means other than the column cap.
8) Uplift loads do no apply to splice conditions.
New products or updated product information are designated in **blue font**.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek®** Product Catalog

**KCCQ / KECCQ** Column Caps

**Caps & Bases**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[4] | | | | DF/SP Allowable Loads (Lbs.)[3] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Beam | | Column or Post | | | | | |
| | | | W1 | W2 | H | L | Qty | Type | Qty | Type | Bearing[1] 100% | Uplift[2,8] 160% | | |
| **Center Column Caps** | | | | | | | | | | | | | | |
| KCCQ71-4 | CCQ7.1-4SDS2.5 | 3 | 7-1/4 | 3-5/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 48125 | 7065 | | |
| KCCQ71-6 | CCQ7.1-6SDS2.5 | 3 | 7-1/4 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 48125 | 7065 | | |
| KCCQ71-71 | CCQ7.1-7.1SDS2.5 | 3 | 7-1/4 | 7-1/4 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 48125 | 7065 | | |
| KCCQ71-8 | CCQ7.1-8SDS2.5 | 3 | 7-1/4 | 7-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 48125 | 7065 | | |
| KCCQ84 | -- | 7 | 7-1/2 | 3-5/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 51565 | 7065 | | IBC, FL, LA |
| KCCQ86 | CCQ86SDS2.5 | 7 | 7-1/2 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 51565 | 7065 | | |
| KCCQ88 | CCQ88SDS2.5 | 7 | 7-1/2 | 7-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 51565 | 7065 | | |
| KCCQ94 | | 7 | 8-7/8 | 3-5/8 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 60155 | 7065 | | |
| KCCQ96 | CCQ96SDS2.5 | 7 | 8-7/8 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 60155 | 7065 | | |
| KCCQ98 | CCQ98SDS2.5 | 7 | 8-7/8 | 7-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 60155 | 7065 | | |
| KCCQ106 | CCQ106SDS2.5 | 7 | 9-1/2 | 5-1/2 | 6-1/2 | 11 | 16 | WS3 | 14 | WS3 | 65315 | 7065 | | |
| **End Column Caps** | | | | | | | | | | | | | | |
| KECCQ325-4 | ECCQ3-4SDS2.5 | 7 | 3-1/4 | 3-5/8 | 6-1/2 | 7-1/2 | 16 | WS3 | 14 | WS3 | 14650 | 6860 | | |
| KECCQ325-6 | ECCQ3-6SDS2.5 | 7 | 3-1/4 | 5-1/2 | 6-1/2 | 7-1/2 | 16 | WS3 | 14 | WS3 | 14650 | 6860 | | |
| KECCQ44 | ECCQ44SDS2.5 | 7 | 3-5/8 | 3-5/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 16965 | 6860 | | |
| KECCQ45 | | 7 | 3-5/8 | 5-3/8 | 6-1/2 | 7-1/2 | 16 | WS3 | 14 | WS3 | 16405 | 6860 | | |
| KECCQ46 | ECCQ46SDS2.5 | 7 | 3-5/8 | 5-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 18595 | 6860 | | |
| KECCQ47 | -- | 7 | 3-5/8 | 7-1/8 | 6-1/2 | 9-1/2 | 16 | WS3 | 14 | WS3 | 20780 | 6860 | | |
| KECCQ47X | -- | 7 | 3-5/8 | 7-1/8 | 6-1/2 | 9-1/2 | 16 | WS3 | 14 | WS3 | 20780 | 6860 | | |
| KECCQ48 | ECCQ48SDS2.5 | 7 | 3-5/8 | 7-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 18595 | 6860 | | |
| KECCQ525-4 | ECCQ5-4SDS2.5 | 3 | 5-1/4 | 3-5/8 | 8 | 9-1/2 | 16 | WS3 | 14 | WS3 | 22330 | 6860 | | |
| KECCQ525-6 | ECCQ5-6SDS2.5 | 3 | 5-1/4 | 5-1/2 | 8 | 9-1/2 | 16 | WS3 | 14 | WS3 | 27300 | 6860 | | |
| KECCQ525-8 | ECCQ5-8SDS2.5 | 3 | 5-1/4 | 7-1/2 | 8 | 9-1/2 | 16 | WS3 | 14 | WS3 | 30430 | 6860 | | |
| KECCQ57 | -- | 7 | 5-3/8 | 7-1/8 | 6-1/2 | 9-1/2 | 16 | WS3 | 14 | WS3 | 31170 | 6860 | | |
| KECCQ64 | ECCQ64SDS2.5 | 7 | 5-1/2 | 3-5/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 23535 | 6860 | | |
| KECCQ66 | ECCQ66SDS2.5 | 7 | 5-1/2 | 5-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 28910 | 6860 | | |
| KECCQ67X | ECCQ6-7.13SDS2.5 | 7 | 5-1/2 | 7-1/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 29220 | 6860 | | IBC, FL, LA |
| KECCQ68 | ECCQ68SDS2.5 | 7 | 5-1/2 | 7-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 29220 | 6860 | | |
| KECCQ74 | ECCQ74SDS2.5 | 3 | 6-7/8 | 3-5/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 27465 | 6860 | | |
| KECCQ76 | ECCQ76SDS2.5 | 3 | 6-7/8 | 5-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 35860 | 6860 | | |
| KECCQ77 | ECCQ77SDS2.5 | 3 | 6-7/8 | 6-7/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 35860 | 6860 | | |
| KECCQ78 | ECCQ78SDS2.5 | 3 | 6-7/8 | 7-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 35860 | 6860 | | |
| KECCQ71-4 | ECCQ7.1-4SDS2.5 | 3 | 7-1/4 | 3-5/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 28240 | 6860 | | |
| KECCQ71-6 | ECCQ7.1-6SDS2.5 | 3 | 7-1/4 | 5-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 35285 | 6860 | | |
| KECCQ71-71 | ECCQ7.1-7.1SDS2.5 | 3 | 7-1/4 | 7-1/4 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 37190 | 6860 | | |
| KECCQ71-8 | ECCQ7.1-8SDS2.5 | 3 | 7-1/4 | 7-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 37190 | 6860 | | |
| KECCQ84 | -- | 7 | 7-1/2 | 3-5/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 29785 | 6860 | | |
| KECCQ86 | ECCQ86SDS2.5 | 7 | 7-1/2 | 5-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 37390 | 6860 | | |
| KECCQ88 | ECCQ88SDS2.5 | 7 | 7-1/2 | 7-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 39845 | 6860 | | |
| KECCQ94 | -- | 7 | 8-7/8 | 3-5/8 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 33595 | 6860 | | |
| KECCQ96 | ECCQ96SDS2.5 | 7 | 8-7/8 | 5-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 42630 | 6860 | | |
| KECCQ98 | ECCQ98SDS2.5 | 7 | 8-7/8 | 7-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 46485 | 6860 | | |
| KECCQ106 | ECCQ106SDS2.5 | 7 | 9-1/2 | 7-1/2 | 6-1/2 | 8-1/2 | 16 | WS3 | 14 | WS3 | 45760 | 6860 | | |

1) Bearing loads are based on 625 psi perpendicular to grain loading; no further increase for duration of load is permitted.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) Allowable loads are based on lumber with a specific gravity of 0.50 and a moisture content of 19% or less.
4) WS3 structural wood screws are 1/4" dia. x 3" long and are included with KCCQ and KECCQ column caps.
5) Beams shall be designed to support the required loads.  Beam shear may limit loads to less than listed loads for device.
6) The designer shall check post for required loads.
7) Spliced conditions must be analyzed by the specifier to transfer tension loads between spliced members by means other than the column cap.
8) Uplift loads do no apply to splice conditions.
New products or updated product information are designated in blue font.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Caps & Bases**

# KCCQ / KECCQ Column Caps

**Specialty Options:**

• **KECCQ** – Straps may be rotated 90° with no reduction in published capacity on special orders where the W2 dimension is less than or equal to the W1 dimension. When W2 is greater than W1 uplift loads may be reduced, consult MiTek Engineering support.

• **KCCQO/KECCQO** – Cap only, no strap design for field welding to pipe or other columns.

• **KCCQOB** – For + beam connections. Any two buckets can be welded together for a wide variety of applications. Allowable load shall be the lesser of the two components.

• **KCCQT** – For T beam intersections, consult MiTek. Specify beam/column conditions, dimensions, and loading requirements.

• **KCCQC** – For X beam intersections, consult MiTek. Specify beam/column conditions, dimensions, and loading requirements.

• **KECCQL** – For L beam intersections, consult MiTek. Specify left (L) or right (R) beam/column conditions, dimensions, and loading requirements.

**Dimension call-outs not shown in the table must be specified at time of ordering for specialty options, non-catalog, or rough/full size lumber sizes.**

Refer to Options for Multiple-Beam Column Caps Special Order Worksheet for ordering instructions at MiTek-US.com on KCCQ/KECCQ Column Caps web page.

Caps & Bases



**Optional KECCQ rotated straps 90°**   **KCCQO**   **KCCQOB**

**KCCQT**   **KCCQC**   **KECCQLL left shown**

## Top View of Specialty Options Column Cap Configurations



**KECCQLL rotated 90°**   **KECCQLR rotated 90°**   **KECCQLL**   **KECCQLR**   **KECCQ offset left**   **KECCQ offset right**

**KCCQ offset left**   **KCCQ offset right**   **KCCQ rotated 45° left**   **KCCQ rotated 45° right**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

**KCC / KECC** Column Caps

<span style="color:#7a3030">**Caps & Bases**</span>

**KCC** – Standard column cap.

**KECC** – End column version.

**Materials:** See chart
**Finish:** Primer
**Options:** See chart for Corrosion Finish Options.
See page 105 for Specialty Options. All nominal lumber sizes are available for rough/full size lumber.
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Bolt holes should be a minimum of 1/32" to a maximum of 1/16" larger than the bolt diameter.
• Beams shall be designed to support the required loads. Beam shear may limit loads to less than listed loads for device. A design professional shall determine the adequacy of the post and beam to resist published loads.





**Typical KECC44
end cap installation**

**Typical KCC
center cap installation**





**KECC44**

**KCC**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[4] | | DF/SP Allowable Loads (Lbs.)[3] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W1 | W2 | H | L | Beam | Column or Post | Bearing[1] 100% | Uplift[2,8] 160% | | |
| **Center Column Caps** | | | | | | | | | | | | |
| KCC325-4 | CC31/4-4 | 7 | 3-1/4 | 3-5/8 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 21485 | 3505 | | |
| KCC325-6 | CC31/4-6 | 7 | 3-1/4 | 5-1/2 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 21485 | 3505 | | |
| KCC44 | CC44 | 7 | 3-5/8 | 3-5/8 | 4 | 7 | (2) 5/8 | (2) 5/8 | 15315 | 3920 | | |
| KCC45 | -- | 7 | 3-5/8 | 5-3/8 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 24065 | 3920 | | |
| KCC46 | CC46 | 7 | 3-5/8 | 5-1/2 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 24065 | 3920 | | |
| KCC47 | -- | 7 | 3-5/8 | 7-1/8 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 24065 | 3920 | | IBC, FL, LA |
| KCC48 | CC48 | 7 | 3-5/8 | 7-1/2 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 24065 | 3920 | | |
| KCC525-4 | CC51/4-4 | 3 | 5-1/4 | 3-5/8 | 8 | 13 | (4) 3/4 | (2) 3/4 | 41640 | 8155 | | |
| KCC525-6 | CC51/4-6 | 3 | 5-1/4 | 5-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 41640 | 8155 | | |
| KCC525-8 | CC51/4-8 | 3 | 5-1/4 | 7-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 41640 | 8155 | | |
| KCC57 | CC6-71/8 | 7 | 5-3/8 | 7-1/8 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 36095 | <span style="color:#3a6fb0">4210</span> | | |
| KCC64 | CC64 | 7 | 5-1/2 | 3-5/8 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 37815 | <span style="color:#3a6fb0">4210</span> | | |
| KCC66 | CC66 | 7 | 5-1/2 | 5-1/2 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 37815 | <span style="color:#3a6fb0">4210</span> | | |
| KCC68 | CC68 | 7 | 5-1/2 | 7-1/2 | 6-1/2 | 11 | (4) 5/8 | (2) 5/8 | 37815 | <span style="color:#3a6fb0">4210</span> | | |

1) Bearing loads are based on 625 psi perpendicular to grain loading; no further increase for duration of load is permitted.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) Allowable loads are based on lumber with a specific gravity of 0.50 and a moisture content of 19% or less.
4) All bolts shall meet or exceed the specifications of ASTM A 307.
5) Beams shall be designed to support the required loads.  Beam shear may limit loads to less than listed loads for device.
6) The designer shall check post for required loads.
7) Spliced conditions must be detailed by the specifier to transfer tension loads between spliced members by means other than the column cap.
8) Uplift loads do not apply to splice conditions.
New products or updated product information are designated in <span style="color:#3a6fb0">blue font</span>.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

Continued on next page

**KCC / KECC** Column Caps

**Caps & Bases**

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Bolt holes should be a minimum of 1/32" to a maximum of 1/16" larger than the bolt diameter.
- Beams shall be designed to support the required loads. Beam shear may limit loads to less than listed loads for device. A design professional shall determine the adequacy of the post and beam to resist published loads.

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[4] | | DF/SP Allowable Loads (Lbs.)[3] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W1 | W2 | H | L | Beam | Column or Post | Bearing[1] 100% | Uplift[2,8] 160% | | |
| | | | | | | | **Center Column Caps** | | | | | |
| KCC74 | CC74 | 3 | 6-7/8 | 3-5/8 | 8 | 13 | (4) 3/4 | (2) 3/4 | 54845 | 8155 | | |
| KCC76 | CC76 | 3 | 6-7/8 | 5-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 54845 | 8155 | | |
| KCC77 | CC77 | 3 | 6-7/8 | 6-7/8 | 8 | 13 | (4) 3/4 | (2) 3/4 | 54845 | 8155 | | |
| KCC78 | CC78 | 3 | 6-7/8 | 7-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 54845 | 8155 | | |
| KCC75X | CC71/8-6 | 3 | 7-1/8 | 5-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 56875 | 8155 | | |
| KCC77X | CC71/8-71/8 | 3 | 7-1/8 | 7-1/8 | 8 | 13 | (4) 3/4 | (2) 3/4 | 56875 | 8155 | | IBC, FL, LA |
| KCC84 | CC84 | 3 | 7-1/2 | 3-5/8 | 8 | 13 | (4) 3/4 | (2) 3/4 | 60940 | 8155 | | |
| KCC86 | CC86 | 3 | 7-1/2 | 5-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 60940 | 8155 | | |
| KCC88 | CC88 | 3 | 7-1/2 | 7-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 60940 | 8155 | | |
| KCC94 | CC94 | 3 | 8-7/8 | 3-5/8 | 8 | 13 | (4) 3/4 | (2) 3/4 | 71095 | 8155 | | |
| KCC96 | CC96 | 3 | 8-7/8 | 5-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 71095 | 8155 | | |
| KCC98 | CC98 | 3 | 8-7/8 | 7-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 71095 | 8155 | | |
| KCC106 | CC106 | 3 | 9-5/8 | 5-1/2 | 8 | 13 | (4) 3/4 | (2) 3/4 | 77190 | 8155 | | |
| | | | | | | | **End Column Caps** | | | | | |
| KECC325-4 | ECC31/4-4 | 7 | 3-1/4 | 3-5/8 | 6-1/2 | 7-1/2 | (2) 5/8 | (2) 5/8 | 14650 | 1750 | | |
| KECC325-6 | ECC31/4-6 | 7 | 3-1/4 | 5-1/2 | 6-1/2 | 7-1/2 | (2) 5/8 | (2) 5/8 | 14650 | 1750 | | |
| KECC44 | ECC44 | 7 | 3-5/8 | 3-5/8 | 4 | 5-1/2 | (1) 5/8 | (2) 5/8 | 12030 | 1960 | | |
| KECC45 | -- | 7 | 3-5/8 | 5-3/8 | 6-1/2 | 7-1/2 | (2) 5/8 | (2) 5/8 | 16405 | 1960 | | |
| KECC46 | ECC46 | 7 | 3-5/8 | 5-1/2 | 6-1/2 | 8-1/2 | (2) 5/8 | (2) 5/8 | 18595 | 1960 | | |
| KECC47 | -- | 7 | 3-5/8 | 7-1/8 | 6-1/2 | 9-1/2 | (2) 5/8 | (2) 5/8 | 20780 | 1960 | | |
| KECC48 | ECC48 | 7 | 3-5/8 | 7-1/2 | 6-1/2 | 9-1/2 | (2) 5/8 | (2) 5/8 | 20780 | 1960 | | |
| KECC525-4 | ECC51/4-4 | 3 | 5-1/4 | 3-5/8 | 8 | 9-1/2 | (2) 3/4 | (2) 3/4 | 30430 | 6050 | | |
| KECC525-6 | ECC51/4-6 | 3 | 5-1/4 | 5-1/2 | 8 | 9-1/2 | (2) 3/4 | (2) 3/4 | 30430 | 6050 | | |
| KECC525-8 | ECC51/4-8 | 3 | 5-1/4 | 7-1/2 | 8 | 9-1/2 | (2) 3/4 | (2) 3/4 | 30430 | 6050 | | |
| KECC57 | ECC6-71/8 | 7 | 5-3/8 | 7-1/8 | 6-1/2 | 9-1/2 | (2) 5/8 | (2) 5/8 | 31170 | 2105 | | |
| KECC64 | ECC64 | 7 | 5-1/2 | 3-5/8 | 6-1/2 | 7-1/2 | (2) 5/8 | (2) 5/8 | 25780 | 2105 | | |
| KECC66 | ECC66 | 7 | 5-1/2 | 5-1/2 | 6-1/2 | 7-1/2 | (2) 5/8 | (2) 5/8 | 25780 | 2105 | | IBC, FL, LA |
| KECC68 | ECC68 | 7 | 5-1/2 | 7-1/2 | 6-1/2 | 9-1/2 | (2) 5/8 | (2) 5/8 | 32655 | 2105 | | |
| KECC74 | ECC74 | 3 | 6-7/8 | 3-5/8 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 44295 | 6050 | | |
| KECC76 | ECC76 | 3 | 6-7/8 | 5-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 44295 | 6050 | | |
| KECC77 | ECC77 | 3 | 6-7/8 | 6-7/8 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 44295 | 6050 | | |
| KECC78 | ECC78 | 3 | 6-7/8 | 7-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 44295 | 6050 | | |
| KECC75X | ECC71/8-6 | 3 | 7-1/8 | 5-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 45940 | 6050 | | |
| KECC77X | ECC71/8-71/8 | 3 | 7-1/8 | 7-1/8 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 45940 | 6050 | | |
| KECC84 | ECC84 | 3 | 7-1/2 | 3-5/8 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 49220 | 6050 | | |
| KECC86 | ECC86 | 3 | 7-1/2 | 5-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 49220 | 6050 | | |
| KECC88 | ECC88 | 3 | 7-1/2 | 7-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 49220 | 6050 | | |
| KECC94 | ECC94 | 3 | 8-7/8 | 3-5/8 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 57420 | 6050 | | |
| KECC96 | ECC96 | 3 | 8-7/8 | 5-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 57420 | 6050 | | |
| KECC98 | ECC98 | 3 | 8-7/8 | 7-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 57420 | 6050 | | |
| KECC106 | ECC106 | 3 | 9-5/8 | 5-1/2 | 8 | 10-1/2 | (2) 3/4 | (2) 3/4 | 62345 | 6050 | | |

1) Bearing loads are based on 625 psi perpendicular to grain loading; no further increase for duration of load is permitted.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) Allowable loads are based on lumber with a specific gravity of 0.50 and a moisture content of 19% or less.
4) All bolts shall meet or exceed the specifications of ASTM A 307.
5) Beams shall be designed to support the required loads. Beam shear may limit loads to less than listed loads for device.
6) The designer shall check post for required loads.
7) Spliced conditions must be detailed by the specifier to transfer tension loads between spliced members by means other than the column cap.
8) Uplift loads do not apply to splice conditions.
New products or updated product information are designated in blue font.

**Corrosion Finish**
■ Stainless Steel  ■ Gold Coat
■ HDG  ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Caps & Bases**

MiTek® Product Catalog

## KCC / KECC Column Caps

**Specialty Options:**

- **KECC** – Straps may be rotated 90° on special order where the W2 dimension is less than or equal to the W1 dimension. Unless specified W3 and W4 dimensions are equal to the W1 dimension, and H2 and H3 dimensions are equal to the H1 dimension.
- **KCCO/KECCO** – Cap only, no strap design for field welding to pipe or other columns.
- **KCCOB** – For cross beam connections. Any two buckets can be welded together for a wide variety of applications. Allowable load shall be the lesser of the two components.
- **KCCT** – For T beam intersections, consult MiTek. Specify beam/column conditions, dimensions, and loading requirements.
- **KCCC** – For X beam intersections, consult MiTek. Specify beam/column conditions, dimensions, and loading requirements.
- **KECCL** – For L beam intersections, consult MiTek. Specify left (L) or right (R) beam/column conditions, dimensions, and loading requirements.

**Dimension call-outs not shown in the table must be specified at time of ordering for specialty options, non-catalog, or rough/full size lumber sizes.**

Refer to Options for Multiple-Beam Bolted Column Caps Special Order Worksheet for ordering instructions at MiTek-US.com on KCC/KECC Column Caps web page.



**Optional KECC rotated straps 90°**

**KCCO**

**KCCOB**

**KCCT**

**KCCC**

**KECCLL left shown**

## Top View of Specialty Options Column Cap Configurations



**KECCLL rotated 90°**

**KECCLR rotated 90°**

**KECCLL**

**KECCLR**

**KECC offset left**

**KECC offset right**

**KCC offset left**

**KCC offset right**

**KCC rotated 45° left**

**KCC rotated 45° right**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Angles & Straps

## pg. 108-135

| | |
|---|---|
| Angles | 108-111, 113-115 |
| Clips | 112, 118-119 |
| Header Hangers | 118 |
| Knee Braces | 135 |
| Lateral Joist Connectors | 120 |
| Ornamental Connectors | 125 |
| Straps | 121-134 |
| Stud Plate Ties | 116-117 |



MiTek®

## A / AC / JA / MP  Framing Angles

**MP** – 18 gauge. Field adjustable from 45° to 180° (flat)

**A3** – 18 gauge. Eliminates toenailing and increases strength

**AC** – 16 gauge. Features staggered nail patterns which reduces wood splitting and allows installation on both sides of the supported member

**JA** – 14 or 16 gauge. Heavier capacity framing angle for joist support

**Materials:**  See chart
**Finish:**  G90 galvanizing
**Options:**  See chart for Corrosion Finish Options
**Codes:**  IBC, FL, LA



**Typical MP
installation**



**Typical MP
rafter support installation**



AVAILABLE IN
GOLD COAT



**MP**



**Typical JA1
installation**



**Typical JA7
installation**



**Typical AC
installation**



**Typical A3
installation**



**JA1**



**JA3**



**AC**



**A3**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

Angles & Straps

# A / AC / JA / MP Framing Angles

**Angles & Straps**

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- MP Framing Angles are fabricated at 100° and may be field adjusted by hand from 45° to 180° (flat). Bend angle only once.

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[3,4] | | | | Direction of Load | DF/SP Allowable Loads (Lbs.)[1,2] | | | | S-P-F Allowable Loads (Lbs.)[1,2] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W1 | W2 | L | Header Qty | Type | Joist Qty | Type | | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| A3 | A23, GA1, GA2, L30 | 18 | 1-7/16 | 1-7/16 | 2-3/4 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | F1 | 480 | 545 | 590 | 740 | 410 | 470 | 510 | 520 | | |
| | | | | | | | | | | F2 | 480 | 545 | 590 | 605 | 410 | 470 | 485 | 505 | | |
| | | | | | | | | | | F3 | 375 | 375 | 375 | 375 | 145 | 165 | 180 | 230 | | |
| MP3 | LS30 | 18 | 2-1/4 | 2-1/4 | 3-3/8 | 3 | 10d | 3 | 10d | F1 | 360 | 410 | 445 | 455 | 310 | 350 | 380 | 380 | | |
| MP5 | LS50 | 18 | 2-1/4 | 2-1/4 | 4-5/8 | 4 | 10d | 4 | 10d | F1 | 480 | 545 | 590 | 740 | 410 | 470 | 505 | 640 | | |
| MP7 | LS70 | 18 | 2-1/4 | 2-1/4 | 5-7/8 | 5 | 10d | 5 | 10d | F1 | 600 | 685 | 740 | 930 | 515 | 585 | 630 | 800 | | |
| MP9 | LS90 | 18 | 2-1/4 | 2-1/4 | 6-7/8 | 6 | 10d | 6 | 10d | F1 | 720 | 820 | 885 | 1115 | 620 | 705 | 760 | 960 | | |
| AC5 | L50 | 16 | 1-5/16 | 2-3/8 | 4-7/8 | 3 | 10d | 3 | 10d | F1 | 375 | 420 | 455 | 565 | 310 | 360 | 390 | 500 | | IBC, FL, LA |
| | | | | | | | | | | F2 | 375 | 420 | 455 | 565 | 310 | 360 | 390 | 500 | | |
| | | | | | | | | | | F3 | 155 | 180 | 195 | 250 | 215 | 250 | 270 | 345 | | |
| | | | | | | 3 | 16d | 3 | 16d | F1 | 440 | 500 | 540 | 670 | 370 | 425 | 460 | 545 | | |
| | | | | | | | | | | F2 | 440 | 500 | 540 | 595 | 370 | 425 | 460 | 590 | | |
| | | | | | | | | | | F3 | 175 | 205 | 220 | 280 | 280 | 320 | 345 | 445 | | |
| AC7 | L70 | 16 | 1-5/16 | 2-3/8 | 6-15/16 | 4 | 10d | 4 | 10d | F1 | 500 | 560 | 605 | 755 | 415 | 480 | 520 | 665 | | |
| | | | | | | | | | | F2 | 500 | 560 | 605 | 755 | 415 | 480 | 520 | 665 | | |
| | | | | | | | | | | F3 | 210 | 240 | 260 | 335 | 290 | 330 | 360 | 460 | | |
| | | | | | | 4 | 16d | 4 | 16d | F1 | 590 | 665 | 720 | 895 | 495 | 565 | 615 | 770 | | |
| | | | | | | | | | | F2 | 590 | 665 | 720 | 895 | 495 | 565 | 615 | 790 | | |
| | | | | | | | | | | F3 | 235 | 270 | 295 | 375 | 375 | 425 | 465 | 590 | | |
| AC9 | L90 | 16 | 1-5/16 | 2-3/8 | 8-7/8 | 5 | 10d | 5 | 10d | F1 | 625 | 700 | 755 | 945 | 520 | 595 | 650 | 830 | | |
| | | | | | | | | | | F2 | 625 | 700 | 755 | 900 | 520 | 595 | 650 | 830 | | |
| | | | | | | | | | | F3 | 260 | 300 | 325 | 415 | 360 | 415 | 450 | 580 | | |
| | | | | | | 5 | 16d | 5 | 16d | F1 | 735 | 835 | 900 | 1120 | 615 | 710 | 770 | 985 | | |
| | | | | | | | | | | F2 | 735 | 835 | 900 | 900 | 615 | 710 | 770 | 920 | | |
| | | | | | | | | | | F3 | 295 | 340 | 370 | 470 | 465 | 530 | 580 | 740 | | |
| JA1 | A21 | 16 | 1-1/2 | 1-1/2 | 1-1/4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | F1 | 220 | 220 | 220 | 220 | 195 | 195 | 195 | 195 | | |
| | | | | | | | | | | F2 | -- | -- | -- | 300 | -- | -- | -- | 235 | | |
| | | | | | | | | | | F3 | -- | -- | -- | 150 | -- | -- | -- | 100 | | |
| JA3 | -- | 14 | 2-1/2 | 2-1/2 | 3 | 4 | 16d | 4 | 10d x 1-1/2 | F1 | 495 | 495 | 495 | 495 | 445 | 445 | 445 | 445 | | |
| | | | | | | | | | | F2 | -- | -- | -- | 465 | -- | -- | -- | 365 | | |
| | | | | | | | | | | F3 | -- | -- | -- | 330 | -- | -- | -- | 225 | | |
| JA5 | -- | 14 | 2-1/2 | 2-1/2 | 5 | 6 | 16d | 6 | 10d x 1-1/2 | F1 | 790 | 825 | 825 | 825 | 715 | 740 | 740 | 740 | | |
| | | | | | | | | | | F2 | -- | -- | -- | 890 | -- | -- | -- | 695 | | |
| | | | | | | | | | | F3 | -- | -- | -- | 495 | -- | -- | -- | 335 | | |
| JA7 | -- | 14 | 2-1/2 | 2-1/2 | 7 | 8 | 16d | 8 | 10d x 1-1/2 | F1 | 1055 | 1185 | 1270 | 1560 | 955 | 1070 | 1145 | 1410 | | |
| | | | | | | | | | | F2 | -- | -- | -- | 1450 | -- | -- | -- | 1135 | | |
| | | | | | | | | | | F3 | -- | -- | -- | 490 | -- | -- | -- | 335 | | |
| JA9 | -- | 14 | 2-1/2 | 2-1/2 | 9 | 10 | 16d | 10 | 10d x 1-1/2 | F1 | 1320 | 1485 | 1590 | 1950 | 1190 | 1340 | 1430 | 1760 | | |
| | | | | | | | | | | F2 | -- | -- | -- | 1465 | -- | -- | -- | 1150 | | |
| | | | | | | | | | | F3 | -- | -- | -- | 775 | -- | -- | -- | 530 | | |

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) Loads are shown per angle, and may be doubled if installed in pairs. When using a single angle, joist must be constrained from rotation.
3) Stainless steel ring shank nails are used with stainless steel connectors to achieve tabulated allowable loads.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**
- ■ Stainless Steel
- ■ HDG
- ■ Gold Coat
- ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## MP / MPA / MPF  Multi-Purpose Framing Angles

**MP34** — Framing angle without tabs

**MPA1** — Tabs enable two and three-way connections

**MP4F** — Connects 2x framing with floor sheathing up to 5/8"

**MP6F** — Connects 3x framing with floor sheathing up to 3/4". Better choice for connections where floor sheathing is between sole plate and rim board

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA


AVAILABLE IN
**GOLD COAT**



MPA1



Typical MP34 installation



MPA1-GC



MP34





**Typical MPA1
joint / header installation**
Figure 1



**Typical MPA1
rafter / plate installation**
Figure 2



**Typical MPA1
stud / plate installation**
Figure 3



**Typical MP34
joist / header installation**
Figure 4



Type 1

Type 2

MP6F

MP4F

MP4F

Sheathing

**Typical MPF installation**



Embossed plate lines

MP4F=3"
MP6F= 3-3/4"

PLATE LINE

MP4F=1"
MP6F= 1-3/4"

4-1/4"

**MPF**

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Angles & Straps

# MP / MPA / MPF Multi-Purpose Framing Angles

## Angles & Straps

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- **Bend tabs only once.**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Installation Type[2,4] | Fastener Schedule[5,6] Header or Stud Qty | Type | Joist or Plate Qty | Type | Direction of Load[2] | DF/SP Allowable Loads (Lbs.)[1,3,4] 100% | 115% | 125% | 160% | S-P-F Allowable Loads (Lbs.)[1,3,4] 100% | 115% | 125% | 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MPA1 | A35 | 18 | Figure 1 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | F1 | 600 | 615 | 615 | 615 | 515 | 515 | 515 | 515 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | F2 | 600 | 685 | 735 | 750 | 515 | 585 | 630 | 630 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | F3 | 280 | 320 | 350 | 435 | 180 | 205 | 225 | 290 | | |
| | | | Figure 2 | 6 | 8d x 1-1/2 | 3 | 8d x 1-1/2 | A1 | 300 | 340 | 370 | 370 | 260 | 295 | 310 | 310 | | |
| | | | | 6 | 8d x 1-1/2 | 3 | 8d x 1-1/2 | B1 | 300 | 340 | 370 | 385 | 260 | 295 | 315 | 325 | | |
| | | | | 6 | 8d x 1-1/2 | 3 | 8d x 1-1/2 | C1 | 255 | 255 | 255 | 255 | 215 | 215 | 215 | 215 | | |
| | | | Figure 3 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | A2 | 440 | 440 | 440 | 440 | 350 | 370 | 370 | 370 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | B2 | 240 | 240 | 240 | 240 | 200 | 200 | 200 | 200 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | C2 | 330 | 330 | 330 | 330 | 280 | 280 | 280 | 280 | | |
| MP34 | A34 | 18 | Figure 4 | 4 | 8d x 1-1/2 | 4 | 8d x 1-1/2 | F1 | 400 | 455 | 490 | 525 | 345 | 390 | 420 | 440 | | |
| | | | | 4 | 8d x 1-1/2 | 4 | 8d x 1-1/2 | F2 | 400 | 455 | 490 | 590 | 345 | 390 | 420 | 495 | | |
| | | | | 4 | 8d x 1-1/2 | 4 | 8d x 1-1/2 | F3 | 185 | 215 | 230 | 295 | 120 | 140 | 150 | 190 | | |
| MP4F | LTP4 | 20 | Type 1 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | V | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | IBC, FL, LA |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | H | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | |
| | | | Type 2 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | V | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | H | 585 | 585 | 585 | 585 | 505 | 575 | 615 | 645 | | |
| | | | Type 1 | 6 | 8d | 6 | 8d | V | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | |
| | | | | 6 | 8d | 6 | 8d | H | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | |
| | | | Type 2 | 6 | 8d | 6 | 8d | V | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | |
| | | | | 6 | 8d | 6 | 8d | H | 585 | 585 | 585 | 585 | 505 | 575 | 615 | 645 | | |
| MP6F | LTP5 | 20 | Type 1 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | V | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | H | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |
| | | | Type 2 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | V | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | H | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |
| | | | Type 1 | 6 | 8d | 6 | 8d | V | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |
| | | | | 6 | 8d | 6 | 8d | H | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |
| | | | Type 2 | 6 | 8d | 6 | 8d | V | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |
| | | | | 6 | 8d | 6 | 8d | H | 590 | 595 | 595 | 595 | 505 | 510 | 510 | 510 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Refer to drawings for installation type and definition of the various load directions.
3) If installing MP4F or MP6F over plywood, use 8d common nails for 100% of table load.
4) Loads are shown per angle. When using a single anchor, joist must be constrained from rotation.
5) Stainless steel ring shank nails must be used with stainless steel connectors to achieve tabulated allowable loads.
6) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long, 8d nails are 0.131" dia. x 2-1/2" long
New products or updated product information are designated in **blue font**.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**RBC** Roof Boundary Clip                             **Angles & Straps**

Framing plate designed to connect roof blocking to a wall top plate.

**Materials:** 20 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Field adjustable from 0° to 45°.
• **Bend angle only once.**



**Typical RBC top-plate to inside of blocking installation**



**Typical RBC concrete block wall to blocking installation**



**RBC**



**Typical RBC top-plate to outside of blocking installation**



**Typical RBC 1" foamboard installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Installation Type | Fastener Schedule[3,4] | | | | DF/SP Allowable Loads (Lbs.)[1,2] | S-P-F Allowable Loads (Lbs.)[1,2] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Top Plate | | Blocking | | | | |
| | | | W | H | | Qty | Type[2,3] | Qty | Type[2] | F1 160% | F1 160% | |
| RBC | RBC | 20 | 4-1/4 | 6 | Wood | 6 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 510 | 430 | IBC, FL, LA |
| | | | | | CMU | 3 | 1/4" Tapcon | 6 | 10d x 1-1/2 | 450 | 380 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Loads shown are for a single roof boundary clip.
3) Use ITW-Buildex 1/4" x 1-1/2" Tapcons; or equal, installed in accordance with manufacturer's specifications.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" diameter by 1-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Angles & Straps**

# **ML** Angles

ML angles are multi-purpose angles that install easily with MiTek's WS15 structural wood screws. The staggered fastener pattern allows for back-to-back installations.

**Materials:** 12 gauge
**Finish:** G-185 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- MiTek WS15 structural wood screws (1/4" dia. x 1-1/2" long) are not supplied with ML angles.



**Typical ML26-TZ installation**
(ML24-TZ similar)



**ML26-TZ**
(ML24-TZ similar)

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2,3] | | | DF/SP Allowable Loads (Lbs.)[1] | | | | S-P-F Allowable Loads (Lbs.)[1] | | | | Corrosion Finish | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | Header Qty | Joist Qty | Type | F1 | | | | F1 | | | | | | |
| | | | | | | | | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | | |
| ML24-TZ | ML24Z | 12 | 2 | 4 | 3 | 3 | WS15 | 655 | 655 | 655 | 655 | 565 | 650 | 655 | 655 | | | IBC, FL, LA |
| ML26-TZ | ML26Z | 12 | 2 | 6 | 4 | 4 | WS15 | 920 | 1060 | 1090 | 1090 | 755 | 865 | 940 | 1090 | | | |

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) MiTek's WS15 structural wood screws are 1/4" dia. x 1-1/2" long and are not included with angles.
3) For exterior applications use MiTek's WS15-EXT structural wood screws with exterior coat finish.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

# **TDL** Concrete Angles

These angles secure wood posts to concrete or wood floors in light-duty applications.

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- The TDL10 can be embedded into concrete. Minimum embedment depth is 4" to achieve allowable loads.
- **Moisture barrier may be required.**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved



**Typical TDL5 interior installation**



4" min. embedment

**Typical TDL10 embedded interior installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[4,5] | | | | | | DF/SP Allowable Loads (Lbs.)[1,2,3] | | Corrosion Finish | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Anchor Bolts | | Strap | | | | Uplift 160% | | | | |
| | | | | | | | | Nails | | Bolts | | | | | | |
| | | | W | H | D | Qty | Dia. (in) | Qty | Type | Qty | Dia. (in) | Nails | Bolts | | | |
| TDL5 | A24 | 12 | 2 | 5-3/16 | 2-1/4 | 1 | 1/2 | 4 | 16d | 1 | 1/2 | 955 | 1105 | | | -- |
| TDL10 | A311 | 12 | 2 | 9-3/4 | 2-1/4 | 1 | 1/2 | 4 | 16d | 1 | 1/2 | | | | | |

1) Allowable loads are based on the use of either nails or bolts; nail and bolt values cannot be combined.
2) The bolt values are based on single shear with a minimum member thickness of 3-1/2".
3) Allowable loads have been increased in accordance with the code; no further increase shall be permitted.
4) Designer must specify anchor bolt type, length, and embedment.
5) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



**TDL10**

# B / BL Corner Braces

These multi-purpose braces are designed to provide reinforcement for 90° wood-to-wood connections.

**Materials:** 12 gauge
**Finish:** G90 galvanizing

| Some model designs may vary from illustration shown |
| :---: |

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical B66 installation**

BL4

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule | | | | Code Ref. |
| :--- | :--- | :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: |
| | | | W | L | Nails[2] | | Bolts[1] | | |
| | | | | | Qty | Type | Qty | Type | |
| B23 | -- | 12 | 2 | 2-5/8 | 6 | 16d | -- | -- | -- |
| B24 | -- | 12 | 2 | 3-5/8 | 8 | 16d | -- | -- | |
| BL3 | A33 | 12 | 1-1/4 | 3-1/16 | 8 | 16d | -- | -- | |
| BL4 | A44 | 12 | 1-1/4 | 4-13/16 | 10 | 16d | -- | -- | |
| BL6 | -- | 12 | 1-1/4 | 6-9/16 | 12 | 16d | -- | -- | |
| BL8 | -- | 12 | 1-1/4 | 8-5/16 | 14 | 16d | -- | -- | |
| B66 | A66 | 12 | 1-1/2 | 6 | -- | -- | 4 | 3/8 | |
| B88 | A88 | 12 | 2 | 8 | -- | -- | 6 | 3/8 | |

1) Bolts shall conform to ASTM A 307 or better.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.



B66

B23

# KHL Heavy Angles

Designed for heavy-duty reinforcement of 90° framing intersections.

**Materials:** See chart
**Finish:** Primer
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Connectors are not load rated.

**Typical KHL35 installation**



KHL55

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | | | Fastener Schedule | | | Corrosion Finish | Code Ref. |
| :--- | :--- | :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: |
| | | | W1 | W2 | L | D1 | D2 | D3 | D4 | Bolts[1] | | Gussets | | |
| | | | | | | | | | | Qty | Dia. | | | |
| KHL33 | HL33 | 7 | 3-1/4 | 3-1/4 | 2-1/2 | 1-1/4 | 2-1/2 | 2 | -- | 2 | 5/8 | -- | | |
| KHL35 | HL35 | 7 | 3-1/4 | 3-1/4 | 5 | 1-1/4 | 2-1/2 | 2 | -- | 4 | 5/8 | -- | | |
| KHL35G | HL35G | 7 | 3-1/4 | 3-1/4 | 5 | 1-1/4 | 2-1/2 | 2 | -- | 4 | 5/8 | 1 | | |
| KHL37 | HL37 | 7 | 3-1/4 | 3-1/4 | 7-1/2 | 1-1/4 | 2-1/2 | 2 | -- | 6 | 5/8 | -- | | |
| KHL335 | SPECANGLE | 3 | 3-1/2 | 5-1/4 | 3-1/2 | -- | -- | -- | -- | 4 | 1/2 | -- | | -- |
| KHL43 | HL43 | 3 | 4-1/4 | 4-1/4 | 3 | 1-1/2 | -- | 2-3/4 | -- | 2 | 3/4 | -- | | |
| KHL46 | HL46 | 3 | 4-1/4 | 4-1/4 | 6 | 1-1/2 | 3 | 2-3/4 | -- | 4 | 3/4 | -- | | |
| KHL49 | HL49 | 3 | 4-1/4 | 4-1/4 | 9 | 1-1/2 | 3 | 2-3/4 | -- | 6 | 3/4 | -- | | |
| KHL53 | HL53 | 7 | 5-3/4 | 5-3/4 | 2-1/2 | 1-1/4 | -- | 2 | 2-1/2 | 4 | 5/8 | -- | | |
| KHL55 | HL55 | 7 | 5-3/4 | 5-3/4 | 5 | 1-1/4 | 2-1/2 | 2 | 2-1/2 | 8 | 5/8 | -- | | |
| KHL57 | HL57 | 7 | 5-3/4 | 5-3/4 | 7-1/2 | 1-1/4 | 2-1/2 | 2 | 2-1/2 | 12 | 5/8 | -- | | |
| KHL73 | HL73 | 3 | 7-1/4 | 7-1/4 | 3 | 1-1/2 | -- | 2-3/4 | 3 | 4 | 3/4 | -- | | |
| KHL76 | HL76 | 3 | 7-1/4 | 7-1/4 | 6 | 1-1/2 | 3 | 2-3/4 | 3 | 8 | 3/4 | 1 | | |
| KHL79 | HL79 | 3 | 7-1/4 | 7-1/4 | 9 | 1-1/2 | 3 | 2-3/4 | 3 | 12 | 3/4 | 2 | | |

1) All bolts shall meet or exceed the specifications of ASTM A 307.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



KHL335



KHL35G

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

MiTek® Product Catalog

## **ANJ** Heavy Angles

The ANJ44S is a 7 gauge heavy duty angle intended to securely attach a post and beam together.

**Materials:** 7 gauge
**Finish:** Hot-dip galvanized

**Installation:**
• Install with (2) 1/2" x 2-1/2" HDG lag screws into each leg.





**Typical ANJ44S-HDG installation**

**ANJ44S-HDG**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[1] | | | | DF/SP Allowable Loads (Lbs.) | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Header | | Joist | | F2 | | | | |
| | | | W | H | L | Qty | Lag Screw | Qty | Lag Screw | 100% | 115% | 125% | | |
| ANJ44S-HDG | -- | 7 | 3-1/2 | 4 | 4 | 2 | 1/2" HDG | 2 | 1/2" HDG | 510 | 585 | 640 | | -- |

**Corrosion Finish**
■ Stainless Steel
■ Gold Coat
■ HDG
■ Triple Zinc

1) Loads based on use of (2) 1/2" x 2-1/2" lag screws, loaded parallel to grain, in Douglas Fir-Larch (G=0.50).

## **SCA** Stair Angles

Stair angles simplify stair construction. There is no need to calculate and notch stair stringers. Stronger and safer than wood blocking, and the angle and fasteners are hidden from view.

**Materials:** 12 gauge
**Finish:** G-185 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek WS15-EXT (1/4" dia. x 1-1/2" long) structural wood screws are not supplied with SCA angles.
• Use the SCA9-TZ for single 2x10 stair treads. Use the SCA10-TZ for double 2 x 6 stair treads.
• To calculate stair construction do the following:
 1. Find the number of steps needed by dividing the vertical drop in inches from the deck surface to grade by 7. Round off to the nearest whole number. (Ex: Vertical drop of 39" divided by 7" equals 5.57 rounded off is 6)
 2. Find the step rise by dividing the vertical drop by the number of steps (39" divided by 6 = 6.5")
 3. Find the step run by measuring the depth of your tread board (Ex: (2) 2x6s with 1/4" gap will have a run of 11-1/4")
 4. Find the stairway span by multiplying the run by the number of treads minus one (Ex: 11-1/4" x 5 = 56-1/4")
• Using the above calculations, mark stair angle locations on each stringer. Attach a stair angle to the inside of each stringer at the marked locations. Attach stringers to deck rim joist and railing posts. Position tread-boards on angles and fasten from below.



**Typical SCA9-TZ installation**

**SCA9-TZ**



**AVAILABLE IN GOLD COAT**



**Typical SCA10-TZ installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | L (in) | Fastener Schedule[2,3] | | DF/SP Allowable Loads (Lbs.)[1] | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|
| | | | | Qty | Type | Download 100% | | |
| SCA9-TZ | TA9Z | 12 | 9 | 6 | WS15-EXT | 445 | | IBC, FL, LA |
| SCA10-TZ | TA10Z | 12 | 10 | 8 | WS15-EXT | 595 | | IBC, FL, LA |

**Corrosion Finish**
■ Stainless Steel
■ Gold Coat
■ HDG
■ Triple Zinc

1) Loads assume stair rise over run of 7/11.
2) MiTek's WS15-EXT structural wood screws are 1/4" dia. x 1-1/2" long and are not included with SCA angles.
3) HDG lag screws may be substituted for specified MiTek WS15-EXT structural wood screws with no load reduction.
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# RSPT / SPT / TSP Stud Plate Ties

**RSPT** – 18 or 20 gauge

**SPT** – 20 gauge

**TSP** – 16 gauge. Optional diamond holes for various uplift capacities with Min and Max nailing configurations

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **TSP Min Nailing** – Fill all round holes.
• **TSP Max Nailing** – Fill all round and diamond holes.
• HDG nails may be required when fastening to treated sill plates.



**Typical RSPT6-2 installation**



**Typical RSPT4 single plate installation**



**Typical TSP top plate installation** (max nailing)



**Typical SPT24 installation**



**Typical RSPT4 double plate installation**



**Typical TSP-TZ mudsill installation** (min nailing)



**SPT22**



**RSPT4**



**RSPT6**

**RSPT6-2**



**TSP**

| MiTek USP Stock No.[2] | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.) | | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stud | | Plate | | | | | | | | |
| | | | W | H | L | Qty | Type | Qty | Type | Uplift[1] 160% | F1 160% | F2 160% | F3 160% | F4 160% | | |
| RSPT4 | RSP4 | 20 | 1-1/2 | 4-1/8 | -- | 4 | 8d x 1-1/2 | 4 | 8d x 1-1/2 | 460 | 255 | 300 | -- | -- | | |
| SPT22 | SP1 | 20 | 1-9/16 | 4-3/8 | 3-1/2 | 4 | 10d | 4 | 10d | 735 | 535 | 275 | -- | -- | | |
| SPT24 | SP2 | 20 | 1-9/16 | 5-5/8 | 3-1/2 | 6 | 10d | 6 | 10d | 1090 | 535 | 275 | -- | -- | | |
| SPT44 | -- | 20 | 3-9/16 | 6-3/4 | 6-1/2 | 6 | 16d | 6 | 16d | 1315 | 845 | 275 | -- | -- | | IBC, FL, LA |
| RSPT6 | SSP | 18 | 1-1/2 | 5-7/16 | -- | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 650 | -- | -- | -- | -- | | |
| RSPT6-2 | DSP | 18 | 2-3/4 | 5-7/16 | -- | 8 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 900 | -- | -- | -- | -- | | |
| TSP | TSP | 16 | 1-5/8 | 7-7/8 | -- | 3 | 10d x 1-1/2 | 3 | 10d x 1-1/2 | 465 | -- | -- | -- | -- | | |
| | | | | | | 9 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 830 | 365 | 190 | 210 | 235 | | |
| | | | | | | | 10d | | 10d | 870 | | | | | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) SPT22, SPT24, and SPT44: the nails fastened to the wide face of the stud must be driven 30° from the perpendicular on the horizontal plane.
3) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long, 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish**
■ Stainless Steel  ■ Gold Coat
■ HDG  ■ Triple Zinc

**MiTek®** Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## SPT / SPTH / SPTHW Stud Plate Ties

<span style="color:orange">**Angles & Straps**</span>

**SPT** – 20 gauge. Ties single and double plates to studs

**SPTH** – Heavier 18 gauge version of SPT

**SPTHW** – 18 gauge. Attaches plate to studs over 1/2" sheathing

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical SPTWH installation**



**Typical SPT4 installation**



**SPTHW**



**SPTH**



**SPT**

| Stud Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | DF/SP Allowable Loads (Lbs.) | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | Qty | Type | Uplift[1] 160% | | |
| 4x | SPT4 | SP4 | 20 | 3-9/16 | 6-7/8 | 6 | 10d x 1-1/2 | 875 | 🟩 | |
| | SPTH4 | SPH4 | 18 | 3-9/16 | 8-5/8 | 12 | 10d x 1-1/2 | 2195 | | |
| | SPTHW4 | SPH4R | 18 | 4-1/16 | 8-3/8 | 12 | 10d x 1-1/2 | 2195 | | |
| 6x | SPT6 | SP6 | 20 | 5-9/16 | 7-5/8 | 6 | 10d x 1-1/2 | 875 | 🟩 | IBC, FL, LA |
| | SPTH6 | SPH6 | 18 | 5-9/16 | 9-3/8 | 12 | 10d x 1-1/2 | 2195 | | |
| | SPTHW6 | SPH6R | 18 | 6-1/16 | 9-1/8 | 12 | 10d x 1-1/2 | 2195 | | |
| 8x | SPT8 | SP8 | 20 | 7-5/16 | 8-1/2 | 6 | 10d x 1-1/2 | 875 | 🟩 | |
| | SPTH8 | SPH8 | 18 | 7-5/16 | 8-1/2 | 12 | 10d x 1-1/2 | 2195 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Corrosion Finish** 🟦 Stainless Steel  🟧 Gold Coat  ⬜ HDG  🟩 Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:orange">**Angles & Straps**</span>

## **SFC** Framing Clips

Framing clips replace end cripples under window sills.

**Materials:** 16 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical SFC6 installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sill | | Stud | | F1 | | | Uplift | |
| | | | W | H | D | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | |
| SFC6 | -- | 16 | 5-1/2 | 2-1/2 | 2-1/2 | 5 | 16d | 5 | 16d | 690 | 795 | 865 | 750 | -- |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.



**SFC6**

---

## **HH** Header Hangers

Header Hangers support headers in door and window framing and help eliminate cracks in drywall, plaster, or stucco over windows and doors. These products also provide anchorage and support for heavy fence rails, struts, or gate post cross brackets.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical HH44 installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.) | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Header | | Stud | | F1 | | | F2[1] | F3[1] | F4[1] | |
| | | | W | H | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 160% | 160% | |
| HH44 | HH4 | 16 | 3-9/16 | 3-1/4 | 4 | 16d | 9 | 16d | 1325 | 1500 | 1620 | 835 | 895 | 1390 | IBC, FL, LA |
| HH66 | HH6 | 16 | 5-1/2 | 5-1/4 | 6 | 16d | 12 | 16d | 1765 | 2000 | 2160 | 1025 | 1345 | 2400 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**



**HH44**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## SDPT Strap Post Ties

Connects 2x4 stair posts and 4x4 posts to deck rim joist or stair stringers.

**Materials:** 14 gauge
**Finish:** G-185 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install units in pairs on 2x4 (SDPT5-TZ) or 4x4 (SDPT7-TZ) post. Space the connectors 5" apart from center to center on the post. Use through bolts to fasten connectors to rim joist or stringer. Do not use lag bolts. Fasten to post with specified nails (see chart).



**Typical SDPT7-TZ installation**

**SDPT5-TZ**



| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule | | | | | Corrosion Finish | Code Ref. |
| | | | | Nails[2] | | Bolts[1] | | | | |
| | | | | Qty | Type | Qty | Dia. | | | |
| 2 x 4 | SDPT5-TZ | DPT5Z | 14 | 5 | 10d x 1-1/2 HDG | 2 | 3/8 HDG | | | -- |
| 4 x 4 | SDPT7-TZ | DPT7Z | 14 | 5 | 10d x 1-1/2 HDG | 2 | 3/8 HDG | | | |

1) Bolts shall conform to ASTM A 307 or better.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



**SDPT7-TZ**

## SDJT Joist Tie

Secures 2x joists to posts.

**Materials:** 14 gauge
**Finish:** G-185 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Use with 2x lumber for joists (minimum height is 2x4). Install with either specified nails or through bolts. Do not use lag bolts. To ease installation, attach to 4x4 post first.



**Typical SDJT14-TZ installation**



**SDJT14-TZ**

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule | | | | DF/SP Allowable Loads (Lbs.) | | | | | | Corrosion Finish | Code Ref. |
| | | | | Nails[2] | | Bolts[1] | | Nails | | | Bolts | | | | |
| | | | | Qty | Type | Qty | Dia. | 100% | 115% | 125% | 100% | 115% | 125% | | |
| 4 x 4 | SDJT14-TZ | DJT14Z | 14 | 8 | 16d HDG | 2 | 3/8 HDG | 1120 | 1290 | 1400 | 1400 | 1400 | 1400 | | -- |

1) Bolts shall conform to ASTM A 307 or better.
2) **NAILS:** 16d HDG nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# LJC / LJQ  Lateral Joist Connectors

The LJC-TZ and LJQ-TZ Lateral Joist Connectors transfer lateral loads at the top foundation to the floor joists. The fastening patterns meet I-joist manufacturer recommendations.

**LJC-TZ** – fastens the top side of the sill plate to the underside of the floor joist preventing splitting of the bottom chord flanges, and can be installed after the floor system has been installed. The product is load rated for use with dimensional lumber floor joists as well as I-joist. It can also be used with cantilevered floor joists.

**LJQ-TZ** – is a higher capacity connector designed for higher loads. It is similar in design to a joist hanger with a seat for the floor joist to bear against and utilizes wood screws to fasten to the sill plate. MiTek's WS15-EXT structural wood screws (included) provide quick installation without the need to predrill holes.

**Materials:**  See chart
**Finish:**  G-185 galvanizing
**Codes:**  IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **LJC-TZ** –  Installs after the floor joist has been placed with a minimum of (12) 8d (0.131") x 1-1/2" HDG nails.
• **LJQ-TZ** – Installs with (4) MiTek WS15-EXT structural wood screws. WS15-EXT structural wood screws are 1/4" dia. x 1-1/2" long and are included with LJQ-TZ connectors.




**Typical LJC-TZ installation**



**Typical LJQ-TZ installation**



**LJC-TZ**



**LJQ-TZ**

**Angles & Straps**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[1,2] | | Allowable Loads (Lbs.) | | | | | | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DF I-Joist | | | DF Plate | | | SP Plate | | | | |
| | | | W | L | D | Qty | Type | F2 90% | F2 100% | F2 160% | F2 90% | F2 100% | F2 160% | F2 90% | F2 100% | F2 160% | | |
| LJC-TZ | -- | 18 | 3-3/16 | 8 | -- | 12 | 8d x 1-1/2 HDG | 515 | 570 | 670 | 515 | 570 | 670 | -- | -- | -- | | IBC, FL, LA |
| LJQ15-TZ | -- | 16 | 1-9/16 | 3 | 1-1/2 | 4 | WS15-EXT | 915 | 1015 | 1110 | -- | -- | -- | 915 | 1015 | 1110 | | |
| LJQ17-TZ | -- | 16 | 1-13/16 | 3 | 1-1/2 | 4 | WS15-EXT | 915 | 1015 | 1110 | -- | -- | -- | 915 | 1015 | 1110 | | |
| LJQ20-TZ | -- | 16 | 2-1/8 | 3 | 1-1/2 | 4 | WS15-EXT | 915 | 1015 | 1110 | -- | -- | -- | 915 | 1015 | 1110 | | |
| LJQ23-TZ | -- | 16 | 2-5/16 | 3 | 1-1/2 | 4 | WS15-EXT | 915 | 1015 | 1110 | -- | -- | -- | 915 | 1015 | 1110 | | |
| LJQ25-TZ | -- | 16 | 2-9/16 | 3 | 1-1/2 | 4 | WS15-EXT | 915 | 1015 | 1110 | -- | -- | -- | 915 | 1015 | 1110 | | |
| LJQ35-TZ | -- | 16 | 3-9/16 | 3 | 1-1/2 | 4 | WS15-EXT | 915 | 1015 | 1260 | -- | -- | -- | 915 | 1015 | 1260 | | |

1) MiTek's WS15-EXT structural wood screws are 1/4" dia. x 1/2" long and are included with LJQ connectors.
2) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# HRS / HTP / KST / KSTI / LSTA / LSTI / MSTA / MSTC / ST  Strap Ties     Angles & Straps

**HRS** – 12 gauge, 1-3/8" or 3-1/4" wide strapping

**LSTA** – 20 or 18 gauge, light-capacity 1-1/4" wide strapping

**LSTI** – 3-3/4" wide strap ties provide tension load path for truss top chords. The nail pattern accommodates open web trusses with double top chord

**MSTA** – 18 or 16 gauge, medium-capacity 1-1/4" wide strapping

**HTP** – 16 gauge, medium-capacity 3" wide strapping

**ST** – 16 gauge, medium-capacity 1-1/4" wide strapping

**MSTC** – 3" wide strapping. Slotted hole design allows for higher load capacities and reduces splitting of lumber when attached to multiple 2x members

**KST** – 3/4", 1-3/4", or 2-1/16" wide strapping. Straps can be fastened using either nails or bolts. Some KST straps install only with nails

**KSTI** – 2-1/16" wide strapping. Straps are designed for installation to wood I-Joist flanges

Some model designs may vary from illustration shown



**KST scalloped design**   **KST straight edge design**   **HTP37-TZ**   **HRS416-TZ**   **HRS**



**LSTA/MSTA**   **KSTI**   **MSTC**   **LSTI**   **KST116**   **ST**



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Angles & Straps**

# HRS / HTP / KST / KSTI / LSTA / LSTI / MSTA / MSTC / ST Strap Ties    Angles & Straps

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Designer may specify alternate nailing schedules. Refer to **Nail Specification Table** on page 23 for nail shear values.
- The quantity of nails installed shall be equally distributed to both ends of the strap.



LTW twist strap page 131

**Typical LSTA/MSTA I-Joist on ridge beam installation**



**Typical LSTI open web truss installation**

| MiTek USP Stock No.[4] | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[5] | | | DF/SP Allowable Tension Loads (Lbs.)[1] 160% | S-P-F/HF Allowable Tension Loads (Lbs.)[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | L | Total Qty[2] | Min Qty[3] | Type | | | | |
| KST116 | ST2115 | 20 | 3/4 | 16-5/16 | 10 | 8 | 16d | 665 | 665 | | |
| LSTA9 | LSTA9 | 20 | 1-1/4 | 9 | 8 | 8 | 10d | 740 | 635 | | |
| LSTA12 | LSTA12 | 20 | 1-1/4 | 12 | 10 | 10 | 10d | 930 | 790 | | |
| LSTA15 | LSTA15 | 20 | 1-1/4 | 15 | 12 | 12 | 10d | 1115 | 950 | | |
| LSTA18 | LSTA18 | 20 | 1-1/4 | 18 | 14 | 14 | 10d | 1235 | 1110 | | |
| LSTA21 | LSTA21 | 20 | 1-1/4 | 21 | 16 | 16 | 10d | 1235 | 1235 | | |
| LSTA24 | LSTA24 | 20 | 1-1/4 | 24 | 18 | 16 | 10d | 1235 | 1235 | | |
| KST29 | ST292 | 20 | 1-3/4 | 9-7/16 | 14 | 14 | 16d | 1545 | 1320 | | |
| KST213 | ST2122 | 20 | 1-3/4 | 12-11/16 | 18 | 18 | 16d | 1785 | 1700 | | |
| KST216 | ST2215 | 20 | 1-3/4 | 15-15/16 | 22 | 18 | 16d | 1785 | 1700 | | |
| LSTA30 | LSTA30 | 18 | 1-1/4 | 30 | 22 | 22 | 10d | 1640 | 1640 | | |
| LSTA36 | LSTA36 | 18 | 1-1/4 | 36 | 26 | 22 | 10d | 1640 | 1640 | | |
| MSTA9 | MSTA9 | 18 | 1-1/4 | 9 | 8 | 8 | 10d | 750 | 645 | | IBC, FL, LA |
| MSTA12 | MSTA12 | 18 | 1-1/4 | 12 | 10 | 10 | 10d | 935 | 810 | | |
| MSTA15 | MSTA15 | 18 | 1-1/4 | 15 | 12 | 12 | 10d | 1125 | 970 | | |
| MSTA18 | MSTA18 | 18 | 1-1/4 | 18 | 14 | 14 | 10d | 1310 | 1130 | | |
| MSTA21 | MSTA21 | 18 | 1-1/4 | 21 | 16 | 16 | 10d | 1500 | 1295 | | |
| MSTA24 | MSTA24 | 18 | 1-1/4 | 24 | 18 | 18 | 10d | 1640 | 1455 | | |
| LSTI49 | LSTI49 | 18 | 3-3/4 | 49 | 32 | 32 | 10d x 1-1/2 | 2970 | 2560 | | |
| LSTI73 | LSTI73 | 18 | 3-3/4 | 73 | 48 | 48 | 10d x 1-1/2 | 4130 | 3840 | | |
| ST9 | ST9 | 16 | 1-1/4 | 9 | 8 | 8 | 16d | 895 | 775 | | |
| ST12 | ST12 | 16 | 1-1/4 | 11-5/8 | 10 | 10 | 16d | 1120 | 970 | | |
| ST18 | ST18 | 16 | 1-1/4 | 17-3/4 | 14 | 14 | 16d | 1570 | 1355 | | |
| ST22 | ST22 | 16 | 1-1/4 | 21-5/8 | 18 | 18 | 16d | 1705 | 1705 | | |
| MSTA30 | MSTA30 | 16 | 1-1/4 | 30 | 22 | 22 | 10d | 2065 | 1815 | | |
| MSTA36 | MSTA36 | 16 | 1-1/4 | 36 | 26 | 26 | 10d | 2065 | 2065 | | |
| MSTA48 | MSTA49 | 16 | 1-1/4 | 48 | 32 | 26 | 10d | 2045 | 2045 | | |
| KST218 | ST6215 | 16 | 1-3/4 | 19-3/16 | 26 | 26 | 16d | 2955 | 2540 | | |
| KST224 | ST6224 | 16 | 1-3/4 | 22-7/16 | 30 | 30 | 16d | 2960 | 2930 | | |
| HTP37-TZ | HTP37Z | 16 | 3 | 7 | 20 | 20 | 10d x 1-1/2 | 1855 | 1600 | | -- |
| MSTC28 | MSTC28 | 16 | 3 | 28-1/4 | 36 | 36 | 10d | 3455 | 2965 | | |
| | | | | | 36 | 34 | 16d | 3860 | 3320 | | |
| MSTC40 | MSTC40 | 16 | 3 | 40-1/4 | 52 | 52 | 10d | 4715 | 4285 | | |
| | | | | | 52 | 46 | 16d | 4715 | 4490 | | |
| MSTC52 | MSTC52 | 16 | 3 | 52-1/4 | 70 | 60 | 10d | 4715 | 4715 | | IBC, FL, LA |
| | | | | | 70 | 52 | 16d | 4715 | 4715 | | |
| KST234 | ST6236 | 14 | 1-3/4 | 32-3/16 | 42 | 36 | 16d | 3775 | 3660 | | |
| MSTC66 | MSTC66 | 14 | 3 | 65-3/4 | 88 | 72 | 10d | 6015 | 6015 | | |
| | | | | | 88 | 62 | 16d | 6015 | 6015 | | |
| MSTC78 | MSTC78 | 14 | 3 | 77-3/4 | 104 | 76 | 10d | 6015 | 6015 | | |
| | | | | | 104 | 66 | 16d | 6015 | 6015 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase may be permitted.
2) Total number of nail and/or bolt holes provided in the strap.
3) Minimum quantity of fasteners to be installed with equal fasteners at each end of the connection. Product may have additional nail holes not needed to meet published allowable load of product.
4) For MSTC straps: 16d sinker nails may be substituted for 10d nails with no reduction in load.
5) **NAILS:** 10d x 1-1/2 nails are 0.148"dia. x 1-1/2"long, 10d nails are 0.148"dia. x 3"long, 16d nails are 0.162"dia. x 3-1/2"long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish**
- ■ Stainless Steel    ■ Gold Coat
- ■ HDG    ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Angles & Straps**

# HRS / HTP / KST / KSTI / LSTA / LSTI / MSTA / MSTC / ST Strap Ties   Angles & Straps

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[6,7] | | | | | DF/SP Allowable Tension Loads (Lbs.)[1,2] | | S-P-F/HF Allowable Tension Loads (Lbs.)[1,2] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Nails | | | Bolts | | Nails | Bolts[5] | Nails | Bolts[5] | | |
| | | | W | L | Total Qty[3] | Min Qty[4] | Type | Min Qty[4] | Dia. | 160% | 160% | 160% | 160% | | |
| HRS6 | HRS6 | 12 | 1-3/8 | 6 | 6 | 6 | 10d | -- | -- | 640 | -- | 550 | -- | | |
| HRS8 | HRS8 | 12 | 1-3/8 | 8 | 10 | 10 | 10d | -- | -- | 1065 | -- | 920 | -- | | -- |
| HRS12 | HRS12 | 12 | 1-3/8 | 12 | 14 | 14 | 10d | -- | -- | 1490 | -- | 1290 | -- | | |
| KST227 | MST27 | 12 | 2-1/16 | 27 | 34 | 34 | 16d | 4 | 1/2 | 4215 | 2190 | 3645 | 2020 | | |
| KST237 | MST37 | 12 | 2-1/16 | 37-1/2 | 48 | 48 | 16d | 6 | 1/2 | 5140 | 3105 | 5140 | 2875 | | |
| KST248 | MST48 | 12 | 2-1/16 | 48 | 62 | 54 | 16d | 8 | 1/2 | 5140 | 3825 | 5140 | 3555 | | IBC, FL, LA |
| KSTI226 | MSTI26 | 12 | 2-1/16 | 26 | 26 | 26 | 10d x 1-1/2 | -- | -- | 2765 | -- | 2390 | -- | | |
| KSTI236 | MSTI36 | 12 | 2-1/16 | 36 | 36 | 36 | 10d x 1-1/2 | -- | -- | 3830 | -- | 3310 | -- | | |
| KSTI248 | MSTI48 | 12 | 2-1/16 | 48 | 48 | 48 | 10d x 1-1/2 | -- | -- | 5105 | -- | 4415 | -- | | |
| KSTI260 | MSTI60 | 12 | 2-1/16 | 60 | 60 | 60 | 10d x 1-1/2 | -- | -- | 5140 | -- | 5140 | -- | | |
| KSTI272 | MSTI72 | 12 | 2-1/16 | 72 | 72 | 60 | 10d x 1-1/2 | -- | -- | 5140 | -- | 5140 | -- | | |
| HRS416-TZ | HRS416Z | 12 | 3-1/4 | 16 | 16 | 16 | WS15-EXT | -- | -- | 2945 | -- | 2410 | -- | | -- |
| KST260 | MST60 | 10 | 2-1/16 | 60 | 72 | 64 | 16d | 10 | 1/2 | 6720 | 4695 | 6720 | 4425 | | IBC, FL, LA |
| KST272 | MST72 | 10 | 2-1/16 | 72 | 72 | 64 | 16d | 10 | 1/2 | 6720 | 4695 | 6720 | 4425 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are based on the use of either nails or bolts; nail and bolt values cannot be combined.
3) Total number of nail and/or bolt holes provided in the strap.
4) Minimum quantity of fasteners to be installed with equal quantity of fasteners at each end of the connection. Product may contain additional nail holes not needed to meet published allowable load of product.
5) Allowable bolt loads are based on parallel-to-grain loading, minimum of 2-1/2" thick.
6) MiTek's WS15-EXT structural wood screws are 1/4" dia. x 1-1/2" long.
7) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.



**Corrosion Finish**
- ■ Stainless Steel    ■ Gold Coat
- ■ HDG    ■ Triple Zinc

## Clear Span Chart

| MiTek USP Stock No. | Ref. No. | Clear Span | 10d x 1-1/2 Fasteners[3] | | | 10d Fasteners[3] | | 16d Fasteners[3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total[2] Qty | DF/SP Tension 160%[1] | | Total[2] Qty | DF/SP Tension 160%[1] | Total[2] Qty | DF/SP Tension 160%[1] |
| MSTC28 | MSTC28 | 18 | -- | -- | | 12 | 1150 | 12 | 1365 |
| | | 16 | | | | 16 | 1535 | 14 | 1590 |
| MSTC40 | MSTC40 | 18 | | | | 28 | 2690 | 24 | 2725 |
| | | 16 | | | | 32 | 3070 | 30 | 3410 |
| MSTC52 | MSTC52 | 18 | | | | 44 | 4225 | 38 | 4315 |
| | | 16 | | | | 48 | 4610 | 42 | 4715 |
| MSTC66 | MSTC66 | 18 | | | | 62 | 6015 | 54 | 6015 |
| | | 16 | | | | 64 | 6015 | 54 | 6015 |
| MSTC78 | MSTC78 | 18 | | | | 64 | 6015 | 54 | 6015 |
| | | 16 | | | | 66 | 6015 | 56 | 6015 |
| KST237 | MST37 | 18 | -- | -- | | 22 | 2340 | 20 | 2480 |
| | | 16 | | | | 24 | 2555 | 22 | 2730 |
| KST248 | MST48 | 18 | | | | 34 | 3620 | 32 | 3970 |
| | | 16 | | | | 38 | 4045 | 34 | 4215 |
| KST260 | MST60 | 18 | | | | 52 | 6115 | 46 | 6255 |
| | | 16 | | | | 54 | 6350 | 48 | 6530 |
| KST272 | MST72 | 18 | | | | 52 | 6225 | 46 | 6255 |
| | | 16 | | | | 54 | 6350 | 48 | 6530 |
| KSTI236 | MSTI36 | 18 | 14 | 1410 | | -- | -- | -- | -- |
| | | 16 | 16 | 1615 | | | | | |
| KSTI248 | MSTI48 | 18 | 26 | 2620 | | | | | |
| | | 16 | 28 | 2820 | | | | | |
| KSTI260 | MSTI60 | 18 | 38 | 3830 | | | | | |
| | | 16 | 40 | 4030 | | | | | |
| KSTI272 | MSTI72 | 18 | 50 | 5040 | | | | | |
| | | 16 | 52 | 5240 | | | | | |



Optional nails (wood shrinkage may occur and cause strap to buckle outward)

End length

Clear span

End length

1" min.

**Typical KST237 floor-to-floor installation**

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Total quantity of nails used.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Angles & Straps**

## KHST / KRPS / PS Strap Ties

**KRPS** – Meets IBC, IRC, & L.A. City requirements for notched plates where pipes placed in partitions

**PS** – Piling Straps connect wood pilings to floor girders. Hot-dip galvanized for corrosion protection in coastal environments

**KHST** – Heavy-capacity strap that utilizes bolts

**Materials:** See chart
**Finish:** KHST – Primer; KRPS – G90 galvanizing; PS – Hot-dip galvanized
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references
IRC R602.6.1, IBC 2308.5.8





Built-up beam

Piling

**Typical KRPS installation**

**Typical PS720-HDG installation**

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install one strap tie for each 2x plate.



**KHST**



**KRPS**



**PS720-HDG**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| MiTek USP Stock No.[3] | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) L | Notch Width (in) | Fastener Schedule[4] Nails Qty | Fastener Schedule[4] Nails Type | Fastener Schedule[4] Bolts Qty | Fastener Schedule[4] Bolts Type | DF/SP Allowable Loads (Lbs.)[1,2] Tension 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KHST2 | HST2 | 7 | 2-1/2 | 21-1/4 | -- | -- | -- | 6 | 5/8 | 5345 | | IBC, FL, LA |
| KHST3 | HST3 | 3 | 3 | 25-1/2 | -- | -- | -- | 6 | 3/4 | 7920 | | |
| KHST5 | HST5 | 7 | 5 | 21-1/4 | -- | -- | -- | 12 | 5/8 | 10825 | | |
| KHST6 | HST6 | 3 | 6 | 25-1/2 | -- | -- | -- | 12 | 3/4 | 15935 | | |
| PS218-HDG | PS218 | 7 | 2 | 18 | -- | -- | -- | 4 | 5/8 | -- | | -- |
| PS418-HDG | PS418 | 7 | 4 | 18 | -- | -- | -- | 4 | 5/8 | -- | | |
| PS720-HDG | PS720 | 7 | 6-3/4 | 20 | -- | -- | -- | 8 | 5/8 | -- | | |
| KRPS18 | RPS18 | 16 | 1-1/2 | 18-5/16 | ≤ 5-1/2 | 12 | 16d | -- | -- | 1345 | | IBC, FL, LA |
| KRPS22 | RPS22 | 16 | 1-1/2 | 22-5/16 | ≤ 5-1/2 | 12 | 16d | -- | -- | 1345 | | IBC, FL |
| | | | | | | 16 | | | | 1790 | | IBC, FL, LA |
| KRPS28 | RPS28 | 16 | 1-1/2 | 28-5/16 | ≤ 12 | 12 | 16d | -- | -- | 1345 | | IBC, FL |
| | | | | | | 16 | | | | 1790 | | IBC, FL, LA |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are based on single shear, parallel to grain loading with a 3-1/2" minimum member thickness for KHST2 and KHST5, and 4-1/2" minimum member thickness for KHST3 and KHST6.
3) PS piling strap design loads must be determined for each installation. Bolts are installed perpendicular and parallel-to-grain.
4) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



**PS218-HDG**
PS418-HDG similar

MiTek® Product Catalog

## L / LH / T / TH Straps

**L / T** – 14 gauge medium-capacity straps fasten with either nails or bolts

**LH / TH** – 7 gauge heavy-capacity bolt-on strap

**Materials:** See chart
**Finish:** G90 galvanizing; LH / TH – Primer; TH12-HDG – Hot-dip galvanized
**Options:** See chart for Corrosion Finish Options. Available for special order in black primer coated finish.

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Straps are not load rated.**



T6          L6

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[1,2] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | L | Bolts | | Nails | | | |
| | | | | | | Qty | Dia. | Qty | Type | | |
| T6 | 66T | 14 | 1-1/2 | 5 | 6 | 3 | 1/2 | 12 | 16d | ■ | |
| T8 | -- | 14 | 2 | 8 | 8-1/2 | 3 | 1/2 | 12 | 16d | | |
| T12 | 128T | 14 | 2 | 8 | 12 | 3 | 1/2 | 12 | 16d | | |
| T1212 | 1212T | 14 | 2 | 12 | 12 | 3 | 1/2 | 12 | 16d | | |
| L6 | 66L | 14 | 1-1/2 | 6 | 6 | 2 | 1/2 | 8 | 16d | ■ | |
| L8 | 88L | 14 | 2 | 8 | 8 | 2 | 1/2 | 8 | 16d | | |
| L12 | 1212L | 14 | 2 | 12 | 12 | 3 | 1/2 | 12 | 16d | | -- |
| TH12-HDG | 1212HT, 1212HTHDG | 7 | 2-1/2 | 12 | 12 | 6 | 5/8 | -- | -- | | |
| TH16 | 1616HT | 7 | 2-1/2 | 16 | 16-1/4 | 6 | 5/8 | -- | -- | ▬ | |
| LH12 | 1212HL | 7 | 3 | 12 | 12 | 5 | 5/8 | -- | -- | ▬ | |
| LH16 | 1616HL | 7 | 2-1/2 | 16 | 16 | 7 | 5/8 | -- | -- | | |

TH16          LH12

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

1) All bolts shall meet or exceed the specifications of ASTM A 307.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

## Ornamental

Ornamental notching provides architectural appearance for exposed applications.

**Materials:** See chart
**Finish:** Black primer

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Connectors are not load rated.**




T1212-0          L12-0

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Description | Dimensions (in) | | | Bolt Schedule[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | L | Qty | Dia. | |
| KHL33-O | OHA33 | 7 | Heavy Angle | 3-1/4 | -- | 2-1/2 | 2 | 5/8 | |
| KHL36-O | OHA36 | 7 | Heavy Angle | 3-1/4 | -- | 6 | 4 | 5/8 | |
| KHST64-O | OHS135 | 7 | Strap Tie | 6 | -- | 13-1/2 | 4 | 3/4 | |
| ST12-O | OS | 12 | Strap Tie | 2 | -- | 12 | 4 | 1/2 | |
| L12-O | OL | 12 | 'L' Strap | 2-1/2 | 11-7/8 | 11-7/8 | 5 | 1/2 | -- |
| LH12-O | OHL | 7 | 'L' Strap | 2-1/2 | 11-7/8 | 11-7/8 | 5 | 5/8 | |
| T1212-O | OT | 12 | 'T' Strap | 2-1/2 | 11-7/8 | 14-1/2 | 6 | 1/2 | |
| TH12-O | OHT | 7 | 'T' Strap | 2-1/2 | 11-7/8 | 11-1/8 | 4 | 5/8 | |
| TH16-O | -- | 7 | 'T' Strap | 2-1/2 | 11-7/8 | 16-1/8 | 6 | 5/8 | |

1) All bolts shall meet or exceed the specifications of ASTM A 307.

**Some model designs may vary from illustration shown**



3-1/4"
3-1/4"
2-1/2"

KHL33-O

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# CMST / CMSTC / RS  Coiled Strapping

<span style="color:orange">**Angles & Straps**</span>

Coiled strapping enables cut-to-length convenience for a variety of immediate job site needs.

**CMST** – 3" wide strapping features diamond nail holes to provide nailing options and reduce wood splitting

**CMSTC** – 3" wide strapping is designed for high load conditions. Engineered to reduce wood splitting

**RS** – 1-1/4" wide strapping packaged in cartons containing 25-foot or longer coils

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options and Strap Lap Splice information on page 127
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• For safety, always wear gloves when handling or cutting coiled strapping.
• **CMST/CMSTC** installations: Install to a minimum 2-ply 2x edge. Increase nail spacing if wood begins to split.
• Designer may specify alternate nailing schedules. Refer to **Nail Specification Table** on page 23 for nail shear values. Load values shall not exceed published allowable loads.



**Typical RS rim joist installation**



RS    CMSTC16    CMST

**Angles & Straps**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Coil Length | DF/SP | | | | | | S-P-F / Hem Fir | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Rim Joist Installation | | Fastener Schedule[3,4] | | Nail Spacing O.C. | Allowable Tension (Lbs.)[1] 160% | Rim Joist Installation | | Fastener Schedule[3,4] | | Nail Spacing O.C. | Allowable Tension (Lbs.)[1] 160% | |
| | | | | Cut Length | End Length | Min Qty.[2] | Type | | | Cut Length | End Length | Min Qty.[2] | Type | | | |
| CMSTC16 | CMSTC16 | 16 | 54' | Clear Span + 46" | 23" | 60 | 10d | 1-1/2" | 4715 | Clear Span + 58" | 29" | 74 | 10d | 1-1/2" | 4715 | IBC, FL, LA |
| | | | | Clear Span + 90" | 45" | 60 | 10d | 3" | | Clear Span + 112" | 56" | 74 | 10d | 3" | | |
| | | | | Clear Span + 40" | 20" | 50 | 16d | 1-1/2" | | Clear Span + 48" | 24" | 62 | 16d | 1-1/2" | | |
| | | | | Clear Span + 76" | 38" | 50 | 16d | 3" | | Clear Span + 94" | 47" | 62 | 16d | 3" | | |
| CMST14 | CMST14 | 14 | 52-1/2' | Clear Span + 58" | 29" | 64 | 16d | 1-3/4" | 6630 | Clear Span + 72" | 36" | 80 | 16d | 1-3/4" | 6630 | |
| | | | | Clear Span + 130" | 65" | 74 | 10d | 3-1/2" | | Clear Span + 164" | 82" | 94 | 10d | 3-1/2" | | |
| | | | | Clear Span + 256" | 128" | 74 | 10d | 7" | | Clear Span + 326" | 163" | 94 | 10d | 7" | | |
| CMST12 | CMST12 | 12 | 40' | Clear Span + 74" | 37" | 82 | 16d | 1-3/4" | 9320 | Clear Span + 90" | 45" | 102 | 16d | 1-3/4" | 9320 | |
| | | | | Clear Span + 168" | 84" | 96 | 10d | 3-1/2" | | Clear Span + 206" | 103" | 118 | 10d | 3-1/2" | | |
| | | | | Clear Span + 332" | 166" | 96 | 10d | 7" | | Clear Span + 410" | 205" | 118 | 10d | 7" | | |
| RS300 | -- | 22 | 300' | Clear Span + 12" | 6" | 12 | 10d | 1-1/2" | 925 | Clear Span + 14" | 7" | 16 | 10d | 1-1/2" | 925 | |
| | | | | | | 14 | 8d | 1-1/2" | | Clear Span + 16" | 8" | 18 | 8d | 1-1/2" | | |
| RS22-R | -- | | 25' | | | 12 | 10d | 1-1/2" | | Clear Span + 14" | 7" | 16 | 10d | 1-1/2" | | |
| | | | | | | 14 | 8d | 1-1/2" | | Clear Span + 16" | 8" | 18 | 8d | 1-1/2" | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Minimum quantity of fasteners to be installed with equal fasteners at each end of the connection. Fasteners must be installed a minimum 1" distance from the end of the studs. Product may have additional nail holes not needed to meet published allowable load.
3) 16d sinker nails may be substituted for 10d nails with no load reduction.
4) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

Continued on next page

**MiTek®** Product Catalog

# CMST / CMSTC / RS  Coiled Strapping

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Coil Length | DF/SP | | | | | | S-P-F / Hem Fir | | | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Rim Joist Installation | | Fastener Schedule[3,4] | | Nail Spacing O.C. | Allowable Tension (Lbs.)[1] 160% | Rim Joist Installation | | Fastener Schedule[3,4] | | Nail Spacing O.C. | Allowable Tension (Lbs.)[1] 160% | | |
| | | | | Cut Length | End Length | Min Qty.[2] | Type | | | Cut Length | End Length | Min Qty.[2] | Type | | | | |
| RS250 | CS20 | 20 | 250' | Clear Span + 12" | 6" | 14 | 10d | 1-1/2" | 1045 | Clear Span + 16" | 8" | 18 | 10d | 1-1/2" | 1045 | | IBC, FL, LA |
| | | | | Clear Span + 14" | 7" | 16 | 8d | 1-1/2" | | Clear Span + 18" | 9" | 20 | 8d | 1-1/2" | | | |
| RS20-R | CS20-R, CSHP20 | | 25' | Clear Span + 12" | 6" | 14 | 10d | 1-1/2" | | Clear Span + 16" | 8" | 18 | 10d | 1-1/2" | | | |
| | | | | Clear Span + 14" | 7" | 16 | 8d | 1-1/2" | | Clear Span + 18" | 9" | 20 | 8d | 1-1/2" | | | |
| RS200 | -- | 18 | 200' | Clear Span + 16" | 8" | 18 | 10d | 1-1/2" | 1375 | Clear Span + 18" | 9" | 22 | 10d | 1-1/2" | 1375 | | |
| | | | | Clear Span + 18" | 9" | 22 | 8d | 1-1/2" | | Clear Span + 22" | 11" | 26 | 8d | 1-1/2" | | | |
| RS100 | CSHP18 | | 100' | Clear Span + 16" | 8" | 18 | 10d | 1-1/2" | | Clear Span + 18" | 9" | 22 | 10d | 1-1/2" | | | |
| | | | | Clear Span + 18" | 9" | 22 | 8d | 1-1/2" | | Clear Span + 22" | 11" | 26 | 8d | 1-1/2" | | | |
| RS18-R | -- | | 25' | Clear Span + 16" | 8" | 18 | 10d | 1-1/2" | | Clear Span + 18" | 9" | 22 | 10d | 1-1/2" | | | |
| | | | | Clear Span + 18" | 9" | 22 | 8d | 1-1/2" | | Clear Span + 22" | 11" | 26 | 8d | 1-1/2" | | | |
| RS150 | CS16 | 16 | 150' | Clear Span + 18" | 9" | 22 | 10d | 1-1/2" | 1730 | Clear Span + 24" | 12" | 28 | 10d | 1-1/2" | 1730 | | |
| | | | | Clear Span + 22" | 11" | 26 | 8d | 1-1/2" | | Clear Span + 26" | 13" | 32 | 8d | 1-1/2" | | | |
| RS16-R | CS16-R | | 25' | Clear Span + 18" | 9" | 22 | 10d | 1-1/2" | | Clear Span + 24" | 12" | 28 | 10d | 1-1/2" | | | |
| | | | | Clear Span + 22" | 11" | 26 | 8d | 1-1/2" | | Clear Span + 26" | 13" | 32 | 8d | 1-1/2" | | | |
| RS14-100 | CS14 | 14 | 100' | Clear Span + 24" | 12" | 28 | 10d | 1-1/2" | 2610 | Clear Span + 30" | 15" | 36 | 10d | 1-1/2" | 2610 | | |
| | | | | Clear Span + 28" | 14" | 34 | 8d | 1-1/2" | | Clear Span + 34" | 17" | 42 | 8d | 1-1/2" | | | |
| RS14-R | CS14-R | | 25' | Clear Span + 24" | 12" | 28 | 10d | 1-1/2" | | Clear Span + 30" | 15" | 36 | 10d | 1-1/2" | | | |
| | | | | Clear Span + 28" | 14" | 34 | 8d | 1-1/2" | | Clear Span + 34" | 17" | 42 | 8d | 1-1/2" | | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Minimum quantity of fasteners to be installed with equal fasteners at each end of the connection. Fasteners must be installed a minimum 1" distance from the end of the studs. Product may have additional nail holes not needed to meet published allowable load.
3) 16d sinker nails may be substituted for 10d nails with no load reduction.
4) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 10d nails are 0.148" dia. x 3" long.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

## Strap Lap Splice Table

Multiple straps can be used as a single tension member by overlapping the straps and aligning the fastener holes. See table below for minimum splice length and fasteners needed to transfer the straps maximum tensile capacity.

| MiTek USP Stock No. | Steel Gauge | Fastener Type[3] | Strap Lap Splice[2] | |
|---|---|---|---|---|
| | | | Minimum Fasteners per Splice[1] | Minimum Splice Length (in) |
| CMST12 | 12 | 10d | 33 | 30 |
| | | 16d | 27 | 25 |
| CMST14 | 14 | 10d | 23 | 21 |
| | | 16d | 20 | 19 |
| CMSTC16 | 16 | 10d | 17 | 14 |
| | | 16d | 14 | 11 |
| RS150 | 16 | 8d | 8 | 6 |
| | | 10d | 6 | 5 |

1) All fasteners must be installed in existing nail holes.
2) Minimum edge distance and end distance must be followed per applicable code.
3) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.



Minimum Splice Length

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Angles & Straps**

# MSTCB Pre-Bent Straps

The MSTCB Pre-Bent Strap is designed to fasten vertical studs to a beam or ridge beam member below where the beam depth will not allow complete fastener attachments with a standard product.

**Materials:** 14 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Side view**

**Typical MSTC66B3 installation**



**MSTCB**

| MiTek USP Stock No. | Ref. No. | Ga | L (in) | Min. Beam Dimensions (in) | | Fastener Schedule[5] | | | | | DF/SP Allowable Loads (Lbs.)[1] | S-P-F Allowable Loads (Lbs.)[1] | Code Ref. |
| | | | | | | Beam | | | Stud/ Post[2,3,4] | | | | |
| | | | | W | D | Face Qty | Bottom Qty | Type | Qty | Type | Tension 160% | Tension 160% | |
| MSTC48B3 | MSTC48B3 | 14 | 44-7/8 | 3 | 9-1/4 | 12 | 4 | 10d | 24 | 10d | 4800 | 3905 | -- |
| MSTC66B3 | MSTC66B3 | 14 | 62-7/8 | 3 | 11-1/4 | 14 | 4 | 10d | 28 | 10d | 5375 | 4250 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) The 3" wide beam may be 2-ply 2x member.
3) Fewer fasteners in the stud/post than listed will reduce the capacity of the connection.
4) Nails in the stud/post to be installed symmetrically in pairs starting a minimum of 1-1/2" from the end.
5) **NAILS:** 10d nails are 0.148" dia. x 3" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Angles & Straps

**HFS** Compression & Tension Straps

The HFS Hardy Frame® Saddle is a 14 gauge steel channel intended to be used as a splice at locations where plumbing or other vertical penetrations destroy the structural integrity of a wall's top plates.

**Materials:** 14 gauge
**Finish:** G60 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• The Saddle can be installed over the top or from the underside of the top plates, and is capable of resisting both tension and compression loads in a clearspan of up to 4-1/2".
• For wall depths greater than 3-1/2", or to install after plumbing lines have been run, the product can be separated into two "L" shapes by gripping the legs of the channel and flexing the top surface along the serration lines.



4-1/2" max

**Typical HFS installation to underside of double top plates.**

4-1/2" max

**Separation into two "L" shapes at 6" and greater depths**

**Omit fasteners at first holes when the end distance is less than 1"**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Notch Width | Fastener Schedule | | DF/SP Allowable Loads (Lbs.)[1,3] | | S-P-F Allowable Loads (Lbs.)[1,3] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | L | | Qty[2] | Type[4] | Tension 100% | Compression 100% | Tension 100% | Compression 100% | |
| HFS24 | -- | 14 | 3-5/8 | 24 | ≤ 4-1/2 | 24 | 16d | 2950 | 2500 | 2537 | 2500 | IBC, FL, LA |
| HFS36 | -- | 14 | 3-5/8 | 36 | ≤ 4-1/2 | 32 | 16d | 4280 | 2500 | 3681 | 2500 | |

1) Allowable tension loads are for normal duration. The values may be adjusted for other durations, such as for seismic and wind loading in accordance with the NDS.
2) Fastener quantity is the number of 16d common nails to be installed into each of the members to be joined. When the end distance from the joint to the first nail hole is less than 1", omit the (2) nails in the 3" side-plate and the (1) nail in the 1-1/2" side-plate that are nearest the joint.
3) There is no reduction in double top plate capacity provided the HFS24 is installed with minimum (22) 16d common nails in each member being joined (44 total) and the HFS36 is installed with (31) 16d common nails in each member (62 total).
4) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## HTW / KTS / LFTA / LTW / MTW Twist Straps                    Angles & Straps

Twist straps tie framing members to resist tension forces.

**LFTA6** – 16 gauge

**LTW** – 18 gauge, light-capacity

**MTW** – 16 gauge, medium-capacity

**KTS** – 16 gauge, medium-capacity with angled twist

**HTW** – 14 gauge, heavy-capacity

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Consult I-Joist manufacturer for web stiffener requirements, and uplift limitations on joist and application.



**Typical LTW12 / MTW12 truss-to-top plate installation**



**Typical LFTA6 stud-to-top plate installation**



**Typical LFTA6 truss-to-top plate installation**



**Typical LTW12 / MTW12 stud-to-rim joist installation**



**LTW12/MTW12**



**Typical LFTA6 stud-to-rim joist installation**



**LFTA6**



**Typical MTW20 I-joist rafter installation**



**LTW18/MTW18**
other models similar



**Typical MTW30 installation**



**MTW30/ HTW30**



**MTW30C**



**KTS**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Angles & Straps**

Continued on next page

## HTW / KTS / LFTA / LTW / MTW Twist Straps

| MiTek USP Stock No.[4] | Ref. No. | Steel Gauge | W | L | L1 | L2 | Qty | Type | DF/SP Stud-to-Rim Joist Installation | DF/SP Truss-to-Top Plate Installation | S-P-F Stud-to-Rim Joist Installation | S-P-F Truss-to-Top Plate Installation | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LTW12 | LTS12 | 18 | 1-1/4 | 12 | 4-1/2 | 4-1/2 | 12 | 10d x 1-1/2 | 770 | 625 | 650 | 525 | | IBC, FL, LA |
| | | | | | | | 12 | 10d | | | | | | |
| LTW16 | LTS16 | 18 | 1-1/4 | 16 | 6-1/2 | 6-1/2 | 12 | 10d x 1-1/2 | 770 | 625 | 650 | 525 | | |
| | | | | | | | 12 | 10d | | | | | | |
| LTW18 | LTS18 | 18 | 1-1/4 | 18 | 7-1/2 | 7-1/2 | 12 | 10d x 1-1/2 | 770 | 625 | 650 | 525 | | |
| | | | | | | | 12 | 10d | | | | | | |
| LTW20 | LTS20 | 18 | 1-1/4 | 20 | 8-1/2 | 8-1/2 | 12 | 10d x 1-1/2 | 770 | 625 | 650 | 525 | | |
| | | | | | | | 12 | 10d | | | | | | |
| KTS9 | TS9 | 16 | 1-1/4 | 9 | -- | -- | 8 | 16d | 785 | 785 | 660 | 660 | | -- |
| KTS12 | TS12 | 16 | 1-1/4 | 11-1/2 | -- | -- | 10 | 16d | 1065 | 1065 | 895 | 895 | | |
| MTW12 | MTS12 | 16 | 1-1/4 | 12 | 4-1/2 | 4-1/2 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | IBC, FL, LA |
| | | | | | | | 14 | 10d | | | | | | |
| MTW16 | MTS16 | 16 | 1-1/4 | 16 | 6-1/2 | 6-1/2 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | |
| | | | | | | | 14 | 10d | | | | | | |
| KTS17 | TS18 | 16 | 1-1/4 | 17-1/2 | -- | -- | 14 | 16d | 1100 | 1100 | 925 | 925 | | -- |
| MTW18 | MTS18 | 16 | 1-1/4 | 18 | 7-1/2 | 7-1/2 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | IBC, FL, LA |
| | | | | | | | 14 | 10d | | | | | | |
| LFTA6 [5] | H6 | 16 | 2-1/4 | 19-1/8 | 8-3/8 | 6-1/2 | 16 | 8d | 980 | 980 | 825 | 825 | | |
| | | | | | | | 16 | 8d x1-1/2 | | | | | | |
| MTW20 | MTS20 | 16 | 1-1/4 | 20 | 8-1/2 | 8-1/2 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | |
| | | | | | | | 14 | 10d | | | | | | |
| KTS24 | TS22 | 16 | 1-1/4 | 21-3/4 | -- | -- | 18 | 16d | 1650 | 1650 | 1385 | 1385 | | -- |
| MTW24C | MTS24C | 16 | 1-1/4 | 24 | 10-7/16 | 10-7/16 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | |
| | | | | | | | 14 | 10d | | | | | | |
| MTW28C | -- | 16 | 1-1/4 | 28 | 12-7/16 | 12-7/16 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | |
| | | | | | | | 14 | 10d | | | | | | |
| MTW30 | MTS30 | 16 | 1-1/4 | 30 | 8-5/16 | 18-9/16 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | |
| | | | | | | | 14 | 10d | | | | | | |
| MTW30C | MTS30C | 16 | 1-1/4 | 30 | 13-7/16 | 13-7/16 | 14 | 10d x 1-1/2 | 1185 | 965 | 995 | 810 | | |
| | | | | | | | 14 | 10d | | | | | | |
| HTW16 | HTS16 | 14 | 1-1/4 | 16 | 5-1/8 | 5-1/8 | 16 | 10d x 1-1/2 | 1115 | 1355 | 940 | 1140 | | IBC, FL, LA |
| | | | | | | | 16 | 10d | 1300 | | 1090 | | | |
| HTW20 | HTS20 | 14 | 1-1/4 | 20 | 7-1/8 | 7-1/8 | 24 | 10d x 1-1/2 | 1555 | 1355 | 1305 | 1140 | | |
| | | | | | | | 20 | 10d | 1355 | | 1140 | | | |
| HTW24 | HTS24 | 14 | 1-1/4 | 24 | 9-1/8 | 9-1/8 | 24 | 10d x 1-1/2 | 1555 | 1355 | 1305 | 1140 | | |
| | | | | | | | 20 | 10d | 1355 | | 1140 | | | |
| HTW28 | -- | 14 | 1-1/4 | 28 | 11-1/8 | 11-1/8 | 24 | 10d x 1-1/2 | 1555 | 1355 | 1305 | 1140 | | |
| | | | | | | | 20 | 10d | 1355 | | 1140 | | | |
| HTW30 | HTS30 | 14 | 1-1/4 | 30 | 7 | 17-1/4 | 24 | 10d x 1-1/2 | 1555 | 1355 | 1305 | 1140 | | |
| | | | | | | | 20 | 10d | 1355 | | 1140 | | | |
| HTW30C | HTS30C | 14 | 1-1/4 | 30 | 12-1/8 | 12-1/8 | 24 | 10d x 1-1/2 | 1555 | 1355 | 1305 | 1140 | | |
| | | | | | | | 20 | 10d | 1355 | | 1140 | | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further reduction shall be permitted.
2) 16d sinker nails may be substituted for 10d common nails with no reduction in load.
3) Fasteners shall be distributed equally on each end of the connection.
4) C after the model number designates center twist as in MTW30C.
5) LFTA6: **F1 is 745 lbs and F2 is 120 lbs.** To achieve F1 lateral loads, three nails must be installed on each side on the strap located closest to the bend line. Lateral F1 and F2 load directions do not apply to roof truss-to-top plate installations.
6) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long, 8d nails are 0.131" dia. x 2-1/2" long, 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

**Corrosion Finish**
■ Stainless Steel
■ Gold Coat
■ HDG
■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## MSTAM / MSTCM  Masonry Straps

The MSTAM and MSTCM Strap Ties are designed to connect a wood structure above to a masonry wall below.

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical MSTCM40 installation**        **MSTCM40**



**Typical MSTAM36 installation**        **MSTAM36**

**Angles & Straps**

| MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) L | CMU[3] Qty | CMU[3] Type | Concrete[3] Qty | Concrete[3] Type | Nails[4] Qty | Nails[4] Type | DF/SP Allowable Tension Loads (Lbs.)[1,2] 160% | S-P-F Allowable Tension Loads (Lbs.)[1,2] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSTAM24 | MSTAM24 | 18 | 1-1/4 | 24 | 5 | 1/4" Tapcon | 5 | 1/4" Tapcon | 9 | 10d | 1495 | 1455 | | |
| MSTAM36 | MSTAM36 | 16 | 1-1/4 | 36 | 8 | 1/4" Tapcon | 8 | 1/4" Tapcon | 13 | 10d | 1885 | 1885 | | |
| MSTCM40 | MSTCM40 | 16 | 3 | 40-1/4 | 14 | 1/4" Tapcon | 14 | 1/4" Tapcon | 24 | 10d | 4225 | 3955 | | FL |
| | | | | | | | | | 20 | 16d | | 3905 | | |
| MSTCM60 | MSTCM60 | 16 | 3 | 60 | 14 | 1/4" Tapcon | 14 | 1/4" Tapcon | 24 | 10d | 4225 | 3955 | | |
| | | | | | | | | | 20 | 16d | | 3905 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are derived from tests performed using hollow ASTM C90 concrete block.
3) Use ITW Buildex 1/4" dia. x 2-1/4" long Tapcon fasteners; or equal, installed in accordance with manufacturer's specification.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

**Corrosion Finish**
■ Stainless Steel
■ Gold Coat
■ HDG
■ Triple Zinc

**Clear Span Chart**

| MiTek USP Stock No. | Clear Span | CMU[1] Qty | CMU[1] Type | Concrete[1] Qty | Concrete[1] Type | Nails[3] Qty | Nails[3] Type | DF/SP Allowable Loads (Lbs.)[2] Tension 160% | S-P-F Allowable Loads (Lbs.)[2] Tension 160% |
|---|---|---|---|---|---|---|---|---|---|
| MSTAM36 | 16 | 5 | 1/4" Tapcon | 5 | 1/4" Tapcon | 8 | 10d | 1305 | 1305 |
| | 18 | 5 | 1/4" Tapcon | 5 | 1/4" Tapcon | 7 | 10d | 1305 | 1155 |
| MSTCM40 | 16 | 12 | 1/4" Tapcon | 12 | 1/4" Tapcon | 16 | 16d | 3135 | 3125 |
| | 18 | 12 | 1/4" Tapcon | 12 | 1/4" Tapcon | 14 | 16d | 3135 | 2735 |
| MSTCM60 | 16 | 14 | 1/4" Tapcon | 12 | 1/4" Tapcon | 20 | 16d | 3660 | 3660 |
| | 18 | 14 | 1/4" Tapcon | 12 | 1/4" Tapcon | 20 | 16d | 3660 | 3660 |

1) Use ITW Buildex 1/4" x 2-1/4" Tapcon fasteners; or equal, installed in accordance with manufacturer's specification.
2) Allowable loads are derived from tests performed using hollow ASTM C90 concrete block.
3) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# **HTWM** Masonry Twist Straps

The HTWM Twist Straps are designed for truss to concrete or masonry connections. Offers uplift resistance with variable heel height and positioning applications.

**Materials:** 14 gauge
**Finish:** G90 galvanizing
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Strap may be attached to either side of grouted masonry or concrete wall with a minimum of (1) #5 horizontal rebar.
• Drill hole in concrete or masonry with manufacturer's prescribed 1/4" masonry drill. Install fasteners into concrete or masonry per manufacturer's specification.
• Twist straps do not have to be wrapped over the truss to achieve the allowable loads.
• **Moisture barrier may be required.**



**Typical HTWM installation**



**HTWM**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule | | | | DF/SP Allowable Loads (Lbs.) | S-P-F Allowable Loads (Lbs.) | Code Ref. |
| | | | | | | CMU/Concrete Wall[4] | | Truss/Rafter | | | | |
| | | | W | L | L1 | Qty | Screw Anchor[2,3] | Qty | Type[5] | Uplift 160%[1] | Uplift 160%[1] | |
| HTWM16 | HTSM16, MTSM16 | 14 | 1-1/4 | 16 | 5-3/4 | 4 | 1/4" x 1-3/4" | 8 | 10d x 1-1/2 | 1225 | 1145 | FL |
| HTWM20 | HTSM20, MTSM20 | 14 | 1-1/4 | 20 | 7-3/4 | 4 | 1/4" x 1-3/4" | 8 | 10d x 1-1/2 | 1225 | 1145 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Use DeWalt 1/4" x 1-3/4" Screw-Bolt™+; or equal, installed in accordance with manufacturer's specification.
3) DeWalt 1/4" x 1-3/4" Screw-Bolt™+ are not supplied with HTWM straps. See page 45 for anchor information.
4) Grout or concrete compressive strength shall be 2,500 psi or greater at 28 days.
5) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**KHSA / KSA** Connector Straps

**KSA** – 12 gauge seismic horizontal tension tie

**KHSA** – 3 gauge. Designed for installation with bolts only

**Materials:** See chart
**Finish:** KSA – G90 galvanizing;
KHSA – Primer
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• KSA36 can be field adjusted for smaller beam widths.



**Typical KSA installation**



**Typical KHSA4 installation**

**Typical KSA installation**



**KSA36**



**KHSA5**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[3,4] | | DF/SP Allowable Tension Loads (Lbs.)[1,2] | Code Ref. |
| | | | W | L | O | D1 | D2 | Qty | Type | 160% | |
| KSA36 | SA36 | 12 | 2-1/16 | 37-7/8 | 9 | 6-11/16 | 4-1/2 | 22 | 16d | 2620 | IBC, FL, LA |
| | | | | | | | | 4 | 1/2 | 2015 | |
| KHSA1 | -- | 3 | 3 | 30 | 9 | 10 | -- | 2 | 3/4 | 2435 | |
| KHSA2 | -- | 3 | 3 | 38-1/2 | 9 | 10 | 4-1/2 | 4 | 3/4 | 4810 | |
| KHSA3 | -- | 3 | 3 | 47 | 9 | 10 | 4-1/2 | 6 | 3/4 | 7005 | |
| KHSA4 | -- | 3 | 3 | 56 | 9 | 10 | 4-1/2 | 8 | 3/4 | 8920 | |
| KHSA5 | -- | 3 | 3-1/2 | 64-1/2 | 9 | 10 | 4-1/2 | 10 | 3/4 | 10785 | |

1) Allowable loads are based on the use of either nails or bolts; nail and bolt values cannot be combined.
2) Bolt values assume wood member thickness of 3-1/2" with bolts in single shear.
3) Bolts shall be loaded parallel to grain.
4) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## KVB / KVBI  Knee Braces

**KVB** – Installs with MiTek's WS3 structural wood screws for higher load capacity. It can be retrofit into existing framing

**KVBI** – Installs with common nails. Designed to be used with I-Joist purlins

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS3 structural wood screws are included with KVB shipments.
• Install flanges at angles of 45° or more to the vertical plane to assure proper lateral resistance.



**Typical KVB7
installation**

**KVB5**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[1,2] | | | | DF/SP Allowable Tension Loads (Lbs.) | | | Code Ref. |
| | | | | | Beam | | Joist | | | | | |
| | | | Beam Depth | L | Qty | Type | Qty | Type | 100% | 125% | 160% | |
| KVB5 | VB5 | 12 | 10 - 15 | 60 | 4 | WS3 | 12 | WS3 | 1920 | 1920 | 1920 | |
| KVB7 | VB7 | 12 | 15 - 22-1/2 | 84 | 4 | WS3 | 12 | WS3 | 1920 | 1920 | 1920 | |
| KVB8 | VB8 | 12 | 22-1/2 - 28-1/2 | 96 | 4 | WS3 | 12 | WS3 | 1920 | 1920 | 1920 | |
| KVB10 | VB10 | 12 | 28-1/2 - 36 | 120 | 4 | WS3 | 12 | WS3 | 1920 | 1920 | 1920 | |
| KVB12 | VB12 | 12 | 36 - 42 | 144 | 4 | WS3 | 12 | WS3 | 1920 | 1920 | 1920 | IBC, FL, LA |
| KVBI5 | -- | 12 | 10 - 15 | 60 | 4 | 10d | 12 | 10d | 895 | 1060 | 1275 | |
| KVBI7 | -- | 12 | 15 - 22-1/2 | 84 | 6 | 10d | 12 | 10d | 895 | 1060 | 1275 | |
| KVBI8 | -- | 12 | 22-1/2 - 28-1/2 | 96 | 6 | 10d | 12 | 10d | 895 | 1060 | 1275 | |
| KVBI10 | -- | 12 | 28-1/2 - 36 | 120 | 6 | 10d | 12 | 10d | 895 | 1060 | 1275 | |
| KVBI12 | -- | 12 | 36 - 42 | 144 | 6 | 10d | 12 | 10d | 895 | 1060 | 1275 | |

1) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with specified KVB models.
2) **NAILS:** 10d nails are 0.148" dia. x 3" long.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# Lumber Hangers
pg. 138-193

| | |
|---|---|
| Face Mount Hangers | 139-165, 181-184 |
| Hanger Selection Guide | 138 |
| Masonry Hangers | 185-193 |
| Panel & Purlin Hangers | 177-181 |
| Slope/Skew Hangers | 173-176 |
| Strap Hangers | 172 |
| Top Mount Hangers | 166-171 |

# Fire Wall Hangers
pg. 194-201

| | |
|---|---|
| Top Mount Fire Wall Hangers | 194-199 |
| Face Mount Fire Wall Hangers | 200-201 |

# EWP Hangers
pg. 202-231

| | |
|---|---|
| Adjustable Connectors | 230 |
| EWP Hanger Selector Guide | 204 |
| EWP Installation | 202-203 |
| Face Mount Hangers | 205-216 |
| Top Mount Hangers | 217-229 |
| Slope/Skew Hangers | 231 |

# Glulam Beam Connectors
pg. 232-241

| | |
|---|---|
| Face Mount Hangers | 232-234 |
| Hinge Connectors | 240-241 |
| Seismic Straps | 241 |
| Top Mount Hangers | 234-239 |



LUMBER HANGERS

FIRE WALL
HANGERS

EWP HANGERS

GLULAM BEAM
CONNECTORS

MiTek®

## Hanger Selector Guide

**Lumber Hangers**

**Lumber Hangers**

| Hanger Type | MiTek USP Series | Steel Gauge | Style | | Supporting / Header Member | | | | | | | | | Supported / Joist Member | | | | | | Allowable Loads (Lbs.) Range — Header Material | | MiTek USP Series Catalog Page Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Formed | Welded | Beam/Joist/Rafter (rect shapes) | I-Joist | Truss (2x) | Floor Truss 4x | Nailer | Glulam | Wall | Post | Rim Joist | Beam/Joist/Rafter (rect shapes) | I-Joist | Truss (2x) | Floor Truss 4x | Glulam | Stringer | Masonry 100% | DF/SP 100% | |
| Face Mount | JL | 20 | • | | • | | • | | | • | | | | • | • | | | | | -- | 470 - 1,960 | 139, 142-143, 154-155 |
| | FB | 18 | • | | | | | | | | | • | | • | | | | | | -- | 315 - 330 | 184 |
| | JUS | 18 | • | | • | | • | | | • | | | | • | • | • | • | | | -- | 675 - 2,420 | 140, 142-150, 154-162 |
| | CSH | 18 | • | | • | | • | | | | | | | • | | • | | | • | -- | 890 | 181 |
| | MUS | 18 | • | | • | | • | | | • | | | • | • | • | • | • | • | | -- | 1,285 - 1,710 | 140, 142-143, 154-155 |
| | JLIF | 18 | • | | • | | • | | | • | • | | | • | | • | | | | -- | 465 - 1,520 | 139, 142-143, 154-155 |
| | SUH | 16 | • | | • | | • | | | • | | | | • | | • | • | | | -- | 500 - 2,645 | 139, 142-151, 153-163, 165 |
| | HUS | 16 / 14 | • | | • | | • | | | • | | • | | • | | • | | • | | -- | 850 - 5,580 | 140, 142-145, 149-150, 154-157, 161-162 |
| | HD | 14 | • | | • | | • | | | • | | • | • | • | • | • | • | | | -- | 615 - 4,620 | 141-165 |
| | ADTT | 14 | • | | | | | | • | • | • | • | • | | • | | • | | | -- | 790 - 850 [1] | 182 |
| | DTB | 14 | • | | • | | • | | | • | | | | • | | • | | | | -- | 1835 [1] | 183 |
| | HDQIF | 14 | • | | • | | • | | | • | | • | • | • | • | • | • | • | | -- | 3,340 - 5,605 | 141, 144-152, 156-164 |
| Fire Wall | FWH | 14 | • | • | • | | • | • | • | • | | • | | • | • | • | • | • | | -- | 2,045 - 2,980 | 194-195 |
| | FWHBP | 12 | • | • | | | • | | • | | | • | | • | • | • | • | • | | -- | 5,695 - 8,015 | 196-197 |
| | FWHFM | 12 | | • | • | | | | | • | • | | | • | • | • | • | • | | -- | 5,960 | 200-201 |
| | FWHH | 12 | • | • | • | | | | | • | | | | • | • | • | • | • | | -- | 6,005 - 7,355 | 198-199 |
| Top Mount | HL | 18 | • | | • | | | | | • | | • | | • | | • | • | | | -- | 1,255 - 1,490 | 166, 169 |
| | JH | 18 | • | | • | | • | | | • | | | | • | | • | | | | -- | 1,910 - 2,555 | 172 |
| | KLB | 14 | • | | • | | | | | • | | | | • | | • | • | | | -- | 1,670 - 2,140 | 166, 169 |
| | KB | 12 | • | | • | | | | | • | | | | • | | • | • | • | | -- | 4,075 - 4,795 | 166, 170-171 |
| | HDO | 12 | • | | • | | | | | • | | | | • | | • | • | | | -- | 2,405 - 5,845 | 167, 169-171 |
| | SW | 12 | | • | • | | | | • | • | | | | • | | • | • | | | -- | 2,315 - 2,520 | 168-170 |
| | SWH | 7 - Top Flange; 12 - Stirrup | • | • | • | | | | • | • | | | | • | • | • | • | | | -- | 3,305 | 168-171 |
| | KHW | 3 - Top Flange; 10 - Stirrup | • | • | • | | | | • | • | | | | • | | • | • | • | | -- | 5,295 - 5,535 | 168, 170-171 |
| Slope and Skew | RR | 18 | • | | • | | • | • | | • | | | | • | | • | | | | -- | 365 - 380 | 173 |
| | LS | 18 | • | | • | | • | | | • | | | | • | | • | | | • | -- | 840 - 1,285 | 173 |
| | LSSH | 18 / 16 | • | | • | • | • | • | | • | | | | • | • | • | • | • | • | -- | 620 - 2,645 | 174 |
| | SKH | 16 / 14 | • | | • | • | • | • | | • | | | | • | • | • | • | | | -- | 510 - 3,170 | 175-176 |
| | SKHH | 14 | • | | • | • | • | • | | • | | | | • | • | • | • | | | -- | 1,765 - 4,005 | 175-176 |
| Panel and Purlin | JPF | 20 | • | | • | | • | | | • | | | | • | | • | | | | -- | 1,035 | 178 |
| | DTUS | 20 | • | | • | | • | • | | • | | | | • | | • | | | | -- | 485 - 580 | 180 |
| | TUS | 20 | • | | • | | • | • | | • | | | | • | | • | | | | -- | 485 - 580 | 180 |
| | KF | 18 | • | | • | | | | | • | | • | | • | | | • | | | -- | 695 - 810 | 177 |
| | PHG | 18 | • | | • | | | | | • | | • | • | • | | | | | | -- | 580 - 650 | 177 |
| | FHD | 18 | • | | • | | • | | | • | | | | • | | • | | | | -- | 960 | 181 |
| | JDS | 18 | • | | • | | • | | | • | | • | • | • | | • | | | | -- | 480 - 1,675 | 179 |
| Masonry | HD | 14 | • | | • | | | | | • | • | | • | • | • | • | • | • | | 335 - 5750 | -- | 186 |
| | MPH | 12 | | • | | | | | | | • | | • | • | • | • | • | • | | 2,585 - 4,280 | -- | 188-189 |
| | LGUM | 12 | | • | | | | | | | • | | • | | | | | • | | 6,065 - 9,905 | -- | 187 |
| | HGUM | 7 | | • | | | | | | | • | | • | | | | • | • | | 16,680 | -- | 187 |
| | HWUH | 1/4" - Top Flange; 7 - Stirrup | | • | | • | | | | • | • | • | • | | • | | • | • | | 3,060 - 5,265 | -- | 190-191 |
| | UMH | 1/4" | | • | | | | | | | • | | • | • | • | • | • | • | | 3,550 - 6,380 | -- | 185 |
| | NFM | 3/8" - Top Flange; 7 - Stirrup | | • | | | | | | | • | | • | | • | • | • | • | | 6,720 - 10,310 | -- | 192-193 |

• Represents common applications and product configurations. Consult MiTek for additional applications and/or optional product configurations.

1) Allowable loads reflect DF/SP Tension 160%.

2) When an I-Joist is used as a header, designer must evaluate if a web stiffener or backer block is required.

New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## JL / JLIF / SUH Face Mount Joist Hangers

**Lumber Hangers**

MiTek offers a wide variety of light-gauge face mount joist hangers to accommodate application and installation preferences.

**JL series** – 20 gauge, 2x dimensional joist hangers

**JLIF series** – 18 gauge, 2x dimensional joist hangers. For installation at end of post or beam or where inverted flange is needed

**SUH series** – 16 gauge steel construction for more demanding applications and light truss support

**Materials:** See chart
**Finish:** G90 galvanizing; JLIF–G-185 galvanizing
**Options:** See chart for Corrosion Finish Options. See SUH Specialty Options Chart
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical JL26 installation**



**Typical SUH26-2 installation**



**Typical JL210IF-TZ inverted flange installation**





JL26

SUH26-2

JLIF

### SUH Specialty Options Chart
Refer to Specialty Options pages 320-321 for additional details.

| Option[4] | Skewed[1,3] | Sloped Seat[2,3] | Sloped / Skewed[1,2,3] |
|---|---|---|---|
| Range | 1° to 67-1/2° when width is 1-3/4" or less. 1° to 50° on all others. | 1° to 45° | See Sloped Seat and Skewed |
| Allowable Loads | 100% of table load. 75% of uplift load on skews greater than 15°. | 100% of table load | 80% of table load. 75% of uplift load on skews greater than 15°. |
| Ordering | Add *SK* angle required, right *(R)* or left *(L),* and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex. SUH210_SK45R_SQ | Add *SL,* slope required, and up *(U)* or down *(D),* to product number. Ex. SUH210_SL30D | See Sloped Seat and Skewed. Ex. SUH210_SK45R_SQ_SL30D |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.
4) SUH option hangers may be manufactured as welded products to achieve listed loads. Welded products have a primer finish.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

## HUS / JUS / MUS  Slant Nail Face Mount Joist Hangers

<span style="color:green">**Lumber Hangers**</span>

The HUS, JUS and MUS  hanger series offers double shear nailing. MiTek's dimple allows for 30° to 45° nailing through the joist into the header resulting in higher loads and less nailing. Slant nailing allows for higher load values, fewer nails, and faster installation.

**Materials:**  JUS – 18 gauge; MUS – 18 gauge; HUS – 14 or 16 gauge
**Finish:**  G90 galvanizing
**Options:**  See chart for Corrosion Finish Options. See HUS Specialty Options Chart.
**Codes:**  IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Joist nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve listed loads. **Slant/double shear nails must be used to achieve listed load values.**
• JUS & MUS – 16d sinkers (0.148" x 3-1/4") may be used where 10d commons are specified with no load reduction.


**Typical HUS46 installation**


**Typical JUS26 installation**


**HUS28-2**


Dimple allows 30° to 45° nailing
**JUS28**


AVAILABLE IN
**GOLD COAT**


**MUS**



Double shear nail design features fewer nails and faster installation

Uses standard length common nails

### HUS Specialty Options Chart
Refer to Specialty Options pages 320-321 for additional details.

| Option | Inverted Flange |
|---|---|
| **Range** | Not available in widths less than 2-1/4". |
| **Allowable Loads** | 100% of table load. 65% of table load when nailing into the support members end grain. |
| **Ordering** | Add *IF* to product number. Ex. HUS410_IF |


**Typical HUS410IF inverted flange installation**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

# HD Heavy-Duty Face Mount Hangers

**Lumber Hangers**

HD hangers are heavy-duty face mount hangers utilizing round and diamond holes to achieve design flexibility and maximum loads for use with headers, joists, and trusses.

**Materials:** 14 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options. All nominal lumber sizes are available rough/full size lumber. See Specialty Options Chart
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- **Min Nailing** – Fill all round nail holes.
- **Max Nailing** – Fill all round and diamond nail holes.
- 16d sinkers (0.148" dia. x 3-1/4" long) may be used at 0.84 of the table load where 16d commons are specified.



**Typical HD610 installation**



**Typical HD210-2 installation**



**Typical HD3212 glulam installation**



HD610

HD51135

**Specialty Options Chart**
Refer to Specialty Options pages 320-321 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2,3] | Sloped / Skewed[1,2,3] | Inverted Flange |
|---|---|---|---|---|
| Range | 1˚ to 67-1/2˚ when width is 1-3/4" or less. 1˚ to 50˚ on all others. | 1˚ to 45˚ | See Sloped Seat and Skewed | 2-1/4" widths or greater (Widths < 2-1/4" may be available as a Custom, contact MiTek) |
| Allowable Loads | 100% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load | 80% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load. 65% of table load when nailing into the support members end grain. |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) or bevel cut (BV) to product number. Example: HD410_SK45R_SQ | Add SL, slope required, and up (U) or down (D), to product number. Example: HD410_SL30D | See Sloped Seat and Skewed Example: HD410_SK45R_SQ_SL30D | Add IF, to product number. Example: HD410_IF |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.
4) HD option hangers may be manufactured as welded products to achieve listed loads. Welded products have a primer interior finish.



**Typical HD210-2IF inverted flange installation**

---

# HDQIF Inverted Flange Face Mount Hangers

HDQIF inverted flange hangers install with wood screws eliminating the need to drill bolt holes, simplifying installation.

**Materials:** 14 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- MiTek's WS15 (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are supplied with HDQIF hangers.



**Typical HDQIF inverted flange installation**



HDQIF

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

# Face Mount Hangers – DF/SP Allowable Loads          Lumber Hangers

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 x 4 | JL24 | LU24 | 20 | 1-9/16 | 3 | 1-1/2 | 15/16 | -- | 4 | 10d / 16d | 2 | 10d x 1-1/2 | 470 / 560 | 540 / 640 | 580 / **695** | 295 | | |
| | JL24IF-TZ | -- | 18 | 1-9/16 | 3-1/8 | 1-1/2 | -- | -- | 4 | 10d HDG / 16d HDG | 2 | 10d x 1-1/2 HDG | 465 / 550 | 535 / 615 | 580 / 615 | 280 | | |
| | JUS24 | LUS24 | 18 | 1-9/16 | 3-1/8 | 1-3/4 | 1 | -- | 4 | 10d | 2 | 10d | 675 | 775 | 835 | **660** | | |
| | SUH24 | U24 | 16 | 1-9/16 | 3-1/4 | 2 | 1-3/16 | -- | 4 | 10d / 16d | 2 | 10d x 1-1/2 | 500 / 590 | 560 / 665 | 605 / 720 | 380 | | |
| | HD26 | HU26 | 14 | 1-9/16 | 3-1/2 | 2-1/2 | 1-1/8 | Min / Max | 4 | 16d | 2 / 4 | 10d x 1-1/2 | 615 | 695 | 745 | 335 / 585 | | |
| 2 x 6 | JL26 | LU26 | 20 | 1-9/16 | 4-3/4 | 1-1/2 | 15/16 | -- | 6 | 10d / 16d | 4 | 10d x 1-1/2 | 710 / 840 | 805 / 960 | 870 / 1045 | 600 | | |
| | JL26IF-TZ | LUC26Z | 18 | 1-9/16 | 4-1/2 | 1-1/2 | -- | -- | 6 | 10d HDG / 16d HDG | 4 | 10d x 1-1/2 HDG | 695 / 830 | 800 / 950 | 870 / 1035 | 730 | | |
| | JUS26 | LUS26 | 18 | 1-9/16 | 4-13/16 | 1-3/4 | 1 | -- | 4 | 10d | 4 | 10d | 870 | 1000 | 1080 | **1050** | | |
| | MUS26 | MUS26 | 18 | 1-9/16 | 5-1/16 | 2 | 1 | -- | 6 | 10d | 6 | 10d | 1285 | 1475 | 1605 | 865 | | |
| | SUH26 | U26 | 16 | 1-9/16 | 5-1/8 | 2 | 1-3/16 | -- | 6 | 10d / 16d | 4 | 10d x 1-1/2 | 750 / 880 | 840 / 1000 | 910 / 1080 | 755 | | |
| | HUS26 | HUS26 | 16 | 1-5/8 | 5-7/16 | 3 | 2 | -- | 14 | 16d | 6 | 16d | 2760 | 3140 | 3400 | **2045** | | IBC, FL, LA |
| | HD26 | HU26 | 14 | 1-9/16 | 3-1/2 | 2-1/2 | 1-1/8 | Min / Max | 4 | 16d | 2 / 4 | 10d x 1-1/2 | 615 | 695 | 745 | 335 / 585 | | |
| | HD28 | HU28 | 14 | 1-9/16 | 5-1/4 | 2-1/2 | 1-1/8 | -- | 8 | 16d | **6** | 10d x 1-1/2 | 1230 | 1390 | 1490 | 760 | | |
| 2 x 8 | JL26 | LU26 | 20 | 1-9/16 | 4-3/4 | 1-1/2 | 15/16 | -- | 6 | 10d / 16d | 4 | 10d x 1-1/2 | 710 / 840 | 805 / 960 | 870 / 1045 | 600 | | |
| | JL26IF-TZ | LUC26Z | 18 | 1-9/16 | 4-1/2 | 1-1/2 | -- | -- | 6 | 10d HDG / 16d HDG | 4 | 10d x 1-1/2 HDG | 695 / 830 | 800 / 950 | 870 / 1035 | 730 | | |
| | JL28 | LU28 | 20 | 1-9/16 | 6-3/8 | 1-1/2 | 15/16 | -- | 10 | 10d / 16d | 4 | 10d x 1-1/2 | 1180 / 1400 | 1345 / 1600 | 1450 / 1740 | **815** | | |
| | JL28IF-TZ | -- | 18 | 1-9/16 | 6-1/8 | 1-1/2 | -- | -- | 6 | 10d HDG / 16d HDG | 4 | 10d x 1-1/2 HDG | 930 / 1105 | 1065 / 1215 | 1160 / 1215 | 730 | | |
| | JUS26 | LUS26 | 18 | 1-9/16 | 4-13/16 | 1-3/4 | 1 | -- | 4 | 10d | 4 | 10d | 870 | 1000 | 1080 | **1050** | | |
| | JUS28 | LUS28 | 18 | 1-9/16 | 6-5/8 | 1-3/4 | 1 | -- | 6 | 10d | 4 | 10d | 1110 | 1270 | 1375 | **1050** | | |
| | MUS26 | MUS26 | 18 | 1-9/16 | 5-1/16 | 2 | 1 | -- | 6 | 10d | 6 | 10d | 1285 | 1475 | 1605 | 865 | | |
| | MUS28 | MUS28 | 18 | 1-9/16 | 7-1/16 | 2 | 1 | -- | 8 | 10d | 8 | 10d | 1710 | 1970 | 2140 | 1230 | | |
| | SUH26 | U26 | 16 | 1-9/16 | 5-1/8 | 2 | 1-3/16 | -- | 6 | 10d / 16d | 4 | 10d x 1-1/2 | 750 / 880 | 840 / 1000 | 910 / 1080 | 755 | | |
| | SUH28 | -- | 16 | 1-9/16 | 6-5/8 | 2 | 1-3/16 | -- | 8 | 10d / 16d | 4 | 10d x 1-1/2 | 1000 / 1175 | 1120 / 1335 | 1210 / 1440 | **875** | | |
| | HUS26 | HUS26 | 16 | 1-5/8 | 5-7/16 | 3 | 2 | -- | 14 | 16d | 6 | 16d | 2760 | 3140 | 3400 | **2045** | | |
| | HUS28 | HUS28 | 16 | 1-5/8 | 7-3/16 | 3 | 2 | -- | 22 | 16d | 6 | 16d | 4170 | 4745 | **5125** | **2990** | | |
| | HD28 | HU28 | 14 | 1-9/16 | 5-1/4 | 2-1/2 | 1-1/8 | -- | 8 | 16d | **6** | 10d x 1-1/2 | 1230 | 1390 | 1490 | 760 | | |
| | HD210 | HU210 | 14 | 1-9/16 | 7-3/16 | 2-1/2 | 1-1/8 | Min / Max | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1540 / 2155 | 1735 / 2430 | 1865 / 2610 | 760 / 1170 | | |

Column group headers: **Dimensions (in)** = W, H, D, A · **Fastener Schedule[3]** — Header (Min/Max, Qty, Type), Joist (Qty, Type) · **DF/SP Allowable Loads (Lbs.)[2]** — Floor 100%, Roof 115%, Roof 125%, Uplift[1] 160%

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS, HUS, and MUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

# Face Mount Hangers – DF/SP Allowable Loads — Lumber Hangers

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Header Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 x 10 | JL28 | LU28 | 20 | 1-9/16 | 6-3/8 | 1-1/2 | 15/16 | -- | 10 | 10d / 16d | 6 | 10d x 1-1/2 | 1180 / 1400 | 1345 / 1600 | 1450 / 1740 | 815 | |
| | JL28IF-TZ | -- | 18 | 1-9/16 | 6-1/8 | 1-1/2 | -- | -- | 8 | 10d HDG / 16d HDG | 4 | 10d x 1-1/2 HDG | 930 / 1105 | 1065 / 1215 | 1160 / 1215 | 730 | |
| | JL210 | LU210 | 20 | 1-9/16 | 8-1/4 | 1-1/2 | 15/16 | -- | 14 | 10d / 16d | 8 | 10d x 1-1/2 | 1650 / 1960 | 1885 / 2040 | 2030 / 2040 | 1030 | |
| | JL210IF-TZ | LUC210Z | 18 | 1-9/16 | 8-1/4 | 1-1/2 | -- | -- | 11 | 10d HDG / 16d HDG | 6 | 10d x 1-1/2 HDG | 1275 / 1520 | 1465 / 1745 | 1595 / 1900 | 1095 | |
| | JUS28 | LUS28 | 18 | 1-9/16 | 6-5/8 | 1-3/4 | 1 | -- | 6 | 10d | 4 | 10d | 1110 | 1270 | 1375 | 1050 | |
| | JUS210 | LUS210 | 18 | 1-9/16 | 7-3/4 | 1-3/4 | 1 | -- | 8 | 10d | 6 | 10d | 1350 | 1545 | 1670 | 1050 | |
| | MUS28 | MUS28 | 18 | 1-9/16 | 7-1/16 | 2 | 1 | -- | 8 | 10d | 8 | 10d | 1710 | 1970 | 2140 | 1230 | |
| | SUH28 | -- | 16 | 1-9/16 | 6-5/8 | 2 | 1-3/16 | -- | 8 | 10d / 16d | 6 | 10d x 1-1/2 | 1000 / 1175 | 1120 / 1335 | 1210 / 1440 | 875 | |
| | SUH210 | U210 | 16 | 1-9/16 | 8 | 2 | 1-3/16 | -- | 10 | 10d / 16d | 8 | 10d x 1-1/2 | 1250 / 1470 | 1405 / 1670 | 1515 / 1800 | 1135 | |
| | HUS28 | HUS28 | 16 | 1-5/8 | 7-3/16 | 3 | 2 | -- | 22 | 16d | 8 | 16d | 4170 | 4745 | 5125 | 2990 | |
| | HUS210 | HUS210 | 16 | 1-5/8 | 9-3/16 | 3 | 2 | -- | 30 | 16d | 10 | 16d | 5455 | 5825 | 6060 | 4110 | |
| | HD210 | HU210 | 14 | 1-9/16 | 7-3/16 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d x 1-1/2 | 1540 / 2155 | 1735 / 2430 | 1865 / 2610 | 760 / 1170 | |
| 2 x 12 | JL210 | LU210 | 20 | 1-9/16 | 8-1/4 | 1-1/2 | 15/16 | -- | 14 | 10d / 16d | 8 | 10d x 1-1/2 | 1650 / 1960 | 1885 / 2040 | 2030 / 2040 | 1030 | IBC, FL, LA |
| | JL210IF-TZ | LUC210Z | 18 | 1-9/16 | 8-1/4 | 1-1/2 | -- | -- | 11 | 10d HDG / 16d HDG | 6 | 10d x 1-1/2 HDG | 1275 / 1520 | 1465 / 1745 | 1595 / 1900 | 1095 | |
| | JUS210 | LUS210 | 18 | 1-9/16 | 7-3/4 | 1-3/4 | 1 | -- | 8 | 10d | 4 | 10d | 1350 | 1545 | 1670 | 1050 | |
| | SUH210 | U210 | 16 | 1-9/16 | 8 | 2 | 1-3/16 | -- | 10 | 10d / 16d | 6 | 10d x 1-1/2 | 1250 / 1470 | 1405 / 1670 | 1515 / 1800 | 1135 | |
| | HUS210 | HUS210 | 16 | 1-5/8 | 9-3/16 | 3 | 2 | -- | 30 | 16d | 10 | 16d | 5455 | 5825 | 6060 | 4110 | |
| | HD210 | HU210 | 14 | 1-9/16 | 7-3/16 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d x 1-1/2 | 1540 / 2155 | 1735 / 2430 | 1865 / 2610 | 760 / 1170 | |
| | HD212 | HU212 | 14 | 1-9/16 | 9-13/16 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d x 1-1/2 | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1510 | |
| | HD212IF | HUC212 | 14 | 1-9/16 | 9-1/4 | 2 | -- | -- | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1180 | |
| 2 x 14 | SUH214 | U214 | 16 | 1-9/16 | 10 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 8 | 10d x 1-1/2 | 1500 / 1765 | 1685 / 2000 | 1815 / 2160 | 1510 | |
| | HD212 | HU212 | 14 | 1-9/16 | 9-13/16 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d x 1-1/2 | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1510 | |
| | HD212IF | HUC212 | 14 | 1-9/16 | 9-1/4 | 2 | -- | -- | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1180 | |
| | HD214 | HU214 | 14 | 1-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d x 1-1/2 | 2465 / 3695 | 2780 / 4125 | 2980 / 4250 | 1190 / 1510 | |
| 2 x 16 | SUH214 | U214 | 16 | 1-9/16 | 10 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 8 | 10d x 1-1/2 | 1500 / 1765 | 1685 / 2000 | 1815 / 2160 | 1510 | |
| | HD212 | HU212 | 14 | 1-9/16 | 9-13/16 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d x 1-1/2 | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1510 | |
| | HD212IF | HUC212 | 14 | 1-9/16 | 9-1/4 | 2 | -- | -- | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1180 | |
| | HD214 | HU214 | 14 | 1-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d x 1-1/2 | 2465 / 3695 | 2780 / 4125 | 2980 / 4250 | 1190 / 1510 | |
| | HD216 | HU216 | 14 | 1-9/16 | 12-3/4 | 2-1/2 | 1-1/8 | Min 18 / Max 26 | 16d | | 8 / 12 | 10d x 1-1/2 | 2770 / 3930 | 3125 / 4125 | 3355 / 4250 | 1510 / 1900 | |

Fastener Schedule[3] — Header / Joist. DF/SP Allowable Loads (Lbs.)[2] — Floor / Roof. Corrosion Finish.

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS, HUS, and MUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ▮ Stainless Steel ▮ Gold Coat ▮ HDG ▮ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

Lumber Hangers

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (2) 2 x 4 | JUS24-2 | LUS24-2 | 18 | 3-1/8 | 3-7/16 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 805 | 900 | 900 | 660 | | |
| | SUH24-2 | U24-2 | 16 | 3-1/8 | 3-1/8 | 2 | 1-1/8 | -- | 6 | 10d / 16d | 2 | 10d | 750 / 880 | 840 / 1000 | 910 / 1080 | 380 | | |
| | HD24-2 | HU24-2 | 14 | 3-1/8 | 3-1/2 | 2-1/2 | 1-1/8 | -- | 4 | 16d | 2 | 10d | 615 | 695 | 745 | 365 | | |
| | HUS24-2 | -- | 14 | 3-1/8 | 3-7/16 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 850 | 965 | 1040 | 765 | | |
| | HUS24-2IF | -- | 14 | 3-1/8 | 3-7/16 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 850 | 965 | 1040 | 765 | | |
| (2) 2 x 6 | JUS26-2 | LUS26-2 | 18 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1040 | 1185 | 1290 | 1270 | | |
| | SUH26-2 | U26-2 | 16 | 3-1/8 | 5-1/16 | 2 | 1-1/8 | -- | 10 | 10d / 16d | 4 | 10d | 1250 / 1470 | 1405 / 1670 | 1515 / 1800 | 755 | | |
| | HD24-2 | HU24-2 | 14 | 3-1/8 | 3-1/2 | 2-1/2 | 1-1/8 | -- | 4 | 16d | 2 | 10d | 615 | 695 | 745 | 365 | | |
| | HUS26-2 | HUS26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | 1170 | | |
| | HUS26-2IF | HUSC26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | 1170 | | |
| | HD26-2 | HU26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | 1-1/8 | Min 8 / Max 12 | 16d | 4 / 6 | 10d | 1230 / 1850 | 1390 / 2085 | 1490 / 2235 | 760 / 1170 | | |
| | HD26-2IF | HUC26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | -- | Min 8 / Max 12 | 16d | 4 / 6 | 10d | 1230 / 1850 | 1390 / 2085 | 1490 / 2235 | 760 / 1170 | | |
| (2) 2 x 8 | JUS26-2 | LUS26-2 | 18 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1040 | 1185 | 1290 | 1270 | | IBC, FL, LA |
| | JUS28-2 | LUS28-2 | 18 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1325 | 1510 | 1645 | 1270 | | |
| | SUH26-2 | U26-2 | 16 | 3-1/8 | 5-1/16 | 2 | 1-1/8 | -- | 10 | 10d / 16d | 4 | 10d | 1250 / 1470 | 1405 / 1670 | 1515 / 1800 | 755 | | |
| | SUH28-2 | -- | 16 | 3-1/8 | 6-1/4 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 4 | 10d | 1500 / 1765 | 1685 / 2000 | 1815 / 2000 | 755 | | |
| | HUS26-2 | HUS26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | 1170 | | |
| | HUS26-2IF | HUSC26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | 1170 | | |
| | HUS28-2 | HUS28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | 1880 | 2420 | | |
| | HUS28-2IF | HUSC28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | 1880 | 2420 | | |
| | HD26-2 | HU26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | 1-1/8 | Min 8 / Max 12 | 16d | 4 / 6 | 10d | 1230 / 1850 | 1390 / 2085 | 1490 / 2235 | 760 / 1170 | | |
| | HD26-2IF | HUC26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | -- | Min 8 / Max 12 | 16d | 4 / 6 | 10d | 1230 / 1850 | 1390 / 2085 | 1490 / 2235 | 760 / 1170 | | |
| | HD28-2 | HU28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | 4 / 6 | 10d | 1540 / 2155 | 1735 / 2430 | 1865 / 2610 | 780 / 1170 | | |
| | HD28-2IF | HUC28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | -- | Min 10 / Max 14 | 16d | 4 / 6 | 10d | 1540 / 2155 | 1735 / 2430 | 1865 / 2610 | 780 / 1170 | | |
| (2) 2 x 10 | JUS28-2 | LUS28-2 | 18 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1325 | 1510 | 1645 | 1270 | | |
| | JUS210-2 | LUS210-2 | 18 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 4 | 16d | 1845 | 2105 | 2290 | 2345 | | |
| | SUH28-2 | -- | 16 | 3-1/8 | 6-1/4 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 6 | 10d | 1500 / 1765 | 1685 / 2000 | 1815 / 2000 | 755 | | |
| | SUH210-2 | U210-2 | 16 | 3-1/8 | 8-9/16 | 2 | 1-1/8 | -- | 16 | 10d / 16d | 6 | 10d | 2000 / 2350 | 2245 / 2670 | 2420 / 2880 | 1135 | | |
| | HUS28-2 | HUS28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | 1880 | 2420 | | |
| | HUS28-2IF | HUSC28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | 1880 | 2420 | | |
| | HD28-2 | HU28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | 4 / 6 | 10d | 1540 / 2155 | 1735 / 2430 | 1865 / 2610 | 780 / 1170 | | |
| | HD28-2IF | HUC28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | -- | Min 10 / Max 14 | 16d | 4 / 6 | 10d | 1540 / 2155 | 1735 / 2430 | 1865 / 2610 | 780 / 1170 | | |
| | HUS210-2 | HUS210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HUS210-2IF | HUSC210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HD210-2 | HU210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | 6 / 10 | 10d | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1950 | | |
| | HD210-2IF | HUC210-2 | 14 | 3-1/8 | 9 | 2-1/2 | -- | Min 14 / Max 20 | 16d | 6 / 10 | 10d | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1950 | | |
| | HDQ210-2IF | HUCQ210-2 | 14 | 3-1/8 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |

**Fastener Schedule[3,4]** — Header (Min/Max, Qty, Type), Joist (Qty, Type). **DF/SP Allowable Loads (Lbs.)[2]** — Floor 100%, Roof 115% / 125%, Uplift[1] 160%.

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**  ■ Stainless Steel  ■ Gold Coat  ■ HDG  ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (2) 2 x 12 | JUS210-2 | LUS210-2 | 18 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | 2345 | | |
| | SUH210-2 | U210-2 | 16 | 3-1/8 | 8-9/16 | 2 | 1-1/8 | -- | 16 | 10d / 16d | 6 | 10d | 2000 / 2350 | 2245 / 2670 | 2420 / 2880 | 1135 | | |
| | HUS210-2 | HUS210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HUS210-2IF | HUSC210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HD210-2 | HU210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1950 | | |
| | HD210-2IF | HUC210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1950 | | |
| | HUS212-2 | HUS212-2 | 14 | 3-1/8 | 11-1/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HUS212-2IF | HUSC212-2 | 14 | 3-1/8 | 11-1/8 | 2 | -- | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HD212-2 | HU212-2 | 14 | 3-1/8 | 11 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2465 / 3695 | 2780 / 4170 | 2980 / 4470 | 1305 / 2340 | | |
| | HD212-2IF | HUC212-2 | 14 | 3-1/8 | 11 | 2-1/2 | -- | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2465 / 3695 | 2780 / 4170 | 2980 / 4470 | 1305 / 2340 | | |
| | HDQ210-2IF | HUCQ210-2 | 14 | 3-1/4 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| (2) 2 x 14 | JUS210-2 | LUS210-2 | 18 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | 2345 | | IBC, FL, LA |
| | JUS214-2 | LUS214-2 | 18 | 3-1/8 | 13-1/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 2420 | 2755 | 2830 | 2345 | | |
| | SUH210-2 | U210-2 | 16 | 3-1/8 | 8-9/16 | 2 | 1-1/8 | -- | 16 | 10d / 16d | 6 | 10d | 2000 / 2350 | 2245 / 2670 | 2420 / 2880 | 1135 | | |
| | HD210-2 | HU210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1950 | | |
| | HD210-2IF | HUC210-2 | 14 | 3-1/8 | 9 | 2-1/2 | -- | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 2155 / 3080 | 2430 / 3475 | 2610 / 3725 | 1170 / 1950 | | |
| | HUS210-2 | HUS210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HUS210-2IF | HUSC210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HUS212-2 | HUS212-2 | 14 | 3-1/8 | 11-1/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HUS212-2IF | HUSC212-2 | 14 | 3-1/8 | 11-1/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HD212-2 | HU212-2 | 14 | 3-1/8 | 11 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2465 / 3695 | 2780 / 4170 | 2980 / 4470 | 1305 / 2340 | | |
| | HD212-2IF | HUC212-2 | 14 | 3-1/8 | 11 | 2-1/2 | -- | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2465 / 3695 | 2780 / 4170 | 2980 / 4470 | 1305 / 2340 | | |
| | HD214-2 | HU214-2 | 14 | 3-1/8 | 13 | 2-1/2 | 1-1/8 | Min 18 / Max 26 | 16d | | 8 / 12 | 10d | 2770 / 4005 | 3125 / 4515 | 3355 / 4845 | 1510 / 2340 | | |
| | HDQ210-2IF | HUCQ210-2 | 14 | 3-1/4 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| (2) 2 x 16 | JUS214-2 | LUS214-2 | 18 | 3-1/8 | 13-1/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 2420 | 2755 | 2830 | 2345 | | |
| | HD212-2 | HU212-2 | 14 | 3-1/8 | 11 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2465 / 3695 | 2780 / 4170 | 2980 / 4470 | 1305 / 2340 | | |
| | HD212-2IF | HUC212-2 | 14 | 3-1/8 | 11 | 2-1/2 | -- | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2465 / 3695 | 2780 / 4170 | 2980 / 4470 | 1305 / 2340 | | |
| | HD214-2 | HU214-2 | 14 | 3-1/8 | 13 | 2-1/2 | 1-1/8 | Min 18 / Max 26 | 16d | | 8 / 12 | 10d | 2770 / 4005 | 3125 / 4515 | 3355 / 4845 | 1510 / 2340 | | |
| | HD216-2 | HU216-2 | 14 | 3-1/8 | 14 | 2-1/2 | 1-1/8 | Min 22 / Max 30 | 16d | | 10 / 14 | 10d | 3390 / 4620 | 3820 / 5035 | 4100 / 5035 | 1950 / 2735 | | |
| 3 x 4 | SUH34 | U34 | 16 | 2-9/16 | 3-3/8 | 2 | 1-1/8 | -- | 6 | 10d / 16d | 2 | 10d x 1-1/2 | 750 / 880 | 840 / 1000 | 910 / 1080 | 380 | | |
| | HD34 | HU34 | 14 | 2-9/16 | 3 | 2-1/2 | 1-1/8 | Min / Max | 4 | 16d | 2 / 4 | 10d x 1-1/2 | 615 | 695 | 745 | 335 / 585 | | |
| | HD34IF | HUC34 | 14 | 2-9/16 | 3 | 2-1/2 | -- | Min / Max | 4 | 16d | 2 / 4 | 10d x 1-1/2 | 615 | 695 | 745 | 335 / 585 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS15 (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are included with HDQIF hangers.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | H | D | A | Fastener Schedule[3,4] Header Min/Max | Qty | Type | Joist Qty | Type | DF/SP Allowable Loads (Lbs.)[2] Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3 x 6** | JUS36 | LUS36 | 18 | 2-9/16 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1040 | 1185 | 1290 | 1270 | | |
| | SUH36 | U36 | 16 | 2-9/16 | 5-5/16 | 2 | 1-1/8 | -- | 10 | 10d | 4 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 755 | | |
| | | | | | | | | | | 16d | | | 1470 | 1670 | 1800 | | | |
| | HD36 | HU36 | 14 | 2-9/16 | 4-3/4 | 2-1/2 | 1-1/8 | -- | 8 | 16d | 6 | 10d x 1-1/2 | 1230 | 1390 | 1490 | 760 | | |
| | HD36IF | HUC36 | 14 | 2-9/16 | 4-3/4 | 2-1/2 | -- | -- | 8 | 16d | 6 | 10d x 1-1/2 | 1230 | 1390 | 1490 | 760 | | |
| **3 x 8** | JUS38 | -- | 18 | 2-9/16 | 6-3/4 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1325 | 1510 | 1645 | 1270 | | |
| | SUH36 | U36 | 16 | 2-9/16 | 5-5/16 | 2 | 1-1/8 | -- | 10 | 10d | 4 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 755 | | |
| | | | | | | | | | | 16d | | | 1470 | 1670 | | | | |
| | HD38 | HU38 | 14 | 2-9/16 | 6-11/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HD38IF | HUC38 | 14 | 2-9/16 | 6-11/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| **3 x 10** | JUS310 | LUS310 | 18 | 2-9/16 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | 2345 | | |
| | SUH310 | U310 | 16 | 2-9/16 | 8-7/8 | 2 | 1-1/8 | -- | 16 | 10d | 6 | 10d x 1-1/2 | 2000 | 2245 | 2420 | 1135 | | |
| | | | | | | | | | | 16d | | | 2350 | 2585 | 2585 | | | |
| | HD38 | HU38 | 14 | 2-9/16 | 6-3/4 | 2 | 1-1/8 | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HD38IF | HUC38 | 14 | 2-9/16 | 6-3/4 | 2 | -- | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HD310 | HU310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HD310IF | HUC310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HDQ310IF | HUCQ310 | 14 | 2-9/16 | 9 | 3 | 1-3/16 | -- | 8 | WS3 | 4 | WS15 | 3340 | 3605 | 3605 | 1110 | | IBC, FL, LA |
| **3 x 12** | SUH310 | U310 | 16 | 2-9/16 | 8-7/8 | 2 | 1-1/8 | -- | 16 | 10d | 6 | 10d x 1-1/2 | 2000 | 2245 | 2420 | 1135 | | |
| | | | | | | | | | | 16d | | | 2350 | 2585 | 2585 | | | |
| | HD310 | HU310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HD310IF | HUC310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1540 | 1735 | 1865 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HDQ310IF | HUCQ310 | 14 | 2-9/16 | 9 | 3 | 1-3/16 | -- | 8 | WS3 | 4 | WS15 | 3340 | 3605 | 3605 | 1110 | | |
| | HD312 | HU312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d x 1-1/2 | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1510 | | |
| | HD312IF | HUC312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d x 1-1/2 | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1510 | | |
| **3 x 14** | SUH314 | U314 | 16 | 2-9/16 | 10-9/16 | 2 | 1-1/8 | -- | 18 | 10d | 6 | 10d x 1-1/2 | 2250 | 2525 | 2725 | 1135 | | |
| | | | | | | | | | | 16d | | | 2645 | 3000 | 3240 | | | |
| | HDQ310IF | HUCQ310 | 14 | 2-9/16 | 9 | 3 | 1-3/16 | -- | 8 | WS3 | 4 | WS15 | 3340 | 3605 | 3605 | 1110 | | |
| | HD312 | HU312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d x 1-1/2 | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1510 | | |
| | HD312IF | HUC312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d x 1-1/2 | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1510 | | |
| | HD314 | HU314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1190 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4435 | 1900 | | |
| | HD314IF | HUC314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1190 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4435 | 1900 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS15 (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are included with HDQIF hangers.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

MiTek® Product Catalog

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 x 16 | SUH314 | U314 | 16 | 2-9/16 | 10-9/16 | 2 | 1-1/8 | -- | 18 | 10d | 6 | 10d x 1-1/2 | 2250 | 2525 | 2725 | 1135 | |
| | | | | | | | | | 18 | 16d | | | 2645 | 3000 | 3240 | | |
| | HD314 | HU314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1190 | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4435 | 1900 | |
| | HD314IF | HUC314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1190 | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4435 | 1900 | |
| | HD316 | HU316 | 14 | 2-9/16 | 13-5/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d x 1-1/2 | 2770 | 3125 | 3355 | 1510 | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4435 | 4435 | 1900 | |
| | HD316IF | HUC316 | 14 | 2-9/16 | 13-5/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 10d x 1-1/2 | 2770 | 3125 | 3355 | 1510 | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4435 | 4435 | 1900 | |
| (2) 3 x 8 | HD38-2 | HU38-2 | 14 | 5-1/8 | 6-1/8 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | |
| (2) 3 x 10 | HD38-2 | HU38-2 | 14 | 5-1/8 | 6-1/8 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | |
| | HD310-2 | HU310-2 | 14 | 5-1/8 | 8 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1510 | |
| (2) 3 x 12 | HD312-2 | HU312-2 | 14 | 5-1/8 | 10 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | |
| (2) 3 x 14 | HD312-2 | HU312-2 | 14 | 5-1/8 | 10 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | |
| (3) 2 x 6 | JUS26-3 | LUS26-3 | 18 | 4-5/8 | 4-1/2 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1040 | 1185 | 1290 | 1270 | IBC, FL, LA |
| | SUH26-3 | U26-3 | 16 | 4-5/8 | 5-1/4 | 2 | 1 | -- | 8 | 10d | 2 | 10d | 1000 | 1120 | 1210 | 380 | |
| | | | | | | | | | 8 | 16d | | | 1175 | 1335 | 1440 | | |
| | HD26-3 | HU26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | |
| | HD26-3IF | HUC26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | -- | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | |
| (3) 2 x 8 | JUS26-3 | LUS26-3 | 18 | 4-5/8 | 4-1/2 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1040 | 1185 | 1290 | 1270 | |
| | JUS28-3 | LUS28-3 | 18 | 4-5/8 | 6-3/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1325 | 1510 | 1645 | 1270 | |
| | SUH26-3 | U26-3 | 16 | 4-5/8 | 5-1/4 | 2 | 1 | -- | 8 | 10d | 2 | 10d | 1000 | 1120 | 1210 | 380 | |
| | | | | | | | | | 8 | 16d | | | 1175 | 1335 | 1440 | | |
| | HD26-3 | HU26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | |
| | HD26-3IF | HUC26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | -- | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | |
| | HD28-3 | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | |
| | HD28-3IF | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | |
| (3) 2 x 10 | JUS28-3 | LUS28-3 | 18 | 4-5/8 | 6-3/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1325 | 1510 | 1645 | 1270 | |
| | JUS210-3 | LUS210-3 | 18 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | 2345 | |
| | SUH210-3 | U210-3 | 16 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 14 | 10d | 6 | 10d | 1750 | 1965 | 2000 | 1135 | |
| | | | | | | | | | 14 | 16d | | | 2000 | 2000 | 2000 | | |
| | HD28-3 | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | |
| | HD28-3IF | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | |
| | HD210-3 | HU210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | |
| | HD210-3IF | HUC210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | |
| | HDQ210-3IF | HUCQ210-3 | 14 | 4-5/8 | 9 | 3 | 1-1/2 | | WS3 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | |

*Header column header: "Fastener Schedule[3,4]". DF/SP Allowable Loads (Lbs.)[2]. Roof columns 115% / 125%. Uplift[1] 160%.*

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

**Lumber Hangers**



Continued on next page

# Face Mount Hangers – DF/SP Allowable Loads
**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| (3) 2 x 12 | JUS210-3 | LUS210-3 | 18 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | 2345 | | |
| | SUH210-3 | U210-3 | 16 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 14 | 10d/16d | 6 | 10d | 1750/2000 | 1965/2000 | 2000 | 1135 | | |
| | HD210-3 | HU210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | | |
| | HD210-3IF | HUC210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | | |
| | HDQ210-3IF | HUCQ210-3 | 14 | 4-5/8 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| | HD212-3 | HU212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD212-3IF | HUC212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| (3) 2 x 14 | JUS210-3 | LUS210-3 | 18 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | 2345 | | |
| | SUH210-3 | U210-3 | 16 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 14 | 10d/16d | 6 | 10d | 1750/2000 | 1965/2000 | 2000 | 1135 | | |
| | HDQ210-3IF | HUCQ210-3 | 14 | 4-5/8 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| | HD212-3 | HU212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | IBC, FL, LA |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD212-3IF | HUC212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD214-3 | HU214-3 | 14 | 4-5/8 | 12-1/4 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2340 | | |
| (3) 2 x 16 | HD212-3 | HU212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD212-3IF | HUC212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD214-3 | HU214-3 | 14 | 4-5/8 | 12-1/4 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2340 | | |
| | HD216-3 | HU216-3 | 14 | 4-5/8 | 13-1/4 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 10d | 3390 | 3820 | 4100 | 1950 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 5035 | 5035 | 2735 | | |
| (4) 2 x 8 | HD28-4 | HU28-4 | 14 | 6-1/8 | 7 | 2-1/2 | 1-3/4 | Min | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 870 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1305 | | |
| (4) 2 x 10 | HD210-4 | HU210-4 | 14 | 6-1/8 | 9-1/4 | 2-1/2 | 2 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | | |
| | | | | | | | | Max | 18 | | 8 | | 2770 | 3125 | 3355 | 1845 | | |
| (4) 2 x 12 | HD210-4 | HU210-4 | 14 | 6-1/8 | 9-1/4 | 2-1/2 | 2 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | | |
| | | | | | | | | Max | 18 | | 8 | | 2770 | 3125 | 3355 | 1845 | | |
| (4) 2 x 14 | HD210-4 | HU210-4 | 14 | 6-1/8 | 9-1/4 | 2-1/2 | 2 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | | |
| | | | | | | | | Max | 18 | | 8 | | 2770 | 3125 | 3355 | 1845 | | |
| 4 x 4 | JUS44 | LUS44 | 18 | 3-5/8 | 3-1/4 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 780 | 780 | 780 | 660 | | |
| | SUH44 | U44 | 16 | 3-9/16 | 2-7/8 | 2 | 1-1/8 | -- | 6 | 10d/16d | 2 | 10d | 750/880 | 840/1000 | 910/1080 | 380 | | |
| | HD44 | HU44 | 14 | 3-9/16 | 3-5/16 | 2-1/2 | 1-1/8 | -- | 4 | 16d | 2 | 10d | 615 | 695 | 745 | 390 | | |
| | HD44IF | HUC44 | 14 | 3-9/16 | 3-5/16 | 2-1/2 | -- | -- | 4 | 16d | 2 | 10d | 615 | 695 | 745 | 390 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| 4 x 6 | JUS46 | LUS46 | 18 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1040 | 1185 | 1290 | **1270** | | |
| | SUH46 | U46 | 16 | 3-9/16 | 4-13/16 | 2 | 1-1/8 | -- | 10 | 10d | 4 | 10d | 1250 | 1405 | 1515 | 755 | | |
| | | | | | | | | | | 16d | | | 1470 | 1670 | 1800 | | | |
| | HUS46 | HUS46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | **1170** | | |
| | HUS46IF | HUSC46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | **1170** | | |
| | HD46 | HU46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | | |
| | HD46IF | HUC46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | | |
| 4 x 8 | JUS46 | LUS46 | 18 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1040 | 1185 | 1290 | **1270** | | |
| | JUS48 | LUS48 | 18 | 3-5/8 | 6-7/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1325 | 1510 | 1645 | **1270** | | |
| | SUH46 | U46 | 16 | 3-9/16 | 4-13/16 | 2 | 1-1/8 | -- | 10 | 10d | 4 | 10d | 1250 | 1405 | 1515 | 755 | | |
| | | | | | | | | | | 16d | | | 1470 | 1670 | 1800 | | | |
| | HUS46 | HUS46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | **1170** | | |
| | HUS46IF | HUSC46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 1085 | 1235 | 1330 | **1170** | | |
| | HUS48 | HUS48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | **1880** | **2420** | | |
| | HUS48IF | HUSC48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | **1880** | **2420** | | |
| | HD46 | HU46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | | IBC, FL, LA |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | | |
| | HD46IF | HUC46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 10d | 1230 | 1390 | 1490 | 760 | | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1170 | | |
| | HD48 | HU48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HD48IF | HUC48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| 4 x 10 | JUS48 | LUS48 | 18 | 3-5/8 | 6-7/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1325 | 1510 | 1645 | **1270** | | |
| | JUS410 | LUS410 | 18 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | **2345** | | |
| | SUH410 | U410 | 16 | 3-9/16 | 8-3/8 | 2 | 1-1/8 | -- | 16 | 10d | 6 | 10d | 2000 | 2245 | 2420 | 1135 | | |
| | | | | | | | | | | 16d | | | 2350 | 2670 | 2880 | | | |
| | HUS48 | HUS48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | **1880** | **2420** | | |
| | HUS48IF | HUSC48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1625 | 1850 | **1880** | **2420** | | |
| | HD48 | HU48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HD48IF | HUC48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d | 1540 | 1735 | 1865 | 780 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1170 | | |
| | HUS410 | HUS410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | **2420** | | |
| | HUS410IF | HUSC410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | **2420** | | |
| | HD410 | HU410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | **3725** | 1950 | | |
| | HD410IF | HUC410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | **3725** | 1950 | | |
| | HDQ410IF | HUCQ410 | 14 | 3-9/16 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45˚ angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

Lumber Hangers

149

# Face Mount Hangers – DF/SP Allowable Loads
**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **4 x 12** | JUS410 | LUS410 | 18 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1845 | 2105 | 2290 | 2345 | | |
| | SUH410 | U410 | 16 | 3-9/16 | 8-3/8 | 2 | 1-1/8 | -- | 16 | 10d | 6 | 10d | 2000 | 2245 | 2420 | 1135 | | |
| | | | | | | | | | | 16d | | | 2350 | 2670 | 2880 | | | |
| | HUS410 | HUS410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HUS410IF | HUSC410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 2170 | 2465 | 2660 | 2420 | | |
| | HD410 | HU410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | | |
| | HD410IF | HUC410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | | |
| | HDQ410IF | HUCQ410 | 14 | 3-9/16 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| | HUS412 | HUS412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HUS412IF | HUSC412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HD412 | HU412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD412IF | HUC412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HDQ412IF | HUCQ412 | 14 | 3-9/16 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | | |
| **4 x 14** | JUS414 | LUS414 | 18 | 3-5/8 | 12-7/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 2405 | 2405 | 2405 | 2345 | | IBC, FL, LA |
| | SUH414 | U414 | 16 | 3-9/16 | 10-1/16 | 2 | 1-1/8 | -- | 18 | 10d | 6 | 10d | 2250 | 2525 | 2725 | 1135 | | |
| | | | | | | | | | | 16d | | | 2645 | 3000 | 3240 | | | |
| | HD410 | HU410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | | |
| | HD410IF | HUC410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | | |
| | HDQ410IF | HUCQ410 | 14 | 3-9/16 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| | HUS412 | HUS412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HUS412IF | HUSC412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2710 | 3080 | 3325 | 3615 | | |
| | HDQ412IF | HUCQ412 | 14 | 3-9/16 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | | |
| | HD412 | HU412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD412IF | HUC412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD414 | HU414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4815 | 2340 | | |
| | HD414IF | HUC414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4815 | 2340 | | |
| **4 x 16** | JUS414 | LUS414 | 18 | 3-5/8 | 12-7/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 2405 | 2405 | 2405 | 2345 | | |
| | SUH414 | U414 | 16 | 3-9/16 | 10-1/16 | 2 | 1-1/8 | -- | 18 | 10d | 6 | 10d | 2250 | 2525 | 2725 | 1135 | | |
| | | | | | | | | | | 16d | | | 2645 | 3000 | 3240 | | | |
| | HD412 | HU412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HD412IF | HUC412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | | |
| | HDQ412IF | HUCQ412 | 14 | 3-9/16 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | | |
| | HD414 | HU414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4815 | 2340 | | |
| | HD414IF | HUC414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4815 | 2340 | | |
| | HD416 | HU416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 10d | 3390 | 3820 | 4100 | 1950 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 2245 | | |
| | HD416IF | HUC416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | -- | Min | 22 | 16d | 10 | 10d | 3390 | 3820 | 4100 | 1950 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 2245 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be made.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

MiTek® Product Catalog

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty (Header) | Type (Header) | Qty (Joist) | Type (Joist) | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 x 18 | HD414 | HU414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4815 | 2340 | | |
| | HD414IF | HUC414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4815 | 2340 | | |
| | HD416 | HU416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 10d | 3390 | 3820 | 4100 | 1950 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 2245 | | |
| | HD416IF | HUC416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | -- | Min | 22 | 16d | 10 | 10d | 3390 | 3820 | 4100 | 1950 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 2245 | | |
| | HD418 | -- | 14 | 3-9/16 | 16-1/2 | 2-1/2 | 1-1/4 | -- | 28 | 16d | 8 | 10d | 4310 | 4815 | 4815 | 1560 | | |
| 6 x 6 | SUH66 | U66 | 16 | 5-1/2 | 5 | 2 | 1 | -- | 8 | 10d | 4 | 10d | 1000 | 1120 | 1210 | 755 | | |
| | | | | | | | | | | 16d | | | 1175 | 1335 | 1440 | | | |
| | HD66 | HU66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 16d | 1230 | 1390 | 1490 | 870 | | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1305 | | |
| | HD66IF | HUC66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 16d | 1230 | 1390 | 1490 | 870 | | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1305 | | |
| 6 x 8 | SUH66 | U66 | 16 | 5-1/2 | 5 | 2 | 1 | -- | 8 | 10d | 4 | 10d | 1000 | 1120 | 1210 | 755 | | |
| | | | | | | | | | | 16d | | | 1175 | 1335 | 1440 | | | |
| | HD66 | HU66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 16d | 1230 | 1390 | 1490 | 870 | | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1305 | | |
| | HD66IF | HUC66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 16d | 1230 | 1390 | 1490 | 870 | | |
| | | | | | | | | Max | 12 | | 6 | | 1850 | 2085 | 2235 | 1305 | | |
| | HD68 | HU68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 920 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1305 | | |
| | HD68IF | HUC68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 920 | IBC, FL, LA | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1305 | | |
| 6 x 10 | SUH610 | U610 | 16 | 5-1/2 | 9 | 2 | 1 | -- | 14 | 10d | 6 | 10d | 1750 | 1965 | 2120 | 1135 | | |
| | | | | | | | | | | 16d | | | 2060 | 2335 | 2520 | | | |
| | HD68 | HU68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 920 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1305 | | |
| | HD68IF | HUC68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 920 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1305 | | |
| | HD610 | HU610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 2305 | | |
| | HD610IF | HUC610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 2305 | | |
| | HDQ610IF | HUCQ610 | 14 | 5-1/2 | 9 | 3 | 1-1/8 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| 6 x 12 | SUH610 | U610 | 16 | 5-1/2 | 9 | 2 | 1 | -- | 14 | 10d | 6 | 10d | 1750 | 1965 | 2120 | 1135 | | |
| | | | | | | | | | | 16d | | | 2060 | 2335 | 2520 | | | |
| | HD610 | HU610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 2305 | | |
| | HD610IF | HUC610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | | |
| | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 2305 | | |
| | HDQ610IF | HUCQ610 | 14 | 5-1/2 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| | HD612 | HU612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | | |
| | HD612IF | HUC612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | | |
| | HDQ612IF | HUCQ612 | 14 | 5-1/2 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
3) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| 6 x 14 | HDQ610IF | HUCQ610 | 14 | 5-1/2 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | | |
| | HD612 | HU612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | | |
| | HD612IF | HUC612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | | |
| | HDQ612IF | HUCQ612 | 14 | 5-1/2 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | | |
| | HD614 | HU614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2765 | | |
| | HD614IF | HUC614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2765 | | |
| 6 x 16 | HD612 | HU612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | | IBC, FL, LA |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | | |
| | HD612IF | HUC612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | | |
| | HDQ612IF | HUCQ612 | 14 | 5-1/2 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | | |
| | HD614 | HU614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2765 | | |
| | HD614IF | HUC614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2765 | | |
| | HD616 | HU616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 16d | 3390 | 3820 | 4100 | 2305 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 3225 | | |
| | HD616IF | HUC616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | -- | Min | 22 | 16d | 10 | 16d | 3390 | 3820 | 4100 | 2305 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 3225 | | |
| 6 x 18 | HD614 | HU614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2765 | | |
| | HD614IF | HUC614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2765 | | |
| | HD616 | HU616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 16d | 3390 | 3820 | 4100 | 2305 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 3225 | | |
| | HD616IF | HUC616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | -- | Min | 22 | 16d | 10 | 16d | 3390 | 3820 | 4100 | 2305 | | |
| | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 3225 | | |
| 8 x 6 | HD86 | -- | 14 | 7-1/2 | 4-15/16 | 2-1/2 | 1-1/2 | Min | 8 | 16d | 4 | 16d | 1230 | 1390 | 1490 | 870 | | |
| | | | | | | | | Max | 10 | | 4 | | 1540 | 1735 | 1865 | 920 | | |
| | HD86IF | -- | 14 | 7-1/2 | 5-1/8 | 2-1/2 | -- | -- | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 920 | | |
| 8 x 8 | HD88 | HU88 | 14 | 7-1/2 | 6-13/16 | 2-1/2 | 1-1/2 | Min | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 920 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1305 | | |
| | HD88IF | HUC88 | 14 | 7-1/2 | 6-13/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 16d | 1540 | 1735 | 1865 | 920 | | |
| | | | | | | | | Max | 14 | | 6 | | 2155 | 2430 | 2610 | 1305 | | |

*Header for Fastener Schedule[2,3]; Header sub-columns: Min/Max, Qty, Type. Joist sub-columns: Qty, Type. DF/SP Allowable Loads (Lbs.): Floor 100%, Roof 115%, Roof 125%, Uplift[1] 160%.*

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

MiTek® Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Face Mount Hangers – DF/SP Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[2] | | | | | DF/SP Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Header | | | Joist | | Floor | Roof | | Uplift[1] | |
| | | | | W | H | D | A | Min/Max | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | |
| 8 x 10 | HD810 | HU810 | 14 | 7-1/2 | 8-9/16 | 2-1/2 | 1-1/2 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | |
| | | | | | | | | Max | 18 | | 8 | | 2770 | 3125 | 3355 | 1845 | |
| | HD810IF | HUC810 | 14 | 7-1/2 | 8-9/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | |
| | | | | | | | | Max | 18 | | 8 | | 2770 | 3125 | 3355 | 1845 | |
| 8 x 12 | HD812 | HU812 | 14 | 7-1/2 | 10-1/2 | 2-1/2 | 1-1/2 | Min | 16 | 16d | 6 | 16d | 2465 | 2780 | 2980 | 1305 | IBC, FL, LA |
| | | | | | | | | Max | 22 | | 8 | | 3390 | 3820 | 4100 | 1845 | |
| | HD812IF | HUC812 | 14 | 7-1/2 | 10-1/2 | 2-1/2 | -- | Min | 16 | 16d | 6 | 16d | 2465 | 2780 | 2980 | 1305 | |
| | | | | | | | | Max | 22 | | 8 | | 3390 | 3820 | 4100 | 1845 | |
| 8 x 14 | HD814 | HU814 | 14 | 7-1/2 | 11-13/16 | 2-1/2 | 1-1/2 | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4435 | 2765 | |
| | HD814IF | HUC814 | 14 | 7-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4435 | 2765 | |
| 8 x 16 | HD816 | HU816 | 14 | 7-1/2 | 12-13/16 | 2-1/2 | 1-1/2 | Min | 20 | 16d | 8 | 16d | 3080 | 3475 | 3725 | 1845 | |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4435 | 4435 | 2765 | |
| | HD816IF | HUC816 | 14 | 7-1/2 | 13-5/8 | 2-1/2 | -- | | 26 | 16d | 12 | 16d | 4005 | 4435 | 4435 | 2765 | |
| **ROUGH LUMBER SIZES** | | | | | | | | | | | | | | | | | |
| 2 x 4 | SUH24R | LU24R-18, U24R | 16 | 2 | 3-1/16 | 2 | 1-1/8 | -- | 4 | 10d | 2 | 10d x 1-1/2 | 500 | 560 | 605 | 380 | |
| | | | | | | | | | | 16d | | | 590 | 665 | 720 | | |
| 2 x 6 - 8 | SUH26R | LU26R-18, U26R | 16 | 2 | 4-15/16 | 2 | 1-3/16 | -- | 6 | 10d | 4 | 10d x 1-1/2 | 750 | 840 | 910 | 755 | |
| | | | | | | | | | | 16d | | | 880 | 1000 | 1080 | | |
| 2 x 8 - 10 | SUH28R | LU28R-18 | 16 | 2 | 6-7/16 | 2 | 1-1/8 | -- | 8 | 10d | 6 | 10d x 1-1/2 | 1000 | 1120 | 1210 | 875 | |
| | | | | | | | | | | 16d | | | 1175 | 1335 | 1440 | | |
| 2 x 10 - 12 | SUH210R | LU210R-18, U210R | 16 | 2 | 7-13/16 | 2 | 1-1/8 | -- | 10 | 10d | 8 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 1135 | |
| | | | | | | | | | | 16d | | | 1470 | 1670 | 1800 | | |
| 2 x 14 - 16 | SUH214R | -- | 16 | 2 | 9-13/16 | 2 | 1-1/8 | -- | 12 | 10d | 8 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 1510 | IBC, FL, LA |
| | | | | | | | | | | 16d | | | 1765 | 2000 | 2160 | | |
| 4 x 4 | SUH44R | U44R | 16 | 4 | 2-11/16 | 2 | 1-1/8 | -- | 6 | 10d | 2 | 16d | 750 | 840 | 910 | 450 | |
| | | | | | | | | | | 16d | | | 880 | 1000 | 1080 | | |
| 4 x 6 | SUH46R | U46R | 16 | 4 | 4-11/16 | 2 | 1-1/8 | -- | 8 | 10d | 4 | 16d | 1000 | 1120 | 1210 | 875 | |
| | | | | | | | | | | 16d | | | 1175 | 1335 | 1440 | | |
| 4 x 10 - 12 | SUH410R | U410R | 16 | 4 | 8-3/16 | 2 | 2 | -- | 14 | 10d | 6 | 16d | 1750 | 1965 | 2120 | 1220 | |
| | | | | | | | | | | 16d | | | 2060 | 2335 | 2520 | | |
| 6 x 8 | SUH66R | U66R | 16 | 6 | 5 | 2 | 1 | -- | 8 | 10d | 4 | 16d | 1000 | 1120 | 1210 | 875 | |
| | | | | | | | | | | 16d | | | 1175 | 1335 | 1440 | | |
| 6 x 10 - 12 - 14 | SUH610R | U610R | 16 | 6 | 9 | 2 | 1 | -- | 14 | 10d | 6 | 16d | 1750 | 1965 | 2120 | 1220 | |
| | | | | | | | | | | 16d | | | 2060 | 2335 | 2520 | | |
| **GLULAM SIZES** | | | | | | | | | | | | | | | | | |
| 3-1/8 x 10-1/2 - 19-1/2 | HD32105 | HU3.25/10.5 | 14 | 3-1/4 | 9-15/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 6 | 10d | 2465 | 2780 | 2980 | 1170 | |
| | | | | | | | | Max | 22 | | 10 | | 3390 | 3820 | 4100 | 1950 | |
| 3-1/8 x 12 - 21 | HD3212 | HU3.25/12 | 14 | 3-1/4 | 11-7/8 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | IBC, FL, LA |
| | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2340 | |
| 5-1/8 x 10-1/2 - 19-1/2 | HD5112 | HU5.125/12 | 14 | 5-1/4 | 9-15/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | |
| | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | |
| 5-1/8 x 14-1/2 - 21 | HD51135 | HU5.125/13.5 | 14 | 5-1/4 | 12-15/16 | 2-1/2 | 1-1/8 | Min | 20 | 16d | 10 | 16d | 3080 | 3475 | 3725 | 2305 | |
| | | | | | | | | Max | 28 | | 14 | | 4310 | 4860 | 5035 | 3225 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

## Face Mount Hangers – SPF Allowable Loads — Lumber Hangers

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 x 4 | JL24 | LU24 | 20 | 1-9/16 | 3 | 1-1/2 | 15/16 | -- | 4 | 10d | 2 | 10d x 1-1/2 | 415 | 475 | 510 | 235 | |
| | | | | | | | | | | 16d | | | 495 | 560 | 565 | | |
| | JL24IF-TZ | -- | 18 | 1-9/16 | 3-1/8 | 1-1/2 | -- | -- | 4 | 10d HDG | 2 | 10d x 1-1/2 HDG | 405 | 460 | 475 | 215 | |
| | | | | | | | | | | 16d HDG | | | 475 | 475 | 475 | | |
| | JUS24 | LUS24 | 18 | 1-9/16 | 3-1/8 | 1-3/4 | 1 | -- | 4 | 10d | 2 | 10d | 595 | 680 | 735 | 525 | |
| | SUH24 | U24 | 16 | 1-9/16 | 3-1/4 | 2 | 1-3/16 | -- | 4 | 10d | 2 | 10d x 1-1/2 | 440 | 495 | 530 | 310 | |
| | | | | | | | | | | 16d | | | 515 | 585 | 635 | | |
| | HD26 | HU26 | 14 | 1-9/16 | 3-1/2 | 2-1/2 | 1-1/8 | Min | 4 | 16d | 2 | 10d x 1-1/2 | 540 | 610 | 655 | 265 | |
| | | | | | | | | Max | | | 4 | | | | | 465 | |
| 2 x 6 | JL26 | LU26 | 20 | 1-9/16 | 4-3/4 | 1-1/2 | 15/16 | -- | 6 | 10d | 4 | 10d x 1-1/2 | 625 | 710 | 765 | 485 | |
| | | | | | | | | | | 16d | | | 740 | 845 | 915 | | |
| | JL26IF-TZ | LUC26Z | 18 | 1-9/16 | 4-1/2 | 1-1/2 | -- | -- | 6 | 10d HDG | 4 | 10d x 1-1/2 HDG | 640 | 730 | 790 | 660 | |
| | | | | | | | | | | 16d HDG | | | 765 | 870 | 945 | | |
| | JUS26 | LUS26 | 18 | 1-9/16 | 4-13/16 | 1-3/4 | 1 | -- | 6 | 10d | 4 | 10d | 765 | 880 | 950 | 840 | |
| | MUS26 | MUS26 | 18 | 1-9/16 | 5-1/16 | 2 | 1 | -- | 6 | 10d | 6 | 10d | 1190 | 1365 | 1475 | 760 | |
| | SUH26 | U26 | 16 | 1-9/16 | 5-1/8 | 2 | 1-3/16 | -- | 6 | 10d | 4 | 10d x 1-1/2 | 660 | 740 | 800 | 665 | |
| | | | | | | | | | | 16d | | | 775 | 880 | 950 | | |
| | HUS26 | HUS26 | 16 | 1-5/8 | 5-7/16 | 3 | 2 | -- | 14 | 16d | 6 | 16d | 2430 | 2765 | 2990 | 1640 | IBC, FL, LA |
| | HD26 | HU26 | 14 | 1-9/16 | 3-1/2 | 2-1/2 | 1-1/8 | Min | 4 | 16d | 2 | 10d x 1-1/2 | 540 | 610 | 655 | 265 | |
| | | | | | | | | Max | | | 4 | | | | | 465 | |
| | HD28 | HU28 | 14 | 1-9/16 | 5-1/4 | 2-1/2 | 1-1/8 | -- | 8 | 16d | 6 | 10d x 1-1/2 | 1085 | 1220 | 1310 | 610 | |
| 2 x 8 | JL26 | LU26 | 20 | 1-9/16 | 4-3/4 | 1-1/2 | 15/16 | -- | 6 | 10d | 4 | 10d x 1-1/2 | 625 | 710 | 765 | 485 | |
| | | | | | | | | | | 16d | | | 740 | 845 | 915 | | |
| | JL26IF-TZ | LUC26Z | 18 | 1-9/16 | 4-1/2 | 1-1/2 | -- | -- | 6 | 10d HDG | 4 | 10d x 1-1/2 HDG | 640 | 730 | 790 | 660 | |
| | | | | | | | | | | 16d HDG | | | 765 | 870 | 945 | | |
| | JL28 | LU28 | 20 | 1-9/16 | 6-3/8 | 1-1/2 | 15/16 | -- | 10 | 10d | 6 | 10d x 1-1/2 | 1040 | 1185 | 1275 | 665 | |
| | | | | | | | | | | 16d | | | 1230 | 1405 | 1530 | | |
| | JL28IF-TZ | -- | 18 | 1-9/16 | 6-1/8 | 1-1/2 | -- | -- | 8 | 10d HDG | 4 | 10d x 1-1/2 HDG | 855 | 975 | 1035 | 660 | |
| | | | | | | | | | | 16d HDG | | | 1020 | 1035 | 1035 | | |
| | JUS26 | LUS26 | 18 | 1-9/16 | 4-13/16 | 1-3/4 | 1 | -- | 4 | 10d | 4 | 10d | 765 | 880 | 950 | 840 | |
| | JUS28 | LUS28 | 18 | 1-9/16 | 6-5/8 | 1-3/4 | 1 | -- | 6 | 10d | 4 | 10d | 980 | 1120 | 1210 | 840 | |
| | MUS26 | MUS26 | 18 | 1-9/16 | 5-1/16 | 2 | 1 | -- | 6 | 10d | 6 | 10d | 1190 | 1365 | 1475 | 760 | |
| | MUS28 | MUS28 | 18 | 1-9/16 | 7-1/16 | 2 | 1 | -- | 8 | 10d | 8 | 10d | 1585 | 1815 | 1965 | 1085 | |
| | SUH26 | U26 | 16 | 1-9/16 | 5-1/8 | 2 | 1-3/16 | -- | 6 | 10d | 4 | 10d x 1-1/2 | 660 | 740 | 800 | 665 | |
| | | | | | | | | | | 16d | | | 775 | 880 | 950 | | |
| | SUH28 | -- | 16 | 1-9/16 | 6-5/8 | 2 | 1-3/16 | -- | 8 | 10d | 4 | 10d x 1-1/2 | 880 | 990 | 1065 | 705 | |
| | | | | | | | | | | 16d | | | 1035 | 1175 | 1265 | | |
| | HUS26 | HUS26 | 16 | 1-5/8 | 5-7/16 | 3 | 2 | -- | 14 | 16d | 6 | 16d | 2430 | 2765 | 2990 | 1640 | |
| | HUS28 | HUS28 | 16 | 1-5/8 | 7-3/16 | 3 | 2 | -- | 22 | 16d | 8 | 16d | 3670 | 4035 | 4130 | 2410 | |
| | HD28 | HU28 | 14 | 1-9/16 | 5-1/4 | 2-1/2 | 1-1/8 | -- | 8 | 16d | 6 | 10d x 1-1/2 | 1085 | 1220 | 1310 | 610 | |
| | HD210 | HU210 | 14 | 1-9/16 | 7-3/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d x 1-1/2 | 1355 | 1525 | 1640 | 610 | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 955 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS, HUS, and MUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

MiTek® Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | 125% | Uplift¹ 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 x 10 | JL28 | LU28 | 20 | 1-9/16 | 6-3/8 | 1-1/2 | 15/16 | -- | 10 | 10d / 16d | 6 | 10d x 1-1/2 | 1040 / 1230 | 1185 / 1405 | 1275 / 1530 | 665 | | |
| | JL28IF-TZ | -- | 18 | 1-9/16 | 6-1/8 | 1-1/2 | -- | -- | 8 | 10d HDG / 16d HDG | 4 | 10d x 1-1/2 HDG | 855 / 1020 | 975 / 1035 | 1035 / 1035 | 660 | | |
| | JL210 | LU210 | 20 | 1-9/16 | 8-1/4 | 1-1/2 | 15/16 | -- | 14 | 10d / 16d | 8 | 10d x 1-1/2 | 1455 / 1675 | 1655 / 1675 | 1675 / 1675 | 845 | | |
| | JL210IF-TZ | LUC210Z | 18 | 1-9/16 | 8-1/4 | 1-1/2 | -- | -- | 11 | 10d HDG / 16d HDG | 6 | 10d x 1-1/2 HDG | 1175 / 1405 | 1345 / 1590 | 1445 / 1730 | 995 | | |
| | JUS28 | LUS28 | 18 | 1-9/16 | 6-5/8 | 1-3/4 | 1 | -- | 6 | 10d | 4 | 10d | 980 | 1120 | 1210 | 840 | | |
| | JUS210 | LUS210 | 18 | 1-9/16 | 7-3/4 | 1-3/4 | 1 | -- | 8 | 10d | 4 | 10d | 1190 | 1360 | 1395 | 840 | | |
| | MUS28 | MUS28 | 18 | 1-9/16 | 7-1/16 | 2 | 1 | -- | 8 | 10d | 4 | 10d | 1585 | 1815 | 1965 | 1085 | | |
| | SUH28 | -- | 16 | 1-9/16 | 6-5/8 | 2 | 1-3/16 | -- | 8 | 10d / 16d | 6 | 10d x 1-1/2 | 880 / 1035 | 990 / 1175 | 1065 / 1265 | 705 | | |
| | SUH210 | U210 | 16 | 1-9/16 | 8 | 2 | 1-3/16 | -- | 10 | 10d / 16d | 6 | 10d x 1-1/2 | 1100 / 1295 | 1235 / 1465 | 1330 / 1585 | 990 | | |
| | HUS28 | HUS28 | 16 | 1-5/8 | 7-3/16 | 3 | 2 | -- | 22 | 16d | 8 | 16d | 3670 / 4235 | 4035 / 4565 | 4130 / 4780 | 2410 / 3410 | | |
| | HUS210 | HUS210 | 16 | 1-5/8 | 9-3/16 | 3 | 2 | -- | 30 | 16d | 10 | 16d | | | | | | |
| | HD210 | HU210 | 14 | 1-9/16 | 7-3/16 | 2-1/2 | 1-1/8 | Min / Max | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 610 / 955 | | |
| 2 x 12 | JL210 | LU210 | 20 | 1-9/16 | 8-1/4 | 1-1/2 | 15/16 | -- | 14 | 10d / 16d | 8 | 10d x 1-1/2 | 1455 / 1675 | 1655 / 1675 | 1675 / 1675 | 845 | | IBC, FL, LA |
| | JL210IF-TZ | LUC210Z | 18 | 1-9/16 | 8-1/4 | 1-1/2 | -- | -- | 11 | 10d HDG / 16d HDG | 6 | 10d x 1-1/2 HDG | 1175 / 1405 | 1345 / 1590 | 1445 / 1730 | 995 | | |
| | JUS210 | LUS210 | 18 | 1-9/16 | 7-3/4 | 1-3/4 | 1 | -- | 8 | 10d | 4 | 10d | 1190 | 1360 | 1395 | 840 | | |
| | SUH210 | U210 | 16 | 1-9/16 | 8 | 2 | 1-3/16 | -- | 10 | 10d / 16d | 6 | 10d x 1-1/2 | 1100 / 1295 | 1235 / 1465 | 1330 / 1585 | 990 | | |
| | HUS210 | HUS210 | 16 | 1-5/8 | 9-3/16 | 3 | 2 | -- | 30 | 16d | 10 | 16d | 4235 | 4565 | 4780 | 3410 | | |
| | HD210 | HU210 | 14 | 1-9/16 | 7-3/16 | 2-1/2 | 1-1/8 | Min / Max | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 610 / 955 | | |
| | HD212 | HU212 | 14 | 1-9/16 | 9-13/16 | 2-1/2 | 1-1/8 | Min / Max | 14 / 20 | 16d | 6 / 10 | 10d x 1-1/2 | 1895 / 2710 | 2140 / 2900 | 2295 / 2990 | 955 / 1225 | | |
| | HD212IF | HUC212 | 14 | 1-9/16 | 9-1/4 | 2 | -- | -- | 16 | 16d | 8 | 10d x 1-1/2 | 2165 | 2320 | 2390 | 960 | | |
| 2 x 14 | SUH214 | U214 | 16 | 1-9/16 | 10 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 8 | 10d x 1-1/2 | 1320 / 1550 | 1480 / 1760 | 1595 / 1900 | 1330 | | |
| | HD212 | HU212 | 14 | 1-9/16 | 9-13/16 | 2-1/2 | 1-1/8 | Min / Max | 14 / 20 | 16d | 6 / 10 | 10d x 1-1/2 | 1895 / 2710 | 2140 / 2900 | 2295 / 2990 | 955 / 1225 | | |
| | HD212IF | HUC212 | 14 | 1-9/16 | 9-1/4 | 2 | -- | -- | 16 | 16d | 8 | 10d x 1-1/2 | 2165 | 2320 | 2390 | 960 | | |
| | HD214 | HU214 | 14 | 1-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min / Max | 16 / 24 | 16d | 8 / 12 | 10d x 1-1/2 | 2165 / 2985 | 2445 / 3160 | 2620 / 3270 | 960 / 1230 | | |
| 2 x 16 | SUH214 | U214 | 16 | 1-9/16 | 10 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 8 | 10d x 1-1/2 | 1320 / 1550 | 1480 / 1760 | 1595 / 1900 | 1330 | | |
| | HD212 | HU212 | 14 | 1-9/16 | 9-13/16 | 2-1/2 | 1-1/8 | Min / Max | 14 / 20 | 16d | 6 / 10 | 10d x 1-1/2 | 1895 / 2710 | 2140 / 2900 | 2295 / 2990 | 955 / 1225 | | |
| | HD212IF | HUC212 | 14 | 1-9/16 | 9-1/4 | 2 | -- | -- | 16 | 16d | 8 | 10d x 1-1/2 | 2165 | 2320 | 2390 | 960 | | |
| | HD214 | HU214 | 14 | 1-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min / Max | 16 / 24 | 16d | 8 / 12 | 10d x 1-1/2 | 2165 / 2985 | 2445 / 3160 | 2620 / 3270 | 960 / 1230 | | |
| | HD216 | HU216 | 14 | 1-9/16 | 12-3/4 | 2-1/2 | 1-1/8 | Min / Max | 18 / 26 | 16d | 8 / 12 | 10d x 1-1/2 | 2440 / 2985 | 2640 / 3160 | 2710 / 3270 | 1220 / 1550 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS, HUS, and MUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) **NAILS:** 10d x 1-1/2 nails are 0.148″ dia. x 1-1/2″ long, 10d nails are 0.148″ dia. x 3″ long, 16d nails are 0.162″ dia. x 3-1/2″ long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | H | D | A | Header Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | SPF Allowable Loads (Lbs.)[2] Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(2) 2 x 4** | JUS24-2 | LUS24-2 | 18 | 3-1/8 | 3-7/16 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 710 | 715 | 715 | 520 | | |
| | SUH24-2 | U24-2 | 16 | 3-1/8 | 3-1/8 | 2 | 1-1/8 | -- | 6 | 10d / 16d | 2 | 10d | 660 / 775 | 740 / 880 | 800 / 950 | 330 | | |
| | HD24-2 | HU24-2 | 14 | 3-1/8 | 3-1/2 | 2-1/2 | 1-1/8 | -- | 4 | 16d | 2 | 10d | 540 | 610 | 655 | 290 | | |
| | HUS24-2 | -- | 14 | 3-1/8 | 3-7/16 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 750 | 825 | 825 | 605 | | |
| | HUS24-2IF | -- | 14 | 3-1/8 | 3-7/16 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 750 | 825 | 825 | 605 | | |
| **(2) 2 x 6** | JUS26-2 | LUS26-2 | 18 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 915 | 1045 | 1135 | 1010 | | |
| | SUH26-2 | U26-2 | 16 | 3-1/8 | 5-1/16 | 2 | 1-1/8 | -- | 10 | 10d / 16d | 4 | 10d | 1100 / 1295 | 1235 / 1465 | 1330 / 1585 | 665 | | |
| | HD24-2 | HU24-2 | 14 | 3-1/8 | 3-1/2 | 2-1/2 | 1-1/8 | -- | 4 | 16d | 4 | 16d | 540 | 610 | 655 | 290 | | |
| | HUS26-2 | HUS26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 910 | 1035 | 1115 | 850 | | |
| | HUS26-2IF | HUSC26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 955 | 1085 | 1170 | 930 | | |
| | HD26-2 | HU26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | 1-1/8 | Min 8 / Max 12 | 16d | | 4 / 6 | 10d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 605 / 1030 | | |
| | HD26-2IF | HUC26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | -- | Min 8 / Max 12 | 16d | | 4 / 6 | 10d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 605 / 1030 | | |
| **(2) 2 x 8** | JUS26-2 | LUS26-2 | 18 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 915 | 1045 | 1135 | 1010 | | IBC, FL, LA |
| | JUS28-2 | LUS28-2 | 18 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1165 | 1330 | 1445 | 1010 | | |
| | SUH26-2 | U26-2 | 16 | 3-1/8 | 5-1/16 | 2 | 1-1/8 | -- | 10 | 10d / 16d | 4 | 10d | 1100 / 1295 | 1235 / 1465 | 1330 / 1585 | 665 | | |
| | SUH28-2 | -- | 16 | 3-1/8 | 6-1/4 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 4 | 10d | 1320 / 1550 | 1480 / 1660 | 1595 / 1660 | 665 | | |
| | HUS26-2 | HUS26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 910 | 1035 | 1115 | 850 | | |
| | HUS26-2IF | HUSC26-2 | 14 | 3-1/8 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 955 | 1085 | 1170 | 930 | | |
| | HUS28-2 | HUS28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | 1500 | 1500 | 1935 | | |
| | HUS28-2IF | HUSC28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | 1500 | 1500 | 1935 | | |
| | HD26-2 | HU26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | 1-1/8 | Min 8 / Max 12 | 16d | | 4 / 6 | 10d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 605 / 1030 | | |
| | HD26-2IF | HUC26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | -- | Min 8 / Max 12 | 16d | | 4 / 6 | 10d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 605 / 1030 | | |
| | HD28-2 | HU28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| | HD28-2IF | HUC28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | -- | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| **(2) 2 x 10** | JUS28-2 | LUS28-2 | 18 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1165 | 1330 | 1445 | 1010 | | |
| | JUS210-2 | LUS210-2 | 18 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1625 | 1850 | 1925 | 1875 | | |
| | SUH28-2 | -- | 16 | 3-1/8 | 6-1/4 | 2 | 1-1/8 | -- | 12 | 10d / 16d | 4 | 10d | 1320 / 1550 | 1480 / 1660 | 1595 / 1660 | 665 | | |
| | SUH210-2 | U210-2 | 16 | 3-1/8 | 8-9/16 | 2 | 1-1/8 | -- | 16 | 10d / 16d | 6 | 10d | 1760 / 2070 | 1975 / 2345 | 2130 / 2535 | 975 | | |
| | HUS28-2 | HUS28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | 1500 | 1500 | 1935 | | |
| | HUS28-2IF | HUSC28-2 | 14 | 3-1/8 | 7-1/8 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | 1500 | 1500 | 1935 | | |
| | HD28-2 | HU28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| | HD28-2IF | HUC28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | -- | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| | HUS210-2 | HUS210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1945 | | |
| | HUS210-2IF | HUSC210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1945 | | |
| | HD210-2 | HU210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3195 | 1030 / 1715 | | |
| | HD210-2IF | HUC210-2 | 14 | 3-1/8 | 9 | 2-1/2 | -- | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3195 | 1030 / 1715 | | |
| | HDQ210-2IF | HUCQ210-2 | 14 | 3-1/4 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4910 | 4910 | 2870 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

# Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Dimensions (in) | | | | Header | | | Joist | | SPF Allowable Loads (Lbs.)[2] | | | | | |
| (2) 2 x 12 | JUS210-2 | LUS210-2 | 18 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | 1925 | 1875 | | |
| | SUH210-2 | U210-2 | 16 | 3-1/8 | 8-9/16 | 2 | 1-1/8 | -- | 16 | 10d<br>16d | 6 | 10d | 1760<br>2070 | 1975<br>2345 | 2130<br>2535 | 975 | | |
| | HUS210-2 | HUS210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1945 | | |
| | HUS210-2IF | HUSC210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1945 | | |
| | HD210-2 | HU210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 1-1/8 | Min 14<br>Max 20 | 16d | 16d | 6<br>10 | 10d | 1895<br>2710 | 2140<br>3055 | 2295<br>3195 | 1030<br>1715 | | |
| | HD210-2IF | HUC210-2 | 14 | 3-1/8 | 9 | 2-1/2 | -- | Min 14<br>Max 20 | 16d | 16d | 6<br>10 | 10d | 1895<br>2710 | 2140<br>3055 | 2295<br>3195 | 1030<br>1715 | | |
| | HUS212-2 | HUS212-2 | 14 | 3-1/8 | 11-1/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2385 | 2710 | 2885 | 2915 | | |
| | HUS212-2IF | HUSC212-2 | 14 | 3-1/8 | 11-1/8 | 2 | -- | -- | 10 | 16d | 10 | 16d | 2385 | 2710 | 2885 | 2915 | | |
| | HD212-2 | HU212-2 | 14 | 3-1/8 | 11 | 2-1/2 | 1-1/8 | Min 16<br>Max 24 | 16d | 16d | 8<br>12 | 10d | 2165<br>3250 | 2445<br>3665 | 2620<br>3865 | 1045<br>2060 | | |
| | HD212-2IF | HUC212-2 | 14 | 3-1/8 | 11 | 2-1/2 | -- | Min 16<br>Max 24 | 16d | 16d | 8<br>12 | 10d | 2165<br>3250 | 2445<br>3665 | 2620<br>3865 | 1045<br>2060 | | |
| | HDQ210-2IF | HUCQ210-2 | 14 | 3-1/4 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4910 | 4910 | 2870 | | |
| (2) 2 x 14 | JUS210-2 | LUS210-2 | 18 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | 1925 | 1875 | | IBC, FL, LA |
| | JUS214-2 | LUS214-2 | 18 | 3-1/8 | 13-1/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 2125 | 2260 | 2260 | 1875 | | |
| | SUH210-2 | U210-2 | 16 | 3-1/8 | 8-9/16 | 2 | 1-1/8 | -- | 16 | 10d<br>16d | 6 | 10d | 1760<br>2070 | 1975<br>2345 | 2130<br>2535 | 975 | | |
| | HD210-2 | HU210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 1-1/8 | Min 14<br>Max 20 | 16d | 16d | 6<br>10 | 10d | 1895<br>2710 | 2140<br>3055 | 2295<br>3195 | 1030<br>1715 | | |
| | HD210-2IF | HUC210-2 | 14 | 3-1/8 | 9 | 2-1/2 | -- | Min 14<br>Max 20 | 16d | 16d | 6<br>10 | 10d | 1895<br>2710 | 2140<br>3055 | 2295<br>3195 | 1030<br>1715 | | |
| | HUS210-2 | HUS210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1945 | | |
| | HUS210-2IF | HUSC210-2 | 14 | 3-1/8 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1945 | | |
| | HUS212-2 | HUS212-2 | 14 | 3-1/8 | 11-1/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2385 | 2710 | 2885 | 2915 | | |
| | HUS212-2IF | HUSC212-2 | 14 | 3-1/8 | 11-1/8 | 2 | 1 | -- | 10 | 16d | 10 | 16d | 2385 | 2710 | 2885 | 2915 | | |
| | HD212-2 | HU212-2 | 14 | 3-1/8 | 11 | 2-1/2 | 1-1/8 | Min 16<br>Max 24 | 16d | 16d | 8<br>12 | 10d | 2165<br>3250 | 2445<br>3665 | 2620<br>3865 | 1045<br>2060 | | |
| | HD212-2IF | HUC212-2 | 14 | 3-1/8 | 11 | 2-1/2 | -- | Min 16<br>Max 24 | 16d | 16d | 8<br>12 | 10d | 2165<br>3250 | 2445<br>3665 | 2620<br>3865 | 1045<br>2060 | | |
| | HD214-2 | HU214-2 | 14 | 3-1/8 | 13 | 2-1/2 | 1-1/8 | Min 18<br>Max 26 | 16d | 16d | 8<br>12 | 10d | 2440<br>3520 | 2750<br>3970 | 2950<br>4045 | 1205<br>2060 | | |
| | HDQ210-2IF | HUCQ210-2 | 14 | 3-1/4 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4910 | 4910 | 2870 | | |
| (2) 2 x 16 | JUS214-2 | LUS214-2 | 18 | 3-1/8 | 13-1/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 2125 | 2260 | 2260 | 1875 | | |
| | HD212-2 | HU212-2 | 14 | 3-1/8 | 11 | 2-1/2 | 1-1/8 | Min 16<br>Max 24 | 16d | 16d | 8<br>12 | 10d | 2165<br>3250 | 2445<br>3665 | 2620<br>3865 | 1045<br>2060 | | |
| | HD212-2IF | HUC212-2 | 14 | 3-1/8 | 11 | 2-1/2 | -- | Min 16<br>Max 24 | 16d | 16d | 8<br>12 | 10d | 2165<br>3250 | 2445<br>3665 | 2620<br>3865 | 1045<br>2060 | | |
| | HD214-2 | HU214-2 | 14 | 3-1/8 | 13 | 2-1/2 | 1-1/8 | Min 18<br>Max 26 | 16d | 16d | 8<br>12 | 10d | 2440<br>3520 | 2750<br>3970 | 2950<br>4045 | 1205<br>2060 | | |
| | HD216-2 | HU216-2 | 14 | 3-1/8 | 14 | 2-1/2 | 1-1/8 | Min 22<br>Max 30 | 16d | 16d | 10<br>14 | 10d | 2980<br>4060 | 3360<br>4060 | 3605<br>4060 | 1715<br>2405 | | |
| 3 x 4 | SUH34 | U34 | 16 | 2-9/16 | 3-3/8 | 2 | 1-1/8 | -- | 6 | 10d<br>16d | 2 | 10d x 1-1/2 | 660<br>775 | 740<br>880 | 800<br>950 | 330 | | |
| | HD34 | HU34 | 14 | 2-9/16 | 3 | 2-1/2 | 1-1/8 | Min<br>Max | 4 | 16d | 2<br>4 | 10d x 1-1/2 | 540 | 610 | 655 | 265<br>465 | | |
| | HD34IF | HUC34 | 14 | 2-9/16 | 3 | 2-1/2 | -- | Min<br>Max | 4 | 16d | 2<br>4 | 10d x 1-1/2 | 540 | 610 | 655 | 265<br>465 | | |

*Fastener Schedule[3,4]. SPF Allowable Loads (Lbs.)[2].*

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS15 (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are included with HDQIF hangers.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat □ HDG ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

## Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Header Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 x 6 | JUS36 | LUS36 | 18 | 2-9/16 | 5-1/4 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 915 | 1045 | 1135 | 1015 | | |
| | SUH36 | U36 | 16 | 2-9/16 | 5-5/16 | 2 | 1-1/8 | -- | 10 | 10d / 16d | 4 | 10d x 1-1/2 | 1100 / 1295 | 1235 / 1465 | 1330 / 1585 | 665 | | |
| | HD36 | HU36 | 14 | 2-9/16 | 4-3/4 | 2-1/2 | 1-1/8 | -- | 8 | 16d | 6 | 10d x 1-1/2 | 1085 | 1220 | 1310 | 610 | | |
| | HD36IF | HUC36 | 14 | 2-9/16 | 4-3/4 | 2-1/2 | 1-1/8 | -- | 8 | 16d | 6 | 10d x 1-1/2 | 1085 | 1220 | 1310 | 610 | | |
| 3 x 8 | JUS38 | -- | 18 | 2-9/16 | 6-3/4 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1165 | 1330 | 1445 | 1015 | | |
| | SUH36 | U36 | 16 | 2-9/16 | 5-5/16 | 2 | 1-1/8 | -- | 10 | 10d / 16d | 4 | 10d x 1-1/2 | 1100 / 1295 | 1235 / 1465 | 1330 / 1585 | 665 | | |
| | HD38 | HU38 | 14 | 2-9/16 | 6-11/16 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| | HD38IF | HUC38 | 14 | 2-9/16 | 6-11/16 | 2-1/2 | -- | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| 3 x 10 | JUS310 | LUS310 | 18 | 2-9/16 | 9-1/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | 1930 | 1880 | | |
| | SUH310 | U310 | 16 | 2-9/16 | 8-7/8 | 2 | 1-1/8 | -- | 16 | 10d / 16d | 6 | 10d x 1-1/2 | 1760 / 2070 | 1975 / 2070 | 2130 / 2070 | 980 | | IBC, FL, LA |
| | HD38 | HU38 | 14 | 2-9/16 | 6-3/4 | 2 | 1-1/8 | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| | HD38IF | HUC38 | 14 | 2-9/16 | 6-3/4 | 2 | -- | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| | HD310 | HU310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| | HD310IF | HUC310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | -- | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| | HDQ310IF | HUCQ310 | 14 | 2-9/16 | 9 | 3 | 1-3/16 | -- | 8 | WS3 | 4 | WS15 | 2985 | 3015 | 3015 | 930 | | |
| 3 x 12 | SUH310 | U310 | 16 | 2-9/16 | 8-7/8 | 2 | 1-1/8 | -- | 16 | 10d / 16d | 6 | 10d x 1-1/2 | 1760 / 2070 | 1975 / 2070 | 2130 / 2070 | 980 | | |
| | HD310 | HU310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| | HD310IF | HUC310 | 14 | 2-9/16 | 7-7/16 | 2-1/2 | -- | Min 10 / Max 14 | 10 / 14 | 16d | 4 / 6 | 10d x 1-1/2 | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 605 / 950 | | |
| | HDQ310IF | HUCQ310 | 14 | 2-9/16 | 9 | 3 | 1-3/16 | -- | 8 | WS3 | 4 | WS15 | 2985 | 3015 | 3015 | 930 | | |
| | HD312 | HU312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 14 / 20 | 16d | 6 / 10 | 10d x 1-1/2 | 1895 / 2710 | 2140 / 3055 | 2295 / 3210 | 950 / 1215 | | |
| | HD312IF | HUC312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | -- | Min 14 / Max 20 | 14 / 20 | 16d | 6 / 10 | 10d x 1-1/2 | 1895 / 2710 | 2140 / 3055 | 2295 / 3210 | 950 / 1215 | | |
| 3 x 14 | SUH314 | U314 | 16 | 2-9/16 | 10-9/16 | 2 | 1-1/8 | -- | 18 | 10d / 16d | 6 | 10d x 1-1/2 | 1980 / 2325 | 2220 / 2640 | 2395 / 2850 | 980 | | |
| | HDQ310IF | HUCQ310 | 14 | 2-9/16 | 9 | 3 | 1-3/16 | -- | 8 | WS3 | 4 | WS15 | 2985 | 3015 | 3015 | 930 | | |
| | HD312 | HU312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 14 / 20 | 16d | 6 / 10 | 10d x 1-1/2 | 1895 / 2710 | 2140 / 3055 | 2295 / 3210 | 950 / 1215 | | |
| | HD312IF | HUC312 | 14 | 2-9/16 | 9-5/16 | 2-1/2 | -- | Min 14 / Max 20 | 14 / 20 | 16d | 6 / 10 | 10d x 1-1/2 | 1895 / 2710 | 2140 / 3055 | 2295 / 3210 | 950 / 1215 | | |
| | HD314 | HU314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16 / 24 | 16d | 8 / 12 | 10d x 1-1/2 | 2165 / 3250 | 2445 / 3665 | 2620 / 3930 | 955 / 1535 | | |
| | HD314IF | HUC314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | -- | Min 16 / Max 24 | 16 / 24 | 16d | 8 / 12 | 10d x 1-1/2 | 2165 / 3250 | 2445 / 3665 | 2620 / 3930 | 955 / 1535 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS15 (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are included with HDQIF hangers.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**  ▮ Stainless Steel  ▮ Gold Coat  ▮ HDG  ▮ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

MiTek® Product Catalog

# Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 x 16 | SUH314 | U314 | 16 | 2-9/16 | 10-9/16 | 2 | 1-1/8 | -- | 18 | 10d / 16d | 6 | 10d x 1-1/2 | 1980 / 2325 | 2220 / 2640 | 2395 / 2850 | 980 | | |
| | HD314 | HU314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d x 1-1/2 | 2165 / 3250 | 2445 / 3665 | 2620 / 3930 | 955 / 1535 | | |
| | HD314IF | HUC314 | 14 | 2-9/16 | 11-5/16 | 2-1/2 | -- | Min 16 / Max 24 | 16d | | 8 / 12 | 10d x 1-1/2 | 2165 / 3250 | 2445 / 3665 | 2620 / 3930 | 955 / 1535 | | |
| | HD316 | HU316 | 14 | 2-9/16 | 13-5/16 | 2-1/2 | 1-1/8 | Min 18 / Max 26 | 16d | | 8 / 12 | 10d x 1-1/2 | 2440 / 3520 | 2750 / 3950 | 2950 / 3950 | 1210 / 1535 | | |
| | HD316IF | HUC316 | 14 | 2-9/16 | 13-5/16 | 2-1/2 | -- | Min 18 / Max 26 | 16d | | 8 / 12 | 10d x 1-1/2 | 2440 / 3520 | 2750 / 3950 | 2950 / 3950 | 1210 / 1535 | | |
| (2) 3 x 8 | HD38-2 | HU38-2 | 14 | 5-1/8 | 6-1/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| (2) 3 x 10 | HD38-2 | HU38-2 | 14 | 5-1/8 | 6-1/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| | HD310-2 | HU310-2 | 14 | 5-1/8 | 8 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3275 | 945 / 1200 | | |
| (2) 3 x 12 | HD312-2 | HU312-2 | 14 | 5-1/8 | 10 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3930 | 1035 / 2060 | | |
| (2) 3 x 14 | HD312-2 | HU312-2 | 14 | 5-1/8 | 10 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3930 | 1035 / 2060 | | |
| (3) 2 x 6 | JUS26-3 | LUS26-3 | 18 | 4-5/8 | 4-1/2 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 915 | 1045 | 1135 | 1005 | | IBC, FL, LA |
| | SUH26-3 | U26-3 | 16 | 4-5/8 | 5-1/4 | 2 | 1 | -- | 8 | 10d / 16d | 2 | 10d | 880 / 1035 | 990 / 1175 | 1065 / 1265 | 330 | | |
| | HD26-3 | HU26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | 1-1/8 | Min 8 / Max 12 | 16d | | 4 / 6 | 16d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 600 / 1030 | | |
| | HD26-3IF | HUC26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | -- | Min 8 / Max 12 | 16d | | 4 / 6 | 16d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 600 / 1030 | | |
| (3) 2 x 8 | JUS26-3 | LUS26-3 | 18 | 4-5/8 | 4-1/2 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 915 | 1045 | 1135 | 1005 | | |
| | JUS28-3 | LUS28-3 | 18 | 4-5/8 | 6-3/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1165 | 1330 | 1445 | 1005 | | |
| | SUH26-3 | U26-3 | 16 | 4-5/8 | 5-1/4 | 2 | 1 | -- | 8 | 10d / 16d | 2 | 10d | 880 / 1035 | 990 / 1175 | 1065 / 1265 | 330 | | |
| | HD26-3 | HU26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | 1-1/8 | Min 8 / Max 12 | 16d | | 4 / 6 | 16d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 600 / 1030 | | |
| | HD26-3IF | HUC26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | -- | Min 8 / Max 12 | 16d | | 4 / 6 | 16d | 1085 / 1625 | 1220 / 1835 | 1310 / 1965 | 600 / 1030 | | |
| | HD28-3 | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| | HD28-3IF | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | -- | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| (3) 2 x 10 | JUS28-3 | LUS28-3 | 18 | 4-5/8 | 6-3/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1165 | 1330 | 1445 | 1005 | | |
| | JUS210-3 | LUS210-3 | 18 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | 1910 | 1865 | | |
| | SUH210-3 | U210-3 | 16 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 14 | 10d / 16d | 6 | 10d | 1540 / 1660 | 1660 | 1660 | 970 | | |
| | HD28-3 | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | 1-1/8 | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| | HD28-3IF | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | -- | Min 10 / Max 14 | 16d | | 4 / 6 | 10d | 1355 / 1895 | 1525 / 2140 | 1640 / 2295 | 685 / 1030 | | |
| | HD210-3 | HU210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3275 | 1030 / 1715 | | |
| | HD210-3IF | HUC210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | -- | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3275 | 1030 / 1715 | | |
| | HDQ210-3IF | HUCQ210-3 | 14 | 4-5/8 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4890 | 4890 | 2855 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long. 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

# Face Mount Hangers – SPF Allowable Loads

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[3,4] | | | | | SPF Allowable Loads (Lbs.)[2] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | D | A | Header | | | Joist | | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | | |
| | | | | | | | | Min/Max | Qty | Type | Qty | Type | | | | | | |
| (3) 2 x 12 | JUS210-3 | LUS210-3 | 18 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | 1910 | 1865 | | |
| | SUH210-3 | U210-3 | 16 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 14 | 10d / 16d | 6 | 10d | 1540 / 1660 | 1660 | 1660 | 970 | | |
| | HD210-3 | HU210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 1895 | 2140 | 2295 | 1030 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | 3055 | 3275 | 1715 | | |
| | HD210-3IF | HUC210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d | 1895 | 2140 | 2295 | 1030 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | 3055 | 3275 | 1715 | | |
| | HDQ210-3IF | HUCQ210-3 | 14 | 4-5/8 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4890 | 4890 | 2855 | | |
| | HD212-3 | HU212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2165 | 2445 | 2620 | 1040 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3625 | 3625 | 2060 | | |
| | HD212-3IF | HUC212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2165 | 2445 | 2620 | 1040 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3625 | 3625 | 2060 | | |
| (3) 2 x 14 | JUS210-3 | LUS210-3 | 18 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | 1910 | 1865 | | |
| | SUH210-3 | U210-3 | 16 | 4-5/8 | 8-3/8 | 2 | 1 | -- | 14 | 10d / 16d | 6 | 10d | 1540 / 1660 | 1660 | 1660 | 970 | | |
| | HDQ210-3IF | HUCQ210-3 | 14 | 4-5/8 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4890 | 4890 | 2855 | | |
| | HD212-3 | HU212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2165 | 2445 | 2620 | 1040 | | IBC, FL, LA |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3625 | 3625 | 2060 | | |
| | HD212-3IF | HUC212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2165 | 2445 | 2620 | 1040 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3625 | 3625 | 2060 | | |
| | HD214-3 | HU214-3 | 14 | 4-5/8 | 12-1/4 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2440 | 2750 | 2950 | 1200 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4025 | 2060 | | |
| (3) 2 x 16 | HD212-3 | HU212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2165 | 2445 | 2620 | 1040 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3625 | 3625 | 2060 | | |
| | HD212-3IF | HUC212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | -- | Min | 16 | 16d | 8 | 10d | 2165 | 2445 | 2620 | 1040 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3625 | 3625 | 2060 | | |
| | HD214-3 | HU214-3 | 14 | 4-5/8 | 12-1/4 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2440 | 2750 | 2950 | 1200 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4025 | 2060 | | |
| | HD216-3 | HU216-3 | 14 | 4-5/8 | 13-1/4 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 10d | 2980 | 3360 | 3605 | 1715 | | |
| | | | | | | | | Max | 30 | | 14 | | 4035 | 4035 | 4035 | 2405 | | |
| (4) 2 x 8 | HD28-4 | HU28-4 | 14 | 6-1/8 | 7 | 2-1/2 | 1-3/4 | Min | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 685 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1035 | | |
| (4) 2 x 10 | HD210-4 | HU210-4 | 14 | 6-1/8 | 9-1/4 | 2-1/2 | 2 | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | Max | 18 | | 8 | | 2440 | 2750 | 2950 | 1620 | | |
| (4) 2 x 12 | HD210-4 | HU210-4 | 14 | 6-1/8 | 9-1/4 | 2-1/2 | 2 | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | Max | 18 | | 8 | | 2440 | 2750 | 2950 | 1620 | | |
| (4) 2 x 14 | HD210-4 | HU210-4 | 14 | 6-1/8 | 9-1/4 | 2-1/2 | 2 | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | Max | 18 | | 8 | | 2440 | 2750 | 2950 | 1620 | | |
| 4 x 4 | JUS44 | LUS44 | 18 | 3-5/8 | 3-1/4 | 2 | 1 | -- | 4 | 16d | 2 | 16d | 615 | 615 | 615 | 520 | | |
| | SUH44 | U44 | 16 | 3-9/16 | 2-7/8 | 2 | 1-1/8 | -- | 6 | 10d / 16d | 2 | 10d | 660 / 775 | 740 / 880 | 800 / 950 | 330 | | |
| | HD44 | HU44 | 14 | 3-9/16 | 3-5/16 | 2-1/2 | 1-1/8 | -- | 4 | 16d | 2 | 10d | 540 | 610 | 655 | 345 | | |
| | HD44IF | HUC44 | 14 | 3-9/16 | 3-5/16 | 2-1/2 | 1-1/8 | -- | 4 | 16d | 2 | 10d | 540 | 610 | 655 | 345 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45˚ angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

MiTek® Product Catalog

# Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Header | | Joist | | | | | | | |
| 4 x 6 | JUS46 | LUS46 | 18 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 915 | 1045 | 1135 | **1010** | | |
| | SUH46 | U46 | 16 | 3-9/16 | 4-13/16 | 2 | 1-1/8 | -- | 10 | 10d | 4 | 10d | 1100 | 1235 | 1330 | **665** | | |
| | | | | | | | | | | 16d | | | 1295 | 1465 | **1585** | | | |
| | HUS46 | HUS46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 955 | 1085 | 1170 | **930** | | |
| | HUS46IF | HUSC46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 955 | 1085 | 1170 | **930** | | |
| | HD46 | HU46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 10d | 1085 | 1220 | 1310 | 605 | | |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1030 | | |
| | HD46IF | HUC46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 10d | 1085 | 1220 | 1310 | 605 | | |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1030 | | |
| 4 x 8 | JUS46 | LUS46 | 18 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 915 | 1045 | 1135 | **1010** | | |
| | JUS48 | LUS48 | 18 | 3-5/8 | 6-7/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1165 | 1330 | 1445 | **1010** | | |
| | SUH46 | U46 | 16 | 3-9/16 | 4-13/16 | 2 | 1-1/8 | -- | 10 | 10d | 4 | 10d | 1100 | 1235 | 1330 | **665** | | |
| | | | | | | | | | | 16d | | | 1295 | 1465 | **1585** | | | |
| | HUS46 | HUS46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 955 | 1085 | 1170 | **930** | | |
| | HUS46IF | HUSC46 | 14 | 3-5/8 | 5 | 2 | 1 | -- | 4 | 16d | 4 | 16d | 955 | 1085 | 1170 | **930** | | |
| | HUS48 | HUS48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | **1500** | **1500** | **1930** | | |
| | HUS48IF | HUSC48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | **1500** | **1500** | **1930** | | |
| | HD46 | HU46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 10d | 1085 | 1220 | 1310 | 605 | | IBC, FL, LA |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1030 | | |
| | HD46IF | HUC46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 10d | 1085 | 1220 | 1310 | 605 | | |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1030 | | |
| | HD48 | HU48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1355 | 1525 | 1640 | 685 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1030 | | |
| | HD48IF | HUC48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d | 1355 | 1525 | 1640 | 685 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1030 | | |
| 4 x 10 | JUS48 | LUS48 | 18 | 3-5/8 | 6-7/8 | 2 | 1 | -- | 6 | 16d | 4 | 16d | 1165 | 1330 | 1445 | **1010** | | |
| | JUS410 | LUS410 | 18 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | **1920** | **1870** | | |
| | SUH410 | U410 | 16 | 3-9/16 | 8-3/8 | 2 | 1-1/8 | -- | 16 | 10d | 6 | 10d | 1760 | 1975 | 2130 | 975 | | |
| | | | | | | | | | | 16d | | | 2070 | 2345 | 2535 | | | |
| | HUS48 | HUS48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | **1500** | **1500** | **1930** | | |
| | HUS48IF | HUSC48 | 14 | 3-5/8 | 7 | 2 | 1 | -- | 6 | 16d | 6 | 16d | 1430 | **1500** | **1500** | **1930** | | |
| | HD48 | HU48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 10d | 1355 | 1525 | 1640 | 685 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1030 | | |
| | HD48IF | HUC48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 10d | 1355 | 1525 | 1640 | 685 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1030 | | |
| | HUS410 | HUS410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | **2340** | **1935** | | |
| | HUS410IF | HUSC410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | **2340** | **1935** | | |
| | HD410 | HU410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 1895 | 2140 | 2295 | 1030 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | **3055** | **3190** | 1715 | | |
| | HD410IF | HUC410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 10d | 1895 | 2140 | 2295 | 1030 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | **3055** | **3190** | 1715 | | |
| | HDQ410IF | HUCQ410 | 14 | 3-9/16 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4900 | 4900 | 2865 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Continued on next page

**Lumber Hangers**

# Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

**Lumber Hangers** *(side tab)*

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Dimensions (in)** | | | | **Fastener Schedule³,⁴** | | | | | **SPF Allowable Loads (Lbs.)²** | | | | | |
| | | | | | | | | **Header** | | | **Joist** | | **Floor** | **Roof** | | **Uplift¹** | | |
| **4 x 12** | JUS410 | LUS410 | 18 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 6 | 16d | 1625 | 1850 | 1920 | 1870 | | |
| | SUH410 | U410 | 16 | 3-9/16 | 8-3/8 | 2 | 1-1/8 | -- | 16 | 10d / 16d | 6 | 10d | 1760 / 2070 | 1975 / 2345 | 2130 / 2535 | 975 | | |
| | HUS410 | HUS410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1935 | | |
| | HUS410IF | HUSC410 | 14 | 3-5/8 | 8-7/8 | 2 | 1 | -- | 8 | 16d | 8 | 16d | 1905 | 2170 | 2340 | 1935 | | |
| | HD410 | HU410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3190 | 1030 / 1715 | | |
| | HD410IF | HUC410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | -- | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3190 | 1030 / 1715 | | |
| | HDQ410IF | HUCQ410 | 14 | 3-9/16 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4900 | 4900 | 2865 | ■ | |
| | HUS412 | HUS412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 6 | 16d | 2385 | 2710 | 2875 | 2910 | | |
| | HUS412IF | HUSC412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 8 | 16d | 2385 | 2710 | 2875 | 2910 | | |
| | HD412 | HU412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3860 | 1040 / 2060 | | |
| | HD412IF | HUC412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | -- | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3860 | 1040 / 2060 | | |
| | HDQ412IF | HUCQ412 | 14 | 3-9/16 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 4980 | 4980 | 4980 | 2775 | ■ | |
| **4 x 14** | JUS414 | LUS414 | 18 | 3-5/8 | 12-7/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 1920 | 1920 | 1920 | 1870 | | |
| | SUH414 | U414 | 16 | 3-9/16 | 10-1/16 | 2 | 1-1/8 | -- | 18 | 10d / 16d | 6 | 10d | 1980 / 2325 | 2220 / 2640 | 2395 / 2850 | 975 | | |
| | HD410 | HU410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 1-1/8 | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3190 | 1030 / 1715 | | IBC, FL, LA |
| | HD410IF | HUC410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | -- | Min 14 / Max 20 | 16d | | 6 / 10 | 10d | 1895 / 2710 | 2140 / 3055 | 2295 / 3190 | 1030 / 1715 | | |
| | HDQ410IF | HUCQ410 | 14 | 3-9/16 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4900 | 4900 | 2865 | ■ | |
| | HUS412 | HUS412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 6 | 16d | 2385 | 2710 | 2875 | 2910 | | |
| | HUS412IF | HUSC412 | 14 | 3-5/8 | 10-7/8 | 2 | 1 | -- | 10 | 16d | 8 | 16d | 2385 | 2710 | 2875 | 2910 | | |
| | HDQ412IF | HUCQ412 | 14 | 3-9/16 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 4980 | 4980 | 4980 | 2775 | | |
| | HD412 | HU412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3860 | 1040 / 2060 | | |
| | HD412IF | HUC412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | -- | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3860 | 1040 / 2060 | | |
| | HD414 | HU414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | 1-1/8 | Min 18 / Max 26 | 16d | | 8 / 12 | 10d | 2440 / 3520 | 2750 / 3860 | 2950 / 3860 | 1205 / 2060 | | |
| | HD414IF | HUC414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | -- | Min 18 / Max 26 | 16d | | 8 / 12 | 10d | 2440 / 3520 | 2750 / 3860 | 2950 / 3860 | 1205 / 2060 | | |
| **4 x 16** | JUS414 | LUS414 | 18 | 3-5/8 | 12-7/8 | 2 | 1 | -- | 12 | 16d | 6 | 16d | 1920 | 1920 | 1920 | 1870 | | |
| | SUH414 | U414 | 16 | 3-9/16 | 10-1/16 | 2 | 1-1/8 | -- | 18 | 10d / 16d | 6 | 10d | 1980 / 2325 | 2220 / 2640 | 2395 / 2850 | 975 | | |
| | HD412 | HU412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3860 | 1040 / 2060 | | |
| | HD412IF | HUC412 | 14 | 3-9/16 | 10-13/16 | 2-1/2 | -- | Min 16 / Max 24 | 16d | | 8 / 12 | 10d | 2165 / 3250 | 2445 / 3665 | 2620 / 3860 | 1040 / 2060 | | |
| | HDQ412IF | HUCQ412 | 14 | 3-9/16 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 4980 | 4980 | 4980 | 2775 | ■ | |
| | HD414 | HU414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | 1-1/8 | Min 18 / Max 26 | 16d | | 8 / 12 | 10d | 2440 / 3520 | 2750 / 3860 | 2950 / 3860 | 1205 / 2060 | | |
| | HD414IF | HUC414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | -- | Min 18 / Max 26 | 16d | | 8 / 12 | 10d | 2440 / 3520 | 2750 / 3860 | 2950 / 3860 | 1205 / 2060 | | |
| | HD416 | HU416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | 1-1/8 | Min 22 / Max 30 | 16d | | 10 / 14 | 10d | 2980 / 4015 | 3360 / 4015 | 3605 / 4015 | 1715 / 1805 | | |
| | HD416IF | HUC416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | -- | Min 22 / Max 30 | 16d | | 10 / 14 | 10d | 2980 / 4015 | 3360 / 4015 | 3605 / 4015 | 1715 / 1805 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) For JUS and HUS hangers: Nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve the table loads.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long, and are included with HDQIF hangers.
4) NAILS: 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel  ■ Gold Coat  ■ HDG  ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek® Product Catalog**

## Face Mount Hangers – SPF Allowable Loads                     Lumber Hangers

| Joist Size | MiTek USP Stock No. | REF. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 x 18 | HD414 | HU414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2440 | 2750 | 2950 | 1205 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3860 | 3860 | 2060 | | |
| | HD414IF | HUC414 | 14 | 3-9/16 | 12-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 10d | 2440 | 2750 | 2950 | 1205 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3860 | 3860 | 2060 | | |
| | HD416 | HU416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 10d | 2980 | 3360 | 3605 | 1715 | | |
| | | | | | | | | Max | 30 | | 14 | | 4015 | 4015 | 4015 | 1805 | | |
| | HD416IF | HUC416 | 14 | 3-9/16 | 14-13/16 | 2-1/2 | -- | Min | 22 | 16d | 10 | 10d | 2980 | 3360 | 3605 | 1715 | | |
| | | | | | | | | Max | 30 | | 14 | | 4015 | 4015 | 4015 | 1805 | | |
| | HD418 | -- | 14 | 3-9/16 | 16-1/2 | 2-1/2 | 1-1/4 | -- | 28 | 16d | 8 | 10d | 3795 | 3835 | 3835 | 1375 | | |
| 6 x 6 | SUH66 | U66 | 16 | 5-1/2 | 5 | 2 | 1 | -- | 8 | 10d | 4 | 10d | 880 | 990 | 1065 | 665 | | |
| | | | | | | | | | | 16d | | | 1035 | 1175 | 1265 | | | |
| | HD66 | HU66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 16d | 1085 | 1220 | 1310 | 685 | | |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1035 | | |
| | HD66IF | HUC66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 16d | 1085 | 1220 | 1310 | 685 | | |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1035 | | |
| 6 x 8 | SUH66 | U66 | 16 | 5-1/2 | 5 | 2 | 1 | -- | 8 | 10d | 4 | 10d | 880 | 990 | 1065 | 665 | | |
| | | | | | | | | | | 16d | | | 1035 | 1175 | 1265 | | | |
| | HD66 | HU66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 16d | 4 | 16d | 1085 | 1220 | 1310 | 685 | | |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1035 | | |
| | HD66IF | HUC66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | -- | Min | 8 | 16d | 4 | 16d | 1085 | 1220 | 1310 | 685 | | |
| | | | | | | | | Max | 12 | | 6 | | 1625 | 1835 | 1965 | 1035 | | |
| | HD68 | HU68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 760 | | IBC, FL, LA |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1035 | | |
| | HD68IF | HUC68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1035 | | |
| 6 x 10 | SUH610 | U610 | 16 | 5-1/2 | 9 | 2 | 1 | -- | 14 | 10d | 6 | 10d | 1540 | 1730 | 1865 | 970 | | |
| | | | | | | | | | | 16d | | | 1810 | 2055 | 2215 | | | |
| | HD68 | HU68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1035 | | |
| | HD68IF | HUC68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1035 | | |
| | HD610 | HU610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | 3055 | 3275 | 2025 | | |
| | HD610IF | HUC610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | 3055 | 3275 | 2025 | | |
| | HDQ610IF | HUCQ610 | 14 | 5-1/2 | 9 | 3 | 1-1/8 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4885 | 4885 | 2855 | | |
| 6 x 12 | SUH610 | U610 | 16 | 5-1/2 | 9 | 2 | 1 | -- | 14 | 10d | 6 | 10d | 1540 | 1730 | 1865 | 970 | | |
| | | | | | | | | | | 16d | | | 1810 | 2055 | 2215 | | | |
| | HD610 | HU610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | 3055 | 3275 | 2025 | | |
| | HD610IF | HUC610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | Max | 20 | | 10 | | 2710 | 3055 | 3275 | 2025 | | |
| | HDQ610IF | HUCQ610 | 14 | 5-1/2 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4885 | 4885 | 2855 | | |
| | HD612 | HU612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2165 | 2445 | 2620 | 1035 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3930 | 2430 | | |
| | HD612IF | HUC612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 16d | 2165 | 2445 | 2620 | 1035 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3930 | 2430 | | |
| | HDQ612IF | HUCQ612 | 14 | 5-1/2 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 4960 | 4960 | 4960 | 2770 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
3) NAILS: 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.
**Corrosion Finish** ▪ Stainless Steel ▪ Gold Coat ▪ HDG ▪ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

## Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

Lumber Hangers

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Dimensions (in)** | | | | **Fastener Schedule[3]** — Header | | | Joist | | **SPF Allowable Loads (Lbs.)[2]** | | | | | |
| 6 x 14 | HDQ610IF | HUCQ610 | 14 | 5-1/2 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 4670 | 4885 | 4885 | 2855 | | |
| | HD612 | HU612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2165 | 2445 | 2620 | 1035 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3930 | 2430 | | |
| | HD612IF | HUC612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 16d | 2165 | 2445 | 2620 | 1035 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3930 | 2430 | | |
| | HDQ612IF | HUCQ612 | 14 | 5-1/2 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 4960 | 4960 | 4960 | 2770 | | |
| | HD614 | HU614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4020 | 2430 | | |
| | HD614IF | HUC614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4020 | 2430 | | |
| 6 x 16 | HD612 | HU612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2165 | 2445 | 2620 | 1035 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3930 | 2430 | | |
| | HD612IF | HUC612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | -- | Min | 16 | 16d | 8 | 16d | 2165 | 2445 | 2620 | 1035 | | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3930 | 2430 | | |
| | HDQ612IF | HUCQ612 | 14 | 5-1/2 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 4960 | 4960 | 4960 | 2770 | | IBC, FL, LA |
| | HD614 | HU614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4020 | 2430 | | |
| | HD614IF | HUC614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4020 | 2430 | | |
| | HD616 | HU616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 16d | 2980 | 3360 | 3605 | 2025 | | |
| | | | | | | | | Max | 30 | | 14 | | 3990 | 3990 | 3990 | 2835 | | |
| | HD616IF | HUC616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | -- | Min | 22 | 16d | 10 | 16d | 2980 | 3360 | 3605 | 2025 | | |
| | | | | | | | | Max | 30 | | 14 | | 3990 | 3990 | 3990 | 2835 | | |
| 6 x 18 | HD614 | HU614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4020 | 2430 | | |
| | HD614IF | HUC614 | 14 | 5-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4020 | 2430 | | |
| | HD616 | HU616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 16d | 2980 | 3360 | 3605 | 2025 | | |
| | | | | | | | | Max | 30 | | 14 | | 3990 | 3990 | 3990 | 2835 | | |
| | HD616IF | HUC616 | 14 | 5-1/2 | 13-13/16 | 2-1/2 | -- | Min | 22 | 16d | 10 | 16d | 2980 | 3360 | 3605 | 2025 | | |
| | | | | | | | | Max | 30 | | 14 | | 3990 | 3990 | 3990 | 2835 | | |
| 8 x 6 | HD86 | -- | 14 | 7-1/2 | 4-15/16 | 2-1/2 | 1-1/2 | Min | 8 | 16d | 4 | 16d | 1085 | 1220 | 1310 | 685 | | |
| | | | | | | | | Max | 10 | | 4 | | 1355 | 1525 | 1640 | 760 | | |
| | HD86IF | -- | 14 | 7-1/2 | 5-1/8 | 2-1/2 | -- | -- | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 760 | | |
| 8 x 8 | HD88 | HU88 | 14 | 7-1/2 | 6-13/16 | 2-1/2 | 1-1/2 | Min | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1030 | | |
| | HD88IF | HUC88 | 14 | 7-1/2 | 6-13/16 | 2-1/2 | -- | Min | 10 | 16d | 4 | 16d | 1355 | 1525 | 1640 | 760 | | |
| | | | | | | | | Max | 14 | | 6 | | 1895 | 2140 | 2295 | 1030 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQIF hangers.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

MiTek® Product Catalog

# Face Mount Hangers – SPF Allowable Loads

**Lumber Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 x 10 | HD810 | HU810 | 14 | 7-1/2 | 8-9/16 | 2-1/2 | 1-1/2 | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1030 | |
| | | | | | | | | Max | 18 | | 8 | | 2440 | 2750 | 2950 | 1620 | |
| | HD810IF | HUC810 | 14 | 7-1/2 | 8-9/16 | 2-1/2 | -- | Min | 14 | 16d | 6 | 16d | 1895 | 2140 | 2295 | 1030 | |
| | | | | | | | | Max | 18 | | 8 | | 2440 | 2750 | 2950 | 1620 | |
| 8 x 12 | HD812 | HU812 | 14 | 7-1/2 | 10-1/2 | 2-1/2 | 1-1/2 | Min | 16 | 16d | 6 | 16d | 2165 | 2445 | 2620 | 1030 | |
| | | | | | | | | Max | 22 | | 8 | | 2980 | 3360 | 3605 | 1620 | IBC, FL, LA |
| | HD812IF | HUC812 | 14 | 7-1/2 | 10-1/2 | 2-1/2 | -- | Min | 16 | 16d | 6 | 16d | 2165 | 2445 | 2620 | 1030 | |
| | | | | | | | | Max | 22 | | 8 | | 2980 | 3360 | 3605 | 1620 | |
| 8 x 14 | HD814 | HU814 | 14 | 7-1/2 | 11-13/16 | 2-1/2 | 1-1/2 | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3885 | 2430 | |
| | HD814IF | HUC814 | 14 | 7-1/2 | 11-13/16 | 2-1/2 | -- | Min | 18 | 16d | 8 | 16d | 2440 | 2750 | 2950 | 1620 | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3665 | 3885 | 2430 | |
| 8 x 16 | HD816 | HU816 | 14 | 7-1/2 | 12-13/16 | 2-1/2 | 1-1/2 | Min | 20 | 16d | 8 | 16d | 2710 | 3055 | 3155 | 1620 | |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3885 | 3885 | 2430 | |
| | HD816IF | HUC816 | 14 | 7-1/2 | 13-5/8 | 2-1/2 | -- | | 26 | 16d | 12 | 16d | 3520 | 3885 | 3885 | 2430 | |
| **ROUGH LUMBER SIZES** | | | | | | | | | | | | | | | | | |
| 2 x 4 | SUH24R | LU24R-18, U24R | 16 | 2 | 3-1/16 | 2 | 1-1/8 | -- | 4 | 10d | 2 | 10d x 1-1/2 | 440 | 495 | 530 | 310 | |
| | | | | | | | | | | 16d | | | 515 | 585 | 635 | | |
| 2 x 6 - 8 | SUH26R | LU26R-18, U26R | 16 | 2 | 4-15/16 | 2 | 1-3/16 | -- | 6 | 10d | 4 | 10d x 1-1/2 | 660 | 740 | 800 | 665 | |
| | | | | | | | | | | 16d | | | 775 | 880 | 950 | | |
| 2 x 8 - 10 | SUH28R | LU28R-18 | 16 | 2 | 6-7/16 | 2 | 1-1/8 | -- | 8 | 10d | 6 | 10d x 1-1/2 | 880 | 990 | 1055 | 705 | |
| | | | | | | | | | | 16d | | | 1035 | 1175 | 1265 | | |
| 2 x 10 - 12 | SUH210R | LU210R-18, U210R | 16 | 2 | 7-13/16 | 2 | 1-1/8 | -- | 10 | 10d | 6 | 10d x 1-1/2 | 1100 | 1235 | 1330 | 980 | |
| | | | | | | | | | | 16d | | | 1295 | 1465 | 1585 | | |
| 2 x 14 - 16 | SUH214R | -- | 16 | 2 | 9-13/16 | 2 | 1-1/8 | -- | 12 | 10d | 8 | 10d x 1-1/2 | 1320 | 1480 | 1595 | 1330 | IBC, FL, LA |
| | | | | | | | | | | 16d | | | 1550 | 1760 | 1900 | | |
| 4 x 4 | SUH44R | U44R | 16 | 4 | 2-11/16 | 2 | 1-1/8 | -- | 6 | 10d | 2 | 16d | 660 | 740 | 800 | 370 | |
| | | | | | | | | | | 16d | | | 775 | 850 | 950 | | |
| 4 x 6 | SUH46R | U46R | 16 | 4 | 4-11/16 | 2 | 1-1/8 | -- | 8 | 10d | 4 | 16d | 880 | 990 | 1065 | 695 | |
| | | | | | | | | | | 16d | | | 1035 | 1175 | 1265 | | |
| 4 x 10 - 12 | SUH410R | U410R | 16 | 4 | 8-3/16 | 2 | 2 | -- | 14 | 10d | 6 | 16d | 1540 | 1730 | 1865 | 975 | |
| | | | | | | | | | | 16d | | | 1810 | 2055 | 2215 | | |
| 6 x 8 | SUH66R | U66R | 16 | 6 | 5 | 2 | 1 | -- | 8 | 10d | 4 | 16d | 880 | 990 | 1065 | 690 | |
| | | | | | | | | | | 16d | | | 1035 | 1175 | 1265 | | |
| 6 x 10 - 12 - 14 | SUH610R | U610R | 16 | 6 | 9 | 2 | 1 | -- | 14 | 10d | 6 | 16d | 1540 | 1730 | 1865 | 970 | |
| | | | | | | | | | | 16d | | | 1810 | 2055 | 2215 | | |
| **GLULAM SIZES** | | | | | | | | | | | | | | | | | |
| 3-1/8 x 10-1/2 - 19-1/2 | HD32105 | HU3.25/10.5 | 14 | 3-1/4 | 9-15/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 6 | 10d | 2165 | 2445 | 2620 | 945 | |
| | | | | | | | | Max | 22 | | 10 | | 2980 | 3360 | 3605 | 1715 | |
| 3-1/8 x 12 - 21 | HD3212 | HU3.25/12 | 14 | 3-1/4 | 11-7/8 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2440 | 2750 | 2950 | 1205 | IBC, FL, LA |
| | | | | | | | | Max | 26 | | 12 | | 3520 | 3970 | 4045 | 2060 | |
| 5-1/8 x 10-1/2 - 19-1/2 | HD5112 | HU5.125/12 | 14 | 5-1/4 | 9-15/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2165 | 2445 | 2620 | 1040 | |
| | | | | | | | | Max | 24 | | 12 | | 3250 | 3625 | 3625 | 2430 | |
| 5-1/8 x 14-1/2 - 21 | HD51135 | HU5.125/13.5 | 14 | 5-1/4 | 12-15/16 | 2-1/2 | 1-1/8 | Min | 20 | 16d | 10 | 16d | 2710 | 3055 | 3175 | 2025 | |
| | | | | | | | | Max | 28 | | 14 | | 3795 | 4030 | 4030 | 2835 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.



Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

## **HL** Light Gauge Purlin Hangers

These top mount hangers are designed for supporting floor joists or 2x dimensional lumber. The top mount style allows builders to drop in joists or purlins quickly.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical HL210 installation**



Speed prongs elimate need for joist nails

**HL210**

## **KB / KLB** Beam & Purlin Hangers

With a top mount design and heavy steel fabrication the KB and KLB hangers can cover medium-to-heavy beam and purlin applications. The top mount design offers high loads with less nailing than comparable face mount hangers.

**KLB** – 14 gauge

**KB** – 12 gauge

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• NA20D nails are included with hangers where applicable.
• For welded installations, see page 325.
• **KB models are not recommended for use with LVL, PSL, or LSL members.**



**Typical KB installation**



**Typical KLB installation**



**KB**



**KLB**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Lumber Hangers

**MiTek®** Product Catalog

**HDO** Heavy-Duty Top Mount Hangers

<span style="float:right">**Lumber Hangers**</span>

Primarily used to hang joists or headers in medium load conditions. These hangers provide higher load values with less nailing.

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Options:** All nominal lumber sizes are available for rough/full size lumber. See Specialty Options Chart.
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Check top flange dimensions to ensure compatibility with header widths.
• **Do not use for welded or nailer applications. Reference Specialty Options chart below for hanger options.**



**HDO standard installation**



**HDO28-2**



**Typical HDO410IF inverted flange installation**



**Typical HDO skewed option installation**

**Specialty Options Chart**
Refer to Specialty Options pages 320 and 322 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2,3] | Inverted Flange |
|---|---|---|---|---|
| **Range** | 1˚ to 67-1/2˚ when width is 1-3/4" or less. 1˚ to 50˚ on all others. | 1˚ to 45˚ | See Sloped Seat and Skewed | Not available in widths less than 3-1/8" |
| **Allowable Loads** | 100% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load | 80% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load. 65% of table load when nailing into the support members end grain. |
| **Ordering** | Add *SK*, angle required, right *(R)* or left *(L),* and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex. HDO210_SK45R_SQ | Add *SL*, slope required, and up *(U)* or down *(D),* to product number. Ex. HDO210_SL30D | See Sloped Seat and Skewed. Ex. HDO210_SK45R_SQ_SL30D | Add *IF* to product number. Ex. HDO610_IF |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="float:right">**Lumber Hangers**</span>

## KHW / SW / SWH  Welded Top Flange Hangers

<span style="color:green">**Lumber Hangers**</span>

**SW** – Light-duty hanger

**SWH** – Medium-duty hanger

**KHW** – Heavy-duty hanger installs with NA20D nails for higher load capacities

**Materials:** SW top flange - 12 gauge; stirrup - 12 gauge;
SWH top flange - 7 gauge; stirrup - 12 gauge;
KHW top flange - 3 gauge; stirrup - 10 gauge
**Finish:** Primer
**Options:** All nominal lumber sizes are available for rough/full size lumber. See Specialty Options below.
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• NA20D nails are supplied with KHW hangers.
• For welded installations see page 325.
• **KHW models are not recommended for use with LVL, PSL, or LSL headers.**



**Typical KHW46 installation**



**Typical SW210 installation**



**KHW46**



**SW210**



**SWH410**

### Nailer Installation Chart
Chart represents maximum allowable loads for hangers used on wood nailers. Reference page 203.

| MiTek Series | Nailer Size | Fastener Schedule[4] | | | | DF/SP Allowable Loads (Lbs.)[1,3] | SPF Allowable Loads (Lbs.)[1,3] |
| | | Nailer | | Joist | | Download 100% | Download 100% |
| | | Top Qty | Type | Qty | Type | | |
|---|---|---|---|---|---|---|---|
| SW [2] widths ≥ 2-9/16" | 2X | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1635 | 1115 |
| | 3x | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2390 | 2010 |
| | (2) 2x | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2390 | 2010 |
| | 4x | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2390 | 2010 |
| SWH | 2X | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 2600 | 1770 |
| | 3X | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 3305 | 2280 |
| | (2) 2x | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 3305 | 2280 |
| | 4x | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 3305 | 2280 |
| KHW | 3X | 4 | 16d x 2-1/2 | 2 | 10d | 4415 | 3525 |

1) Listed loads shall not be increased.
2) SW hangers with a width of less than 2-9/16" are limited to 2,315 lbs. of download.
3) Values in the table apply to standard top mount hangers without slope, skew or any other specialty options.
4) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long.
New products or updated product information are designated in blue font.

### Specialty Options Chart – Refer to Specialty Options pages 320, 322-323 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2,3] | Sloped Top Flange[4] | Top Flange Offset | | Saddle | Ridge |
|---|---|---|---|---|---|---|---|---|
| Range | 1° to 84° | 1° to 45° | See Sloped Seat and Skewed | 0° to 35° | -- | | -- | 0° to 45° |
| Allowable Loads | 100% of table load | 100% of table load | 100% of table load | 100% of table load | Hanger Width 3-1/2" or less 3-9/16" to 5-1/2" 5-9/16" to 7-1/2" | % of table load: 60% 75% 85% | 100% of table load per side | 100% of table load |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) or bevel cut (BV) to product number. Ex. SW212_SK45R_SQ | Add SL, slope required, and up (U) or down (D), to product number. Ex. SW212_SL30D | See Sloped Seat and Skewed. Ex. SW212_SK45R_SQ_SL30D | Add SF, angle required, and right (R) or left (L), to product number. Ex. SW212_SF30L | Add OS, and right (R) or left (L), to product number. Ex. SW212_OSL | | Add SA, and saddle width required to product number. Ex. SW212_SA=5-1/2" | Add DA, angle required to product number. Ex. SW212_DA30 |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.
4) Sloped top flanges with greater than 15° may have additional header nails.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

MiTek® Product Catalog

# Top Mount Hanger Charts

**Lumber Hangers**

| Beam/ Joist Size | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[4] | | | | | DF/SP Allowable Loads (Lbs.)[3] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Header | | | Joist | | Floor | Roof | | Uplift[1,2] | | |
| | | | | W | H | D | L | TF | Top | Face | Type | Qty | Type | 100% | 115% | 125% | 160% | | |
| 2 x 4 | HD024 | HU24TF | 12 | 1-9/16 | 3-7/16 | 2-1/4 | -- | 2-1/2 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2405 | 2440 | 2460 | 330 | | |
| 2 x 6 | HL26 | JB26 | 18 | 1-9/16 | 5-3/8 | 1-1/2 | -- | 1-5/16 | 2 | 4 | 16d | 2 | prongs | 1255 | 1255 | 1255 | -- | | |
| | KLB26 | LB26 | 14 | 1-9/16 | 5-3/8 | 1-1/2 | -- | 1-3/8 | 2 | 4 | 16d | 2 | 10d x 1-1/2 | 1670 | 1705 | 1725 | 390 | | |
| | SW26 | -- | 12 | 1-9/16 | 5-3/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2315 | 2315 | 2315 | 135 | | |
| | HD026 | HU26TF | 12 | 1-9/16 | 5-3/8 | 2-1/4 | -- | 2-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2705 | 2770 | 2815 | 825 | | |
| 2 x 8 | HL28 | JB28 | 18 | 1-9/16 | 7-5/16 | 1-3/4 | -- | 1-5/16 | 2 | 4 | 16d | 2 | prongs | 1490 | 1490 | 1490 | -- | | |
| | KLB28 | LB28 | 14 | 1-9/16 | 7-1/4 | 1-3/4 | -- | 1-3/8 | 2 | 4 | 16d | 2 | 10d x 1-1/2 | 1905 | 1935 | 1960 | 390 | | |
| | SW28 | -- | 12 | 1-9/16 | 7-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2315 | 2315 | 2315 | 135 | | |
| | HD028 | HU28TF | 12 | 1-9/16 | 7-1/8 | 2-1/4 | -- | 2-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2705 | 2770 | 2815 | 825 | | |
| 2 x 10 | HL210 | JB210A | 18 | 1-9/16 | 9-5/16 | 2 | -- | 1-5/16 | 2 | 4 | 16d | 2 | prongs | 1490 | 1490 | 1490 | -- | | |
| | KLB210 | LB210A | 14 | 1-9/16 | 9-1/4 | 2 | -- | 1-3/8 | 2 | 4 | 16d | 2 | 10d x 1-1/2 | 2140 | 2170 | 2195 | 390 | | |
| | SW210 | -- | 12 | 1-9/16 | 9-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2315 | 2315 | 2315 | 135 | | |
| | HD0210 | HU210TF | 12 | 1-9/16 | 9-1/8 | 2-1/4 | -- | 2-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2705 | 2770 | 2815 | 825 | | |
| 2 x 12 | HL212 | JB212A | 18 | 1-9/16 | 11-1/4 | 2-5/16 | -- | 1-5/16 | 2 | 4 | 16d | 2 | prongs | 1490 | 1490 | 1490 | -- | | |
| | KLB212 | LB212A | 14 | 1-9/16 | 11-1/8 | 2 | -- | 1-3/8 | 2 | 4 | 16d | 2 | 10d x 1-1/2 | 2140 | 2170 | 2195 | 390 | | |
| | SW212 | -- | 12 | 1-9/16 | 11-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2315 | 2315 | 2315 | 135 | | |
| | HD0212 | HU212TF | 12 | 1-9/16 | 11 | 2-1/4 | -- | 2-1/2 | 4 | 10 | 16d | 6 | 10d x 1-1/2 | 3005 | 3105 | 3165 | 1190 | | |
| 2 x 14 | HL214 | JB214A | 18 | 1-9/16 | 13-1/8 | 2 | -- | 2-1/2 | 2 | 6 | 16d | 2 | 10d x 1-1/2 | 1490 | 1490 | 1490 | 250 | | |
| | SW214 | -- | 12 | 1-9/16 | 13-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2315 | 2315 | 2315 | 135 | | IBC, FL, LA |
| | HD0214 | HU214TF | 12 | 1-9/16 | 13 | 2-1/4 | -- | 2-1/2 | 4 | 12 | 16d | 6 | 10d x 1-1/2 | 3005 | 3105 | 3140 | 1190 | | |
| 2 x 16 | SW216 | -- | 12 | 1-9/16 | 15-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2315 | 2315 | 2315 | 135 | | |
| | HD0216 | HU216TF, LB216 | 12 | 1-9/16 | 15-1/8 | 2-1/2 | -- | 2-1/2 | 4 | 14 | 16d | 8 | 10d x 1-1/2 | 3300 | 3435 | 3520 | 1700 | | |
| 3 x 4 | HD034 | HU34TF | 12 | 2-9/16 | 3-7/16 | 2-1/2 | -- | 2-1/2 | 4 | 4 | 16d | 4 | 10d x 1-1/2 | 2965 | 2965 | 2965 | 330 | | |
| 3 x 6 | SW36 | -- | 12 | 2-9/16 | 5-3/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2520 | 2520 | 2520 | 135 | | |
| | HD036 | HU36TF | 12 | 2-9/16 | 5-3/8 | 2-1/2 | -- | 2-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 4125 | 4320 | 4450 | 825 | | |
| 3 x 8 | SW38 | -- | 12 | 2-9/16 | 7-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2520 | 2520 | 2520 | 135 | | |
| | HD038 | HU38TF | 12 | 2-9/16 | 7-1/8 | 2-1/2 | -- -- | 2-1/2 | 4 | 8 | 16d | 4 | 10d x 1-1/2 | 4465 | 4570 | 4575 | 825 | | |
| 3 x 10 | SW310 | -- | 12 | 2-9/16 | 9-1/8 | 2-1/2 | -- | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 2520 | 2520 | 2520 | 135 | | |
| | HD0310 | HU310TF | 12 | 2-9/16 | 9-1/8 | 2-1/2 | -- | 2-1/2 | 4 | 10 | 16d | 6 | 10d x 1-1/2 | 4575 | 4575 | 4575 | 1065 | | |
| 3 x 12 | SWH312 | -- | 7/12 | 2-9/16 | 11-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 3305 | 3305 | 3305 | 135 | | |
| | HD0312 | HU312TF | 12 | 2-9/16 | 11 | 2-1/2 | -- | 2-1/2 | 4 | 12 | 16d | 6 | 10d x 1-1/2 | 4800 | 4900 | 4965 | 1115 | | |
| 3 x 14 | SWH314 | -- | 7/12 | 2-9/16 | 13-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 3305 | 3305 | 3305 | 135 | | |
| | HD0314 | HU314TF | 12 | 2-9/16 | 13 | 2-1/2 | -- | 2-1/2 | 4 | 14 | 16d | 8 | 10d x 1-1/2 | 5100 | 5230 | 5315 | 1115 | | |
| 3 x 16 | SWH316 | -- | 7/12 | 2-9/16 | 15-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 10d | 2 | 10d x 1-1/2 | 3305 | 3305 | 3305 | 135 | | |
| | HD0316 | HU316TF | 12 | 2-9/16 | 15 | 2-1/2 | -- | 2-1/2 | 4 | 16 | 16d | 8 | 10d x 1-1/2 | 5100 | 5230 | 5315 | 1700 | | |
| (2) 2 x 4 | HD024-2 | HU24-2TF | 12 | 3-1/8 | 3-7/16 | 2-1/4 | -- | 2-1/2 | 4 | 4 | 16d | 2 | 10d | 2965 | 2965 | 2965 | 400 | | |
| (2) 2 x 6 | SWH26-2 | WP26-2 | 7/12 | 3-1/8 | 5-3/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | | |
| | HD026-2 | HU26-2TF, HUS26-2TF | 12 | 3-1/8 | 5-3/8 | 2-1/4 | -- | 2-1/2 | 4 | 6 | 16d | 4 | 10d | 4125 | 4320 | 4450 | 825 | | |
| (2) 2 x 8 | SWH28-2 | WP28-2 | 7/12 | 3-1/8 | 7-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | | |
| | HD028-2 | HU28-2TF, HUS28-2TF | 12 | 3-1/8 | 7-1/8 | 2-1/4 | -- | 2-1/2 | 4 | 8 | 16d | 4 | 10d | 4465 | 4575 | 4575 | 825 | | |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) HL products do not provide uplift resistance, except for the HL214.
3) Refer to the respective Nailer Options chart on page 168 for hangers installed on wood nailers.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ▪ Stainless Steel ▪ Gold Coat ▪ HDG ▪ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## Top Mount Hanger Charts

**Lumber Hangers**

| Beam/ Joist Size | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[4] | | | | | DF/SP Allowable Loads (Lbs.)[2,3] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Header | | | Joist | | Floor | Roof | | Uplift[1] | |
| | | | | W | H | D | L | TF | Qty | | Type | Qty | Type | 100% | 115% | 125% | 160% | |
| | | | | | | | | | Top | Face | | | | | | | | |
| (2) 2 x 10 | SWH210-2 | WP210-2 | 7/12 | 3-1/8 | 9-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | HD0210-2 | HU210-2TF, HUS210-2TF | 12 | 3-1/8 | 9-1/8 | 2-1/4 | -- | 2-1/2 | 4 | 10 | 16d | 6 | 10d | 4575 | 4575 | 4575 | 1275 | |
| | HD0210-2IF | HUC210-2TF, HUSC210-2TF | 12 | 3-1/8 | 9-1/8 | 2-1/4 | -- | 2-1/2 | 4 | 10 | 16d | 6 | 10d | 4575 | 4575 | 4575 | 1275 | |
| (2) 2 x 12 | SWH212-2 | WP212-2 | 7/12 | 3-1/8 | 11-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | HD0212-2 | HU212-2TF, HUS212-2TF | 12 | 3-1/8 | 11 | 2-1/2 | -- | 2-1/2 | 4 | 12 | 16d | 6 | 10d | 5155 | 5465 | 5675 | 1275 | |
| (2) 2 x 14 | SWH214-2 | WP214-2 | 7/12 | 3-1/8 | 13-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | HD0214-2 | HU214-2TF, HUS214-2TF | 12 | 3-1/8 | 13 | 2-1/2 | -- | 2-1/2 | 4 | 14 | 16d | 8 | 10d | 5500 | 5845 | 6080 | 1510 | |
| (2) 2 x 16 | SWH216-2 | WP216-2 | 7/12 | 3-1/8 | 15-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | HD0216-2 | HU216-2TF | 12 | 3-1/8 | 15 | 2-1/2 | -- | 2-1/2 | 4 | 16 | 16d | 8 | 10d | 5845 | 6010 | 6100 | 1700 | |
| 4 x 4 | HD044 | HU44TF | 12 | 3-9/16 | 3-7/16 | 2-1/4 | -- | 2-1/2 | 4 | 4 | 16d | 2 | 10d | 2965 | 2965 | 2965 | 400 | |
| 4 x 6 | SW46 | WP46 | 12 | 3-9/16 | 5-3/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d | 2520 | 2520 | 2520 | 135 | |
| | HD046 | HU46TF | 12 | 3-9/16 | 5-3/8 | 2-1/4 | -- | 2-1/2 | 4 | 6 | 16d | 4 | 10d | 4125 | 4320 | 4450 | 825 | |
| | KHW46 | -- | 3/10 | 3-9/16 | 5-3/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | IBC, FL, LA |
| 4 x 8 | SW48 | WP48 | 12 | 3-9/16 | 7-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d | 2520 | 2520 | 2520 | 135 | |
| | HD048 | BA48, HU48TF | 12 | 3-9/16 | 7-1/8 | 2-1/4 | -- | 2-1/2 | 4 | 8 | 16d | 4 | 10d | 4465 | 4575 | 4575 | 825 | |
| | KHW48 | -- | 3/10 | 3-9/16 | 7-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 4 x 10 | SW410 | -- | 12 | 3-9/16 | 9-1/8 | 2-1/2 | 6-1/2 | 2-1/2 | 2 | -- | 10d | 2 | 10d | 2520 | 2520 | 2520 | 135 | |
| | HD0410 | BA410, HU410TF | 12 | 3-9/16 | 9-1/8 | 2-1/4 | -- | 2-1/2 | 4 | 10 | 16d | 6 | 10d | 4785 | 4785 | 4785 | 1275 | |
| | SWH410 | WP410 | 7/12 | 3-9/16 | 9-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | KHW410 | -- | 3/10 | 3-9/16 | 9-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 4 x 12 | KB412 | -- | 12 | 3-9/16 | 11-1/8 | 2-3/8 | -- | 2-1/2 | 4 | 2 | NA20D | 2 | NA20D | 4075 | 4155 | 4185 | 580 | |
| | HD0412 | HU412TF | 12 | 3-9/16 | 11 | 2-1/4 | -- | 2-1/2 | 4 | 12 | 16d | 6 | 10d | 5155 | 5465 | 5675 | 1275 | |
| | SWH412 | WP412 | 7/12 | 3-9/16 | 11-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | KHW412 | -- | 3/10 | 3-9/16 | 11-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 4 x 14 | HD0414 | HU414TF | 12 | 3-9/16 | 13 | 2-1/2 | -- | 2-1/2 | 4 | 14 | 16d | 8 | 10d | 5500 | 5845 | 6080 | 1510 | |
| | SWH414 | WP414 | 7/12 | 3-9/16 | 13-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | KHW414 | -- | 3/10 | 3-9/16 | 13-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 4 x 16 | HD0416 | HU416TF | 12 | 3-9/16 | 15 | 2-1/2 | -- | 2-1/2 | 4 | 16 | 16d | 8 | 10d | 5845 | 6230 | 6460 | 1700 | |
| | SWH416 | WP416 | 7/12 | 3-9/16 | 15-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | KHW416 | -- | 3/10 | 3-9/16 | 15-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) KHW Glulam load values are based on 560 psi perpendicular to grain loading.
3) Refer to the respective Nailer Options chart on page 168 for hangers installed on wood nailers.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long, NA20D nails are 0.192" dia. x 2-1/2" long and are included with KB and KHW hangers.



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

**MiTek®** Product Catalog

# Top Mount Hanger Charts

**Lumber Hangers**

| Beam/ Joist Size | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[5] | | | | | DF/SP Allowable Loads (Lbs.)[2,3] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Header | | | Joist | | Floor | Roof | | Uplift[1] | |
| | | | | W | H | D | L | TF | Qty | | | Qty | | 100% | 115% | 125% | 160% | |
| | | | | | | | | | Top | Face | Type | | Type | | | | | |
| (3) 2 x 10 | HD0210-3 | HU210-3TF | 12 | 4-11/16 | 9-1/8 | 2-1/2 | -- | 2-1/2 | 4 | 10 | 16d | 6 | 16d | 4575 | 4575 | 4575 | 1450 | |
| (3) 2 x 12 | HD0212-3 | HU212-3TF | 12 | 4-11/16 | 11 | 2-1/2 | -- | 2-1/2 | 4 | 12 | 16d | 6 | 16d | 5155 | 5465 | 5675 | 1490 | |
| (3) 2 x 14 | HD0214-3 | HU214-3TF | 12 | 4-11/16 | 13 | 2-1/2 | -- | 2-1/2 | 4 | 14 | 16d | 8 | 16d | 5500 | 5845 | 6080 | 1985 | |
| (3) 2 x 16 | HD0216-3 | HU216-3TF | 12 | 4-11/16 | 15 | 2-1/2 | -- | 2-1/2 | 4 | 16 | 16d | 8 | 16d | 5845 | 6230 | 6460 | 1985 | |
| 6 x 6 | HD066 | HU66TF | 12 | 5-1/2 | 5-3/8 | 2-1/2 | -- | 2-1/2 | 4 | 6 | 16d | 4 | 16d | 4125 | 4320 | 4450 | 990 | |
| | SWH66 | WP66 | 7/12 | 5-1/2 | 5-3/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | KHW66 | -- | 3/10 | 5-1/2 | 5-3/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 6 x 8 | HD068 | HU68TF | 12 | 5-1/2 | 7-1/8 | 2-1/2 | -- | 2-1/2 | 4 | 8 | 16d | 4 | 16d | 4465 | 4575 | 4575 | 990 | |
| | SWH68 | WP68 | 7/12 | 5-1/2 | 7-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | |
| | KHW68 | -- | 3/10 | 5-1/2 | 7-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 6 x 10 | KB610 | -- | 12 | 5-1/2 | 9-1/4 | 2-3/8 | -- | 2-1/2 | 4 | 6 | NA20D | 2 | NA20D | 4795 | 4920 | 4920 | 580 | |
| | HD0610 | HU610TF | 12 | 5-1/2 | 9-1/8 | 2-1/2 | -- | 2-1/2 | 4 | 10 | 16d | 6 | 16d | 4575 | 4575 | 4575 | 1450 | |
| | SWH610 | WP610 | 7/12 | 5-1/2 | 9-1/8 | 2-1/2 | 7 | 2-1/2 | 2 | -- | 16d | 2 | 10d | 3305 | 3305 | 3305 | 135 | IBC, FL, LA |
| | KHW610 | -- | 3/10 | 5-1/2 | 9-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 6 x 12 | KB612 | -- | 12 | 5-1/2 | 11-1/8 | 2-3/8 | -- | 2-1/2 | 4 | 6 | NA20D | 2 | NA20D | 4795 | 4920 | 4920 | 580 | |
| | HD0612 | HU612TF | 12 | 5-1/2 | 11 | 2-1/2 | -- | 2-1/2 | 4 | 12 | 16d | 6 | 16d | 5155 | 5465 | 5675 | 1365 | |
| | KHW612 | -- | 3/10 | 5-1/2 | 11-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 6 x 14 | HD0614 | HU614TF | 12 | 5-1/2 | 13 | 2-1/2 | -- | 2-1/2 | 4 | 14 | 16d | 8 | 16d | 5500 | 5845 | 6080 | 1510 | |
| | KHW614 | -- | 3/10 | 5-1/2 | 13-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 6 x 16 | HD0616 | HU616TF | 12 | 5-1/2 | 15 | 2-1/2 | -- | 2-1/2 | 4 | 16 | 16d | 8 | 16d | 5845 | 6230 | 6460 | 1830 | |
| | KHW616 | -- | 3/10 | 5-1/2 | 15-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 8 x 6 | KHW86 | -- | 3/10 | 7-1/2 | 5-3/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 8 x 8 | KHW88 | -- | 3/10 | 7-1/2 | 7-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 8 x 10 | KHW810 | -- | 3/10 | 7-1/2 | 9-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 8 x 12 | KHW812 | -- | 3/10 | 7-1/2 | 11-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 8 x 14 | KHW814 | -- | 3/10 | 7-1/2 | 13-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 8 x 16 | KHW816 | -- | 3/10 | 7-1/2 | 15-1/8 | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| **GLULAM SIZES[4]** | | | | | | | | | | | | | | | | | | |
| 2-1/2 glulam | KHW26 | -- | 3/10 | 2-11/16 | specify | 4 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d x 1-1/2 | 5295 | 5295 | 5295 | 135 | IBC, FL, LA |
| 3-1/8 glulam | KHW3 | -- | 3/10 | 3-1/4 | specify | 3 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |
| 5-1/8 glulam | KHW5 | -- | 3/10 | 5-1/4 | specify | 2-1/2 | 10 | 2-1/2 | 4 | -- | NA20D | 2 | 10d | 5535 | 5535 | 5535 | 135 | |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) KHW Glulam load values are based on 560 psi perpendicular to grain loading.
3) Refer to the respective Nailer Options chart on page 168 for hangers installed on wood nailers.
4) Consult MiTek for additional Glulam sizes.
5) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long, NA20D nails are 0.192" dia. x 2-1/2" long and are included with KHW hangers.



Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

**JH** Multi-Purpose Strap Hanger

These strap-style hangers are designed to support trusses, joists, or purlins. JH models may be bent along the flange allowing builders to use the hangers in top mount, face mount, or combination applications.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Joist nails must be driven at a 30° to 45° angle through the joist or truss into the header to achieve listed loads. **Slant/double shear nails must be used to achieve listed load values.**
• If installing in top mount configuration, field bend top flange over header.
• 16d sinkers (0.148" dia. x 3-1/4") may be used where 10d common are specified with no load reduction.



**Typical JH20 installation**



**JH20**



Double shear nail design features fewer nails and faster installation

Uses standard length common nails

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Header Size | Fastener Schedule[2,3] | | | | | DF/SP Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Header | | | Joist | | Floor | Roof | | Uplift[1] | |
| | | | | W | H | D | B | TF | | Top Qty | Face Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | |
| 2 x 6 - 12 | JH20 | -- | 18 | 1-9/16 | 10-1/16 | 2-1/4 | 5-1/8 | 1-3/16 | 2 x 6 | 2 | 4 | 10d | 6 | 10d | 1910 | 2070 | 2175 | 1300 | IBC, FL, LA |
| | | | | | | | | 1-7/16 | 2 x 8 | 2 | 8 | 10d | 6 | 10d | 2555 | 2780 | 2935 | 1300 | |
| | | | | | | | | 7/16 | 2 x 10 | 2 | 12 | 10d | 6 | 10d | 2295 | 2595 | 2790 | 1300 | |
| | | | | | | | | -- | 2 x 12 | -- | 14 | 10d | 6 | 10d | 2210 | 2545 | 2765 | 1300 | |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Nails must be driven at a 30° to 45° angle through the joist or truss into header to achieve the table loads.
3) **NAILS:** 10d nails are 0.148" dia. x 3" long. 16d sinkers (0.148" dia. x 3-1/4" long) may be used where 10d commons are specified with no reduction in load.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

## RR Ridge Rafter Hanger

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

The RR Ridge Rafter supports rafter pitches up to 7:12 (30°). Nesting top flange for back-to-back installation on 2x support beams.

**Materials:** 18 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• The rafter end at the ridge must be plumb cut to achieve published loads.
• Optional diamond nail holes can be used to fasten RR to end of rafter before setting rafter into place.



**Typical RR installation**

**RR**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Min Rafter Size | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | S-P-F Allowable Loads (Lbs.)[1] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Header | | Rafter | | Download | | | Uplift | Download | | | Uplift | |
| | | | | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| RR | RR | 18 | 2 x 6 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 365 | 365 | 365 | 205 | 290 | 290 | 290 | 160 | -- |
| | | | | 4 | LL915 | 4 | LL915 | 380 | 380 | 380 | 180 | 320 | 320 | 320 | 150 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long and LL915 denotes a MiTek LumberLok Screw, #9 x 1-3/8" long.

## LS Light Slope Rafter Hangers

A field-adjustable seat gives the LS hanger application flexibility.

The LS hanger slopes from 0° to 30° down (0 to 7:12 pitch down).

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• The LS can be field adjusted to slopes from 0° to 30° down.



**Typical LS268 installation**



**LS268**

Slope down 0° to 30°

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | Header | | Joist | | Download | | | Uplift[1] | Download | | | Uplift[1] | |
| | | | | | | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| 2 x 6 - 8 | LS268 | -- | 18 | 1-9/16 | 5-1/2 | 7 | 10d x 1-1/2 | 7 | 10d x 1-1/2 | 840 | 960 | 1035 | 660 | 740 | 850 | 925 | 530 | IBC, FL, LA |
| | | | | | | 7 | 16d | | | 1000 | 1135 | 1170 | 660 | 880 | 940 | 940 | 530 | |
| 2 x 10 | LS210 | -- | 18 | 1-9/16 | 7-7/8 | 9 | 10d x 1-1/2 | 9 | 10d x 1-1/2 | 1080 | 1230 | 1330 | 1035 | 950 | 1085 | 1085 | 835 | |
| | | | | | | 9 | 16d | | | 1285 | 1350 | 1350 | 1035 | 1085 | 1085 | 1085 | 835 | |

1) Uplift loads are increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Lumber Hangers**

## **LSSH** Slope/Skew Hangers

The LSSH series connects rafters to ridge beams in vaulted roof structures. This series is field adjustable to meet a variety of skew and/or slope applications. Slopes and skews 0° to 45°.

**Materials:** See chart
**Finish:** G-185 galvanizing
**Options:** See Chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.

**Steps:**
1. Position LSSH connector against plumb-cut end of joist. Fasten joist side flanges on both sides with 10d (0.148") x 1-1/2" HDG nails. Bend seat up to fit against joist bottom and drive (1) 10d (0.148") x 1-1/2" HDG nail through bottom seat into rafter bottom. Drive (2) 10d (0.148") x 1-1/2" HDG nails at downward angle through dimpled nailing guides.

2. Lean connector and rafter end against ridge beam at desired position. Install specified 10d (0.148" dia. x 3") HDG or 16d (0.162 x 3-1/2") HDG nails through nail holes into ridge beam at right 90° angle. If skewing the rafter, only drive nails into ridge beam on inside flange.

3. Bend flange to desired angle.

4. Hammer outside flange until edge touches header. Fasten outside flange to ridge by driving specified 10d (0.148" dia. x 3") HDG or 16d (0.162 x 3-1/2") HDG nails through nail holes.

• Web stiffeners are required for all wood I-Joist installations.

• Designer may consider adding a tension restraint for the supported member for roof slopes exceeding 6/12. Refer to page 122.



**Typical LSSH179-TZ installation**

LSSH15-TZ = 5-1/16"
All other sizes = 8-7/8"

**LSSH210-TZ**

Slope to 45° up or down

3"



**Skew to 45° maximum**

**LSSH35-TZ**

Slope to 45° up or down

8-7/8"

3"

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Rafter Width (in) | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Header | | Rafter | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | | |
| | | | | W1 | W2 | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| **SLOPED ONLY HANGERS** | | | | | | | | | | | | | | | | | | | |
| 1-1/2 | LSSH15-TZ | LSSJ26LZ, LSSJ26RZ, LSSJ28LZ, LSSJ28RZ | 18 | 1-9/16 | 1-3/4 | 6 | 10d HDG | 7 | 10d x 1-1/2 HDG | 720 | 820 | 885 | 565 | 640 | 730 | 785 | 440 | | IBC, FL, LA |
| 1-1/2 | LSSH210-TZ | LSSJ210LZ, LSSJ210RZ | 18 | 1-9/16 | 1-3/4 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 410 | 1065 | 1090 | 1090 | 320 | | |
| 1-3/4 | LSSH179-TZ | LSSR1.81Z | 18 | 1-13/16 | 1-5/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 880 | 1065 | 1090 | 1090 | 690 | | |
| 2 - 2-1/8 | LSSH20-TZ | LSSR2.1Z | 18 | 2-1/8 | 2-1/2 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 795 | 1065 | 1085 | 1085 | 620 | | |
| 2-1/4 - 2-5/16 | LSSH23-TZ | LSSR2.37Z | 18 | 2-5/16 | 2-3/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 795 | 1065 | 1085 | 1085 | 620 | | |
| 2-1/2 | LSSH25-TZ | LSSR2.56Z | 16 | 2-9/16 | 2-3/4 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2095 | 2095 | 2095 | 945 | 1640 | 1640 | 1640 | 740 | | |
| 2-5/8 | LSSH26-TZ | -- | 16 | 2-11/16 | 2-5/8 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2095 | 2095 | 2095 | 945 | 1640 | 1640 | 1640 | 740 | | |
| 3 | LSSH31-TZ | LSSR210-2Z | 16 | 3-1/8 | 3-3/4 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2645 | 3000 | 3090 | 1310 | 2345 | 2415 | 2415 | 1025 | | |
| 3-1/2 | LSSH35-TZ | LSSR410Z | 16 | 3-9/16 | 3-1/2 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2645 | 3000 | 3090 | 1310 | 2345 | 2405 | 2405 | 1020 | | |
| **SKEWED HANGERS or SLOPED & SKEWED HANGERS** | | | | | | | | | | | | | | | | | | | |
| 1-1/2 | LSSH15-TZ | LSSJ26LZ, LSSJ26RZ, LSSJ28LZ, LSSJ28RZ | 18 | 1-9/16 | 1-3/4 | 6 | 10d HDG | 7 | 10d x 1-1/2 HDG | 620 | 620 | 620 | 510 | 485 | 485 | 485 | 400 | | IBC, FL, LA |
| 1-1/2 | LSSH210-TZ | LSSJ210LZ, LSSJ210RZ | 18 | 1-9/16 | 1-3/4 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 880 | 1065 | 1090 | 1090 | 690 | | |
| 1-3/4 | LSSH179-TZ | LSSR1.81Z | 18 | 1-13/16 | 1-5/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 880 | 1065 | 1090 | 1090 | 690 | | |
| 2 - 2-1/8 | LSSH20-TZ | LSSR2.1Z | 18 | 2-1/8 | 2-1/2 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1230 | 1230 | 795 | 960 | 960 | 960 | 620 | | |
| 2-1/4 - 2-5/16 | LSSH23-TZ | LSSR2.37Z | 18 | 2-5/16 | 2-3/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1230 | 1230 | 795 | 955 | 955 | 955 | 620 | | |
| 2-1/2 | LSSH25-TZ | LSSR2.56Z | 16 | 2-9/16 | 2-3/4 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 945 | 1260 | 1260 | 1260 | 740 | | |
| 2-5/8 | LSSH26-TZ | -- | 16 | 2-11/16 | 2-5/8 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 945 | 1260 | 1260 | 1260 | 740 | | |
| 3 | LSSH31-TZ | LSSR210-2Z | 16 | 3-1/8 | 3-3/4 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 1310 | 1260 | 1260 | 1260 | 1025 | | |
| 3-1/2 | LSSH35-TZ | LSSR410Z | 16 | 3-9/16 | 3-1/2 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 1310 | 1255 | 1255 | 1255 | 1020 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Stainless steel ring shank nails must be used with stainless steel connectors to achieve tabulated allowable loads.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

**Lumber Hangers**

## SKH / SKHH  Skewed 45° Hangers

**SKH** – Standard 45° skew hanger allows for a 40° to 50° skew range, without hanger modification

**SKHH** – For heavier applications




**AVAILABLE IN**
**GOLD COAT**

**Materials:** 14 or 16 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references



**SKH26R**
**right skew**



**SKH26L**
**left skew**

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- The hangers listed are for standard sizes and will accommodate a 40° to 50° skew range.
- Most sizes do not require a miter cut for installation. Refer to chart footnote identified with an asterisk.
- Illustrations show left and right skews. (SKH_L = skewed left; SKH_R = skewed right)
- For I-Joist installations, web stiffeners are required.
- Refer to illustration for staggered I-Joist application for double 2", 2-5/16", and 2-1/2" models.
- For double I-Joist installations, web stiffeners between I-Joists are required.



**SKH210R**



**SKH210L**



Drive nails at angle

**Right skew**          **Left skew**



**SKHH210L**
**left skew**



**SKHH210L-2**
**left skew**



**Typical SKH26L**
**installation**
**left skew**

| Beam/Joist Size | MiTek USP Stock No. | Ref. No. | Ga. | Dimensions (in) W | H | D | Fastener Schedule[2] Header Qty | Type | Joist Qty | Type | DF/SP Allowable Loads (Lbs.) Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | S-P-F Allowable Loads (Lbs.) Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 x 4 | SKH24L/R | SUR/L24 | 16 | 1-9/16 | 3-1/4 | 1-7/8 | 4 | 16d | 4 | 10d x 1-1/2 | 510 | 510 | 510 | 545 | 395 | 395 | 395 | 425 | | IBC, FL, LA |
| 2 x 6-8 | SKH26L/R | SUR/L26 | 16 | 1-9/16 | 5-1/4 | 1-7/8 | 6 | 16d | 6 | 10d x 1-1/2 | 840 | 890 | 890 | 1135 | 700 | 700 | 700 | 980 | | |
| | SKHH26L/R | -- | 16 | 1-5/8 | 5-1/8 | 3-1/4 | 18 | 16d | 12 | 10d x 1-1/2 | 1765 | 1795 | 1795 | 795 | 1450 | 1450 | 1450 | 645 | | -- |
| 2 x 8-12 | SKH28L/R | -- | 16 | 1-9/16 | 7-1/4 | 1-7/8 | 10 | 16d | 8 | 10d x 1-1/2 | 1400 | 1465 | 1465 | 1350 | 1160 | 1160 | 1160 | 1070 | | IBC, FL, LA |
| | SKHH28L/R | -- | 16 | 1-5/8 | 7 | 3-1/4 | 26 | 16d | 16 | 10d x 1-1/2 | 2350 | 2525 | 2525 | 1155 | 2055 | 2055 | 2055 | 940 | | -- |
| 2 x 10-14 | SKH210L/R | SUR/L210, SUR/L214 | 16 | 1-9/16 | 9-1/4 | 1-7/8 | 14 | 16d | 10 | 10d x 1-1/2 | 1790 | 1790 | 1790 | 1530 | 1425 | 1425 | 1425 | 1220 | | IBC, FL, LA |
| | SKHH210L/R | -- | 16 | 1-5/8 | 9 | 4-1/4 | 34 | 16d | 20 | 10d x 1-1/2 | 2625 | 2625 | 2625 | 1420 | 2150 | 2150 | 2150 | 1160 | | -- |
| 1-3/4 x 9-1/4 - 14 | SKH1720L/R | SUR/L1.81/9 | 16 | 1-13/16 | 9-1/8 | 1-7/8 | 14 | 10d | 10 | 10d x 1-1/2 | 1650 | 1760 | 1760 | 1530 | 1400 | 1400 | 1400 | 1220 | | |
| 1-3/4 x 11-1/4 - 18 | SKH1724L/R | SUR/L1.81/11, SUR/L1.81/14 | 16 | 1-13/16 | 11-1/8 | 1-7/8 | 16 | 10d | 10 | 10d x 1-1/2 | 1890 | 2170 | 2360 | 1530 | 1635 | 1880 | 2035 | 1220 | | |
| 2 - 2-1/8 x 9-1/4 - 14 | SKH2020L/R | SUR/L2.06/9, SUR/L2.1/9 | 16 | 2-1/8 | 9 | 1-7/8 | 14 | 10d | 10 | 10d x 1-1/2 | 1650 | 1760 | 1760 | 1530 | 1390 | 1390 | 1390 | 1210 | | IBC, FL, LA |
| 2 - 2-1/8 x 11-1/4 - 18 | SKH2024L/R | SUR/L2.06/11, SUR/L2.1/11 | 16 | 2-1/8 | 11 | 1-7/8 | 16 | 10d | 10 | 10d x 1-1/2 | 1890 | 2170 | 2360 | 1530 | 1635 | 1880 | 2020 | 1210 | | |
| 2-1/4 - 2-5/16 x 9-1/4 - 14 | SKH2320L/R | SUR/L2.37/9 | 16 | 2-3/8 | 8-7/8 | 1-7/8 | 14 | 10d | 10 | 10d x 1-1/2 | 1650 | 1760 | 1760 | 1530 | 1390 | 1390 | 1390 | 1210 | | |
| 2-1/4 - 2-5/16 x 11-1/4 - 18 | SKH2324L/R | SUR/L2.37/11, SUR/L2.37/14 | 16 | 2-3/8 | 10-7/8 | 1-7/8 | 16 | 10d | 10 | 10d x 1-1/2 | 1890 | 2170 | 2360 | 1530 | 1635 | 1880 | 2020 | 1210 | | |

1) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
*Miter cut required on end of joist to achieve design loads.
New products or updated product information are designated in **blue font.**

**Corrosion Finish**
■ Stainless Steel  ■ Gold Coat
■ HDG  ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

## SKH / SKHH  Skewed 45° Hangers




**SKHH46LIF left skew**



**Typical SKH2520R-2 staggered I-Joist installation right skew**



**SKH2520R-2 right skew**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| Beam/Joist Size | MiTek USP Stock No. | Ref. No. | Ga. | Dimensions (in) W | H | D | Header Qty | Type | Joist Qty | Type | DF/SP Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | S-P-F Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 x 6-8 | SKH36L/R | -- | 16 | 2-9/16 | 4-3/4 | 1-3/8 | 6 | 16d | 6 | 10d x 1-1/2 | 840 | 965 | 1050 | 1135 | 725 | 830 | 830 | 980 | | |
| 3 x 8-12 | SKH38L/R | -- | 16 | 2-9/16 | 6-3/4 | 1-3/8 | 10 | 16d | 8 | 10d x 1-1/2 | 1400 | 1550 | 1550 | 1510 | 1210 | 1230 | 1230 | 1215 | | |
| 3 x 10-14 | SKH310L/R | -- | 16 | 2-9/16 | 8-3/4 | 1-3/8 | 14 | 16d | 10 | 10d x 1-1/2 | 2060 | 2365 | 2465 | 1530 | 1780 | 2045 | 2090 | 1220 | | |
| 3 x 12 - 14 - 16 | SKH312L/R | -- | 16 | 2-9/16 | 10-3/4 | 1-3/8 | 16 | 16d | 10 | 10d x 1-1/2 | 2350 | 2705 | 2750 | 1530 | 2035 | 2190 | 2190 | 1220 | | IBC, FL, LA |
| 2-1/2 x 9-1/4 - 14 | SKH2520L/R | SUR/L2.56/9 | 16 | 2-9/16 | 8-5/8 | 1-7/8 | 14 | 10d | 10 | 10d x 1-1/2 | 1650 | 1760 | 1760 | 1530 | 1380 | 1380 | 1380 | 1205 | | |
| 2-1/2 x 11-1/4 - 16 | SKH2524L/R | SUR/L2.56/11, SUR/L2.56/14 | 16 | 2-9/16 | 10-3/4 | 1-7/8 | 16 | 10d | 10 | 10d x 1-1/2 | 1890 | 2170 | 2360 | 1530 | 1635 | 1880 | 2010 | 1205 | | |
| 2-5/8 x 9-1/4 - 14 | SKH2620L/R | -- | 16 | 2-11/16 | 8-11/16 | 1-7/8 | 14 | 10d | 10 | 10d x 1-1/2 | 1650 | 1760 | 1760 | 1530 | 1380 | 1380 | 1380 | 1205 | | |
| 2-5/8 x 11-1/4 - 16 | SKH2624L/R | -- | 16 | 2-11/16 | 10-11/16 | 1-7/8 | 16 | 10d | 10 | 10d x 1-1/2 | 1890 | 2170 | 2360 | 1530 | 1635 | 1880 | 2010 | 1205 | | |
| (2) 2 x 6-8 | SKH26L/R-2 * | -- | 16 | 3-1/16 | 4-1/2 | 1-3/8 | 6 | 16d | 6 | 10d | 840 | 965 | 1050 | 1135 | 725 | 835 | 865 | 980 | | IBC, FL, LA |
| | SKHH26L/R-2 | HSUR/L26-2 | 14 | 3-1/16 | 5-1/4 | 2 | 12 | 16d | 4 | 16d x 2-1/2 | 1850 | 1905 | 1905 | 795 | 1525 | 1525 | 1525 | 635 | | -- |
| | SKHH26L/R-2IF | HSUR/LC26-2 | 14 | 3-1/16 | 5-1/4 | 2 | 12 | 16d | 4 | 16d x 2-1/2 | | | | | | | | | | |
| (2) 2 x 8-12 | SKH28L/R-2 * | -- | 16 | 3-1/16 | 6-1/2 | 1-3/8 | 10 | 16d | 8 | 10d | 1400 | 1610 | 1750 | 1350 | 1210 | 1395 | 1515 | 1060 | | IBC, FL, LA |
| (2) 2 x 10-14 | SKH210L/R-2 * | SUR/L210-2 | 16 | 3-1/16 | 8-1/2 | 1-3/8 | 14 | 16d | 10 | 10d | 1960 | 2255 | 2450 | 1530 | 1695 | 1950 | 2120 | 1210 | | |
| | SKHH210L/R-2 | SUR/L210-2, HSUR/L214-2 | 14 | 3-1/16 | 8-1/2 | 2 | 20 | 16d | 6 | 16d x 2-1/2 | 3080 | 3330 | 3330 | 2115 | 2685 | 2685 | 2685 | 1710 | | -- |
| | SKHH210L/R-2IF | HSUR/LC210-2 | 14 | 3-1/16 | 8-1/2 | 2 | 20 | 16d | 6 | 16d x 2-1/2 | | | | | | | | | | |
| (2) 2 x 12-16 | SKH212L/R-2 * | SUR/L214-2 | 16 | 3-1/16 | 10-1/2 | 1-3/8 | 16 | 16d | 10 | 10d | 2240 | 2575 | 2800 | 1530 | 1940 | 2230 | 2405 | 1210 | | IBC, FL |
| 3-1/2 x 8-14 | SKH410L/R * | SUR/L410 | 14 | 3-9/16 | 8-1/2 | 2-1/2 | 16 | 16d | 10 | 16d | 2305 | 2650 | 2865 | 1530 | 1995 | 2225 | 2225 | 1190 | | IBC, FL, LA |
| 3-1/2 x 12-18 | SKH414L/R * | SUR/L414 | 14 | 3-9/16 | 12-1/2 | 2-1/2 | 22 | 16d | 10 | 16d | 3170 | 3645 | 3960 | 1530 | 2740 | 3150 | 3425 | 1190 | | |
| 4 x 6-8 | SKH46L/R * | SUR/L46 | 14 | 3-9/16 | 4-3/4 | 2-1/2 | 10 | 16d | 6 | 16d | 1440 | 1590 | 1590 | 1350 | 1225 | 1225 | 1225 | 1040 | | |
| | SKHH46L/R | HSUR/LC46 | 14 | 3-9/16 | 5-1/4 | 2-1/2 | 12 | 16d | 6 | 16d | 1850 | 1905 | 1905 | 795 | 1520 | 1520 | 1520 | 635 | | -- |
| | SKHH46L/RIF | HSUR/LC46 | 14 | 3-9/16 | 5-1/4 | 2-1/2 | 12 | 16d | 6 | 16d | | | | | | | | | | |
| 4 x 10-14 | SKH410L/R * | SUR/L410 | 14 | 3-9/16 | 8-1/2 | 2-1/2 | 16 | 16d | 10 | 16d | 2305 | 2650 | 2865 | 1530 | 1995 | 2225 | 2225 | 1190 | | IBC, FL, LA |
| | SKHH410L/R | HSUR/L410 | 14 | 3-9/16 | 8-1/2 | 2-1/2 | 20 | 16d | 6 | 16d | 3080 | 3330 | 3330 | 2115 | 2680 | 2680 | 2680 | 1705 | | |
| | SKHH410L/RIF | HSUR/LC410 | 14 | 3-9/16 | 8-1/2 | 2-1/2 | 20 | 16d | 6 | 16d | | | | | | | | | | -- |
| 4 x 14-18 | SKH414L/R * | SUR/L414 | 14 | 3-9/16 | 12-1/2 | 2-1/2 | 22 | 16d | 10 | 16d | 3170 | 3645 | 3960 | 1530 | 2740 | 3150 | 3425 | 1190 | | IBC, FL, LA |
| | SKHH414L/R | HSUR/L414 | 14 | 3-9/16 | 12-1/2 | 2-1/2 | 26 | 16d | 6 | 16d | 4005 | 4115 | 4115 | 2115 | 3310 | 3310 | 3310 | 1705 | | |
| | SKHH414L/RIF | HSUR/LC414 | 14 | 3-9/16 | 12-1/2 | 2-1/2 | 26 | 16d | 6 | 16d | | | | | | | | | | -- |
| (2) 2 - 2-1/8 x 9-1/4 - 14 | SKH2020L/R-2 * | HSUR/L4.12/9, HSUR/L4.28/9 | 14 | 4-3/16 | 9-1/4 | 3-1/2 | 14 | 10d | 14 | 10d | 1710 | 1965 | 2135 | 1645 | 1480 | 1700 | 1850 | 1265 | | |
| (2) 2 - 2-1/8 x 11-1/4 - 18 | SKH2024L/R-2 * | HSUR/L4.12/11, HSUR/L4.12/14, HSUR/L4.12/16, HSUR/L4.28/11 | 14 | 4-3/16 | 11-1/4 | 3-1/2 | 14 | 10d | 14 | 10d | 1950 | 2245 | 2440 | 1680 | 1690 | 1945 | 2110 | 1295 | | |
| (2) 2-5/16 x 9-1/4 - 14 | SKH2320L/R-2 * | HSUR/L4.75/9 | 14 | 4-7/8 | 9-1/4 | 3-1/2 | 14 | 10d | 10 | 10d | 1710 | 1965 | 2135 | 1645 | 1480 | 1700 | 1850 | 1265 | | IBC, FL, LA |
| (2) 2-5/16 x 11-1/4 - 18 | SKH2324L/R-2 * | HSUR/L4.75/11, HSUR/L4.75/14, HSUR/L4.75/16 | 14 | 4-7/8 | 11-1/4 | 3-1/2 | 14 | 10d | 10 | 10d | 1950 | 2245 | 2440 | 1680 | 1690 | 1945 | 2110 | 1295 | | |
| (2) 2-1/2 x 9-1/4 - 14 | SKH2520L/R-2 * | HSUR/L5.12/9 | 14 | 5-1/8 | 9-1/4 | 3-1/2 | 14 | 10d | 10 | 10d | 1710 | 1965 | 2135 | 1645 | 1480 | 1700 | 1850 | 1265 | | |
| (2) 2-1/2 x 11-1/4 - 16 | SKH2524L/R-2 * | HSUR/L5.12/11, HSUR/L5.12/14, HSUR/L5.12/16 | 14 | 5-1/8 | 11-1/4 | 3-1/2 | 14 | 10d | 10 | 10d | 1950 | 2245 | 2440 | 1680 | 1690 | 1945 | 2110 | 1295 | | |

1) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long, 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long.
*Miter cut required on end of joist to achieve design loads.
New products or updated product information are designated in blue font.

**Corrosion Finish**
■ Stainless Steel    ■ Gold Coat
■ HDG    ■ Triple Zinc

Lumber Hangers

**KF / PHG** Panel Hangers

<span style="color:green">**Lumber Hangers**</span>

**KF** – Fastens to joist ends quickly with nails

**PHG** – Features a gripper design to hold the joist in place with out nailing during the assembly process

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- In panelized construction, installers are allowed to nail through both the sheathing and the hanger top flange with (1) 10d nail. The nail should be centered in the top flange and be no closer than 1/4" from the back or front edge of the top flange.
- Use locator window to center hanger on purlin center line.
- **KF / PHG – These hangers do not provide uplift resistance.**



**Typical KF installation**



**KF**



**Typical PHG26 installation**



**PHG26**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.)[1] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Header | | Joist | | | |
| | | | | W | H | D | TF[5] | Qty | Type | Qty | Type | 125% | |
| 2 x 4 | PHG24 | HF24N | 18 | 1-9/16 | 3-1/2 | 1-3/16 | 1-1/16 | 2 | 8d | -- | -- | 580 | IBC, FL, LA |
| 2 x 6 | PHG26 | HF26N | 18 | 1-9/16 | 5-3/8 | 1 | 1-1/16 | 2 | 10d | -- | -- | 650 | |
| 3 x 4 | PHG34 | HF34N | 18 | 2-9/16 | 3-1/2 | 1 | 1-1/8 | 2 | 10d | -- | -- | 650 | |
| 3 x 6 | PHG36 | HF36N | 18 | 2-9/16 | 5-3/8 | 1 | 1-1/8 | 2 | 10d | -- | -- | 650 | |
| (2) 2 x 4 | PHG24-2 | F24-2 | 18 | 3-1/8 | 3-1/2 | 1 | 1-1/8 | 2 | 10d | -- | -- | 650 | |
| (2) 2 x 6 | PHG26-2 | F26-2 | 18 | 3-1/8 | 5-3/8 | 1 | 1-1/8 | 2 | 10d | -- | -- | 650 | |
| 4 x 4 | KF44 | F44 | 18 | 3-9/16 | 3-3/8 | 1 | 1-1/8 | 2 | 10d | 1 | 10d x 1-1/2 | 695 | |
| 4 x 6 | KF46 | F46 | 18 | 3-9/16 | 5-3/8 | 1 | 1-1/8 | 2 | 10d | 1 | 10d x 1-1/2 | 810 | |

1) Loads listed are per side.
2) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:green">**Lumber Hangers**</span>

## **JPF** Purlin Hangers

**Materials:** 20 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Diamond holes allow optional header nailing.
• Joist nails must be driven at a 30° to 45° angle through the purlin into the header to achieve listed loads. **Slant/double shear nails must be used to achieve listed load values.**
• 16d sinkers (0.148" dia. x 3-1/4") may be used where 10d commons are specified with no load reduction.



**Typical JPF24
installation**



**Typical JPF24
back-to-back installation**



Double shear nail design
features fewer nails and
faster installation

Uses standard length
common nails



TF

H

Raised dimple
allows 30° to
45° nailing

W

1-1/2"

**JPF24**

| Purlin Size | MiTek USP Stock No. | Ref. No. | GA | Dimensions (in) | | | Fastener Schedule[3] | | | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | TF | Min/Max | Header[2] | | | Joist | | Floor | Roof | | | Uplift[1] | Floor | Roof | | | Uplift[1] | | |
| | | | | | | | | Top Qty | Face Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| 2 x 4 | JPF24 | PF24 | 20 | 1-9/16 | 3-3/8 | 1-1/16 | Min | 2 | -- | 10d | 2 | 10d | 1035 | 1035 | 1035 | 315 | 815 | 815 | 815 | 255 | | IBC, FL, LA |
| | | | | | | | Max | 2 | 2 | 10d | 2 | 10d | 1305 | 1305 | 1305 | 425 | 995 | 1040 | 1040 | 340 | | |
| 2 x 6 | JPF26 | PF26 | 20 | 1-9/16 | 5-3/8 | 1-1/16 | Min | 2 | -- | 10d | 2 | 10d | 1035 | 1035 | 1035 | 315 | 815 | 815 | 815 | 255 | | |
| | | | | | | | Max | 2 | 2 | 10d | 2 | 10d | 1305 | 1305 | 1305 | 425 | 995 | 1040 | 1040 | 340 | | |

1) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) JPF cannot be used back to back on a single ply header when optional nailing is used.
3) **NAILS:** 10d nails are 0.148" dia. x 3" long.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

**JDS** Purlin Hangers

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners.
  See Product Notes, page 18.
• Joist nails must be driven at a 30° to 45°
  angle through the purlin into the header to
  achieve listed loads. **Slant/double shear
  nails must be used to achieve listed
  load values.**



Top opening of
starburst prong
provides a
witness hole

**Typical JDS26
installation**



**Typical JDS24S
installation**



Starburst prong
for temporary
attachment
to truss

Raised dimple
allows 30° to 45°
nailing

**JDS26**
(JDS24 similar)



TF

Raised dimple
allows 30° to 45°
nailing

H

W

**JDS24S**



Double shear nail
design features fewer
nails and
faster installation

Uses standard length
common nails



1-3/4" Header

**JDS26-175
installation**



**JDS26-175**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

| Purlin Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] | | | | | | DF/SP Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Min/ Max | Header | | | Each Purlin | | Floor | Roof | | Uplift[1] | |
| | | | | W | H | TF | | Top Qty | Face Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | |
| 2 x 4 single | JDS24S | PF24B | 18 | 1-9/16 | 3-1/2 | 3/4 | Min | 1 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 480 | 480 | 480 | 180 | -- |
| | | | | | | | Max | 2 | -- | | 2 | 10d | 575 | 575 | 575 | 340 | IBC, FL, LA |
| 2 x 6 single | JDS26S | PF26B | 18 | 1-9/16 | 5-1/2 | 3/4 | Min | 1 | 2 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 550 | 550 | 550 | 355 | -- |
| | | | | | | | Max | 2 | -- | | 4 | 10d | 775 | 830 | 835 | 390 | IBC, FL, LA |
| 2 x 4 saddle | JDS24 | PFD24B | 18 | 1-9/16 | 3-1/2 | 1-9/16 | Min | 2 | 4 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 960 | 960 | 960 | 365 | -- |
| | | | | | | | Max | 4 | -- | | 2 | 10d | 1155 | 1155 | 1155 | 680 | IBC, FL, LA |
| 2 x 6 saddle | JDS26-175 | -- | 18 | 1-9/16 | 5-7/16 | 1-3/4 | Min | 2 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 1105 | 1105 | 1105 | 705 | -- |
| | | | | | | | Max | 4 | -- | | 4 | 10d | 1675 | 1790 | 1870 | 950 | |
| | JDS26 | PFD26B | 18 | 1-9/16 | 5-1/2 | 1-9/16 | Min | 2 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 1105 | 1105 | 1105 | 705 | -- |
| | | | | | | | Max | 4 | -- | | 4 | 10d | 1575 | 1670 | 1670 | 775 | IBC, FL, LA |

1) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

## TUS / DTUS Undersaddle Hangers

**TUS** – For a single-ply purlin

**DTUS** – For a single-ply purlin with a 2-ply saddle dimension

**Materials:** 20 gauge
**Finish:** G90 galvanizing
**Patents:** U.S. Patent No. 8,966,857 B2

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Attaches with standard 1-1/2" joist hanger nails that can be installed with a positive placement nail gun or be hand driven.
• Other 1-1/2" fasteners with a shear value equal or greater than a 10d nail may be used.



**Bottom View**

**Typical TUS24 installation**

**Typical DTUS24 installation**

**TUS24S**

**TUS24**

**DTUS24**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2,3] | | | | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Header | | | | Joist | | | | | | | | |
| | | | | W | H | Face Qty | Bottom Qty | Type | Face Qty | Bottom Qty | Type | | 100% | 115% | 125% | Uplift[1] 160% | F2 160% | |
| 2 x 4 - 6 Single | TUS24S | -- | 20 | 1-9/16 | 3 | 4 | 1 | 8d x 1-1/2 | 4 | 1 | 8d x 1-1/2 | | 485 | 550 | 595 | 505 | 205 | -- |
| | | | | | | | | 10d x 1-1/2 | | | 10d x 1-1/2 | | 580 | 620 | 620 | 505 | 205 | |
| | | | | | | | | LL915 | | | LL915 | | 580 | 620 | 620 | 505 | 205 | |
| 2 x 4 - 6 Saddle | TUS24 | -- | 20 | 1-9/16 | 3 | 4 | 1 | 8d x 1-1/2 | 4 | 1 | 8d x 1-1/2 | | 485 | 550 | 595 | 505 | 645 | -- |
| | | | | | | | | 10d x 1-1/2 | | | 10d x 1-1/2 | | 580 | 620 | 620 | 505 | 645 | |
| | | | | | | | | LL915 | | | LL915 | | 580 | 620 | 620 | 505 | 645 | |
| | DTUS24 | -- | 20 | 1-9/16 | 3 | 4 | 1 | 8d x 1-1/2 | 4 | 1 | 8d x 1-1/2 | | 485 | 550 | 595 | 505 | 645 | |
| | | | | | | | | 10d x 1-1/2 | | | 10d x 1-1/2 | | 580 | 620 | 620 | 505 | 645 | |
| | | | | | | | | LL915 | | | LL915 | | 580 | 620 | 620 | 505 | 645 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) LL915 screws are #9 (0.131" diameter) x 1-1/2" long.
3) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long, 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, LL915 screws are #9 (0.131" dia.) x 1-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# **FHD** Panel Hangers

<span style="color:green">**Lumber Hangers**</span>

The FHD26 hanger straddles the header and receives a joist from both sides.

**Materials:** 18 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• In panelized construction, installers are allowed to nail through both the sheathing and the hanger top flange with (1) 10d nail. The nail should be centered in the top flange and be no closer than 1/4" from the back or front edge of the top flange.



**Typical FHD26 installation**



**FHD26**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[3] | | | | | | DF/SP Allowable Loads (Lbs.)[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Header | | | | Joist | | | | |
| | | | | | | | Top | | Face | | | | | Uplift[2] | |
| | | | | W | H | D | Qty | Type | Qty | Type | Qty | Type | 125% | 160% | |
| 2 x 6 | FHD26 | PFDS26 | 18 | 1-9/16 | 5-3/8 | 1-1/2 | 2 | 16d | 2 | 16d | 2 | 10d x 1-1/2 | 960 | 175 | -- |

1) Loads listed are per side.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
   10d x 1-1/2 nails may be substituted for 16d header nails with a maximum load of 960 lbs.

# **CSH** Concealed Stringer Hanger

The CSH-TZ concealed stringer hanger provides a method of connecting a stair stringer with a hidden hanger. The seat of the hanger is adjustable to match the slope of the stair stringer.

The reversible design allows the connector to be used on the left, right, or interior stringers. The CSH-TZ may be used with MiTek's SCA Stair Angles for a complete, easy-to-use stair framing solution.

**Materials:** 18 gauge
**Finish:** G-185 galvanizing
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. 7,631,463





**Typical CSH-TZ installation**

**CSH-TZ**

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Bend angle only once.**

**Steps:**
1. Attach CSH-TZ to header with tabs positioned towards the inside of the stringer member.
2. Adjust the seat of the CSH-TZ to match the slope of the stringer member. Diamond shaped holes in the connector allow temporary installation of wood screws to aid in installation of the CSH-TZ.
3. Install 10d (0.148") x 1-1/2" HDG nails into the stringer and rim/band joist.

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[2,3] | | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F/Hem Fir Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Rim/Band Joist | | Stringer | | | | | | | | | | | | |
| | | | Qty | Type | Wide Face Qty | Narrow Face Qty | Type | 100% | 115% | 125% | Uplift 160% | 100% | 115% | 125% | Uplift 160% | | |
| CSH-TZ | LSCZ | 18 | 8 | 10d x 1-1/2 HDG | 4 | 1 | 10d x 1-1/2 HDG | 890 | 890 | 890 | 370 | 725 | 725 | 725 | 305 | | IBC, FL, LA |

1) Uplift loads are increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Stainless steel ring shank nails must be used with stainless steel connectors to achieve tabulated allowable loads.
3) **NAILS:** 10d x 1-1/2 HDG nails are 0.148" dia. x 1-1/2" long.
New products or updated product information are designated in <span style="color:blue">blue font.</span>

**Corrosion Finish**
■ Stainless Steel    ■ Gold Coat
■ HDG    ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

<span style="color:green">**Lumber Hangers**</span>

**ADTT-TZ** Adjustable Deck Tension Tie                    **Lumber Hangers**

Deck collapses are often caused by failure of the connection where the deck is attached to the main structure due to little or no lateral capacity. ADTT-TZ is an Adjustable Deck Tension Tie designed to effectively transfer the out of plane lateral loads of the deck to the house structure.

**Features:**
- Adjustable design allows lag screw installation at variable distance below deck joist
- 2-hole break-out washer (BO-W) will work with multiple screw sizes
- Blocking extensions not required

**Materials:** 14 gauge
**Finish:** G-185 galvanizing
**Codes:** See chart for code references
**Patents:** U.S. Patent No. 9,809,974

**Installation:**
- Install with MiTek's WS8-EXT structural wood screw or 3/8" HDG lag screw. WS8-EXT or 3/8" HDG lag screws may be installed adjacent or up to 4-3/8" below deck joist (see Figure A).
- Drive screw horizontally and aligned vertically with the deck joist into the wall top plate of the main (house) structure.
- Install four (4) of the specified joist fasteners into vertical legs. (Two (2) on each side of deck joist).
- Secure front brace with six (6) specified joist fasteners.
- Re-tighten the WS8-EXT or 3/8" HDG lag screw as needed to fully engage with the ADTT-TZ. **DO NOT OVERDRIVE.** Note: Minimum 3" thread penetration required for proper installation of WS8-EXT or lag screw.
- For detailed installation instructions refer to MiTek-US.com.



**Typical ADTT-TZ full extension installation**
**Extended Installation**



**Typical ADTT-TZ flush installation**
**Contracted Installation**



2-hole break-out washer (BO-W)

**Washer Detail**

W
Front Brace
Vertical legs
Hole for aligned BO-W and WS8-EXT or HDG lag screw installation
L
CL
D

**ADTT-TZ out of box**



Vertical legs
Front brace

**ADTT-TZ ready for installation**



Interior framing    Ledger    Deck joist
Wall top plate
ADTT-TZ
4-3/8" Adjustability
Min 3"
WS8-EXT or 3/8" HDG lag screw

**Figure A**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule | | | | Installation Type[1] | DF/SP Allowable Tension (Lbs.) | | S-P-F Allowable Tension (Lbs.) | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Wall | | Joist | | | 160% | Δ (in) at 160%[2] | 160% | | |
| | | | W | L | D | CL | Qty | Type[3,4,5] | Qty | Type[6,8] | | | | | | |
| ADTT-TZ | DTT1Z | 14 | 1-9/16 | 10-1/2 | 15/16 | 3/8 | 1 | 3/8" HDG Lag Screw | 10 | 10d x 1-1/2 HDG | Contracted | 820 | 0.070 | 820 | | IBC, FL, LA |
| | | | | | | | | | | | Extended | 850 | 0.117 | 810 | | |
| | | | | | | | | | 10 | LL915 | Contracted | 820 | 0.121 | 780 | | -- |
| | | | | | | | | | | | Extended | 790 | 0.114 | | | |
| | | | | | | | 1 | WS8-EXT | 10 | 10d x 1-1/2 HDG | Contracted | 830 | 0.080 | 780 | | IBC, FL, LA |
| | | | | | | | | | | | Extended | 835 | 0.113 | | | |
| | | | | | | | | | 10 | LL915 | Contracted | 830 | 0.121 | 780 | | -- |
| | | | | | | | | | | | Extended | 790 | 0.114 | | | |
| ADTT-TZKT[7] | DTT1Z-KT | 14 | 1-9/16 | 10-1/2 | 15/16 | 3/8 | 1 | WS8-EXT | 10 | LL915 | Contracted | 830 | 0.121 | 780 | | -- |
| | | | | | | | | | | | Extended | 790 | 0.114 | | | |

**Corrosion Finish**
- ■ Stainless Steel
- ■ Gold Coat
- ■ HDG
- ■ Triple Zinc

1) Allowable loads are for the ADTT-TZ installed tight to the bottom of the joist (Contracted) or 4" from bottom of joist to ADTT-TZ bend line (Extended).
2) Deflections are derived from static, monotonic load tests of devices connected to DF wood members with specified fasteners.
3) WS8-EXT is a 1/4" dia. x 8" double barrier coated screw sold by MiTek and must be ordered separately if not purchasing the kit. The minimum thread penetration into the top plate of the wall framing is 3".
4) 3/8" HDG Lag Screw is an ASTM A307 Grade A lag screw with a thread diameter of 3/8" and is hot-dip galvanized to ASTM A153 standards. The minimum thread penetration into the top plate of the wall framing is 3". Lag screws are available at your local hardware store and must be purchased separately.
5) Check with your siding manufacturer for recommendations for fastening through your siding material.
6) LL915 denotes a LumberLok Screw (#9 x 1-3/8" long) sold by MiTek and must be ordered separately if not purchasing the kit.
7) ADTT-TZKT is a kit with (4) ADTT-TZ packaged with MiTek's WS8-EXT structural wood screws and LL915 LumberLok screws.
8) **NAILS:** 10d x 1-1/2" nails are 0.148" dia. x 1-1/2" long.

**DTB** Deck Tie Back

<span style="color:green">**Lumber Hangers**</span>

The DTB-TZ Deck Tie Back provides positive anchorage between the deck framing and the exterior wall with a load carrying capacity that exceeds building code requirements. When used in conjunction with MiTek's triple-zinc or gold-coat joist hangers, the DTB-TZ transfers the lateral loads into the exterior wall while the joist hangers support the vertical loads. The DTB-TZ can also be used to reinforce the connection between the rail post and the deck.

**Materials:** 14 gauge
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install with MiTek's THR 1/2" threaded rod or equivalent.
• Drive MiTek's WS15-EXT structural wood screws into joist.
• Re-install threaded rod or anchor bolt. Secure with washer and nut.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with wrench.



1/2" THR
Threaded
Rod pg. 47

**Typical DTB-TZ deck
to ledger installation**



**Typical DTB-TZ
rail post installation**



6"

CL

2-1/4"

1-13/16"

**DTB-TZ**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:green">**Lumber Hangers**</span>

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule | | | | Allowable Loads (Lbs.) | | | Corrosion Finish | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Wall | | Joist | | DF/SP | S-P-F | | | |
| | | | W | L | D | CL | Qty | Bolt[3] | Qty | Screws[1] | Tension 160% | Tension 160% | Deflection Δ (in) at 160%[2] | | |
| DTB-TZ | DTT2Z, FSC | 14 | 1-13/16 | 6 | 2-1/4 | 1-1/8 | 1 | 1/2 | 8 | WS15-EXT | 1835 | 1510 | 0.119 | | IBC, FL, LA |

1) MiTek's WS15-EXT structural wood screws are 1/4" dia. x 1-1/2" long and are included with DTB-TZ Deck Tie-Backs.
2) Deflections are derived from static, monotonic load tests of devices connected to DF wood members with specified fasteners.
**3) Minimum ASTM A307 bolt or 1/2" threaded rod with cut washer and hex nut.**
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ▉ Stainless Steel ▉ Gold Coat ▉ HDG ▉ Triple Zinc

## ERB / FB / FRB  Fence Brackets

**ERB24** – Designed to mount prefabricated fence sections and works with 2x4 horizontal section rails.

**FB26** – Secures 2x6 rails to wood posts.

**FRB24** – Secures continuous 2x4 rails to wood posts. Pre-punched holes allow installers to splice 2x4 rail ends within the bracket.

**Materials:**  See chart
**Finish:**  G-185 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.


**Typical ERB24-TZ installation**


**ERB24-TZ**


**Typical FB24-TZ installation**


**FB24-TZ**


**Typical FRB24-TZ installation**


**FRB24-TZ**


**Typical FB26-TZ installation**


**FB26-TZ**


**FB23-TZ**


**FB14-TZ**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| Rail Size | MiTek USP Stock No. | Ref. No | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs)[1] | | | | Corrosion Finish | Code Ref. |
| | | | | W | H | Rail | | Post | | Download | | F1 | | | |
| | | | | | | Qty | Type | Qty | Type | 100% | 115% | 100% | 115% | | |
| 1 x 4 | FB14-TZ | -- | 20 | 3/4 | 3-1/2 | 3 | 14 ga. x 3/4 HDG | 2 | 8d x 1-1/2 HDG | -- | -- | -- | -- | | |
| 2 x 3 | FB23-TZ | -- | 20 | 1-9/16 | 2-3/8 | 3 | 8d x 1-1/2 HDG | 4 | 8d x 1-1/2 HDG | -- | -- | -- | -- | | |
| 2 x 4 | ERB24-TZ | -- | 18 | 1-1/2 | 3-9/16 | 4 | 8d x 1-1/2 HDG | 3 | 8d HDG | -- | -- | -- | -- | | -- |
| | FB24-TZ | FB24Z, FBR24Z | 20 | 1-9/16 | 3-3/8 | 3 | 8d x 1-1/2 HDG | 2 | 8d HDG | -- | -- | -- | -- | | |
| | FRB24-TZ | -- | 18 | 1-9/16 | 3-9/16 | 2 | 10d x 1-1/2 HDG | 4 | 10d HDG | -- | -- | -- | -- | | |
| 2 x 6 | FB26-TZ | FB26 | 18 | 1-9/16 | 5 | 4 | 10d x 1-1/2 HDG | 4 | 10d x 1-1/2 HDG | 330 | 330 | 350 | 400 | | |
| | | | | | | 4 | LL915 | 4 | LL915 | 315 | 360 | 315 | 360 | | |

1) Allowable loads have been increased 15% for short duration loading. No further increase is permitted.
2) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long, 8d nails are 0.131" dia. x 2-1/2" long, 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, LL915 denotes a LumberLok screw #9 x 1-3/8" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

**Lumber Hangers**

**UMH** Universal Masonry Hangers

<span style="color:green">**Lumber Hangers**</span>

A versatile solution for hanging beams from masonry walls. Face mount design allows hanger to be used with beam heights from 16" to 24". Available in a variety of widths for solid sawn, glulam, or engineered lumber beams.

**Materials:** 3 gauge
**Finish:** Primer
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Fully grouted and reinforced concrete block or cast-in-place concrete with a minimum of (1) #5 rebar continuous to footing with standard hook at bolt locations.
• Minimum joist width is 3-1/2".



**Typical UMH installation**

**UMH**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | W (in) | Header[2] | | Joist[3] | | Masonry - 2,500 psi | | | | Cast in Place Concrete - 3,000 psi | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qty | Screw Anchor | Qty | Type | Floor 100% | Roof 115% | 125% | Uplift[1] 160% | Floor 100% | Roof 115% | 125% | Uplift[1] 160% | |
| UMH358 | MBHU3.56/16KT, MBHU3.56/18KT | 3 | 3-5/8 | 2 | 3/4 | 16 | 16d | 3550 | 3550 | 3550 | 3550 | 6380 | 6380 | 6380 | 4815 | |
| UMH458 | -- | 3 | 4-5/8 | 2 | 3/4 | 16 | 16d | 3550 | 3550 | 3550 | 3550 | 6380 | 6380 | 6380 | 4815 | |
| UMH538 | -- | 3 | 5-3/8 | 2 | 3/4 | 16 | 16d | 3550 | 3550 | 3550 | 3550 | 6380 | 6380 | 6380 | 4815 | FL |
| UMH558 | MBHU5.50/16KT, MBHU5.50/18KT | 3 | 5-5/8 | 2 | 3/4 | 16 | 16d | 3550 | 3550 | 3550 | 3550 | 6380 | 6380 | 6380 | 4815 | |
| UMH718 | -- | 3 | 7-1/8 | 2 | 3/4 | 16 | 16d | 3550 | 3550 | 3550 | 3550 | 6380 | 6380 | 6380 | 4815 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Fasten UMH hanger to concrete structure with (2) 3/4" dia. DeWalt Screw-Bolt™+ screw anchors or equal with 5" minimum embedment. Screw anchors shall be installed in masonry with grouted cells in accordance with manufacturer's installation specifications.
3) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:green">**Lumber Hangers**</span>

# HD Masonry Face Mount Hangers

**Lumber Hangers**

The HD series Face Mount hangers can be used to connect roof framing members, trusses, and floor joists to masonry walls.

**Materials:** 14 gauge
**Finish:** G90 galvanizing

**Installation:**
• Masonry screws shall be Powers® Tapper+® HWH 3/16" x 1-3/4".



**Typical HD field installation**



**Typical HD edge installation**
(flush to edge only)



**Typical HD top installation**
(flush to top only)



**Typical HD corner installation**
(flush to edge and top)

| MiTek USP Stock No. | Ref No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] | | | | DF/SP Allowable Load (Lbs.)[1,4,5,6] | | | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Masonry[7] | | Joist/Beam | | Download (100%) | | | | Uplift (160%) | | | | |
| | | | W | H | D | Qty | Tapper+® HWH Screw Anchor | Qty | Type[8] | Field | Edge | Top | Corner | Field | Edge | Top | Corner | |
| HD26 | HU26 | 14 | 1-9/16 | 3-1/2 | 2-1/2 | 4 | 3/16" x 1-3/4" | 4 | 10d x 1-1/2 | 1000 | 495 | 670 | 335 | 145 | 70 | 145 | 45 | |
| HD28 | HU28 | 14 | 1-9/16 | 5-1/4 | 2-1/2 | 8 | 3/16" x 1-3/4" | 6 | 10d x 1-1/2 | 2000 | 990 | 1340 | 665 | 595 | 295 | 595 | 195 | |
| HD210 | HU210 | 14 | 1-9/16 | 7-3/16 | 2-1/2 | 14 | 3/16" x 1-3/4" | 6 | 10d x 1-1/2 | 3110 | 1545 | 2085 | 1035 | 595 | 295 | 595 | 195 | |
| HD212 | -- | 14 | 1-9/16 | 9-13/16 | 2-1/2 | 20 | 3/16" x 1-3/4" | 10 | 10d x 1-1/2 | 3640 | 1805 | 2440 | 1210 | 595 | 295 | 595 | 195 | |
| HD26-2 | HU26-2 | 14 | 3-1/8 | 5-1/4 | 2-1/2 | 12 | 3/16" x 1-3/4" | 6 | 10d | 3000 | 1490 | 2015 | 1000 | 1170 | 580 | 850 | 380 | |
| HD28-2 | HU28-2 | 14 | 3-1/8 | 7-1/8 | 2-1/2 | 14 | 3/16" x 1-3/4" | 6 | 10d | 3500 | 1735 | 2350 | 1165 | 1170 | 580 | 850 | 380 | |
| HD210-2 | HU210-2 | 14 | 3-1/8 | 9 | 2-1/2 | 20 | 3/16" x 1-3/4" | 10 | 10d | 5000 | 2480 | 3355 | 1665 | 1950 | 645 | 850 | 420 | |
| HD212-2 | HU212-2 | 14 | 3-1/8 | 11 | 2-1/2 | 24 | 3/16" x 1-3/4" | 12 | 10d | 5750 | 2850 | 3860 | 1915 | 2340 | 645 | 850 | 420 | |
| HD44 | HU44 | 14 | 3-9/16 | 3-5/16 | 2-1/2 | 4 | 3/16" x 1-3/4" | 2 | 10d | 1000 | 495 | 670 | 335 | 145 | 70 | 145 | 45 | |
| HD46 | HU46 | 14 | 3-9/16 | 5-1/16 | 2-1/2 | 12 | 3/16" x 1-3/4" | 6 | 10d | 3000 | 1490 | 2015 | 1000 | 1170 | 580 | 850 | 380 | |
| HD48 | HU48 | 14 | 3-9/16 | 6-15/16 | 2-1/2 | 14 | 3/16" x 1-3/4" | 6 | 10d | 3500 | 1735 | 2350 | 1165 | 1170 | 580 | 850 | 380 | |
| HD410 | HU410 | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 20 | 3/16" x 1-3/4" | 10 | 10d | 5000 | 2480 | 3355 | 1665 | 1950 | 645 | 850 | 420 | |
| HD412 | -- | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 24 | 3/16" x 1-3/4" | 12 | 10d | 5750 | 2850 | 3860 | 1915 | 2340 | 645 | 850 | 420 | |
| HD26-3 | HU26-3 | 14 | 4-5/8 | 4-1/2 | 2-1/2 | 12 | 3/16" x 1-3/4" | 6 | 10d | 3000 | 1490 | 2015 | 1000 | 1170 | 580 | 850 | 380 | -- |
| HD28-3 | -- | 14 | 4-5/8 | 6-3/8 | 2-1/2 | 14 | 3/16" x 1-3/4" | 6 | 10d | 3500 | 1735 | 2350 | 1165 | 1170 | 580 | 850 | 380 | |
| HD210-3 | HU210-3 | 14 | 4-5/8 | 8-1/4 | 2-1/2 | 20 | 3/16" x 1-3/4" | 10 | 10d | 5000 | 2480 | 3355 | 1665 | 1950 | 645 | 850 | 420 | |
| HD212-3 | HU212-3 | 14 | 4-5/8 | 10-1/4 | 2-1/2 | 24 | 3/16" x 1-3/4" | 12 | 10d | 5750 | 2850 | 3860 | 1915 | 2340 | 645 | 850 | 420 | |
| HD5210 | -- | 14 | 5-3/8 | 7-7/8 | 2-1/2 | 20 | 3/16" x 1-3/4" | 10 | 10d | 5000 | 2480 | 3355 | 1665 | 2305 | 645 | 850 | 420 | |
| HD5212 | -- | 14 | 5-3/8 | 9-7/8 | 2-1/2 | 24 | 3/16" x 1-3/4" | 12 | 10d | 5750 | 2850 | 3860 | 1915 | 2765 | 645 | 850 | 420 | |
| HD66 | HU66 | 14 | 5-1/2 | 4-1/16 | 2-1/2 | 12 | 3/16" x 1-3/4" | 6 | 10d | 2350 | 1165 | 1575 | 780 | 1380 | 645 | 850 | 420 | |
| HD68 | HU68 | 14 | 5-1/2 | 5-15/16 | 2-1/2 | 14 | 3/16" x 1-3/4" | 6 | 10d | 3500 | 1735 | 2350 | 1165 | 1380 | 645 | 850 | 420 | |
| HD610 | HU610 | 14 | 5-1/2 | 7-13/16 | 2-1/2 | 20 | 3/16" x 1-3/4" | 10 | 10d | 5000 | 2480 | 3355 | 1665 | 2305 | 645 | 850 | 420 | |
| HD612 | HU612 | 14 | 5-1/2 | 9-13/16 | 2-1/2 | 24 | 3/16" x 1-3/4" | 12 | 10d | 5750 | 2850 | 3860 | 1915 | 2765 | 645 | 850 | 420 | |

1) Allowable loads assume the use of Powers® Tapper+® HWH 3/16" x 1-3/4".
2) Fasteners to be installed per manufacturer's recommendations.
3) Field installation indicates that the uppermost and outermost fasteners are a minimum of 8" from the top and side of the masonry wall.
4) Edge installation indicates that the hanger is installed flush with the edge of the masonry wall.
5) Top installation indicates that the hanger is installed with the hanger flush with the top of the wall.
6) Corner installation indicates that the hanger is installed in the corner of the masonry wall flush to the edge, and the top fastener is less than 2" from the top.
7) Minimum 6" wide grout-filled concrete masonry units with a minimum compressive strength of 1,500 psi (10.3 MPa).
8) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2 long, 10d nails are 0.148 dia. x 3" long.
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

## LGUM / HGUM  Masonry Girder Hangers

LGUM and HGUM Masonry Girder Hangers are high-capacity beam/girder hangers designed for installation to masonry or concrete walls. The LGUM and HGUM hangers use MiTek's WS structural wood screws (supplied) to attach the beam to hanger and screw anchors (supplied) to attach to the masonry or concrete wall. These hangers eliminate the need for constructing beam pockets.

**Materials:**  LGUM – 12 gauge; HGUM – 7 gauge
**Finish:**  G90 galvanizing
**Options:**  See Specialty Options chart

### Installation:
- MiTek's WS3 structural wood screws and screw anchors are supplied with hangers. Substituting other fasteners may reduce capacity.
- Beams comprised of multiple plies must be adequately fastened to act as a single member.
- Beam height dimension (H) must be specified when ordering HGUM hangers.
- Moisture barrier between beam and wall may be required by local jurisdiction.



HGUM          LGUM




**Typical HGUM installation**          **Typical LGUM installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in.) | | | | Fastener Schedule | | | | DF Allowable Loads (Lbs.)[2] | | | | Code Ref. |
| | | | W | H[3] | D | A | CMU/Concrete | | Joist | | Download (100/115/125%) | | Uplift (160%)[1] | | |
| | | | | | | | Qty | Screw Anchor[4] | Qty | Type[5] | CMU 1,500psi | Concrete 2,000 psi | CMU / Concrete | | |
| | | | | | | | | | | | | | 4" Min. to Top of Wall | 13" Min. to Top of Wall | |
| Double 2x Sizes | | | | | | | | | | | | | | | |
| LGUM26-2 | LGUM26-2-SDS | 12 | 3-5/16 | 5-7/16 | 4 | 2-3/8 | 4 | 3/8" x 4" | 4 | WS3 | 6065 | 6425 | 2125 | 2125 | |
| LGUM28-2 | LGUM28-2-SDS | 12 | 3-5/16 | 7-3/16 | 4 | 2-3/8 | 6 | 3/8" x 4" | 6 | WS3 | 8155 | 8155 | 2770 | 2770 | |
| LGUM210-2 | LGUM210-2-SDS | 12 | 3-5/16 | 9-3/16 | 4 | 2-3/8 | 8 | 3/8" x 4" | 8 | WS3 | 9905 | 9905 | 3350 | 3350 | |
| Triple 2x Sizes | | | | | | | | | | | | | | | |
| LGUM26-3 | LGUM26-3-SDS | 12 | 4-15/16 | 5-1/2 | 4 | 2-3/8 | 4 | 3/8" x 4" | 4 | WS3 | 6065 | 6425 | 2125 | 2125 | |
| LGUM28-3 | LGUM28-3-SDS | 12 | 4-15/16 | 7-1/4 | 4 | 2-3/8 | 6 | 3/8" x 4" | 6 | WS3 | 8155 | 8155 | 2770 | 2770 | |
| LGUM210-3 | LGUM210-3-SDS | 12 | 4-15/16 | 9-1/4 | 4 | 2-3/8 | 8 | 3/8" x 4" | 8 | WS3 | 9905 | 9905 | 3350 | 3350 | |
| Quadruple 2x Sizes | | | | | | | | | | | | | | | |
| LGUM26-4 | LGUM26-4-SDS | 12 | 6-9/16 | 5-7/16 | 4 | 2-3/8 | 4 | 3/8" x 4" | 4 | WS3 | 6065 | 6425 | 2125 | 2125 | |
| LGUM28-4 | LGUM28-4-SDS | 12 | 6-9/16 | 7-3/16 | 4 | 2-3/8 | 6 | 3/8" x 4" | 6 | WS3 | 8155 | 8155 | 2770 | 2770 | |
| LGUM210-4 | LGUM210-4-SDS | 12 | 6-9/16 | 9-3/16 | 4 | 2-3/8 | 8 | 3/8" x 4" | 8 | WS3 | 9905 | 9905 | 3350 | 3350 | |
| 4x Sizes | | | | | | | | | | | | | | | |
| LGUM46 | LGUM46-SDS | 12 | 3-5/8 | 4-7/8 | 4 | 2-3/8 | 4 | 3/8" x 4" | 4 | WS3 | 6065 | 6425 | 2125 | 2125 | |
| LGUM48 | LGUM48-SDS | 12 | 3-5/8 | 6-7/8 | 4 | 2-3/8 | 6 | 3/8" x 4" | 6 | WS3 | 8155 | 8155 | 2770 | 2770 | |
| LGUM410 | LGUM410-SDS | 12 | 3-5/8 | 8-7/8 | 4 | 2-3/8 | 8 | 3/8" x 4" | 8 | WS3 | 9905 | 9905 | 3350 | 3350 | |
| Engineered Wood & Structural Lumber Sizes (Heavy Duty) | | | | | | | | | | | | | | | |
| HGUM525 | HGUM5.25-SDS | 7 | 5-1/4 | Specify 11-1/4 to 30 | 5-1/2 | 4-3/4 | 8 | 5/8" x 5" | 24 | WS3 | 16680 | 16680 | 4470 | 10130 | -- |
| HGUM550 | HGUM5.50-SDS | 7 | 5-1/2 | | 5-1/2 | 4-3/4 | 8 | 5/8" x 5" | 24 | WS3 | 16680 | 16680 | 4470 | 10130 | |
| HGUM700 | HGUM7.00-SDS | 7 | 7 | | 5-1/2 | 4-3/4 | 8 | 5/8" x 5" | 24 | WS3 | 16680 | 16680 | 4470 | 10130 | |
| HGUM725 | HGUM7.25-SDS | 7 | 7-1/4 | | 5-1/2 | 4-3/4 | 8 | 5/8" x 5" | 24 | WS3 | 16680 | 16680 | 4470 | 10130 | |
| HGUM900 | HGUM9.00-SDS | 7 | 9 | | 5-1/2 | 4-3/4 | 8 | 5/8" x 5" | 24 | WS3 | 16680 | 16680 | 4470 | 10130 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads assume top header fasteners are a minimum of 4" from the top of the wall.
3) "Specify" denotes the required supported beam height that must be specified at the time of ordering.
4) Use DeWalt Screw-Bolt™+ (included); or equal, installed in accordance with manufacturer's specification.
5) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with hangers.

**Specialty Options Chart –** Refer to Specialty Options pages 320-321 for additional details.

| Option | Inverted Flange |
| --- | --- |
| Range | One Inverted-Flange option available |
| Allowable Loads | 50% of table download
75% of table uplift load |
| Ordering | Add /F and right (R) or left (L) to product number.
Ex. HGUM525_H=18_IFL |



**Typical HGUM one inverted flange, left shown**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MPH** Masonry Hangers

These hangers are designed to support standard lumber joists, I-Joists, or beams. Easy installation into concrete block walls makes the MPH an attractive alternative to fabricating seats in masonry (or attaching ledgers) to support joists or beams.

**Materials:** 12 gauge

**Finish:** Primer

**Options:** All nominal lumber sizes are available for rough full size lumber. See Specialty Options Chart on page 189.

**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- 16d duplex nails are not supplied with MPH hangers.
- Place hanger into position on top of concrete block. Install (2) 16d duplex nails (0.162" dia. x 3-1/2" double head) through the top flange nail holes. Then continue laying the next course of block.
- A minimum of one course shall be laid over hanger top flange and one course below hanger top flange. Courses adjacent to the top flange shall be subsequently grouted.
- **These products do not provide uplift resistance.**



Install with (2) 16d duplex nails in grouted cell

**Typical MPH single-ply installation**



**MPH**



Install with (2) 16d duplex nails in grouted cells

**Typical MPH double-ply installation**

| Beam/ Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Block | | Joist | | Floor | Roof | | |
| | | | | W | H | L | Qty | Type | Qty | Type | 100% | 115% | 125% | |
| | | | | | | | | Standard Lumber Sizes | | | | | | |
| 2 x 10 | MPH210 | WMU1.56/9.25 | 12 | 1-9/16 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| 2 x 12 | MPH212 | WMU1.56/11.25 | 12 | 1-9/16 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| 2 x 14 | MPH214 | WMU1.56/14 | 12 | 1-9/16 | 13-1/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| 2 x 16 | MPH216 | WMU1.56/16 | 12 | 1-9/16 | 15-1/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| (2) 2 x 10 | MPH210-2 | WMU3.12/9.25 | 12 | 3-1/8 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| (2) 2 x 12 | MPH212-2 | WMU3.12/11.25 | 12 | 3-1/8 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| (2) 2 x 14 | MPH214-2 | WMU3.12/14 | 12 | 3-1/8 | 13-1/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| (2) 2 x 16 | MPH216-2 | WMU3.12/16 | 12 | 3-1/8 | 15-1/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | IBC, FL, LA |
| 3 x 10 | MPH310 | WMU2.56/9.25 | 12 | 2-9/16 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3295 | 3295 | 3295 | |
| 3 x 12 | MPH312 | WMU2.56/11.25 | 12 | 2-9/16 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3295 | 3295 | 3295 | |
| 3 x 14 | MPH314 | WMU2.56/13.25 | 12 | 2-9/16 | 13-1/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3295 | 3295 | 3295 | |
| 3 x 16 | MPH316 | WMU2.56/15.25 | 12 | 2-9/16 | 15-1/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3295 | 3295 | 3295 | |
| 4 x 10 | MPH410 | WMU3.56/9.25 | 12 | 3-9/16 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4 x 12 | MPH412 | WMU3.56/11.25 | 12 | 3-9/16 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4 x 14 | MPH414 | WMU3.56/13.25 | 12 | 3-9/16 | 13-1/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4 x 16 | MPH416 | WMU3.56/15.25 | 12 | 3-9/16 | 15-1/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 6 x 10 | MPH610 | WMU5.50/9.5 | 12 | 5-9/16 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| | | | | | | | | Engineered Lumber Sizes | | | | | | |
| 1-1/2 x 9-1/4 | MPH210 | WMU1.56/9.25 | 12 | 1-9/16 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| 1-1/2 x 9-1/2 | MPH1595 | WMU1.56/9.5 | 12 | 1-9/16 | 9-1/2 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| 1-1/2 x 11-1/4 | MPH212 | WMU1.56/11.25 | 12 | 1-9/16 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| 1-1/2 x 11-7/8 | MPH15118 | WMU1.56/11.88 | 12 | 1-9/16 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | IBC, FL, LA |
| 1-1/2 x 14 | MPH1514 | WMU1.56/14 | 12 | 1-9/16 | 14 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 2610 | 2650 | 2675 | |
| 1-3/4 x 9-1/2 | MPH1795 | WMU1.81/9.5 | 12 | 1-13/16 | 9-1/2 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3000 | 3040 | 3065 | |
| 1-3/4 x 11-7/8 | MPH17118 | WMU1.81/11.88 | 12 | 1-13/16 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3000 | 3040 | 3065 | |
| 1-3/4 x 14 | MPH1714 | WMU1.81/14 | 12 | 1-13/16 | 14 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3000 | 3040 | 3065 | |
| 1-3/4 x 16 | MPH1716 | WMU1.81/16 | 12 | 1-13/16 | 16 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3000 | 3040 | 3065 | |

1) Masonry compressive strength shall be minimum 1500 psi.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d duplex nails are 0.162" dia. x 3-1/2" long, double headed nails and shall be installed in grouted cells in accordance to manufacturer's installation specifications.
New products or updated product information are designated in **blue font**.

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

MiTek® Product Catalog

**MPH** Masonry Hangers                                                          **Lumber Hangers**

| Beam/ Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] Block | | Joist | | DF/SP Allowable Loads (Lbs.)[1] Floor 100% | Roof 115% | Roof 125% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | L | Qty | Type | Qty | Type | 100% | 115% | 125% | |
| **Engineered Lumber Sizes** | | | | | | | | | | | | | | |
| 2-5/16 x 9-1/2 | MPH2395 | WMU2.37/9.5 | 12 | 2-3/8 | 9-1/2 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3880 | 3920 | 3945 | |
| 2-5/16 x 11-7/8 | MPH23118 | WMU2.37/11.88 | 12 | 2-3/8 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3880 | 3920 | 3945 | |
| 2-5/16 x 14 | MPH2314 | WMU2.37/14 | 12 | 2-3/8 | 14 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3880 | 3920 | 3945 | |
| 2-5/16 x 16 | MPH2316 | WMU2.37/16 | 12 | 2-3/8 | 16 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3880 | 3920 | 3945 | |
| 2-5/16 x 18 | MPH2318 | WMU2.37/18 | 12 | 2-3/8 | 18 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3880 | 3920 | 3945 | |
| 2-5/16 x 20 | MPH2320 | WMU2.37/20 | 12 | 2-3/8 | 20 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 3880 | 3920 | 3945 | |
| 2-1/2 x 9-1/4 | MPH25925 | WMU2.56/9.25 | 12 | 2-1/2 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 9-1/2 | MPH2595 | WMU2.56/9.5 | 12 | 2-1/2 | 9-1/2 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 11-1/4 | MPH25112 | WMU2.56/11.25 | 12 | 2-1/2 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 11-7/8 | MPH25118 | WMU2.56/11..88 | 12 | 2-1/2 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 14 | MPH2514 | WMU2.56/14 | 12 | 2-1/2 | 14 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 16 | MPH2516 | WMU2.56/16 | 12 | 2-1/2 | 16 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 18 | MPH2518 | WMU2.56/18 | 12 | 2-1/2 | 18 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 20 | MPH2520 | WMU2.56/20 | 12 | 2-1/2 | 20 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 22 | MPH2522 | WMU2.56/22 | 12 | 2-1/2 | 22 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 24 | MPH2524 | WMU2.56/24 | 12 | 2-1/2 | 24 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 2-1/2 x 26 | MPH2526 | WMU2.56/26 | 12 | 2-1/2 | 26 | 7 | 2 | 16d duplex | 2 | 10d x 1-1/2 | 4170 | 4210 | 4240 | |
| 3 x 9-1/4 | MPH210-2 | WMU3.12/9.25 | 12 | 3-1/8 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3 x 9-1/2 | MPH1595-2 | WMU3.12/9.5 | 12 | 3-1/8 | 9-1/2 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3 x 11-1/4 | MPH15112-2 | WMU3.12/11.25 | 12 | 3-1/8 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3 x 11-7/8 | MPH15112-2 | WMU3.12/11.88 | 12 | 3-1/8 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3-1/2 x 12 | MPH3512 | WMU3.62/12 | 12 | 3-1/2 | 12 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | IBC, |
| 3-1/2 x 14 | MPH3514 | WMU3.62/14 | 12 | 3-1/2 | 14 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | FL, |
| 3-1/2 x 16 | MPH3516 | WMU3.62/16 | 12 | 3-1/2 | 16 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | LA |
| 3-1/2 x 18 | MPH3518 | WMU3.62/18 | 12 | 3-1/2 | 18 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3-1/2 x 20 | MPH3520 | WMU3.62/20 | 12 | 3-1/2 | 20 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3-1/2 x 9-1/4 | MPH410 | WMU3.56/9.25 | 12 | 3-9/16 | 9-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3-1/2 x 11-1/4 | MPH412 | WMU3.56/11.25 | 12 | 3-9/16 | 11-1/4 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3-1/2 x 9-1/2 | MPH1795-2 | WMU3.56/9.5 | 12 | 3-5/8 | 9-1/2 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 3-1/2 x 11-7/8 | MPH17118-2 | WMU3.56/11.88 | 12 | 3-5/8 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4-5/8 x 11-7/8 | MPH23118-2 | WMU4.75/11.88 | 12 | 4-5/8 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4-5/8 x 14 | MPH2314-2 | WMU4.75/14 | 12 | 4-5/8 | 14 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4-5/8 x 16 | MPH2316-2 | WMU4.75/16 | 12 | 4-5/8 | 16 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4-5/8 x 18 | MPH2318-2 | WMU4.75/18 | 12 | 4-5/8 | 18 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 4-5/8 x 20 | MPH2320-2 | WMU4.75/20 | 12 | 4-5/8 | 20 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 5-1/4 x 9-1/2 | MPH5595 | WMU5.50/9.5 | 12 | 5-5/8 | 9-1/2 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 5-1/4 x 11-7/8 | MPH55118 | WMU5.50/11.88 | 12 | 5-5/8 | 11-7/8 | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | |
| 7 x 9-1/2 | MPH3595-2 | WMU7.12/9.5 | 12 | 7-1/8 | 9-1/2 | 8 | 2 | 16d duplex | 2 | 10d | 4490 | 4490 | 4490 | |
| 7 x 11-1/4 | MPH35112-2 | WMU7.12/11.25 | 12 | 7-1/8 | 11-1/4 | 8 | 2 | 16d duplex | 2 | 10d | 4490 | 4490 | 4490 | |
| 7 x 11-7/8 | MPH35118-2 | WMU7.12/11.88 | 12 | 7-1/8 | 11-7/8 | 8 | 2 | 16d duplex | 2 | 10d | 4490 | 4490 | 4490 | |
| 7 x 14 | MPH3514-2 | WMU7.12/14 | 12 | 7-1/8 | 14 | 8 | 2 | 16d duplex | 2 | 10d | 4490 | 4490 | 4490 | |
| 7 x 16 | MPH3516-2 | WMU7.12/16 | 12 | 7-1/8 | 16 | 8 | 2 | 16d duplex | 2 | 10d | 4490 | 4490 | 4490 | |
| 7 x 18 | MPH3518-2 | WMU7.12/18 | 12 | 7-1/8 | 18 | 8 | 2 | 16d duplex | 2 | 10d | 4490 | 4490 | 4490 | |
| **Glulam Sizes** | | | | | | | | | | | | | | |
| 3-1/8 x glulam | MPH325 | WMU3.25X | 12 | specify | specify | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | IBC, |
| 5-1/8 x glulam | MPH525 | WMU5.25X | 12 | 5-1/4 | specify | 7 | 2 | 16d duplex | 2 | 10d | 4430 | 4430 | 4430 | FL, LA |

1) Masonry compressive strength shall be minimum 1500 psi.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d duplex nails are 0.162" dia. x 3-1/2" long, double headed nails and shall be installed in grouted cells in accordance to manufacturer's installation specifications.
New products or updated product information are designated in blue font.

**Specialty Options Chart –** Refer to Specialty Options pages 320, 322-323 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2,3] | Top Flange Offset | | |
|---|---|---|---|---|---|---|
| Range | 1° to 60° | 1° to 45° | See Sloped Seat and Skewed | -- | | |
| Allowable Loads | 100% of table load | 100% of table load | 100% of table load | Hanger Width | % of table load: | |
| | | | | 3-1/2" or less | 60% | |
| | | | | 3-9/16" to 5-1/2" | 75% | |
| | | | | 5-9/16" to 7-1/2" | 85% | |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) or bevel cut (BV) to product number. Ex. MPH210_SK45R_SQ | Add SL, slope required, and up (U) or down (D), to product number. Ex. MPH210_SL30D | See Sloped Seat and Skewed. Ex. MPH210_SK45R_SQ_SL30D | Add OS, and right (R) or left (L), to product number. Ex. MPH210_OSL | | |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

# HWUH Heavy-Duty Welded Universal Hangers

## Lumber Hangers

Versatile heavy-duty top flange hanger attaches to both wood and masonry. Unique design allows builders to use one style hanger on the job when the structure has a variety of support materials.

**Materials:** Top Flange – 3 gauge; Stirrup – 7 gauge
**Finish:** Primer
**Options:** See Specialty Options Chart on page 191

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• NA21 nails are included with hangers where specified.
• **NA21 nails are not recommended for use with LVL, PSL, or LSL headers.**
• Masonry design load values apply to both solid concrete tie beams and grout-filled CMU walls.
• Alternate installation – Use (2) 1/2" x 4" DeWalt Screw-Bolt+™ or equal for loads up to 2,400 lbs. when attaching to CMU. Loads shall not exceed table loads.



**Typical HWUH410
wood-to-wood installation**



**HWUH**



**Typical HWUH410
wood-to-masonry installation**

| Beam/ Joist Size | MiTek USP Stock No. | Ref. No. | Dimensions (in) W | Dimensions (in) H | Installation Type | Supporting Member Wood Qty | Supporting Member Wood Type | Supported Member Qty | Supported Member Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 x 4 - 6 | HWUH26 | -- | 1-5/8 | 5-3/8 | Wood | 6 | 10d | 4 | 10d x 1-1/2 | 3925 | 4020 | 4085 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 2 x 8 | HWUH28 | -- | 1-5/8 | 7-1/8 | Wood | 6 | 10d | 4 | 10d x 1-1/2 | 3925 | 4020 | 4085 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 2 x 10 | HWUH210 | -- | 1-5/8 | 9-1/8 | Wood | 6 | 10d | 4 | 10d x 1-1/2 | 3925 | 4020 | 4085 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 2 x 12 | HWUH212 | -- | 1-5/8 | 11 | Wood | 6 | 10d | 4 | 10d x 1-1/2 | 3925 | 4020 | 4085 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 2 x 14 | HWUH214 | -- | 1-5/8 | 13 | Wood | 6 | 10d | 4 | 10d x 1-1/2 | 3925 | 4020 | 4085 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 2 x 16 | HWUH216 | -- | 1-5/8 | 16 | Wood | 6 | 10d | 4 | 10d x 1-1/2 | 3925 | 4020 | 4085 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 3 x 6 | HWUH36 | -- | 2-5/8 | 5-3/8 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 3 x 8 | HWUH38 | -- | 2-5/8 | 7-1/8 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 3 x 10 | HWUH310 | -- | 2-5/8 | 9-1/8 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 3 x 12 | HWUH312 | -- | 2-5/8 | 11 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | -- |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 3 x 14 | HWUH314 | -- | 2-5/8 | 13 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| 3 x 16 | HWUH316 | -- | 2-5/8 | 16 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| (2) 2 x 6 | HWUH26-2 | -- | 3-1/8 | 5-3/8 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| (2) 2 x 8 | HWUH28-2 | -- | 3-1/8 | 7-1/8 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| (2) 2 x 10 | HWUH210-2 | -- | 3-1/8 | 9-1/8 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| (2) 2 x 12 | HWUH212-2 | -- | 3-1/8 | 11 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| (2) 2 x 14 | HWUH214-2 | -- | 3-1/8 | 13 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |
| (2) 2 x 16 | HWUH216-2 | -- | 3-1/8 | 16 | Wood | 6 | 10d | 4 | 10d | 4615 | 4615 | 4615 | 955 | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | |

The Fastener Schedule[2] header spans: Supporting Member (Wood: Qty, Type) and Supported Member (Qty, Type). The DF/SP Allowable Loads (Lbs.) header spans: Floor 100%, Roof 115%, Roof 125%, Uplift[1] 160%.

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d nails are 0.148" dia. x 3" long.

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

MiTek® Product Catalog

# HWUH Heavy-Duty Welded Universal Hangers

**Lumber Hangers**

| Beam/ Joist Size | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | Installation Type | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.) | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Supporting Member | | Supported Member | | Floor | Roof | | | Uplift[1] | |
| | | | | | | Wood | | | | | | | | | |
| | | | W | H | | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | | |
| 4 x 6 | HWUH46 | -- | 3-9/16 | 5-3/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 4 x 8 | HWUH48 | -- | 3-9/16 | 7-1/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 4 x 10 | HWUH410 | -- | 3-9/16 | 9-1/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 4 x 12 | HWUH412 | -- | 3-9/16 | 11 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 4 x 14 | HWUH414 | -- | 3-9/16 | 13 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 4 x 16 | HWUH416 | -- | 3-9/16 | 16 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 6 x 6 | HWUH66 | -- | 5-1/2 | 5-3/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 6 x 8 | HWUH68 | -- | 5-1/2 | 7-1/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 6 x 10 | HWUH610 | -- | 5-1/2 | 9-1/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 6 x 12 | HWUH612 | -- | 5-1/2 | 11 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | -- |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 6 x 14 | HWUH614 | -- | 5-1/2 | 13 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 6 x 16 | HWUH616 | -- | 5-1/2 | 16 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 8 x 6 | HWUH86 | -- | 7-1/2 | 5-3/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 8 x 8 | HWUH88 | -- | 7-1/2 | 7-1/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 8 x 10 | HWUH810 | -- | 7-1/2 | 9-1/8 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 8 x 12 | HWUH812 | -- | 7-1/2 | 11 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 8 x 14 | HWUH814 | -- | 7-1/2 | 13 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |
| 8 x 16 | HWUH816 | -- | 7-1/2 | 16 | Wood | 6 | NA21 | 4 | 10d | 5265 | 5265 | 5265 | 675 | | |
| | | | | | Masonry | 2 | 1/2" x 6" J-Bolt | | | 3060 | 3060 | 3060 | 1030 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** NA21 nails are 0.192" dia. x 1-3/4" long and are included with 4x, 6x, and 8x HWUH hangers.

## Specialty Options Chart
Refer to Specialty Options pages 320, 322-323 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2,3] | Top Flange Offset | | Saddle |
|---|---|---|---|---|---|---|
| Range | 1° to 45° | 1° to 45° | See Sloped Seat and Skewed | -- | | -- |
| Allowable Loads | 100% of table load | 100% of table load | 100% of table load | Hanger Width<br>3-1/2" or less<br>3-9/16" to 5-1/2"<br>5-9/16"" to 7-1/2" | % of table load:<br>60%<br>75%<br>85% | 100% of table load per side |
| Ordering | Add *SK*, angle required, right (*R*)or left (*L*), and square cut (*SQ*) or bevel cut (*BV*) to product number.<br>Ex. HWUH410_SK45R_SQ | Add *SL*, slope required, and up (*U*)or down (*D*), to product number.<br>Ex. HWUH410_SL30D | See Sloped Seat and Skewed.<br>Ex. HWUH410_SK45R_SQ_SL30D | Add *OS*, and right (*R*)or left (*L*), to product number.<br>Ex. HWUH410_OSL | | Add *SA*, and saddle width required to product number.<br>Ex. HWUH410_SA=5-1/2" |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Lumber Hangers**

**NFM**  Narrow Flange Masonry Hangers

**NFM** – Standard design

**NFM_U** – High uplift design

**Materials:**  Top Flange – 3/8" steel; U-strap – 7 gauge
**Finish:**  Primer
**Options:**  See Specialty Options Chart on page 193
**Codes:**  See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Designed for both concrete walls and grout-filled reinforced CMU walls.



**Typical NFM installation**



**NFM3**



**Typical NFM_U installation**



**NFM3X12U**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | | Dimensions (in) | | Fastener Schedule | | | | | DF/SP Allowable Loads (Lbs.)[1,2] | | | | Code Ref. |
| | | Top Flange | U-Strap | W | H | Header[3,4,5] | | Joist[6] | | Floor | Roof | | Uplift | |
| | | | | | | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NFM3X8 | -- | 3/8 | 7 | 3-1/8 | 7-1/4 | 1 | 1/2" J-Bolt | 10 | 10d | 6720 | 6720 | 6720 | 1415 | |
| NFM3X10 | -- | 3/8 | 7 | 3-1/8 | 9-1/4 | 1 | 1/2" J-Bolt | 12 | 10d | 6720 | 6720 | 6720 | 1415 | |
| NFM3X10U | MBHA3.12/9.25 | 3/8 | 7 | 3-1/8 | 9-1/4 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |
| NFM3X12 | -- | 3/8 | 7 | 3-1/8 | 11-1/4 | 1 | 1/2" J-Bolt | 14 | 10d | 6720 | 6720 | 6720 | 1415 | |
| NFM3X12U | MBHA3.12/11.25 | 3/8 | 7 | 3-1/8 | 11-1/4 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |
| NFM3 | -- | 3/8 | 7 | 3-3/8 | 11-3/4 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | FL |
| NFM35X8 | -- | 3/8 | 7 | 3-5/8 | 7-1/4 | 1 | 1/2" J-Bolt | 10 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM35X8U | MBHA3.56/7.25 | 3/8 | 7 | 3-5/8 | 7-1/4 | 1 | 1/2" J-Bolt | 3 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |
| NFM35X10 | -- | 3/8 | 7 | 3-5/8 | 9-1/4 | 1 | 1/2" J-Bolt | 12 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM35X10U | MBHA3.56/9.25 | 3/8 | 7 | 3-5/8 | 9-1/4 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |
| NFM35X12 | -- | 3/8 | 7 | 3-5/8 | 11-1/4 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM35X12U | MBHA3.56/11.25 | 3/8 | 7 | 3-5/8 | 11-1/4 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |
| NFM35X1178 | -- | 3/8 | 7 | 3-5/8 | 11-7/8 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM35X1178U | MBHA3.56/11.88 | 3/8 | 7 | 3-5/8 | 11-7/8 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |
| NFM35X14 | -- | 3/8 | 7 | 3-5/8 | 14 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | -- |
| NFM35X14U | MBHA3.56/14 | 3/8 | 7 | 3-5/8 | 14 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |
| NFM35X16 | -- | 3/8 | 7 | 3-5/8 | 16 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM35X16U | MBHA3.56/16 | 3/8 | 7 | 3-5/8 | 16 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | FL |
| NFM35X18 | -- | 3/8 | 7 | 3-5/8 | 18 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM35X18U | MBHA3.56/18 | 3/8 | 7 | 3-5/8 | 18 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 7130 | 7130 | 7130 | 2580 | |

1) Allowable loads are based on 2,500 psi concrete or masonry.
2) Design loads are governed by test ultimate loads with a safety factor of three.
3) J-Bolt shall be cast-in-place and have a minimum 6" embedment and not less than 4" from the edge of concrete.
4) In addition to the J-Bolt, "U" models also require a 3/4" dia. ITW Ramset/Redhead Dyna Bolt sleeve anchor or equal with minimum 5" embedment depth installed in the face. Bolt shall be installed in accordance with installation specifications provided by ITW Ramset.
5) Bolts shall conform to ASTM A 307 or better.
6) **NAILS:** 10d nails are 0.148" dia. x 3" long

Continued on next page

**MiTek®** Product Catalog

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

**NFM** Narrow Flange Masonry Hangers                                      **Lumber Hangers**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | | Dimensions (in) | | Fastener Schedule | | | | DF/SP | | | | Code Ref. |
| | | Top Flange | U-Strap | W | H | Header[3,4,5] | | Joist[6] | | Allowable Loads (Lbs.)[1,2] | | | | |
| | | | | | | Qty | Type | Qty | Type | Floor | Roof | | Uplift | |
| | | | | | | | | | | 100% | 115% | 125% | 160% | |
| NFM6X8U | MBHA5.50/7.25 | 3/8 | 7 | 5-5/8 | 7-1/4 | 1 | 1/2" J-Bolt | 3 | 1/2" Bolt | 10310 | 10310 | 10310 | 2580 | |
| NFM6X10U | MBHA5.50/9.25 | 3/8 | 7 | 5-5/8 | 9-1/4 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 10310 | 10310 | 10310 | 2580 | |
| NFM6X12U | MBHA5.50/11.25 | 3/8 | 7 | 5-5/8 | 11-1/4 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 10310 | 10310 | 10310 | 2580 | |
| NFM6X1178 | -- | 3/8 | 7 | 5-5/8 | 11-7/8 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | FL |
| NFM6X1178U | MBHA5.50/11.88 | 3/8 | 7 | 5-5/8 | 11-7/8 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 10310 | 10310 | 10310 | 2580 | |
| NFM6X14U | MBHA5.50/14 | 3/8 | 7 | 5-5/8 | 14 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 10310 | 10310 | 10310 | 2580 | |
| NFM6X16 | -- | 3/8 | 7 | 5-5/8 | 16 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM6X16U | MBHA5.50/16 | 3/8 | 7 | 5-5/8 | 16 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 10310 | 10310 | 10310 | 2580 | |
| NFM6X18 | -- | 3/8 | 7 | 5-5/8 | 18 | 1 | 1/2" J-Bolt | 14 | 10d | 7510 | 7510 | 7510 | 1415 | |
| NFM6X18U | MBHA5.50/18 | 3/8 | 7 | 5-5/8 | 18 | 1 | 1/2" J-Bolt | 5 | 1/2" Bolt | 10310 | 10310 | 10310 | 2580 | |

1) Allowable loads are based on 2,500 psi concrete or masonry.
2) Design loads are governed by test ultimate loads with a safety factor of three.
3) J-Bolt shall be cast-in-place and have a minimum 6" embedment and not less than 4" from the edge of concrete.
4) In addition to the J-Bolt, "U" models also require a 3/4" dia. ITW Ramset/Redhead Dyna Bolt sleeve anchor or equal with minimum 5" embedment depth installed in the face. Bolt shall be installed in accordance with installation specifications provided by ITW Ramset.
5) Bolts shall conform to ASTM A 307 or better.
6) **NAILS:** 10d nails are 0.148" dia. x 3" long

**Specialty Options Chart**
Refer to Specialty Options pages 320, 322-323 for additional details.

| Option | MiTek USP Series | Skewed[1,2] |
| --- | --- | --- |
| Range | NFM / NFMU | 1˚ to 45˚ |
| Allowable Loads | NFM / NFMU | 100% of table load |
| Ordering | NFM | Add *SK,* angle required, right *(R)* or left *(L),* and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex. NFM3_SK45R_BV |
| | NFMU | Add *SK,* angle required, right *(R)* or left *(L),* and square cut *(SQ)* to product number. Ex. NFM35X8U_SK45R_SQ |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Lumber Hangers**

**FWH** Fire Wall Hangers

<span style="color:green">**Fire Wall Hangers**</span>

The Fire Wall Hanger is designed for attaching truss, I-joist, solid sawn lumber, or engineered wood floor framing members to double wall top plates or minimum 2-ply 2x solid sawn header fire rated wood frame walls. The advanced design allows the installation of the FWH **before** the 5/8" gypsum wallboard (drywall) is attached and permits the building project to be completely framed-up, and weather-tight before the gypsum wallboard sheathing work starts.

**Materials:** 14 gauge
**Finish:** G90 galvanizing
**Options:** See Specialty Options chart on page 195
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. 10,316,510

**Installation:**
• Install the face of hanger flanges tight to stud wall framing.
• For typical installations, the FWH does not need to be installed at stud locations. An increase in capacity can be achieved by installing the FWH at a stud. See the Allowable Load Table on page 195.
• The end of the truss/joist should measure 1-5/8" from the face of the supporting wall. See Figure 1.
• The truss/joist should bear fully on the FWH seat with a gap no greater than 1/8" between the end of the supported member and the hanger. See Figure 1.
• **Gypsum Wallboard Installation** – Use the FWH-T template to slot cut the gypsum wallboard. See FWH-T Template Sequence. Slide the gypsum wallboard into position and fasten to the framing members meeting the minimum requirements specified by code.

**2 Hour Fire-Rating**

FWH hangers are tested per ASTM E814 standards. When installed on one side of a maximum 2 hour fire-rated wall assembly, the penetration of the MiTek FWH Fire Wall Hanger through the gypsum wallboard will not reduce the fire resistive rating of the 2 hour fire resistive assembly.



**Figure 1**
**Typical FWH Side View**



**FWH**



**FWH-T template**
(must be ordered separately)

**Geometry Table**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Dimensions (in) W | Dimensions (in) H | Code Ref. |
|---|---|---|---|---|---|
| 2 x 8 | FWH28 | -- | 1-9/16 | 7-1/8 | |
| 2 x 10 | FWH210 | -- | 1-9/16 | 9-1/8 | |
| 2 x 12 | FWH212 | -- | 1-9/16 | 11-1/8 | |
| 1-3/4 x 9-1/2 | FWH1795 | DGHF1.81/9.5 | 1-13/16 | 9-7/16 | |
| 1-3/4 x 11-7/8 | FWH17118 | DGHF1.81/11.88 | 1-13/16 | 11-13/16 | |
| 1-3/4 x 14 | FWH1714 | DGHF1.81/14 | 1-13/16 | 13-15/16 | |
| 1-3/4 x 16 | FWH1716 | DGHF1.81/16 | 1-13/16 | 15-15/16 | |
| 2 - 2-1/8 x 9-1/2 | FWH2095 | DGHF2.1/9.5 | 2-1/8 | 9-7/16 | |
| 2 - 2-1/8 x 11-7/8 | FWH20118 | DGHF2.1/11.88 | 2-1/8 | 11-13/16 | |
| 2 - 2-1/8 x 14 | FWH2014 | DGHF2.1/14 | 2-1/8 | 13-15/16 | |
| 2 - 2-1/8 x 16 | FWH2016 | DGHF2.1/16 | 2-1/8 | 15-15/16 | |
| 2-5/16 x 9-1/2 | FWH2395 | DGHF2.37/9.5 | 2-3/8 | 9-7/16 | |
| 2-5/16 x 11-7/8 | FWH23118 | DGHF2.37/11.88 | 2-3/8 | 11-13/16 | |
| 2-5/16 x 14 | FWH2314 | DGHF2.37/14 | 2-3/8 | 13-15/16 | IBC, |
| 2-5/16 x 16 | FWH2316 | DGHF2.37/16 | 2-3/8 | 15-15/16 | FL, |
| 2-5/16 x 18 | FWH2318 | DGHF2.37/18 | 2-3/8 | 17-15/16 | LA |
| 2-5/16 x 20 | FWH2320 | DGHF2.37/20 | 2-3/8 | 19-15/16 | |
| 2-1/2 x 9-1/2 | FWH2595 | DGHF2.56/9.5 | 2-9/16 | 9-7/16 | |
| 2-1/2 x 11-7/8 | FWH25118 | DGHF2.56/11.88 | 2-9/16 | 11-13/16 | |
| 2-1/2 x 14 | FWH2514 | DGHF2.56/14 | 2-9/16 | 13-15/16 | |
| 2-1/2 x 16 | FWH2516 | DGHF2.56/16 | 2-9/16 | 15-15/16 | |
| 2-1/2 x 18 | FWH2518 | DGHF2.56/18 | 2-9/16 | 17-15/16 | |
| 2-1/2 x 20 | FWH2520 | DGHF2.56/20 | 2-9/16 | 19-15/16 | |
| 3-1/2 x 9-1/2 | FWH3595 | DGHF3.62/9.5 | 3-9/16 | 9-7/16 | |
| 3-1/2 x 11-7/8 | FWH35118 | DGHF3.62/11.88 | 3-9/16 | 11-13/16 | |
| 3-1/2 x 14 | FWH3514 | DGHF3.62/14 | 3-9/16 | 13-15/16 | |
| 3-1/2 x 16 | FWH3516 | DGHF3.62/16 | 3-9/16 | 15-15/16 | |
| 3-1/2 x 18 | FWH3518 | DGHF3.62/18 | 3-9/16 | 17-15/16 | |
| 3-1/2 x 20 | FWH3520 | DGHF3.62/20 | 3-9/16 | 19-15/16 | |
| 3-1/2 x 22 | FWH3522 | DGHF3.62/22 | 3-9/16 | 21-15/16 | |
| 3-1/2 x 24 | FWH3524 | DGHF3.62/24 | 3-9/16 | 23-15/16 | |

**FWH-T Template Installation Sequence**



1) Align the FWH-Template slot with the mark in the gypsum wallboard and engage the prongs into edge of gypsum wallboard



2) Rotate the template and press down on the end to engage the corner prongs



3) Run the gypsum wallboard cutter down the template to cut the slot

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:green">**Fire Wall Hangers**</span>

**FWH** Fire Wall Hangers


**Typical FWH
solid sawn header installation**


**Typical FWH
stud wall installation**


**Typical FWH stud wall with
(2) layers of 5/8" gypsum
wallboard installation**

## Fastener / Allowable Load Table

| Installation Type | Fastener Schedule[5] | | | | | DF Allowable Loads (Lbs.) | | | | | |
| | Header | | | Joist | | Solid Sawn Header | | 2-Ply, 2x Wall Top Plate | | 2-Ply 2x Wall Top Plate with Stud Below | |
| | Top Qty | Face Qty | Type | Qty | Type | Download (100/115/125%) | Uplift[1] 160% | Download (100/115/125%) | Uplift[1] 160% | Download[2] (100/115/125%) | Uplift[1] 160% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Without 5/8" gypsum wallboard or structural sheathing | 6 | -- | 10d | 6 | 10d x 1-1/2 | 2240 | 180 | 2045 | 180 | -- | -- |
| | 6 | 2 | 10d | 6 | 10d x 1-1/2 | 2625 | 380 | 2045 | 380 | -- | -- |
| | | 4 | | | | | | | | 2980 [3] | 380 |
| After (1) layer of 5/8" gypsum wallboard is installed | 6 | -- | 10d | 6 | 10d x 1-1/2 | 2400 | 180 | 2400 | 180 | -- | -- |
| | 6 | 2 | 10d | 6 | 10d x 1-1/2 | 2625 | 380 | 2400 | 380 | -- | -- |
| | | 4 | | | | | | | | 2980 [3] | 380 |
| After (2) layers of 5/8" gypsum wallboard are installed | 6 | -- | 10d | 6 | 10d x 1-1/2 | 2400 | 180 | 2400 | 180 | -- | -- |
| | 6 | 2 | 10d | 6 | 10d x 1-1/2 | 2625 | 380 | 2400 | 380 | -- | -- |
| | | 4 | | | | | | | | 2980 [3] | 380 |
| Two-sided after (2) layers of 5/8" gypsum wallboard are installed (min. 2x6 wall) | 6 | -- | 10d | 6 | 10d x 1-1/2 | 2400 | 180 | 2400 | 180 | -- | -- |
| | 6 | 2 | 10d | 6 | 10d x 1-1/2 | 2625 | 380 | 2400 | 380 | -- | -- |
| | | 4 | | | | | | | | 2980 [3] | 380 |
| After (1) layer of structural sheathing & (1) layer of 5/8" gypsum wallboard is installed | 6 | -- | 10d | 6 | 10d x 1-1/2 | 2400 | 180 | 2400 | 180 | -- | -- |
| | 6 | 2 | 10d | 6 | 10d x 1-1/2 | 2625 | 380 | 2400 | 380 | -- | -- |
| | | 4 | | | | | | | | 2980 [3] | 380 |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable downloads require at least one 2x stud at each hanger location and 4 face nails into 2-ply top plate.
3) FWH 1-9/16" wide hangers have an allowable download of 2,665 lb. at 100%, 2,765 lb. at 115% and 2,830 lb. at 125%.
4) Web stiffeners are required on I-Joist applications. Install per I-Joist manufacturer specifications.
5) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in **blue font.**

### Specialty Options Chart – Refer to Specialty Options
pages 320 and 322 for additional details.

| Option | Skewed[1] | Top Flange Offset |
|---|---|---|
| Range | 1° to 70° | -- |
| Allowable Loads | 80% of table load on skews up to 45°. 70% of table load on skews 46° to 70°. | 70% of table download. 180 lbs. Max uplift. |
| Ordering | Add *SK,* angle required, right *(R)* or left *(L),* and square cut *(SQ)* to product number. Ex. FWH3514_SK45R_SQ | Add *OS,* and right *(R)*or left *(L),* to product number. Ex. FWH3595_OSR |

1) Skewed hangers with skews greater than 15° may have all
joist nailing on outside flange.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

195

# FWHBP Fire Wall Hangers for Beams and Purlins

**Fire Wall Hangers**

MiTek has expanded the FWH Fire Wall Hanger series to include the higher load carrying capacity FWHBP, the Fire Wall Hanger for Beams and Purlins. The FWHBP transfers the load into the supporting wall thru bearing on the top plates and directly attaching to the stud pack or post below. As with the FWH hanger, the advanced design allows you to install the hangers before the drywall is attached, allowing your project to be completely framed-up and weather-tight before the drywall sheathing shows up on site.

**Materials:** 12 gauge
**Finish:** Primer
**Options:** See Specialty Options chart on page 197
**Patents:** U.S. Patent No. 10,179,992

**Installation:**
- Install the face of hanger flanges tight to stud wall framing.
- The end of the truss/joist should measure 1-5/8" from the face of the supporting wall.
- The truss/joist should bear fully on the FWH seat with a gap no greater than 1/8" between the end of the supported member and the hanger.
- **Gypsum Wallboard Installation** – Use the FWH-T template to slot cut the gypsum wallboard. See FWH-T Template Sequence. Slide the gypsum wallboard into position and fasten to the framing members meeting the minimum requirements specified by code.


**2 Hour Fire-Rating**

FWH hangers are tested per ASTM E814 standards. When installed on one side of a maximum 2 hour fire-rated wall assembly, the penetration of the MiTek FWH Fire Wall Hanger through the gypsum wallboard will not reduce the fire resistive rating of the 2 hour fire resistive assembly.



**Typical FWHBP attachment to top plate/beam and stud pack/post**



**FWH-T template**
(must be ordered separately)



**FWHBP Hanger**



**FWHBP Stud Pack Width**

---

## FWH-T Template Installation Sequence


1) Align the FWH-Template slot with the mark in the gypsum wallboard and engage the prongs into edge of gypsum wallboard


2) Rotate the template and press down on the end to engage the corner prongs


3) Run the gypsum wallboard cutter down the template to cut the slot

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Fire Wall Hangers**

**FWHBP** Fire Wall Hangers for Beams and Purlins          **Fire Wall Hangers**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[4] | | | | | DF/SP Allowable Loads (Lbs.) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W1 | W2[3] | H | A | Header Top Qty | Header Face Qty | Header Stud Qty | Joist Qty | Type | Download 2-Ply 2x Wall Top Plate[1] | | | Uplift 160%[2] | Code Ref. |
| | | | | | | | | | | | | | 100% | 115% | 125% | | |
| 3-1/2 x 11-7/8 | FWHBP35118 | | | | | 11-7/8 | | | | | | | | | | | |
| 3-1/2 x 14 | FWHBP3514 | | | | | 13-15/16 | | | | | | | | | | | |
| 3-1/2 x 16 | FWHBP3516 | | | | | 15-15/16 | | | | | | | | | | | |
| 3-1/2 x 18 | FWHBP3518 | -- | 12 | 3-9/16 | Specify | 17-15/16 | 7-1/8 | 6 | 4 | 16 | 18 | 10d | 7055 | 7355 | 7550 | 3025 | |
| 3-1/2 x 20 | FWHBP3520 | | | | | 19-15/16 | | | | | | | | | | | |
| 3-1/2 x 22 | FWHBP3522 | | | | | 21-15/16 | | | | | | | | | | | |
| 3-1/2 x 24 | FWHBP3524 | | | | | 23-15/16 | | | | | | | | | | | |
| 5-1/4 x 11-7/8 | FWHBP52118 | | | | | 11-7/8 | | | | | | | | | | | |
| 5-1/4 x 14 | FWHBP5214 | | | | | 13-15/16 | | | | | | | | | | | |
| 5-1/4 x 16 | FWHBP5216 | | | | | 15-15/16 | | | | | | | | | | | |
| 5-1/4 x 18 | FWHBP5218 | -- | 12 | 5-3/8 | Specify | 17-15/16 | 7-15/16 | 6 | 4 | 16 | 18 | 10d | 8015 | 8015 | 8015 | 3025 | -- |
| 5-1/4 x 20 | FWHBP5220 | | | | | 19-15/16 | | | | | | | | | | | |
| 5-1/4 x 22 | FWHBP5222 | | | | | 21-15/16 | | | | | | | | | | | |
| 5-1/4 x 24 | FWHBP5224 | | | | | 23-15/16 | | | | | | | | | | | |
| 7 x 11-7/8 | FWHBP71118 | | | | | 11-7/8 | | | | | | | | | | | |
| 7 x 14 | FWHBP7114 | | | | | 13-15/16 | | | | | | | | | | | |
| 7 x 16 | FWHBP7116 | | | | | 15-15/16 | | | | | | | | | | | |
| 7 x 18 | FWHBP7118 | -- | 12 | 7-1/8 | Specify | 17-15/16 | 9-11/16 | 6 | 4 | 16 | 18 | 10d | 5695 | 5695 | 5695 | 3025 | |
| 7 x 20 | FWHBP7120 | | | | | 19-15/16 | | | | | | | | | | | |
| 7 x 22 | FWHBP7122 | | | | | 21-15/16 | | | | | | | | | | | |
| 7 x 24 | FWHBP7124 | | | | | 23-15/16 | | | | | | | | | | | |

1) Download allowable load is for a 2-Ply Top Plate with stud pack (or post) below without wall and floor sheathing attached.
2) Uplift loads have been increased 60% for wind or seismic loads.  No further increase shall be permitted.
3) "Specify" denotes required stud pack/post width must be specified when ordering. Minimum 3" for a 2-ply 2x stud pack.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long.

**Specialty Options Chart –** Refer to Specialty Options pages 320 and 322 for additional details.

| Option | Skewed[1] |
|---|---|
| Range | 1˚ to 70˚ |
| Allowable Loads | 70% of table load |
| Ordering | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* to product number. Ex. FWHBP3514_SK45L_SQ |

1) Skewed hangers with skews greater  than 15° may have all joist nailing on outside flange.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Fire Wall Hangers**

# FWHH Heavy-Duty Fire Wall Hangers

The MiTek FWHH Heavy-Duty Fire Wall Hanger is designed to support beams and purlins at header locations. The higher capacity of the FWHH is achieved through top flange bearing along with added face and beam/purlin nailing. As with the FWH hanger, the advanced design allows you to install the hangers **before** the drywall is attached, allowing your project to be completely framed-up and weather-tight before the drywall sheathing shows up on site.

**Materials:** 12 gauge
**Finish:** Primer
**Options:** See Specialty Options chart on page 199

**Installation:**

• Install the FWHH hanger flanges tight to the face of the header.

• A minimum 2-ply 2x10 header is required for proper installation.

• The beam/purlin should bear fully on the FWHH seat with a gap no greater than 1/8" between the end of the supported member and the hanger.

• Gypsum Wallboard Installation - Use the FWH-T template to slot cut the gypsum wallboard. See FWH-T Template Sequence. Slide the gypsum wallboard into position and fasten to the framing members meeting the minimum requirements specified by code.

**2 Hour Fire-Rating**

FWH hangers are tested per ASTM E814 standards. When installed on one side of a maximum 2 hour fire-rated wall assembly, the penetration of the MiTek FWH Fire Wall Hanger through the gypsum wallboard will not reduce the fire resistive rating of the 2 hour fire resistive assembly.



**FWHH**



**FWH-T template**
(must be ordered separately)



**Typical FWHH installation**

## FWH-T Template Installation Sequence



1) Align the FWH-Template slot with the mark in the gypsum wallboard and engage the prongs into edge of gypsum wallboard

Edge prong



2) Rotate the template and press down on the end to engage the corner prongs

Corner prong



3) Run the gypsum wallboard cutter down the template to cut the slot

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Fire Wall Hangers**

| Joist Size (in) | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[3] | | | | | DF/SP Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Header | | | Joist | | Download[1] | | | Uplift | |
| | | | | W | H | D | A | Top Qty | Face Qty | Type | Qty | Type | 100% | 115% | 125% | 160%[2] | |
| 3-1/2 x 9-1/2 | FWHH3595 | -- | 12 | 3-9/16 | 9-7/16 | 2 | 3-1/4 | 6 | 20 | 10d | 20 | 10d x 1-1/2 | 7355 | 7685 | 7715 | 3445 | -- |
| 3-1/2 x 11-7/8 | FWHH35118 | | | | 11-13/16 | | | | | | | | | | | | |
| 3-1/2 x 14 | FWHH3514 | | | | 13-15/16 | | | | | | | | | | | | |
| 3-1/2 x 16 | FWHH3516 | | | | 15-15/16 | | | | | | | | | | | | |
| 3-1/2 x 18 | FWHH3518 | | | | 17-15/16 | | | | | | | | | | | | |
| 3-1/2 x 20 | FWHH3520 | | | | 19-15/16 | | | | | | | | | | | | |
| 3-1/2 x 22 | FWHH3522 | | | | 21-15/16 | | | | | | | | | | | | |
| 3-1/2 x 24 | FWHH3524 | | | | 23-15/16 | | | | | | | | | | | | |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.

2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

Continued on next page

MiTek® Product Catalog

## FWHH Heavy-Duty Fire Wall Hangers

| Joist Size (in) | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[3] | | | | | DF/SP Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Header | | | Joist | | Download[1] | | | Uplift 160%[2] | |
| | | | | W | H | D | A | Top Qty | Face Qty | Type | Qty | Type | 100% | 115% | 125% | | |
| 5-1/4 x 9-1/4 | FWHH52925 | | | | 9-1/8 | | | | | | | | | | | | |
| 5-1/4 x 9-1/2 | FWHH5295 | | | | 9-7/16 | | | | | | | | | | | | |
| 5-1/4 x 11-7/8 | FWHH52118 | | | | 11-13/16 | | | | | | | | | | | | |
| 5-1/4 x 14 | FWHH5214 | | | | 13-15/16 | | | | | | | | | | | | |
| 5-1/4 x 16 | FWHH5216 | -- | 12 | 5-3/8 | 15-15/16 | 2 | 4-3/16 | 6 | 20 | 10d | 20 | 10d x 1-/2 | 7715 | 7715 | 7715 | 3445 | |
| 5-1/4 x 18 | FWHH5218 | | | | 17-15/16 | | | | | | | | | | | | |
| 5-1/4 x 20 | FWHH5220 | | | | 19-15/16 | | | | | | | | | | | | |
| 5-1/4 x 22 | FWHH5222 | | | | 21-15/16 | | | | | | | | | | | | |
| 5-1/4 x 24 | FWHH5224 | | | | 23-15/16 | | | | | | | | | | | | |
| 5-1/2 x 9-1/4 | FWHH55925 | | | | 9-1/8 | | | | | | | | | | | | |
| 5-1/2 x 9-1/2 | FWHH5595 | | | | 9-7/16 | | | | | | | | | | | | |
| 5-1/2 x 11-7/8 | FWHH55118 | | | | 11-13/16 | | | | | | | | | | | | |
| 5-1/2 x 14 | FWHH5514 | | | | 13-15/16 | | | | | | | | | | | | |
| 5-1/2 x 16 | FWHH5516 | -- | 12 | 5-5/8 | 15-15/16 | 2 | 4-3/16 | 6 | 20 | 10d | 20 | 10d x 1-1/2 | 7715 | 7715 | 7715 | 3445 | -- |
| 5-1/2 x 18 | FWHH5518 | | | | 17-15/16 | | | | | | | | | | | | |
| 5-1/2 x 20 | FWHH5520 | | | | 19-15/16 | | | | | | | | | | | | |
| 5-1/2 x 22 | FWHH5522 | | | | 21-15/16 | | | | | | | | | | | | |
| 5-1/2 x 24 | FWHH5524 | | | | 23-15/16 | | | | | | | | | | | | |
| 7 x 11-7/8 | FWHH71118 | | | | 11-13/16 | | | | | | | | | | | | |
| 7 x 14 | FWHH7114 | | | | 13-15/16 | | | | | | | | | | | | |
| 7 x 16 | FWHH7116 | | | | 15-15/16 | | | | | | | | | | | | |
| 7 x 18 | FWHH7118 | -- | 12 | 7-1/8 | 17-15/16 | 2 | 5-1/16 | 6 | 20 | 10d | 20 | 10d x 1-1/2 | 6005 | 6005 | 6005 | 3445 | |
| 7 x 20 | FWHH7120 | | | | 19-15/16 | | | | | | | | | | | | |
| 7 x 22 | FWHH7122 | | | | 21-15/16 | | | | | | | | | | | | |
| 7 x 24 | FWHH7124 | | | | 23-15/16 | | | | | | | | | | | | |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.

2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

**Specialty Options Chart –** Refer to Specialty Options pages 320 and 322 for additional details.

| Option | Skewed[1] |
|---|---|
| Range | 1˚ to 70˚ |
| Allowable Loads | 70% of table load |
| Ordering | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* to product number. Ex. FWHH3516_SK60R_SQ |

1) Skewed hangers with skews greater  than 15° may have all joist nailing on outside flange.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**FWHFM** Fire Wall Hangers for Face Mount Applications                    <span style="color:green">Fire Wall Hangers</span>

The FWHFM hanger fastens to the wide face of a balloon framed SCL column thereby eliminating the additive perpendicular-to-grain bearing stresses in the wall top and bottom plates seen with platform framing. The advanced design allows you to install the hangers **before** the gypsum wallboard (drywall) is attached, allowing your project to be completely framed-up and weather-tight before the gypsum wallboard sheathing shows up on site.

**Features and Benefits:**
• Face mount hanger design installs with nails
• Attaches to the wide face of columns
• Hanger web accommodates 2-plies of 5/8" gypsum wallboard
• Achieve full table loads with or without drywall installation

**Materials:** 12 gauge
**Finish:** Primer
**Options:** See Specialty Options chart on page 201
**Patents:** Pending

**Installation:**
• Install the face of hanger flanges tight to SCL column/framing.
• The end of the truss/joist should measure 1-5/8" from the face of the supporting column.
• The truss/joist should bear fully on the FWH seat with a gap no greater than 1/8" between the end of the supported member and the hanger.
• **Gypsum Wallboard Installation** – Use the FWH-T template to slot cut the gypsum wallboard. See FWH-T Template Sequence. Slide the gypsum wallboard into position and fasten to the framing members meeting the minimum requirements specified by code.

<div style="background:navy;color:white">2 Hour Fire-Rating</div>

FWH hangers are tested per ASTM E814 standards. When installed on one side of a maximum 2 hour fire-rated wall assembly, the penetration of the MiTek FWH Fire Wall Hanger through the gypsum wallboard will not reduce the fire resistive rating of the 2 hour fire resistive assembly.



Balloon framed SCL column

2-layers 5/8" gypsum wallboard

2x stud wall framing

FWHFM hanger

Supported beam

**Typical FWHFM installation**



**FWH-T template**
(must be ordered separately)



W2
A
4-1/2"
H2
13-1/16"
W1
H1
2"

**FWHFM**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

---

**FWH-T Template Installation Sequence**



1) Align the FWH-Template slot with the mark in the gypsum wallboard and engage the prongs into edge of gypsum wallboard

Edge prong

2) Rotate the template and press down on the end to engage the corner prongs

Corner prong



3) Run the gypsum wallboard cutter down the template to cut the slot

Continued on next page

# FWHFM Fire Wall Hangers for Face Mount Applications

**Fire Wall Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Steel Gauge | W1 | W2 | H1 | H2 | D | A | Face Qty | Type | Qty | Type | 100% | 115% | 125% | Uplift 160%[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Dimensions (in) | | | | | | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.) | | | |
| | | | | | | | | | | Header | | Joist | | Download[1] | | | Uplift |
| 3-1/2 x 9-1/4 | FWHFM35925 | | | | | 9-1/16 | 13-9/16 | | | | | | | | | | |
| 3-1/2 x 9-1/2 | FWHFM3595 | | | | | 9-5/16 | 13-13/16 | | | | | | | | | | |
| 3-1/2 x 11-7/8 | FWHFM35118 | | | | | 11-11/16 | 16-3/16 | | | | | | | | | | |
| 3-1/2 x 14 | FWHFM3514 | | | | | 13-13/16 | 18-5/16 | | | | | | | | | | |
| 3-1/2 x 16 | FWHFM3516 | -- | 12 | 3-9/16 | 4-11/16 | 15-13/16 | 20-5/16 | 2 | 2-1/16 | 40 | 10d | 18 | 10d x 1-1/2 | 5960 | 6625 | 7050 | 2990 |
| 3-1/2 x 18 | FWHFM3518 | | | | | 17-13/16 | 22-5/16 | | | | | | | | | | |
| 3-1/2 x 20 | FWHFM3520 | | | | | 19-13/16 | 24-5/16 | | | | | | | | | | |
| 3-1/2 x 22 | FWHFM3522 | | | | | 21-13/16 | 26-5/16 | | | | | | | | | | |
| 3-1/2 x 24 | FWHFM3524 | | | | | 23-13/16 | 28-5/16 | | | | | | | | | | |
| 4 - 4-3/16 x 9-1/4 | FWHFM42925 | | | | | 9-1/16 | 13-9/16 | | | | | | | | | | |
| 4 - 4-3/16 x 9-1/2 | FWHFM4295 | | | | | 9-5/16 | 13-13/16 | | | | | | | | | | |
| 4 - 4-3/16 x 11-7/8 | FWHFM42118 | | | | | 11-7/16 | 15-15/16 | | | | | | | | | | |
| 4 - 4-3/16 x 14 | FWHFM4214 | | | | | 13-5/8 | 18-1/8 | | | | | | | | | | |
| 4 - 4-3/16 x 16 | FWHFM4216 | -- | 12 | 4-3/16 | 5-5/16 | 15-5/8 | 20-1/8 | 2 | 2-3/8 | 40 | 10d | 18 | 10d x 1-1/2 | 5960 | 6625 | 7050 | 2990 |
| 4 - 4-3/16 x 18 | FWHFM4218 | | | | | 17-5/8 | 22-1/8 | | | | | | | | | | |
| 4 - 4-3/16 x 20 | FWHFM4220 | | | | | 19-5/8 | 24-1/8 | | | | | | | | | | |
| 4 - 4-3/16 x 22 | FWHFM4222 | | | | | 21-5/8 | 26-1/8 | | | | | | | | | | |
| 4 - 4-3/16 x 24 | FWHFM4224 | | | | | 23-5/8 | 28-1/8 | | | | | | | | | | |
| 5-1/4 x 9-1/4 | FWHFM52925 | | | | | 9-1/16 | 13-9/16 | | | | | | | | | | |
| 5-1/4 x 9-1/2 | FWHFM5295 | | | | | 9-5/16 | 13-13/16 | | | | | | | | | | |
| 5-1/4 x 11-7/8 | FWHFM52118 | | | | | 11-5/8 | 16-1/8 | | | | | | | | | | |
| 5-1/4 x 14 | FWHFM5214 | | | | | 13-13/16 | 18-5/16 | | | | | | | | | | |
| 5-1/4 x 16 | FWHFM5216 | -- | 12 | 5-3/8 | 6-1/2 | 15-13/16 | 20-5/16 | 2 | 3 | 40 | 10d | 18 | 10d x 1-1/2 | 5960 | 6625 | 7050 | 2990 |
| 5-1/4 x 18 | FWHFM5218 | | | | | 17-13/16 | 22-5/16 | | | | | | | | | | |
| 5-1/4 x 20 | FWHFM5220 | | | | | 19-23/28 | 24-5/16 | | | | | | | | | | |
| 5-1/4 x 22 | FWHFM5222 | | | | | 21-13/16 | 26-5/16 | | | | | | | | | | |
| 5-1/4 x 24 | FWHFM5224 | | | | | 23-13/16 | 28-5/16 | | | | | | | | | | |
| 7 x 11-7/8 | FWHFM71118 | | | | | 11-11/16 | 16-3/16 | | | | | | | | | | |
| 7 x 14 | FWHFM7114 | | | | | 13-13/16 | 18-5/16 | | | | | | | | | | |
| 7 x 16 | FWHFM7116 | | | | | 15-13/16 | 20-5/16 | | | | | | | | | | |
| 7 x 18 | FWHFM7118 | -- | 12 | 7-1/8 | 8-1/4 | 17-13/16 | 22-5/16 | 2 | 3-7/8 | 40 | 10d | 18 | 10d x 1-1/2 | 5960 | 6085 | 6085 | 2990 |
| 7 x 20 | FWHFM7120 | | | | | 19-13/16 | 24-5/16 | | | | | | | | | | |
| 7 x 22 | FWHFM7122 | | | | | 21-13/16 | 26-5/16 | | | | | | | | | | |
| 7 x 24 | FWHFM7124 | | | | | 23-13/16 | 28-5/16 | | | | | | | | | | |

1) Download allowable load is for attachment to the wide face of a supporting column.
2) Uplift loads have been increased 60% for wind or seismic loads. No further increase shall be permitted.
3) Distance from the supported member to the edge of the header support flange is 9/16".
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

**Specialty Options Chart –** Refer to Specialty Options pages 320-321 for additional details.

| Option | Skewed[1] |
|---|---|
| Range | 1° to 70° |
| Allowable Loads | 70% of table load |
| Ordering | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* to product number. Ex. FWHFM5214_SK60L_SQ |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Fire Wall Hangers**

## Wood I-Joist Installation to Wood

<span style="color:green">**EWP Hangers**</span>

**Sloped I-Joists**
Use sloped seat hangers and beveled web stiffeners whenever the slope exceeds the following: 1/2:12 for seat bearing lengths of 2-1/2" or less; 3/8:12 for bearing lengths between 2-1/2" and 3-1/2"; and 1/4:12 for bearing lengths in excess of 3-1/2".

**Multiple I-Joist Plies**
Fasten together multiple plies of wood I-Joists, in accordance with the manufacturer's installation guidelines, such that the joists act as a single unit.

**I-Joist Rotation**
It may be necessary to install straps, blocking, or sheathing to restrain torsional rotation of a supporting wood I-Joist when using top mount I-Joist hangers.

**Fasteners**
Install only the specified nails. The flanges of wood I-Joists may split if larger diameter nails or longer nails are installed. Do not install nails larger than 16d common wire nails (0.162" diameter) into the web stiffeners in the wood I-Joist.

**Backer Blocks**
Pattern the nails used to install backer blocks or web stiffeners in wood I-Joists to avoid splitting the block. The nail pattern should be sufficiently spaced to avoid the same grain line, particularly with solid sawn backer blocks. Backer blocks must be installed on wood I-Joist acting as the header, or supporting member. Install in accordance with the I-Joist manufacturer's installation guidelines. The nails used to install hangers mounted to an I-Joist header must penetrate through the web and into the backer block on the opposite side.

## Top Flange Hangers

The thickness of the hanger metal and nail heads on top mount hangers must be evaluated for the effect on subsequent sheathing. Ensure that the top mount hanger is installed so the flanges of the hanger are not over-spread which tends to elevate the supported I-Joist causing uneven floor surfaces and squeaking. Similarly, ensure that the hanger is installed plumb such that the face flanges of the hanger are mounted firmly against the wide-face surface of the header.



**Flush framing**



⚠ **Hanger over-spread**



⚠ **Hanger not plumb**

## Correct Slant Nail Installation



Always secure wood I-Joist using 10d x 1-1/2" nail driven at a 30° to 45° angle and firmly seated



**Common Nailing Errors**

⚠ **Wrong Angle**
When a nail is driven into the bottom flange of the wood I-Joist parallel to the glue lines, separation of veneers can occur which substantially reduces the design loads of the connection.



⚠ **Nail Too Long**
When using nails longer than MiTek's recommended nails, bottom flange splitting may occur. Also, this can raise the wood I-Joist off the seat, resulting in uneven surfaces and squeaky floors along with reduced allowable loads.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:green">**EWP Hangers**</span>

<span style="color:#0099cc">**MiTek®** Product Catalog</span>

## Support Height & Lateral Stability

<span style="float:right">**EWP Hangers**</span>

Hangers for joists **without web stiffeners** must support the I-Joist's top flange and provide lateral resistance with no less than 1/8" contact.

MiTek recommends that hangers for joist **with web stiffeners** should be 60% of the joist height for stability during construction. If this cannot be accomplished, potential joist rotation must be resolved by other means.



1/8" maximum gap



Resist lateral movement

1/8" minimum



Web stiffener



For hangers less than 60% joist depth, install framing angles, one on each side, for lateral stability. Refer to pages 108-111 for angle selections.

Joist depth

60% min. of joist depth

(Top flange support requirements can be verified in this section charts under Web stiffener Reqd. column.)

## Nailer Installations

**Correct Hanger Attachment to Nailer**
A nailer or sill plate is considered to be any wood member attached to a steel beam, concrete block wall, concrete stem wall, or other structure unsuitable for nailing, which is used as a nailing surface for top mount hangers to hold beams or joists.

**Nailer Sized Correctly**
Top flange of hanger is fully supported and recommended nails have full penetration into nailer, resulting in a carried member hanging safely at the proper height.

The nailer must be sized to fit the support width as shown and be of sufficient thickness to satisfy recommended top flange nailing requirements. A design professional must specify nailer attachment to steel beams.



1/4" max

Avoid direct contact between hangers and steel beams which may cause squeaks

**Correct Attachment**

## Wrong Nailer Size Causes Component Failure





⚠ **Too Narrow**

Top flange not fully supported can cause nail breakout. Or, by fully supporting top flange, hanger is tilted back, causing lifting of carried member which results in uneven surfaces and squeaky floors.





>1/4"

⚠ **Too Wide**

Loading can cause cross grain breaking of nailer. The recommended nailer overhang is 1/4" maximum per side.





⚠ **Too Thin**

Top flange nailing cannot fully penetrate nailer, causing reduced allowable loads. Never use hangers which require multiple face nails since the allowable loads are dependent on all nail holes being used.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="float:right">**EWP Hangers**</span>

**EWP** Hanger Selection Guide                                **EWP Hangers**

| Hanger Type | MiTek USP Series | Steel Gauge | Supporting Member | | | | | | | | | Supported Member | | | | | | Allowable Loads (Lbs.) Range — Header Material | | MiTek USP Series Product Catalog Page Reference |
| | | | Beam/Joist/Rafter (rect shapes) | I-Joist | Truss (2x) | Floor Truss 4x | Nailer | Glulam | Wall | Post | Rim Joist | Beam/Joist/Rafter (rect shapes) | I-Joist | Truss (2x) | Floor Truss 4x | Glulam | Stringer | LVL 100% | DF/SP 100% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Face Mount** THF | THF | 16 or 12 | • | • | | | | • | | | | • | • | • | • | | | 1,890 - 3,190 | 1,890 - 3,190 | 207, 213 |
| | THFI | 18 | • | • | | | | • | | | | • | • | • | • | | | 960 - 1,680 | 960 - 1,680 | 205, 212 |
| | IHFL | 18 | • | • | • | | | • | | | • | | • | | | | | • | 960 - 1,920 | 960 - 1,920 | 206, 211-213 |
| | IHF | 16 | • | • | • | | | • | | | | | • | | | | | • | 1,000 - 4,410 | 1,000 - 4,410 | 206, 211-213 |
| | HUS | 16 | • | | • | | | • | | | • | • | | • | | | | • | 2,760 - 5,580 | 2,760 - 5,580 | 209, 214 |
| | HD | 14 | • | | • | | | • | | | • | • | • | • | | | • | • | 1,850 - 4,620 | 1,850 - 4,620 | 208, 213-216 |
| | HDQIF | 14 | • | | • | | | • | | • | • | • | • | • | | | • | • | 3,340 - 5,605 | 3,340 - 5,605 | 209, 214-216 |
| | THD | 14 or 12 | • | | • | | | • | | | | • | • | • | | | • | • | 5,850 - 8,285 | 5,850 - 8,285 | 210, 215-216 |
| | THDH | 12 | • | | • | | | • | | | | • | • | • | | | • | • | 9,020 - 11,325 | 9,020 - 11,325 | 210, 214-216 |
| **Top Mount** | TFL | 18 | • | • | | • | • | • | | | | • | • | • | | • | | 1,585 | 1,585 | 217, 221-222 |
| | THO | 18, 16 or 12 | • | • | | • | • | • | | | | • | • | • | | • | | 1,235 - 5,660 | 1,235 - 5,000 | 217, 221-226 |
| | TFI | 16 | • | • | | • | • | • | | | | • | • | • | | • | | 2,715 - 2,820 | 2,715 - 2,820 | 217, 222, 224-225 |
| | BPH | 12 | • | | | • | • | • | • | | • | • | • | • | | • | • | 2,830 - 3,100 | 2,825 - 3,100 | 218, 221, 223-229 |
| | HBPH | 10 | • | | | • | • | • | | | • | • | • | • | | • | | 6,185 - 6,310 | 6,185 - 6,310 | 218, 223-229 |
| | PHM | 7 - Top Flange; 10 - Stirrup | • | | | • | • | • | | | | • | • | • | | • | • | 3,265 - 3,390 | 3,060 - 3,390 | 220-229 |
| | PHXU | 7 | • | | | • | • | • | | | | • | • | • | | • | • | 4,350 - 5,910 | 4,350 - 5,910 | 220-221, 223-225, 227-229 |
| | HLBH | 7 | • | | | | | • | | | | | • | • | • | • | | 10,045 | 10,045 | 219, 223-225, 227-229 |
| **Glulam** | GHF | 12 or 7 | • | | | | | • | | | | • | | | | | • | 2,740 - 13,000 | 2,740 - 13,000 | 233-234 |
| | GHU | 7 | • | | • | | | • | | | | • | | • | • | | • | 14,705 | 14,705 | 232 |
| | KLEG[1] | 7 | • | | | | | • | | | | • | | | | | • | 11,980 | 11,980 | 235 |
| | KMEG[1] | 7 | • | | | | | • | | | | • | | | | | • | 12,635 | 12,635 | 235 |
| | KEG[1] | 1/4" - Top Flange; 7 - Stirrup | • | | | | | • | | | | • | | | | | • | 17,615 - 21,145 | 17,615 - 21,145 | 235 |
| | KEGQ | 3 - Top Flange; 7 - U-Strap | • | | | | | • | | | | • | | | | | • | 17,265 | 17,265 | 234 |
| | KHHB | 7 | • | | | | | • | | | | • | | | | | • | 6,480 | 6,480 | 236 |
| | KGB | 7 | • | | | | | • | | | | • | | • | | | • | 6,480 | 6,480 | 236 |
| | KHGB | 7 | • | | | | | • | | | | • | | • | | | • | 6,480 | 6,480 | 236 |
| | KGLT | 3 - Top Flange; 7 - Stirrup | • | | | • | • | • | | | | • | | • | | | • | 10,555 | 10,555 | 237-238 |
| | KHGLT | 3 - Top Flange; 7 - Stirrup | • | | | | | • | | | | • | | | | | • | 12,495 | 12,495 | 237-238 |
| | KGLS | 3 - Top Flange; 7 - Stirrup | • | | | | | • | | | | • | | • | | | • | 11,070 - 21,220 | 11,070 - 21,220 | 238-239 |
| | KHGLS | 3 - Top Flange; 7 - Stirrup | • | | | | | • | | | | • | | | | | • | 21,750 - 23,195 | 21,750 - 23,195 | 238-239 |
| | KGLST | 3 - Top Flange; 7 - Stirrup | • | | | | | • | | | | • | | • | | | • | 13,695 - 26,890 | 13,695 - 26,890 | 238-239 |
| | KHGLST | 3 - Top Flange; 7 - Stirrup | • | | | | | • | | | | • | | | | | • | 20,315 - 28,975 | 20,315 - 28,975 | 238-239 |
| | LGU | 10 | • | | • | | | • | | | | • | | • | • | | • | 7,135 | 7,135 | 232 |
| | MGU | 10 | • | | | | | • | | | | • | | • | | | • | 9,515 | 9,515 | 232 |
| **Slope / Skew** | LSSH | 18 or 16 | • | • | • | | | • | | | | • | • | • | • | • | • | 620 - 2,645 | 620 - 2,645 | 231 |

1) KEG, KLEG, KMEG hangers assume allowable loads with top flange.
2) When an I-Joist is used as a header, designer must evaluate if a web stiffener or backer block is required.
• Represents common applications and product configurations. Consult MiTek for additional applications and/or optional product configurations.
New products or updated product information are designated in blue font.

MiTek® Product Catalog

**EWP Hangers**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**THFI** Face Mount I-Joist Hangers

The THFI is a face mount hanger designed to attach EWP I-joist members to wood headers. The unique design of the THFI combines the installation ease of a top mount hanger with the installation flexibility of a face mount hanger. Because the side flanges extend to the top chord of the I-joist, web stiffeners are not required. The THFI hangers also feature strategically placed Seat Cleats® which lock the bottom flange of the I-joist to the hanger eliminating the need for joist nails to be installed.

The innovative top flange alignment tabs with the holding cleats assist the placing and alignment of the hanger prior to nailing by hanging onto the header with holding cleats biting into the wood. If the alignment tabs are not desired or a deeper height member is to be carried, the tabs can be easily bent out of the way. Alignment tabs do not contribute to the allowable design values of the THFI hangers.

**Materials:** 18 Gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. 5,564,248 & U.S. Patent No. 9,206,594 B1

**Installation:**
• Use all specified fasteners.
• Alignment tabs are not structural and can be bent back or removed to assist hanger placement.
• Web stiffeners are not required for THFI hangers unless specified by the I-joist manufacturer. Web stiffeners are not required for lateral stability.
• For additional uplift capacity, install (2) 10d x 1-1/2" nails through diamond holes and into the joist member. (web stiffeners required)
• THFI2514 model has diamond holes in the header flange for Min/Max nailing option. For the Max nailing option, install nails in both the round and diamond shaped header holes.



Guide tabs for joist placement
Alignment tab
Holding Cleats (Patent 9,206,594 B1)
Speed prong

Alignment tab
1-3/8"
Diamond holes for maximum nailing
Round holes for minimum nailing
H
W
D

**THFI2514**

**Seat Cleats**
Stiffening tab
**Seat Cleats® lock I-joists into place for positive seating**



**Typical THFI installation**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# IHFL / IHF Face Mount I-Joist Hangers

IHFL (18GA) and IHF (16GA) series face mount hangers feature speed prongs for temporary placement and seat cleats to grab the bottom flange of the supported I-joist. Diamond holes in header and joist allow for optional Max nailing for customized fastening to match allowable load needed. Install nails in all fastener holes when the Max allowable load is needed while lighter load capacities can be achieved with a quick installation of round holes only, saving you time and money on the jobsite.

**Features:**
• Seat Cleats lock bottom chord of I-joist eliminating need for joist nails.
• Dimples with diamond nail holes for optional joist nailing when higher uplift loads are needed.
• Min/Max nailing provide flexible installation options.

**Materials:** IHFL – 18 gauge; IHF – 16 gauge
**Finish:** G90 galvanizing
**Options:** See Specialty Options chart
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. #5,564,248

**Installation:**
• Use all specified fasteners.
• Position I-joist into hangers and tap or push into place to fully seat joist and engage cleats.
• Web stiffeners are not required unless specified by the I-joist manufacturer.
• **Min Nailing** – Fill all round nail holes.
• **Max Nailing** – Fill all round and diamond holes.

**Uplift Capacity Options:**
• **IHFL** (18GA) – For additional uplift capacity, install (2) 10d (0.148") x 1-1/2" nails through diamond dimple holes into the bottom chord of I-joist member for a total uplift of 220 lbs.
• **IHF** (16GA)– Uplift capacity for hangers installed without joist nails is 65 lbs.



**Typical IHFL2514 min nailing installation**

IHFL2514



**Typical IHF1714 max nailing installation**

IHF1714



Raised Dimple nail holes allow 30° to 45° nailing into I-Joist bottom flange.

Seat Cleat® helps lock I-Joist into place for positive seating and nailing ease.

**Specialty Options Chart** – refer to Specialty Options pages 320-321 for additional details.

| Option | Skewed[1,3,4,5] | Sloped Seat[2,3,4] | Sloped / Skewed[1,2,3,4] | Inverted Flange[4] |
|---|---|---|---|---|
| Range | 1° to 67-1/2° when width is 1-3/4" or less. 1° to 50° on all others. | 1° to 45° | See Sloped Seat and Skewed | Not available in widths less than 2-1/4" |
| Allowable Loads | 100% of table load. 75% of uplift load on skews greater than 15°. | 100% of table load | 80% of table load. 75% of uplift load on skews greater than 15°. | 100% of table load. 65% of table load when nailing into the support members end grain. |
| Ordering | Add *SK,* angle required, right *(R)* or left *(L),* and square cut *(SQ)* or bevel cut *(BV)* to product number. Example: IHF23925_SK45R_BV | Add *SL,* slope required, and up *(U)* or down *(D),* to product number. Example: IHF23925_SL30D | See Sloped Seat and Skewed Example: IHF23925_SK45R_BV_SL30D | Add *IF,* to product number. Example: IHF23925_IF |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.
4) Modifications to IHFL or IHF hangers do not feature seat cleats or optional nailing.
5) Skewed hangers may require web stiffeners to be installed in order to facilitate joist nail installation.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**THF** Face Mount I-Joist Hangers                                    <span style="color:green">**EWP Hangers**</span>

Designed to provide lateral support for the top chords of I-Joists in depths up to 16".

**Materials:**  See EWP Face Mount Hangers charts, page 217
**Finish:**  G90 galvanizing
**Options:**  See Specialty Options chart
**Codes:**  IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Web stiffeners are required for I-Joist installations.



**Typical THF double I-Joist to LVL installation**



**Typical THF I-Joist to I-Joist installation**

**Specialty Options Chart** – refer to Specialty Options pages 320-321 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2,3] | Sloped / Skewed[1,2,3] | Inverted Flange |
|---|---|---|---|---|
| **Range** | 1˚ to 50˚ | 1˚ to 45˚ | See Sloped Seat and Skewed | Not available in widths less than 2-1/4" |
| **Allowable Loads** | 100% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load | 80% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load. 65% of table load when nailing into the support members end grain. |
| **Ordering** | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* or bevel cut *(BV)* to product number. Example: THF23118-2_SK45R_BV | Add *SL*, slope required, and up *(U)* or down *(D)*, to product number. Example: THF23118-2_SL30D | See Sloped Seat and Skewed Example: THF23118-2_SK45R_BV_SL30D | Add *IF*, to product number. Example: THF23118-2_IF |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.



**THF**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

<span style="color:green">**EWP Hangers**</span>

# **HD** Face Mount Hangers

Designed to support LVL, LSL, and PSL beams and headers in medium load conditions.

**Materials:** See EWP Face Mount Hangers charts, pages 218-220
**Finish:** G90 galvanizing
**Options:** See Specialty Options chart
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Min Nailing** – Fill all round nail holes.
• **Max Nailing** – Fill all round and diamond nail holes.



**Typical HD installation**



Standard round nail holes for min nailing

Additional diamond nail holes for max nailing

**HD**

**Specialty Options Chart** – refer to Specialty Options pages 320-321 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2,3] | Sloped / Skewed[1,2,3] | Inverted Flange |
|---|---|---|---|---|
| **Range** | 1˚ to 67-1/2˚ when width is 1-3/4" or less. 1˚ to 50˚ on all others. | 1˚ to 45˚ | See Sloped Seat and Skewed | 2-1/4" widths or greater (Widths < 2-1/4" may be available as a Custom, contact MiTek) |
| **Allowable Loads** | 100% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load | 80% of table load. 75% of uplift load on skews greater than 15˚. | 100% of table load. 65% of table load when nailing into the support members end grain. |
| **Ordering** | Add *SK,* angle required, right *(R)* or left *(L), and* square cut *(SQ) or* bevel cut *(BV)* to product number. Example: HD410_SK45R_SQ | Add *SL,* slope required, and up *(U)* or down *(D),* to product number. Example: HD410_SL30D | See Sloped Seat and Skewed Example: HD410_SK45R_SQ_SL30D | Add *IF,* to product number. Example: HD410_IF |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle
   and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.
4) HD option hangers may be manufactured as welded products to achieve listed loads. Welded products have a primer finish.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# HDQIF  Inverted Flange Face Mount Hangers

**EWP Hangers**

**I**nverted flange face mount hangers fasten to LVL, LSL and PSL beams and headers with WS Wood Screws.

**Materials:**  See EWP Face Mount Hangers charts, pages 218-220
**Finish:**  G90 galvanizing
**Codes:**  IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS15 (1/4" dia. x 1-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are supplied with HDQIF hangers.




**Typical HDQIF
inverted flange installation**



**HDQIF**

# HUS  Face Mount Hangers

Designed for medium load conditions. Extended 3" deep seat provides enhanced truss bearing.

**Materials:**  16 gauge
**Finish:**  G90 galvanizing
**Codes:**  IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Joist nails must be driven at a 30° to 45° angle through the joist into the header to achieve listed loads. **Slant/double shear nails must be used to achieve listed load values.**



**Typical HUS
installation**



Raised dimple allows 30° to 45° nailing

**HUS**



Drive joist nails into header at 30° to 45° to achieve listed loads.

**Typical HUS double
shear installation**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**EWP Hangers**

# THD / THDH  Face Mount Hangers

**THD** – Medium capacity hanger for LVL, LSL, and PSL beams

**THDH** – Heavy capacity hanger for LVL, LSL, and PSL beams

**Materials:**  See EWP Face Mount Hangers charts, pages 218-220
**Finish:**  G90 galvanizing
**Options:**  Rough/ Full sizes available for THD series. THD
hangers with widths greater than 3" can have one flange
inverted with no load reduction. Specify left (L) or (R) flange.
See Specialty Options chart.
**Codes:**  IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **THD** – Drive bend line nails into header at 45° to achieve
listed loads.
• **THDH** – Drive joist nails into header at 30° to 45° to achieve
listed loads.



**Typical THDH
installation**



**Typical THD
installation**

Some model designs
may vary from
illustration shown



**THDH**



**THD410**



Drive joist nails into
header at 30° to 45° to
achieve listed loads.

**Typical THDH double
shear installation**



Drive bend line nails
into header at 45° to
achieve listed loads

**Typical bend line nailing
installation**



Bend line
nailing

**THD7210**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## Specialty Options Chart
– refer to Specialty Options pages 320-321 for additional details.

| Option | MiTek USP Series | Skewed[1,3,4] | Sloped Seat[2] | Sloped / Skewed[1,2,3,4] | Inverted Flange |
|---|---|---|---|---|---|
| **Range** | THD | 1° to 45° | 1° to 45° | See Sloped Seat and Skewed | Not available in widths < 3". Widths ≥ 3" can have one flange inverted. |
| | THDH | | | | N/A |
| **Allowable Loads** | THD | 85% of table load | 65% of table load | 65% of table load | 100% of table load. 65% of table load when nailing into the support members end grain. |
| | THDH | 85% of table load. 50% of table uplift load. | 52% of table load | 52% of table load. 50% of table uplift load. | N/A |
| **Ordering** | THD | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex. THDH410_SK45R_BV | Add *SL*, slope required, and up *(U)*or down *(D)*, to product number. Ex: THDH410_SL30D | See Sloped Seat and Skewed Ex. THDH410_SK45R_BV_SL30D | Add *IF*, one flange, right *(R)*and left *(L)*, Ex. THD410_IFR |
| | THDH | | | | N/A |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange. All skewed THDH hangers have joist nails on one side only.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) THDH models - Skewed hangers typically require a bevel cut. A square cut option may be available as a custom.
4) THD models - For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.

# I-Joist Charts  Face Mount Hangers

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | DF/SP 100% | DF/SP 115% | DF/SP 125% | Uplift[1,2] 160% | S-P-F 100% | S-P-F 115% | S-P-F 125% | Uplift[1,2] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1/2 x 9-1/4 - 9-1/2 | IHFL15925 | IUS1.56/9.5 | -- | 18 | 1-1/2 | 9-1/16 | 2-1/2 | 1-1/8 | -- | 8 | 10d | -- | -- | 960 | 1095 | 1180 | 50 | 830 | 945 | 1020 | 40 | |
| | IHF15925 | MIU1.56/9 | -- | 16 | 1-1/2 | 9-1/16 | 2-1/2 | 1-1/8 | Min | 8 | 10d | 2 | 10d x 1-1/2 | 1000 | 1120 | 1210 | 330 | 880 | 990 | 1065 | 260 | |
| | | | | | | | | | Max | 20 | 16d | | | 2905 | 2905 | 2905 | | 1815 | 1840 | 1860 | | |
| 1-1/2 x 11-1/4 - 11-7/8 | IHFL15112 | IUS1.56/11.88 | -- | 18 | 1-1/2 | 11-11/16 | 2-1/2 | 1-1/8 | -- | 10 | 10d | -- | -- | 1200 | 1370 | 1475 | 50 | 1040 | 1185 | 1275 | 40 | |
| | IHF15112 | MIU1.56/11 | -- | 16 | 1-1/2 | 11-11/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3065 | 3095 | 3115 | | 1815 | 1840 | 1860 | | |
| 1-1/2 x 14 | IHF1514 | -- | -- | 16 | 1-1/2 | 13-1/2 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | 260 | |
| | | | | | | | | | Max | 28 | 16d | | | 3065 | 3095 | 3115 | | 1815 | 1840 | 1860 | | |
| 1-5/8 x 9-1/4 - 9-1/2 | IHF16925 | -- | -- | 16 | 1-5/8 | 9 | 2-1/2 | 1-1/8 | Min | 8 | 10d | 2 | 10d x 1-1/2 | 1000 | 1120 | 1210 | 330 | 880 | 990 | 1065 | 260 | |
| | | | | | | | | | Max | 20 | 16d | | | 2905 | 2905 | 2905 | | 1945 | 1975 | 1995 | | |
| 1-5/8 x 11-1/4 - 12 | IHF16112 | -- | -- | 16 | 1-5/8 | 11 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3295 | 3325 | 3350 | | 1945 | 1975 | 1995 | | |
| 1-5/8 x 14 | IHF1614 | -- | -- | 16 | 1-5/8 | 13-7/16 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | 260 | |
| | | | | | | | | | Max | 28 | 16d | | | 3295 | 3325 | 3350 | | 1945 | 1975 | 1995 | | |
| 1-3/4 x 9-1/4 - 9-1/2 | IHFL17925 | IUS1.81/9.5 | -- | 18 | 1-3/4 | 8-15/16 | 2-1/2 | 1-1/8 | -- | 8 | 10d | -- | -- | 960 | 1095 | 1180 | 50 | 830 | 945 | 1020 | 40 | |
| | IHF17925 | MIU1.81/9 | -- | 16 | 1-3/4 | 8-15/16 | 2-1/2 | 1-1/8 | Min | 8 | 10d | 2 | 10d x 1-1/2 | 1000 | 1120 | 1210 | 330 | 880 | 990 | 1065 | 260 | |
| | | | | | | | | | Max | 20 | 16d | | | 2905 | 2905 | 2905 | | 2080 | 2105 | 2125 | | |
| 1-3/4 x 11-7/8 | IHFL17112 | IUS1.81/11.88 | -- | 18 | 1-3/4 | 10-15/16 | 2-1/2 | 1-1/8 | -- | 10 | 10d | -- | -- | 1200 | 1370 | 1475 | 50 | 1040 | 1185 | 1275 | 40 | |
| | IHF17112 | MIU1.81/11 | -- | 16 | 1-3/4 | 10-15/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 3560 | 3585 | | 2080 | 2105 | 2125 | | |
| 1-3/4 x 14 | IHFL1714 | IUS1.81/14 | -- | 18 | 1-3/4 | 13-3/8 | 2-1/2 | 1-1/8 | Min | 12 | 10d | -- | -- | 1440 | 1640 | 1770 | 50 | 1245 | 1420 | 1530 | 40 | IBC, FL, LA |
| | | | | | | | | | Max | 14 | 10d | | | 1680 | 1915 | 2065 | | 1455 | 1660 | 1785 | | |
| | IHF1714 | MIU1.81/14 | -- | 16 | 1-3/4 | 13-3/8 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | 260 | |
| | | | | | | | | | Max | 28 | 16d | | | 3530 | 3560 | 3585 | | 2080 | 2105 | 2125 | | |
| 1-3/4 x 16 | IHFL1716 | IUS1.81/16 | -- | 18 | 1-3/4 | 15-7/8 | 2-1/2 | 1-1/8 | Min | 14 | 10d | -- | -- | 1680 | 1915 | 2065 | 50 | 1455 | 1660 | 1785 | 40 | |
| | | | | | | | | | Max | 16 | 10d | | | 1920 | 2190 | 2360 | | 1660 | 1895 | 2040 | | |
| | IHF1716 | MIU1.81/16 | -- | 16 | 1-13/16 | 15-3/4 | 2-1/2 | 1-1/8 | Min | 14 | 10d | 2 | 10d x 1-1/2 | 1750 | 1965 | 2120 | 330 | 1540 | 1730 | 1865 | 260 | |
| | | | | | | | | | Max | 30 | 16d | | | 3530 | 3560 | 3585 | | 2080 | 2105 | 2125 | | |
| 2 - 2-1/8 x 9-1/2 | IHFL20925 | IUS2.06/9.5 | -- | 18 | 2-1/16 | 8-3/4 | 2-1/2 | 1-1/8 | -- | 8 | 10d | -- | -- | 960 | 1095 | 1180 | 50 | 830 | 945 | 1020 | 40 | |
| | IHF20925 | -- | -- | 16 | 2-1/16 | 8-7/8 | 2-1/2 | 1-1/8 | Min | 8 | 10d | 2 | 10d x 1-1/2 | 1000 | 1120 | 1210 | 330 | 880 | 990 | 1065 | 260 | |
| | | | | | | | | | Max | 20 | 16d | | | 2905 | 2905 | 2905 | | 2410 | 2440 | 2460 | | |
| 2 - 2-1/8 x 11-7/8 | IHFL20112 | IUS2.06/11.88 | -- | 18 | 2-1/16 | 11-5/16 | 2-1/2 | 1-1/8 | -- | 10 | 10d | -- | -- | 1200 | 1370 | 1475 | 50 | 1040 | 1185 | 1275 | 40 | |
| | IHF20112 | MIU2.1/11 | -- | 16 | 2-1/16 | 11-3/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 3960 | 3960 | | 2410 | 2440 | 2460 | | |
| 2 - 2-1/8 x 14 | IHFL2014 | IUS2.06/14 | -- | 18 | 2-1/16 | 13-3/16 | 2-1/2 | 1-1/8 | Min | 12 | 10d | -- | -- | 1440 | 1640 | 1770 | 50 | 1245 | 1420 | 1530 | 40 | |
| | | | | | | | | | Max | 14 | 10d | | | 1680 | 1915 | 2065 | | 1455 | 1660 | 1785 | | |
| | IHF2014 | -- | -- | 16 | 2-1/16 | 13-1/4 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | 260 | |
| | | | | | | | | | Max | 28 | 16d | | | 4115 | 4150 | 4170 | | 2410 | 2440 | 2460 | | |
| 2 - 2-1/8 x 16 | IHFL2016 | IUS2.06/16 | -- | 18 | 2-1/16 | 15-11/16 | 2-1/2 | 1-1/8 | Min | 14 | 10d | -- | -- | 1680 | 1915 | 2065 | 50 | 1455 | 1660 | 1785 | 40 | |
| | | | | | | | | | Max | 16 | 10d | | | 1920 | 2190 | 2360 | | 1660 | 1895 | 2040 | | |
| 2-5/16 x 9-1/2 | IHFL23925 | IUS2.37/9.5 | -- | 18 | 2-5/16 | 9-3/16 | 2-1/2 | 1-1/8 | -- | 8 | 10d | -- | -- | 960 | 1095 | 1180 | 50 | 830 | 945 | 1020 | 40 | |
| | IHF23925 | MIU2.37/9 | -- | 16 | 2-5/16 | 9-3/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 4000 | 4320 | | 2675 | 2705 | 2725 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.

2) IHFL (18GA) — install (2) 10d (0.148") x 1-1/2" nails through diamond dimple holes into the bottom chord of I-Joist member for a total uplift of 220 lbs.
   IHF (16GA) — uplift capacity for hangers installed without joist nails is 65 lbs.

3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**

New products or updated product information are designated in **blue font.**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved



Continued on next page

**EWP Hangers**

# I–Joist Charts  Face Mount Hangers

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | A | Min/Max | Header Qty | Header Type | Joist Qty | Joist Type[2] | DF/SP 100% | DF/SP 115% | DF/SP 125% | DF/SP Uplift[1,2] 160% | S-P-F 100% | S-P-F 115% | S-P-F 125% | S-P-F Uplift[1,2] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-5/16 x 11-7/8 | IHFL23112 | IUS2.37/11.88 | -- | 18 | 2-5/16 | 11-3/16 | 2-1/2 | 1-1/8 | -- | 10 | 10d | -- | -- | 1200 | 1370 | 1475 | 50 | 1040 | 1185 | 1275 | 40 | |
| | IHF23112 | MIU2.37/11 | -- | 16 | 2-5/16 | 11-3/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 3960 | 3960 | | 2675 | 2705 | 2725 | | |
| 2-5/16 x 14 | IHFL2314 | IUS2.37/14 | -- | 18 | 2-5/16 | 13-1/2 | 2-1/2 | 1-1/8 | Min | 12 | 10d | -- | -- | 1440 | 1640 | 1770 | 50 | 1245 | 1420 | 1530 | 40 | |
| | | | | | | | | | Max | 14 | | | | 1680 | 1915 | 2065 | | 1455 | 1660 | 1785 | | |
| | IHF2314 | MIU2.37/14 | -- | 16 | 2-5/16 | 13-1/2 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | 260 | |
| | | | | | | | | | Max | 28 | 16d | | | 4115 | 4440 | 4440 | | 2675 | 2705 | 2725 | | |
| 2-5/16 x 16 | IHFL2316 | IUS2.37/16 | -- | 18 | 2-5/16 | 15-9/16 | 2-1/2 | 1-1/8 | Min | 14 | 10d | -- | -- | 1680 | 1915 | 2065 | 50 | 1455 | 1660 | 1785 | 40 | |
| | | | | | | | | | Max | 16 | | | | 1920 | 2190 | 2360 | | 1660 | 1895 | 2040 | | |
| | IHF2316 | MIU2.37/16 | -- | 16 | 2-5/16 | 15-9/16 | 2-1/2 | 1-1/8 | Min | 14 | 10d | 2 | 10d x 1-1/2 | 1750 | 1965 | 2120 | 330 | 1540 | 1730 | 1865 | 260 | |
| | | | | | | | | | Max | 30 | 16d | | | 4410 | 4440 | 4440 | | 2675 | 2705 | 2725 | | |
| 2-5/16 x 18 | IHF2318 | MIU2.37/18 | -- | 16 | 2-5/16 | 17-1/8 | 2-1/2 | 1-1/8 | Min | 14 | 10d | 2 | 10d x 1-1/2 | 1750 | 1965 | 2120 | 330 | 1540 | 1730 | 1865 | 260 | |
| | | | | | | | | | Max | 30 | 16d | | | 4410 | 4440 | 4440 | | 2675 | 2705 | 2725 | | |
| 2-1/2 x 9-1/4 - 9-1/2 | THFI2595 | IUS2.56/9.25, IUS2.56/9.5 | -- | 18 | 2-5/8 | 9-1/2 | 2-1/2 | 1-3/8 | -- | 8 | 10d | -- | -- | 960 | 1095 | 1180 | 125 | 845 | 965 | 995 | 100 | |
| | IHFL25925 | -- | -- | 18 | 2-1/2 | 9-1/8 | 2-1/2 | 1-1/8 | -- | 8 | 10d | -- | -- | 960 | 1095 | 1180 | 50 | 830 | 945 | 1020 | 40 | |
| | IHF25925 | MIU2.56/9 | -- | 16 | 2-1/2 | 9-1/8 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 4000 | 4320 | | 2875 | 2905 | 2920 | | |
| 2-1/2 x 11-1/4 - 11-7/8 | THFI25118 | IUS2.56/11.88 | -- | 18 | 2-5/8 | 11-7/8 | 2-1/2 | 1-3/8 | -- | 10 | 10d | -- | -- | 1200 | 1265 | 1265 | 125 | 995 | 995 | 995 | 100 | IBC, FL, LA |
| | IHFL25112 | -- | -- | 18 | 2-1/2 | 11-1/8 | 2-1/2 | 1-1/8 | -- | 10 | 10d | -- | -- | 1200 | 1370 | 1475 | 50 | 1040 | 1185 | 1275 | 40 | |
| | IHF25112 | MIU2.56/11 | -- | 16 | 2-1/2 | 11-1/8 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 3960 | 3960 | | 2875 | 2905 | 2920 | | |
| 2-1/2 x 14 | THFI2514 | IUS2.56/14 | -- | 18 | 2-5/8 | 14 | 2-1/2 | 1-3/8 | Min | 12 | 10d | -- | -- | 1440 | 1640 | 1770 | 125 | 1265 | 1445 | 1555 | 100 | |
| | | | | | | | | | Max | 14 | | | | 1680 | 1915 | 2065 | | 1480 | 1685 | 1815 | | |
| | IHFL2514 | -- | -- | 18 | 2-1/2 | 13-7/16 | 2-1/2 | 1-1/8 | Min | 12 | 10d | -- | -- | 1440 | 1640 | 1770 | 50 | 1245 | 1420 | 1530 | 40 | |
| | | | | | | | | | Max | 14 | | | | 1680 | 1915 | 2065 | | 1455 | 1660 | 1785 | | |
| | IHF2514 | MIU2.56/14 | -- | 16 | 2-1/2 | 13-7/16 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | 260 | |
| | | | | | | | | | Max | 28 | 16d | | | 4115 | 4440 | 4440 | | 2875 | 2905 | 2920 | | |
| 2-1/2 x 16 | IHFL2516 | IUS2.56/16 | -- | 18 | 2-1/2 | 15-1/2 | 2-1/2 | 1-1/8 | Min | 14 | 10d | -- | -- | 1680 | 1915 | 2065 | 50 | 1455 | 1660 | 1785 | 40 | |
| | | | | | | | | | Max | 16 | | | | 1920 | 2190 | 2360 | | 1660 | 1895 | 2040 | | |
| | IHF2516 | MIU2.56/16 | -- | 16 | 2-1/2 | 15-1/2 | 2-1/2 | 1-1/8 | Min | 14 | 10d | 2 | 10d x 1-1/2 | 1750 | 1965 | 2120 | 330 | 1540 | 1730 | 1865 | 260 | |
| | | | | | | | | | Max | 30 | 16d | | | 4410 | 4440 | 4440 | | 2875 | 2905 | 2920 | | |
| 2-5/8 x 9-1/4 - 9-1/2 | IHF26925 | -- | -- | 16 | 2-5/8 | 9-1/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 4000 | 4320 | | 3010 | 3035 | 3055 | | |
| 2-5/8 x 11-1/4 - 11-7/8 | IHF26112 | -- | -- | 16 | 2-5/8 | 11-1/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 3960 | 3960 | | 3010 | 3035 | 3055 | | |
| 2-5/8 x 14 | IHF2614 | -- | -- | 16 | 2-5/8 | 13-3/8 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | 260 | |
| | | | | | | | | | Max | 28 | 16d | | | 4115 | 4440 | 4440 | | 3010 | 3035 | 3055 | | |
| 2-5/8 x 16 | IHF2616 | -- | -- | 16 | 2-5/8 | 15-7/16 | 2-1/2 | 1-1/8 | Min | 14 | 10d | 2 | 10d x 1-1/2 | 1750 | 1965 | 2120 | 330 | 1540 | 1730 | 1865 | 260 | |
| | | | | | | | | | Max | 30 | 16d | | | 4410 | 4440 | 4440 | | 3010 | 3035 | 3055 | | |
| 3 x 9-1/4 | IHF15925-2 | MIU3.12/9 | -- | 16 | 3-1/8 | 9-3/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 4000 | 4320 | | 3105 | 3435 | 3455 | | |
| 3 x 11-1/4 | IHF15112-2 | MIU3.12/11 | -- | 16 | 3-1/8 | 10-13/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | 260 | |
| | | | | | | | | | Max | 24 | 16d | | | 3530 | 3960 | 3960 | | 3105 | 3125 | 3125 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.

2) IHFL (18GA) — install 2) 10d (0.148") x 1-1/2" nails through diamond dimple holes into the bottom chord of I-Joist member for a total uplift of 220 lbs.
   IHF (16GA) — uplift capacity for hangers installed without joist nails is 65 lbs.

3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 1-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**

New products or updated product information are designated in blue font.



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**EWP Hangers**

MiTek® Product Catalog

# I-Joist Charts  Face Mount Hangers

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | A | Header Min/Max | Header Qty | Header Type | Joist Qty | Joist Type | DF/SP 100% | DF/SP 115% | DF/SP 125% | DF/SP Uplift[1,2] 160% | S-P-F 100% | S-P-F 115% | S-P-F 125% | S-P-F Uplift[1,2] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-1/4 x 9-1/4 | IHF16925-2 | -- | -- | 16 | 3-3/8 | 9-1/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 4000 | 4320 |  | 3105 | 3520 | 3720 |  |  |
| 3-1/4 x 11-1/4 | IHF16112-2 | -- | -- | 16 | 3-3/8 | 10-3/4 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 3960 | 3960 |  | 3105 | 3125 | 3125 |  |  |
| 3-1/2 x 9-1/4 - 9-1/2 | IHFL35925 | IUS3.56/9.5 | -- | 18 | 3-1/2 | 8-5/8 | 2-1/2 | 1-1/8 | -- | 10 | 10d | -- |  | 1200 | 1370 | 1475 | 50 | 1040 | 1185 | 1275 | | 40 |
|  | IHF35925 | MIU3.56/9 | -- | 16 | 3-1/2 | 8-5/8 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 4000 | 4320 |  | 3105 | 3520 | 3800 |  |  |
| 3-1/2 x 11-1/4 - 11-7/8 | IHFL35112 | IUS3.56/11.88 | -- | 18 | 3-1/2 | 10-5/8 | 2-1/2 | 1-1/8 | Min | 10 | 10d | -- | -- | 1200 | 1370 | 1475 | 50 | 1040 | 1185 | 1275 | | 40 |
|  |  |  |  |  |  |  |  |  | Max | 12 |  |  |  | 1440 | 1640 | 1770 |  | 1245 | 1420 | 1530 |  |  |
|  | IHF35112 | MIU3.56/11 | -- | 16 | 3-1/2 | 10-5/8 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1375 | 1375 | 330 | 1085 | 1085 | 1085 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 3960 | 3960 |  | 3105 | 3125 | 3125 |  |  |
| 3-1/2 x 14 | IHFL3514 | IUS3.56/14 | -- | 18 | 3-1/2 | 12-15/16 | 2-1/2 | 1-1/8 | Min | 12 | 10d | -- | -- | 1440 | 1640 | 1770 | 50 | 1245 | 1420 | 1530 | | 40 |
|  |  |  |  |  |  |  |  |  | Max | 14 |  |  |  | 1680 | 1915 | 2065 |  | 1455 | 1660 | 1785 |  |  |
|  | IHF3514 | MIU3.56/14 | -- | 16 | 3-1/2 | 12-15/16 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 28 | 16d |  |  | 4115 | 4440 | 4440 |  | 3620 | 3965 | 3985 |  |  |
| 3-1/2 x 16 | IHFL3516 | IUS3.56/16 | -- | 18 | 3-1/2 | 15 | 2-1/2 | 1-1/8 | Min | 14 | 10d | -- | -- | 1680 | 1915 | 2065 | 50 | 1455 | 1660 | 1785 | | 40 |
|  |  |  |  |  |  |  |  |  | Max | 16 |  |  |  | 1920 | 2190 | 2360 |  | 1660 | 1895 | 2040 |  |  |
|  | IHF3516 | MIU3.56/16 | -- | 16 | 3-1/2 | 15 | 2-1/2 | 1-1/8 | Min | 14 | 10d | 2 | 10d x 1-1/2 | 1750 | 1965 | 2120 | 330 | 1540 | 1730 | 1865 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 30 | 16d |  |  | 4410 | 4440 | 4440 |  | 3880 | 3965 | 3985 |  |  |
|  | THF17157-2 | -- | x | 12 | 3-5/8 | 15-3/4 | 2-1/2 | 1-1/4 | -- | 22 | 10d | 6 | 10d | 2925 | 3365 | 3660 | 1275 | 2560 | 2945 | 3200 | | 1115 |
| 3-1/2 x 18 | IHF3518 | MIU3.56/18 | -- | 16 | 3-1/2 | 16-9/16 | 2-1/2 | 1-1/8 | Min | 14 | 10d | 2 | 10d x 1-1/2 | 1750 | 1965 | 2120 | 330 | 1540 | 1730 | 1865 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 30 | 16d |  |  | 4410 | 4440 | 4440 |  | 3880 | 3965 | 3985 |  |  |
| 4 - 4-3/16 x 9-1/2 | IHF20925-2 | MIU4.12/9, MIU4.28/9 | -- | 16 | 4-3/16 | 8-11/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | | 260, IBC, FL, LA |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 3960 | 3960 |  | 3105 | 3120 | 3120 |  |  |
| 4 - 4-3/16 x 11-7/8 | IHF20112-2 | MIU4.12/11, MIU4.28/11 | -- | 16 | 4-3/16 | 11 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 3960 | 3960 |  | 3105 | 3120 | 3120 |  |  |
| 4 - 4-3/16 x 14 | IHF2014-2 | MIU4.12/14, MIU4.28/14 | -- | 16 | 4-3/16 | 13-5/8 | 2-1/2 | 1-1/8 | Min | 12 | 10d | 2 | 10d x 1-1/2 | 1500 | 1685 | 1815 | 330 | 1320 | 1480 | 1595 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 28 | 16d |  |  | 3960 | 3960 | 3960 |  | 3120 | 3120 | 3120 |  |  |
| 4-5/8 x 9-1/4 | IHF23925-2 | MIU4.75/9 | -- | 16 | 4-3/4 | 8-3/8 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 3960 | 3960 |  | 3105 | 3120 | 3120 |  |  |
| 4-5/8 x 11-1/4 | THF23118-2 | MIU4.75/11 | x | 16 | 4-3/4 | 10-11/16 | 2-1/2 | 1-1/4 | -- | 16 | 10d | 6 | 10d | 1890 | 2170 | 2360 | 1135 | 1650 | 1900 | 2065 | | 990 |
| 4-5/8 x 14 | THF23140-2 | MIU4.75/14 | x | 12 | 4-3/4 | 13-5/16 | 2-1/2 | 1-1/4 | -- | 20 | 10d | 6 | 10d | 2660 | 3060 | 3325 | 1275 | 2325 | 2675 | 2910 | | 1115 |
| 4-5/8 x 16 | THF23160-2 | MIU4.75/16 | x | 12 | 4-3/4 | 15-15/16 | 2-1/2 | 1-1/4 | -- | 24 | 10d | 6 | 10d | 3190 | 3670 | 3990 | 1275 | 2790 | 3165 | 3165 | | 1115 |
| 5 x 9-1/4 | IHF25925-2 | MIU5.12/9 | -- | 16 | 5-1/8 | 8-3/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 3960 | 3960 |  | 3105 | 3120 | 3120 |  |  |
| 5 x 11-1/4 | IHF25112-2 | MIU5.12/11 | -- | 16 | 5-1/8 | 10-7/16 | 2-1/2 | 1-1/8 | Min | 10 | 10d | 2 | 10d x 1-1/2 | 1250 | 1405 | 1515 | 330 | 1100 | 1235 | 1330 | | 260 |
|  |  |  |  |  |  |  |  |  | Max | 24 | 16d |  |  | 3530 | 3960 | 3960 |  | 3105 | 3120 | 3120 |  |  |
| 5 x 14 | THF25140-2 | MIU5.12/14 | x | 12 | 5-1/8 | 13-1/8 | 2-1/2 | 1-1/4 | -- | 20 | 10d | 6 | 10d | 2660 | 3060 | 3325 | 1275 | 2340 | 2690 | 2925 | | 1015 |
| 5 x 16 | THF25160-2 | MIU5.12/16 | x | 12 | 5-1/8 | 15-3/4 | 2-1/2 | 1-1/4 | -- | 24 | 10d | 6 | 10d | 3190 | 3670 | 3990 | 1275 | 2810 | 3160 | 3160 | | 1015 |
| 7 x 9-1/4 | HD7100 | HU410-2 | x | 14 | 7-1/8 | 9 | 2-1/2 | 1-1/16 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | 1895 | 2140 | 2295 | | 1035 |
|  |  |  |  |  |  |  |  |  | Max | 18 |  | 8 |  | 2770 | 3125 | 3355 | 1845 | 2440 | 2750 | 2950 | | 1620 |
| 7 x 11-1/4 | HD7120 | HU412-2 | x | 14 | 7-1/8 | 10-11/16 | 2-1/2 | 1-1/16 | Min | 16 | 16d | 6 | 16d | 2465 | 2780 | 2980 | 1305 | 2165 | 2445 | 2620 | | 1035 |
|  |  |  |  |  |  |  |  |  | Max | 22 |  | 8 |  | 3390 | 3820 | 4100 | 1845 | 2980 | 3360 | 3605 | | 1620 |
| 7 x 14 | HD7140 | HU414-2 | x | 14 | 7-1/8 | 13 | 2-1/2 | 1-1/16 | Min | 20 | 16d | 8 | 16d | 3080 | 3475 | 3725 | 1845 | 2710 | 3055 | 3160 | | 1845 |
|  |  |  |  |  |  |  |  |  | Max | 26 |  | 12 |  | 4005 | 4435 | 4435 | 2765 | 3520 | 3885 | 3885 | | 2430 |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) IHFL (18GA) — install (2) 10d (0.148") x 1-1/2" nails through diamond dimple holes into the bottom chord of I-Joist member for a total uplift of 220 lbs.
   IHF (16GA) —  uplift capacity for hangers installed without joist nails is 65 lbs.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved



Continued on next page

**EWP Hangers**

## SCL Charts  Face Mount Hangers

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | Dimensions (in) W | H | D | A | Fastener Schedule[2,3] Header Min/Max | Qty | Type | Joist Qty | Type | DF/SP Header Allowable Loads (Lbs.) 100% | 115% | 125% | Uplift[1] 160% | S-P-F Header Allowable Loads (Lbs.) 100% | 115% | 125% | Uplift[1] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-3/4 x 5-1/2 | HUS175 | HU1.81/5 | x | 16 | 1-13/16 | 5-3/8 | 3 | 2 | -- | 14 | 16d | 6 | 16d | 2760 | 3140 | 3400 | 2045 | 2430 | 2765 | 2990 | 1640 | |
| 1-3/4 x 7-1/4 | HD1770 | HU7 | x | 14 | 1-13/16 | 7-1/8 | 2-1/2 | 1-1/8 | Min | 12 | 16d | 4 | 10d x 1-1/2 | 1850 | 2085 | 2235 | 760 | 1625 | 1835 | 1900 | 610 | IBC, FL, LA |
| | | | | | | | | | Max | 16 | | 8 | | 2465 | 2780 | 2980 | 1190 | 2165 | 2445 | 2620 | 960 | |
| | HUS177 | -- | x | 16 | 1-13/16 | 7-1/8 | 3 | 2 | -- | 22 | 16d | 8 | 16d | 4170 | 4745 | 5125 | 2990 | 3670 | 4130 | 4130 | 2410 | |
| 1-3/4 x 9-1/2 | HD17925 | HU9 | x | 14 | 1-13/16 | 9-1/8 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 6 | 10d x 1-1/2 | 2770 | 3125 | 3355 | 1170 | 2440 | 2645 | 2695 | 955 | IBC, FL, LA |
| | | | | | | | | | Max | 24 | | 10 | | 3695 | 4170 | 4320 | 1900 | 3020 | 3165 | 3255 | 1545 | |
| | HD17925IF | -- | x | 14 | 1-13/16 | 9-1/8 | -- | 1-1/8 | -- | 18 | 16d | 6 | 10d x 1-1/2 | 2770 | 3125 | 3355 | 1170 | 2440 | 2645 | 2695 | 950 | -- |
| | HDQ179IF | HUCQ1.81/9-SDS | x | 14 | 1-13/16 | 9 | 3 | 13/16 | -- | 8 | WS3 | 4 | WS15 | 3340 | 3605 | 3605 | 1110 | 2980 | 3010 | 3010 | 925 | |
| | HUS179 | HUS1.81/10 | x | 16 | 1-13/16 | 9-1/8 | 3 | 2 | -- | 30 | 16d | 10 | 16d | 5580 | 6060 | 6060 | 4110 | 4555 | 4880 | 4910 | 3410 | IBC, FL, LA |
| 1-3/4 x 11-1/4 - 11-7/8 | HD17112 | HU11 | x | 14 | 1-13/16 | 11-3/8 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 6 | 10d x 1-1/2 | 3390 | 3625 | 3685 | 1170 | 2555 | 2645 | 2695 | 955 | |
| | | | | | | | | | Max | 30 | | 12 | | 4320 | 4515 | 4640 | 1900 | 3255 | 3425 | 3535 | 1550 | |
| | HD17112IF | -- | x | 14 | 1-13/16 | 11-3/8 | -- | 1-1/8 | -- | 22 | 16d | 6 | 10d x 1-1/2 | 3390 | 3625 | 3685 | 1170 | 2555 | 2645 | 2695 | 955 | -- |
| | HDQ17112IF | HUCQ1.81/11-SDS | x | 14 | 1-13/16 | 11 | 3 | 13/16 | -- | 10 | WS3 | 6 | WS15 | 3340 | 3340 | 3340 | 1580 | 2890 | 2890 | 2890 | 1365 | |
| | HUS179 | HUS1.81/10 | x | 16 | 1-13/16 | 9-1/8 | 3 | 2 | -- | 30 | 16d | 10 | 16d | 5580 | 6060 | 6060 | 4110 | 4555 | 4880 | 4910 | 3410 | IBC, FL, LA |
| 1-3/4 x 14 | HD1714 | HU14, U14 | x | 14 | 1-13/16 | 13-5/16 | 2-1/2 | 1-1/8 | Min | 28 | 16d | 8 | 10d x 1-1/2 | 3790 | 3920 | 4005 | 1510 | 2790 | 2905 | 2975 | 1220 | |
| | | | | | | | | | Max | 36 | | 14 | | 4580 | 4810 | 4955 | 1900 | 3485 | 3685 | 3815 | 1555 | |
| | HD1714IF | -- | x | 14 | 1-13/16 | 13-5/16 | -- | 1-1/8 | -- | 28 | 16d | 8 | 10d x 1-1/2 | 3790 | 3920 | 4005 | 1510 | 2790 | 2905 | 2975 | 1220 | -- |
| | HDQ1714IF | -- | x | 14 | 1-13/16 | 13-3/8 | 3 | 13/16 | -- | 12 | WS3 | 6 | WS15 | 4660 | 4870 | 4955 | 2035 | 3355 | 3525 | 3635 | 1680 | |
| | HUS179 | HUS1.81/10 | x | 16 | 1-13/16 | 9-1/8 | 3 | 2 | -- | 30 | 16d | 10 | 16d | 5580 | 6060 | 6060 | 4110 | 4555 | 4880 | 4910 | 3410 | IBC, FL, LA |
| 1-3/4 x 16 | HD1714 | HU14, U14 | x | 14 | 1-13/16 | 13-5/16 | 2-1/2 | 1-1/8 | Min | 28 | 16d | 8 | 10d x 1-1/2 | 3790 | 3920 | 4005 | 1510 | 2790 | 2905 | 2975 | 1220 | |
| | | | | | | | | | Max | 36 | | 14 | | 4580 | 4810 | 4955 | 1900 | 3485 | 3685 | 3815 | 1555 | |
| | HD1714IF | -- | x | 14 | 1-13/16 | 13-5/16 | -- | 1-1/8 | -- | 28 | 16d | 8 | 10d x 1-1/2 | 3790 | 3920 | 4005 | 1510 | 2790 | 2905 | 2975 | 1220 | -- |
| | HDQ1714IF | -- | x | 14 | 1-13/16 | 13-3/8 | 3 | 13/16 | -- | 12 | WS3 | 6 | WS15 | 4660 | 4870 | 4955 | 2035 | 3355 | 3525 | 3635 | 1680 | |
| 2-11/16 x 9-1/4 - 14 | HD27925 | HU2.75/10 | x | 14 | 2-3/4 | 9-3/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 8 | 10d x 1-1/2 | 2155 | 2430 | 2610 | 1170 | 1895 | 2140 | 2295 | 950 | IBC, FL, LA |
| | | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1510 | 2710 | 3055 | 3200 | 1210 | |
| | THDH27925 | -- | x | 12 | 2-3/4 | 9-3/16 | 4 | 2-1/2 | -- | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7515 | 7850 | 7850 | 3480 | |
| 2-11/16 x 11-1/4 - 16 | HD27112 | HU2.75/12 | x | 14 | 2-3/4 | 11-3/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d x 1-1/2 | 2465 | 2780 | 2980 | 1190 | 2165 | 2445 | 2620 | 950 | |
| | | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4435 | 1900 | 3250 | 3665 | 3930 | 1530 | |
| | THDH27112 | -- | x | 12 | 2-3/4 | 10-7/8 | 4 | 2-1/2 | -- | 56 | 16d | 16 | 16d | 9710 | 9710 | 9710 | 4345 | 7795 | 7795 | 7795 | 3490 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.

2) WS15 structural wood screws are 1/4" dia. x 1-1/2" long, WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQ hangers.

3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**

New products or updated product information are designated in blue font.



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**EWP Hangers**

# SCL Charts  Face Mount Hangers

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | Dimensions (in) | | | | Fastener Schedule[2,3] Header | | | Joist | | DF/SP Header Allowable Loads (Lbs.) | | | | S-P-F Header Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | W | H | D | A | Min/Max | Qty | Type | Qty | Type | 100% | 115% | 125% | Uplift[1] 160% | 100% | 115% | 125% | Uplift[1] 160% | | |
| 2-11/16 x 14 - 16 | HD2714 | HU2.75/14 | x | 14 | 2-3/4 | 13-3/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d x 1-1/2 | 2770 | 3125 | 3355 | 1510 | 2440 | 2750 | 2950 | 1210 | | |
| | | | | | | | | | Max | 26 | | 12 | | 4005 | 4435 | 4435 | 1900 | 3520 | 3935 | 3935 | 1530 | | |
| | THDH2714 | -- | x | 12 | 2-3/4 | 12-1/4 | 4 | 2-1/2 | -- | 66 | 16d | 16 | 16d | 11185 | 11325 | 11325 | 5290 | 8530 | 9045 | 9115 | 4260 | | |
| 3-1/2 x 9-1/4 - 14 | HD410 | -- | x | 14 | 3-9/16 | 8-13/16 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 10d | 2155 | 2430 | 2610 | 1170 | 1895 | 2140 | 2295 | 1030 | | |
| | | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 1950 | 2710 | 3055 | 3190 | 1715 | | |
| | HDQ410IF | HUCQ410-SDS | x | 14 | 3-9/16 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | 4670 | 4900 | 4900 | 2865 | | |
| | THD410 | HHUS410 | x | 14 | 3-5/8 | 9-1/16 | 3 | 2 | -- | 38 | 16d | 20 | 10d | 5850 | 6600 | 7045 | 3905 | 5145 | 5680 | 5680 | 3255 | | |
| | THDH410 | HGUS410 | x | 12 | 3-5/8 | 9-1/16 | 4 | 2-1/2 | -- | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7820 | 7820 | 7820 | 3470 | | |
| 3-1/2 x 11-1/4 - 16 | HD412 | -- | x | 14 | 3-9/16 | 10-13/16 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 10d | 2465 | 2780 | 2980 | 1305 | 2165 | 2445 | 2620 | 1040 | | |
| | | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2340 | 3250 | 3665 | 3860 | 2060 | | |
| | HDQ412IF | HUCQ412-SDS | x | 14 | 3-9/16 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | 4980 | 4980 | 4980 | 2775 | | IBC, FL, LA |
| | THD412 | -- | x | 14 | 3-5/8 | 11 | 3 | 3 | -- | 48 | 16d | 20 | 10d | 7045 | 7045 | 7045 | 3905 | 5680 | 5680 | 5680 | 3255 | | |
| | THDH412 | HGUS412 | x | 12 | 3-5/8 | 11-1/16 | 4 | 2-1/2 | -- | 56 | 16d | 14 | 16d | 9710 | 9710 | 9710 | 5290 | 7765 | 7765 | 7765 | 4230 | | |
| 3-1/2 x 14 - 20 | HD414 | -- | x | 14 | 3-9/16 | 12-13/16 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 10d | 2770 | 3125 | 3355 | 1510 | 2440 | 2750 | 2950 | 1205 | | |
| | | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4815 | 2340 | 3520 | 3860 | 3860 | 2060 | | |
| | THD414 | -- | x | 14 | 3-5/8 | 12-7/8 | 3 | 3 | -- | 58 | 16d | 20 | 10d | 7045 | 7045 | 7045 | 3905 | 5680 | 5680 | 5680 | 3255 | | |
| | THDH414 | HGUS414 | x | 12 | 3-5/8 | 13-1/16 | 4 | 2-1/2 | -- | 66 | 16d | 16 | 16d | 11325 | 11325 | 11325 | 5305 | 9075 | 9075 | 9075 | 4250 | | |
| 3-1/2 x 16 - 22 | HD416 | -- | x | 14 | 3-9/16 | 14-13/16 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 10d | 3390 | 3820 | 4100 | 1950 | 2980 | 3360 | 3605 | 1715 | | |
| | | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 2245 | 4015 | 4015 | 4015 | 1805 | | |
| 3-1/2 x 18 - 26 | HD418 | -- | x | 14 | 3-9/16 | 16-1/2 | 2-1/2 | 1-1/8 | -- | 28 | 16d | 8 | 10d | 4310 | 4815 | 4815 | 1560 | 3795 | 3835 | 3835 | 1375 | | |
| 5-1/4 x 9-1/4 - 11-7/8 | HD5210 | -- | x | 14 | 5-3/8 | 7-7/8 | 2-1/2 | 1-1/8 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | 1895 | 2140 | 2295 | 1035 | | |
| | | | | | | | | | Max | 20 | | 10 | | 3080 | 3475 | 3725 | 2305 | 2710 | 3055 | 3275 | 2025 | | |
| | HDQ5210IF | HUCQ5.25/9-SDS | x | 14 | 5-1/4 | 9 | 3 | 1-1/2 | -- | 12 | WS3 | 6 | WS3 | 5015 | 5590 | 5590 | 2975 | 4670 | 4890 | 4890 | 2855 | | |
| | THD610 | HHUS5.50/10 | x | 12 | 5-1/2 | 9 | 3 | 3 | -- | 38 | 16d | 20 | 16d | 6535 | 7255 | 7745 | 4035 | 5750 | 6380 | 6630 | 3230 | | |
| | THDH610 | HGUS5.25/10, HGUS5.50/10 | x | 12 | 5-1/2 | 9 | 4 | 2-1/2 | -- | 46 | 16d | 16 | 16d | 9020 | 9020 | 9020 | 5290 | 7805 | 7805 | 7805 | 4210 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQ hangers.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**
New products or updated product information are designated in **blue font.**

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**EWP Hangers**

## SCL Charts  Face Mount Hangers

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | Dimensions (in) W | H | D | A | Fastener Schedule[2,3] Header Min/Max | Qty | Type | Joist Qty | Type | DF/SP Header Allowable Loads (Lbs.) 100% | 115% | 125% | Uplift[1] 160% | S-P-F Header Allowable Loads (Lbs.) 100% | 115% | 125% | Uplift[1] 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-1/4 x 11-1/4 - 16 | HD5212 | -- | x | 14 | 5-3/8 | 9-7/8 | 2-1/2 | 1-1/8 | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | 2165 | 2445 | 2620 | 1040 | |
| | | | | | | | | | Max | 24 | | 12 | | 3695 | 4170 | 4470 | 2765 | 3250 | 3665 | 3930 | 2430 | |
| | HDQ5212IF | HUCQ5.25/11-SDS | x | 14 | 5-1/4 | 11 | 3 | 1-1/2 | -- | 14 | WS3 | 6 | WS3 | 5605 | 5605 | 5605 | 3280 | 4965 | 4965 | 4965 | 2770 | |
| | THD612 | -- | x | 12 | 5-1/2 | 11 | 3 | 3 | -- | 48 | 16d | 20 | 10d | 8255 | 8285 | 8285 | 4035 | 6630 | 6630 | 6630 | 3230 | |
| | THDH612 | HGUS5.25/12, HGUS5.50/12 | x | 12 | 5-1/2 | 11 | 4 | 2-1/2 | -- | 56 | 16d | 20 | 16d | 9530 | 9530 | 9530 | 5290 | 7610 | 7610 | 7610 | 4225 | |
| 5-1/4 x 14 - 20 | HD5214 | -- | x | 14 | 5-3/8 | 11-7/8 | 2-1/2 | 1-1/8 | Min | 18 | 16d | 8 | 16d | 2770 | 3125 | 3355 | 1845 | 2440 | 2750 | 2950 | 1620 | |
| | | | | | | | | | Max | 26 | | 12 | | 4005 | 4515 | 4845 | 2765 | 3520 | 3970 | 4020 | 2430 | |
| | THD614 | -- | x | 12 | 5-1/2 | 12-7/8 | 3 | 3 | -- | 58 | 16d | 20 | 10d | 8285 | 8285 | 8285 | 4035 | 6630 | 6630 | 6630 | 3230 | |
| | THDH614 | HGUS5.50/14 | x | 12 | 5-1/2 | 13 | 4 | 2-1/2 | -- | 66 | 16d | 22 | 16d | 11325 | 11325 | 11325 | 5305 | 9055 | 9055 | 9055 | 4245 | |
| 5-1/4 x 16 - 22 | HD5216 | -- | x | 14 | 5-3/8 | 13-7/8 | 2-1/2 | 1-1/8 | Min | 22 | 16d | 10 | 16d | 3390 | 3820 | 4100 | 2305 | 2980 | 3360 | 3605 | 2025 | |
| | | | | | | | | | Max | 30 | | 14 | | 4620 | 4990 | 4990 | 3225 | 3995 | 3995 | 3995 | 2835 | |
| 6-3/4 x 9 - 14 | THDH6710 | HGUS210-4, HGUS6.88/10 | x | 12 | 6-7/8 | 8-13/16 | 4 | 2-1/2 | -- | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7765 | 7765 | 7765 | 3445 | IBC, FL, LA |
| 6-3/4 x 11 - 18 | THDH6712 | HGUS212-4, HGUS6.88/12 | x | 12 | 6-7/8 | 10-13/16 | 4 | 2-1/2 | -- | 56 | 16d | 14 | 16d | 9020 | 9020 | 9020 | 5290 | 7775 | 7775 | 7775 | 4195 | |
| 6-3/4 x 13 - 20 | THDH6714 | HGUS214-4, HGUS6.88/14 | x | 12 | 6-7/8 | 12-13/16 | 4 | 2-1/2 | -- | 66 | 16d | 16 | 16d | 11325 | 11325 | 11325 | 5305 | 8995 | 8995 | 8995 | 4215 | |
| 7 x 9-1/4 - 14 | HD7100 | HU410-2 | x | 14 | 7-1/8 | 9 | 2-1/2 | 1-1/16 | Min | 14 | 16d | 6 | 16d | 2155 | 2430 | 2610 | 1305 | 1895 | 2140 | 2295 | 1035 | |
| | | | | | | | | | Max | 18 | | 8 | | 2770 | 3125 | 3355 | 1845 | 2440 | 2750 | 2950 | 1620 | |
| | THD7210 | HHUS7.25/10 | x | 12 | 7-1/4 | 9 | 3 | 3 | -- | 38 | 16d | 20 | 10d | 6535 | 7255 | 7745 | 4035 | 5750 | 6380 | 6605 | 3220 | |
| | THDH7210 | HGUS7.25/10 | x | 12 | 7-1/4 | 9 | 4 | 2-1/2 | -- | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7760 | 7760 | 7760 | 3440 | |
| 7 x 11-1/4 - 16 | HD7120 | HU412-2 | x | 14 | 7-1/8 | 10-11/16 | 2-1/2 | 1-1/16 | Min | 16 | 16d | 8 | 16d | 2465 | 2780 | 2980 | 1305 | 2165 | 2445 | 2620 | 1035 | |
| | | | | | | | | | Max | 22 | | 10 | | 3390 | 3820 | 4100 | 1845 | 2980 | 3360 | 3605 | 1620 | |
| | THDH7212 | HGUS7.25/12 | x | 12 | 7-1/4 | 10-1/2 | 4 | 2-1/2 | -- | 56 | 16d | 14 | 16d | 9020 | 9020 | 9020 | 5290 | 7770 | 7770 | 7770 | 4195 | |
| 7 x 14 - 20 | HD7140 | HU414-2 | x | 14 | 7-1/8 | 13 | 2-1/2 | 1-1/16 | Min | 20 | 16d | 8 | 16d | 3080 | 3475 | 3725 | 1845 | 2710 | 3055 | 3160 | 1620 | |
| | | | | | | | | | Max | -- | | 12 | | 4005 | 4435 | 4435 | 2765 | 3520 | 3885 | 3885 | 2430 | |
| | THDH7214 | HGUS7.25/14 | x | 12 | 7-1/4 | 12-1/4 | 4 | 2-1/2 | -- | 66 | 16d | 16 | 16d | 11325 | 11325 | 11325 | 5305 | 8990 | 8990 | 8990 | 4215 | |
| 7 x 16 - 22 | HD7160 | -- | x | 14 | 7-1/8 | 15-5/8 | 2-1/2 | 1-1/16 | -- | 24 | 16d | 8 | 10d | 3695 | 4170 | 4435 | 1560 | 3250 | 3665 | 3870 | 1375 | |
| 7 x 18 - 26 | HD7180 | -- | x | 14 | 7-1/8 | 17-3/4 | 2-1/2 | 1-1/16 | -- | 28 | 16d | 10 | 10d | 4310 | 4860 | 4940 | 1560 | 3795 | 3910 | 3910 | 1375 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) WS3 structural wood screws are 1/4" dia. x 3" long and are included with HDQ hangers.
3) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**



Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**EWP Hangers**

## TFI / TFL / THO Top Mount Hangers

**EWP Hangers**

**TFI / THO** – Engineered for I-Joist to header applications. Offers full lateral support of the I-Joist top chord, eliminating the need for web stiffeners in most applications. Raised dimple nailing guides help assure correct 45° nailing into the I-Joist bottom flange. The THO's feature the patented Seat Cleat® that allows for quick, positive seating. The Seat Cleat® will hold the I-Joist in place, eliminating spring back during nailing in the bottom flange.

**TFL** – Features 1-1/2" top flange depth that accommodates all header types as well as back-to-back installations. Also features MiTek's patented Seat Cleat® for quick, positive seating.

**Materials:** See EWP Top Mount Hangers charts, pages 221-226
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. 5,564,248 – THO & TFL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Refer to the top mount chart for applications inquiring web stiffeners.
• Requirements for web stiffener from the I-Joist manufacturer should be followed, even if web stiffeners are not required in MiTek literature.
• Uplift capacity for THO and TFL single-ply hangers installed without joist nails = 85 lbs. Refer to THO, TFL, & THF Single-Ply I-Joist Hangers Technical Bulletin.



**Typical THO installation**



**Typical TFL installation**



**THO**



**TFL**



Slant Nailing via dimple nail holes

Diamond holes

Seat Cleat® helps lock I-Joist into place for positive seating and nailing ease.



**TFI**

**Nailer Options**
— chart represents maximum allowable loads for hangers used on wood nailers. Reference page 203.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek Series | Nailer Size | Fastener Schedule[3] | | | | | DF/ SP Allowable Loads (Lbs.)[2,3] | | SPF Allowable Loads (Lbs.)[2,3] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Nailer | | | Joist | | Download 100% | Uplift[1] 160% | Download 100% | Uplift[1] 160% |
| | | Top Qty | Face Qty | Type | Qty | Type | | | | |
| TFL | 2X | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1270 | 130 | 1090 | 110 |
| | 3X | 4 | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 1600 | 130 | 1260 | 110 |
| | (2) 2X | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1280 | 130 | 1100 | 110 |
| | 4X | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 1745 | 130 | 1260 | 110 |
| THO | 2X | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| | 3X | 4 | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| | (2) 2X | 4 | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| | 4X | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| THO (Double) | 2X | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1455 | 230 | 1250 | 195 |
| | 3X | 4 | 2 | 16d x  2-1/2 | 2 | 10d x 1-1/2 | 2335 | 230 | 1815 | 195 |
| | (2) 2X | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 2370 | 230 | 1815 | 195 |
| | 4X | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2525 | 230 | 1815 | 195 |
| TFI | 2X | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1985 | 215 | 1665 | 180 |
| | 3X | 4 | 6 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2715 | 215 | 2075 | 180 |
| | (2) 2X | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2715 | 215 | 2075 | 180 |
| | 4X | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2560 | 215 | 2075 | 180 |
| | 4X | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 3245 | 215 | 2075 | 180 |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Listed loads shall not be increased.
3) Values in the table apply to standard top mount hangers without slope, skew or any other specialty options.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long, 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long.
New products or updated product information are designated in **blue font**.

**EWP Hangers**

## BPH / HBPH Top Mount Hangers

**EWP Hangers**

These hangers are used to support LVL, LSL, and PSL beams and headers in medium-to-heavy load conditions.

**Materials:** BPH – 12 gauge; HBPH – 10 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Refer to the top mount chart for applications requiring web stiffeners.
• Requirements for web stiffener from the I-Joist manufacturer should be followed, even if web stiffeners are not required in MiTek literature.
• For welded installations, see page 325.


**Typical BPH installation**


**Typical HBPH installation**


**BPH**


**HBPH**

### Nailer Options
– chart represents maximum allowable loads for hangers used on wood nailers. Reference page 203.

| MiTek Series | Nailer Size | Fastener Schedule[4] | | | | | DF/SP Allowable Loads (Lbs.)[2,3] | | S-P-F Allowable Loads (Lbs.)[2,3] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Header | | | Joist | | Download 100% | Uplift[1] 160% | Download 100% | Uplift[1] 160% |
| | | Top Qty | Face Qty | Type | Qty | Type | | | | |
| BPH | 2X | 4 | 2 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2080 | 230 | 1790 | 200 |
| | 3X | 4 | 4 | 16d x 2-1/2 | 4 | 10d x 1-1/2 | 2360 | 535 | 2030 | 460 |
| | (2) 2X | 4 | 4 | 10d | 4 | 10d x 1-1/2 | 2310 | 535 | 1985 | 460 |
| | 4X | 4 | 4 | 16d | 4 | 10d x 1-1/2 | 2245 | 535 | 1930 | 460 |
| HBPH | 2X | 6 | 2 | 10d x 1-1/2 | 10 | 16d | 2540 | -- | 2135 | -- |
| | 3X | 6 | 6 | 16d x 2-1/2 | 10 | 10d | 4500 | -- | 3780 | -- |
| | (2) 2X | 6 | 8 | 10d | 10 | 16d | 4140 | 1610 | 3480 | 1350 |
| | 4X | 6 | 10 | 16d | 10 | 16d | 5745 | 1610 | 4825 | 1350 |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Listed loads shall not be increased.
3) Values in the table apply to standard top mount hangers without slope, skew or any other specialty options.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long, 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long.
New products or updated product information are designated in blue font.

### Specialty Options Chart
– refer to Specialty Options pages 320 and 322 for additional details

| Option | Skewed[1,3] | Sloped Seat[2,3] | Sloped / Skewed[1,2,3] | Sloped Top Flange[4] |
|---|---|---|---|---|
| Range | 1° to 50° | 1° to 45° | See Sloped Seat and Skewed | 0° to 45° |
| Allowable Loads | 100% of table load | 100% of table load | 100% of table load | 100% of table load |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) or bevel cut (BV) to product number. Example: BPH3595_SK45R_SQ | Add SL, slope required, and up (U) or down (D), to product number. Example: BPH3595_SL30D | See Sloped Seat and Skewed. Example: BPH3595_SK45R_SQ_SL30D | Add SF, angle required and right (R) or left (L), to product number. Example: BPH3595_SF30L |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.
4) Sloped top flanges with slopes greater than 15° may have additional header nails.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**EWP Hangers**

MiTek® Product Catalog

# **HLBH** Beam Hangers

Heavy-duty hanger for LVL, LSL, and PSL beams.

**Materials:** 7 gauge
**Finish:** Primer
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• For welded installations, see page 325.
• 16d ring shank nails are supplied with HLBH hangers.



**Typical HLBH installation**

**Nailer Options**
– chart represents maximum allowable loads for hangers used on wood nailers. Reference page 203.

| MiTek Series | Nailer Size | Fastener Schedule[4] | | | | DF/SP Allowable Loads (Lbs.)[2,3] | | SPF Allowable Loads (Lbs.)[2,3] | |
| | | Nailer | | Joist | | | | | |
| | | Top Qty | Face Qty | Type | Qty | Type | Download 100% | Uplift[1] 160% | Download 100% | Uplift[1] 160% |
|---|---|---|---|---|---|---|---|---|---|---|
| HLBH | 2x | 3 | 4 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 6115 | -- | 5135 | -- |
| | 3x | 3 | 6 | 16d x 2-1/2 | 6 | 10d | 6825 | -- | 5735 | -- |
| | (2) 2x | 3 | 8 | 10d | 6 | 10d x 1-1/2 | 4385 | -- | 3685 | -- |
| | 4X | 3 | 8 | NA16D-RS | 6 | 10d x 1-1/2 | 9600 | 1115 | 6900 | 935 |
| | 4X | 3 | 8 | NA16D-RS | 6 | 16d | 9600 | 1115 | 6900 | 935 |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Listed loads shall not be increased.
3) Values in the table apply to standard top mount hangers without slope, skew or any other specialty options.
4) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long,
NA16D-RS nails are 0.148 dia, x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**HLBH**

**Specialty Options Chart**
– refer to Specialty Options pages 320, 322-323 for additional details



| Option | Skewed[1,3] | Sloped Seat[2,3] | Sloped / Skewed[2,3] | Sloped Top Flange[4] | Top Flange Offset | Saddle[5] | Ridge |
|---|---|---|---|---|---|---|---|
| Range | 1˚ to 50˚ | 1˚ to 45˚ | See Sloped Seat and Skewed | 0˚ to 45˚ | -- | -- | 0˚ to 45˚ |
| Allowable Loads | 8070 lbs. Max. 50% of uplift load on skew greater than 15˚. | 7000 lbs. Max. | 6650 lbs. Max. 50% of uplift load on skew greater than 15˚. | 100% of table load | 45% of table load | 100% of table load per side. See footnote 5. | 100% of table load |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) or bevel cut (BV) to product number. Ex. HLBH3595_SK45R_BV | Add SL, slope required, and up (U) or down (D), to product number. Ex. HLBH3595_SL30D | See Sloped Seat and Skewed. Ex. HLBH3595_SK45R_BV_SL30D | Add SF, angle required, and right (R) or left (L), to product number. Ex. HLBH3595_SF30L | Add OS, and right (R) or left (L), to product number. Ex. HLBH3595_OSL | Add SA, and saddle width required to product number. Ex. HLBH3595_SA=5-1/2" | Add DA, and angle required to product number. Ex. HLBH3595_DA30 |

1) Skewed hangers with skews greater than 15˚ may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15˚ may have additional joist nails.
3) Skewed hangers typically require a bevel cut however, a square cut option may be available as a custom when requested.
4) Sloped top flanges with slopes greater than 15˚ may have additional header nails.
5) Minimum header thickness shall be double the top flange (TF) dimension for 100% table load.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## PHM / PHXU Top Flange Hangers

**EWP Hangers**

Used to connect LVL, LSL, and PSL beams to headers in medium load conditions using standard nails.

**Materials:** See EWP Top Mount Hangers charts, pages 221-229
**Finish:** Primer; PHXU – G90 galvanizing
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. 6,463,711 B1 – PHXU

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• For welded installations, see page 325.





**Typical PHXU installation**



**PHXU**



**PHM**

### Nailer Options
– chart represents maximum allowable loads for hangers used on wood nailers. Reference page 203.

| MiTek Series | Nailer Size | Fastener Schedule[5] | | | | | DF/SP Allowable Loads (Lbs.)[1,4] | | SPF Allowable Loads (Lbs.)[1,4] | |
| | | Nailer | | | Joist | | Download 100% | Uplift 160% | Download 100% | Uplift 160% |
| | | Top Qty | Face Qty | Type | Qty | Type | | | | |
| PHM | 2X | 2 | -- | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 3010 | -- | 2140 | -- |
| | 3X | 2 | -- | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 3060 | -- | 2140 | -- |
| | (2) 2X | 2 | -- | 10d | 2 | 10d x 1-1/2 | 3060 | -- | 2140 | -- |
| | 4X | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3060 | -- | 2140 | -- |
| PHXU [3] widths < 3-1/2" | 2X | 4 | 4 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 2585 | -- | 2170 | -- |
| | 3X | 4 | 4 | 16d x 2-1/2 | 6 | 10d x 1-1/2 | 3855 | -- | 3150 | -- |
| | (2) 2X | 4 | 2 | 10d | 6 | 10d x 1-1/2 | 3590 | -- | 3015 | -- |
| | 4X [3] | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4420 [3] | 870 | 3150 | 730 |
| PHXU [2] widths ≥ 3-1/2" | 2X | 4 | -- | 10d x 1-1/2 | 6 | 10d | 2765 | -- | 2325 | -- |
| | 3X | 4 | 2 | 16d x 2-1/2 | 6 | 10d | 3895 | -- | 3270 | -- |
| | (2) 2X | 4 | 4 | 10d | 6 | 10d | 3785 | -- | 3180 | -- |
| | 4X | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5285 | 970 | 4545 | 835 |
| | 4X | 4 | 4 | 16d | 6 | 10d | 5285 | 1120 | 4545 | 940 |

1) Listed loads shall not be increased.
2) Loads valid for hanger height ≤ 20". For hanger height ≥ 22", consult MiTek Engineering.
3) PHXU hangers with a width of less than 2-3/4" on 4x nailers are 4,350 lbs of download.
4) **Values in the table apply to standard top mount hangers without slope, skew or any other specialty options.**
5) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long,
   16d nails are 0.162" dia. x 3-1/2" long, 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long.
New products or updated product information are designated in **blue font.**

### Specialty Options Chart
– refer to Specialty Options pages 320, 322-323 for additional details.

| Option | MiTek USP Series | Skewed[1,3,5] | Sloped Seat[2,3] | Sloped / Skewed[1,2,3] | Sloped Top Flange[4] | Top Flange Offset[5] | Saddle[5,6] | Ridge |
| Range | PHM | 1° to 84° | 1° to 45° | See Sloped Seat and Skewed | 0° to 35° | -- | -- | 0° to 45° |
| | PHXU | 1° to 60° | | | | | | N/A |
| Allowable Loads | PHM | 100% of table load | 100% of table load | 100% of table load up to Max. load of 2500 lbs. | 100% of table load | **Hanger Width** 3-1/2" or less — 60% / 3-9/16" to 5-1/2" — 75% / 5-9/16" to 7-1/2" — 85% (% of table load) | 100% of table load. **See footnote 6.** | 100% of table load |
| | PHXU | | | 100% of table load up to Max. load of 3900 lbs. | | | | |
| Ordering | PHM | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex: PHXU1795_SK45R_SQ | Add *SL*, slope required, and up *(U)* or down *(D)*, to product number. Ex: PHXU1795_SL30D | See Sloped Seat and Skewed. Ex: PHXU1795_SK45R_SQ_SL30D | Add *SF*, angle required, and right *(R)* or left *(L)*, to product number. Ex: PHXU1795_SF30L | Add *OS*, and right *(R)* or left *(L)*, to product number. Ex: PHXU1795_OSL | Add *SA*, and saddle width required to product number. Ex: PHXU1795_SA=5-1/2" | Add *DA*, and angle required to product number. Ex. PHXU1795_DA30 |
| | PHXU | | | | | | | N/A |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped/skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.
4) Sloped top flanges with slopes greater than 15° may have additional header nails.
5) Skewed, top flange offset, or saddle options will have a solid, welded top flange.
6) Minimum header thickness shall be double the top flange (TF) dimension for 100% table load.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**EWP Hangers**

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | DF/SP 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1/2 x 9-1/4 | THO15925 | -- | -- | 18 | 1-9/16 | 9-1/4 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 955 | 1005 | 1235 | 230 | |
| | BPH15925 | -- | x | 12 | 1-9/16 | 9-1/4 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2830 | 2830 | 2830 | 2095 | -- | 2825 | 850 | |
| 1-1/2 x 9-1/2 | THO15950 | -- | -- | 18 | 1-1/2 | 9-1/2 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 955 | 1090 | 1235 | 230 | |
| | BPH1595 | BA1.56/9.5 | x | 12 | 1-9/16 | 9-1/2 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2830 | 2830 | 2830 | 2095 | -- | 2825 | 850 | |
| 1-1/2 x 11-1/4 | BPH15112 | -- | x | 12 | 1-9/16 | 11-1/4 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2830 | 2830 | 2830 | 2095 | -- | 2825 | 850 | |
| 1-1/2 x 11-7/8 | THO15118 | ITS1.56/11.88 | -- | 18 | 1-1/2 | 11-7/8 | 2 | -- | 1-9/16 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 955 | 1205 | 1235 | 230 | |
| | BPH15118 | BA1.56/11.88 | x | 12 | 1-9/16 | 11-7/8 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2830 | 2830 | 2830 | 2095 | -- | 2825 | 850 | |
| 1-1/2 x 14 | THO15140 | -- | -- | 16 | 1-9/16 | 14 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 950 | 1030 | 1235 | 230 | |
| | BPH1514 | -- | x | 12 | 1-9/16 | 14 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2830 | 2830 | 2830 | 2095 | -- | 2825 | 850 | |
| 1-5/8 x 9-1/2 | THO16950 | -- | -- | 18 | 1-11/16 | 9-1/2 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 955 | 1005 | 1235 | 230 | |
| 1-5/8 x 11-1/4 | THO16112 | -- | -- | 16 | 1-11/16 | 11-1/4 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 955 | 1030 | 1235 | 230 | |
| 1-5/8 x 11-7/8 | THO16118 | -- | -- | 16 | 1-11/16 | 11-7/8 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 955 | 1030 | 1235 | 230 | |
| 1-5/8 x 14 | THO16140 | -- | -- | 16 | 1-11/16 | 14 | 3 | -- | 1-3/4 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2370 | 2370 | 2370 | 2185 | 1030 | 2370 | 230 | |
| 1-3/4 x 7-1/4 | PHXU17725 | WP1.81 H=7.25 | x | 7 | 1-13/16 | 7-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4350 | 4350 | 4350 | 3245 | -- | 4350 | 930 | |
| 1-3/4 x 9-1/4 | BPH17925 | BA1.81/9.25 | x | 12 | 1-13/16 | 9-1/4 | 2-3/8 | -- | 1-11/16 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2970 | 2970 | 2970 | 2300 | -- | 2970 | 850 | |
| | PHM17925 | WP1.81 H=9.25 | x | 7/10 | 1-13/16 | 9-1/4 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3335 | 3335 | 3335 | 2140 | -- | 3060 | -- | |
| | PHXU17925 | -- | x | 7 | 1-13/16 | 9-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4350 | 4350 | 4350 | 3245 | -- | 4350 | 930 | |
| 1-3/4 x 9-1/2 | THO17950 | ITS1.81/9.5 | -- | 18 | 1-3/4 | 9-1/2 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 950 | 1235 | 1235 | 230 | IBC, FL, LA |
| | BPH1795 | BA1.81/9.5, MIT9.5 | x | 12 | 1-13/16 | 9-1/2 | 2-3/8 | -- | 1-11/16 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2970 | 2970 | 2970 | 2300 | -- | 2970 | 850 | |
| | PHM1795 | WP1.81 H=9.5 | x | 7/10 | 1-13/16 | 9-1/2 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3335 | 3335 | 3335 | 2140 | -- | 3060 | -- | |
| | PHXU1795 | -- | x | 7 | 1-13/16 | 9-1/2 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4350 | 4350 | 4350 | 3245 | -- | 4350 | 930 | |
| 1-3/4 x 11-1/4 | BPH17112 | BA1.81/11.25 | x | 12 | 1-13/16 | 11-1/4 | 2-3/8 | -- | 1-11/16 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2970 | 2970 | 2970 | 2300 | -- | 2970 | 850 | |
| | PHM17112 | WP1.81 H=11.25 | x | 7/10 | 1-13/16 | 11-1/4 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3335 | 3335 | 3335 | 2140 | -- | 3060 | -- | |
| | PHXU17112 | -- | x | 7 | 1-13/16 | 11-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4350 | 4350 | 4350 | 3245 | -- | 4350 | 930 | |
| 1-3/4 x 11-7/8 | THO17118 | ITS1.81/11.88, MIT11.88 | -- | 18 | 1-3/4 | 11-7/8 | 2 | -- | 1-9/16 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1235 | 1235 | 1235 | 950 | 1235 | 1235 | 230 | |
| | BPH17118 | BA1.81/11.88 | x | 12 | 1-13/16 | 11-7/8 | 2-3/8 | -- | 1-11/16 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2970 | 2970 | 2970 | 2300 | -- | 2970 | 850 | |
| | PHM17118 | WP1.81 H=11.875 | x | 7/10 | 1-13/16 | 11-7/8 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3335 | 3335 | 3335 | 2140 | -- | 3060 | -- | |
| | PHXU17118 | -- | x | 7 | 1-13/16 | 11-7/8 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4350 | 4350 | 4350 | 3245 | -- | 4350 | 930 | |
| 1-3/4 x 14 | TFL1714 | ITS1.81/14 | -- | 18 | 1-3/4 | 14 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| | BPH1714 | BA1.81/14, MIT1.81/14 | x | 12 | 1-13/16 | 14 | 2-3/8 | -- | 1-11/16 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2970 | 2970 | 2970 | 2300 | -- | 2970 | 850 | |
| | PHM1714 | WP1.81 H=14 | x | 7/10 | 1-13/16 | 14 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3335 | 3335 | 3335 | 2140 | -- | 3060 | -- | |
| | PHXU1714 | -- | x | 7 | 1-13/16 | 14 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4350 | 4350 | 4350 | 3245 | -- | 4350 | 930 | |
| 1-3/4 x 16 | TFL1716 | ITS1.81/16 | -- | 18 | 1-3/4 | 16 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| | BPH1716 | BA1.81/16, MIT1.81/16 | x | 12 | 1-13/16 | 16 | 2-3/8 | -- | 1-11/16 | 4 | 6 | 16d | 4 | 10d x 1-1/2 | 2970 | 2970 | 2970 | 2300 | -- | 2970 | 850 | |
| | PHM1716 | WP1.81 H=16 | x | 7/10 | 1-13/16 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3335 | 3335 | 3335 | 2140 | -- | 3060 | -- | |
| 2 - 2-1/8 x 9-1/2 | TFL2095 | ITS2.06/9.5 | -- | 18 | 2-1/8 | 9-1/2 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2 - 2-1/8 x 11-7/8 | TFL20118 | ITS2.06/11.88 | -- | 18 | 2-1/8 | 11-7/8 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2 - 2-1/8 x 14 | TFL2014 | ITS2.06/14 | -- | 18 | 2-1/8 | 14 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted
3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.
4) **When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**
5) **NAILS:** 10d x 1-1/2 nails are  0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved



Continued on next page

**EWP Hangers**

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | DF/SP 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 - 2-1/8 x 16 | TFL2016 | ITS2.06/16 | -- | 18 | 2-1/8 | 16 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/4 - 2-5/16 x 9-1/2 | TFL2395 | ITS2.37/9.5 | -- | 18 | 2-5/16 | 9-1/2 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/4 - 2-5/16 x 11-7/8 | TFL23118 | ITS2.37/11.88 | -- | 18 | 2-5/16 | 11-7/8 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/4 - 2-5/16 x 14 | TFL2314 | ITS2.37/14 | -- | 18 | 2-5/16 | 14 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| | TH023140 | BA2.37/14 | -- | 18 | 2-3/8 | 14 | 2-3/8 | -- | 2 | 4 | 8 | 10d | 2 | 10d x 1-1/2 | 2400 | 2400 | 2400 | 1840 | 2400 | 2400 | 230 | |
| | TFI3514 | MIT3514 | -- | 16 | 2-3/8 | 14 | 2-1/2 | -- | 2-1/16 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| | PHM2314 | WP2.37 H=14 | x | 7/10 | 2-3/8 | 14 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| 2-1/4 - 2-5/16 x 16 | TFL2316 | ITS2.37/16 | -- | 18 | 2-5/16 | 16 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| | TFI3516 | MIT3516 | -- | 16 | 2-3/8 | 16 | 2-1/2 | -- | 2-1/16 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| | PHM2316 | WP2.37 H=16 | x | 7/10 | 2-3/8 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| 2-1/4 - 2-5/16 x 18 | TFI3518 | BA2.37/18, MIT3518 | -- | 16 | 2-3/8 | 18 | 2-1/2 | -- | 2-1/16 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| | PHM2318 | WP2.37 H=18 | x | 7/10 | 2-3/8 | 18 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| 2-1/4 - 2-5/16 x 20 | TFI3520 | BA2.37/20, MIT3520 | -- | 16 | 2-3/8 | 20 | 2-1/2 | -- | 2-1/16 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| | PHM2320 | WP2.37 H=20 | x | 7/10 | 2-3/8 | 20 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| 2-1/2 x 9-1/4 | TFL25925 | -- | -- | 18 | 2-1/2 | 9-1/4 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/2 x 9-3/8 | TFL25938 | -- | -- | 18 | 2-1/2 | 9-3/8 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/2 x 9-1/2 | TFL2595 | ITS2.56/9.5 | -- | 18 | 2-1/2 | 9-1/2 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/2 x 11-1/4 | TFL25112 | -- | -- | 18 | 2-1/2 | 11-1/4 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/2 x 11-7/8 | TFL25118 | ITS2.56/11.88 | -- | 18 | 2-1/2 | 11-7/8 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| | TH025118 | MIT311.88 | -- | 16 | 2-9/16 | 11-7/8 | 2-3/8 | -- | 1-15/16 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2370 | 2370 | 2370 | 2095 | 1835 | 2370 | 230 | IBC, FL, LA |
| 2-1/2 x 13 | TFL2513 | -- | -- | 18 | 2-1/2 | 13 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| 2-1/2 x 14 | TFL2514 | ITS2.56/14 | -- | 18 | 2-1/2 | 14 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| | TH025140 | MIT314 | -- | 18 | 2-9/16 | 14 | 2-3/8 | -- | 2 | 4 | 8 | 10d | 2 | 10d x 1-1/2 | 2400 | 2400 | 2400 | 1835 | 2400 | 2400 | 230 | |
| | TFI314 | -- | -- | 16 | 2-9/16 | 14 | 2-1/2 | -- | 2 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| | PHM2514 | WP2.56 H=14 | -- | 7/10 | 2-9/16 | 14 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| 2-1/2 x 16 | TFL2516 | ITS2.56/16 | -- | 18 | 2-1/2 | 16 | 2 | -- | 1-1/2 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1585 | 1585 | 1585 | 1260 | 1245 | 1585 | 130 | |
| | TFI316 | BA2.56/16, MIT316 | -- | 16 | 2-9/16 | 16 | 2-1/2 | -- | 2 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| | PHM2516 | WP2.56 H=16 | -- | 7/10 | 2-9/16 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| 2-1/2 x 18 | TFI318 | BA2.56/18, MIT318 | -- | 16 | 2-9/16 | 18 | 2-1/2 | -- | 2 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| 2-1/2 x 20 | TFI320 | HIT320, BA2.56/20, MIT320 | -- | 16 | 2-9/16 | 20 | 2-1/2 | -- | 2 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2080 | -- | 2715 | 215 | |
| 2-1/2 x 22 | TFI322 | HIT322, BA2.56/22, WP2.56 H=22 | -- | 16 | 2-9/16 | 22 | 2-1/2 | -- | 2 | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 2820 | 2820 | 2820 | 2485 | -- | 2820 | 215 | |
| 2-1/2 x 24 | TFI324 | HIT324, BA2.56/24, WP2.56 H=24 | -- | 16 | 2-9/16 | 24 | 2-1/2 | -- | 2 | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 2820 | 2820 | 2820 | 2485 | -- | 2820 | 215 | |
| 2-1/2 x 26 | TFI326 | BA2.56/26, WP2.56 H=26 | -- | 16 | 2-9/16 | 26 | 2-1/2 | -- | 2 | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 2820 | 2820 | 2820 | 2485 | -- | 2820 | 215 | |
| 2-5/8 x 9-1/2 | TH026950 | -- | -- | 18 | 2-11/16 | 9-1/2 | 2-3/8 | -- | 2 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2525 | 2525 | 2525 | 2070 | 1625 | 2525 | 230 | |
| 2-5/8 x 11-7/8 | TH026118 | -- | -- | 18 | 2-11/16 | 11-7/8 | 2-3/8 | -- | 2 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2370 | 2370 | 2370 | 2115 | 1835 | 2370 | 230 | |
| 2-5/8 x 14 | TH026140 | -- | -- | 18 | 2-11/16 | 14 | 2-3/8 | -- | 2 | 4 | 8 | 10d | 2 | 10d x 1-1/2 | 2400 | 2400 | 2400 | 1835 | 2400 | 2400 | 230 | |
| 2-5/8 x 16 | TH026160 | -- | -- | 18 | 2-11/16 | 16 | 2-3/8 | -- | 2 | 4 | 8 | 10d | 2 | 10d x 1-1/2 | 2400 | 2400 | 2400 | 1835 | 2400 | 2400 | 230 | |

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.

2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted

3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.

4) **When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**

5) **NAILS:** 10d x 1-1/2 nails are  0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, NA16D-RS nails are 0.148" x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**

New products or updated product information are designated in blue font.



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**EWP Hangers**

MiTek® Product Catalog

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | L | TF | Header Top Qty | Header Face Qty | Header Type | Joist Qty | Joist Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | Uplift[2] DF/SP 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-11/16 x 9-1/4 | PHXU27925 | -- | -- | 7 | 2-3/4 | 9-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| | HLBH27925 | -- | x | 7 | 2-3/4 | 9-1/4 | 6 | 12 | 2-3/4 | 3 | 12 | NA16D-RS | 6 | 10d x 1-1/2 | 10045 | 10045 | 10045 | 6900 | -- | 10045 | 1115 | |
| 2-11/16 x 9-1/2 | PHXU2795 | -- | -- | 7 | 2-3/4 | 9-1/2 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| | HLBH2795 | -- | x | 7 | 2-3/4 | 9-1/2 | 6 | 12 | 2-3/4 | 3 | 12 | NA16D-RS | 6 | 10d x 1-1/2 | 10045 | 10045 | 10045 | 6900 | -- | 10045 | 1115 | |
| 2-11/16 x 11-1/4 | PHXU27112 | -- | -- | 7 | 2-3/4 | 11-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| | HLBH27112 | -- | x | 7 | 2-3/4 | 11-1/4 | 6 | 12 | 2-3/4 | 3 | 12 | NA16D-RS | 6 | 10d x 1-1/2 | 10045 | 10045 | 10045 | 6900 | -- | 10045 | 1115 | |
| 2-11/16 x 11-7/8 | PHXU27118 | -- | -- | 7 | 2-3/4 | 11-7/8 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| | HLBH27118 | -- | x | 7 | 2-3/4 | 11-7/8 | 6 | 12 | 2-3/4 | 3 | 12 | NA16D-RS | 6 | 10d x 1-1/2 | 10045 | 10045 | 10045 | 6900 | -- | 10045 | 1115 | |
| 2-11/16 x 14 | PHXU2714 | -- | -- | 7 | 2-3/4 | 14 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| | HLBH2714 | -- | x | 7 | 2-3/4 | 14 | 6 | 12 | 2-3/4 | 3 | 12 | NA16D-RS | 6 | 10d x 1-1/2 | 10045 | 10045 | 10045 | 6900 | -- | 10045 | 1115 | |
| 2-11/16 x 16 | PHXU2716 | -- | -- | 7 | 2-3/4 | 16 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| | HLBH2716 | -- | x | 7 | 2-3/4 | 16 | 6 | 12 | 2-3/4 | 3 | 12 | NA16D-RS | 6 | 10d x 1-1/2 | 10045 | 10045 | 10045 | 6900 | -- | 10045 | 1115 | |
| 3 x 9-1/4 | BPH31925 | -- | x | 12 | 3-1/8 | 9-1/4 | 3 | -- | 2-1/8 | 4 | 6 | 16d | 4 | 10d | 3055 | 3055 | 3055 | 2345 | -- | 3055 | 850 | |
| | PHXU31925 | -- | x | 7 | 3-1/8 | 9-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| 3 x 9-1/2 | TH015950-2 | -- | x | 16 | 3-1/16 | 9-1/2 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 10d | 6 | 10d | 2525 | 2525 | 2525 | 1905 | 2525 | 2525 | 1135 | |
| | BPH3195 | -- | x | 12 | 3-1/8 | 9-1/2 | 3 | -- | 2-7/16 | 4 | 6 | 16d | 4 | 10d | 3055 | 3055 | 3055 | 2345 | -- | 3055 | 850 | |
| | PHXU3195 | -- | x | 7 | 3-1/8 | 9-1/2 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | IBC, FL, LA |
| 3 x 11-1/4 | BPH31112 | -- | x | 12 | 3-1/8 | 11-1/4 | 3 | -- | 2-1/8 | 4 | 6 | 16d | 4 | 10d | 3055 | 3055 | 3055 | 2345 | -- | 3055 | 850 | |
| | PHXU31112 | -- | x | 7 | 3-1/8 | 11-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| 3 x 11-7/8 | TH015118-2 | -- | x | 16 | 3-1/16 | 11-7/8 | 2-3/8 | -- | 1-1/2 | 4 | 6 | 10d | 6 | 10d | 2525 | 2525 | 2525 | 1890 | 2525 | 2525 | 1135 | |
| | BPH31118 | -- | x | 12 | 3-1/8 | 11-7/8 | 3 | -- | 2-1/8 | 4 | 6 | 16d | 4 | 10d | 3055 | 3055 | 3055 | 2345 | -- | 3055 | 850 | |
| | PHXU31118 | -- | x | 7 | 3-1/8 | 11-7/8 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| 3 x 14 | BPH3114 | -- | x | 12 | 3-1/8 | 14 | 3 | -- | 2-3/32 | 4 | 6 | 16d | 4 | 10d | 3055 | 3055 | 3055 | 2345 | -- | 3055 | 850 | |
| | PHXU3114 | -- | x | 7 | 3-1/8 | 14 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5370 | 5370 | 5370 | 4120 | -- | 5370 | 870 | |
| 3-1/2 x 7-1/4 | PHXU35725 | -- | x | 7 | 3-9/16 | 7-1/4 | 3-1/4 | 10 | 1-2 | 4 | 4 | 10d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| 3-1/2 x 9-1/4 | TH035925 | ITS3.56/9.25 | x | 16 | 3-9/16 | 9-1/4 | 2-3/8 | -- | 2-1/2 | 4 | 6 | 10d | 6 | 10d x 1-1/2 | 2370 | 2370 | 2370 | 2370 | 2050 | 2370 | 230 | |
| | BPH35925 | BA3.56/9.25 | x | 12 | 3-9/16 | 9-1/4 | 2-3/8 | -- | 2-3/8 | 4 | 6 | 16d | 4 | 10d | 3100 | 3100 | 3100 | 2380 | -- | 3100 | 850 | |
| | HBPH35925 | HB3.56/9.25 | x | 10 | 3-9/16 | 9-1/4 | 3-1/2 | -- | 3 | 6 | 6 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM35925 | WP3.56 H=9.25 | x | 7/10 | 3-5/8 | 9-1/4 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU35925 | HWP3.56 H=9.25 | x | 7 | 3-9/16 | 9-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 10d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH35925 | HGLTV3.56/9.25 | x | 7 | 3-5/8 | 9-1/4 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |
| 3-1/2 x 9-3/8 | TH03938 | -- | -- | 16 | 3-9/16 | 9-3/8 | 2-3/8 | -- | 2 | 4 | 6 | 10d | 6 | 10d | 2370 | 2370 | 2370 | 2215 | 2050 | 2370 | 230 | |
| 3-1/2 x 9-1/2 | TH035950 | ITS3.56/9.5 | x | 16 | 3-9/16 | 9-1/2 | 2-3/8 | -- | 2-7/16 | 4 | 6 | 10d | 6 | 10d x 1-1/2 | 2370 | 2370 | 2370 | 2370 | 2050 | 2370 | 230 | |
| | TH017950-2 | MIT49.5 | x | 16 | 3-9/16 | 9-1/2 | 2-3/8 | -- | 1-9/16 | 4 | 6 | 10d | 6 | 10d | 2920 | 2920 | 2920 | 1955 | 2630 | 2630 | 1135 | |
| | BPH3595 | BA3.56/9.5 | x | 12 | 3-9/16 | 9-1/2 | 2-3/8 | -- | 2-3/8 | 4 | 6 | 16d | 4 | 10d | 3100 | 3100 | 3100 | 2380 | -- | 3100 | 850 | |
| | HBPH3595 | HB3.56/9.5 | x | 10 | 3-9/16 | 9-1/2 | 3-1/2 | -- | 3 | 6 | 6 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3595 | WP3.56 H=9.5 | x | 7/10 | 3-5/8 | 9-1/2 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3595 | HWP3.56 H=9.5 | x | 7 | 3-9/16 | 9-1/2 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 10d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH3595 | HGLTV3.59 | x | 7 | 3-5/8 | 9-1/2 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted
3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.
4) When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.
5) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, NA16D-RS nails are 0.148" x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.
New products or updated product information are designated in blue font.



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**EWP Hangers**

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | DF/SP 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-1/2 x 11-1/4 | TH035112 | -- | -- | 16 | 3-9/16 | 11-1/4 | 2-3/8 | -- | 2-1/2 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2370 | 2370 | 2370 | 2370 | 2050 | 2370 | 230 | |
| | BPH35112 | BA3.56/11.25 | x | 12 | 3-9/16 | 11-1/4 | 2-3/8 | -- | 2-3/8 | 4 | 6 | 16d | 4 | 10d | 3100 | 3100 | 3100 | 2380 | -- | 3100 | 850 | |
| | HBPH35112 | HB3.56/11.25 | x | 10 | 3-9/16 | 11-1/4 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHXU35112 | WP3.56 H=11.25, HWP3.56 H=11.25 | x | 7 | 3-9/16 | 11-1/4 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 16d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH35112 | HGLTV3.56/11.25 | x | 7 | 3-5/8 | 11-1/4 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |
| 3-1/2 x 11-7/8 | TH035118 | ITS3.56/11.88 | -- | 18 | 3-9/16 | 11-7/8 | 2-3/8 | -- | 2-1/2 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2525 | 2525 | 2525 | 2265 | 2050 | 2525 | 230 | |
| | TH017118-2 | MIT411.88 | x | 16 | 3-9/16 | 11-7/8 | 2-3/8 | -- | 1-9/16 | 4 | 6 | 10d | 2 | 10d | 2740 | 2860 | 2920 | 1815 | 2430 | 2430 | 1135 | |
| | BPH35118 | BA3.56/11.88 | x | 12 | 3-9/16 | 11-7/8 | 2-3/8 | -- | 2-3/8 | 4 | 6 | 16d | 4 | 10d | 3100 | 3100 | 3100 | 2380 | -- | 3100 | 850 | |
| | HBPH35118 | HB3.56/11.88 | x | 10 | 3-9/16 | 11-7/8 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM35118 | WP3.56 H=11.875 | x | 7/10 | 3-5/8 | 11-7/8 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | | |
| | PHXU35118 | HWP3.56 H=11.875, HWPH3.56 H=11.875 | x | 7 | 3-9/16 | 11-7/8 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 16d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH35118 | HGLT4 H=11.875, HGLTV3.511 | x | 7 | 3-5/8 | 11-7/8 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |
| 3-1/2 x 12 | TH035120 | -- | -- | 18 | 3-9/16 | 12 | 2-3/8 | -- | 2-1/2 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2525 | 2525 | 2525 | 2265 | 2050 | 2525 | 230 | |
| | BPH3512 | -- | x | 12 | 3-9/16 | 12 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3512 | HB3.56/12 | x | 10 | 3-9/16 | 12 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHXU3512 | -- | x | 7 | 3-9/16 | 12 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 16d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH3512 | HGLTV3.512 | x | 7 | 3-5/8 | 12 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |
| 3-1/2 x 13 | TH035130 | -- | -- | 18 | 3-9/16 | 13 | 2-3/8 | -- | 2-1/2 | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2525 | 2525 | 2525 | 2265 | 2050 | 2525 | 230 | |
| 3-1/2 x 14 | TH035140 | ITS3.56/14 | -- | 18 | 3-9/16 | 14 | 2-3/8 | -- | 2-1/2 | 4 | 8 | 10d | 2 | 10d x 1-1/2 | 2400 | 2400 | 2400 | 1835 | 2400 | 2400 | 230 | IBC, FL, LA |
| | TFI414 | MIT414 | -- | 16 | 3-9/16 | 14 | 2-1/2 | -- | 2-1/8 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2075 | -- | 2715 | 215 | |
| | BPH3514 | BA3.56/14 | x | 12 | 3-9/16 | 14 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3514 | HB3.56/14 | x | 10 | 3-9/16 | 14 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3514 | WP3.56 H=14 | x | 7/10 | 3-5/8 | 14 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | | |
| | PHXU3514 | HWP3.56 H=14, HWPH3.56 H=14 | x | 7 | 3-9/16 | 14 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 16d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH3514 | HGLT4 H=14, HGLTV3.514 | x | 7 | 3-5/8 | 14 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |
| 3-1/2 x 16 | TH035160 | ITS3.56/16 | -- | 18 | 3-9/16 | 16 | 2-3/8 | -- | 2-1/2 | 4 | 8 | 10d | 2 | 10d x 1-1/2 | 2400 | 2400 | 2400 | 1835 | 2400 | 2400 | 230 | |
| | TFI416 | MIT416 | -- | 16 | 3-9/16 | 16 | 2-1/2 | -- | 2-1/8 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2075 | -- | 2715 | 215 | |
| | BPH3516 | BA3.56/16 | x | 12 | 3-9/16 | 16 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3516 | HB3.56/16 | x | 10 | 3-9/16 | 16 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3516 | WP3.56 H=16 | x | 7/10 | 3-5/8 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | | |
| | PHXU3516 | HWP3.56 H=16, HWPH3.56 H=16 | x | 7 | 3-9/16 | 16 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 16d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH3516 | HGLT4 H=16, HGLTV3.516 | x | 7 | 3-5/8 | 16 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |
| 3-1/2 x 18 | TFI418 | HIT418, MIT418 | -- | 16 | 3-9/16 | 18 | 2-1/2 | -- | 2-1/8 | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2075 | -- | 2715 | 215 | |
| | BPH3518 | BA3.56/18 | x | 12 | 3-9/16 | 18 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3518 | HB3.56/18 | x | 10 | 3-9/16 | 18 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3518 | WP3.56 H=18 | x | 7/10 | 3-5/8 | 18 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 16d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | | |
| | PHXU3518 | HWP3.56 H=18, HWPH3.56 H=18 | x | 7 | 3-9/16 | 18 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 16d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH3518 | HGLT4 H=18, HGLTV3.518 | x | 7 | 3-5/8 | 18 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |

Table header spans:
- **Dimensions (in)**: W, H, D, L, TF
- **Fastener Schedule[5]**: Header (Top Qty, Face Qty, Type), Joist (Qty, Type)
- **Allowable Loads Header Type (Lbs.)[1,3]**: Download 100% (LVL, PSL, LSL, SPF), DF I-Joist[4], DF/SP; Uplift[2] DF/SP 160%

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted
3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.
4) **When I-joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**
5) **NAILS:** 10d x 1-1/2 nails are  0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, NA16D-RS nails are 0.148" dia. x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**
New products or updated product information are designated in blue font.



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

EWP Hangers

MiTek® Product Catalog

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | Dimensions (in) | | | | | Fastener Schedule[5] | | | | | Allowable Loads Header Type (Lbs.)[1,3] | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Header | | | Joist | | Download 100% | | | | Uplift[2] | | |
| | | | | | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP 160% | |
| 3-1/2 x 20 | TFI420 | HIT420, MIT420 | -- | 16 | 3-9/16 | 20 | 2-1/2 | -- | 2-1/8 | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 2715 | 2715 | 2715 | 2075 | -- | 2715 | 215 | |
| | BPH3520 | BA3.56/20 | x | 12 | 3-9/16 | 20 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3520 | HB3.56/20 | x | 10 | 3-9/16 | 20 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3520 | WP3.56 H=20 | x | 7/10 | 3-5/8 | 20 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3520 | HWP3.56 H=20, HWPH3.56 H=20 | x | 7 | 3-9/16 | 20 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| | HLBH3520 | HGLT4 H=20 | x | 7 | 3-5/8 | 20 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 10d | 10045 | 10045 | 10045 | 7705 | -- | 10045 | 1420 | |
| 3-1/2 x 22 | TFI422 | HIT422 | -- | 16 | 3-9/16 | 22 | 2-1/2 | -- | 2-1/8 | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 2820 | 2820 | 2820 | 2480 | -- | 2820 | 215 | |
| | BPH3522 | BA3.56/22 | x | 12 | 3-9/16 | 22 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3522 | HB3.56/22 | x | 10 | 3-9/16 | 22 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3522 | WP3.56 H=22 | x | 7/10 | 3-5/8 | 22 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3522 | HWP3.56 H=22, HWPH3.56 H=22 | x | 7 | 3-9/16 | 22 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| 3-1/2 x 24 | TFI424 | HIT424 | -- | 16 | 3-9/16 | 24 | 2-1/2 | -- | 2-1/8 | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 2820 | 2820 | 2820 | 2480 | -- | 2820 | 215 | |
| | BPH3524 | BA3.56/24 | x | 12 | 3-9/16 | 24 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3524 | HB3.56/24 | x | 10 | 3-9/16 | 24 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3524 | WP3.56 H=24 | x | 7/10 | 3-5/8 | 24 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3524 | HWP3.56 H=24, HWPH3.56 H=24 | x | 7 | 3-9/16 | 24 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| 3-1/2 x 26 | TFI426 | -- | -- | 16 | 3-9/16 | 26 | 2-1/2 | -- | 2-1/8 | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 2820 | 2820 | 2820 | 2480 | -- | 2820 | 215 | IBC, FL, LA |
| | BPH3526 | BA3.56/26 | x | 12 | 3-9/16 | 26 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3526 | HB3.56/26 | x | 10 | 3-9/16 | 26 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3526 | WP3.56 H=26 | x | 7/10 | 3-5/8 | 26 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3526 | HWP3.56 H=26, HWPH3.56 H=26 | x | 7 | 3-9/16 | 26 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| 3-1/2 x 28 | BPH3528 | BA3.56/28 | x | 12 | 3-9/16 | 28 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3528 | HB3.56/28 | x | 10 | 3-9/16 | 28 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3528 | WP3.56 H=28 | x | 7/10 | 3-5/8 | 28 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3528 | HWP3.56 H=28, HWPH3.56 H=28 | x | 7 | 3-9/16 | 28 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| 3-1/2 x 30 | BPH3530 | BA3.56/30 | x | 12 | 3-9/16 | 30 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | HBPH3530 | HB3.56/30 | x | 10 | 3-9/16 | 30 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6310 | 6310 | 6310 | 5035 | -- | 6310 | 2705 | |
| | PHM3530 | WP3.56 H=30 | x | 7/10 | 3-5/8 | 30 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3530 | HWP3.56 H=30, HWPH3.56 H=30 | x | 7 | 3-9/16 | 30 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| 3-1/2 x 32 | BPH3532 | -- | x | 12 | 3-9/16 | 32 | 2-3/4 | -- | 3 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2345 | -- | 3050 | 1140 | |
| | PHM3532 | -- | x | 7/10 | 3-5/8 | 32 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3335 | 3335 | 3335 | 2535 | -- | 3335 | -- | |
| | PHXU3532 | -- | x | 7 | 3-9/16 | 32 | 3-1/4 | 10 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4535 | -- | 5910 | 1120 | |
| 4 - 4-3/16 x 9-1/2 | TH020950-2 | MIT4.12/9.5, BA4.12/9.5 | x | 16 | 4-3/16 | 9-1/2 | 3 | -- | 2 | 4 | 6 | 16d | 6 | 10d | 2920 | 2920 | 2920 | 2245 | 2630 | 2920 | 1135 | |
| | PHM4295 | WP4.12 H=9.5 | x | 7/10 | 4-3/16 | 9-1/2 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 4 - 4-3/16 x 11-7/8 | TH020118-2 | MIT4.12/11.88, BA4.12/11.88 | x | 16 | 4-3/16 | 11-7/8 | 3 | -- | 2 | 4 | 6 | 16d | 6 | 10d | 2920 | 2920 | 2920 | 2245 | 2630 | 2920 | 1135 | |
| | PHM4118 | WP4.12 H=11.875 | x | 7/10 | 4-3/16 | 11-7/8 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 4 - 4-3/16 x 14 | TH020140-2 | BA4.12/14 | x | 12 | 4-3/16 | 14 | 3 | -- | 1-15/16 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2800 | 2630 | 3640 | 1145 | |
| | PHM4214 | WP4.12 H=14 | x | 7/10 | 4-3/16 | 14 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.
2) Uplift loads have been increased 60% for wind or seismic loads, no further increase shall be permitted
3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.
4) **When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**
5) **NAILS:** 10d x 1-1/2 nails are  0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**
New products or updated product information are designated in blue font.



Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**EWP Hangers**

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | Dimensions (in) | | | | | Fastener Schedule[5] | | | | | Allowable Loads Header Type (Lbs.)[1,3] | | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Header | | | Joist | | Download 100% | | | | Uplift[2] | | | |
| | | | | | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | DF/SP 160% | |
| 4 - 4-3/16 x 16 | TH020160-2 | BA4.12/16 | x | 12 | 4-3/16 | 16 | 3 | -- | 1-15/16 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2800 | 2630 | 3640 | 1145 | |
| | PHM4216 | WP4.12 H=16 | x | 7/10 | 4-3/16 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 4-1/2 - 4-5/8 x 9-1/2 | TH023950-2 | MIT4.28/9.5, BA4.28/9.5 | x | 12 | 4-3/4 | 9-1/2 | 3 | -- | 2 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2790 | 2630 | 3640 | 1145 | |
| | PHM2395-2 | WP4.28X H=9.5 | x | 7/10 | 4-3/4 | 9-1/2 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 4-1/2 - 4-5/8 x 11-7/8 | TH023118-2 | MIT4.28/11.88, BA4.28/11.88 | x | 12 | 4-3/4 | 11-7/8 | 3 | -- | 2-1/8 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2795 | 2630 | 3640 | 1145 | |
| | PHM23118-2 | WP4.28X H=11.875 | x | 7/10 | 4-3/4 | 11-7/8 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 4-1/2 - 4-5/8 x 14 | TH023140-2 | MIT4.28/14, BA4.28/14 | x | 12 | 4-3/4 | 14 | 3 | -- | 2-1/8 | 4 | 8 | 16d | 6 | 10d | 4420 | 4420 | 4420 | 3390 | 2630 | 4420 | 1145 | |
| 4-1/2 - 4-5/8 x 16 | TH023160-2 | BA4.28/16 | x | 12 | 4-3/4 | 16 | 3 | -- | 2-1/8 | 4 | 8 | 16d | 6 | 10d | 4420 | 4420 | 4420 | 3390 | 2630 | 4420 | 1145 | |
| | PHM2316-2 | WP4.28X H=16 | x | 7/10 | 4-3/4 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 4-1/2 - 4-5/8 x 18 | TH023180-2 | BA4.75/18 | x | 12 | 4-3/4 | 18 | 3 | -- | 2-1/8 | 4 | 10 | 16d | 6 | 10d | 5660 | 5760 | 5760 | 3720 | 2630 | 5000 | 1145 | |
| | TH023118-2 | WP4.75 H=18 | x | 7/10 | 4-3/4 | 18 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 4-1/2 - 4-5/8 x 20 | TH023200-2 | BA4.75/20 | x | 12 | 4-3/4 | 20 | 3 | -- | 2-1/8 | 4 | 10 | 16d | 6 | 10d | 5660 | 5760 | 5760 | 3720 | 2630 | 5000 | 1145 | |
| | PHM2320-2 | WP4.75 H=20 | x | 7/10 | 4-3/4 | 20 | 2-1/2 | 7 | 2 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 9-1/4 | TH025925-2 | BA5.12/9.25 | x | 12 | 5-1/8 | 9-1/4 | 3 | -- | 2-11/16 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2790 | 2630 | 3640 | 1145 | |
| 5 x 9-1/2 | TH025950-2 | MIT39.5-2 | x | 12 | 5-1/8 | 9-1/2 | 3 | -- | 2-1/8 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2790 | 2630 | 3640 | 1145 | |
| | PHM2595-2 | WP5.12 H=9.5 | x | 7/10 | 5-1/8 | 9-1/2 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 11-1/4 | TH025112-2 | -- | x | 12 | 5-1/8 | 11-1/4 | 3 | -- | 2-1/8 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2790 | 2630 | 3640 | 1145 | |
| 5 x 11-7/8 | TH025118-2 | MIT311.88-2, BA5.12/11.88, WP5.12 H=11.875 | x | 12 | 5-1/8 | 11-7/8 | 3 | -- | 2-1/8 | 4 | 6 | 16d | 6 | 10d | 3640 | 3640 | 3640 | 2790 | 2630 | 3640 | 1145 | IBC, FL, LA |
| 5 x 14 | TH025140-2 | MIT314-2, BA5.12/14 | x | 12 | 5-1/8 | 14 | 3 | -- | 2-1/8 | 4 | 8 | 16d | 6 | 10d | 4420 | 4420 | 4420 | 3390 | 2630 | 4420 | 1145 | |
| | PHM2514-2 | WP5.12 H=14 | x | 7/10 | 5-1/8 | 14 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 16 | TH025160-2 | MIT5.12/16, BA5.12/16 | x | 12 | 5-1/8 | 16 | 3 | -- | 2-1/8 | 4 | 8 | 16d | 6 | 10d | 4420 | 4420 | 4420 | 3390 | 2630 | 4420 | 1145 | |
| | HBPH5116 | HB5.12/16 | x | 10 | 5-1/8 | 16 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM2516-2 | WP5.12 H=16 | x | 7/10 | 5-1/8 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 18 | TH025180-2 | BA5.12/18 | x | 12 | 5-1/8 | 18 | 3 | -- | 2-1/8 | 4 | 10 | 16d | 6 | 10d | 5660 | 5760 | 5760 | 3720 | 2630 | 5000 | 1145 | |
| | HBPH5118 | HB5.12/18 | x | 10 | 5-1/8 | 18 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM2518-2 | WP5.12 H=18 | x | 7/10 | 5-1/8 | 18 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 20 | TH025200-2 | BA5.12/20 | x | 12 | 5-1/8 | 20 | 3 | -- | 2-1/8 | 4 | 10 | 16d | 6 | 10d | 5660 | 5760 | 5760 | 3720 | 2630 | 5000 | 1145 | |
| | HBPH5120 | HB5.12/20 | x | 10 | 5-1/8 | 20 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM2520-2 | WP5.12 H=20 | x | 7/10 | 5-1/8 | 20 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 22 | HBPH5122 | HB5.12/22 | x | 10 | 5-1/8 | 22 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM2522-2 | WP5.12 H=22 | x | 7/10 | 5-1/8 | 22 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 24 | HBPH5124 | HB5.12/24 | x | 10 | 5-1/8 | 24 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM2524-2 | WP5.12X H=24 | x | 7/10 | 5-1/8 | 24 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 26 | HBPH5126 | HB5.12/26 | x | 10 | 5-1/8 | 26 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM2526-2 | WP5.12 H=26 | x | 7/10 | 5-1/8 | 26 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| 5 x 28 | HBPH5128 | HB5.12/28 | x | 10 | 5-1/8 | 28 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| 5 x 30 | HBPH5130 | -- | x | 10 | 5-1/8 | 30 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| 5-1/4 x 7-1/4 | BPH55725 | -- | x | 10 | 5-9/16 | 7-1/4 | 2-1/4 | -- | 2-1/2 | 4 | 6 | 16d | 6 | 10d | 3065 | 3065 | 3065 | 2340 | -- | 3065 | 850 | IBC, FL, LA |
| | HBPH55725 | -- | x | 10 | 5-1/2 | 7-1/4 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted
3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.
4) **When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**
5) **NAILS:** 10d nails are 0.148" dia. x 3" long, NA16D-RS nails are 0.148" x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.
New products or updated product information are designated in **blue font**.



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**EWP Hangers**

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | DF/SP 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-1/4 x 9-1/4 | HBPH55925 | HB5.50/9.25 | x | 10 | 5-1/2 | 9-1/4 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHXU55925 | HWP5.37 H=9.25, HWPH5.37 H=9.25 | x | 7 | 5-1/2 | 9-1/4 | 3-1/4 | 11-1/2 | 3 | 4 | 4 | 16d | 6 | 16d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH55925 | HGLTV5.37 H=9.25 | x | 7 | 5-9/16 | 9-1/4 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 5-1/4 x 9-1/2 | BPH5595 | -- | x | 12 | 5-9/16 | 9-1/2 | 3 | -- | 2-5/32 | 4 | 6 | 16d | 4 | 10d | 3065 | 3065 | 3065 | 2340 | -- | 3065 | 850 | |
| | HBPH5595 | HB5.50/9.5 | x | 10 | 5-1/2 | 9-1/2 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM5595 | -- | x | 7/10 | 5-5/8 | 9-1/2 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| | PHXU5595 | HWP5.37 H=9.5, HWPH5.37 H=9.5 | x | 7 | 5-1/2 | 9-1/2 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH5595 | HGLTV5.37 H=9.5 | x | 7 | 5-9/16 | 9-1/2 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 5-1/4 x 11-1/4 | HBPH55112 | HB5.50/11.25 | x | 10 | 5-1/2 | 11-1/4 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHXU55112 | HWP5.37 H=11.25, HWPH5.37 H=11.25 | x | 7 | 5-1/2 | 11-1/4 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH55112 | HGLTV5.37 H=11.25 | x | 7 | 5-9/16 | 11-1/4 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 5-1/4 x 11-1/2 | HLBH55115 | -- | x | 7 | 5-9/16 | 11-1/2 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 5-1/4 x 11-7/8 | BPH55118 | -- | x | 12 | 5-9/16 | 11-7/8 | 3 | -- | 2-1/32 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2340 | -- | 3050 | 1275 | |
| | HBPH55118 | HB5.50/11.88 | x | 10 | 5-1/2 | 11-7/8 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM55118 | -- | x | 7/10 | 5-5/8 | 11-7/8 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| | PHXU55118 | HWP5.37 H=11.875, HWPH5.37 H=11.875 | x | 7 | 5-1/2 | 11-7/8 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH55118 | HGLTV5.37 H=11.875 | x | 7 | 5-9/16 | 11-7/8 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | IBC, FL, LA |
| 5-1/4 x 12 | HBPH5512 | -- | x | 10 | 5-1/2 | 12 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHXU5512 | -- | x | 7 | 5-1/2 | 12 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH5512 | -- | x | 7 | 5-9/16 | 12 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 5-1/4 x 14 | BPH5514 | -- | x | 12 | 5-9/16 | 14 | 2-1/2 | -- | 2-1/32 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2340 | -- | 3050 | 1275 | |
| | HBPH5514 | HB5.50/14 | x | 10 | 5-1/2 | 14 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM5514 | -- | x | 7/10 | 5-5/8 | 14 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| | PHXU5514 | HWP5.37 H=14, HWPH5.37 H=14 | x | 7 | 5-1/2 | 14 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH5514 | HGLTV5.37 H=14 | x | 7 | 5-9/16 | 14 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 5-1/4 x 16 | BPH5516 | -- | x | 12 | 5-9/16 | 16 | 2-1/2 | -- | 2-1/32 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2340 | -- | 3050 | 1275 | |
| | HBPH5516 | HB5.50/16 | x | 10 | 5-1/2 | 16 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM5516 | -- | x | 7/10 | 5-5/8 | 16 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| | PHXU5516 | HWP5.37 H=16, HWPH5.37 H=16 | x | 7 | 5-1/2 | 16 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH5516 | HGLTV5.37 H=16 | x | 7 | 5-9/16 | 16 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 5-1/4 x 18 | BPH5518 | -- | x | 12 | 5-9/16 | 18 | 2-1/2 | -- | 2-1/32 | 4 | 6 | 16d | 6 | 10d | 3050 | 3050 | 3050 | 2340 | -- | 3050 | 1275 | |
| | HBPH5518 | HB5.50/18 | x | 10 | 5-1/2 | 18 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHM5518 | -- | x | 7/10 | 5-5/8 | 18 | 2-1/2 | 7 | 3 | 2 | -- | 16d | 2 | 10d | 3265 | 3265 | 3265 | 2480 | -- | 3265 | -- | |
| | PHXU5518 | HWPH5.37 H=18 | x | 7 | 5-1/2 | 18 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH5518 | HGLTV5.37 H=18 | x | 7 | 5-9/16 | 18 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |

Column groups: Dimensions (in): Ga, W, H, D, L, TF. Fastener Schedule[5]: Header (Top Qty, Face Qty, Type), Joist (Qty, Type). Allowable Loads Header Type (Lbs.)[1,3]: Download 100% (LVL, PSL, LSL, SPF, DF I-Joist[4], DF/SP), Uplift[2] (DF/SP 160%). Code Ref.

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted
3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.
4) **When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**
5) **NAILS:** 10d nails are 0.148" dia. x 3" long, NA16D-RS nails are 0.148" x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved



Continued on next page

**EWP Hangers**

# Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | Dimensions (in) | | | | | Fastener Schedule[5] | | | | Allowable Loads Header Type (Lbs.)[1,3] | | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Header | | Joist | | Download 100% | | | | | Uplift[2] | | |
| | | | | | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | DF/SP 160% | |
| 5-1/4 x 20 | HBPH5520 | HB5.50/20 | x | 10 | 5-1/2 | 20 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4910 | -- | 6185 | 2705 | |
| | PHXU5520 | HWPH5.37 H=20 | x | 7 | 5-1/2 | 20 | 3-1/4 | 11-1/2 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4530 | -- | 5910 | 1120 | |
| | HLBH5520 | HGLTV5.37 H=20 | x | 7 | 5-9/16 | 20 | 6 | 12 | 3 | 12 | NA16D-RS | | 6 | 16d | 10045 | 10045 | 10045 | 7680 | -- | 10045 | 1580 | |
| 7 x 7-1/4 | PHXU71725 | -- | x | 7 | 7-1/8 | 7-1/4 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| 7 x 9-1/4 | BPH71925 | -- | x | 12 | 7-1/8 | 9-1/4 | 3 | -- | 2-3/8 | 4 | 6 | 16d | 6 | 10d | 3100 | 3100 | 3100 | 2370 | -- | 3100 | 1275 | |
| | HBPH71925 | -- | x | 10 | 7-1/8 | 9-1/4 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHM35925-2 | -- | x | 7/10 | 7-1/8 | 9-1/4 | 2-1/2 | 10 | 3 | 2 | -- | 16d | 2 | 10d | 3390 | 3390 | 3390 | 2580 | -- | 3390 | -- | |
| | PHXU71925 | -- | x | 7 | 7-1/8 | 9-1/4 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH71925 | -- | x | 7 | 7-1/8 | 9-1/4 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 9-1/2 | BPH7195 | -- | x | 12 | 7-1/8 | 9-1/2 | 3 | -- | 2-3/8 | 4 | 6 | 16d | 6 | 10d | 3100 | 3100 | 3100 | 2370 | -- | 3100 | 1275 | |
| | HBPH7195 | HB7.12/9.5 | x | 10 | 7-1/8 | 9-1/2 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHM3595-2 | -- | x | 7/10 | 7-1/8 | 9-1/2 | 2-1/2 | 10 | 3 | 2 | -- | 16d | 2 | 10d | 3390 | 3390 | 3390 | 2580 | -- | 3390 | -- | |
| | PHXU7195 | HWP7.12 H=9.5 | x | 7 | 7-1/8 | 9-1/2 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7195 | -- | x | 7 | 7-1/8 | 9-1/2 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 11-1/4 | BPH71112 | -- | x | 12 | 7-1/8 | 11-1/4 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | IBC, FL, LA |
| | HBPH71112 | HB7.12/11.25 | x | 10 | 7-1/8 | 11-1/4 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHXU71112 | -- | x | 7 | 7-1/8 | 11-1/4 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH71112 | -- | x | 7 | 7-1/8 | 11-1/4 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 11-7/8 | BPH71118 | -- | x | 12 | 7-1/8 | 11-7/8 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | |
| | HBPH71118 | HB7.12/11.88 | x | 10 | 7-1/8 | 11-7/8 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHM35118-2 | -- | x | 7/10 | 7-1/8 | 11-7/8 | 2-1/2 | 10 | 3 | 2 | -- | 16d | 2 | 10d | 3390 | 3390 | 3390 | 2580 | -- | 3390 | -- | |
| | PHXU71118 | HWP7.12 H=11.875 | x | 7 | 7-1/8 | 11-7/8 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH71118 | -- | x | 7 | 7-1/8 | 11-7/8 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 14 | BPH7114 | -- | x | 12 | 7-1/8 | 14 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | |
| | HBPH7114 | HB7.12/14 | x | 10 | 7-1/8 | 14 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHM3514-2 | -- | x | 7/10 | 7-1/8 | 14 | 2-1/2 | 10 | 3 | 2 | -- | 16d | 2 | 10d | 3390 | 3390 | 3390 | 2580 | -- | 3390 | -- | |
| | PHXU7114 | HWP7.12 H=14 | x | 7 | 7-1/8 | 14 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7114 | -- | x | 7 | 7-1/8 | 14 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 16 | BPH7116 | -- | x | 12 | 7-1/8 | 16 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | |
| | HBPH7116 | HB7.12/16 | x | 10 | 7-1/8 | 16 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHM3516-2 | -- | x | 7/10 | 7-1/8 | 16 | 2-1/2 | 10 | 3 | 2 | -- | 16d | 2 | 10d | 3390 | 3390 | 3390 | 2580 | -- | 3390 | -- | |
| | PHXU7116 | HWP7.12 H=16 | x | 7 | 7-1/8 | 16 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7116 | -- | x | 7 | 7-1/8 | 16 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted
3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.
4) **When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**
5) **NAILS:** 10d nails are 0.148" dia. x 3" long, NA16D-RS nails are 0.148" x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**
New products or updated product information are designated in **blue font.**



Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**EWP Hangers**

**MiTek® Product Catalog**

## Top Mount Hanger Charts

**EWP Hangers**

| Joist Size (in) | MiTek USP Stock No. | Ref. No. | Web Stiff Reqd | Ga | W | H | D | L | TF | Top Qty | Face Qty | Type | Qty | Type | LVL | PSL | LSL | SPF | DF I-Joist[4] | DF/SP | DF/SP 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 x 18 | BPH7118 | -- | x | 12 | 7-1/8 | 18 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | |
| | HBPH7118 | HB7.12/18 | x | 10 | 7-1/8 | 18 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHM3518-2 | -- | x | 7/10 | 7-1/8 | 18 | 2-1/2 | 10 | 3 | 2 | -- | 16d | 2 | 10d | 3390 | 3390 | 3390 | 2580 | -- | 3390 | -- | |
| | PHXU7118 | HWP7.12 H=18, HWPH7.12 H=18 | x | 7 | 7-1/8 | 18 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7118 | -- | x | 7 | 7-1/8 | 18 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 20 | BPH7120 | -- | x | 12 | 7-1/8 | 20 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | |
| | HBPH7120 | HB7.12/20 | x | 10 | 7-1/8 | 20 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHM3520-2 | -- | x | 7/10 | 7-1/8 | 20 | 2-1/2 | 10 | 3 | 2 | -- | 16d | 2 | 10d | 3390 | 3390 | 3390 | 2580 | -- | 3390 | -- | |
| | PHXU7120 | HWP7.12 H=20, HWPH7.12 H=20 | x | 7 | 7-1/8 | 20 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7120 | -- | x | 7 | 7-1/8 | 20 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 22 | BPH7122 | -- | x | 12 | 7-1/8 | 22 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | |
| | HBPH7122 | HB7.12/22 | x | 10 | 7-1/8 | 22 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHXU7122 | HWP7.12 H=22, HWPH7.12 H=22 | x | 7 | 7-1/8 | 22 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | IBC, FL, LA |
| | HLBH7122 | HGLTV7.12/22 | x | 7 | 7-1/8 | 22 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 24 | BPH7124 | -- | x | 12 | 7-1/8 | 24 | 3 | -- | 2-3/16 | 4 | 6 | 16d | 6 | 10d | 3075 | 3075 | 3075 | 2350 | -- | 3075 | 1275 | |
| | HBPH7124 | HB7.12/24 | x | 10 | 7-1/8 | 24 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHXU7124 | HWP7.12 H=24, HWPH7.12 H=24 | x | 7 | 7-1/8 | 24 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7124 | HGLTV7.12/24 | x | 7 | 7-1/8 | 24 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 26 | HBPH7126 | HB7.12/26 | x | 10 | 7-1/8 | 26 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHXU7126 | HWP7.12 H=26, HWPH7.12 H=26 | x | 7 | 7-1/8 | 26 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7126 | HGLTV426-2 | x | 7 | 7-1/8 | 26 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 28 | HBPH7128 | HB7.12/28 | x | 10 | 7-1/8 | 28 | 3-1/2 | -- | 3 | 6 | 16 | 16d | 10 | 16d | 6185 | 6185 | 6185 | 4895 | -- | 6185 | 2705 | |
| | PHXU7128 | HWP7.12 H=28, HWPH7.12 H=28 | x | 7 | 7-1/8 | 28 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7128 | HGLTV428-2 | x | 7 | 7-1/8 | 28 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 30 | PHXU7130 | HWPH7.12 H=30 | x | 7 | 7-1/8 | 30 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7130 | HGLTV430-2 | x | 7 | 7-1/8 | 30 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |
| 7 x 32 | PHXU7132 | -- | x | 7 | 7-1/8 | 32 | 3-1/4 | 13-1/8 | 2-1/2 | 4 | 4 | 16d | 6 | 10d | 5910 | 5910 | 5910 | 4525 | -- | 5910 | 1120 | |
| | HLBH7132 | -- | x | 7 | 7-1/8 | 32 | 6 | 12 | 3-1/8 | 3 | 12 | NA16D-RS | 6 | 16d | 10045 | 10045 | 10045 | 7670 | -- | 10045 | 1580 | |

Column group headers: Dimensions (in) = W, H, D, L, TF. Fastener Schedule[5]: Header = Top Qty, Face Qty, Type; Joist = Qty, Type. Allowable Loads Header Type (Lbs.)[1,3]: Download 100% = LVL, PSL, LSL, SPF, DF I-Joist[4], DF/SP; Uplift[2] = DF/SP 160%.

1) When I-joist is used as a header, all header nails must be 10d (0.148") x 1-1/2.

2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted

3) Some listed loads may be increased for short-term loading. Refer to MiTek code evaluation reports for details.

4) **When I-Joists with flanges less than 1-1/2" thick are used as headers, the reduction factor for 1-1/4" flange is 0.69 and 0.84 for 1-3/8" flange.**

5) **NAILS:** 10d nails are 0.148" dia. x 3" long, NA16D-RS nails are 0.148" x 3-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Load tables address hanger/header/fastener limitations only. Joist limitations must be determined for each installation.**

New products or updated product information are designated in **blue font.**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved



**EWP Hangers**

# TMP / TMPH Adjustable Rafter-To-Plate Connectors

The TMP and TMPH are designed to make rafter-to-plate connections and eliminate time-consuming bird's-mouth notching or bevel plate installation. Both series are available in I-Joists sizes, as well as standard 2x sizes.

**TMP** – Adjusts to pitches from 1/12 to 6/12

**TMPH** – Adjusts to pitches from 6/12 to 14/12

**Materials:** TMP – 18 gauge;
TMPH – 16 gauge, Fulcrum – 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA



**TMP**  **TMPH**

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Position connector on top plate. Fasten connector to outside of top plate with specified nails. Insert rafter into rafter pocket. Adjust rafter and pocket to correct pitch. Fasten rafter to connector with specified nails. Installing the **TMP** requires driving specified nails through the opposing slots in the pocket. **TMPH** installation involves sliding the fulcrum until it supports the pocket at the desired pitch and nailing down through the fulcrum base into the top plate to lock the fulcrum into position.

Pitch Range:
TMP - 1/12 – 6/12
TMPH - 6/12 – 14/12

**Typical TMP installation**

**Typical TMPH installation**

## TMP Chart

| Rafter Width (in) | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | S-P-F Allowable Loads (Lbs.)[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Plate | | Rafter | | Download | Uplift | Download | Uplift | |
| | | | | W | L | Qty | Type | Qty | Type | (100/115/125) | 160% | (100/115/125) | 160% | |
| 1-1/2 | TMP2 | VPA2 | 18 | 1-9/16 | 5-9/16 | 6 | 10d | 4 | 10d x 1-1/2 | **1705** | **245** | **1705** | **190** | |
| 1-3/4 | TMP175 | VPA25 | 18 | 1-13/16 | 5-9/16 | 6 | 10d | 4 | 10d x 1-1/2 | **1705** | **245** | **1705** | **185** | |
| 2 or 2-1/8 | TMP21 | VPA2.06, VPA2.1 | 18 | 2-1/8 | 6-3/8 | 6 | 10d | 4 | 10d x 1-1/2 | **1705** | **245** | **1705** | **185** | IBC, FL, LA |
| 2-5/16 | TMP23 | VPA35 | 18 | 2-3/8 | 6-3/8 | 6 | 10d | 4 | 10d x 1-1/2 | **1705** | **245** | **1705** | **185** | |
| 2-1/2 or 2-5/8 | TMP25 | VPA3 | 18 | 2-11/16 | 6-3/8 | 6 | 10d | 4 | 10d x 1-1/2 | **1705** | **245** | **1705** | **185** | |
| 3 | TMP31 | -- | 18 | 3-1/8 | 7-5/16 | 6 | 10d | 4 | 10d x 1-1/2 | **1705** | **245** | **1705** | **185** | |
| 3-1/2 | TMP4 | VPA4 | 18 | 3-9/16 | 7-5/16 | 6 | 10d | 4 | 10d x 1-1/2 | **1705** | **245** | **1705** | **185** | |

1) Allowable loads may not be increased for duration of load adjustments.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in blue font.

## TMPH Chart

| Rafter Width (in) | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | Fastener Schedule[3] | | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | | | | | | | Uplift 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Plate | | | Rafter[2] | | According to Pitch | | | | | | | | | | | |
| | | | | | | Top | Side | | | | 6/12 | 7/12 | 8/12 | 9/12 | 10/12 | 11/12 | 12/12 | 13/12 | 14/12 | | | |
| | | | W | H | L | Qty | Qty | Type | Qty | Type | | | | | | | | | | | | |
| 1-1/2 | TMPH2 | VPA2 | 1-9/16 | 2-1/2 | 6-9/16 | 8 | 2 | 10d | 8 | 10d x 1-1/2 | 3190 | 3290 | 3390 | 3140 | 2900 | 2710 | 2520 | 2230 | 1950 | 330 | |
| 1-3/4 | TMPH175 | VPA25 | 1-13/16 | 2-3/8 | 6-9/16 | 8 | 2 | 10d | 8 | 10d x 1-1/2 | 3190 | 3290 | 3390 | 3140 | 2900 | 2710 | 2520 | 2230 | 1950 | 330 | |
| 2 or 2-1/8 | TMPH21 | VPA2.06, VPA2.1 | 2-1/8 | 2-5/8 | 7-3/8 | 8 | 2 | 10d | 8 | 10d x 1-1/2 | 3190 | 3290 | 3390 | 3140 | 2900 | 2710 | 2520 | 2230 | 1950 | 330 | IBC, FL, LA |
| 2-5/16 | TMPH23 | VPA35 | 2-3/8 | 2-1/2 | 7-3/8 | 8 | 2 | 10d | 8 | 10d x 1-1/2 | 3190 | 3290 | 3390 | 3140 | 2900 | 2710 | 2520 | 2230 | 1950 | 330 | |
| 2-1/2 or 2-5/8 | TMPH25 | VPA3 | 2-11/16 | 2-5/16 | 7-3/8 | 8 | 2 | 10d | 8 | 10d x 1-1/2 | 3190 | 3290 | 3390 | 3140 | 2900 | 2710 | 2520 | 2230 | 1950 | 330 | |
| 3 | TMPH31 | -- | 3-1/8 | 2-11/16 | 8-9/16 | 8 | 2 | 10d | 8 | 10d x 1-1/2 | 3190 | 3290 | 3390 | 3140 | 2900 | 2710 | 2520 | 2230 | 1950 | 330 | |
| 3-1/2 | TMPH4 | VPA4 | 3-9/16 | 2-1/2 | 8-9/16 | 8 | 2 | 10d | 8 | 10d x 1-1/2 | 3190 | 3290 | 3390 | 3140 | 2900 | 2710 | 2520 | 2230 | 1950 | 330 | |

1) Allowable loads may not be increased for duration of load adjustments.
2) Web stiffeners are required for all Wood I-Joist installations.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**EWP Hangers**

## **LSSH** Slope/Skew Hangers

The LSSH series connects rafters to ridge beams in vaulted roof structures. This series is field adjustable to meet a variety of skew and/or slope applications. Slopes and skews 0° to 45°.

**Materials:** See chart
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.

**Steps:**
1. Position LSSH connector against plumb-cut end of joist. Fasten joist side flanges on both sides with 10d (0.148") x 1-1/2" HDG nails. Bend seat up to fit against joist bottom and drive (1) 10d (0.148") x 1-1/2" HDG nail through bottom seat into rafter bottom. Drive (2) 10d (0.148") x 1-1/2" HDG nails at downward angle through dimpled nailing guides.

2. Lean connector and rafter end against ridge beam at desired position. Install specified 10d (0.148" x 3") HDG or 16d (0.162" x 3-1/2") HDG nails through nail holes into ridge beam at right 90° angle. If skewing the rafter, only drive nails into ridge beam on inside flange.

3. Bend flange to desired angle.

4. Hammer outside flange until edge touches header. Fasten outside flange to ridge by driving specified 10d (0.148" x 3) HDG or 16d (0.162" x 3-1/2") HDG nails through nail holes.

• Web stiffeners are required for all wood I-Joist installations.
• Designer may consider adding a tension restraint for the supported member for roof slopes exceeding 6/12. Refer to page 122.



**Typical LSSH179-TZ installation**

**LSSH210-TZ**



**LSSH35-TZ**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| Rafter Width (in) | MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Header | | Rafter | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | | |
| | | | | W1 | W2 | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| SLOPED ONLY HANGERS | | | | | | | | | | | | | | | | | | | |
| 1-1/2 | LSSH15-TZ | LSSJ26LZ, LSSJ26RZ, LSSJ28LZ, LSSJ28RZ | 18 | 1-9/16 | 1-3/4 | 6 | 10d HDG | 7 | 10d x 1-1/2 HDG | 720 | 820 | 885 | 565 | 640 | 730 | 785 | 440 | | |
| 1-1/2 | LSSH210-TZ | LSSJ210LZ, LSSJ210RZ | 18 | 1-9/16 | 1-3/4 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 410 | 1065 | 1090 | 1090 | 320 | | |
| 1-3/4 | LSSH179-TZ | LSSR1.81Z | 18 | 1-13/16 | 1-5/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 880 | 1065 | 1090 | 1090 | 690 | | IBC, FL, LA |
| 2 - 2-1/8 | LSSH20-TZ | LSSR2.1Z | 18 | 2-1/8 | 2-1/2 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 795 | 1065 | 1085 | 1085 | 620 | | |
| 2-1/4 - 2-5/16 | LSSH23-TZ | LSSR2.37Z | 18 | 2-5/16 | 2-3/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 795 | 1065 | 1085 | 1085 | 620 | | |
| 2-1/2 | LSSH25-TZ | LSSR2.56Z | 16 | 2-9/16 | 2-3/4 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2095 | 2095 | 2095 | 945 | 1640 | 1640 | 1640 | 740 | | |
| 2-5/8 | LSSH26-TZ | -- | 16 | 2-11/16 | 2-5/8 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2095 | 2095 | 2095 | 945 | 1640 | 1640 | 1640 | 740 | | |
| 3 | LSSH31-TZ | LSSR210-2Z | 16 | 3-1/8 | 3-3/4 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2645 | 3000 | 3090 | 1310 | 2345 | 2415 | 2415 | 1025 | | |
| 3-1/2 | LSSH35-TZ | LSSR410Z | 16 | 3-9/16 | 3-1/2 | 18 | 16d HDG | 12 | 10d x 1-1/2 HDG | 2645 | 3000 | 3090 | 1310 | 2345 | 2405 | 2405 | 1020 | | |
| SKEWED HANGERS or SLOPED & SKEWED HANGERS | | | | | | | | | | | | | | | | | | | |
| 1-1/2 | LSSH15-TZ | LSSJ26LZ, LSSJ26RZ, LSSJ28LZ, LSSJ28RZ | 18 | 1-9/16 | 1-3/4 | 6 | 10d HDG | 7 | 10d x 1-1/2 HDG | 620 | 620 | 620 | 510 | 485 | 485 | 485 | 400 | | |
| 1-1/2 | LSSH210-TZ | LSSJ210LZ, LSSJ210RZ | 18 | 1-9/16 | 1-3/4 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 880 | 1065 | 1090 | 1090 | 690 | | |
| 1-3/4 | LSSH179-TZ | LSSR1.81Z | 18 | 1-13/16 | 1-5/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1370 | 1395 | 880 | 1065 | 1090 | 1090 | 690 | | |
| 2 - 2-1/8 | LSSH20-TZ | LSSR2.1Z | 18 | 2-1/8 | 2-1/2 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1230 | 1230 | 795 | 960 | 960 | 960 | 620 | | IBC, FL, LA |
| 2-1/4 - 2-5/16 | LSSH23-TZ | LSSR2.37Z | 18 | 2-5/16 | 2-3/8 | 10 | 10d HDG | 7 | 10d x 1-1/2 HDG | 1200 | 1230 | 1230 | 795 | 955 | 955 | 955 | 620 | | |
| 2-1/2 | LSSH25-TZ | LSSR2.56Z | 16 | 2-9/16 | 2-3/4 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 945 | 1260 | 1260 | 1260 | 740 | | |
| 2-5/8 | LSSH26-TZ | -- | 16 | 2-11/16 | 2-5/8 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 945 | 1260 | 1260 | 1260 | 740 | | |
| 3 | LSSH31-TZ | LSSR210-2Z | 16 | 3-1/8 | 3-3/4 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 1310 | 1260 | 1260 | 1260 | 1025 | | |
| 3-1/2 | LSSH35-TZ | LSSR410Z | 16 | 3-9/16 | 3-1/2 | 14 | 16d HDG | 12 | 10d x 1-1/2 HDG | 1610 | 1610 | 1610 | 1310 | 1255 | 1255 | 1255 | 1020 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Stainless steel ring shank nails must be used with stainless steel connectors to achieve tabulated allowable loads.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish**
■ Stainless Steel  ■ Gold Coat
■ HDG  ■ Triple Zinc

## LGU / MGU / HGU  Girder Hangers

Glulam Beam Connectors

# Glulam Beam Connectors

**LGU**, **MGU**, and **HGU**'s are high capacity girder to girder face mount connectors. Fastens with MiTek's WS structural wood screws for ease of installation. Fasteners are placed high on connector to permit the connection of a deep carried member to a shallower carrying member. Very useful where tops of beams must be flush.

**Materials:** LGU / MGU – 10 gauge; HGU – 7 gauge
**Finish:** G90 galvanizing
**Options:** See Specialty Options Chart
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install with MiTek's WS structural wood screws supplied with connector.
• Beams comprised of multiple plies must be laminated to act as a single member.
• Multi-ply carrying beams may require additional connection of laminations at connector.
• Beam height dimension (H) must be specified when ordering.




**Typical LGU, MGU, HGU installation**



**LGU, MGU, HGU**

| Beam Width (in) | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Header | | Truss | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | |
| | | | | W | H[2] (min) | H1 | D | A | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| 3-1/8 | LGU325 | LGU3.25-SDS | 10 | 3-1/4 | 8 | 7-3/8 | 4-1/2 | 3-1/4 | 18 | WS3 | 12 | WS3 | 7135 | 7410 | 7410 | 3975 | 5960 | 5960 | 5960 | 3195 | IBC, FL, LA |
| 3-1/2 | LGU363 | LGU3.63-SDS | 10 | 3-5/8 | 8 | 7-3/8 | 4-1/2 | 3-1/4 | 18 | WS3 | 12 | WS3 | 7135 | 7410 | 7410 | 3975 | 5945 | 5945 | 5945 | 3190 | |
| 3-1/2 | MGU363 | MGU3.63-SDS | 10 | 3-5/8 | 9-1/4 | 8-5/8 | 4-1/2 | 4 | 24 | WS3 | 16 | WS3 | 9515 | 10940 | 11890 | 5060 | 8355 | 9610 | 9705 | 4085 | |
| | HGU363 | HGU3.63-SDS | 7 | 3-5/8 | 11 | 10-3/8 | 5-1/4 | 4-3/4 | 38 | WS3 | 24 | WS3 | 14705 | 14990 | 14990 | 7375 | 12175 | 12175 | 12175 | 5990 | |
| 5-1/8 | LGU525 | LGU5.25-SDS | 10 | 5-1/4 | 8 | 7-3/8 | 4-1/2 | 3-1/4 | 18 | WS3 | 12 | WS3 | 7135 | 7410 | 7410 | 3975 | 5910 | 5910 | 5910 | 3170 | |
| | MGU525 | MGU5.25-SDS | 10 | 5-1/4 | 9-1/4 | 8-5/8 | 4-1/2 | 4 | 24 | WS3 | 16 | WS3 | 9515 | 10940 | 11890 | 5060 | 8355 | 9610 | 9640 | 4055 | |
| | HGU525 | HGU5.25-SDS | 7 | 5-1/4 | 11 | 10-3/8 | 5-1/4 | 4-3/4 | 38 | WS3 | 24 | WS3 | 14705 | 14990 | 14990 | 7375 | 12070 | 12070 | 12070 | 5935 | |
| 5-1/4 | MGU550 | MGU5.50-SDS | 10 | 5-1/2 | 9-1/4 | 8-5/8 | 4-1/2 | 4 | 24 | WS3 | 16 | WS3 | 9515 | 10940 | 11890 | 5060 | 8355 | 9610 | 9635 | 4055 | |
| | HGU550 | HGU5.50-SDS | 7 | 5-1/2 | 11 | 10-3/8 | 5-1/4 | 4-3/4 | 38 | WS3 | 24 | WS3 | 14705 | 14990 | 14990 | 7375 | 12060 | 12060 | 12060 | 5930 | |
| 5-1/2 | MGU562 | MGU5.62-SDS | 10 | 5-5/8 | 9-1/4 | 8-5/8 | 4-1/2 | 4 | 24 | WS3 | 16 | WS3 | 9515 | 10940 | 11890 | 5060 | 8355 | 9610 | 9625 | 4050 | |
| | HGU562 | HGU5.62-SDS | 7 | 5-5/8 | 11 | 10-3/8 | 5-1/4 | 4-3/4 | 38 | WS3 | 24 | WS3 | 14705 | 14990 | 14990 | 7375 | 12050 | 12050 | 12050 | 5930 | |
| 6-3/4 | MGU700 | MGU7.00-SDS | 10 | 7 | 9-1/4 | 8-5/8 | 4-1/2 | 4 | 24 | WS3 | 16 | WS3 | 9515 | 10940 | 11890 | 5060 | 8355 | 9590 | 9590 | 4035 | |
| | HGU700 | HGU7.00-SDS | 7 | 7 | 11 | 10-3/8 | 5-1/4 | 4-3/4 | 38 | WS3 | 24 | WS3 | 14705 | 14990 | 14990 | 7375 | 12010 | 12010 | 12010 | 5910 | |
| 7 | HGU725 | HGU7.25-SDS | 7 | 7-1/4 | 11 | 10-3/8 | 5-1/4 | 4-3/4 | 38 | WS3 | 24 | WS3 | 14705 | 14990 | 14990 | 7375 | 12000 | 12000 | 12000 | 5905 | |
| 8-3/4 | HGU900 | HGU9.00-SDS | 7 | 9 | 11 | 10-3/8 | 5-1/4 | 4-3/4 | 38 | WS3 | 24 | WS3 | 14705 | 14990 | 14990 | 7375 | 11960 | 11960 | 11960 | 5885 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) H denotes minimum hanger height. Specify height when ordering.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with hangers.
New products or updated product information are designated in blue font.

**Specialty Options Chart**
– refer to Specialty Options pages 320-321 for additional details

| Option | MiTek USP Series | Skewed[1,4,5] | Inverted Flange[2,3] |
|---|---|---|---|
| Range | LGU MGU HGU | 1° to 45° | One Inverted Flange option available on some sizes. See footnotes 2 and 3. |
| Allowable Loads | LGU | 55% of table value. 30% of uplift. | 100% of table value |
| | MGU | 65% of table value. 30% of uplift. | |
| | HGU | 70% of table value. 30% of uplift. | |
| Ordering | LGU MGU HGU | Add SK, angle required, right (R) or left (L), and bevel cut (BV) to product number. Ex. LGU525_H=18_SK45R_BV | Add IF and right (R) or left (L) to product number. Ex. LGU525_H=18_IFR |

1) Skewed hangers with skews greater than 15° may have all joist fasteners on outside flange.
2) One inverted-flange (IF) is available on the following sizes:
LGU363, LGU525
MGU525, MGU550, MGU563, MGU700
HGU525, HGU550, HGU562, HGU700, HGU725, HGU900
3) The inverted flange option is not available on skewed LGU, MGU or HGU hangers.
4) Bevel cut required on skewed parts to meet table loads.
5) Square cut option may be available as a custom, contact MiTek.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

MiTek® Product Catalog

# **GHF** Glulam Face Mount Hangers

## **Glulam Beam Connectors**

An architectural choice for exposed glulam purlin applications. The GHF features heavy load capacity and a multitude of optional designs for unusual applications. Header fasteners are positioned high and joist flange fasteners low for best design with glulam members.

**Materials:** See chart
**Finish:** Primer
**Options:** See Specialty Options Chart on page 234

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS structural wood screws are supplied with GHF hangers.



**Typical GHF51135 installation**



**GHF**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Glulam Size (in) | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Header | | Joist | | Floor | Roof | | Uplift[3] | |
| | | | | W | H | D | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | |
| 3-1/8 x 6 | GHF31600 | -- | 12 | 3-3/16 | 5-7/8 | 2-3/8 | 10 | WS25 | 4 | WS25 | 2740 | 2740 | 2740 | 1400 | |
| 3-1/8 x 7-1/2 | GHF31750 | -- | 12 | 3-3/16 | 7-3/8 | 2-3/8 | 12 | WS25 | 4 | WS25 | 3285 | 3285 | 3285 | 1400 | |
| 3-1/8 x 9 | GHF31900 | -- | 12 | 3-3/16 | 8-7/8 | 2-3/8 | 16 | WS25 | 5 | WS25 | 4380 | 4380 | 4380 | 1750 | |
| 3-1/8 x 10-1/2 | GHF31105 | -- | 12 | 3-3/16 | 10-3/8 | 2-3/8 | 20 | WS25 | 6 | WS25 | 5475 | 5475 | 5475 | 2100 | |
| 3-1/8 x 12 | GHF31120 | -- | 12 | 3-3/16 | 11-7/8 | 2-3/8 | 22 | WS25 | 6 | WS25 | 5800 | 5800 | 5800 | 2100 | |
| 3-1/8 x 13-1/2 | GHF31135 | -- | 12 | 3-3/16 | 13-3/8 | 2-3/4 | 24 | WS25 | 6 | WS25 | 5800 | 5800 | 5800 | 2100 | |
| 3-1/8 x 15 | GHF31150 | -- | 12 | 3-3/16 | 14-7/8 | 2-3/4 | 26 | WS25 | 7 | WS25 | 6730 | 6730 | 6730 | 2455 | |
| 3-1/8 x 16-1/2 | GHF31165 | -- | 12 | 3-3/16 | 16-3/8 | 2-3/4 | 28 | WS25 | 9 | WS25 | 7275 | 7275 | 7275 | 3155 | |
| 3-1/8 x 18 | GHF31178 | -- | 12 | 3-3/16 | 17-3/4 | 2-3/4 | 30 | WS25 | 11 | WS25 | 7825 | 7825 | 7825 | 3855 | |
| 3-1/4 x 9 | GHF32900 | -- | 12 | 3-5/16 | 8-7/8 | 2-3/8 | 16 | WS25 | 5 | WS25 | 4380 | 4380 | 4380 | 1750 | |
| 3-1/4 x 12 | GHF32120 | -- | 12 | 3-5/16 | 11-7/8 | 2-3/8 | 22 | WS25 | 6 | WS25 | 5800 | 5800 | 5800 | 2100 | |
| 5-1/8 x 6 | GHF51600 | -- | 12 | 5-3/16 | 5-7/8 | 2-3/8 | 10 | WS3 | 4 | WS3 | 2740 | 2740 | 2740 | 1400 | |
| 5-1/8 x 7-1/2 | GHF51750 | -- | 12 | 5-3/16 | 7-3/8 | 2-3/8 | 14 | WS3 | 4 | WS3 | 3835 | 3835 | 3835 | 1400 | |
| 5-1/8 x 9 | GHF51900 | -- | 12 | 5-3/16 | 8-7/8 | 2-3/8 | 18 | WS3 | 5 | WS3 | 4930 | 4930 | 4930 | 1750 | |
| 5-1/8 x 10-1/2 | GHF51105 | -- | 12 | 5-3/16 | 10-3/8 | 2-3/8 | 22 | WS3 | 6 | WS3 | 6025 | 6025 | 6025 | 2100 | |
| 5-1/8 x 12 | GHF51120 | -- | 12 | 5-3/16 | 11-7/8 | 2-3/8 | 24 | WS3 | 6 | WS3 | 6570 | 6570 | 6570 | 2100 | |
| 5-1/8 x 13-1/2 | GHF51135 | -- | 7 | 5-3/16 | 13-3/8 | 2-3/8 | 26 | WS3 | 6 | WS3 | 8125 | 8125 | 8125 | 2400 | |
| 5-1/8 x 15 | GHF51150 | -- | 7 | 5-3/16 | 14-7/8 | 2-3/4 | 28 | WS3 | 7 | WS3 | 8750 | 8750 | 8750 | 2800 | |
| 5-1/8 x 16-1/2 | GHF51165 | -- | 7 | 5-3/16 | 16-3/8 | 2-3/4 | 30 | WS3 | 7 | WS3 | 9375 | 9375 | 9375 | 2800 | |
| 5-1/8 x 18 | GHF51178 | -- | 7 | 5-3/16 | 17-3/4 | 2-3/4 | 32 | WS3 | 8 | WS3 | 10000 | 10000 | 10000 | 3200 | -- |
| 5-1/8 x 19-1/2 | GHF51192 | -- | 7 | 5-3/16 | 19-1/8 | 2-3/4 | 34 | WS3 | 8 | WS3 | 10395 | 10395 | 10395 | 3200 | |
| 5-1/8 x 21 | GHF51205 | -- | 7 | 5-3/16 | 20-3/8 | 2-3/4 | 36 | WS3 | 9 | WS3 | 10705 | 10705 | 10705 | 3600 | |
| 5-1/8 x 24 | GHF51233 | -- | 7 | 5-3/16 | 23-1/4 | 2-3/4 | 40 | WS3 | 11 | WS3 | 11330 | 11330 | 11330 | 4400 | |
| 5-1/4 x 9 | GHF52900 | -- | 12 | 5-5/16 | 8-7/8 | 2-3/8 | 18 | WS3 | 5 | WS3 | 4930 | 4930 | 4930 | 1750 | |
| 5-1/4 x 12 | GHF52120 | -- | 12 | 5-5/16 | 11-7/8 | 2-3/8 | 24 | WS3 | 6 | WS3 | 6570 | 6570 | 6570 | 2100 | |
| 6-3/4 x 6 | GHF67600 | -- | 12 | 6-7/8 | 5-7/8 | 2-3/8 | 12 | WS3 | 4 | WS3 | 3285 | 3285 | 3285 | 1400 | |
| 6-3/4 x 7-1/2 | GHF67750 | -- | 12 | 6-7/8 | 7-3/8 | 2-3/8 | 16 | WS3 | 5 | WS3 | 4380 | 4380 | 4380 | 1750 | |
| 6-3/4 x 9 | GHF67900 | -- | 12 | 6-7/8 | 8-7/8 | 2-3/8 | 20 | WS3 | 6 | WS3 | 5475 | 5475 | 5475 | 2100 | |
| 6-3/4 x 10-1/2 | GHF67105 | -- | 12 | 6-7/8 | 10-3/8 | 2-3/8 | 24 | WS3 | 8 | WS3 | 6570 | 6570 | 6570 | 2805 | |
| 6-3/4 x 12 | GHF67120 | -- | 7 | 6-7/8 | 11-7/8 | 2-3/4 | 28 | WS3 | 8 | WS3 | 8750 | 8750 | 8750 | 3200 | |
| 6-3/4 x 13-1/2 | GHF67135 | -- | 7 | 6-7/8 | 13-3/8 | 2-3/4 | 30 | WS3 | 8 | WS3 | 9375 | 9375 | 9375 | 3200 | |
| 6-3/4 x 15 | GHF67150 | -- | 7 | 6-7/8 | 14-7/8 | 2-3/4 | 32 | WS3 | 10 | WS3 | 10000 | 10000 | 10000 | 4000 | |
| 6-3/4 x 16-1/2 | GHF67165 | -- | 7 | 6-7/8 | 16-3/8 | 2-3/4 | 34 | WS3 | 10 | WS3 | 10625 | 10625 | 10625 | 4000 | |
| 6-3/4 x 18 | GHF67180 | -- | 7 | 6-7/8 | 17-3/4 | 2-3/4 | 36 | WS3 | 12 | WS3 | 11250 | 11250 | 11250 | 4800 | |
| 6-3/4 x 19-1/2 | GHF67195 | -- | 7 | 6-7/8 | 19-1/8 | 3 | 40 | WS3 | 14 | WS3 | 12500 | 12500 | 12500 | 5600 | |
| 6-3/4 x 21 | GHF67210 | -- | 7 | 6-7/8 | 20-3/8 | 3 | 44 | WS3 | 18 | WS3 | 13000 | 13000 | 13000 | 7200 | |
| 6-3/4 x 22-1/2 | GHF67225 | -- | 7 | 6-7/8 | 21-7/8 | 3 | 46 | WS3 | 20 | WS3 | 13000 | 13000 | 13000 | 8000 | |
| 6-3/4 x 24 | GHF67240 | -- | 7 | 6-7/8 | 23-1/4 | 3 | 48 | WS3 | 22 | WS3 | 13000 | 13000 | 13000 | 8800 | |

1) Allowable loads based on seat bearing calculated at 560 psi perpendicular to grain.
2) MiTek's WS25 (1/4" dia. x 2-1/2" long) and WS3 (1/4" dia. x 3" long) structural wood screws are included with GHF hangers.
3) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.

Continued on next page

**GHF** Glulam Face Mount Hangers

Glulam Beam Connectors

**Specialty Options Chart**
– refer to Specialty Options pages 320-321 for additional details

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2] | Inverted Flange |
|---|---|---|---|---|
| Range | 1° to 50° | 1° to 45° | See Sloped Seat and Skewed | Not available in widths less than 4-1/2" |
| Allowable Loads | 100% of table load. 75% of uplift load on skews greater than 15°. | 100% of table load | 80% of table load 75% of uplift load on skews greater than 15°. | 100% of table load. 65% of table load when fastening into the support members end grain. |
| Ordering | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex. GHF31900_SK45R_BV | Add *SL*, slope required, and up *(U)* or down *(D)*, to product number. Ex. GHF31900_SL30D | See Sloped Seat and Skewed. Ex. GHF31900_SK45R_BV_SL30D | Add *IF* to product number. Ex. GHF51135_IF |



**Typical GHF51135IF inverted flange installation**

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) Skewed hangers typically require a bevel cut however, a square cut option may be available as a custom when requested.

# KEGQ Glulam Beam Hangers

MiTek's WS structural wood screw fastening, heavy steel construction, and a continuous top flange allow the KEGQ products to have high load capacities.

**Materials:** See chart
**Finish:** Primer
**Codes:** IBC, FL, LA

**Installation:**
• Install with MiTek's WS structural wood screws.
• MiTek's WS3 structural wood screws, 1/4" dia. x 3" long, are supplied with KEGQ hangers.
• **Minimum header height (H) is 11-7/8".**
• Beam height dimension (H) must be specified when ordering.



**Typical KEGQ550 installation**



**KEGQ**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Joist / Purlin Size | MiTek USP Stock No. | Ref. No | Steel Ga. | | Dimensions (in) | | | | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Top Flange | U-Strap | W | H[2] | D | L | Header | | Joist | | Download | | | Uplift[1] | Download | | | Uplift[1] | |
| | | | | | | | | | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| 3-1/2 | KEGQ362 | EGQ3.62-SDS3 | 3 | 7 | 3-5/8 | specify | 6 | 18 | 28 | WS3 | 12 | WS3 | 17265 | 17265 | 17265 | 4695 | 13005 | 13615 | 13795 | 3750 | IBC, FL, LA |
| 5-1/4 | KEGQ550 | EGQ5.25-SDS3 | 3 | 7 | 5-1/2 | specify | 6 | 18 | 28 | WS3 | 12 | WS3 | 17265 | 17265 | 17265 | 7430 | 13720 | 13720 | 13720 | 6525 | |
| 7 | KEGQ725 | EGQ7.25-SDS3 | 3 | 7 | 7-1/4 | specify | 6 | 18 | 28 | WS3 | 12 | WS3 | 17265 | 17265 | 17265 | 7430 | 13680 | 13680 | 13680 | 6525 | |

1) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) "Specify" denotes the required supported beam height that must be specified at the time of ordering, with 11" being the minimum.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with KEGQ hangers.
New products or updated product information are designated in **blue font**.

## KEG / KLEG / KMEG  Bolted Glulam Beam Hangers

Glulam Beam Connectors

Bolt-only fastening, heavy steel construction, and a continuous top flange allow the KLEG, KMEG, and KEG products to have high load capacities.

**KLEG** – (4) bolt light-duty hanger.

**KMEG** – (6) bolt medium-duty hanger.

**KEG** – (8) bolt heavy-duty hanger.

**Materials:** See chart
**Finish:** Primer
**Options:** See Specialty Options Chart
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Minimum header height is 10" for the KLEG; 13" for the KMEG; 20" for the KEG.**
• Supported beam height dimension (H) must be specified when ordering.



**Typical KLEG5 installation**



**KMEG5**



**KLEG3**



**KLEG without top flange**



**KEG5**

| Beam Width (in) | MiTek USP Stock No. | Ref. No. | Steel Ga. Top Flange | Steel Ga. U-Strap | W | H[3] | D | TF | L | Header Qty | Header Dia (in) | Joist Qty | Joist Dia (in) | With Top Flange[1] 100% | With Top Flange[1] 125% | Without Top Flange[1] 100% | Without Top Flange[1] 125% | Uplift 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-1/8 | KLEG3 | LEG3 | 7 | 7 | 3-1/4 | specify | 6 | 2-1/2 | 12 | 4 | 3/4 | 2 | 3/4 | 11980 | 12165 | 3580 | 4470 | 3845 | |
| 5-1/8 | KLEG5 | LEG5 | 7 | 7 | 5-1/4 | specify | 6 | 2-1/2 | 12 | 4 | 3/4 | 2 | 3/4 | 11980 | 12165 | 3580 | 4470 | 4690 | |
| 5-1/8 | KMEG5 | MEG5 | 7 | 7 | 5-1/4 | specify | 6 | 2-1/2 | 12 | 6 | 3/4 | 2 | 3/4 | 12635 | 12635 | 5345 | 6685 | 4690 | |
| 5-1/8 | KEG5 | EG5 | 3 | 7 | 5-1/4 | specify | 6 | 2-1/2 | 12 | 8 | 1 | 2 | 1 | 17615 | 19920 | 9215 | 11520 | 7305 | IBC, FL, LA |
| 6-3/4 | KLEG7 | LEG7 | 7 | 7 | 6-7/8 | specify | 6 | 2-1/2 | 12 | 4 | 3/4 | 2 | 3/4 | 11980 | 12165 | 3580 | 4470 | 4690 | |
| 6-3/4 | KMEG7 | MEG7 | 7 | 7 | 6-7/8 | specify | 6 | 2-1/2 | 12 | 6 | 3/4 | 2 | 3/4 | 12635 | 12635 | 5345 | 6685 | 4690 | |
| 6-3/4 | KEG7 | EG7 | 3 | 7 | 6-7/8 | specify | 6 | 2-1/2 | 13-1/2 | 8 | 1 | 2 | 1 | 18695 | 21005 | 9245 | 11555 | 9275 | |
| 8-3/4 | KEG9 | EG9 | 3 | 7 | 8-7/8 | specify | 6 | 2-1/2 | 15-1/2 | 8 | 1 | 2 | 1 | 20125 | 21145 | 9275 | 11595 | 9305 | |
| 10-3/4 | KEG11 | -- | 3 | 7 | 10-7/8 | specify | 6 | 2-1/2 | 17-1/2 | 8 | 1 | 2 | 1 | 21145 | 21145 | 9295 | 11620 | 9325 | |

1) Allowable loads are for a supporting member with a width of 5-1/2", and 560 psi perpendicular to grain loading in single shear.
2) Uplift loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
3) "Specify" denotes the required supported beam height that must be specified at the time of ordering, with 12" being the minimum.
New products or updated product information are designated in **blue font**.

### Specialty Options Chart
– refer to Specialty Options pages 320 and 322-323 for additional details

| Option | Skewed[3] | Sloped Seat | Top Flange Offset[1,2] |
|---|---|---|---|
| Range | 1˚ to 45˚ | 1˚ to 45˚ | -- |
| Allowable Loads | KLEG – 10,000-lb Max KMEG – 10,000-lb Max KEG – 14,250-lb Max | KLEG – 9,665 lbs. Max KMEG – 9,665 lbs. Max KEG – 9,665 lbs. Max | KLEG – 5,665-lb Max KLEG – 9" Min Height KMEG – 5665 lbs. Max KMEG – 11" Min Height |
| Ordering | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* to product number. Ex. KLEG3_H=11_SK45R_SQ | Add *SL*, slope required, and up *(U)* or down *(D)*, to product number. Ex. KLEG3_H=11_SL30D | Add *OS*, and right *(R)* or left *(L)*, to product number. Ex. KLEG3_H=11_OSL |

1) Top flange offset hangers may not be skewed.
2) Top flange offset option is not available for KEG models.
3) Carried member must have square cut end on skewed option.
   Refer to Typical HLBH hanger, skewed, left shown, square cut illustration on page 322.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## KGB / KHGB / KHHB  Glulam Top Mount Hangers

### Glulam Beam Connectors

Glulam Beam Connectors

These hangers cover medium-to-heavy glulam beam and purlin applications.

**KHHB** – Medium capacity hanger

**KGB** – Medium-to-heavy capacity hanger

**KHGB** – Heavy capacity hanger

**Materials:** 7 gauge
**Finish:** Primer
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS3 structural wood screws are supplied with hangers.
• Beam height dimension (H) must be specified when ordering.
• **Minimum height (H) is 7-1/2".**
• See welded installation chart on page 325.



**Typical KHHB installation**



**KHHB**



**KGB**



**KHGB**

| Beam Width (in) | MiTek USP Stock No. | Ref. No. | Dimensions (in)[2] | | | Fastener Schedule[4] | | | | | Allowable Loads (Lbs.) | | | | | Code Ref. |
| | | | | | | Header[3] | | | Joist | | $F_{C\perp}$ = 625 psi | | | | | |
| | | | W | H | D | Top Qty | Face Qty | Type | Qty | Type | Floor 100% | Roof 115% | Roof 125% | Uplift[1] 160% | |
| 3-1/8 | KHHB3 | -- | 3-1/4 | specify | 3 | 4 | 6 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | |
| | KGB3 | -- | | | 3-1/2 | 4 | 10 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | |
| 5-1/8 | KHHB5 | -- | 5-1/4 | specify | 3 | 4 | 6 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | IBC, FL, LA |
| | KGB5 | -- | | | 3-1/2 | 4 | 10 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | |
| | KHGB5 | -- | | | 4 | 4 | 12 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | |
| 6-3/4 | KHHB7 | -- | 6-7/8 | specify | 3 | 4 | 6 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | |
| | KGB7 | -- | | | 3-1/2 | 4 | 10 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | |
| | KHGB7 | -- | | | 4 | 4 | 12 | WS3 | 6 | WS3 | 6480 | 6480 | 6480 | 2215 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) "Specify" denotes the required supported beam height must be specified at the time of ordering.
3) Supporting header shall be no less than 3" thick.
4) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with hangers.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

## KGLT / KHGLT  Glulam Beam Hangers

Glulam Beam Connectors

These heavy beam hangers are designed for use with glulam and timber beams. The continuous top mount flange offers high load capacity with minimal fastening.

**KGLT** – Medium capacity hanger

**KHGLT** – Heavy capacity hanger

**Materials:** See chart
**Finish:** Primer
**Options:** See Nailer Options chart below and Specialty Options Chart on page 238
**Codes:** IBC, FL, LA

**Typical KGLT5 installation**

**KGLT**

**KHGLT**

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Beam height dimension (H) must be specified when ordering.
- See welded installation chart on page 325.

| Beam Width (in) | MiTek USP Stock No. | Ref. No. | Steel Gauge | | Dimensions (in) | | | Fastener Schedule[4] | | | | | Allowable Loads (Lbs.)[2] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Top Flange | U-Strap | W | H[3] | L | Header | | | Joist | | Floor | Roof | | Uplift[1] | |
| | | | | | | | | Top Qty | Face Qty | Type | Qty | Type | 100%[3] | 115% | 125% | 160% | |
| 3-1/8 | KGLT3 | -- | 3 | 7 | 3-1/4 | specify | 10 | 4 | 6 | WS3 | 8 | WS3 | 10555 | 10965 | 11055 | 1935 | |
| | KHGLT3 | HGLT3 | | | | | 12 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |
| 3-1/2 | KGLT4 | -- | 3 | 7 | 3-5/8 | specify | 10 | 4 | 6 | WS3 | 8 | WS3 | 10555 | 10965 | 11055 | 1935 | |
| | KHGLT4 | HGLT4, HGLTV4 | | | | | 12 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |
| 5-1/8 | KGLT5 | -- | 3 | 7 | 5-1/4 | specify | 10 | 4 | 6 | WS3 | 8 | WS3 | 10555 | 10965 | 11055 | 1935 | IBC, FL, LA |
| | KHGLT5 | HGLT5, HGLTV5 | | | | | 12 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |
| 5-5/16 | KHGLT537 | HGLTV5.37 | 3 | 7 | 5-3/8 | specify | 12 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |
| 5-1/2 | KGLT6 | -- | 3 | 7 | 5-5/8 | specify | 12 | 4 | 6 | WS3 | 8 | WS3 | 10555 | 10965 | 11055 | 1935 | |
| | KHGLT6 | HGLT6, HGLTV6 | | | | | 12 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |
| 6-3/4 | KGLT7 | -- | 3 | 7 | 6-7/8 | specify | 12 | 4 | 6 | WS3 | 8 | WS3 | 10555 | 10965 | 11055 | 1935 | |
| | KHGLT7 | HGLT7, HGLTV7 | | | | | 12 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |
| 8-3/4 | KGLT9 | -- | 3 | 7 | 8-7/8 | specify | 14 | 4 | 6 | WS3 | 8 | WS3 | 10555 | 10965 | 11055 | 1935 | |
| | KHGLT9 | HGLT9 | | | | | 14 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |
| 10-3/4 | KHGLT11 | -- | 3 | 7 | 10-7/8 | specify | 16 | 6 | 12 | WS3 | 6 | WS3 | 12495 | 12495 | 12495 | 1935 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable Loads are based on 625 psi perpendicular to grain loading.
3) "Specify" denotes the required supported beam height that must be specified at time of ordering, with 7-1/2" being the minimum.
4) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with the hangers.
New products or updated product information are designated in **blue font**.

### KGLT Nailer Options

– chart represents maximum allowable loads for hangers used on wood nailers. Reference page 203.

| MiTek Series | Nailer Size | Fastener Schedule[2,3] | | | | | DF/SP Allowable Loads (Lbs.)[1,4] | | SPF Allowable Loads (Lbs.)[1,4] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Nailer | | | Joist | | Download 100% | Uplift 160% | Download 100% | Uplift 160% |
| | | Top Qty | Face Qty | Type | Qty | Type | | | | |
| KGLT | 2x | 4 | -- | WS15 | 8 | WS15 | 5210 | -- | 4375 | -- |
| | 3x | 4 | 2 | WS15 | 8 | WS15 | 6655 | -- | 5590 | -- |
| | (2) 2x | 4 | 4 | WS3 | 8 | WS3 | 6430 | -- | 5400 | -- |
| | 4X | 4 | 6 | WS3 | 8 | WS3 | 6040 | 1925 | 5075 | 1615 |

1) Listed loads shall not be increased.
2) MiTek's WS15 structural wood screws are 1/4" dia. x 1-1/2" long and are not included with hangers.
3) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with hangers.
4) Values in the table apply to standard top mount hangers without slope, skew or any other specialty options.
New products or updated product information are designated in **blue font**.

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**KGLT / KHGLT** Glulam Beam Hangers

**Glulam Beam Connectors**

**Specialty Options Chart**
– refer to Specialty Options pages 320 and 322-323 for additional details

| Option | Skewed[1,3] | Sloped Seat[2,3] | Sloped / Skewed[1,2,3] | Sloped Top Flange[4] | Top Flange Offset | Saddle |
|---|---|---|---|---|---|---|
| Range | 1˚ to 50˚ | 1˚ to 45˚ | See Sloped Seat and Skewed | 0˚ to 45˚ | -- | -- |
| Allowable Loads | 50% of uplift load on skew greater than 15˚ | KGLT – 4,110-lb Max KHGLT – 7,000-lb Max | 50% of uplift load on skew greater than 15˚ | 100% of table load | 60% of table load for KGLT. 45% of table load for KHGLT. | 100% of table load per side |
| Ordering | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex. KGLT3_H=16_SK45R_BV | Add *SL*, slope required, and up *(U)* or down *(D)*, to product number. Ex. KGLT3_H=16_SL30D | See Sloped Seat and Skewed. Ex. KGLT3_H=16_SK45R_BV_SL30D | Add *SF*, angle required and right *(R)* or left *(L)*, to product number. Ex. KGLT_H=16_SF30L | Add *OS*, and right *(R)* or left *(L)*, to product number. Ex. KGLT3_H=16_OSL | Add *SA*, and saddle width required to product number. Ex. KGLT3_H=16_SA=5-1/2" |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) Skewed hangers typically require a bevel cut however, a square cut option may be available as a custom when requested.
4) Sloped top flanges with slopes greater than 15° may have additional header nails.

# **KGLS / KGLST / KHGLS / KHGLST** Glulam Saddle Hangers

**KGLS** – Saddle hanger

**KGLST** – Saddle hanger with seismic straps

**KHGLS** – Heavier version of KGLS

**KHGLST** – Heavier version of KGLST

**Materials:** Top flange - 3 gauge; Stirrup - 7 gauge
**Finish:** Primer
**Options:** See KGLS / KHGLS Specialty Options Chart on page 239
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Loads and nail schedule apply to each saddle hanger stirrup.
• **Minimum header height is 8-1/2" for the KGLS; 8-1/2" for the KGLST; 10-1/2" for the KHGLS, and 10-1/2" for the KHGLST.**
• Beam height dimension (H) must be specified when ordering.
• **KGLST** and **KHGLST** models include seismic straps which must be installed with (3) 3/4" thru-bolts in each supported member and (2) 3/4" thru-bolts into the supporting beams.
• See welded installation chart on page 325.



**Typical KHGLST installation**



**KHGLST**



**KGLS**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

**MiTek®** Product Catalog

## KGLS / KGLST / KHGLS / KHGLST Glulam Saddle Hangers     Glulam Beam Connectors

Glulam Beam Connectors

| Supported Glulam Beam Size (in) | MiTek USP Stock No. | Ref. No. | Dimensions (in)[4] | | | | | Fastener Schedule | | | | | | | | Allowable Loads (Lbs.)[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Header | | | | Joist | | | | $F_{c\perp}$ = 560 psi | | | | | | |
| | | | | | | | | Wood Screws[1,3] | | Bolts | | Wood Screws[1,3] | | Bolts | | Floor | | | Roof | | Uplift 160% | Tension 160% | Code Ref. |
| | | | W | H[4] | D | L | SA | Qty | Type | Qty | Dia (in) | Qty | Type | Qty | Dia (in) | 100% | 115% | 125% | 100% | 115% | | | |
| 3-1/8 | KGLS35 | GLS3-5 | 3-1/4 | specify | 5 | 6 | 5-1/4 | 6 | WS3 | -- | -- | 6 | WS3 | -- | -- | 11070 | 11420 | 11650 | 2320 | -- | | | |
| | KGLST35 | -- | 3-1/4 | | 6-1/2 | 10 | 5-1/4 | 6 | WS3 | 2 | 3/4 | 6 | WS3 | 3 | 3/4 | 13695 | 14045 | 14275 | 2320 | 15310 | | | |
| | KGLS37 | GLS3-7 | 3-1/4 | | 5 | 6 | 6-7/8 | 6 | WS3 | -- | -- | 6 | WS3 | -- | -- | 11070 | 11420 | 11650 | 3715 | -- | | | |
| | KGLST37 | -- | 3-1/4 | | 6-1/2 | 10 | 6-7/8 | 6 | WS3 | 2 | 3/4 | 6 | WS3 | 3 | 3/4 | 13695 | 14045 | 14275 | 3715 | 15310 | | | |
| | KGLS39 | GLS3-9 | 3-1/4 | | 5 | 6 | 8-7/8 | 6 | WS3 | -- | -- | 6 | WS3 | -- | -- | 11070 | 11420 | 11650 | 3715 | -- | | | |
| | KGLST39 | -- | 3-1/4 | | 6-1/2 | 10 | 8-7/8 | 6 | WS3 | 2 | 3/4 | 6 | WS3 | 3 | 3/4 | 13695 | 14045 | 14275 | 3715 | 15310 | | | |
| 5-1/8 | KGLS55 | GLS5-5 | 5-1/4 | specify | 5 | 9 | 5-1/4 | 6 | WS3 | -- | -- | 6 | WS3 | -- | -- | 15655 | 16065 | 16340 | 3715 | -- | | | IBC, FL, LA |
| | KGLST55 | -- | 5-1/4 | | 6-1/2 | 12 | 5-1/4 | 6 | WS3 | 2 | 3/4 | 6 | WS3 | 3 | 3/4 | 19960 | 20370 | 20645 | 3715 | 15310 | | | |
| | KGLS57 | GLS5-7 | 5-1/4 | | 5 | 9 | 6-7/8 | 6 | WS3 | -- | -- | 6 | WS3 | -- | -- | 16670 | 17020 | 17250 | 3715 | -- | | | |
| | KGLST57 | -- | 5-1/4 | | 6-1/2 | 12 | 6-7/8 | 6 | WS3 | 2 | 3/4 | 6 | WS3 | 3 | 3/4 | 20975 | 21325 | 21555 | 3715 | 15310 | | | |
| | KHGLS5 | HGLS5 | 5-1/4 | | 6-1/2 | 12 | specify | 14 | WS3 | -- | -- | 8 | WS3 | -- | -- | 21750 | 22215 | 22525 | 4955 | -- | | | |
| | KHGLST5 | -- | 5-1/4 | | 6 | 12 | specify | 14 | WS3 | 2 | 3/4 | 8 | WS3 | 3 | 3/4 | 20315 | 20780 | 21090 | 4955 | 15310 | | | |
| 6-3/4 | KGLS77 | GLS7-7 | 6-7/8 | specify | 5 | 12 | 6-7/8 | 6 | WS3 | -- | -- | 6 | WS3 | -- | -- | 21220 | 21570 | 21800 | 3715 | -- | | | |
| | KGLST77 | -- | 6-7/8 | | 6-1/2 | 12 | 6-7/8 | 6 | WS3 | 2 | 3/4 | 6 | WS3 | 3 | 3/4 | 25420 | 25830 | 26105 | 3715 | 15310 | | | |
| | KGLS79 | GLS7-9 | 6-7/8 | | 5 | 12 | 8-7/8 | 6 | WS3 | -- | -- | 6 | WS3 | -- | -- | 21220 | 21570 | 21800 | 3715 | -- | | | |
| | KGLST79 | -- | 6-7/8 | | 6-1/2 | 12 | 8-7/8 | 6 | WS3 | 2 | 3/4 | 6 | WS3 | 3 | 3/4 | 26890 | 27240 | 27470 | 3715 | 15310 | | | |
| | KHGLS7 | HGLS7 | 6-7/8 | | 6 | 12 | specify | 14 | WS3 | -- | -- | 8 | WS3 | -- | -- | 23195 | 24155 | 24795 | 4955 | -- | | | |
| | KHGLST7 | -- | 6-7/8 | | 6-1/2 | 14 | specify | 14 | WS3 | 2 | 3/4 | 8 | WS3 | 3 | 3/4 | 25995 | 26955 | 27595 | 4955 | 15310 | | | |
| 8-3/4 | KHGLS9 | HGLS9 | 8-7/8 | specify | 6 | 12 | specify | 14 | WS3 | -- | -- | 8 | WS3 | -- | -- | 23195 | 24155 | 24795 | 4955 | -- | | | |
| | KHGLST9 | -- | 8-7/8 | | 6-1/2 | 16 | specify | 14 | WS3 | 2 | 3/4 | 8 | WS3 | 3 | 3/4 | 28975 | 29755 | 30395 | 4955 | 15310 | | | |

1) Allowable loads and fastener schedules apply to each side of the saddled hanger.
2) Minimum header height is 8-1/2" for the KGLS and KGLST; 10-1/2" for the KHGLS and KHGLST.
3) WS3 structural wood screws are 1/4" dia. x 3" long and are included with hangers.
4) Hangers with seismic straps may require a minimum joist depth. Consult MiTek for additional information.

### KGLS / KHGLS Specialty Options Chart — refer to Specialty Options pages 320 and 322-323 for additional details

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2] | Sloped Top Flange[4] | Top Flange Offset | Saddle |
|---|---|---|---|---|---|---|
| Range | 1° to 50° | 1° to 45° | See Sloped Seat and Skewed | 0° to 30° | May not be skewed | 5" minimum saddle |
| Allowable Loads | KGLS – 6,500-lb Max KHGLS – 7,980-lb Max 50% of uplift load on skews greater than 15°. | KGLS – 6,500-lb Max KHGLS – 9,165-lb Max | KGLS – 5,500-lb Max **KHGLS – may not be sloped / skewed.** | 100% of table load | 50% of table load for KGLS. 45% of table load for KHGLS. | 100% of table load per side |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) or bevel cut (BV) to product number. Ex. KGLS35H115_SK45R_BV | Add SL, slope required, and up (U) or down (D), to product number. Example: KGLS35H115_SL30D | See Sloped Seat and Skewed. Example: KGLS35H115_SK45R_BV_SL30D | Add SF, angle required, and right (R) or left (L), to product number. Example: KGLS35H115_SF30L | Add OS, and right (R) or left (L), to product number. Example: KGLS35H115_OSL | Add SA, and saddle width required to product number. Example: KGLS35H115_SA=5-1/2" |

1) Skewed hangers with skews greater than 15° may have all joist fasteners on outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) Skewed hangers typically require a bevel cut when requested, a square cut option may be available as a custom when requested.
4) Sloped top flanges with greater than 15° may have additional header nails.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**KHC** Hinge Connectors

**Glulam Beam Connectors**

Supports a glulam beam off of another glulam beam. Refer to the Optional Horizontal Loading Chart for design variations.

**Materials:** See chart
**Finish:** Primer
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• To allow for wood shrinkage, position bolts in slots away from the bearing seat.
• For dapped beams, reduce the "H" dimension by the "PT" dimension for each dap.



**Typical KHC installation**

KHCST strap
Pg 241

**KHC3**

**Optional Horizontal Loading Chart**

| MiTek USP Stock No. Prefix | Ref. No. | Min. $H^3$ (in) | Rotation Bolts²/Beam | | Seismic Bolts² | | DF/SP Allowable Loads (Lbs.)¹ |
|---|---|---|---|---|---|---|---|
| | | | Qty | Dia (in) | Qty | Dia (in) | F1 160% |
| * KHC | HCA | 8 | 2 | 3/4 | -- | -- | -- |
| * KHC2T | -- | 9 | 2 | 3/4 | 2 | 3/4 | -- |
| KHC2CT | -- | 12 | 2 | 3/4 | 2 | 3/4 | 9445 |
| KHCCT | HCCTA | 12 | 2 | 3/4 | 3 | 3/4 | 14170 |
| KHC4CT | -- | 12 | 2 | 3/4 | 4 | 3/4 | 18895 |
| * KHC3 | HC3A | 8 | 3 | 3/4 | -- | -- | -- |
| * KHC3T | -- | 9 | 3 | 3/4 | 3 | 3/4 | -- |
| KHC2C3T | -- | 12 | 3 | 3/4 | 2 | 3/4 | 9445 |
| KHCC3T | -- | 12 | 3 | 3/4 | 3 | 3/4 | 14170 |
| KHC4C3T | HC4C3TA | 12 | 3 | 3/4 | 4 | 3/4 | 18895 |

1) Loads are based on a 5-1/8" width Douglas-Fir Larch beam.
2) All bolts are 3/4", and shall meet or exceed the specifications of ASTM A 307.
3) Minimum H may be less than H required for listed loads; in which case, load reductions are required.
* When used with optional KHCST Seismic Strap, the minimum H is 12".

**KHC3 side view**

**KHC3 top view**



**KHC4CT**

**KHC4C3T**

**KHCCT**

**KHC2C3T**

**KHC2T**

**KHC3T**

**KHCC3T**

**KHC**

**KHC3**

**KHC2CT**

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**KHC** Hinge Connectors

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Glulam Beam Connectors**

**Glulam Beam Connectors**

### Allowable Download Chart

| Beam Width (in) | MiTek Stock No. Suffix | Ref. No. | Steel Gauge | Dimensions (in) | | | (2) Rotation Bolts[3] Per Beam | | | (3) Rotation Bolts[3] Per Beam | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | PD | PT | $H^2$ (in) | DF/SP Allowable Download (Lbs.)[1] | | $H^2$ (in) | DF/SP Allowable Loads (Lbs.)[1] | | |
| | | | | | | | | 410 psi | 560 psi | | 410 psi | 560 psi | |
| 5-1/8 | 55 | HCA5-5 | 7 | 5-1/4 | 5 | 3/4 | 17-1/2 | 10505 | 14350 | 14 | 10505 | 14350 | IBC, FL, LA |
| | 56 | HCA5-6 | 7 | 5-1/4 | 6 | 3/4 | 22-3/4 | 12610 | 17220 | 17-1/2 | 12610 | 17220 | |
| | 57 | HCA5-7 | 7 | 5-1/4 | 7 | 3/4 | 28-3/4 | 14710 | 20090 | 21-3/4 | 14710 | 20090 | |
| | 59 | HCA5-9 | 7 | 5-1/4 | 9 | 3/4 | 43-1/2 | 18910 | 25830 | 32 | 18910 | 25830 | |
| 6-3/4 | 75 | HCA7-5 | 7 | 6-7/8 | 5 | 1 | 20-3/4 | 13840 | 18900 | 16 | 13840 | 18900 | |
| | 76 | HCA7-6 | 7 | 6-7/8 | 6 | 1 | 27-1/2 | 16605 | 22680 | 20-3/4 | 16605 | 22680 | |
| | 77 | HCA7-7 | 7 | 6-7/8 | 7 | 1 | 35-1/2 | 19375 | 26460 | 26-1/4 | 19375 | 26460 | |
| | 79 | HCA7-9 | 7 | 6-7/8 | 9 | 1 | 55 | 24910 | 34020 | 40 | 24910 | 34020 | |
| 8-3/4 | 95 | HCA9-5 | 7 | 8-7/8 | 5 | 1-1/4 | 24-3/4 | 17940 | 24500 | 18-3/4 | 17940 | 24500 | |
| | 96 | HCA9-6 | 7 | 8-7/8 | 6 | 1-1/4 | 33-1/2 | 21525 | 29400 | 24-3/4 | 21525 | 29400 | |
| | 97 | HCA9-7 | 7 | 8-7/8 | 7 | 1-1/4 | 43-3/4 | 25115 | 34300 | 32 | 25115 | 34300 | |
| | 99 | HCA9-9 | 7 | 8-7/8 | 9 | 1-1/4 | 69-1/4 | 32290 | 44100 | 49-3/4 | 32290 | 44100 | |
| 10-3/4 | 115 | HCA11-5 | 3 | 10-7/8 | 5 | 1-1/2 | 27-1/4 | 22040 | 30100 | 20-1/4 | 22040 | 30100 | |
| | 116 | HCA11-6 | 3 | 10-7/8 | 6 | 1-1/2 | 37-1/4 | 26445 | 36120 | 27 | 26445 | 36120 | |
| | 117 | HCA11-7 | 3 | 10-7/8 | 7 | 1-1/2 | 49-1/4 | 30855 | 42140 | 35-1/4 | 30855 | 42140 | |
| | 119 | HCA11-9 | 3 | 10-7/8 | 9 | 1-1/2 | 78-1/4 | 39670 | 54180 | 55-1/4 | 39670 | 54180 | |

1) Allowable download shall not be further increased for duration.
2) The minimum height is for loads shown. For heights less than the minimum shown reduce the allowable loads in direct proportion.
3) All bolts are 3/4", and shall meet or exceed the specifications of ASTM A 307.

## KHCST / KHCSTR  Seismic Straps

Seismic straps can be installed during construction or added as a retrofit item.

**Materials:**  See chart
**Finish:**  Primer
**Codes:**  IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.

| MiTek USP Stock No.[3] | Ref. No. | Steel Gauge | Dimensions (in) | | Bolt Schedule | | DF/SP Allowable Loads (Lbs.)[1,2] | Code Ref. |
|---|---|---|---|---|---|---|---|---|
| | | | W | L | Qty | Dia (in) | F1 160% | |
| KHCST2 | -- | 7 | 3-1/2 | 25-5/8 | 4 | 3/4 | 10075 | IBC, FL, LA |
| KHCSTR2 | HCSTR2 | | | | | | | |
| KHCST3 | -- | 7 | 3-1/2 | 31-5/8 | 6 | 3/4 | 14685 | |
| KHCSTR3 | HCSTR3 | | | | | | | |
| KHCST4 | -- | 3 | 3-1/2 | 37-5/8 | 8 | 3/4 | 20145 | |
| KHCSTR4 | HCSTR4 | | | | | | | |

1) Allowable loads are for straps used in pairs, and are increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Loads are based on a 5-1/8" width Douglas-Fir-Larch beam.
3) Seismic straps shall be used with the KHC hinge connectors.



**Typical KHCST installation**

**KHCST**

# Truss & Rafter

pg. 244-265

Angles                                              255-256
Girder Tiedowns                          251-254, 257-259
Hurricane Ties                              256, 262-264
Moisture Barrier Plates                              244
Strap Connector                                      265
Truss Anchors                                   244-250
Truss Structural Wood Screw                     260-261



MiTek®

## **NOP** Moisture Barrier Plates

Moisture Barrier Plates protect the bottom chords of trusses from moisture damage caused by direct contact with concrete. These plates eliminate the need for more expensive treated wood plates.

**Materials:** See chart
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Pre-attach to truss bottom chord or rafter using pre-punched prongs and/or 6d common nails to prevent wood-to-concrete contact.




**NOP1**

**NOP2X**

**Typical NOP4 installation**



**NOP4**

| Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) L | Fastener Schedule[1] Qty | Fastener Schedule[1] Type | Code Ref. |
|---|---|---|---|---|---|---|---|---|
| 2x | NOP2X | TSS2, TBP8 | 26 | 1-7/16 | 8 | -- | -- | -- |
| | NOP1 | -- | 22 | 1-1/2 | 8 | 2 | 6d | |
| 4x | NOP4 | TSS2-2 | 26 | 3-1/2 | 8 | 2 | 6d | |

1) **NAILS:** 6d nails are 0.120" dia. x 2" long.

## **LPTA** Embedded Truss Anchors

Low profile design attaches to 2x4 or larger bottom chords and provides uplift and lateral load resistance.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Embed LPTA 4" into concrete tie beam or masonry bond beam.
• Anchors should be spaced no closer than 8" center-to-center.
• **Moisture barrier may be required.**



**LPTA**

**Typical LPTA perpendicular installation**



**Typical LPTA parallel installation**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) H | Load Direction to Wall Installation | Fastener Schedule[5] Per Anchor Min Qty[3,4] | Fastener Schedule[5] Per Anchor Type | DF/SP Allowable Loads (Lbs.)[1,2] Uplift 160% | DF/SP Allowable Loads (Lbs.)[1,2] F1 160% | DF/SP Allowable Loads (Lbs.)[1,2] F2 160% | DF/SP Allowable Loads (Lbs.)[1,2] F3 160% | S-P-F Allowable Loads (Lbs.)[1,2] Uplift 160% | S-P-F Allowable Loads (Lbs.)[1,2] F1 160% | S-P-F Allowable Loads (Lbs.)[1,2] F2 160% | S-P-F Allowable Loads (Lbs.)[1,2] F3 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPTA | LTA2 | 18 | 5 | 8-1/4 | Perpendicular | 10 | 10d x 1-1/2 | 1510 | 335 | 745 | 345 | 1510 | 280 | 745 | 345 | FL |
| | | | | | Parallel | | | 1470 | 750 | 1085 | 335 | 1470 | 750 | 975 | 280 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Connector shall be installed to fully grouted and reinforced masonry units (CMU) type S or better mortar or reinforced concrete (f'c = 2,500 psi at 28 days).
3) Minimum quantity of fasteners to be installed. Product may have additional nail holes not needed to meet published allowable load of product.
4) The five nail holes nearest the embedment line must be filled to achieve the lateral loads listed in the table.
5) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Truss & Rafter**

# HLPTA Embedded Truss Anchor

<span style="color:blue">**Truss & Rafter**</span>

The HLPTA75 is designed and tested to provide higher lateral capacity and net uplift. Offers greater pullout resistance and is compatible with bond beam reinforcing.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** See chart for code references
**Patent:** U.S. Patent No. 7,254,919

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Embed in concrete tie beam or masonry bond beam until the seat is resting on the surface.
• Minimum of one #7 rebar or two #5 rebars through the theoretical shear cone is required.
• Minimum spacing between anchors is 10" to achieve full design load capacities on single anchors.
• When used in a double rebar installation, concrete tie beam stirrup should be sized to accommodate connector leg placement.
• Designer shall verify connector clearance when using in conjunction with stirrups and two rebar applications.
• Verify grout is not in contact with truss member. **Moisture barrier may be required.**



**Typical HLPTA75 single rebar installation**



**Typical HLPTA75 double rebar installation**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved



**Typical HLPTA75 single anchor installation**



**Typical HLPTA75 double anchor installation**



**HLPTA75**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Installation Type | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | S-P-F Allowable Loads (Lbs.)[1] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Seat Plate | | Truss/Rafter | | Uplift 160% | F1 160% | F2 160% | Uplift 160% | F1 160% | F2 160% | |
| | | | | Qty | Type | Qty | Type | | | | | | | |
| HLPTA75 | -- | 18 | Single Anchor | 2 | 10d x 1-1/2 | 20 | 10d x 1-1/2 | 2125 | 1860 | 1715 | 2125 | 1860 | 1160 | FL |
| | | | Double Anchor | -- | -- | 40 | 10d x 1-1/2 | 3500 | 2040 | 2100 | 3500 | 2040 | 2100 | -- |

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) Connector shall be installed to fully grouted and reinforced masonry units (CMU) type S or better mortar or reinforced concrete (f'c = 2,500 psi at 28 days).
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

## HTA / HHTA / HTAR Embedded Truss Anchors

**Truss & Rafter**

**HTA** – 16 or 18 gauge

**HTAR** – 16 or 18 gauge with attached moisture barrier

**HHTA** – 14 gauge

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options on page 247
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Embed 4" into concrete tie beam or masonry bond beam.
• **For double anchor installations:** anchors should be installed on opposite sides of wood member and offset a minimum 3/4" from each other in bond beam or concrete tie beam.
• Designer may specify alternative nailing schedules. Refer to Nail Specification table on page 23 for nail shear values, load values shall not exceed published allowable loads.
• When using alternative nailing schedules, lower-most holes in strap shall be filled progressing upward towards the top of the strap.
• Straps may be installed straight or wrapped over to achieve table loads.
• Moisture barrier will be required in HTA / HHTA unless another moisture remediation method is used.



**Typical HTA24-18 single anchor installation**

**HTA24-18**

**Typical HTA16 double anchor installation**

**HTA16R**

**HHTA16**

| MiTek USP Stock No. | Ref. No. | GA | W | H⁷ (Out of Concrete) | Min Qty.⁶ | Type⁹ | Installation Type⁸ | Masonry 1 Ply Uplift 160% | Masonry 2 Ply Uplift 160% | Concrete 1 Ply Uplift 160% | Concrete 2 Ply Uplift 160% | F1 160% | F2 160% | F3 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HTA12 | HETA12 | 16 | 1-1/4 | 8 | 9 | 10d x 1-1/2 | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | FL |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | |
| HTA12R | HETA12-TSS2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | |
| HTA12-2R | HETA12-TSS2-2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are based on anchorage to masonry/uncracked concrete.
3) DF Allowable Loads are identical to all SP Allowable Loads listed in the chart with the exception of the HTA single anchor installation type uplift allowable load which is limited to 1730 lbs. in both masonry and concrete.
4) Minimum specified masonry or concrete compressive strength, f'm is 1,500 psi and f'c is 2,500 psi at 28 days respectively.
5) Testing conducted and design values based on unreinforced masonry. Rebar in wall specified by others.
6) Minimum quantity of fasteners to be installed. Product may have additional nail holes not needed to meet published allowable load of product.
7) Height (H) is the distance the anchor extends out of concrete or masonry.
8) Double anchor installation is permitted on 1-ply roof members when anchors are offset from each other a minimum of 3/4". Do not install anchors directly back-to-back or nails will interfere with each other.
9) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

Continued on next page

## HTA / HHTA / HTAR  Embedded Truss Anchors

**Truss & Rafter**



**HHTA16**  **HHTA20**  **Typical HHTA20 double roof-truss installation**  **Typical HHTA20 single roof-truss installation**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Truss & Rafter**

| MiTek USP Stock No. | Ref. No. | GA | W | H[7] (Out of Concrete) | Min Qty.[6] | Type[9,10] | Installation Type[8] | Masonry 1 Ply Uplift 160% | Masonry 2 Ply Uplift 160% | Concrete 1 Ply Uplift 160% | Concrete 2 Ply Uplift 160% | F1 160% | F2 160% | F3 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HTA16-18 | META12, META16 | 18 | 1-1/4 | 12 | 9 | 10d x 1-1/2 | Single Anchor | 1625 | 1625 | 1625 | 1625 | 250 | 570 | 835 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1085 | 1140 | 1085 | | |
| HTA16-18R | META16-TSS2 | | | | | | Single Anchor | 1625 | 1625 | 1625 | 1625 | 250 | 570 | 835 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1085 | 1140 | 1085 | | |
| HTA16 | HETA16 | 16 | 1-1/4 | 12 | 9 | 10d x 1-1/2 | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HTA16R | HETA16-TSS2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HTA16-2R | HETA16-TSS2-2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HHTA16 | HHETA16 | 14 | 1-1/4 | 12 | 11 | 10d x 1-1/2 | Single Anchor | 2375 | 2375 | 2375 | 2375 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2650 | 2650 | 2650 | 2770 | 1215 | 1310 | 1215 | | |
| HTA20-18 | META18, META20 | 18 | 1-1/4 | 16 | 9 | 10d x 1-1/2 | Single Anchor | 1625 | 1625 | 1625 | 1625 | 250 | 570 | 835 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1085 | 1140 | 1085 | | |
| HTA20-18R | META20-TSS2 | | | | | | Single Anchor | 1625 | 1625 | 1625 | 1625 | 250 | 570 | 835 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1085 | 1140 | 1085 | | |
| HTA20 | HETA20 | 16 | 1-1/4 | 16 | 9 | 10d x 1-1/2 | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | FL |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HTA20R | HETA20-TSS2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HTA20-2R | HETA20-TSS2-2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HHTA20 | HHETA20 | 14 | 1-1/4 | 16 | 11 | 10d x 1-1/2 | Single Anchor | 2375 | 2375 | 2375 | 2375 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2650 | 2650 | 2650 | 2770 | 1215 | 1310 | 1215 | | |
| HTA24-18 | META22, META24 | 18 | 1-1/4 | 20 | 9 | 10d x 1-1/2 | Single Anchor | 1625 | 1625 | 1625 | 1625 | 250 | 570 | 835 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1085 | 1140 | 1085 | | |
| HTA24-18R | META24-TSS2 | | | | | | Single Anchor | 1625 | 1625 | 1625 | 1625 | 250 | 570 | 835 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1085 | 1140 | 1085 | | |
| HTA24 | HETA24 | 16 | 1-1/4 | 20 | 9 | 10d x 1-1/2 | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HTA24R | HETA24-TSS2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HTA24-2R | HETA24-TSS2-2 | | | | | | Single Anchor | 1870 | 1870 | 1870 | 1870 | 270 | 710 | 945 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 1215 | 1310 | 1215 | | |
| HTA48R | -- | 16 | 1-1/4 | 42-1/2 | 9 | 10d x 1-1/2 | Single Anchor | 1870 | 1870 | 1870 | 1870 | 240 | 470 | 680 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 955 | 940 | 955 | | |
| HTA48-2R | HETA40-TSS2-2 | | | | | 10d x 1-1/2 | Single Anchor | 1870 | 1870 | 1870 | 1870 | 240 | 470 | 680 | | |
| | | | | | | | Double Anchor | 2430 | 2430 | 2430 | 2430 | 955 | 940 | 955 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are based on anchorage to masonry/uncracked concrete.
3) DF Allowable Loads are identical to all SP Allowable Loads listed in the chart with the exception of the HTA single anchor installation type uplift allowable load which is limited to 1730 lbs. in both masonry and concrete.
4) Minimum specified masonry or concrete compressive strength, f'm is 1,500 psi and f'c is 2,500 psi at 28 days respectively.
5) Testing conducted and design values based on unreinforced masonry. Rebar in wall specified by others.
6) Minimum quantity of fasteners to be installed. Product may have additional nail holes not needed to meet published allowable load of product.
7) Height (H) is the distance the anchor extends out of concrete or masonry.
8) Double anchor installation is permitted on 1-ply roof members when anchors are offset from each other a minimum of 3/4".
   Do not install anchors directly back-to-back or nails will interfere with each other.
9) Stainless steel ring shank nails must be used with stainless steel connectors to achieve tabulated allowable loads.
10) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Corrosion Finish**
■ Stainless Steel
■ Gold Coat
■ HDG
■ Triple Zinc

# DHTA Embedded Truss Anchors

The DHTA embedded truss anchor series offer high uplift capacity with a two-strap design. The straps are attached to MiTek's NOP style plate which ensures proper placement of straps while also providing a moisture barrier between the top of the wall and the truss.

**Materials:** DHTAxx-18 – 18 gauge; DHTAxx – 16 gauge
**Finish:** G90 galvanizing
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Embed 4" into concrete tie beam or masonry bond beam.
• Designer may specify alternative nailing schedules.
• When using alternative nailing schedules, lower-most holes in strap shall be filled progressing upward towards the top of the strap.
• Straps may be installed straight or wrapped over to achieve table loads.
• Moisture barrier plate may be under bent during shipping causing attached straps to be misaligned. Install straps vertically at 90° from the horizontal top surface of the wall.

**Truss & Rafter** (side tab)



**Typical DHTA
1-Ply installation**



**DHTA**



**DHTA 1-Ply plan view**
(DHTA 2-Ply application similar)

| MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H[8] (Out of Concrete) | Min Qty.[6] | Type[9] | No. of Plies | Masonry | Concrete | F1 160% | F2 160% | F3 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dimension (in) | | Fastener Schedule — Per Anchor | | | SP Allowable Loads (Lbs.)[1,2,3,4] — Uplift 160% | | Lateral Loads[5] | | | |
| DHTA16-18 | -- | 18 | 1-1/4 | 12 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1085 | 1140 | 1085 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA16-18-2 | -- | 18 | 1-1/4 | 12 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1085 | 1140 | 1085 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA20-18 | -- | 18 | 1-1/4 | 16 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1085 | 1140 | 1085 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA20-18-2 | -- | 18 | 1-1/4 | 16 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1085 | 1140 | 1085 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA24-18 | -- | 18 | 1-1/4 | 20 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1085 | 1140 | 1085 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA24-18-2 | -- | 18 | 1-1/4 | 20 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1085 | 1140 | 1085 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA12 | -- | 16 | 1-1/4 | 8 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | FL |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA12-2 | -- | 16 | 1-1/4 | 8 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA16 | -- | 16 | 1-1/4 | 12 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA16-2 | -- | 16 | 1-1/4 | 12 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA20 | DETAL20 | 16 | 1-1/4 | 16 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA20-2 | -- | 16 | 1-1/4 | 16 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA24 | -- | 16 | 1-1/4 | 20 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA24-2 | -- | 16 | 1-1/4 | 20 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 1215 | 1310 | 1215 | |
| | | | | | | | 2 Ply | | 2770 | | | | |
| DHTA48 | -- | 16 | 1-1/4 | 43 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 955 | 940 | 955 | |
| | | | | | | | 2 Ply | | | | | | |
| DHTA48-2 | -- | 16 | 1-1/4 | 43 | 8 | 10d x 1-1/2 | 1 Ply | 2430 | 2430 | 955 | 940 | 955 | |
| | | | | | | | 2 Ply | | | | | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are based on anchorage to masonry/uncracked concrete.
3) DF lumber may be substituted for SP with no load reduction.
4) Minimum specified masonry or concrete compressive strength, f'm is 1,500 psi and f'c is 2,500 psi at 28 days respectively.
5) The five nail holes nearest the embedment line must be filled to achieve the lateral loads listed in the table.
6) Minimum quantity of fasteners to be installed. Product may have additional nail holes not needed to meet published allowable load of product.
7) Install (8) nails into each anchor for the DHTA installation.
8) Height (H) is the distance the anchor extends out of concrete or masonry.
9) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## DTC Embedded Truss Anchors

The DTC series attaches trusses to concrete or masonry walls. Innovative seat design gives added lateral resistance while still providing a moisture barrier.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Embed 4" into concrete tie beam or masonry bond beam.
• Installations should be spaced no closer together than 8" center-to-center.
• Straps may be installed straight or wrapped over to achieve table loads.



**Typical DTC installation**



**DTC**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | H[4] (in) (Out of Concrete) | Fastener Schedule[5] | | | | DF/SP Allowable Loads (Lbs.)[1,2,3] | | | | S-P-F Allowable Loads (Lbs.)[1,2,3] | | | | Code Ref. |
| | | | | Seat Plate | | Truss/Rafter | | | F1 160% | | | | F1 160% | | | |
| | | | | Qty | Type | Qty | Type | Uplift 160% | Toward Strap | Away from Strap | F2 160% | Uplift 160% | Toward Strap | Away from Strap | F2 160% | |
| DTC | HETAL12, HETAL16, HETAL20 | 16 | 16 | 4 | 10d x 1-1/2 | 9 | 10d x 1-1/2 | 1825 | 840 | 1200 | 1290 | 1440 | 840 | 1200 | 1290 | FL |

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) Connector shall be installed to fully grouted and reinforced masonry units (CMU) type S or better mortar or reinforced concrete (f'c = 2,500 psi at 28 days).
3) Allowable loads require a No. 5 rebar through the shear cones of the anchors.
4) Height (H) is the distance the anchor extends out of concrete or masonry.
5) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## TA / TAR Embedded Truss Anchors

**TA** – Anchors are rated for both uplift and lateral loads. They can be installed straight or field-bent around truss or rafter members. An embossed embedment line assures accurate embedment depth.

**TAR** – Riveted anchors provide a moisture barrier in addition to uplift and lateral resistance all in one product.

**Materials:** 14 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Embed 4" into concrete tie beam or masonry bond beam.
• **For double anchor installations:** anchors should be installed on opposite sides of wood member and offset a minimum 3/4" from each other in bond beam or concrete tie beam. See increased design values in chart below.
• Designer may specify alternative nailing schedules. Refer to Nail Specification table on page 23 for nail shear values, load values shall not exceed published allowable loads.
• When using alternative nailing schedules, lower-most holes in strap shall be filled progressing upward towards the top of the strap.
• Straps may be installed straight or wrapped over to achieve table loads.
• Moisture barrier will be required in installations unless another moisture remediation method is used.



**Typical TA18 installation**

**TA18**

**Typical TA16R installation**

**TA20R**

| MiTek USP Stock No.[6] | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule | | SP Allowable Loads (Lbs.)[1,2,3,4,5] | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H[8] (Out of Concrete) | Per Anchor | | Single Anchor | | | Double Anchor[9] | | | |
| | | | | | Min Qty.[7] | Type[11] | Uplift 160%[10] | F1 160% | F2 160% | Uplift 160%[10] | F1 160% | F2 160% | |
| TA12 | -- | 14 | 1 | 6-3/4 | 5 | 10d x 1-1/2 | 990 | 245 | 335 | 1980 | 490 | 670 | -- |
| TA14 | -- | 14 | 1 | 8-3/4 | 7 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA14R | -- | 14 | 1 | 8-3/4 | 7 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA16 | -- | 14 | 1 | 10-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA16R | -- | 14 | 1 | 10-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA18 | -- | 14 | 1 | 12-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA18R | -- | 14 | 1 | 12-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA20 | -- | 14 | 1 | 14-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA20R | -- | 14 | 1 | 14-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA22 | -- | 14 | 1 | 16-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA22R | -- | 14 | 1 | 16-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA24 | -- | 14 | 1 | 18-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA24R | -- | 14 | 1 | 18-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |
| TA36 | -- | 14 | 1 | 30-3/4 | 8 | 10d x 1-1/2 | 1205 | 245 | 335 | 2410 | 490 | 670 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are based on anchorage to masonry/uncracked concrete.
3) DF Allowable Loads are identical to all SP Allowable Loads listed in the chart.
4) Minimum specified masonry or concrete compressive strength, f'm is 1,500 psi and f'c is 2,500 psi at 28 days respectively.
5) Allowable loads require a No. 4 rebar through the shear cones of the anchors.
6) "R" after TA models indicates truss anchors with riveted moisture barrier as in TA12R.
7) Minimum quantity of fasteners to be installed. Product may have additional nail holes not needed to meet published allowable load of product.
8) Height (H) is the distance the anchor extends out of concrete or masonry.
9) Double anchor installation is permitted on 1-ply roof members when anchors are offset from each other a minimum of 3/4".
   Do not install anchors directly back-to-back or nails will interfere with each other.
10) Allowable uplift capacity for TA models installed with (4) 10d x 1-1/2" nails is 780 lbs per anchor. Lateral loads do not apply.
11) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Truss & Rafter

# RFUS  Uplift Girder Ties

## Truss & Rafter

The RFUS is a multi-purpose engineered solution for attaching trusses to concrete or masonry walls. Screw Anchor fastening eliminates mislocated cast-in-place anchor bolts and allows retrofit installations.

**Materials:** 10 gauge
**Finish:** Primer
**Codes:** FL

**Installation:**
• **Always install in pairs.**
• Use all specified fasteners. See Product Notes, page 18.
• Designer shall be responsible for design of masonry structure, including any required reinforcement.
• MiTek's WS structural wood screws are included with RFUS connector.
• For 1-ply applications, add filler block. Refer to page 287 for wood filler block installation.
• **Moisture barrier may be required.**



**Typical RFUS installation**

Truss & Rafter



**RFUS**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | No. of Plies[6] | Fastener  Schedule[5] | | | | DF/SP Allowable Loads (Lbs.) | Code Ref. |
| | | | | Rafter/Truss | | Concrete/Masonry[4] | | | |
| | | | | Qty | Type[7] | Qty | Screw Anchor[2,3] | Uplift 160%[1] | |
| RFUS | FGTR | 10 | ≥ 2 Ply | 12 | WS3 | 4 | 3/4" x 6" | 7100 | FL |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Use DeWalt 3/4" x 6" Screw-Bolt™+; or equal, installed in accordance with manufacturer's specifications.
3) DeWalt 3/4" x 6" Screw-Bolt™+ are not supplied with RFUS ties. See page 45 for anchor information.
4) Fasteners shall be installed to fully grouted and reinforced masonry units (CMU) type S or better mortar or reinforced concrete (f'c = 2,500 psi at 28 days).
5) Fastener shedule is for two straps used together. The straps shall be installed in pairs.
6) Truss plies shall be fastened together to act as a single unit.
7) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are supplied with RFUS connector.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## UGTS / USC Uplift Girder Ties

**Truss & Rafter**

Truss & Rafter

**UGTS** – 2-screw anchor shorter design when space is limited

**USC** – 4-screw anchor high load design

**Materials:** 10 gauge
**Finish:** Primer
**Codes:** FL

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Place connector over truss or rafter and fasten with specified fasteners.
- Designer shall be responsible for design of masonry structure, including any required reinforcement.
- For 2-ply applications, add filler block. Refer to page 287 for wood filler block installation.
- Works with heel heights up to 14".
- **Moisture barrier may be required.**



**Typical USC53 installation**
UGTS Similar



**UGTS63**



**UGTS4F**



**USC53**

| Description | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule | | | | DF/SP Allowable Loads (Lbs.) | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | Rafter/ Truss | | Concrete/ Masonry Wall | | Uplift 160%[1] | |
| | | | | | | Qty | Type[5] | Qty | Screw Anchor[2,3,4] | | |
| 3-Ply Flat | UGTS3F | -- | 10 | 4-3/4 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | FL |
| | USC3F | -- | 10 | 4-3/4 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| 4-Ply Flat | UGTS4F | -- | 10 | 6-1/2 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | USC4F | -- | 10 | 6-1/2 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| 4/12 pitch | UGTS43 | -- | 10 | 4-3/4 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | UGTS44 | -- | 10 | 6-1/2 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | USC43 | -- | 10 | 4-3/4 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| | USC44 | -- | 10 | 6-1/2 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| 5/12 pitch | UGTS53 | -- | 10 | 4-3/4 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | UGTS54 | -- | 10 | 6-1/2 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | USC53 | -- | 10 | 4-3/4 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| | USC54 | -- | 10 | 6-1/2 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| 6/12 pitch | UGTS63 | -- | 10 | 4-3/4 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | UGTS64 | -- | 10 | 6-1/2 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | USC63 | -- | 10 | 4-3/4 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| | USC64 | -- | 10 | 6-1/2 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| 7/12 pitch | UGTS73 | -- | 10 | 4-3/4 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | UGTS74 | -- | 10 | 6-1/2 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | USC73 | -- | 10 | 4-3/4 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| | USC74 | -- | 10 | 6-1/2 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| 8/12 pitch | UGTS83 | -- | 10 | 4-3/4 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | UGTS84 | -- | 10 | 6-1/2 | 23 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | USC83 | -- | 10 | 4-3/4 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |
| | USC84 | -- | 10 | 6-1/2 | 30-1/2 | 8 | 16d | 2 | 3/4" x 6" | 7813 | |
| | | | | | | | | 4 | | 10133 | |




**Typical USC3F installation**
UGTS similar



**USC3F**

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Use DeWalt 3/4" dia. x 6" Screw-Bolt™+; or equal, installed in accordance with manufacturer's specifications.
3) DeWalt 3/4" dia. x 6" Screw-Bolt™+ are not supplied with ties. See page 45 for anchor information.
4) Fasteners shall be installed to fully grouted and reinforced masonry units (CMU) type S or better mortar or reinforced concrete (f'c = 2,500 psi at 28 days).
5) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek®** Product Catalog

**LUGT** Girder Tiedowns

The LUGT series is an adaptable tiedown for girder trusses and offers several installation options to accommodate different framing conditions. It is an ideal retrofit solution to reinforce truss connections to transfer high wind loads to supporting walls and can be used on either concrete or CMU block walls. Sizes available for 2-ply, 3-ply and 4-ply trusses.

**Materials:** See chart
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• All large fastener holes must be filled with specified fasteners to achieve loads listed in the chart. Smaller fastener holes are for girder-to-stud applications (reference page 257) and do not need to be filled when used for concrete/masonry installations.
• MiTek's WS structural wood screws are included with LUGT3 and LUGT4.
• **For concrete and masonry applications, a moisture barrier may be required, check local building code.**



**Typical LUGT2 masonry installation**



**LUGT2**



**Typical LUGT4 masonry installation**
(LUGT3 similar)



**LUGT4**   **LUGT3**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | No. of Plies | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | S-P-F Allowable Loads (Lbs.)[1] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Rafter/Truss | | CMU/Concrete Wall[4] | | Uplift 160% | F1 160% | F2 160% | Uplift 160% | F1 160% | F2 160% | |
| | | | | Qty | Type[5,6] | Qty | Screw Anchor[3] | | | | | | | |
| | | | | | | | Concrete/Masonry Installation | | | | | | | |
| LUGT2 | LGT2 | 14 | 2 | 16 | 10d | 5 | 1/4" x 3" | 1655 | 1015 | 475 | 1460 | 790 | 475 | -- |
| LUGT3 | LGT3-SDS2.5 | 12 | 3 | 12 | WS25 | 4 | 3/8" x 5" | 3380 | -- | -- | 3380 | -- | -- | |
| LUGT4 | LGT4-SDS3 | 12 | 4 | 16 | WS3 | 4 | 3/8" x 5" | 3380 | -- | -- | 3380 | -- | -- | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Additional anchorage products to be designed by others.
3) Use DeWalt Screw-Bolt™+ 1/4" dia. x 3" or 3/8" dia. x 5" screw anchors; or equal, installed in accordance with manufacturer's specification. Screw Anchors must be ordered separately, see page 44 for anchor information.
4) Fasteners must be installed in fully grouted and reinforced concrete masonry (f'm = 1,500 psi) or reinforced concrete (f'c = 2,500 psi).
5) MiTek's WS25 structural wood screws are 1/4" dia. x 2-1/2" long (supplied with LUGT3) and WS3 structural wood screws are 1/4" dia. x 3" long (supplied with LUGT4).
6) **NAILS:** 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## MUGT15 Girder Tiedown

**Truss & Rafter**

Designed for higher uplift resistance for concrete block construction. The MUGT15 can accommodate variable truss bearing depths.

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- When straps are wrapped over the truss, install nails in backside of truss. See MUGT15 installation diagram for minimum nail requirements into the face and on top of the truss.
- If installed straight-up with no wrap over the top of the truss, fill all nail holes.
- **Moisture barrier may be required.**



Install a minimum of (12) 10d nails into back
Install a minimum of (4) 10d nails into the top
Install a minimum of (6) 10d nails into face

14-5/8"
1-1/4"
3-11/16"   2-7/16"

**Typical MUGT15 installation**

**MUGT15**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Mounting Condition | Fastener Schedule[3] | | | | | DF/SP Allowable Loads (Lbs.) | S-P-F Allowable Loads (Lbs.) | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Anchor Bolt[2,4] | | Rafter/Truss[5] | | | | | |
| | | | | Qty | Dia (in) | Top Qty | Face Qty | Back Qty | Type | Uplift 160%[1] | Uplift 160%[1] | |
| **Concrete/Masonry Installation** | | | | | | | | | | | |
| MUGT15 | MGT | 12 | Face-Max | 1 | 5/8 | -- | 28 | -- | 10d | 4240 | 3730 | IBC, FL, LA |
| | | | Top-Min | 1 | 5/8 | 4 | 6 | 12 | 10d | 3945 | 3160 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek CIA-GEL 7000-C may be used to anchor 5/8" threaded rod when installed into an 8" wide reinforced masonry or concrete wall. With 12" minimum embedment, the MUGT15 will achieve loads listed in table. Reinforcement is to be specified by the certified designer.
3) Additional anchorage products to be designed by others.
4) Designer must specify anchor bolt type, length, and embedment.
5) **NAILS:** 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in **blue font**.

## HUGT Girder Tiedowns

The HUGT series high uplift girder tiedowns can be installed on beams and top chords of trusses with slopes from 0˚ to 34˚.

**Materials:** 7 gauge
**Finish:** Primer
**Codes:** FL

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Install the HUGT over the beam or truss (see "W" dimension on chart for appropriate width).
- Attached members shall be designed to resist applied loads.
- **Moisture barrier may be required.**



**Typical HUGT2 installation**



(2) 3/4" washers are required for 3/4" dia. bolt. (washer not included)

4"
2-7/8"
2-3/16"
W

**HUGT**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | W (in) | O.C. Dim Between Anchors (in) | Fastener Schedule[3,4,5] | | | | DF/SP Allowable Loads (Lbs.)[1,2] | S-P-F Allowable Loads (Lbs.)[1,2] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Threaded Rod | | Girder | | | | |
| | | | | | Qty | Dia (in) | Qty | Type | Uplift 160% | Uplift 160% | |
| **Concrete/Masonry Installation** | | | | | | | | | | | |
| HUGT2 | HGT-2 | 7 | 3-5/16 | 5-3/4 | 2 | 3/4 | 8 | 10d | 9575 | 6925 | |
| HUGT3 | HGT-3 | 7 | 4-15/16 | 7-3/8 | 2 | 3/4 | 8 | 10d | 9860 | 7805 | FL |
| HUGT4 | HGT-4 | 7 | 6-7/8 | 9 | 2 | 3/4 | 8 | 10d | 9860 | 7790 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Listed loads apply where roof pitch is between 3:12 and 8:12.
3) Additional anchorage products to be designed by others.
4) Designer must specify anchor bolt type, length, and embedment.
5) **NAILS:** 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

MiTek® Product Catalog

## HGAM Hurricane Gusset Angles

<span style="float:right">**Truss & Rafter**</span>

Designed for attaching gable end trusses to wood top plates and masonry walls.

For installation into grouted concrete tie beam or masonry bond beam. Provides lateral and uplift resistance.

**Materials:** 14 gauge
**Finish:** G90 galvanizing
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install MiTek's WS15 structural wood screws into the truss and drill holes for screw anchors. Install screw anchors into concrete block per manufacturer's recommendation.
• MiTek's WS15 structural wood screws and 1-3/4" screw anchors are included with HGAM10 angles.
• **Moisture barrier may be required.**



**Typical HGAM10 installation**

**HGAM10**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

<span style="float:right">**Truss & Rafter**</span>

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | S-P-F Allowable Loads (Lbs.)[1] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Rafter/Truss | | Plate | | Uplift 160% | F1 160% | F2 160% | F3 160% | Uplift 160% | F1 160% | F2 160% | F3 160% | |
| | | | Qty | Type[2] | Qty | Screw Anchor[3] | | | | | | | | | |
| HGAM10KT[4] | HGAM10KTA | 14 | 4 | WS15 | 4 | 1/4" x 1-3/4" | 980 | 1075 | 1080 | 980 | 575 | 630 | 635 | 575 | FL |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS15 structural wood screws are 1/4" dia. x 1-1/2" long.
3) Use DeWalt 1/4" dia. x 1-3/4" long Screwbolt™+; or equal, installed in accordance with manufacturer's specification.
4) The HGAM10KT is a kit with (10) HGAM10 angles packaged with MiTek's WS structural wood screws and 1-3/4" screw anchors.
New products or updated product information are designated in **blue font**.

## SHA Masonry Uplift Connectors

Connects trusses directly to masonry or concrete and features slotted base holes to ease installation.

**Materials:** Angle – 3 gauge; Gussets – 10 gauge
**Finish:** Primer

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install directly flush to masonry wall.
• **The SHA series connectors shall be installed in pairs.**
• **Moisture barrier may be required.**



**Typical SHA6 installation**

**SHA6**

| MiTek USP Stock No. | Ref. No. | Fastener Schedule[3] | | | | No. of Plies[6] | DF/SP Allowable Loads (Lbs.)[1,2] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|
| | | Concrete Wall | | Rafter/Truss[7] | | | Uplift 160% | F1 160% | |
| | | J-Bolts[4,5,8] | | | Bolt Dia (in) | | | | |
| | | Qty | Dia (in) | Qty | | | | | |
| SHA6 | -- | 4 | 1/2 | 2 | 3/4 | 2-Ply | 3745 | 4005 | -- |
| | | | | | | 3-Ply or greater | 5615 | 5565 | |
| SHA6T | -- | 4 | 1/2 | 2 | 3/4 | 2-Ply | 8370 | 1590 | |
| | | | | | | 3-Ply or greater | | 2190 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Allowable loads are for a pair of SHA devices. SHAs shall be installed in pairs.
3) Fastener schedule is for a pair of SHA devices.
4) 1/2" x 8" J-Bolts or equivalent.
5) Concrete compressive strength shall be 2,500 psi or greater at 28 days.
6) Multiple ply truss shall be fastened together to act as a single unit.
7) Bolts shall conform to ASTM A 307 or better.
8) The designer must specify anchor bolt type, length, and embedment.



**Typical SHA6T installation**

**SHA6T**

## **RTM** Hurricane Retrofit Connector

**Truss & Rafter**

Designed as a retrofit connector for trusses installed on top plates. Can also be used as a holdown for a roof or floor system.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Concrete screws are not supplied with RT16M connector.
• Install concrete screws in lower two holes for Single Top Plate or Conventional Raised Foundation or Modular Home Installations.
• **Moisture barrier may be required.**




**Typical RT16M top plate installation**



**RT16M**

| | | | Fastener Schedule | | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | S-P-F Allowable Loads (Lbs.)[1] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Truss/Rafter[5] | | Top Plate[5] | | CMU/Concrete[2,3,4] | | | | | | | | | | |
| MiTek USP Stock No. | Ref. No. | Steel Gauge | Qty | Type | Qty | Type | Qty | Screws (in) | Uplift 160% | F1 160% | F2 160% | F3 160% | Uplift 160% | F1 160% | F2 160% | F3 160% | Code Ref. |
| RT16M | HM9KT | 18 | 9 | 10d x 1-1/2 | -- | -- | 4 | 1/4 x 1-3/4 | 1395 | 630 | 125 | 490 | 1225 | 515 | 125 | 490 | FL |
| | | | | | 4 | 16d | 2 | Tapcon | 1360 | 630 | 125 | 490 | 1200 | 515 | 85 | 400 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Install with 1/4" x 1-3/4" Tapcon® Concrete Screws in accordance to manufacturer's installation specifications.
3) Fasteners to be installed to fully grouted and reinforced concrete masonry.
4) Concrete compressive strength shall be 2,500 psi or greater at 28 days.
5) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font.**

## **HGA** Hurricane Gusset Angles

Designed for attaching gable end trusses to wood top plates and masonry walls.

Versatile wood-to-wood connector that satisfies high wind and seismic loading requirements.

**Materials:** 14 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install with MiTek's WS3 structural wood screws into top plate and MiTek's WS15 structural wood screws into the truss.
• MiTek's WS structural wood screws are included with HGA10 angles.
• **Moisture barrier may be required.**




**Typical HGA10 installation**



Embossed gussets improve lateral load resistance

**HGA10**

| | | | Fastener Schedule[2] | | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | S-P-F Allowable Loads (Lbs.)[1] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Rafter/Truss | | Plate | | | | | | | | | | | |
| MiTek USP Stock No. | Ref. No. | Steel Gauge | Qty | Type | Qty | Type | Wall Framing | Uplift 160% | F1 160% | F2 160% | F3 160% | Uplift 160% | F1 160% | F2 160% | F3 160% | Code Ref. |
| HGA10KT [3] | HGA10KT | 14 | 4 | WS15 | 4 | WS3 | 2x4 | 790 | 1105 | 340 | 835 | 515 | 820 | 250 | 620 | IBC, FL, LA |
| | | | | | | | 2x6 | | | 1065 | | | | 890 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS15 structural wood screws are 1/4" dia. x 1-1/2" long and WS3 structural wood screws are 1/4" dia. x 3" long.
3) The HGA10KT is a kit with (10) HGA10 angles packaged with MiTek's WS structural wood screws.
New products or updated product information are designated in **blue font.**

Truss & Rafter

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**LUGT** Girder Tiedowns                                                    **Truss & Rafter**

The LUGT series is an adaptable tiedown for girder trusses and offers several installation options to accommodate different framing conditions. It is an ideal retrofit solution to reinforce truss connections to transfer high wind loads to supporting walls. Sizes available for 1-ply, 2-ply, 3-ply and 4-ply trusses.

**Materials:** See chart
**Finish:** G90 galvanizing
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• All fastener holes must be filled with specified fasteners to achieve loads listed in the chart. Large fastener holes are for concrete/masonry installations (reference page 253) and do not need to be filled when used for girder-to-stud applications.
• MiTek's WS structural wood screws are included with LUGT3 and LUGT4.




**Typical LUGT2 installation**    **LUGT2**

Truss & Rafter







**Typical LUGTC2 corner hip installation**    **LUGTC2**    **Typical LUGT1 offset stud installation** (See footnote #4)    **Typical LUGT1 installation**    **LUGT1**





**Typical LUGT3 installation** (LUGT4 similar)    **LUGT3**    **LUGT4**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| No. of Plies | MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[2,3,7,8] | | | | | | Rafter/Truss | | Plate | | Stud | | DF/SP Allowable Loads (Lbs.)[1] | | | S-P-F Allowable Loads (Lbs.)[1] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qty | Type | Qty | Type | Qty | Type | | | | | | | Uplift[4] 160% | F1 160% | F2 160% | Uplift[4] 160% | F1 160% | F2 160% | |
| | | | | | | | | | | | | | | | | **Wood-to-Wood Installation** | | | | | | |
| 1 | LUGT1 | H10S | 18 | 8 | 8d x 1-1/2 | 8 | 8d x 1-1/2 | 7 | 8d x 1-1/2 | | | | | | | 1045 | 600 | 175 | 920 | 470 | 175 | -- |
| 2 | LUGT2 | LGT2 | 14 | 16 | 10d | 2 | 10d | 14 | 10d | | | | | | | 2020 | 880 | 495 | 1780 | 685 | 495 | IBC, FL, LA |
| | LUGTC2 | -- | 14 | 16 | 10d | 2 | 10d | 14 | 10d | | | | | | | 2020 | -- | 455 | 1780 | -- | 355 | |
| 3 | LUGT3 | LGT3-SDS2.5 | 12 | 12 | WS25 | 4 | 16d Sinker | 24 | 16d Sinker | | | | | | | 3500 | 1980 | 890 | 3080 | 1575 | 665 | -- |
| 4 | LUGT4 | LGT4-SDS3 | 12 | 16 | WS3 | 5 | 16d Sinker | 32 | 16d Sinker | | | | | | | 4725 | -- | -- | 4160 | -- | -- | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Additional anchorage products to be designed by others.
3) For proper installation, the number of studs must be equal-to or greater-than the number of roof truss plies.
4) The LUGT1 can be installed with the stud offset from the rafter a maximum of 1" (center-to-center) for a reduced allowable uplift load of 955-lb (DF/SP) and 840-lb (S-P-F).
5) Fasteners must be installed in fully grouted and reinforced concrete masonry (f'm = 1,500 psi) or reinforced concrete (f'c = 2,500 psi).
6) Use DeWalt Screw-Bolt™+ 1/4" dia. x 3" or 3/8" dia. x 5" screw anchors; or equal, installed in accordance with manufacturer's specification.
7) MiTek's WS25 structural wood screws are 1/4" dia. x 2-1/2" long (supplied with LUGT3) and WS3 structural wood screws are 1/4" dia. x 3" long (supplied with LUGT4).
8) **NAILS:** 8d x 1-1/2 are 0.131" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d Sinkers are 0.148" dia. x 3-1/4" long,
New products or updated product information are designated in blue font.

## **MUGT** Girder Tiedown

Designed for higher uplift resistance for wood frame construction. The MUGT15 can accommodate variable truss bearing depths.

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- When straps are wrapped over the truss, install nails in backside of truss. See MUGT15 installation diagram for minimum nail requirements into the face and on top of the truss.
- If installed straight-up with no wrap over the top of the truss, fill all nail holes.
- **Moisture barrier may be required.**

<div class="sidebar">Truss & Rafter</div>



Typical MUGT15
top-min installation
with PHD4A



MUGT15



Typical MUGT15
connection to support beam

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Mounting Condition | Rod/Bolt[3] Qty | Dia (in) | Rafter/Truss[4] Top Qty | Face Qty | Back Qty | Type | DF/SP Allowable Loads (Lbs.) Uplift 160%[1] | S-P-F Allowable Loads (Lbs.) Uplift 160%[1] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Fastener Schedule[2]** | | | | | | |
| | | | Wood-To-Wood Installation | | | | | | | | | |
| MUGT15 | MGT | 12 | Face-Max | 1 | 5/8 | -- | 28 | -- | 10d | **4240** | **3730** | IBC, FL, LA |
| | | | Top-Min | 1 | 5/8 | 4 | 6 | 12 | 10d | **3945** | **3160** | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Additional anchorage products to be designed by others.
3) Designer must specify anchor bolt type, length, and holdown device.
4) **NAILS:** 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in **blue font**.

## **HUGT** Girder Tiedowns

The HUGT series high uplift girder tiedowns can be installed on beams and top chords of trusses with slopes from 0° to 34°.

**Materials:** 7 gauge
**Finish:** Primer
**Codes:** FL

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Install the HUGT over the beam or truss (see "W" dimension on chart for appropriate width).
- Install (4) LBP58-TZ washers for (2) 5/8" tension rod/bolts.
- Attached members shall be designed to resist applied loads.
- **Moisture barrier may be required.**



Typical HUGT3
installation with HTT45's



HUGT

| MiTek USP Stock No. | Ref. No. | Steel Gauge | W (in) | O.C. Dim Between Anchors (in) | Anchor Washers Qty | Type | Threaded Rod Qty | Dia (in) | Girder Qty | Type | DF/SP Allowable Loads (Lbs.)[1,2] Uplift 160% | S-P-F Allowable Loads (Lbs.)[1,2] Uplift 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fastener Schedule[3,5]** | | | | | | | | |
| | | | | Wood-to-Wood Installation | | | | | | | | | |
| HUGT2 | HGT-2 | 7 | 3-5/16 | 5-3/4 | 4 | LBP58-TZ | 2 | 5/8 | 8 | 10d | **9575** | **6925** | FL |
| HUGT3 | HGT-3 | 7 | 4-15/16 | 7-3/8 | 4 | LBP58-TZ | 2 | 5/8 | 8 | 10d | 9860 | **7805** | |
| HUGT4 | HGT-4 | 7 | 6-7/8 | 9 | 4 | LBP58-TZ | 2 | 5/8 | 8 | 10d | 9860 | **7790** | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Listed loads apply where roof pitch is between 3:12 and 8:12.
3) Additional anchorage products to be designed by others.
4) Designer must specify anchor bolt type, length, and holdown device.
5) **NAILS:** 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## **UGTQ** Universal Girder Tiedown

The Universal Girder Tiedown, UGTQ, is a high capacity tiedown designed to resist uplift loads on multi-ply roof trusses.  The UGTQ installs with MiTek's WS structural wood screws and is fastened on one side for single connector installations or opposite sides for two connector installations. The UGTQ is available in left and right models for installation near the end of girders.

**Features and Benefits:**
• UGTQs may be installed as a single connector or in pairs
• May be installed elevated from top plate
• Can be installed on trusses and beams with top chord slopes up to 8/12
• May be used with holdown device, bearing plate or embedded/epoxy rod

**Materials:**  10 gauge
**Finish:**  G90 galvanizing
**Patents:**  Pending

**Installation:**
• Use all specified fasteners.
• MiTek's WS3 structural wood screws, 1/4'' dia. x 3'' long, are supplied with UGTQ tiedowns.
• Left and right connectors shall be installed as shown.
• UGTQL/R shall be installed a minimum 1/2'' from the end of the supported member.



**UGTQ**      **Side View**

**UGTQL**      **UGTQR**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved




**Typical UGTQ single installation with PHD5A**



**Typical UGTQL/R back-to-back installation with PHD2A**



**Typical UGTQR masonry installation** (right shown)

| MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Installation Type | Min. No. of Plies[5] | Qty of UGTQs | Fastener Schedule | | | | DF/SP Allowable Loads (Lbs)[1,2,3,6] | Code Ref. |
| | | | W | H | D | | | | Connecting Rod | | Truss/Rafter[5] | | | |
| | | | | | | | | | Qty | Type | Qty | Type[4] | Uplift 160% | |
| UGTQ | VGT | 10 | 5-9/16 | 4-1/4 | 2-1/8 | Single Installation | 2 | 1 | 1 | 5/8'' Rod | 16 | WS3 | 5175 | -- |
| | | | | | | Back-to-Back | | 2 | 2 | | 32 | | 9690 | |
| UGTQL | VGTL | 10 | 4-1/4 | 4-1/4 | 2-1/8 | Single Installation | 2 | 1 | 1 | 5/8'' Rod | 12 | WS3 | 3070 | |
| | | | | | | Back-to-Back | | 2 | 2 | | 25 | | 7175 | |
| UGTQR | VGTR | 10 | 4-1/4 | 4-1/4 | 2-1/8 | Single Installation | 2 | 1 | 1 | 5/8'' Rod | 13 | WS3 | 3070 | |
| | | | | | | Back-to-Back | | 2 | 2 | | 25 | | 7175 | |

1) Allowable loads are for one UGTQ or UGTQL/R installed on one side of a 2-ply minimum truss/rafter (Qty of UGTQs listed as 1) or one UGTQ or UGTQL/R installed on each side of a 2-ply minimum truss/rafter (Qty of UGTQs listed as 2).
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) Designer must specify the connection from the connecting rod to the supporting structure.
4) MiTek's WS3 structural wood screws are 1/4'' dia. x 3'' long and are included with UGTQ connectors.
5) Truss/rafter plies shall be fastened together to act as a single unit.
6) Anchorage into concrete/masonry must be designed by a designer.

# WSTS  Truss Structural Wood Screw

**Truss & Rafter**

The MiTek® Pro Series™ WSTS Truss Structural Wood Screw can be used to resist uplift and lateral loads for truss/rafter-to-plate and stud-to-plate connections. The WSTS is tested in accordance with ICC-ES AC233 and AC13 and meets 2018 IRC and IBC code requirements.




**Features and Benefits:**
• Reverse thread angle on opposite ends of screw creates increased withdrawal where it's needed for higher capacity and greater uplift resistance. The shank is fully threaded along its length for installation flexibility.
• Head design countersinks out of the way of finishing materials like drywall and trim.
• Type-17 point engages the wood quickly for easier starting and driving the screw.
• Included 6" T30 Driver Bit and Angle Tool makes proper installations easier.
• WSTS can be installed on the inside eliminating difficult installations on the outside of wall.
• Included driver bit with installation guide holds screw firmly so screw may be installed with one hand.

**Materials:**  3/16" heat treated carbon steel
**Finish:**  Exterior Coat
**Codes:**  IBC, FL, LA
**Patents:**  U.S. Patent No. 10,639,769 (Angle Tool); Pending (WSTS screw)

**WSTS45 Installation:**
• Position screw point approximately 2-3/4" from the end of the stud on the narrow or wide face. The screw point should be no closer than 1/2-in from the edge. Install the screw at an angle of 22° from vertical using the angle tool.
• Drive the WSTS screw head flush to the wood surface
• Installation angle is 15° to 25°. Use the angle tool for optimal 22° angle.

**WSTS6 Installation:**
• The removable angle tool comes attached to the bit. Install bit onto drill.
• **Truss aligned directly over wall stud:** Position screw point where bottom of top plate and top of stud meet. Install screw at 22° angle using the angle tool.
• **Truss between two wall studs:** On the underside of the top plate, position screw in the center of the top plate and truss bottom chord. Install the screw perpendicular through the double top plate to the truss bottom chord. Drive WSTS screw head flush to the wood surface.




**WSTS45-EXT**




**WSTS6-EXT**



Patent Pending

**Both WSTS45 and WSTS6 products feature a reversing asymmetrical thread angle, adding withdrawal capacity**



**EXTERIOR USE**
**EXT**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

**WSTS** Truss Structural Wood Screw



| Typical WSTS6 truss aligned directly over wall stud installation **Figure 1A** | Typical WSTS6 truss between wall studs installation **Figure 1B** | Typical WSTS6 double top plate-to-stud installation **Figure 2** | Typical WSTS6 top plate-to-end wall truss installation **Figure 3** | Typical WSTS45 stud-to-single bottom plate installation **Figure 4** | Typical WSTS45 stud-to-single bottom plate installation **Figure 5** |

**Truss & Rafter**

**Specification Table**

| Size (in) | MiTek Stock No. | Ref. No. | Length (in) | Finish[1] | Installation Type [5] | DF Allowable Loads (Lbs.) [2,3,4,8] | | | SP Allowable Loads (Lbs.) [2,3,4,8] | | | S-P-F Allowable Loads (Lbs.) [2,3,4,8] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Uplift [7] 160% | F1 [6] 160% | F2 [6] 160% | Uplift [7] 160% | F1 [6] 160% | F2 [6] 160% | Uplift [7] 160% | F1 [6] 160% | F2 [6] 160% | |
| 0.152 x 6 | WSTS6 | SDWC15600 | 6 | EXT | Figure 1A | 715 | 225 | 443 | 802 | 263 | 496 | 573 | 177 | 355 | IBC, FL, LA |
| | | | | | Figure 1B | | | | | | | | | | |
| | | | | | Figure 2 | 616 | -- | 228 | 637 | -- | 257 | 616 | -- | 228 | |
| | | | | | Figure 3 | 847 | 547 | 336 | 876 | 547 | 373 | 662 | 519 | 235 | |
| 0.152 x 4-1/2 | WSTS45 | SDWC15450 | 4-1/2 | EXT | Figure 4 | 372 | -- | 277 | 493 | -- | 334 | 296 | -- | 231 | |
| | | | | | Figure 5 | 313 | -- | 251 | 380 | -- | 266 | 281 | -- | 161 | |

1) EXT = Exterior Coat.
2) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) Allowable loads are for WSTS screws installed in accordance with installation instructions.
4) When the screw is to be loaded in multiple directions simultaneously, refer to note 1 in *Design Notes* on page 18.
5) Double top plates should be independently fastened together as required by applicable code.
6) F1 loading is parallel to the top or bottom plate. F2 loading is perpendicular to the top or bottom plate.
7) Designer must ensure that a continuous load path transfers the uplift loads to the foundation.
8) Wood species shall have a minimum NDS referenced specific gravity of 0.50 for DF, 0.55 for SP, and 0.42 for SPF.
9) Table loads to do not apply to installations in trusses with end grain bearing.
**Refer to MiTek's WSTS Truss and Wall Tiedown Installations technical bulletin at MiTek-US.com for additional design information.**
New products or updated product information are designated in **blue font**.

**Packaging Table**

| Use | Length (in) | Retail Box Offering | | Bulk Offering | |
|---|---|---|---|---|---|
| | | MiTek Stock No. | Box/Ctn Qty | MiTek Stock No. | Box Qty |
| Stud to Plate | 4-1/2 | WSTS45-EXTR50 | 5-pack/50-ea | WSTS45-EXTBP | 500-ea |
| Plate to Truss | 6 | WSTS6-EXTR50 | 5-pack/50-ea | WSTS6-EXTBP | 500-ea |



U.S. Patent No. 10,639,769

**Included in each box:**
• 6" T30 Impact-Driver Compatible Bit
• Angle Tool

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## HC / HCPRS / HHCP / LFTA / RT / TSP  Hurricane Ties

These anchors tie trusses and rafters to top plates and may be used to tie wood framing members to resist uplift and lateral forces.



RT3A

RT4
(left version shown)

RT5
(left version shown)

RT6

RT7
(left version shown)

RT7A

RT7AT

RT8A

RT10

RT15

RT16A

RT16AR

RT16-2

HHCP2

HHCP4-TZ

HC520

HCPRS

LFTA6
(left version shown)

RT20

TSP

standard round
holes for
min nailing

additional
diamond holes
for max nailing

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

Continued on next page

# HC / HCPRS / HHCP / LFTA / RT / TSP  Hurricane Ties

**Truss & Rafter**

**Materials:** See chart
**Finish:** G90 galvanizing; HHCP4-TZ – G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **TSP Min Nailing** – Fill all round holes.
• **TSP Max Nailing** – Fill all round and diamond holes.
• To achieve full allowable loads listed, fasteners must be installed as prescribed in the chart.
• Depending on pitch, birdsmouth notching may be required with some models to enable installers to fill all nail holes.
• Designer shall determine if solid blocking is required.
• LFTA6, RT4, RT5, and RT7 ship in equal quantities of left and right versions. Left version images shown.

**AVAILABLE IN**



**Truss & Rafter**

| MiTek Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[3,4,6] | | | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | | S-P-F Allowable Loads (Lbs.)[1] | | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Truss/Rafter | | Plate | | Stud | | | Lateral | | | | | Lateral | | | | | |
| | | | Qty | Type | Qty | Type | Qty | Type | Uplift 160% | F1 160% | F2 160% | F3 160% | F4 160% | Uplift 160% | F1 160% | F2 160% | F3 160% | F4 160% | | |
| RT3A | H3 | 18 | 4 | 8d x 1-1/2 | 4 | 8d | -- | -- | 350 | 190 | 65 | 130 | 90 | 310 | 155 | 65 | 130 | 90 | | |
| | | | 4 | 8d x 1-1/2 | 4 | 8d x 1-1/2 | -- | -- | 345 | 190 | 65 | 130 | 90 | 305 | 155 | 65 | 130 | 90 | | |
| RT4 | -- | 18 | 4 | 8d x 1-1/2 | 4 | 8d | -- | -- | 305 | 205 | 140 | 230 | 230 | 270 | 165 | 140 | 190 | 160 | | |
| RT5 | -- | 18 | 4 | 8d x 1-1/2 | 4 | 8d | -- | -- | 380 | 160 | 80 | 280 | 180 | 335 | 160 | 80 | 225 | 180 | | |
| RT6 | HS24 | 18 | 8 | 8d x 1-1/2 | 6 | 8d | -- | -- | 605 | 835 | 800 | -- | -- | 535 | 670 | 575 | -- | -- | | |
| RT7 | -- | 18 | 5 | 8d x 1-1/2 | 5 | 8d | -- | -- | 540 | 270 | 120 | 185 | 140 | 475 | 260 | 120 | 185 | 140 | | |
| | | | 5 | 8d x 1-1/2 | 5 | 8d x 1-1/2 | -- | -- | 515 | 270 | 120 | 185 | 140 | 455 | 260 | 120 | 185 | 140 | | |
| RT7A | H2.5A | 18 | 5 | 8d x 1-1/2 | 5 | 8d | -- | -- | 580 | 285 | 190 | 135 | 120 | 510 | 230 | 190 | 110 | 120 | | |
| | | | 5 | 8d x 1-1/2 | 5 | 8d x 1-1/2 | -- | -- | 630 | 285 | 190 | 135 | 120 | 510 | 230 | 190 | 110 | 120 | | |
| RT7AT | H2.5T | 18 | 5 | 8d x 1-1/2 | 5 | 8d x 1-1/2 | -- | -- | 480 | 250 | 150 | 240 | 165 | 425 | 200 | 145 | 240 | 165 | | IBC, FL, LA |
| RT8A | H8 | 18 | 5 | 10d x 1-1/2 | 5 | 10d x 1-1/2 | -- | -- | 750 | 265 | 100 | 225 | 150 | 660 | 265 | 100 | 225 | 150 | | |
| RT10 | H2A | 18 | 6 | 8d x 1-1/2 | 8 | 8d | 6 | 8d | 540 | 270 | 120 | 185 | 140 | 475 | 260 | 120 | 185 | 140 | | |
| | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | 515 | 270 | 120 | 185 | 140 | 460 | 270 | 120 | 185 | 140 | | |
| RT15 | H1 | 18 | 5 | 8d x 1-1/2 | 5 | 8d | -- | -- | 500 | 490 | 220 | 415 | -- | 440 | 395 | 220 | 415 | -- | | |
| | | | 5 | 8d x 1-1/2 | 5 | 8d x 1-1/2 | -- | -- | 580 | 490 | 220 | 415 | -- | 440 | 395 | 220 | 415 | -- | | |
| RT16A | H10A, H14 | 18 | 9 | 10d x 1-1/2 | 8 | 10d | -- | -- | 1025 | 805 | 490 | 455 | -- | 900 | 660 | 345 | 455 | -- | | |
| | | | 9 | 8d x 1-1/2 | 8 | 8d x 1-1/2 | -- | -- | 935 | 805 | 490 | 455 | -- | 820 | 660 | 345 | 455 | -- | | |
| RT16AR | H10AR | 18 | 9 | 10d x 1-1/2 | 8 | 10d | -- | -- | 1025 | 805 | 490 | 455 | -- | 900 | 660 | 345 | 455 | -- | | |
| RT16-2 | H10A-2 | 18 | 8 | 8d | 8 | 8d | -- | -- | 1060 | 780 | 410 | 405 | -- | 935 | 625 | 330 | 320 | -- | | |
| HHCP2 | HCP2 | 18 | 10 | 10d x 1-1/2 | 10 | 10d x 1-1/2 | -- | -- | 680 | 405 | -- | -- | -- | 595 | 355 | -- | -- | -- | | |
| HHCP4-TZ | HCP4Z | 16 | 8 | 10d | 8 | 10d | -- | -- | 1015 | 380 | -- | -- | -- | 885 | 330 | -- | -- | -- | | |
| HC520 | GBC | 18 | -- | -- | 11 | 8d | 6 | 8d | 515 | 470 | 430 | -- | -- | 445 | 405 | 370 | -- | -- | | -- |
| | | | -- | -- | 11 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | 515 | 470 | 430 | -- | -- | 445 | 405 | 370 | -- | -- | | |
| HCPRS | -- | 18 | 6 | 8d | 5 | 8d | -- | -- | 490 | 525 | 345 | 570 | -- | 315 | 350 | 275 | 385 | -- | | |
| LFTA6 [2] | H6 | 16 | 8 | 8d | 8 | 8d | -- | -- | 980 | 745 | 120 | -- | -- | 825 | 625 | 100 | -- | -- | | |
| | | | 8 | 8d x 1-1/2 | 8 | 8d x 1-1/2 | -- | -- | 980 | 745 | 120 | -- | -- | 825 | 625 | 100 | -- | -- | | IBC, FL, LA |
| RT20 | H7 | 16 | 9 | 10d x 1-1/2 | 4 | 10d | 9 | 10d x 1-1/2 | 1115 | -- | -- | -- | -- | 980 | -- | -- | -- | -- | | |
| TSP | TSP | 16 | 3 | 10d x 1-1/2 | 3 | 10d x 1-1/2 | -- | -- | 465 | -- | -- | -- | -- | 390 | -- | -- | -- | -- | | |
| | | | 9 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | -- | -- | 830 | 365 | 190 | 210 | 235 | 700 | 305 | 160 | 175 | 200 | | |
| | | | 9 | 10d x 1-1/2 | 6 | 10d | -- | -- | 870 | 365 | 190 | 210 | 235 | 730 | 305 | 160 | 175 | 200 | | |

**Corrosion Finish**
■ Stainless Steel
■ Gold Coat
□ HDG
■ Triple Zinc

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) LFTA6: To achieve F1 lateral loads, three nails must be installed on each side on the strap located closest to the bend line. Lateral F1 and F2 load directions do not apply to roof truss-to-top plate installations.
3) 8d common nails may be substituted for 8d x 1-1/2 nails, and 10d common nails may be substituted for 10d x 1-1/2 nails.
4) Stainless steel ring shank nails must be used with stainless steel connectors to achieve tabulated allowable loads.
5) Non-identical hurricane ties are not to be combined to resist the uplift force or lateral loads at a single connection location.
6) NAILS: 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long, 8d nails are 0.131" dia. x 2-1/2" long, 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in blue font.

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## HC / HCPRS / HHCP / LFTA / RT / TSP Hurricane Ties

**Truss & Rafter**



**Typical RT3A
truss/rafter to plate
installation**



**Typical RT4
truss/rafter to plate
installation**



**Typical RT5
truss/rafter to
double plate installation**



**Typical RT6
truss/rafter to
plate installation**



**Typical RT7
truss/rafter to
double plate installation**



**Typical RT7A
truss/rafter to
double plate installation**



**Typical RT7AT
2x4 bottom chord
installation**



**Typical RT8A
stud to double plate
installation**



**Typical RT10
truss/rafter to double plate
to stud installation**



**Typical RT15
truss/rafter to
double plate installation**



**Typical RT16A
truss/rafter to
double plate installation**



**Typical RT16AR
truss/rafter to
double plate installation**



**Typical RT16-2
truss/rafter to
double plate installation**



**Typical HHCP2
truss/rafter to double
plate corner installation**



**Typical HHCP4-TZ
truss/rafter to double
plate corner installation**



**Typical HC520
stud to plate
installation**



**Typical HC520
gable brace
installation**



**Typical HCPRS
truss/rafter to plate
installation**



**Typical LFTA6
stud to plate
installation**



**Typical RT20
truss/rafter to double
plate to stud installation**



**Typical TSP top
plate installation**
(max nailing)

**Typical TSP
truss/rafter installation**
(max nailing)



**Anchor installation to achieve twice the load** (using two identical anchors)

**Wall Top Plate**

Install diagonally across from each
other for minimum 1-1/2" truss/rafter.

Nailing into both sides of a single-ply 2x
truss/rafter may cause damages in wood

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

MiTek® Product Catalog

**RUSC** Retrofit Strap Connector                                                    **Truss & Rafter**

The RUSC Retro Uplift Strap Connector provides a wood-to-wood uplift connection attaching trusses with a 2x4 bottom chord to a double stud in the wall below. MiTek's WS3 structural wood screws are utilized for fast installation. The connector can be installed after roof sheathing has been installed.

**Materials:** 10 gauge
**Finish:** Primer
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **The RUSC shall be installed in pairs.**
• Install on minimum 2-ply with equal wall studs centered directly below.
• Works with 2x4 bottom chord member and 2x4 wall studs.



**Typical RUSC installation**



**RUSC**

Truss & Rafter

| MiTek USP Stock No. | Ref. No. | Steel Gauge | No. of Plies[6] | Fastener Schedule[4,5] | | | | DF/SP Allowable Loads (Lbs.)[1] | S-P-F Allowable Loads (Lbs.)[1] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qty | Rafter/ Truss | Qty | Stud | Uplift 160% | Uplift 160% | |
| RUSC | -- | 10 | 2-Ply or greater | 16 | WS3 | 16 | WS3 | 6040 | 5225 | FL |

1) Allowable loads are for a pair of RUSC devices.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) Designer must specify stud or post to resist published load values.
4) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with RUSC connectors.
5) Fastener schedule is for two straps used together. The RUSC shall be installed in pairs with a
   minimum 2-ply truss and wall stud attachment.
6) Truss plies shall be fastened together to act as a single unit.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# Plated Truss

## pg. 268-295

Alternate Installations                        287
Blocking Supports                              294
Drag Strut Connectors                          282
Face Mount Hangers                         268-272
Field Splice Kits                              295
Girder Hangers                             283-286
Hip/Jack Connectors                        281-282
Hoist Plates                                   294
Skewed Nail Plate                              280
Spacers/Braces                             288-289
Supplementary Bearing Plates                   290
Truss Clips                                291-294



MiTek®

## MUS / HUS Slant Nail Truss Hangers

**Plated Truss**

The MUS / HUS hanger series offers double shear nailing. MiTek's raised dimple allows for 30° to 45° nailing through the joist into header, resulting in higher loads and less nailing.

**Materials:** MUS – 18 gauge; HUS – 16 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Joist nails must be driven in at a 30° to 45° angle through the joist or truss into the header to achieve listed loads. **Slant/double shear nails must be used to achieve listed load values.**
- See HUS EWP applications on page 214.



**Typical HUS installation**
(MUS similar)

Raised dimple allows 30° to 45° nailing

**HUS**

Double shear nail design features fewer nails and faster installation

Uses standard length common nails

**MUS**

| Joist / Truss Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.)[3] | | | | S-P-F Allowable Loads (Lbs.)[3] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Header | | Truss[2] | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | | |
| | | | | W | H | A | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| 2 x 6 - 8 | MUS26 | MUS26 | 18 | 1-9/16 | 5-1/16 | 1 | 6 | 10d | 6 | 10d | 1285 | 1475 | 1605 | 865 | 1190 | 1365 | 1475 | 760 | | IBC, FL, LA |
| | HUS26 | HUS26 | 16 | 1-5/8 | 5-7/16 | 2 | 14 | 16d | 6 | 16d | 2760 | 3140 | 3400 | 2045 | 2430 | 2765 | 2990 | 1640 | | |
| 2 x 8 - 10 | MUS28 | MUS28 | 18 | 1-9/16 | 7-1/16 | 1 | 8 | 10d | 8 | 10d | 1710 | 1970 | 2140 | 1230 | 1585 | 1815 | 1965 | 1085 | | |
| | HUS28 | HUS28 | 16 | 1-5/8 | 7-3/16 | 2 | 22 | 16d | 8 | 16d | 4170 | 4745 | 5125 | 2990 | 3670 | 4035 | 4130 | 2410 | | |
| 2 x 10 - 12 | HUS210 | HUS210 | 16 | 1-5/8 | 9-3/16 | 2 | 30 | 16d | 10 | 16d | 5455 | 5825 | 6060 | 4110 | 4235 | 4565 | 4780 | 3410 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Nails must be driven at a 30° to 45° angle through joist or truss into header to achieve the table loads.
3) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**
■ Stainless Steel  ■ Gold Coat
■ HDG  ■ Triple Zinc

---

## CLPBF Butterfly Hanger

The butterfly hanger's flared header flange design allows for added nailing. Excellent truss-to-truss hanger for 2x4 purlin or truss bottom chords.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.




**Typical CLPBF installation**



**CLPBF**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Header | | Joist | | Floor | Roof | | Uplift[1] | |
| | | | | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | |
| 2 x 4 | CLPBF | -- | 18 | 12 | 10d | 6 | 10d x 1-1/2 | 1340 | 1340 | 1340 | 195 | IBC, FL, LA |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in blue font.

MiTek® Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Plated Truss**

# THD Heavy-Duty Face Mount Truss Hangers

**Plated Truss**

Medium-to-heavy capacity face mount hanger. Some THD models are available with a min/max installation option.

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- Drive bend line nails into header at 45° to achieve listed loads.
- **Min Nailing** – Fill all round nail holes.
- **Max Nailing** – Fill all round and diamond holes.

> Some model designs may vary from illustration shown



**Typical THD28 installation**



Drive bend line nails into header at 45° to achieve listed loads.

**Typical bend line nail installation**



Standard round holes for min nailing
Additional diamond holes for max nailing
**THD210**

Bend line nailing
**THD210-3**

| Joist / Truss Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | H | D | A | Min/Max | Header Qty | Header Type | Truss Qty | Truss Type | DF/SP Floor 100% | DF/SP Roof 115% | DF/SP Roof 125% | DF/SP Uplift 160% | S-P-F Floor 100% | S-P-F Roof 115% | S-P-F Roof 125% | S-P-F Uplift 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 x 6 - 8 | THD26 | HTU26 | 16 | 1-5/8 | 5-1/16 | 3 | 1-7/8 | Min | 18 | 16d | 12 | 10d x 1-1/2 | 2645 | 3000 | 3240 | 2265 | 2325 | 2640 | 2850 | 1875 | | |
| | | | | | | | | Max | 20 | 16d | 20 | 10d x 1-1/2 | 2940 | 3240 | 3240 | 2315 | 2585 | 2665 | 2665 | 1900 | | |
| 2 x 8 - 10 | THD28 | HTU28 | 16 | 1-5/8 | 7 | 3 | 1-7/8 | Min | 28 | 16d | 16 | 10d x 1-1/2 | 4115 | 4200 | 4200 | 2315 | 3435 | 3435 | 3435 | 1890 | | |
| | | | | | | | | Max | 28 | 16d | 26 | 10d x 1-1/2 | 4115 | 4670 | 4975 | 2315 | 3620 | 4105 | 4120 | 1915 | | |
| 2 x 10 - 12 | THD210 | HTU210 | 16 | 1-5/8 | 9 | 3 | 1-7/8 | Min | 38 | 16d | 20 | 10d x 1-1/2 | 5315 | 5620 | 5660 | 3775 | 4110 | 4380 | 4575 | 3320 | | |
| | | | | | | | | Max | 38 | 16d | 32 | 10d x 1-1/2 | 5585 | 6145 | 6145 | 4035 | 4915 | 5120 | 5120 | 3365 | | |
| (2) 2 x 6 - 8 | THD26-2 | HHUS26-2, HTU26-2 | 14 | 3-7/16 | 5-3/8 | 3 | 2 | -- | 18 | 16d | 12 | 10d | 2770 | 3125 | 3355 | 2340 | 2440 | 2750 | 2950 | 2060 | | |
| (2) 2 x 8 - 10 | THD28-2 | HHUS28-2, HTU28-2 | 14 | 3-7/16 | 7-1/8 | 3 | 2 | -- | 28 | 16d | 16 | 10d | 4310 | 4860 | 5005 | 2595 | 3795 | 4035 | 4035 | 2090 | | |
| (2) 2 x 10 - 12 | THD210-2 | HHUS210-2, HTU210-2 | 14 | 3-7/16 | 9-1/8 | 3 | 2 | -- | 38 | 16d | 20 | 10d | 5850 | 6600 | 7045 | 3905 | 5145 | 5705 | 5705 | 3270 | | IBC, FL, LA |
| 4 x 6 - 8 | THD46 | HHUS46 | 14 | 3-5/8 | 5-5/16 | 3 | 2 | -- | 18 | 16d | 12 | 10d | 2770 | 3125 | 3355 | 2340 | 2440 | 2750 | 2950 | 2060 | | |
| 4 x 8 - 10 | THD48 | HHUS48 | 14 | 3-5/8 | 7-1/16 | 3 | 2 | -- | 28 | 16d | 16 | 10d | 4310 | 4860 | 5005 | 2595 | 3795 | 4035 | 4020 | 2080 | | |
| 4 x 10 - 12 | THD410 | HHUS410 | 14 | 3-5/8 | 9-1/16 | 3 | 2 | -- | 38 | 16d | 20 | 10d | 5850 | 6600 | 7045 | 3905 | 5145 | 5680 | 5680 | 3255 | | |
| 4 x 12 - 14 | THD412 | -- | 14 | 3-5/8 | 11 | 3 | 3 | -- | 48 | 16d | 20 | 10d | 7045 | 7045 | 7045 | 3905 | 5680 | 5680 | 5680 | 3255 | | |
| 4 x 14 - 16 | THD414 | -- | 14 | 3-5/8 | 12-7/8 | 3 | 3 | -- | 58 | 16d | 20 | 10d | 7045 | 7045 | 7045 | 3905 | 5680 | 5680 | 5680 | 3255 | | |
| (3) 2 x 10 - 12 | THD210-3 | HHUS210-3 | 12 | 5-1/8 | 9 | 3 | 3 | -- | 38 | 16d | 20 | 10d | 6535 | 7255 | 7745 | 4035 | 5750 | 6380 | 6650 | 3240 | | |
| 6 x 10 - 12 | THD610 | HHUS5.50/10 | 12 | 5-1/2 | 9 | 3 | 3 | -- | 38 | 16d | 20 | 10d | 6535 | 7255 | 7745 | 4035 | 5750 | 6380 | 6630 | 3230 | | |
| 6 x 12 - 14 | THD612 | -- | 12 | 5-1/2 | 11 | 3 | 3 | -- | 48 | 16d | 20 | 10d | 8255 | 8285 | 8285 | 4035 | 6630 | 6630 | 6630 | 3230 | | |
| 6 x 14 - 16 | THD614 | -- | 12 | 5-1/2 | 12-7/8 | 3 | 3 | -- | 58 | 16d | 20 | 10d | 8285 | 8285 | 8285 | 4035 | 6630 | 6630 | 6630 | 3230 | | |
| (4) 2 x 10 - 12 | THD210-4 | HHUS210-4 | 12 | 6-3/4 | 9 | 3 | 3 | -- | 38 | 16d | 20 | 10d | 6535 | 7255 | 7745 | 4035 | 5750 | 6380 | 6620 | 3230 | | |
| 7 x 9-1/4 - 14 | THD7210 | HHUS7.25/10 | 12 | 7 | 9 | 3 | 3 | -- | 38 | 16d | 20 | 10d | 6535 | 7255 | 7745 | 4035 | 5750 | 6380 | 6605 | 3220 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long,16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**
- ■ Stainless Steel   ■ Gold Coat
- ■ HDG   ■ Triple Zinc

### Specialty Options Chart
– refer to Specialty Options pages 320-321 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2,3] | Inverted Flange |
|---|---|---|---|---|
| Range | 1° to 45° | 1° to 45° | See Sloped Seat and Skewed | Not available in widths < 3". Widths ≥ 3" can have one flange inverted. |
| Allowable Loads | 85% of table load | 65% of table load | 65% of table load | 100% of table load. 65% of table load when nailing into the support members end grain. |
| Ordering | Add *SK*, angle required, right *(R)* or left *(L)*, and square cut *(SQ)* or bevel cut *(BV)* to product number. Ex. THD410_SK45R_SQ | Add *SL*, slope required, and up *(U)* or down *(D)*, to product number. Ex. THD410_SL30D | See Sloped Seat and Skewed. Ex. THD410_SK45R_SQ_SL30D | Add *IF*, one flange, right *(R)* and left *(L)*, to product number. Ex. THD410_IFR |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside of flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) For skewed hangers, the required cut type (square or bevel) of joist member may vary based on skew angle and width of hanger. Some square cut hangers will require custom pricing due to welded back plate.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**THDH** Heavy-Duty Truss Hangers

**Plated Truss**

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options and page 271 for Specialty Options chart
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Joist nails must be driven in at a 30° to 45° angle through the joist or truss into the header to achieve listed loads. **Slant/double shear nails must be used to achieve listed load values.**
• See EWP applications pages 214–216.

> **Some model designs may vary from illustration shown**



**Typical THDH installation**



**THDH**



Drive joist nails into header at 30° to 45° to achieve listed loads.

**Typical double shear installation**

Drive bend line nails into header at 45° to achieve listed loads.

**Typical bend line nail installation**

| Joist / Truss Size | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Header | | Truss[2] | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | | |
| | | | W | H | D | A | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| 2 x 6 - 8 | THDH26 | HGUS26 | 1-5/8 | 5-7/16 | 5 | 3-1/2 | 20 | 16d | 8 | 16d | 4375 | 4895 | 5180 | 2805 | 3850 | 4145 | 4145 | 2240 | | |
| 2 x 8 - 10 | THDH28 | HGUS28 | 1-5/8 | 7-3/16 | 5 | 3-1/2 | 36 | 16d | 12 | 16d | 7595 | 8175 | 8175 | 4345 | 6240 | 6585 | 6585 | 3500 | | |
| 2 x 10 - 12 | THDH210 | -- | 1-5/8 | 9-3/16 | 5 | 3-1/2 | 46 | 16d | 16 | 16d | 9310 | 9710 | 9710 | 5290 | 7255 | 7770 | 7870 | 4285 | | |
| 2-11/16 x 9-1/4 - 14 | THDH27925 | -- | 2-3/4 | 9-1/8 | 4 | 2-1/2 | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7515 | 7850 | 7850 | 3480 | | |
| 2-11/16 x 11-1/4 - 16 | THDH27112 | -- | 2-3/4 | 10-7/8 | 4 | 2-1/2 | 56 | 16d | 14 | 16d | 9710 | 9710 | 9710 | 4345 | 7795 | 7795 | 7795 | 3490 | | |
| 2-11/16 x 14 - 16 | THDH2714 | -- | 2-3/4 | 12-1/4 | 4 | 2-1/2 | 66 | 16d | 16 | 16d | 11185 | 11325 | 11325 | 5290 | 8530 | 9045 | 9115 | 4260 | | |
| 3-1/4 x 9-1/2 | THDH3210 | HGUS3.25/10 | 3-1/4 | 9-3/8 | 4 | 2-1/2 | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7830 | 7830 | 7830 | 3470 | | |
| 3-1/4 x 10-5/8 | THDH3212 | HGUS3.25/12 | 3-1/4 | 10-5/8 | 4 | 2-1/2 | 56 | 16d | 14 | 16d | 9710 | 9710 | 9710 | 5290 | 7775 | 7775 | 7775 | 4235 | IBC, FL, LA |
| (2) 2 x 6 - 8 | THDH26-2 | HGUS26-2 | 3-1/4 | 5-1/2 | 4 | 2-1/2 | 20 | 16d | 8 | 16d | 4375 | 4895 | 5180 | 2805 | 3850 | 4120 | 4120 | 2230 | | |
| (2) 2 x 8 - 10 | THDH28-2 | HGUS28-2 | 3-1/4 | 7-1/4 | 4 | 2-1/2 | 36 | 16d | 10 | 16d | 7360 | 8175 | 8175 | 3000 | 6475 | 6520 | 6520 | 2390 | | |
| (2) 2 x 10 - 12 | THDH210-2 | HGUS210-2 | 3-1/4 | 9-1/4 | 4 | 2-1/2 | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7835 | 7835 | 7835 | 3475 | | |
| 4 x 6 - 8 | THDH46 | HGUS46 | 3-5/8 | 5-5/16 | 4 | 2-1/2 | 20 | 16d | 8 | 16d | 4375 | 4895 | 5180 | 2805 | 3850 | 4115 | 4115 | 2225 | | |
| 4 x 8 - 10 | THDH48 | HGUS48 | 3-5/8 | 7-1/16 | 4 | 2-1/2 | 36 | 16d | 10 | 16d | 7360 | 8175 | 8175 | 3000 | 6475 | 6505 | 6505 | 2385 | | |
| 4 x 10 - 12 | THDH410 | HGUS410 | 3-5/8 | 9-1/16 | 4 | 2-1/2 | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7820 | 7820 | 7820 | 3470 | | |
| 4 x 12 - 14 | THDH412 | HGUS412 | 3-5/8 | 11-1/16 | 4 | 2-1/2 | 56 | 16d | 14 | 16d | 9710 | 9710 | 9710 | 5290 | 7765 | 7765 | 7765 | 4230 | | |
| 4 x 14 - 16 | THDH414 | HGUS414 | 3-5/8 | 13-1/16 | 4 | 2-1/2 | 66 | 16d | 16 | 16d | 11325 | 11325 | 11325 | 5305 | 9075 | 9075 | 9075 | 4250 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Joist nails need to be toe nailed at a 30° to 45° angle to achieve allowable loads shown.
3) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Continued on next page

# THDH Heavy-Duty Truss Hangers

**Plated Truss**

| Joist / Truss Size | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | | Fastener Schedule[3] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Header | | Truss[2] | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | | |
| | | | W | H | D | A | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| (3) 2 x 6 - 8 | THDH26-3 | HGUS26-3 | 5-1/8 | 5-7/16 | 4 | 2-1/2 | 20 | 16d | 8 | 16d | 4375 | 4895 | 5180 | 2805 | 3850 | 4105 | 4105 | 2220 | | |
| (3) 2 x 8 - 10 | THDH28-3 | HGUS28-3 | 5-1/8 | 7-3/16 | 4 | 2-1/2 | 36 | 16d | 12 | 16d | 7595 | 8175 | 8175 | 4345 | 6500 | 6500 | 6500 | 3455 | | |
| (3) 2 x 10 - 12 | THDH210-3 | HGUS210-3 | 5-1/8 | 9-3/16 | 4 | 2-1/2 | 46 | 16d | 16 | 16d | 9710 | 9710 | 9710 | 5290 | 7750 | 7750 | 7750 | 4225 | | |
| (3) 2 x 12 - 14 | THDH212-3 | HGUS212-3 | 5-1/8 | 11-3/16 | 4 | 2-1/2 | 56 | 16d | 20 | 16d | 9530 | 9530 | 9530 | 5290 | 7635 | 7635 | 7635 | 4235 | | |
| (3) 2 x 14 - 16 | THDH214-3 | HGUS214-3 | 5-1/8 | 13-3/16 | 4 | 2-1/2 | 66 | 16d | 22 | 16d | 11325 | 11325 | 11325 | 5305 | 9085 | 9085 | 9085 | 4255 | | |
| 6 x 10 - 12 | THDH610 | HGUS5.25/10, HGUS5.50/10 | 5-1/2 | 9 | 4 | 2-1/2 | 46 | 16d | 16 | 16d | 9020 | 9020 | 9020 | 5290 | 7805 | 7805 | 7805 | 4210 | | IBC, FL, LA |
| 6 x 12 - 14 | THDH612 | HGUS5.25/12, HGUS5.50/12 | 5-1/2 | 11 | 4 | 2-1/2 | 56 | 16d | 20 | 16d | 9530 | 9530 | 9530 | 5290 | 7610 | 7610 | 7610 | 4225 | | |
| 6 x 14 - 16 | THDH614 | HGUS5.50/14 | 5-1/2 | 13 | 4 | 2-1/2 | 66 | 16d | 22 | 16d | 11325 | 11325 | 11325 | 5305 | 9055 | 9055 | 9055 | 4245 | | |
| (4) 2 x 6 - 8 | THDH26-4 | HGUS26-4 | 6-9/16 | 5-7/16 | 4 | 2 | 20 | 16d | 8 | 16d | 4375 | 4895 | 5180 | 2805 | 3850 | 4095 | 4095 | 2215 | | |
| (4) 2 x 8 - 10 | THDH28-4 | HGUS28-4 | 6-7/16 | 7-9/16 | 4 | 2-1/2 | 36 | 16d | 12 | 16d | 7595 | 8175 | 8175 | 4345 | 6480 | 6480 | 6480 | 3445 | | |
| 6-3/4 x 9 - 14 | THDH6710 | HGUS210-4, HGUS6.88/10 | 6-7/8 | 8-13/16 | 4 | 2-1/2 | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7765 | 7765 | 7765 | 3445 | | |
| 6-3/4 x 11 - 18 | THDH6712 | HGUS212-4, HGUS6.88/12 | 6-7/8 | 10-13/16 | 4 | 2-1/2 | 56 | 16d | 14 | 16d | 9020 | 9020 | 9020 | 5290 | 7775 | 7775 | 7775 | 4195 | | |
| 6-3/4 x 13 - 20 | THDH6714 | HGUS214-4, HGUS6.88/14 | 6-7/8 | 12-13/16 | 4 | 2-1/2 | 66 | 16d | 16 | 16d | 11325 | 11325 | 11325 | 5305 | 8995 | 8995 | 8995 | 4215 | | |
| 7 x 9-1/4 - 14 | THDH7210 | HGUS7.25/10 | 7-1/4 | 9 | 4 | 2-1/2 | 46 | 16d | 12 | 16d | 9020 | 9020 | 9020 | 4345 | 7760 | 7760 | 7760 | 3440 | | |
| 7 x 11-1/4 - 16 | THDH7212 | HGUS7.25/12 | 7-1/4 | 10-1/2 | 4 | 2-1/2 | 56 | 16d | 14 | 16d | 9020 | 9020 | 9020 | 5290 | 7770 | 7770 | 7770 | 4195 | | |
| 7 x 14 - 20 | THDH7214 | HGUS7.25/14 | 7-1/4 | 12-1/4 | 4 | 2-1/2 | 66 | 16d | 16 | 16d | 11325 | 11325 | 11325 | 5305 | 8990 | 8990 | 8990 | 4215 | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Joist nails need to be toe nailed at a 30° to 45° angle to achieve allowable loads shown.
3) NAILS: 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

## Specialty Options Chart
– refer to Specialty Options pages 320-321 for additional details.

| Option | Skewed[1,3] | Sloped Seat[2] | Sloped / Skewed[1,2,3] |
|---|---|---|---|
| Range | 1° to 45° | 1° to 45° | See Sloped Seat and Skewed |
| Allowable Loads | 85% of table allowable load. 50% of table uplift load. | 85% of table allowable load | 52% of table allowable load. 50% of table uplift load. |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) or bevel cut (BV) to product number. Ex. THDH410_SK45R_BV | Add SL, slope required, and up (U) or down (D), to product number. Ex. THDH410_SL30D | See Sloped Seat and Skewed. Ex. THDH410_SK45R_BV_SL30D |

1) Skewed THDH hangers with skews greater than 15° always have all joist nailing on one side of the outside flange.
2) Sloped or sloped / skewed hangers with slopes greater than 15° may have additional joist nails.
3) Skewed hangers typically require a bevel cut however, a square cut option may be available as a custom when requested.
**Inverted flange option is not available for THDH models.**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# **THDHQ** Girder Truss Hangers

The THDHQ hangers are designed to attach multi-ply girder trusses together using MiTek's WS structural wood screws for higher design load capacity. THDHQ hangers can also be used to attach structural composite lumber (SCL).

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners.
• MiTek's WS structural wood screws are supplied with THDHQ hangers.



**Typical THDHQ28-2 truss installation**



**Typical THDHQ28-2 SCL installation**



**THDHQ28-2**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Plated Truss**

| Joist / Truss Size | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | | | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Supporting Member[5] | | Supported Member | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | |
| | | | W | H | D | A | Qty | Type | Qty[4] | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| **Double 2x Sizes** | | | | | | | | | | | | | | | | | | | |
| (2) 2 x 6 - 8 | THDHQ26-2 | -- | 3-5/16 | 5-7/16 | 4 | 1-15/16 | 12 | WS3 | 4 | WS3 | 5015 | 5745 | 5745 | 2055 | 4405 | 4560 | 4560 | 1630 | |
| (2) 2 x 8 - 10 | THDHQ28-2 | -- | 3-5/16 | 7-3/16 | 4 | 2-13/16 | 20 | WS3 | 8 | WS3 | 8355 | 9540 | 9540 | 3645 | 7340 | 7640 | 7640 | 2920 | |
| (2) 2 x 10 - 12 | THDHQ210-2 | -- | 3-5/16 | 9-3/16 | 4 | 2-13/16 | 28 | WS3 | 8 | WS3 | 10840 | 10880 | 10880 | 5270 | 8035 | 8475 | 8715 | 4220 | |
| **Triple 2x Sizes** | | | | | | | | | | | | | | | | | | | |
| (3) 2 x 6 - 8 | THDHQ26-3 | -- | 4-15/16 | 5-7/16 | 4 | 1-15/16 | 12 | WS45 | 4 | WS45 | 5015 | 5745 | 5745 | 2055 | 4405 | 4545 | 4545 | 1625 | IBC, FL, LA |
| (3) 2 x 8 - 10 | THDHQ28-3 | -- | 4-15/16 | 7-3/16 | 4 | 2-13/16 | 20 | WS45 | 8 | WS45 | 8355 | 9540 | 9540 | 3645 | 7340 | 7595 | 7595 | 2900 | |
| (3) 2 x 10 - 12 | THDHQ210-3 | -- | 4-15/16 | 9-3/16 | 4 | 2-13/16 | 28 | WS45 | 8 | WS45 | 10880 | 10880 | 10880 | 5270 | 8665 | 8665 | 8665 | 4195 | |
| **Quadruple 2x Sizes** | | | | | | | | | | | | | | | | | | | |
| (4) 2 x 6 - 8 | THDHQ26-4 | -- | 6-9/16 | 5-7/16 | 4 | 1-15/16 | 12 | WS6 | 4 | WS6 | 5015 | 5745 | 5745 | 2490 | 4405 | 4535 | 4535 | 1965 | |
| (4) 2 x 8 - 10 | THDHQ28-4 | -- | 6-9/16 | 7-3/16 | 4 | 2-13/16 | 20 | WS6 | 8 | WS6 | 8355 | 9540 | 9540 | 4530 | 7340 | 7570 | 7570 | 3595 | |
| (4) 2 x 10 - 12 | THDHQ210-4 | -- | 6-9/16 | 9-3/16 | 4 | 2-13/16 | 28 | WS6 | 8 | WS6 | 10880 | 10880 | 10880 | 4200 | 8635 | 8635 | 8635 | 3335 | |
| **4x Sizes** | | | | | | | | | | | | | | | | | | | |
| 4 x 6 - 8 | THDHQ46 | -- | 3-5/8 | 5-7/16 | 4 | 1-15/16 | 12 | WS3 | 8 | WS3 | 5015 | 5745 | 5745 | 2055 | 4405 | 4590 | 4590 | 1640 | |
| 4 x 8 - 10 | THDHQ48 | -- | 3-5/8 | 7-3/16 | 4 | 2-13/16 | 20 | WS3 | 8 | WS3 | 8355 | 9540 | 9540 | 3645 | 7340 | 7625 | 7625 | 2910 | |
| 4 x 10 - 12 | THDHQ410 | -- | 3-5/8 | 9-3/16 | 4 | 2-13/16 | 28 | WS3 | 8 | WS3 | 10880 | 10880 | 10880 | 5270 | 8690 | 8690 | 8690 | 4210 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 (1/4" dia. x 3" long), WS45 (1/4" dia. x 4-1/2" long), and WS6 (1/4" dia. x 6" long) structural wood screws are included with THDHQ hangers.
3) MiTek's WS structural wood screws may be installed through metal truss connector plates as approved by truss designer per
   ANSI/TPI 1-2014 Section 7.5.3.4 and 8.9.2. Pre-drilling required through the plate using a maximum of 5/32" bit.
4) MiTek's WS structural wood screws specified for supported member must ALL be installed into the supported member while maintaining
   a minimum 5/8" edge distance where truss connector plates are not present.
5) When fastening to a multi-ply supporting truss: use MiTek's WS3 for 2-ply, WS45 for 3-ply and WS6 for 4-ply.
New products or updated product information are designated in blue font.

**MiTek®** Product Catalog

# **MSH** Adjustable Strap Hangers

The MSH is field adjustable. The flanges can be used in top mount, face mount, or combination installations. An open back design allows installation after a member is placed in position.

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options on pages 274-275 and Nailer Options Chart below
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Web stiffeners are required for I-Joist installations.


**MSH**


**MSH222**


**MSH422IF**

**MSH426**

**Nailer Options**
– chart represents maximum allowable loads for hangers used on wood nailers.
Reference page 203.



Double shear nail design features fewer nails and faster installation

Uses standard length nails

| MiTek Series | Nailer Size | Fastener Schedule[2] | | | | | DF/SP Allowable Loads (Lbs.)[1,3] | SPF Allowable Loads (Lbs.)[1,3] |
| | | Nailer | | | Joist | | Download 100% | Download 100% |
| | | Top Qty | Face Qty | Type | Qty | Type | | |
| MSH (18 gauge) | 2X | 4 | -- | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 1245 | 1045 |
| | 3X | 4 | -- | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 1245 | 1045 |
| | (2) 2X | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 1950 | 1540 |
| | 4X | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 1950 | 1540 |
| MSH (16 or 14 gauge) | 2X | 4 | 2 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 2355 | 1860 |
| | 3X | 4 | 2 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 2355 | 1860 |
| | (2) 2X | 4 | 2 | 16d x 2-1/2 | 6 | 10d x 1-1/2 | 2080 | 1745 |
| | 4X | 4 | 2 | 16d x 2-1/2 | 6 | 10d x 1-1/2 | 2080 | 1745 |

1) Listed loads shall not be increased.
2) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long.
3) Values in the table apply to standard top mount hangers without slope, skew or any other specialty options.
New products or updated product information are designated in blue font.

## Mounting Conditions

| **Face Max** | **Top-Max** | **Top-Min** | **Combination Face-Max / Top-Max** |
|---|---|---|---|
| All header nails used should be driven into the wide face of the header. | The hanger is installed in a top mount condition with at least six lowest header face nail holes filled, and four top flange nails filled. Refer to **Table 1** below for minimum top flange length requirements. | The hanger is installed in a top mount condition with at least the top two header face nail holes filled, and four top flange nail holes filled. Refer to **Table 1** below for minimum top flange length requirements. The joist nails shall be installed straight into the joist for all models. | Face-Max values apply for the entire connection. Follow fastening directions for the applicable mounting condition for each individual flange strap. |



**Typical MSH face-max installation**

**Typical MSH top-max installation**


**Typical MSH top-min installation**


**Typical MSH combination installation**

## Table 1

| Minimum Top Flange Length for Top Mount Installations[1] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/8" | 1-1/8" | 1-3/8" | 1-1/2" | 1-3/4" | 1-7/8" | 2" | 2-3/16" | 2-5/8" | 2-3/4" | 2-13/16" |
| MSH426 | MSH29 | MSH2322-2 | MSH422-2 | MSH426-2 | MSH1713 | MSH424 | MSH222 | MSH222-2 | MSH218-2 | MSH218 | MSH213 |
| MSH426IF | -- | MSH2622-2 | MSH422-2IF | -- | -- | -- | MSH1722 | MSH422IF | -- | MSH413 | -- |
| -- | -- | -- | -- | -- | -- | -- | MSH2322 | MSH2022 | -- | MSH418 | -- |
| -- | -- | -- | -- | -- | -- | -- | MSH322 | -- | -- | MSH422 | -- |

1) Total hanger height will be reduced by the top flange length. Carried member height must be accounted for accordingly.

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MSH** Adjustable Strap Hangers  **Plated Truss**

**Plated Truss** *(side tab)*

## Plated Truss Chart

| Joist Material & Width | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | D | H | A | B | Mounting Condition | Header Top Qty | Header Face Qty | Header Type | Joist Qty | Joist Type | DF/SP 100% | 115% | 125% | 160% | Uplift[1] | S-P-F 100% | 115% | 125% | 160% | Uplift[1] | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2x Lumber or Trusses | MSH29 | THA29 | 18 | 1-5/8 | 2-1/4 | 8-3/4 | 2-7/16 | 5 | face-max | -- | 18 | 10d | 4 | 10d | 2550 | 2640 | 2640 | | 715 | 2115 | 2115 | 2115 | | 575 | | IBC, FL, LA |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 2945 | 2945 | 2945 | | 715 | 2200 | 2315 | 2355 | | 570 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2390 | 2390 | 2390 | | -- | 1855 | 1890 | 1890 | | -- | | |
| | MSH213 | THA213 | 18 | 1-5/8 | 2-1/4 | 12-3/4 | 2-3/8 | 5 | face-max | -- | 20 | 10d | 4 | 10d | 2640 | 2640 | 2640 | | 715 | 2115 | 2115 | 2115 | | 575 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 2945 | 2945 | 2945 | | 715 | 2200 | 2315 | 2355 | | 570 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2390 | 2390 | 2390 | | -- | 1855 | 1890 | 1890 | | -- | | |
| | MSH218 | THA218 | 18 | 1-5/8 | 2-1/4 | 16-3/4 | 2-7/16 | 5 | face-max | -- | 26 | 10d | 4 | 10d | 2640 | 2640 | 2640 | | 715 | 2115 | 2115 | 2115 | | 575 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 2945 | 2945 | 2945 | | 715 | 2200 | 2315 | 2355 | | 570 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2390 | 2390 | 2390 | | -- | 1855 | 1890 | 1890 | | -- | | |
| | MSH222 | THAI222 | 18 | 1-5/8 | 1-3/4 | 23 | 1-13/16 | 10-13/16 | face-max | -- | 22 | 10d | 4 | 10d x 1-1/2 | 2120 | 2190 | 2230 | | 715 | 1540 | 1595 | 1635 | | 575 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d x 1-1/2 | 2120 | 2190 | 2230 | | 715 | 1540 | 1595 | 1635 | | 575 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2120 | 2190 | 2230 | | -- | 1540 | 1595 | 1635 | | -- | | |
| 2-1/2" wide Floor Trusses | MSH322 | THAI322 | 18 | 2-9/16 | 1-3/4 | 22-1/2 | 1-13/16 | 10-3/8 | face-max | -- | 22 | 10d | 4 | 10d x 1-1/2 | 2350 | 2350 | 2350 | | 715 | 1875 | 1875 | 1875 | | 570 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d x 1-1/2 | 3240 | 3240 | 3240 | | 715 | 2330 | 2385 | 2425 | | 570 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2395 | 2395 | 2395 | | -- | 1895 | 1895 | 1895 | | -- | | |
| (2) 2x Lumber or Trusses | MSH218-2 | THA218-2 | 16 | 3-1/8 | 1-3/4 | 17-3/4 | 1-13/16 | 10-1/16 | face-max | -- | 16 | 10d | 4 | 10d | 2000 | 2245 | 2420 | | 675 | 1760 | 1975 | 2130 | | 540 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 3485 | 3575 | 3640 | | 675 | 2520 | 2600 | 2660 | | 540 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d | 2435 | 2435 | 2435 | | -- | 2080 | 2105 | 2125 | | -- | | |
| | MSH222-2 | THA222-2 | 16 | 3-1/8 | 1-3/4 | 22-1/4 | 1-13/16 | 10-1/16 | face-max | -- | 22 | 10d | 4 | 10d | 2750 | 3085 | 3330 | | 675 | 2420 | 2675 | 2675 | | 540 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 3485 | 3575 | 3640 | | 675 | 2520 | 2600 | 2660 | | 540 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d | 2435 | 2435 | 2435 | | -- | 2080 | 2105 | 2125 | | -- | | |
| 3-1/2" wide Floor Trusses | MSH413 | THA413 | 16 | 3-9/16 | 1-3/4 | 14 | 1-7/8 | 7-5/8 | face-max | -- | 14 | 10d | 6 | 10d | 2340 | 2640 | 2855 | | 1815 | 2055 | 2325 | 2510 | | 1450 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3875 | 3875 | 3875 | | 1815 | 3035 | 3090 | 3090 | | 1450 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | | -- | 2000 | 2000 | 2000 | | -- | | |
| | MSH418 | THA418 | 16 | 3-9/16 | 1-3/4 | 17-1/2 | 1-7/8 | 7-5/8 | face-max | -- | 18 | 10d | 6 | 10d | 2840 | 3200 | 3460 | | 1815 | 2495 | 2815 | 3040 | | 1450 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3875 | 3875 | 3875 | | 1815 | 3035 | 3090 | 3090 | | 1450 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | | -- | 2000 | 2000 | 2000 | | -- | | |
| | MSH422 | THA422, THAI422 | 16 | 3-9/16 | 1-3/4 | 21-1/2 | 1-7/8 | 7-5/8 | face-max | -- | 22 | 10d | 6 | 10d | 3340 | 3765 | 4065 | | 1815 | 2935 | 3310 | 3320 | | 1450 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3525 | 3705 | 3830 | | 1815 | 2665 | 2825 | 2935 | | 1450 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | | -- | 2005 | 2005 | 2005 | | -- | | |
| | MSH422IF | THAC418, THAC422 | 16 | 3-5/8 | 1-3/4 | 22 | -- | 9-13/16 | face-max | -- | 22 | 10d | 4 | 10d | 2750 | 3085 | 3330 | | 675 | 2420 | 2715 | 2930 | | 540 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 3485 | 3575 | 3640 | | 675 | 2520 | 2600 | 2660 | | 540 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d | 2530 | 2530 | 2530 | | -- | 2000 | 2000 | 2000 | | -- | | |
| | MSH424 | -- | 16 | 3-5/8 | 2 | 21-1/2 | 2-1/16 | 5-3/16 | face-max | -- | 36 | 10d | 6 | 10d | 5090 | 5725 | 5975 | | 1815 | 4150 | 4310 | 4420 | | 1445 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3875 | 3875 | 3875 | | 1815 | 3085 | 3085 | 3085 | | 1445 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | | -- | 2000 | 2000 | 2000 | | -- | | |
| | MSH426 | THA426 | 14 | 3-5/8 | 1-3/4 | 26 | 1-13/16 | 8 | face-max | -- | 38 | 16d | 6 | 16d | 5455 | 5675 | 5825 | | 1815 | 4035 | 4230 | 4360 | | 1455 | | |
| | | | | | | | | | top-max | 4 | 8 | 16d | 6 | 16d | 3760 | 3760 | 3760 | | 1795 | 3010 | 3010 | 3010 | | 1435 | | |
| | | | | | | | | | top-min | 4 | 4 | 16d | 6 | 16d | 2435 | 2435 | 2435 | | -- | 2160 | 2160 | 2160 | | -- | | |
| | MSH426IF | THAC426 | 14 | 3-5/8 | 1-3/4 | 26 | -- | 8 | face-max | -- | | 16d | | 16d | 5455 | 5675 | 5825 | | 1815 | 4035 | 4230 | 4360 | | 1455 | | |
| | | | | | | | | | top-max | 4 | 8 | 16d | 6 | 16d | 3760 | 3760 | 3760 | | 1795 | 3010 | 3010 | 3010 | | 1435 | | |
| | | | | | | | | | top-min | 4 | 4 | 16d | 6 | 16d | 2435 | 2435 | 2435 | | -- | 2160 | 2160 | 2160 | | -- | | |
| (2) 3-1/2" wide Floor Trusses | MSH422-2 | THA422-2 | 14 | 7-1/4 | 2 | 22-1/8 | 2-1/8 | 11 | face-max | -- | 26 | 16d | 6 | 16d | 4005 | 4515 | 4845 | | 1380 | 3520 | 3970 | 4260 | | 1215 | | |
| | | | | | | | | | top-max | 4 | 10 | 16d | 6 | 16d | 4665 | 4860 | 4990 | | 1380 | 3480 | 3650 | 3765 | | 1215 | | |
| | | | | | | | | | top-min | 4 | 4 | 16d | 6 | 16d | 3740 | 3820 | 3870 | | -- | 2665 | 2735 | 2780 | | -- | | |
| | MSH422-2IF | THAC422-2 | 14 | 7-1/4 | 2 | 22-1/8 | -- | 11 | face-max | -- | 26 | 16d | 6 | 16d | 4005 | 4515 | 4845 | | 1380 | 3520 | 3970 | 4260 | | 1215 | | |
| | | | | | | | | | top-max | 4 | 10 | 16d | 6 | 16d | 4665 | 4860 | 4990 | | 1380 | 3480 | 3650 | 3765 | | 1215 | | |
| | | | | | | | | | top-min | 4 | 4 | 16d | 6 | 16d | 3740 | 3820 | 3870 | | -- | 2665 | 2735 | 2780 | | -- | | |
| | MSH426-2 | THA426-2 | 14 | 7-1/4 | 2 | 26-1/16 | 2-1/8 | 11 | face-max | -- | 26 | 16d | 6 | 16d | 4005 | 4515 | 4845 | | 1380 | 3520 | 3970 | 4260 | | 1215 | | |
| | | | | | | | | | top-max | 4 | 10 | 16d | 6 | 16d | 4665 | 4860 | 4990 | | 1380 | 3480 | 3650 | 3765 | | 1215 | | |
| | | | | | | | | | top-min | 4 | 4 | 16d | 6 | 16d | 3740 | 3820 | 3870 | | -- | 2665 | 2735 | 2780 | | -- | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long. 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**Corrosion Finish**  ■ Stainless Steel  ■ Gold Coat  ■ HDG  ■ Triple Zinc

Continued on next page

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

**MSH** Adjustable Strap Hangers

**Plated Truss**

### I-Joist, LVL, LSL & PSL Chart

| Joist Material & Width | MiTek USP Stock No. | Ref. No. | Steel Gauge | W | D | H | A | B | Mounting Condition | Header Top Qty | Header Face Qty | Header Type | Joist Qty | Joist Type | DF/SP Floor 100% | DF/SP Roof 115% | DF/SP Roof 125% | DF/SP Uplift[1] 160% | S-P-F Floor 100% | S-P-F Roof 115% | S-P-F Roof 125% | S-P-F Uplift[1] 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2x Lumber or Trusses | MSH222 | THAI222 | 18 | 1-5/8 | 1-3/4 | 23 | 1-13/16 | 10-13/16 | face-max | -- | 22 | 10d | 4 | 10d x 1-1/2 | 2120 | 2190 | 2230 | 715 | 1540 | 1595 | 1635 | 575 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d x 1-1/2 | 2120 | 2190 | 2230 | 715 | 1540 | 1595 | 1635 | 575 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2120 | 2190 | 2230 | -- | 1540 | 1595 | 1635 | -- | | |
| 1-3/4" LVL or I-Joist | MSH1713 | -- | 18 | 1-13/16 | 1-3/4 | 14-7/16 | 1-13/16 | 10-3/4 | face-max | -- | 12 | 10d | 4 | 10d | 1440 | 1640 | 1770 | 715 | 1265 | 1445 | 1555 | 575 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 2395 | 2460 | 2505 | 715 | 1725 | 1785 | 1820 | 575 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2390 | 2390 | 2390 | -- | 1725 | 1785 | 1820 | -- | | |
| | MSH1722 | THAI1.81/22 | 18 | 1-13/16 | 1-3/4 | 22-7/8 | 1-7/8 | 10-3/4 | face-max | -- | 22 | 10d | 4 | 10d x 1-1/2 | 2280 | 2280 | 2280 | 715 | 1785 | 1785 | 1820 | 575 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d x 1-1/2 | 2395 | 2460 | 2505 | 715 | 1725 | 1785 | 1820 | 575 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2390 | 2390 | 2390 | -- | 1725 | 1785 | 1820 | -- | | |
| 2" wide I-Joist | MSH2022 | THAI2.06/22 | 18 | 2-1/16 | 1-3/4 | 22-5/8 | 1-13/16 | 10-7/16 | face-max | -- | 22 | 10d | 4 | 10d | 2350 | 2350 | 2350 | 715 | 1875 | 1875 | 1875 | 570 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 2670 | 2735 | 2780 | 715 | 1910 | 1970 | 2005 | 570 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d | 2390 | 2390 | 2390 | -- | 1890 | 1890 | 1890 | -- | | |
| 2-5/16" wide I-Joist | MSH2322 | THAI3522 | 18 | 2-3/8 | 1-3/4 | 22-5/8 | 1-13/16 | 10-7/16 | face-max | -- | 22 | 10d | 4 | 10d x 1-1/2 | 2350 | 2350 | 2350 | 715 | 1875 | 1875 | 1875 | 570 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d x 1-1/2 | 3010 | 3075 | 3120 | 715 | 2140 | 2200 | 2240 | 570 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2395 | 2395 | 2395 | -- | 1895 | 1895 | 1895 | -- | | |
| 2-1/2" wide Floor Trusses | MSH322 | THAI322 | 18 | 2-9/16 | 1-3/4 | 22-1/2 | 1-13/16 | 10-3/8 | face-max | -- | 22 | 10d | 4 | 10d x 1-1/2 | 2350 | 2350 | 2350 | 715 | 1875 | 1875 | 1875 | 570 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d x 1-1/2 | 3240 | 3240 | 3240 | 715 | 2330 | 2385 | 2425 | 570 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 2395 | 2395 | 2395 | -- | 1895 | 1895 | 1895 | -- | | |
| 3-1/2" wide Floor Trusses | MSH413 | THA413 | 16 | 3-9/16 | 1-3/4 | 14 | 1-7/8 | 7-5/8 | face-max | -- | 14 | 10d | 6 | 10d | 2340 | 2640 | 2855 | 1815 | 2055 | 2325 | 2510 | 1450 | | IBC, FL, LA |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3875 | 3875 | 3875 | 1815 | 3035 | 3090 | 3090 | 1450 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | -- | 2000 | 2000 | 2000 | -- | | |
| | MSH418 | THA418 | 16 | 3-9/16 | 1-3/4 | 17-1/2 | 1-7/8 | 7-5/8 | face-max | -- | 18 | 10d | 6 | 10d | 2840 | 3200 | 3460 | 1815 | 2495 | 2815 | 3040 | 1450 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3875 | 3875 | 3875 | 1815 | 3035 | 3090 | 3090 | 1450 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | -- | 2000 | 2000 | 2000 | -- | | |
| | MSH422 | THA422, THAI422 | 16 | 3-9/16 | 1-3/4 | 21-1/2 | 1-7/8 | 7-5/8 | face-max | -- | 22 | 10d | 6 | 10d | 3340 | 3765 | 4065 | 1815 | 2935 | 3310 | 3320 | 1450 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3525 | 3705 | 3830 | 1815 | 2665 | 2825 | 2935 | 1450 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | -- | 2005 | 2005 | 2005 | -- | | |
| | MSH422IF | THAC418, THAC422 | 16 | 3-9/16 | 1-3/4 | 22 | -- | 9-13/16 | face-max | -- | 22 | 10d | 4 | 10d | 2750 | 3085 | 3330 | 675 | 2420 | 2715 | 2930 | 540 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 3485 | 3575 | 3640 | 675 | 2520 | 2600 | 2660 | 540 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d | 2530 | 2530 | 2530 | -- | 2000 | 2000 | 2000 | -- | | |
| | MSH424 | -- | 16 | 3-5/8 | 2 | 21-1/2 | 2-1/16 | 5-3/16 | face-max | -- | 36 | 10d | 6 | 10d | 5090 | 5725 | 5975 | 1815 | 4150 | 4310 | 4420 | 1445 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 6 | 10d | 3875 | 3875 | 3875 | 1815 | 3085 | 3085 | 3085 | 1445 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 6 | 10d | 2530 | 2530 | 2530 | -- | 2000 | 2000 | 2000 | -- | | |
| | MSH426 | THA426 | 14 | 3-5/8 | 1-3/4 | 26 | 1-13/16 | 8 | face-max | -- | 38 | 16d | 6 | 16d | 5455 | 5675 | 5825 | 1815 | 4035 | 4230 | 4360 | 1455 | | |
| | | | | | | | | | top-max | 4 | 8 | 16d | 6 | 16d | 3760 | 3760 | 3760 | 1795 | 3010 | 3010 | 3010 | 1435 | | |
| | | | | | | | | | top-min | 4 | 2 | 16d | 6 | 16d | 2435 | 2435 | 2435 | -- | 2160 | 2160 | 2160 | -- | | |
| | MSH426IF | THAC426 | 14 | 3-5/8 | 1-3/4 | 26 | -- | 8 | face-max | -- | | 16d | | 16d | 5455 | 5675 | 5825 | 1815 | 4035 | 4230 | 4360 | 1455 | | |
| | | | | | | | | | top-max | 4 | 8 | 16d | 6 | 16d | 3760 | 3760 | 3760 | 1795 | 3010 | 3010 | 3010 | 1435 | | |
| | | | | | | | | | top-min | 4 | 2 | 16d | 6 | 16d | 2435 | 2435 | 2435 | -- | 2160 | 2160 | 2160 | -- | | |
| 4-5/8" wide I-Joist | MSH2322-2 | -- | 16 | 4-3/4 | 1-3/4 | 22 | 1-7/8 | 9-1/4 | face-max | -- | 46 | 10d | 4 | 10d | 5560 | 5620 | 5665 | 675 | 3880 | 3935 | 3970 | 535 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 3485 | 3575 | 3640 | 675 | 2520 | 2600 | 2660 | 535 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d | 2530 | 2530 | 2530 | -- | 2000 | 2000 | 2000 | -- | | |
| | MSH2622-2 | -- | 16 | 5-3/8 | 1-3/4 | 22 | 1-7/8 | 9-1/4 | face-max | -- | 46 | 10d | 4 | 10d | 5560 | 5620 | 5665 | 675 | 3880 | 3935 | 3970 | 535 | | |
| | | | | | | | | | top-max | 4 | 6 | 10d | 4 | 10d | 3485 | 3575 | 3640 | 675 | 2520 | 2600 | 2660 | 535 | | |
| | | | | | | | | | top-min | 4 | 2 | 10d | 4 | 10d | 2530 | 2530 | 2530 | -- | 2000 | 2000 | 2000 | -- | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel  ■ Gold Coat  ■ HDG  ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Plated Truss**

**MSHL/R** Skewed Truss Hangers                                   **Plated Truss**

Plated Truss

The MSHL/R is a versatile 45° skewed hanger with multiple installation options. It can be installed on a supporting girder truss as well as solid-sawn and structural composite lumber headers.

**Materials:** See chart

**Finish:** G90 galvanizing

**Codes:** See chart for code references

**Installation:**
- Install the required number of fasteners according to the load table.
- Install fasteners into the carrying members at the locations described below based on the proper "Mounting Condition."
- Web stiffeners are required for I-Joist installations.
- Hanger is factory skewed at 45° left or right.



**Typical MSH213R installation**
Right skew



**Typical MSH213L installation**
Left skew



MSH213L — Left skew    MSH422L — Left skew    MSH422R — Right skew



**Right skew**          **Left skew**

40° to 50°   Drive nails at angle

## CONNECTION TO CARRYING MEMBER – Mounting Condition

| **Face-Max** | **Top-Max** | **Top-Min** | **Combination Face-Max/Top-Max** |
|---|---|---|---|
| For MSH422L/R, the bottom six (6) fastener holes (three on each side of the bucket) must be filled. Install eight additional fasteners (four (4) in each strap) where applicable. For MSH213L/R, the bottom eight (8) fastener holes must be filled (four (4) in each strap). Install fourteen (14) additional fasteners, seven (7) in each strap. Min. 2x6 bottom chord required. | The straps must be field-bent over the header a minimum of 2" to allow four (4) top flange nail holes to be filled (two in each strap). The bottom six (6) fastener holes (three on each side of the bucket) must be filled. Min. 2x6 bottom chord required. | The straps must be field bent over the header a minimum of 2" to allow four (4) top flange nail holes to be filled (two in each strap). Also install the two (2) uppermost face nails (one on each strap) near the top of the header. | Follow the Face-Max installation for one side of the connector and the Top-Max installation for the opposite side of the connector. The Face-Max allowable loads apply to this type of installation. Min. 2x6 bottom chord required. |
|  |  |  |  |
| **Typical MSHL/R face-max installation** | **Typical MSHL/R top-max installation** | **Typical MSHL/R top-min installation** | **Typical MSHL/R combination installation** |

## CONNECTION TO CARRIED MEMBER – All Mounting Conditions

Install six (6) 10d x 1-1/2" nails into 2x carried member, or six (6) 10d nails into 3-1/2" wide carried member.

| Joist Material & Width | MiTek USP Stock No. | Ref. No. | GA | Mounting Condition | Fastener Schedule[2] Header Top Qty | Header Face Qty | Type | Joist Qty | Joist Type | DF/SP Download 100% | 115% | 125% | 160% Uplift[1] | S-P-F Download 100% | 115% | 125% | 160% Uplift[1] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2x Lumber or Trusses | MSH213L/R | -- | 18 | face-max | -- | 22 | 10d | 6 | 10d x 1-1/2 | 1770 | 1770 | 1770 | 670 | 1430 | 1430 | 1430 | 540 | IBC, FL, LA |
| | | | | top-max | 4 | 6 | 10d | 6 | 10d x 1-1/2 | 1810 | 1810 | 1810 | 670 | 1460 | 1460 | 1460 | 540 | |
| | | | | top-min | 4 | 2 | 10d | 6 | 10d x 1-1/2 | 1325 | 1325 | 1325 | -- | 1240 | 1240 | 1240 | -- | |
| | | | | combination | 2 | 14 | 10d | 6 | 10d x 1-1/2 | 1770 | 1770 | 1770 | 670 | 1430 | 1430 | 1430 | 540 | |
| 3-1/2" LVL or Floor Trusses | MSH422L/R | THAL/R422 | 16 | face-max | -- | 14 | 10d | 6 | 10d | 1750 | 1755 | 1755 | 560 | 1395 | 1395 | 1395 | 445 | |
| | | | | top-max | 4 | 6 | 10d | 6 | 10d | 1820 | 1820 | 1820 | 560 | 1490 | 1490 | 1490 | 445 | |
| | | | | top-min | 4 | 2 | 10d | 6 | 10d | 1385 | 1385 | 1385 | -- | 1100 | 1100 | 1100 | -- | |
| | | | | combination | 2 | 10 | 10d | 6 | 10d | 1750 | 1755 | 1755 | 560 | 1395 | 1395 | 1395 | 445 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long
New products or updated product information are designated in **blue font.**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## MSSHL/R  Severely Skewed Hangers

MiTek's MSSH217 hanger accommodates a skew range of 60° to 85° (30° maximum off the girder) without the need for a more expensive custom design hanger. Face nail to webs or bend the flange strap over the chord. Available in left (L) or right (R) configurations.

**Materials:** 18 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• The 3 lower holes on each strap are for top nailing when the strap is bent over the truss chord. These holes are not for face nailing.
• One or both straps may be bent over the bottom chord of the girder with top or backside nailing.
• **Note:** Select the correct (right or left) hanger so that the strap on the outside of the angle will pass the end of the truss. When facing the hanger, the strap in the rear turns in the direction of the skew. The front strap turns to pass behind the end of the carried member.
• Attach the hanger at the end of the truss with a single 10d (0.148" dia.) x 1-1/2" nail into the side flange or bottom.
• Place the truss in position against the girder. Push the outside strap past the end of the truss to the girder web and face nail through the top 8 holes with 10d (0.148" dia.) x 1-1/2" nails for a 1-ply girder, or 10d (0.148" dia. x 3") common nails for multiple-ply girders.
• The strap inside the angle can be formed over diagonal webs (if design allows) or bend over the girder chord. Use two nails into the top and/or back side of the girder.
• If the outside strap does not contact a web, bend the strap tightly over the girder chord. Use two nails into the top and/or back side of the girder.
• For uplift resistance, other means of attachment are required. If both the truss and girder have vertical webs, attach a scab to pack out the girder web nearly flush with the truss web and use a field adjustable MP framing angle across the two. A top chord connection for uplift requires a flat LSTA strap tie wrapped under the girder and over the truss chord.



**MSSH217L**
Left shown attached to web and top of chord



Bend over

Girder

Truss

**Top view right shown**



**MSSH217R**
Right shown attached to webs

**MSSH217R**
Right shown

8 holes for face nailing

3 holes for top nailing 2x6 or 2x8

17-3/16"

Pocket Nail

1-3/4"    1-5/8"

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

Bend over

**MSSH217R shown bent over bottom chord**

MP Framing Angle pg. 109

**Additional strapping for high uplift**



LSTA Strap Tie pg. 122

**Additional strapping for high uplift**

Back side with straps bent over

**Back view shown**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Mounting Condition | Fastener Schedule[2,3,5] | | | | | | Girder Truss | DF/SP Allowable Loads (Lbs.)[1] | | | S-P-F Allowable Loads (Lbs.)[1] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Supporting Member | | | | Supported Member[4] | | | Floor | Roof | | Floor | Roof | | |
| | | | | Top | | Face/Backside | | | | | 100% | 115% | 125% | 100% | 115% | 125% | |
| | | | | Qty | Type | Qty | Type | Qty | Type | | | | | | | | |
| MSSH217L/R | -- | 18 | face-max | -- | -- | 16 | 10d | 1 | 10d x 1-1/2 | 1 Ply | 1755 | 1770 | 1770 | 1140 | 1155 | 1165 | -- |
| | | | top-min | 4 | 10d | 6 | 10d | 1 | | 1 Ply | 1735 | 1735 | 1735 | 1140 | 1155 | 1165 | |

1) No uplift value with this hanger. Use other hardware or nailing higher on supported member to counteract uplift.
2) One or both straps may be bent over bottom chord of girder with top or backside nailing.
3) Maintain minimum 3/4" edge distance when installing nails.
4) The supported member shall be supported by blocking or other means to prevent rotation.
5) **NAILS:** 10d x 1-1/2 nails are  0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.
**Note: The 3 lower holes on each strap are for top nailing when strap is bent. These holes are not for face nailing.**

**MSHA** Adjustable Strap Skewed Hangers

<span style="float:right">**Plated Truss**</span>

Plated Truss

MiTek's MSHA Series hanger offers the most flexible field solution for truss-to-truss connections accommodating a range of skews and challenging web-chord geometry often found in truss framing. Eliminating the need for special orders, the MSHA Series hanger provides economical solutions for 1-ply or 2-ply roof trusses and 1-ply floor trusses skewed between 22-1/2° to 75°. MSHA hangers can be installed in top-min, top-max, face-max, or combination mounting conditions as required.

**Materials:** 16 gauge
**Finish:** G90 galvanizing

**Installation:**
• Install the required number of fasteners according to the load table.
• Install fasteners into the carrying member at the locations described below based on the proper "Mounting Condition".
• Product is factory skewed 22-1/2° and may be field skewed from 22-1/2° to 75°. See installation sequence on page 279 for skews greater than 22-1/2°.
• Face-Max and Combination mounting conditions require a minimum chord or header height of 7-1/4". Top-Max and Top-Min mounting conditions require a minimum chord or header height of 5-1/2".





**MSHA29L**
Left Shown

**MSHA29R-2**
Right Shown

---

**CONNECTION TO CARRYING MEMBER**
**Mounting Conditions:**

| **Face-Max** | **Top-Max** | **Top-Min** | **Combination Face-Max/Top-Max** |
|---|---|---|---|
| Fill the lowest four holes nearest each side of the bucket. For a 22-1/2° skew, fill the four diamond holes on one side and 4 round holes on the other. For skews greater than 22-1/2°, fill the 4 round holes on each side. | Field bend the strap over the supporting member. The bent strap must extend a minimum of 2" over the carrying member to allow for the four top flange nail holes to be filled. | Field bend the strap over the supporting member. The bent strap must extend a minimum of 2" over the carrying member to allow for the four top flange nail holes to be filled. | Follow the Face-Max installation for one side of the connector. Follow the Top-Max installation for the opposite side of the connector. The Face-Max allowable loads apply to this type of installation. |
| Add an equal amount of nails in each side of the hanger in any of the remaining nail holes to meet the minimum fastener requirements listed in the table on page 279. | Fill the lowest four nail holes nearest each side of the bucket. For a 22-1/2° skew, fill the four diamond holes on one side and 4 round holes on the other. For skews greater than 22-1/2°, fill the 4 round holes on each side. | Fill the four nail holes (two each strap) nearest the top of the carrying member. | |



**Typical MSHA face-max installation**



**Typical MSHA top-max installation**



**Typical MSHA top-min installation**



**Typical MSHA combination installation**

**CONNECTION TO CARRIED MEMBER**
**Mounting Conditions:**

For the 22-1/2° skew installation, all round holes must be filled. For skews greater than 22-1/2°, all holes must be filled in bucket including diamond holes.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

Continued on next page

**MiTek**® Product Catalog

**MSHA** Adjustable Strap Skewed Hangers

**Installation Sequence for Skews > 22½°:**



**Step 1:** Install acute side top and/or face header nails.



Rotate acute side to desired angle

**Step 2:** Utilizing a piece of scrap fastened to the hanger on the obtuse side, bend the hanger to the desired angle.



**Step 3:** Bend the obtuse side of hanger back toward the header until the flange lies flat against the header, and install header top and/or face nails as noted below.



Align back edge of carried member with the slotted holes on the acute side

**Step 4:** Install carried truss and all required nails fasteners working from the bottom up.

| Joist Material & Width | MiTek USP Stock No. | Ref. No. | Dimensions (in) | | Min $H_{eff}^2$ (in) | Mounting Condition[3] | Skew Angle (degrees) | Fastener Schedule[4] | | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Carrying Member | | | Carried Member | | Floor | Roof | | Uplift[1] | Floor | Roof | | Uplift[1] | |
| | | | W | H | | | | Top Qty | Face Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| 2x Trusses | MSHA29L/R | THASR/L29 | 1-5/8 | 10-3/4 | 7-1/4 | face-max | 22-1/2 | -- | 12 | 10d | 7 | 10d x 1-1/2 | 1500 | 1615 | 1615 | 975 | 1250 | 1275 | 1275 | 770 | |
| | | | | | | | 23 to 45 | -- | 12 | 10d | 4 | 10d x 1-1/2 | 1485 | 1485 | 1485 | 560 | 1250 | 1350 | 1350 | 435 | |
| | | | | | | | 46 to 75 | -- | 12 | 10d | 4 | 10d x 1-1/2 | 1500 | 1615 | 1615 | 720 | 1250 | 1315 | 1315 | 560 | |
| | | | | | 5-1/2 | top-max | 22-1/2 | 4 | 8 | 10d | 7 | 10d x 1-1/2 | 1985 | 1985 | 1985 | 975 | 1510 | 1510 | 1510 | 745 | |
| | | | | | | | 23 to 45 | 4 | 8 | 10d | 4 | 10d x 1-1/2 | 1705 | 1705 | 1705 | 560 | 1255 | 1255 | 1255 | 415 | |
| | | | | | | | 46 to 75 | 4 | 8 | 10d | 4 | 10d x 1-1/2 | 1605 | 1605 | 1605 | 720 | 1605 | 1605 | 1605 | 560 | |
| | | | | | | top-min | 22-1/2 | 4 | 4 | 10d | 7 | 10d x 1-1/2 | 1350 | 1350 | 1350 | -- | 1045 | 1045 | 1045 | -- | |
| | | | | | | | 23 to 45 | 4 | 4 | 10d | 4 | 10d x 1-1/2 | 1335 | 1335 | 1335 | -- | 1060 | 1060 | 1060 | -- | |
| | | | | | | | 46 to 75 | 4 | 4 | 10d | 4 | 10d x 1-1/2 | 695 | 695 | 695 | -- | 695 | 695 | 695 | -- | |
| 2-2x Trusses | MSHA29L/R-2 | THASR/L29-2 | 3-1/8 | 10-3/4 | 7-1/4 | face-max | 22-1/2 | -- | 12 | 10d | 7 | 10d | 1500 | 1615 | 1615 | 975 | 1215 | 1215 | 1215 | 735 | -- |
| | | | | | | | 23 to 45 | -- | 12 | 10d | 4 | 10d | 1485 | 1485 | 1485 | 560 | 1210 | 1260 | 1260 | 405 | |
| | | | | | | | 46 to 75 | -- | 12 | 10d | 4 | 10d | 1500 | 1615 | 1615 | 720 | 1250 | 1300 | 1300 | 555 | |
| | | | | | 5-1/2 | top-max | 22-1/2 | 4 | 8 | 10d | 7 | 10d | 1985 | 1985 | 1985 | 975 | 1495 | 1495 | 1495 | 735 | |
| | | | | | | | 23 to 45 | 4 | 8 | 10d | 4 | 10d | 1705 | 1705 | 1705 | 560 | 1275 | 1275 | 1275 | 420 | |
| | | | | | | | 46 to 75 | 4 | 8 | 10d | 4 | 10d | 1605 | 1605 | 1605 | 720 | 1565 | 1565 | 1565 | 535 | |
| | | | | | | top-min | 22-1/2 | 4 | 4 | 10d | 7 | 10d | 1350 | 1350 | 1350 | -- | 1040 | 1040 | 1040 | -- | |
| | | | | | | | 23 to 45 | 4 | 4 | 10d | 4 | 10d | 1335 | 1335 | 1335 | -- | 1060 | 1060 | 1060 | -- | |
| | | | | | | | 46 to 75 | 4 | 4 | 10d | 4 | 10d | 695 | 695 | 695 | -- | 695 | 695 | 695 | -- | |
| 4x Trusses | MSHA422L/R | THASR/L422 | 3-5/8 | 22 | 7-1/4 | face-max | 22-1/2 | -- | 12 | 10d | 7 | 10d | 1500 | 1590 | 1590 | 960 | 1250 | 1250 | 1250 | 755 | |
| | | | | | | | 23 to 45 | -- | 12 | 10d | 4 | 10d | 1485 | 1485 | 1485 | 550 | 1250 | 1335 | 1335 | 430 | |
| | | | | | | | 46 to 75 | -- | 12 | 10d | 4 | 10d | 1500 | 1615 | 1615 | 705 | 1250 | 1300 | 1300 | 555 | |
| | | | | | 5-1/2 | top-max | 22-1/2 | 4 | 8 | 10d | 7 | 10d | 1955 | 1955 | 1955 | 960 | 1490 | 1490 | 1490 | 735 | |
| | | | | | | | 23 to 45 | 4 | 8 | 10d | 4 | 10d | 1680 | 1680 | 1680 | 550 | 1270 | 1270 | 1270 | 420 | |
| | | | | | | | 46 to 75 | 4 | 8 | 10d | 4 | 10d | 1605 | 1605 | 1605 | 705 | 1565 | 1565 | 1565 | 535 | |
| | | | | | | top-min | 22-1/2 | 4 | 4 | 10d | 7 | 10d | 1330 | 1330 | 1330 | -- | 1040 | 1040 | 1040 | -- | |
| | | | | | | | 23 to 45 | 4 | 4 | 10d | 4 | 10d | 1335 | 1335 | 1335 | -- | 1060 | 1060 | 1060 | -- | |
| | | | | | | | 46 to 75 | 4 | 4 | 10d | 4 | 10d | 695 | 695 | 695 | -- | 695 | 695 | 695 | -- | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) $H_{eff}$ is the minimum distance from the top of the hanger seat to the top of the carrying member.
3) For tabulated top-mount installation loads, the straps must be wrapped over the header a minimum of 2".
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Plated Truss**

**SNP** Skewed Nail Plate

The SNP3 Skewed Nail Plate is designed for connecting square cut corner jack trusses at skews from 0° to 90°, **as depicted in Figure 1 below**. An alternate installation for front side attachment at skews 0° to 45° is depicted in Figure 2 below.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Codes:** See chart for code references

**Installation:**
• **Bend angle only once.**

• 8d common (0.131" dia. x 2-1/2" long) nails may be used in lieu of 8d (0.131") x 1-1/2" nails with no reduction in load.

**Typical Installation (Figure 1):**

• Attach the SNP3 to the supported truss on the acute angle side so the SNP3 runs behind the end of the jack truss. Use all the specified fasteners listed in the table below. The fasteners should be installed nearest to bend line as possible then working to the opposite end of flange. All nail holes will be filled.

• Set the jack truss against the supporting truss and nail the exposed flange of the SNP3 into place. Use all the specified fasteners listed in the table below. The fasteners should be installed nearest to bend line as possible then working to the opposite end of flange. Not all nail holes will be filled.

**Alternate Installation (Figure 2):**

• Attach the SNP3 to the supported truss on the obtuse angle side so the SNP3 is on the front side of the jack truss. Use all the specified fasteners listed in the table below. The fasteners should be installed nearest to bend line as possible then working to the opposite end of flange but no closer than 5/8" from the end of the truss. Not all nail holes will be filled.

• Set the jack truss against the supporting truss and nail the exposed flange of the SNP3 into place. Use all the specified fasteners listed in the table below. The fasteners should be installed nearest to bend line as possible then working to the opposite end of flange. Not all nail holes will be filled.



SNP3

Typical SNP3 installation
**Figure 1**



Alternate SNP3 installation
**Figure 2**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Installation Type[4] | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | S-P-F Allowable Loads (Lbs.)[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Supporting Member | | Supported Member | | Download (100/115/125) | Uplift 160% | Download (100/115/125) | Uplift 160% | |
| | | | | Qty | Type | Qty | Type | | | | | |
| SNP3 | TJC37 | 16 | Figure 1 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | 475 | 475 | 415 | 415 | IBC, FL, LA |
| | | | Figure 2 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | 335 | 335 | 295 | 295 | -- |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Install specified fasteners from the bend line out from each end. Not all nail holes will be filled.
3) When installing SNP3's back to back, the table loads shall be multiplied by a reduction factor of 0.78.
4) Refer to images for installation type.
5) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long.
New products or updated product information are designated in **blue font**.

# HHC / HJC / HJHC / HTHJ  Hip/Jack Connectors

**HHC** – Designed to support hip/hip truss/rafter. Contact MiTek when using in multi-ply applications

**HJHC** – Allows for hip/hip support and hip/jack/hip installations

**HJC / HTHJ** – Used to simultaneously hang a combination of hips and jacks off girder trusses. These hangers fit both left-hand and right-hand applications. An open back design allows for retrofit installations

**Materials**:  HHC/HJC/HJHC – 12 gauge, HTHJ –18 gauge

**Finish:** G90 galvanizing

**Options:** See HJC Specialty Options Chart below

**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical HJC/HTHJ installation**




**Typical HJC/HTHJ installation top view**



**Typical HHC installation top view**

**Typical HJHC installation top view**

**Plated Truss**



**HJC**



**HTHJ**



**HHC**



**HJHC**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Description | MiTek USP Stock No. | Ref. No. | Steel Gauge | H (in) | Fastener Schedule[3] | | | | | DF/SP Allowable Loads (Lbs.)[2] | | | | S-P-F Allowable Loads (Lbs.)[2] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Supporting Member | | Supported Member | | | Floor | Roof | | | Uplift[1] | Floor | Roof | | | Uplift[1] | |
| | | | | | Qty | Type | per Hip Qty | per Jack Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| 2 x 6 right / left | HJC26 | LTHJA26, THJA26, THJU26 | 12 | 5-3/8 | 16 | 16d | 5 | 7 | 10d | 2750 | 3055 | 3265 | 2345 | 2420 | 2685 | 2750 | 1905 | IBC, FL, LA |
| 2 x 8 right / left | HJC28 | -- | 12 | 7-1/8 | 20 | 16d | 6 | 8 | 10d | 3385 | 3385 | 3385 | 2345 | 2760 | 2760 | 2760 | 1910 | |
| 2 x 6 terminal | HHC26 | LTHJA26, THJA26 | 12 | 5-7/16 | 20 | 16d | 5 | -- | 10d | 3100 | 3505 | 3505 | 2130 | 2725 | 2800 | 2800 | 1870 | |
| 2 x 8 terminal | HHC28 | -- | 12 | 7-3/16 | 24 | 16d | 6 | -- | 10d | 3505 | 3505 | 3505 | 2410 | 2805 | 2805 | 2805 | 1930 | -- |
| 2 x 6 terminal | HJHC26 | -- | 12 | 5-7/16 | 20 | 16d | 5 | 2 | 10d | 3100 | 3505 | 3505 | 2410 | 2725 | 2815 | 2815 | 1935 | |
| 2 x 8 terminal | HJHC28 | -- | 12 | 7-3/16 | 24 | 16d | 6 | 2 | 10d | 3505 | 3505 | 3505 | 2410 | 2820 | 2820 | 2820 | 1940 | |
| 2 x 6 terminal | HTHJ26-18 | -- | 18 | 5 | 16 | 16d | 7 | 5 | 16d | 2295 | 2605 | 2695 | 1790 | 1985 | 2110 | 2110 | 1225 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Loading published for total load of hip / jack connection.
3) **NAILS:** 10d nails are 0.148" dia. x 3" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

**HJC Specialty Options Chart** — Refer to Specialty Options pages 320-321 for additional details.

| Option | Hip Truss Skew |
|---|---|
| Range | 30° to 60° |
| Allowable Loads | 100% of table load |
| Ordering | Add SK, angle of hip required, to product number. Ex. HJC26_SK55 |



**Specify angle (60° max)**

**Typical HJC (skewed) installation with alternate skew angle top view**



**HJC** (skewed)

## BN Breakfast Nook Hangers

<div style="text-align: right">**Plated Truss**</div>

Designed to carry four mono trusses in one connector, it reduces installation time and cost. Provides a tested, load rated connection. Standard configuration spacing: 22-1/2°, 45°, 45°, 45°, 22-1/2°. The design also includes field adjustable nailing tabs.

**Materials:** 14 gauge
**Finish:** Primer
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Allow a 2" setback for each mono truss.
• For pitched ceiling, design mono trusses with end-vertical upset. Upset equals tangent of the ceiling slope times 5.6".
• Bend tab only once.



**BN264**
**Standard configuration**
(top view)



Nailing tabs adjust to fasten 22-1/2° mono trusses

**Typical BN264 installation**



Field adjustable nailing tabs with slotted fastening holes for slant nailing

**BN264**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[4] | | | | DF/SP Allowable Loads (Lbs.)[3] | | | | S-P-F Allowable Loads (Lbs.)[3] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Carrying Member | | Carried Member per Mono Truss | | Floor | Roof | | Uplift[1,2] | Floor | Roof | | Uplift[1,2] | |
| | | | L | H | B | Qty | Type | Qty | Type | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| BN264 | THJM2-4-SDS3 | 14 | 10 | 5-3/8 | 3-1/4 | 20 | 10d | 2 | 10d x 1-1/2 | 2640 | 3035 | 3145 | 585 | 2325 | 2635 | 2635 | 475 | IBC, FL, LA |
| BN284 | -- | 14 | 10 | 7-1/8 | 3-1/4 | 20 | 10d | 2 | 10d x 1-1/2 | 2640 | 3035 | 3145 | 585 | 2325 | 2635 | 2635 | 475 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Maximum uplift per mono truss is 175-lb at 160% for DF/SP and 150-lb at 160% for S-P-F.
3) Loading published is for total load of connection.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

## LDSC / DSC Drag Strut Connectors

Transfers lateral loads from girder truss into bearing walls.

**Materials:** See chart
**Finish:** Primer
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS3 structural wood screws, 1/4" dia. x 3" long, are supplied with DSC4 connector.



**Typical DSC4R installation**    **DSC4R right shown**    **LDSC4L left shown**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[2,3] | | | | DF/SP Allowable Loads (Lbs.)[1] | | S-P-F Allowable Loads (Lbs.)[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Truss | | Top Plate | | Compression | Tension | Compression | Tension | |
| | | | Qty | Type | Qty | Type | 160% | 160% | 160% | 160% | |
| LDSC4L/R | -- | 14 | 9 | 10d x 1-1/2 | 9 | 10d x 1-1/2 | 1500 | 1505 | 1020 | 1025 | IBC, FL, LA |
| DSC4L/R | DSC5R/L-SDS3 | 3 | 16 | WS3 | 16 | WS3 | 4965 | 4655 | 3380 | 3170 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 structural wood screws are 1/4" dia. x 3" long and are included with DSC4 connector.
3) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

## GTWS High Uplift Girder Truss Hangers

The GTWS series girder-to-girder hangers feature high uplift capacities along with high gravity load ratings.

**Materials:** 10 gauge
**Finish:** G90 galvanizing
**Codes:** FL

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS structural wood screws are included with hangers where specified.
• **GTWS2T** shall be installed to a minimum 2x4 vertical member of a girder truss with no restriction on the size of the bottom chord.
• **GTWS3T** shall be installed to a minimum 2x6 vertical member of a girder truss with no restriction on the size of the bottom chord.
• **GTWS4T** shall be installed to a minimum 2x8 vertical member of a girder truss with no restriction on the size of the bottom chord.



Supported truss end vertical min 2x6 required. Ensure truss plate is installed flush bottom and min 3" in height (to resist end grain splitting)

**Typical GTWS installation**



**GTWS2T**



**GTWS3T**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Plated Truss**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2,3,4] | | | | No. of Plies | DF/SP Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Supporting Truss | | Supported Truss | | | | | | Uplift[1] | |
| | | | W | H | D | Qty | Type | Qty | Type | | 100% | 115% | 125% | 160% | |
| GTWS2T | -- | 10 | 3-1/4 | 16 | 4 | 22 | WS3 | 16 | WS3 | 2 | 8720 | 10030 | 10900 | 9770 | |
| GTWS3T | -- | 10 | 4-7/8 | 16 | 5 | 28 | WS3 | 24 | WS3 | 3 | 11100 | 12470 | 12470 | 12490 | FL |
| GTWS4T | -- | 10 | 6-1/2 | 16 | 5 | 28 | WS3 | 24 | WS3 | 4 | 11100 | 12470 | 12470 | 12490 | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) MiTek's WS3 structural wood screws require a minimum 3" wood penetration.
3) MiTek's WS3 (1/4" dia. x 3" long) structural wood screws are included with the GTWS hangers.
4) MiTek's WS3 structural wood screws may be installed in both vertical and horizontal members.

# GT / GTD / GTS Girder Truss Hangers

**Plated Truss**

The GT primarily hangs girder trusses off other girder trusses, although a wide variety of other heavy-duty installations apply.

**Materials:** Back Plate – 3 gauge; Strap – 7 gauge

**Finish:** Primer

**Options:** All models available in LVL sizes, use M in place of T, as in GT2M4B

**Codes:** See chart for code references

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Minimum heel height is 9-1/4" for GT hangers.




**Typical GT2T4B installation**



**GT top view**



**GT2T4B**

| Supported Member | MiTek USP Stock No. | Ref. No. | W1 | L | H | D | Supporting Truss Qty | Supporting Truss Bolt Dia (in) | Supported Truss Qty | Supported Truss Type | No of Plies | DF/SP 100% | DF/SP 115% | DF/SP Uplift 160% | S-P-F 100% | S-P-F 115% | S-P-F Uplift 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 2 | 2950 | 3390 | 2705 | 2515 | 2895 | 2270 | |
| 2-ply | GT2T2B | -- | 3-7/16 | 6 | 19 | 4-1/2 | 2 | 3/4 | 12 | 16d | ≥3 | 3340 | 3840 | | 3085 | 3475 | | |
| | GT2T2BH | -- | 3-7/16 | 6 | 22-1/4 | 4-1/2 | 2 | 1 | 12 | 16d | 2 | 3920 | 4510 | 2705 | 3330 | 3830 | 2270 | |
| | | | | | | | | | | | ≥3 | 5550 | 5550 | | 4660 | 4660 | | |
| | GT2T3B | -- | 3-7/16 | 6 | 22 | 4-1/2 | 3 | 3/4 | 12 | 16d | 2 | 4370 | 5025 | 2705 | 3710 | 4265 | 2270 | |
| | | | | | | | | | | | ≥3 | 4985 | 5730 | | 4590 | 5220 | | |
| | GT2T4B | THGB2 | 3-7/16 | 7 | 19 | 5-1/2 | 4 | 3/4 | 12 | 16d | 2 | 5905 | 6790 | 2705 | 5040 | 5795 | 2270 | |
| | | | | | | | | | | | ≥3 | 6680 | 7680 | | 6175 | 7100 | | |
| | GT2T6B | -- | 3-7/16 | 7-1/4 | 22 | 6 | 6 | 3/4 | 12 | 16d | 2 | 8860 | 10190 | 2705 | 7560 | 8695 | 2270 | |
| | | | | | | | | | | | ≥3 | 10020 | 11520 | | 9260 | 9940 | | |
| | GT2T6BH | -- | 3-7/16 | 7-1/4 | 26-1/4 | 6 | 6 | 1 | 12 | 16d | 2 | 11795 | 13565 | 2705 | 9640 | 9940 | 2270 | |
| | | | | | | | | | | | ≥3 | 13580 | 13925 | | 9640 | 9940 | | |
| | GT2T8B | THGBH2 | 3-7/16 | 7-1/4 | 25 | 6 | 8 | 3/4 | 12 | 16d | 2 | 11815 | 13585 | 2705 | 9640 | 9940 | 2270 | |
| | | | | | | | | | | | ≥3 | 13355 | 13925 | | 9640 | 9940 | | IBC, FL, LA |
| 3-ply | GT3T3B | -- | 5-1/8 | 6 | 22 | 4-1/2 | 3 | 3/4 | 12 | 16d | 2 | 4370 | 5025 | 2705 | 3710 | 4265 | 2270 | |
| | | | | | | | | | | | ≥3 | 4985 | 5730 | | 4590 | 5275 | | |
| | GT3T3BH | -- | 5-1/8 | 6 | 26-1/4 | 4-1/2 | 3 | 1 | 12 | 16d | 2 | 5740 | 6605 | 2705 | 4830 | 5555 | 2270 | |
| | | | | | | | | | | | ≥3 | 8490 | 8790 | | 7160 | 7385 | | |
| | GT3T4B | THGB3 | 5-1/8 | 7 | 19 | 5-1/2 | 4 | 3/4 | 12 | 16d | 2 | 5905 | 6790 | 2705 | 5040 | 5795 | 2270 | |
| | | | | | | | | | | | ≥3 | 6680 | 7680 | | 6175 | 7100 | | |
| | GT3T4BH | -- | 5-1/8 | 7 | 22-1/4 | 5-1/2 | 4 | 1 | 12 | 16d | 2 | 7865 | 9045 | 2705 | 6685 | 7690 | 2270 | |
| | | | | | | | | | | | ≥3 | 11435 | 13150 | | 9720 | 11180 | | |
| | GT3T6B | -- | 5-1/8 | 7-1/4 | 22 | 6 | 6 | 3/4 | 12 | 16d | 2 | 8860 | 10190 | 2705 | 7560 | 8695 | 2270 | |
| | | | | | | | | | | | ≥3 | 10020 | 11520 | | 9260 | 10650 | | |
| | GT3T6BH | -- | 5-1/8 | 7-1/4 | 26-1/4 | 6 | 6 | 1 | 12 | 16d | 2 | 11795 | 13565 | 2705 | 10030 | 11535 | 2270 | |
| | | | | | | | | | | | ≥3 | 14860 | 14860 | | 13075 | 13075 | | |
| | GT3T8B | THGBH3 | 5-1/8 | 7-1/4 | 25 | 6 | 8 | 3/4 | 12 | 16d | 2 | 11815 | 13585 | 2705 | 10080 | 11590 | 2270 | |
| | | | | | | | | | | | ≥3 | 13355 | 15360 | | 12350 | 13090 | | |
| | GT3T8BH | -- | 5-1/8 | 7-1/4 | 30-1/4 | 6 | 8 | 1 | 12 | 16d | 2 | 15725 | 18085 | 2705 | 13370 | 13765 | 2270 | |
| | | | | | | | | | | | ≥3 | 19205 | 19465 | | 13465 | 13765 | | |

1) Bolts shall conform to ASTM A 307 Grade A or better.
2) GT series require 2 x 6 vertical member for 2-, 3-, and 4-bolt hangers and 2 x 8 for 6 and 8-bolt hangers.
3) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

Continued on next page

MiTek® Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## GT / GTD / GTS Girder Truss Hangers

**Plated Truss**



**GT skewed**

**GTS**
top view (left shown)

**GTS1T2H3BSKL**
(left shown)

**GTD**
top view

**GTD1T1H3B**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Plated Truss**

| Supported Member | MiTek USP Stock No.[4,5] | Ref. No. | Dimensions (in) | | | | | Fastener Schedule[2,3,6] | | | | | | No. of Plies | DF/SP Allowable Loads (Lbs.) | | | S-P-F Allowable Loads (Lbs.) | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Supporting Truss | | Supported Truss | | Supported Hip | | | Supporting Member | | | Supporting Member | | | |
| | | | W1 | W2 | L | H | B | Qty | Bolt Dia. | Qty | Type | Qty | Type | | 100% | 115% | Uplift 160% | 100% | 115% | Uplift 160% | |
| 4-ply | GT4T4B | -- | 6-1/2 | -- | 7-1/2 | 19 | 5-1/2 | 4 | 3/4 | 12 | 16d | -- | -- | 2 | 5905 | 6790 | 2705 | 5040 | 5795 | 2270 | IBC, FL, LA |
| | | | | | | | | | | | | | | ≥ 3 | 6680 | 7680 | | 6175 | 7100 | | |
| | GT4T4BH | -- | 6-1/2 | -- | 7-1/2 | 22-1/4 | 5-1/2 | 4 | 1 | 12 | 16d | -- | -- | 2 | 7860 | 9040 | 2705 | 6685 | 7685 | 2270 | |
| | | | | | | | | | | | | | | ≥ 3 | 11440 | 11555 | | 9720 | 10100 | | |
| | GT4T6B | -- | 6-1/2 | -- | 7-1/2 | 22 | 6 | 6 | 3/4 | 12 | 16d | -- | -- | 2 | 8860 | 10185 | 2705 | 7560 | 8690 | 2270 | |
| | | | | | | | | | | | | | | ≥ 3 | 10020 | 11525 | | 9260 | 10650 | | |
| | GT4T6BH | -- | 6-1/2 | -- | 7-1/2 | 26-1/4 | 6 | 6 | 1 | 12 | 16d | -- | -- | 2 | 11790 | 13560 | 2705 | 10025 | 11530 | 2270 | |
| | | | | | | | | | | | | | | ≥ 3 | 14860 | 14860 | | 13075 | 13075 | | |
| | GT4T8B | THGBH4 | 6-1/2 | -- | 7-1/2 | 25 | 6 | 6 | 3/4 | 12 | 16d | -- | -- | 2 | 11810 | 13580 | 2705 | 10080 | 11590 | 2270 | |
| | | | | | | | | | | | | | | ≥ 3 | 13360 | 15365 | | 12345 | 13090 | | |
| 5-ply | GT5T8BH | -- | 8-1/8 | -- | 9-1/4 | 30-1/4 | 6 | 8 | 1 | 12 | 16d | -- | -- | 2 | 15690 | 18045 | 2705 | 13340 | 15345 | 2270 | |
| | | | | | | | | | | | | | | ≥ 3 | 19465 | 19465 | | 16350 | 16350 | | |
| 2-ply skewed 45° | GT2T2BSKL/R | -- | 3-7/16 | -- | 6 | 19 | 9-1/4 | 3 | 3/4 | 12 | 16d | -- | -- | 2 | 2920 | 3355 | 2000 | 2555 | 2715 | 1600 | |
| | | | | | | | | | | | | | | ≥ 3 | 3295 | 3785 | | 3075 | 3075 | | |
| | GT2T4BSKL/R | -- | 3-7/16 | -- | 7-1/4 | 19 | 9-1/4 | 5 | 3/4 | 12 | 16d | -- | -- | 2 | 5835 | 6710 | 2000 | 5110 | 5875 | 1600 | |
| | | | | | | | | | | | | | | ≥ 3 | 6585 | 7575 | | 6220 | 6675 | | |
| 1-ply hip & jack | GTS1T1H3BSKL/R | -- | 1-5/8 | 1-5/8 | 9-1/4 | 22 | 5-1/2 | 4 | 3/4 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2 | 4215 | 4850 | -- | 3690 | 4005 | -- | -- |
| | | | | | | | | | | | | | | ≥ 3 | 4755 | 5470 | | 4495 | 4570 | | |
| | GTS1T1H4BSKL/R | -- | 1-5/8 | 1-5/8 | 9-1/4 | 19 | 5-1/2 | 5 | 3/4 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2 | 5830 | 6705 | -- | 5105 | 5760 | -- | |
| | | | | | | | | | | | | | | ≥ 3 | 6580 | 7565 | | 5590 | 5760 | | |
| 2-ply hip & 1-ply jack | GTS1T2H3BSKL/R | -- | 1-5/8 | 3-7/16 | 9-1/4 | 22 | 5-1/2 | 4 | 3/4 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2 | 4215 | 4850 | -- | 3690 | 3985 | -- | |
| | | | | | | | | | | | | | | ≥ 3 | 4755 | 5470 | | 4495 | 4545 | | |
| 1-ply terminal hip | GTD1T1H2B | -- | 1-5/8 | 1-5/8 | 6 | 19 | 5-1/2 | 2 | 3/4 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2 | 2920 | 3360 | -- | 2555 | 2940 | -- | |
| | | | | | | | | | | | | | | ≥ 3 | 3295 | 3790 | | 3115 | 3295 | | |
| 1-ply terminal hip | GTD1T1H3B | -- | 1-5/8 | 1-5/8 | 6 | 22 | 5-1/2 | 3 | 3/4 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2 | 4240 | 4875 | -- | 3710 | 3990 | -- | |
| | | | | | | | | | | | | | | ≥ 3 | 4785 | 5500 | | 4520 | 4550 | | |
| 2-ply terminal hip | GTD1T2H3B | -- | 1-5/8 | 3-7/16 | 8 | 22 | 5-1/2 | 3 | 3/4 | 4 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2 | 4225 | 4855 | -- | 3695 | 3975 | -- | |
| | | | | | | | | | | | | | | ≥ 3 | 4765 | 5480 | | 4500 | 4535 | | |

1) The listed loads for GTS and GTD is the total of hip and jack connection.
2) Bolts shall conform to ASTM A 307 or better.
3) GT Series require 2 x 6 vertical member for 2, 3, and 4 bolt hangers and 2 x 8 for 6 and 8 bolt hangers.
4) All side pocket applications assume 45° angle.
5) Must specify right or left for all GTS and GT skewed.
6) **NAILS:** 10d x 1-1/2 nails are  0.148" dia. x 1-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in blue font.

## GTQ / GTQM Girder Truss Hangers

Plated Truss

The GTQ / GTQM hangers connect to multi-ply girder truss with MiTek's WS structural wood screws offering high load capacities. Design features minimum and maximum fastening installation options to accommodate various sizes of vertical web. GTQM's are designed for LVL sizes, for example GTQM218.

**Materials:** 7 gauge
**Finish:** G90 galvanizing

**Installation:**
• Install all MiTek's WS structural wood screws as specified.
• Install hanger centered on vertical web.
• GTQ's are designed to be installed on various sizes of vertical web. Maintain a minimum 5/8'' fastener edge distance as per the National Design Specification where truss connector plates are not present.
• Install MiTek's WS structural wood screws in all fastener holes including diamond holes for maximum values.
• Refer to Backer Block installation on page 287 if the length of the screws going into the supporting truss are longer than the thickness of the plies.



**Typical GTQ218 installation**
(GTQM218 similar)



**GTQ218**
(GTQM218 similar)



**GTQ420**
(GTQM420 similar)



**GTQ318**
(GTQM318 similar)

| MiTek USP Stock No. | Ref. No. | W (in) | Install Type | Min Vert Web Size | Fastener Schedule[1,3] Supporting Truss[4,5] | | | Supported Truss | | | DF/SP Allowable Loads (Lbs.) | | | | | S-P-F Allowable Loads (Lbs.) | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty | Type[5] | Min. No. of Plies | Qty[6] | Type | No. of Plies | Floor 100% | Roof 115% | Roof 125% | Wind[8] 160% | Uplift[2] 160% | Floor 100% | Roof 115% | Roof 125% | Wind[8] 160% | Uplift[2] 160% | |
| GTQ218 | THGQ2-SDS3, THGQH2-SDS3 | 3-1/4 | Min | 2x6 | 18 | WS3 | 2 | 20 | WS3 | 2 | 6965 | 7900 | 7900 | 7900 | 4595 | 6225 | 6605 | 6605 | 6605 | 3845 | |
| | | | Max | 2x8 | 30 | | | | | | 11610 | 13160 | 13160 | 13160 | 4595 | 10375 | 11005 | 11005 | 11005 | 3845 | |
| GTQM218[7] | THGQ3.62-SDS3, THGQH3.62-SDS3 | 3-5/8 | Min | 2x6 | 18 | | | | | | 6965 | 7900 | 7900 | 7900 | 4595 | 6225 | 6605 | 6605 | 6605 | 3845 | |
| | | | Max | 2x8 | 30 | | | | | | 11610 | 13160 | 13160 | 13160 | 4595 | 10375 | 11005 | 11005 | 11005 | 3845 | |
| GTQ318 | THGQ3-SDS4.5, THGQH3-SDS4.5 | 4-7/8 | Min | 2x6 | 25 | WS45 | 2 | 20 | WS45 | 3 | 11480 | 11480 | 11480 | 11480 | 4595 | 10240 | 10240 | 10240 | 10240 | 3810 | -- |
| | | | Max | 2x8 | 33 | | | | | | 14665 | 14665 | 14665 | 14665 | 4760 | 14500 | 14500 | 14500 | 14500 | 3945 | |
| GTQM318[7] | THGQ5.50-SDS4.5, THGQH5.50-SDS4.5 | 5-1/2 | Min | 2x6 | 25 | | | | | | 11480 | 11480 | 11480 | 11480 | 4595 | 10240 | 10240 | 10240 | 10240 | 3810 | |
| | | | Max | 2x8 | 33 | | | | | | 14665 | 14665 | 14665 | 14665 | 4760 | 14500 | 14500 | 14500 | 14500 | 3945 | |
| GTQ420 | THGQH4-SDS6 | 6-1/2 | Min | 2x8 | 41 | WS6 | 3 | 20 | WS6 | 4 | 14435 | 14435 | 14435 | 14435 | 4690 | 14435 | 14435 | 14435 | 14435 | 3745 | |
| | | | Max | 2x10 | 47 | | | | | | 17600 | 17600 | 17600 | 17600 | 4690 | 15795 | 15795 | 15795 | 15795 | 3745 | |
| GTQM420[7] | THGQH7.25-SDS6 | 7-1/4 | Min | 2x8 | 41 | | | | | | 14435 | 14435 | 14435 | 14435 | 4690 | 14435 | 14435 | 14435 | 14435 | 3745 | |
| | | | Max | 2x10 | 47 | | | | | | 17600 | 17600 | 17600 | 17600 | 4690 | 15795 | 15795 | 15795 | 15795 | 3745 | |

1) MiTek's WS3 (1/4" dia. x 3" long), WS45 (1/4" dia. X 4-1/2" long, and WS6 (1/4" dia. x 6" long) structural wood screws are included with GTQ and GTQM hangers.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) MiTek's WS structural wood screws may be installed through metal truss connector plates as approved by truss designer per ANSI/TPI 1-2014 Section 7.5.3.4 and 8.9.2.
   Pre-drilling required through the plate using a maximum of 5/32" bit.
4) Truss plies of the supporting member must be fastened together to transfer the load (through all truss plies) that is not transferred by the hanger screws;
   fastening schedule is to be specified by the truss designer.
5) If the length of the screws going into the supporting truss are longer than the thickness of the plies, refer to the backer block installation on page 287.
6) MiTek's WS structural wood screws specified for supported member must ALL be installed into the supported member while maintaining
   a minimum 5/8" edge distance where truss connector plates are not present.
7) Supported members on GTQ hangers shall have Specific Gravity of not less than 0.46.
8) Wind (160%) is a download value.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## Alternate Installations

## Backer block installation

Wood blocking used to achieve full design load value of a face mount hanger attached to a carrying member. **Blocking to be designed by truss designer or engineer of record.**

- Wood blocking should be of similar size/grade as the truss member to which it is attached. The blocking should be designed to act as one unit with truss members.
- Truss designer shall approve blocking size/grade, fasteners required, and application.
- All fasteners used to attach wood blocking should be independent of the fasteners in the truss hanger.



Backer blocking

MUS26 pg. 268

## Panel point installation

- Connection with face mount hanger attaching to a truss panel point.
- Hanger nails that do not penetrate wood in panel point provide no load resistance.
- Reduce load according to the code.



THD28-2 pg. 269

Plated Truss

## Filler block installation

Wood filler blocking used for supported member width less than hanger width.

**Blocking and blocking fasteners/quantity to be designed by truss designer or engineer of record.**



THDH26-2 pg. 270

Filler blocking

GT3T6BH pg. 284

Filler blocking

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## Truss Brace & Spacer (Stabilizer™)

**Plated Truss**

The Stabilizer™ Truss Brace & Spacer provides temporary construction bracing in the roof and ceiling planes, as well as permanent lateral bracing for webs as specified by your truss engineering.

The Stabilizer™ is easily installed by embedding the patented MII 20 teeth on the top flange straight into the edge of the truss member to be braced with a framing hammer. The side tabs are then secured by driving the teeth into the face of the truss member being braced.

**Materials:** 20 gauge
**Finish:** G60 galvanizing
**Codes:** IBC

**Installation:**
• Use 31-16 for standard 16" o.c. spacing and 31-24 for standard 24" o.c. spacing. For odd spacing, cut and insert a solid block between the trusses.
• Typically, The Stabilizer™ is installed at 6'– 8' centers along the roof plane and 10'– 15' along the ceiling plane. (Refer to engineering specifications BCSI 1-03, published by The Truss Plate Institute for specific bracing requirements.)
• The Stabilizer™ must be supplemented with diagonal bracing in the roof and ceiling planes and cross bracing in the web plane at required intervals.
• Web forces are not to exceed 8000 lbs.
• The Stabilizer™ is properly installed when the top flap and side tabs are flush with the member being braced.



**Temporary construction bracing installation**

**31-24 Stabilizer™**



**Side view**

**Top view**



**End view**

**Important:** The erection contractor is responsible for determining and installing the temporary bracing for the structure, including the trusses. It is most important for the installer to provide adequate means for bracing the first truss installed. The performance of the entire bracing system depends on the adequacy of the ground bracing or other means of bracing the first group of trusses installed. The building designer is responsible for the permanent bracing design of the overall structure including the truss. This includes the design of required supplemental diagonal and cross bracing.

**Chord attachment detail**

**Web bracing installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | O.C. Spacing (in) | Allowable Axial Loads (Lbs.) | | | Code Ref. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Tension | Tension with Fastener | Compression | |
| 31-16 | TSBR2-16 | 20 | 16 | 105 | 155 | 420 | IBC, |
| 31-24 | TSBR2-24 | 20 | 24 | 105 | 155 | 420 | FL |

1) 1 pound = 4.448N.
2) Fastener shall be (1) 8d or 10d common wire nail inserted through nail slot.
3) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 10d nails are 0.148" dia. x 3" long.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek®** Product Catalog

## TS / TSX Truss Spacers

<span style="color:blue">**Plated Truss**</span>

Truss spacers give framers fast and accurate spacing for trusses, rafters, or floor joists. The TS and TSX eliminate the need to mark layouts on bearing plates, improve installation speed, and help eliminate spacing errors. These spacers are light weight and compact.

**Materials:** See chart
**Finish:** G90 galvanizing

**Installation:**
• Use (1) 8d nail per end to fasten units to trusses, rafters, or floor joists.

**Important:** These units provide spacing guides only. Do not rely on the TS or TSX for bracing.



**Typical TSX installation**



**TSX multi-unit spacer**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Joist Width (in) | MiTek USP Stock No.[1] | Ref. No. | Steel Gauge | O. C. Spacing | Overall Length | Sections Per Piece | Fastener Schedule | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Qty | Type[2] | |
| 1-1/2 | TS | -- | 20 | 24 | 2-ft 1-1/2" | 1 | 2 | 8d | |
| 1-1/2 | TSX16 | TSF2-16 | 22 | 16 | 8-ft | 6 | 2 | 8d | -- |
| 1-1/2 | TSX24 | TSF2-24 | 22 | 24 | 10-ft | 5 | 2 | 8d | |

1) TSX spacers are shipped folded.
2) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long.



**Typical TS installation**



**TS single-unit spacer**

**Plated Truss**

# SBP Supplementary Bearing Plates

**Plated Truss**

Use the SBP instead of extra truss plies or nail-on scabs to distribute concentrated truss reactions and avoid top plate crushing. The two-piece design accommodates any number of girder plies. A wraparound design gives superior uplift resistance, and reinforcement ribs effectively distribute bearing loads. Works with both single and double 2x4 or 2x6 top plates.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **The SBP shall be installed in pairs.**



**Typical SBP installation**



**SBP**

| No. of Truss Plies | Wood Species | $F_c$ (psi) | Allowable Loads (Lbs.)[1,2,3] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SBP's Alone | | | SBP + Truss Bearing[4] | | | | | |
| | | | 100% | 115% | 125% | 100% | EBL | 115% | EBL | 125% | EBL |
| **SBP4 on 2 x 4 Top Plate (3-1/2" wide)** | | | | | | | | | | | |
| 1-Ply | DF | 625 | 2500 | 2805 | 2955 | 5780 | 6.17 | 6085 | 6.49 | 6235 | 6.65 |
| | SP | 565 | 2745 | 2955 | 2955 | 5710 | 6.74 | 5920 | 6.99 | 5920 | 6.99 |
| | S-P-F | 425 | 2200 | 2365 | 2365 | 4430 | 6.95 | 4595 | 7.21 | 4595 | 7.21 |
| | Hem Fir | 405 | 2245 | 2445 | 2445 | 4370 | 7.19 | 4570 | 7.52 | 4570 | 7.52 |
| 2-Ply | DF | 625 | 2500 | 2805 | 2955 | 9065 | 4.83 | 9370 | 5.00 | 9520 | 5.08 |
| | SP | 565 | 2745 | 2955 | 2955 | 8680 | 5.12 | 8890 | 5.24 | 8890 | 5.24 |
| | S-P-F | 425 | 2200 | 2365 | 2365 | 6665 | 5.23 | 6830 | 5.36 | 6830 | 5.36 |
| | Hem Fir | 405 | 2245 | 2445 | 2445 | 6500 | 5.35 | 6700 | 5.51 | 6700 | 5.51 |
| 3-Ply | DF | 625 | 2500 | 2805 | 2955 | 12345 | 4.39 | 12650 | 4.50 | 12800 | 4.55 |
| | SP | 565 | 2745 | 2955 | 2955 | 11645 | 4.58 | 11855 | 4.66 | 11855 | 4.66 |
| | S-P-F | 425 | 2200 | 2365 | 2365 | 8895 | 4.65 | 9060 | 4.74 | 9060 | 4.74 |
| | Hem Fir | 405 | 2245 | 2445 | 2445 | 8625 | 4.73 | 8825 | 4.84 | 8825 | 4.84 |
| 4-Ply | DF | 625 | 2500 | 2805 | 2955 | 15625 | 4.17 | 15930 | 4.25 | 16080 | 4.29 |
| | SP | 565 | 2745 | 2955 | 2955 | 14610 | 4.31 | 14820 | 4.37 | 14820 | 4.37 |
| | S-P-F | 425 | 2200 | 2365 | 2365 | 11125 | 4.36 | 11290 | 4.43 | 11290 | 4.43 |
| | Hem Fir | 405 | 2245 | 2445 | 2445 | 10750 | 4.42 | 10950 | 4.51 | 10950 | 4.51 |
| **SBP6 on 2 x 6 Top Plate (5-1/2" wide)** | | | | | | | | | | | |
| 1-Ply | DF | 625 | 3500 | 3930 | 4235 | 8655 | 9.23 | 9085 | 9.69 | 9390 | 10.02 |
| | SP | 565 | 3845 | 4295 | 4295 | 8505 | 10.04 | 8955 | 10.57 | 8955 | 10.57 |
| | S-P-F | 425 | 3080 | 3415 | 3415 | 6585 | 10.33 | 6920 | 10.85 | 6920 | 10.85 |
| | Hem Fir | 405 | 3140 | 3525 | 3535 | 6480 | 10.67 | 6865 | 11.30 | 6875 | 11.32 |
| 2-Ply | DF | 625 | 3500 | 3930 | 4235 | 13815 | 7.37 | 14245 | 7.60 | 14550 | 7.76 |
| | SP | 565 | 3845 | 4295 | 4295 | 13170 | 7.77 | 13620 | 8.04 | 13620 | 8.04 |
| | S-P-F | 425 | 3080 | 3415 | 3415 | 10095 | 7.92 | 10430 | 8.18 | 10430 | 8.18 |
| | Hem Fir | 405 | 3140 | 3525 | 3535 | 9825 | 8.09 | 10210 | 8.40 | 10220 | 8.41 |
| 3-Ply | DF | 625 | 3500 | 3930 | 4235 | 18970 | 6.74 | 19400 | 6.90 | 19705 | 7.01 |
| | SP | 565 | 3845 | 4295 | 4295 | 17830 | 7.01 | 18280 | 7.19 | 18280 | 7.19 |
| | S-P-F | 425 | 3080 | 3415 | 3415 | 13600 | 7.11 | 13935 | 7.29 | 13935 | 7.29 |
| | Hem Fir | 405 | 3140 | 3525 | 3535 | 13165 | 7.22 | 13550 | 7.43 | 13560 | 7.44 |
| 4-Ply | DF | 625 | 3500 | 3930 | 4235 | 24125 | 6.43 | 24555 | 6.55 | 24860 | 6.63 |
| | SP | 565 | 3845 | 4295 | 4295 | 22490 | 6.63 | 22940 | 6.77 | 22940 | 6.77 |
| | S-P-F | 425 | 3080 | 3415 | 3415 | 17105 | 6.71 | 17440 | 6.84 | 17440 | 6.84 |
| | Hem Fir | 405 | 3140 | 3525 | 3535 | 16505 | 6.79 | 16890 | 6.94 | 16900 | 6.95 |

1) Allowable loads are for a pair of SBP devices. SBPs shall be installed in pairs.
2) Multiple ply trusses shall be fastened together to act as a single unit.
3) EBL denotes effective bearing length in inches and includes the actual bearing length plus the contribution of the SBP device.
4) Assumes full seating of truss on top plate.

| MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | H | Joist Thickness (in) | Fastener Schedule[1,6] Plate Top Qty | Sides Qty | Type | Truss Qty | Type | DF/SP Allowable Loads (Lbs.)[2,3] Uplift[4] 160% | F1 160% | F2 160% | S-P-F Allowable Loads (Lbs.)[2,3] Uplift[4] 160% | F1 160% | F2 160% | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SBP4 | TBE4 | 16 | 3-1/2 | 3-1/4 | 2-7/8 or less / 3 or more | 4 | 8 | 10d | 20 / 20 | 10d x 1-1/2 / 10d | 1205 | 1530 | 1625 | 820 | 1195 | 1335 | IBC, FL, LA |
| SBP6 | TBE6 | 16 | 5-1/2 | 3-1/4 | 2-7/8 or less / 3 or more | 4 | 8 | 10d | 28 / 28 | 10d x 1-1/2 / 10d | 1205 | 1530 | 1625 | 820 | 1195 | 1335 | |

1) Fastener Schedule is for a pair of SBP devices.
2) Allowable loads are for a pair of SBP devices. SBPs shall be installed in pairs.
3) Multiple ply trusses shall be fastened together to act as a single unit.
4) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
5) Other connector models are not to be combined with SBP to resist the uplift force or lateral loads. For special considerations, consult MiTek Customer Service.
6) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# FTC / FTCF  Floor Truss Clips

**FTC** clips slide easily onto the top or bottom chord and provides a guide to help position and support the second truss during assembly

**FTCF** clips easily install after the trusses are installed

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. 5,653,079

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• The truss designer must determine the number of clips required and the spacing between clips based on loading conditions.



**Typical FTC installation**    **FTC**

### Concentrated Load Condition: (side load attached to 2-ply truss):
The FTC clips shall be installed in pairs, or multiples of two, on either side of, and within 12" of a concentrated load.

Divide half of the concentrated load by the clip load transfer capacity to determine the number of clips required.

**Example:**
Concentrated (point) load = 3000 lbs, FTC1 capacity (DF/SP) = 865 lbs

$$\frac{1/2\ (3000\ lbs)}{865\ lbs} = 1.73 = 2\ clips$$

Place 2 clips near concentrated load



**Typical FTC
2-ply metal web truss
installation**

### Uniform Load Condition: (side load attached to 2-ply truss):
To transfer uniform loads to the second ply, the FTC clips shall be installed at a regular interval along the loaded chord. Spacing between clips is limited to 24" maximum.

Divide the clip load transfer capacity by half the required load per lineal foot (PLF) to determine the spacing between clips.

**Example:**
Uniformly (distributed) load = 500 PLF, FTC1 capacity (DF/SP) = 865 lbs

$$\frac{865\ lbs}{1/2\ (500)\ PLF} = 3.46'\ spacing$$

Space clips at 3'4" along length of truss




**Step 1**    **Step 2**
**Typical FTC2F
retrofit installation**



**FTCF**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Truss Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[3] | | DF/SP Maximum Transfer Loads[1,2] | S-P-F Maximum Transfer Loads[1,2] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W1 | W2 | H | Qty | Type | | | |
| 3 x 2 | FTC32 | -- | 18 | 2-1/16 | 2-1/2 | 1-1/2 | 10 | 10d x 1-1/2 | 680 | 590 | |
| 4 x 2 | FTC1 | -- | 18 | 3-1/2 | 3-1/16 | 1-1/2 | 10 | 10d | 865 | 750 | IBC, FL, LA |
| | FTC1F | -- | 18 | 3-1/16 | -- | 4-3/8 | 10 | 10d | 865 | 750 | |
| (2) 4 x 2 | FTC2 | -- | 18 | 3-1/2 | 3-1/16 | 3 | 10 | 10d | 865 | 750 | |
| | FTC2F | -- | 18 | 3-1/16 | -- | 4-3/8 | 10 | 10d | 865 | 750 | |

1) Transfer loads are for 100% floor load, and shall not be increased for short term load duration.
2) Truss designer shall determine the number of clips for concentrated loads and the spacing for uniform loads.
3) NAILS: 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

**Plated Truss**

# **VTT** Valley Truss Tie

<span style="float:right">**Plated Truss**</span>

**Plated Truss**

VTT Valley Truss Tie is designed to transfer loads from a valley truss into the supporting structure below. It also resists the sliding forces from downward loads when the valley truss is set upon a sloped lower roof. The ability to resist the sliding force eliminates the need for support wedges under the valley truss bottom chord or special order valley roof trusses with a bevel-cut bottom chord.

• Double-dimple nail holes assure the nails are driven in at the correct angle into the supporting member every time.
• Flat design requires no field bending to match the supporting roof pitch.
• 2-Ply steel with stiffening ribs provides a high resistance to sliding forces from downward loads.
• Prong teeth help hold the VTT in place while nailing.
• Accommodates supporting roof pitches from 0/12 to 12/12.
• Pitch guide embossments allow attachment to valley truss on ground.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Patents:** U.S. Patent No. 9,920,514 B1

**Installation:**
• Mark the location of the supporting truss located below the lower roof sheathing.
• Place the VTT flat against the valley truss, centered over the top chord of the truss below. Tap the top edge down with a hammer to engage the prong teeth.
• Nail the VTT to the bottom chord of the valley truss using (3) 10d x 1-1/2" nails.
• Install (3) 10d common nails through the double-dimples and drive them through the sheathing into the top chord of the supporting truss below. One nail will be centered in the top chord below. The other two nails are driven in at preset angles guided by the dimple holes.

**Alternate Installation for Ground/Pre-Placement of VTT**
• Mark the location of the supporting truss located below the lower roof sheathing. Center VTT horizontally on that mark.
• Use pitch guide embossments on part to locate the vertical position of VTT. Pitch numbers on connector are the numerator in the pitch slope ratio. (i.e. "6" indicates a 6/12 pitch, "12" indicates a 12/12 pitch, etc.)
• Secure the VTT to valley truss with (3) 10d x 1-1/2" nails.
• When valley truss is hoisted into proper position on roof, install (3) 10d common nails through the double-dimples and drive them through the sheathing into the top chord of the supporting truss below. One nail will be centered in the top chord below. The other two nails are driven in at a preset angles guided by the dimple holes.



**VTT Front View**       **VTT Back View**



**Typical VTT installation**       **Typical VTT side view installation**



**Alternate Installation for Ground / Pre-Placement installation**



**Typical VTT front view installation**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[4] | | | | Supporting Roof Pitch | DF/SP Allowable Loads (Lbs.) | | S-P-F Allowable Loads (Lbs.) | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Supporting Framing | | Valley Truss | | | Download[3] | Uplift[1,2] | Download[3] | Uplift[1,2] | |
| | | | W | H | Qty | Type | Qty | Type | | 115%,125%,160% | 160% | 115%,125%,160% | 160% | |
| VTT | VTCR | 18 | 2-3/4 | 3-1/4 | 3 | 10d | 3 | 10d x 1-1/2 | < 4/12 | 840 | 375 | 685 | 270 | -- |
| | | | | | | | | | 4/12 to < 8/12 | 840 | 445 | 685 | 325 | |
| | | | | | | | | | 8/12 to 12/12 | 840 | 480 | 685 | 400 | |

1) Uplift Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Uplift loads are based on installation over 7/16" or 15/32" sheathing.
3) Downloads have been increased for snow, construction and wind loads; no further increase shall be permitted.
4) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

# STC Truss Clips

The STC provides uplift resistance by securing trusses to top plates.
Slotted nail holes allow for horizontal movement as scissor trusses deflect.

**Materials:** 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• When installing, do not fully set nails.
• Locate nails into the center of slots to allow for horizontal movement.



**Typical STC installation**          **STC**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Description | Dimensions (in) | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.) | | S-P-F Allowable Loads (Lbs.) | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W1 | W2 | Truss | | Plate | | Uplift[1] 160% | F1 160% | Uplift[1] 160% | F1 160% | |
| | | | | | | Qty | Type | Qty | Type | | | | | |
| STC24 | TC24 | 12 | 2 x 4 top plate | 3-9/16 | 1-5/8 | 5 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | | | | | IBC, FL, LA |
| STC26 | TC26 | 12 | 2 x 6 top plate | 5-1/2 | 1-5/8 | 5 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 465 | 605 | 410 | 470 | |
| STC28 | TC28 | 12 | 2 x 8 top plate | 7-1/4 | 1-5/8 | 5 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | | | | | |

1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.
New products or updated product information are designated in **blue font**.

# TR Roof Truss Ties

Slotted design allows truss to deflect without imposing
load on wall below.

**Materials:** See chart
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Do not fully set nails.
• Locate nails into the center of slots.
• **Due to the potential for squeaks, the TR series products
  are not recommended for floor applications.**



**Typical TR2 installation**          **TR1**

**TR2**          **TR1T**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Description | Fastener Schedule[6] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Truss | | Plate | | Without Gap[2] | | With 1/4" Gap[3] | | With 1/2" Gap[4] | | |
| | | | | Qty | Type | Qty | Type | F1[5] 160% | F2 160% | F1[5] 160% | F2 160% | F1[5] 160% | F2 160% | |
| TR1 | STC | 18 | single slot | 1 | 8d | 2 | 8d | 85 | 50 | 35 | 35 | -- | -- | -- |
| TR1T | STCT | 16 | single slot | 1 | 8d | 2 | 8d | 240 | -- | 130 | -- | 80 | -- | |
| TR2 | DTC | 18 | double slot | 2 | 8d | 4 | 8d | 125 | 210 | 85 | 135 | -- | -- | |

1) Loads have been increased for short-term loading; no further increase allowed.
2) Truss must be bearing on top plate to achieve the allowable loads under "Without Gap".
3) Installed with maximum 1/4" space between rafter or truss and top plate under "With 1/4" Gap". Space is not limited to 1/4", where loads are not required.
4) Installed with maximum 1/2" space between rafter or truss and top plate under "With 1/2" Gap". Space is not limited to 1/2", where loads are not required.
5) To achieve F1 loads in both directions, clips must be installed on both sides of the truss and staggered to avoid nail interference.
6) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

Plated Truss

# HTC Heavy Truss Deflection Clip

**Plated Truss**

Slotted design allows truss to deflect without imposing load on wall below.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Do not fully set nails.



**Typical HTC4 installation**



HTC4

3-1/4"
1"
1-15/16"
3-1/2"

F2 F2
F1
(see footnote #4)

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[4] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Plate | | Truss/Rafter | | Without Gap[2] | | With 1-1/4" Gap[3] | | |
| | | | Top Qty | Side Qty | Qty | Type | F1[5] 160% | F2 160% | F1[5] 160% | F2 160% | |
| HTC4 | HTC4 | 16 | 2 | 4 | 3 | 10d x 1-1/2 | 255 | 525 | 55 | 295 | IBC, FL, LA |

1) Loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Truss/Rafter must be bearing on top plate to achieve the allowable loads under "Without Gap".
3) When installed with maximum 1-1/4" space between truss/rafter and top plate, use loads under "With 1-1/4" Gap".
4) To achieve F1 loads in both directions, clips must be installed on both sides of the truss and nails staggered to avoid nail interference.
5) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

# ZC Blocking Supports

ZC clips secure blocking between joists or trusses which provides support for drywall or sheathing.

**Materials:** See chart
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical ZC installation**



ZC2



ZC4

D
H
W

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[1] | | | | DF/SP Allowable Loads (Lbs.)[2] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | D | Header | | Blocking | | Download 100% | |
| | | | | | | Qty | Type | Qty | Type | | |
| ZC2 | Z2 | 20 | 2-1/4 | 1-9/16 | 1-1/2 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 490 | |
| ZC4 | Z4 | 12 | 1-1/2 | 3-9/16 | 1-3/8 | 2 | 10d x 1-1/2 | 1 | 10d x 1-1/2 | 420 | -- |
| ZC24 | Z28 | 28 | 2-9/32 | 1-9/16 | 1-3/8 | | 10d x 1-1/2 | | 10d x 1-1/2 | -- | |
| ZC34 | Z38 | 28 | 2-9/32 | 2-9/16 | 1-5/16 | | 10d x 1-1/2 | | 10d x 1-1/2 | -- | |

1) Allowable load shall not be increased for other load duration factors.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

# T Hoist Plates

Engineered with a reinforced collar around the hoist hole for added strength.

**Materials:** 14 gauge
**Finish:** G90 galvanizing

**Installation:**
• Fill all nail holes that align with wood.



**Typical T10 installation**



T10

1-1/2"
6-15/16"
5-1/2"
3"

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[1] | | Max Load (Lbs.) | Code Ref. |
|---|---|---|---|---|---|---|
| | | | Min. Qty | Type | | |
| T10 | CHC | 14 | 10 | 8d common | 800 | -- |

1) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## FS / FSS Truss Field Splice Kits

<span style="color:blue">**Plated Truss**</span>

Job site splicing of long trusses is made easier with Truss Field Splice Kits. The FS and FSS (for scissors trusses) includes a pair of plates, bolts, nuts, and a Splice Clip for top chord alignment. Allowable loads are sometimes limited by tension in the net section of the wood. Choose the bottom chord size and species that will satisfy the tension requirement. Analyze tension in the web to determine the required size.

**Materials:** FS/FSS – See chart, bolts, and nuts included Splice Clip – 12 gauge

**Finish:** FS & FSS – Primer; Splice Clip – G90 galvanizing; Bolts – zinc plating

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Position the two trusses, center one splice plate on the bottom chords and clamp in place for a drilling template. Install the Splice Clip at the top truss plate and fasten with (18) 10d (0.148" dia) x 1-1/2" nails. Drill through the bottom chord using splice plate as a template. Place splice plate on each side and bolt the connection firmly.



**Typical FSS installation**



Specify angle

**FSS**



**Typical FS installation**



**FS**



**Splice Clip**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:white;background:#1a6ca8">**Plated Truss**</span>

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Truss Plies | Bolt Schedule | | Chord Size | Allowable Loads (Lbs.)[1,2] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qty | Size (in) | | DF 115% | SP 115% | S-P-F 115% | |
| FS8B | -- | 7 | 1 | 8 | 3/4 x 3 | 2 x 6 | 4995 | 4845 | 3910 | |
| | | | | | | 2 x 8 | 6695 | 6305 | 5240 | |
| | | | | | | 2 x 10 | 7195 | 7565 | 6030 | |
| FS8B-2 | -- | 7 | 2 | 8 | 3/4 x 5 | 2 x 6 | 9995 | 9690 | 7820 | |
| | | | | | | 2 x 8 | 13390 | 12615 | 10480 | |
| | | | | | | 2 x 10 | 14130 | 14725 | 12140 | |
| FS8B-3 | -- | 7 | 3 | 8 | 3/4 x 7 | 2 x 6 | 14120 | 14540 | 11730 | |
| | | | | | | 2 x 8 | 14145 | 14740 | 13070 | |
| | | | | | | 2 x 10 | 14130 | 14725 | 13075 | |
| FS12B | -- | 3 | 1 | 12 | 3/4 x 3 | 2 x 6 | 4995 | 4845 | 3910 | |
| | | | | | | 2 x 8 | 6695 | 6305 | 5240 | |
| | | | | | | 2 x 10 | 8320 | 7565 | 6510 | |
| FS12B-2 | -- | 3 | 2 | 12 | 3/4 x 5 | 2 x 6 | 9995 | 9690 | 7820 | |
| | | | | | | 2 x 8 | 13390 | 12615 | 10480 | |
| | | | | | | 2 x 10 | 16640 | 15125 | 13020 | |
| FS12B-3 | -- | 3 | 3 | 12 | 3/4 x 7 | 2 x 6 | 14990 | 14540 | 11730 | -- |
| | | | | | | 2 x 8 | 20085 | 18920 | 15720 | |
| | | | | | | 2 x 10 | 21770 | 22670 | 19530 | |
| FSS8B | -- | 7 | 1 | 12 | 3/4 x 3 | 2 x 6 | 4995 | 4845 | 3910 | |
| | | | | | | 2 x 8 | 6695 | 6305 | 5240 | |
| | | | | | | 2 x 10 | 7195 | 7565 | 6030 | |
| FSS8B-2 | -- | 7 | 2 | 12 | 3/4 x 5 | 2 x 6 | 9995 | 9690 | 7820 | |
| | | | | | | 2 x 8 | 13390 | 12615 | 10480 | |
| | | | | | | 2 x 10 | 14130 | 14725 | 12140 | |
| FSS12B | -- | 3 | 1 | 18 | 3/4 x 3 | 2 x 6 | 4995 | 4845 | 3910 | |
| | | | | | | 2 x 8 | 6695 | 6305 | 5240 | |
| | | | | | | 2 x 10 | 8320 | 7565 | 6510 | |
| FSS12B-2 | -- | 3 | 2 | 18 | 3/4 x 5 | 2 x 6 | 9995 | 9690 | 7820 | |
| | | | | | | 2 x 8 | 13390 | 12615 | 10480 | |
| | | | | | | 2 x 10 | 16640 | 15125 | 13020 | |

1) Allowable loads shall not be increased for other load duration factors.
2) Allowable loads are based on the lesser of the calculated bolt loads and the calculated wood tensile strength at the critical net section.
3) Wood tensile strengths are based on the Ft of 450 psi for S-P-F, 575 psi for DF-L, and approximately 540 psi for SP; and increased by the size factors in accordance with the NDS®.
4) Bolts shall confrom to ASTM A 307 Grade A or better.

# Deck & Fences                    pg. 298-305

Angles                                                    302
Deck Connectors                                  298-300, 302
Fence Hardware                                       303-305
Stair Angles                                            301



# **ADTT-TZ** Adjustable Deck Tension Tie

**Deck & Fences**

Deck & Fences

Deck collapses are often caused by failure of the connection where the deck is attached to the main structure due to little or no lateral capacity. ADTT-TZ is an Adjustable Deck Tension Tie designed to effectively transfer the out of plane lateral loads of the deck to the house structure.

**Features:**
• Exceeds "Hold-down Device" requirements per 2018 IRC, Section 507.9.2 [Figure R507.9.2(2)]
• Adjustable design allows lag screw installation at variable distance below deck joist
• 2-hole break-out washer (BO-W) will work with multiple screw sizes
• Blocking extensions not required

**Materials:** 14 gauge
**Finish:** G-185 galvanizing
**Codes:** See chart for code references
**Patents:** U.S. Patent No. 9,809,974

**Installation:**
• Install with MiTek WS8-EXT structural wood screw or 3/8" HDG lag screw. WS8-EXT or 3/8" HDG lag screws may be installed adjacent or up to 4-3/8" below deck joist (see Figure A).
• Drive screw horizontally and aligned vertically with the deck joist into the wall top plate of the main (house) structure.
• Install four (4) of the specified joist fasteners into vertical legs. (Two (2) on each side of deck joist).
• Secure front brace with six (6) specified joist fasteners.
• Re-tighten the WS8-EXT or 3/8" HDG lag screw as needed to fully engage with the ADTT-TZ. **DO NOT OVERDRIVE.** Note: Minimum 3" thread penetration required for proper installation of WS8-EXT or HDG lag screw.
• **For detailed installation instructions refer to MiTek-US.com.**




**Typical ADTT-TZ full extension installation**
**Extended Installation**

**Typical ADTT-TZ flush installation**
**Contracted Installation**




**Washer Detail**

**ADTT-TZ ready for installation**

**ADTT-TZ out of box**



**Figure A**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule | | | | Installation Type[1] | DF/SP Allowable Tension (Lbs.) | | S-P-F Allowable Tension (Lbs.) | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Wall | | Joist | | | 160% | Δ (in) at 160%[2] | 160% | | |
| | | | W | L | D | CL | Qty | Type[3,4,5] | Qty | Type[6,8] | | | | | | |
| ADTT-TZ | DTT1Z | 14 | 1-9/16 | 10-1/2 | 15/16 | 3/8 | 1 | 3/8" HDG Lag Screw | 10 | 10d x 1-1/2 HDG | Contracted | 820 | 0.070 | 820 | | IBC, FL, LA |
| | | | | | | | | | | | Extended | 850 | 0.117 | 810 | | |
| | | | | | | | | | 10 | LL915 | Contracted | 820 | 0.121 | 780 | | -- |
| | | | | | | | | | | | Extended | 790 | 0.114 | | | |
| | | | | | | | | 1 | WS8-EXT | 10 | 10d x 1-1/2 HDG | Contracted | 830 | 0.080 | 780 | | IBC, FL, LA |
| | | | | | | | | | | | Extended | 835 | 0.113 | | | |
| | | | | | | | | | 10 | LL915 | Contracted | 830 | 0.121 | 780 | | -- |
| | | | | | | | | | | | Extended | 790 | 0.114 | | | |
| ADTT-TZKT[7] | DTT1Z-KT | 14 | 1-9/16 | 10-1/2 | 15/16 | 3/8 | 1 | WS8-EXT | 10 | LL915 | Contracted | 830 | 0.121 | 780 | | |
| | | | | | | | | | | | Extended | 790 | 0.114 | | | |

1) Allowable loads are for the ADTT-TZ installed tight to the bottom of the joist (Contracted) or 4" from bottom of joist to ADTT-TZ bend line (Extended).
2) Deflections are derived from static, monotonic load tests of devices connected to DF wood members with specified fasteners.
3) WS8-EXT is a 1/4" dia. x 8" long double barrier coated screw sold by MiTek and must be ordered separately if not purchasing the kit. The minimum thread penetration into the top plate of the wall framing is 3".
4) 3/8" HDG Lag Screw is an ASTM A307 Grade A lag screw with a thread diameter of 3/8" and is hot-dip galvanized to ASTM A153 standards. The minimum thread penetration into the top plate of the wall framing is 3". Lag screws are available at your local hardware store and must be purchased separately.
5) Check with your siding manufacturer for recommendations for fastening through your siding material.
6) LL915 denotes a MiTek LumberLok Screw (#9 x 1-3/8" long) and must be ordered separately if not purchasing the kit.
7) ADTT-TZKT is a kit with (4) ADTT-TZ packaged with MiTek WS8-EXT structural wood screws and LL915 LumberLok screws.
8) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Corrosion Finish** ■Stainless Steel ■Gold Coat ■HDG ■Triple Zinc

MiTek® Product Catalog

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**DTB** Deck Tie Back

<span style="color:teal">**Deck & Fences**</span>

Deck Tie Back reinforces the connection of rail posts to a deck. Also provides lateral strength of deck-to-ledger attachment by securing deck to house framing.

**Materials:** 14 gauge
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA
  IRC R507.1

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install with MiTek's THR 1/2" threaded rod or equivalent.
• Drive MiTek's WS15-EXT structural wood screws into joist.
• Re-install threaded rod or anchor bolt. Secure with washer and nut.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with wrench.




**Typical DTB-TZ
rail post installation**



**DTB-TZ**



**Typical DTB-TZ
deck to ledger
installation**

<div style="color:white;background:teal">**Deck & Fences**</div>

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule | | | | Allowable Loads (Lbs.) | | | | Corrosion Finish | |
| | | | | | | | Wall | | Joist | | DF/SP | S-P-F | | | | |
| | | | W | L | D | CL | Qty | Bolt[3] | Qty | Screws[1] | Tension 160% | Tension 160% | Deflection Δ (in) at 160%[2] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DTB-TZ | DTT2Z, FSC | 14 | 1-13/16 | 6 | 2-1/4 | 1-1/8 | 1 | 1/2 | 8 | WS15-EXT | 1835 | 1510 | 0.119 | | IBC, FL, LA |

1) MiTek's WS15-EXT structural wood screws are 1/4" dia. x 1-1/2" long and are included with DTB-TZ Deck Tie-Backs.
2) Deflections are derived from static, monotonic load tests of devices connected to DF wood members with specified fasteners.
<span style="color:blue">3) Minimum ASTM A307 bolt or 1/2" threaded rod with cut washer and hex nut.</span>
New products or updated product information are designated in <span style="color:blue">blue font</span>.

**Corrosion Finish**  ■ Stainless Steel  ■ Gold Coat  ■ HDG  ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**CSH** Concealed Stringer Hanger

The CSH-TZ concealed stringer hanger provides a method of connecting a stair stringer with a hidden hanger. The seat of the hanger is adjustable to match the slope of the stair stringer.

The reversible design allows the connector to be used on the left, right, or interior stringers. The CSH-TZ may be used with MiTek's SCA Stair Angles for a complete, easy-to-use stair framing solution.

**Materials:** 18 gauge
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA
**Patents:** U.S. Patent No. 7,631,463

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Bend angle only once.**

**Steps:**
1. Attach CSH-TZ to header with tabs positioned towards the inside of the stringer member.
2. Adjust the seat of the CSH-TZ to match the slope of the stringer member. Diamond shaped holes in the connector allow temporary installation of wood screws to aid in installation of the CSH-TZ.
3. Install 10d (0.148") x 1-1/2" HDG nails into the stringer and rim/band joist.



**Typical CSH-TZ installation**     **CSH-TZ**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[2,3] | | | | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F/Hem Fir Allowable Loads (Lbs.) | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Rim/Band Joist | | Stringer | | | | | | | | | | | | |
| | | | Qty | Type | Wide Face Qty | Narrow Face Qty | Type | 100% | 115% | 125% | Uplift 160% | 100% | 115% | 125% | Uplift 160% | | |
| CSH-TZ | LSCZ | 18 | 8 | 10d x 1-1/2 HDG | 4 | 1 | 10d x 1-1/2 HDG | 890 | 890 | 890 | 370 | 725 | 725 | 725 | 305 | ▮▮ | IBC, FL, LA |

1) Uplift loads are increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Stainless steel ring shank nails must be used with stainless steel connectors to achieve tabulated allowable loads.
3) **NAILS:** 10d x 1-1/2 HDG nails are 0.148" dia. x 1-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# **SCA** Stair Angles

Stair angles simplify stair construction. There is no need to calculate and notch stair stringers. Stronger and safer than wood blocking, and the angle and fasteners are hidden from view.

**Materials:** 12 gauge
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
- Use all specified fasteners. See Product Notes, page 18.
- MiTek WS15-EXT (1/4" dia. x 1-1/2" long) structural wood screws are not supplied with SCA angles.
- Use the SCA9-TZ for single 2x10 stair treads. Use the SCA10-TZ for double 2 x 6 stair treads.
- To calculate stair construction do the following:
  1. Find the number of steps needed by dividing the vertical drop in inches from the deck surface to grade by 7. Round off to the nearest whole number. (Ex: Vertical drop of 39" divided by 7" equals 5.57 rounded off is 6)
  2. Find the step rise by dividing the vertical drop by the number of steps (39" divided by 6 = 6.5")
  3. Find the step run by measuring the depth of your tread board (Ex: (2) 2x6s with 1/4" gap will have a run of 11-1/4")
  4. Find the stairway span by multiplying the run by the number of treads minus one (Ex: 11-1/4" x 5 = 56-1/4")
- Using the above calculations, mark stair angle locations on each stringer. Attach a stair angle to the inside of each stringer at the marked locations. Attach stringers to deck rim joist and railing posts. Position treadboards on angles and fasten from below.



**Typical SCA9-TZ installation**



**SCA9-TZ**

1-3/8"
L
1-3/8"



**Typical SCA10-TZ installation**

**AVAILABLE IN**
**GOLD COAT**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | L (in) | Fastener Schedule[2,3] | | DF/SP Allowable Loads (Lbs.)[1] | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|
| | | | | Qty | Type | Download 100% | | |
| SCA9-TZ | TA9Z | 12 | 9 | 6 | WS15-EXT | 445 | | IBC, FL, LA |
| SCA10-TZ | TA10Z | 12 | 10 | 8 | WS15-EXT | 595 | | |

1) Loads assume rise over run of 7/11.
2) MiTek's WS15-EXT structural wood screws are 1/4" dia. x 1-1/2" long and are not included with SCA angles.
3) HDG lag screws may be substituted for specified WS15-EXT structural wood screws with no load reduction.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel  ■ Gold Coat  ■ HDG  ■ Triple Zinc

Deck & Fences

## DC Deck Clip

<span style="color:teal">**Deck & Fences**</span>

**Deck & Fences**

Connects deck boards to joists without face nails or screws. Eliminates rust stains on decks, as well as splintering or wood rot caused by screw or nail "craters". The DC50-TZ works like tongue-in-groove flooring and is easy to install. Raised dimples on the clip provide consistent spacing between deck boards.

**Materials:** 20 gauge
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Fits 1-1/8" or thicker decking.
• Fasten the first deck board onto the joists by toenailing up through the joist below into the deck board. Be sure no sharp points protrude above the deck surface. For subsequent deck board rows, nail DC50-TZ's onto the deck board edge, positioned 2" from each joist. Slide the deck board along the joist until the DC50-TZ "lip" is under the previously laid deck board. Toenail the deck board's exposed edge to the joist. Repeat until decking is completed. The last deck board will require toenailing up from below to secure the outside edge.



**Typical DC50-TZ installation**

**DC50-TZ**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[1,2] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|
| | | | Qty | Type | | |
| DC50-TZ | DBT1Z | 20 | 1 | 8d x 1-1/2 HDG | | -- |

1) Use with 1-1/8" or thicker wood decking.
2) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

---

## ML Angles

ML angles are multi-purpose angles that install easily with MiTek's WS15 structural wood screws. The staggered fastener pattern allows for back-to-back installations.

**Materials:** 12 gauge
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek's WS15 (1/4" dia x 1-1/2" long) structural wood screws are not supplied with ML angles.




**Typical ML26-TZ installation**
(ML24-TZ similar)



**ML26-TZ**
(ML24-TZ similar)

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2,3] | | | DF/SP Allowable Loads (Lbs.)[1] | | | | S-P-F Allowable Loads (Lbs.)[1] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | Header Qty | Joist Qty | Type | F1 | | | | F1 | | | | | |
| | | | | | | | | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | | |
| ML24-TZ | ML24Z | 12 | 2 | 4 | 3 | 3 | WS15 | 655 | 655 | 655 | 655 | 565 | 650 | 655 | 655 | | IBC, |
| ML26-TZ | ML26Z | 12 | 2 | 6 | 4 | 4 | WS15 | 920 | 1060 | 1090 | 1090 | 755 | 865 | 940 | 1090 | | FL, LA |

1) Allowable loads have been increased 60% for wind and seismic loads; no further increase shall be permitted.
2) MiTek's WS15 structural wood screws are 1/4" dia. x 1-1/2" long and are not included with angles.
3) For exterior applications use MiTek's WS15-EXT structural wood screws with exterior coat finish.
New products or updated product information are designated in blue font.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**PRT** Pipe Rail Ties

<span style="color:teal">**Deck & Fences**</span>

**PRT15-TZ** – is for 1-5/8" vertical pipe posts (1-7/8" outside pipe diameter). Can be field bent 90° for outside corner installations.

**PRT2-TZ / PRT2H-TZ** – is for 2" vertical pipe posts (2-3/8" outside pipe diameter). Can be field bent 90° for outside corner installations.

**PRTIC2-TZ** – is for inside corner installations. For 2" vertical pipe posts (2-3/8" outside pipe diameter).

**Materials:** See chart
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• PRT15-TZ, PRT2H-TZ and PRTIC2-TZ - 1/4" Self Tapping Bolts are supplied with PRT models.
• Install self tapping bolts with 3/8" socket in predrilled holes.
• PRT2-TZ fastens with (1) 1/4" carriage bolt and nut (included) for tightening PRT2-TZ to pipe and (4) 1/4" HDG lag bolts for attaching tie to rail.
• Install 3 to 4 PRT's per pipe.
• PRT15-TZ, PRT2-TZ and PRT2H-TZ may be bent once to fit corner and angled conditions.



**Typical PRT2H-TZ installation**
PRT15-TZ & PRT2-TZ similar



**PRT2H-TZ**



**PRT15-TZ**



**PRT2-TZ**



**Typical PRTIC2-TZ installation**



**PRTIC2-TZ**

<span style="color:teal">**Deck & Fences**</span>

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[1] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | L | H | Pipe | | Rail | | | |
| | | | | | Qty | Type | Qty | Type | | |
| PRT15-TZ | PGT1.5Z-R | 12 | 6-7/16 | 1-1/2 | 1 | 1/4" Self Tapping Bolt | 4 | 1/4" HDG Lag Bolt | | |
| PRT2-TZ | PGT2E | 16 | 4-11/16 | 2 | 1 | 1/4" HDG Carriage Bolt | 4 | 1/4" HDG Lag Bolt | | -- |
| PRT2H-TZ | PGT2Z-R, PGT2A | 12 | 6-3/8 | 1-1/2 | 1 | 1/4" Self Tapping Bolt | 4 | 1/4" HDG Lag Bolt | | |
| PRTIC2-TZ | PGTIC2Z-R | 12 | 4-3/16 | 2-1/2 | 2 | 1/4" Self Tapping Bolt | 4 | 1/4" HDG Lag Bolt | | |

1) MiTek's WS15-EXT (1/4" dia. x 1-1/2" long) structural wood screws can be substituted for specified lag bolts.
2) Install self tapping bolts (included) with 3/8" socket in predrilled holes.
3) Install 3 to 4 PRT's per pipe.
4) PRT15, PRT2 and PRT2H Pipe Rail Ties may be bent once to fit corner and angled conditions.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

## ERB / FB / FRB Fence Brackets

**ERB24** – Designed to mount prefabricated fence sections and works with 2x4 horizontal section rails

**FB26** – Secures 2x6 rails to wood posts

**FRB24** – Secures continuous 2x4 rails to wood posts. Pre-punched holes allow installers to splice 2x4 rail ends within the bracket

**Materials:** See chart
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical ERB24-TZ installation**



**ERB24-TZ**



**Typical FB24-TZ installation**



**FB24-TZ**



**Typical FRB24-TZ installation**



**FRB24-TZ**



**Typical FB26-TZ installation**



**FB26-TZ**



**FB23-TZ**



**FB14-TZ**

Deck & Fences

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

| Rail Size | MiTek USP Stock No. | Ref. No | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs)[1] | | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Rail | | Post | | Download | | F1 | | | |
| | | | W | H | Qty | Type | Qty | Type | 100% | 115% | 100% | 115% | | |
| 1 x 4 | FB14-TZ | -- | 20 | 3/4 | 3-1/2 | 3 | 14 ga. x 3/4 HDG | 2 | 8d x 1-1/2 HDG | -- | -- | -- | -- | | |
| 2 x 3 | FB23-TZ | -- | 20 | 1-9/16 | 2-3/8 | 3 | 8d x 1-1/2 HDG | 4 | 8d x 1-1/2 HDG | -- | -- | -- | -- | | |
| 2 x 4 | ERB24-TZ | FB24Z, FBR24Z | 18 | 1-1/2 | 3-9/16 | 4 | 8d x 1-1/2 HDG | 3 | 8d HDG | -- | -- | -- | -- | | -- |
| | FB24-TZ | | 20 | 1-9/16 | 3-3/8 | 3 | 8d x 1-1/2 HDG | 2 | 8d HDG | -- | -- | -- | -- | | |
| | FRB24-TZ | -- | 18 | 1-9/16 | 3-9/16 | 2 | 10d x 1-1/2 HDG | 4 | 10d HDG | -- | -- | -- | -- | | |
| 2 x 6 | FB26-TZ | FB26 | 18 | 1-9/16 | 5 | 4 | 10d x 1-1/2 HDG | 4 | 10d x 1-1/2 HDG | 330 | 330 | 350 | 400 | | |
| | | | | | | 4 | LL915 | 4 | LL915 | 315 | 360 | 315 | 360 | | |

1) Allowable loads have been increased 15% for short duration loading. No further increase is permitted.
2) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long, 8d nails are 0.131" dia. x 2-1/2" long, 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long, LL915 denotes a LumberLok screw #9 x 1-3/8" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

## **PCP** Plastic Post Caps

These seamless caps keep water off post tops, protecting wood from moisture damage. The PCP's plastic construction is corrosion-proof and paintable. Not available in rough or full lumber sizes.

**Materials:** Hi-impact plastic
**Finish:** Gray color

**Installation:**
• Fasten cap to post top with (1) 8d HDG or 10d HDG nail.

| Post / Column Size[1] | MiTek USP Stock No. | Ref. No. | Dimension (in) W | Color | Code Ref. |
|---|---|---|---|---|---|
| 4 x 4 | PCP44 | DPPC4BK | 3-5/8 | Gray | -- |
| 6 x 6 | PCP66 | DPPC6BK | 5-5/8 | Gray | |

1) Not available in rough or full lumber sizes.




**Typical PCP44 installation**

**PCP66**

## **SFP / SMP** Fence Post Connectors

Take the work out of fence post installation and repair with the Speedpost, SFP30, and Speedmender, SMP. The Speedpost is used to install 4x4 fence posts without digging post holes or pouring concrete. The Speedmender plates act as reinforcement brackets for rotted or damaged 4x4 fence posts.

**SFP30** – For 6' nominally-sized 4x4 fence posts.

**SMP** – For nominally-sized 4x4 posts.

**Materials:** 13 gauge
**Finish:** Paint
**Patent:** U.S. Patent No. 7,152,841

**Installation:**
• Step-by-step installation instructions are labeled onto each product.

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[2] Qty | Fastener Schedule[2] Type | Code Ref. |
|---|---|---|---|---|---|---|
| 4 x 4 | SFP30 | FPBS44 | 13 | 3 | 1/4" HDG Lag Bolt | -- |
| 4 x 4 | SMP[1] | FPBM44 | 13 | 20 | 10d HDG | |

1) Fastener schedule is per pair of SMPs.
2) **NAILS:** 10d nails are 0.148" dia. x 3" long.



**Typical SFP30 installation**



**SFP30**



**Typical SMP installation**



**SMP**

## **BD** Bolt Down

Anchors 4x4 post to wood or concrete surfaces.

**Materials:** 13 gauge
**Finish:** Paint
**Patents:** U.S. Patent No. 7,152,841

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **Not rated for overturning resistance. Not recommended for unrestrained posts.**

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule Qty | Fastener Schedule Type (in) | Code Ref. |
|---|---|---|---|---|---|---|
| 4 x 4 | BD | FPBB44 | 13 | 3 | 1/4 x 1-1/2 HDG Lag Bolt | -- |



**Typical BD installation**



**BD**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# General Hardware          pg. 308-317

| | |
|---|---|
| Bridging | 314-315 |
| Corner Tie | 316 |
| D.I.Y. Products | 309 |
| Drywall Clip | 308 |
| Insulation Supports | 308 |
| Mending Plates | 317 |
| Nail Plates | 317 |
| Plywood Clips | 308 |
| Protection Plates | 310 |
| Shelf Brackets | 316 |
| Straps | 311-312 |
| Stud Shoes | 312 |
| Wall Bracing | 313 |
| Wall Ties | 316 |



MiTek®

# PC / RC Plywood Clips

Steel plywood clips. All models feature embossed dimples to provide 1/8" gap.

**Materials:** PC – 20 gauge; RC – 18 gauge
**Finish:** G90 galvanizing

| Span Rating[1] | MiTek USP Stock No. | Ref. No. | Steel Gauge | Maximum Span[1] | | Plywood Thickness (in) | PC's Per Span | Code Ref. |
|---|---|---|---|---|---|---|---|---|
| | | | | With PC | Without PC | | | |
| 24 | RC38-250 | PSCL3/8 | 18 | 24 | 20 | 3/8 | 1 | |
| | PC716 | PSCL7/16 | 20 | 24 | 24 | 7/16 | 1 | |
| 32 | PC1532 | PSCL15/32, PSCA15/32 | 20 | 32 | 28 | 15/32 | 1 | -- |
| | PC12 | PSCL1/2 | 20 | 32 | 28 | 1/2 | 1 | |
| 40 | PC1932 | PSCL19/32 | 20 | 40 | 32 | 19/32 | 2 | |
| | PC58 | PSCL5/8 | 20 | 40 | 32 | 5/8 | 2 | |
| 48 | PC34 | PSCL3/4 | 20 | 48 | 36 | 3/4 | 2 | |

1) Based on code specified allowable spans for panel sheathing continuous over two or more spans with plywood strength axis perpendicular to supports.
2) Applicable to roof sheathing.
3) Applies to panels 24" or wider.
4) Uniform load deflection limitations 1/180 of span under live load plus dead load or 1/240 under live load only.



Provides 1/8" gap

**Typical PC installation**



**Typical RC installation**



**PC**



**RC**

# DC Drywall Clip

Drywall clips or "stops" help support drywall or wood paneling and reduce wood blocking on top plates, end walls, and corners.

**Materials:** 20 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use 8d nails to install DC1, 16" on-center or less.

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[1] | | Code Ref. |
|---|---|---|---|---|---|
| | | | Qty | Type | |
| DC1 | DS | 20 | 1 | 8d | -- |

1) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long.



**Typical DC1 installation**



3/4"
1-1/8"
1-1/2"

**DC1**

# IS Insulation Supports

Insulation supports secure batt-type insulation in place between joists. Chisel-cut ends dig into joists for permanent holding. Easy to install in hard-to-reach crawl spaces.

**Materials:** 13 gauge carbon steel wire
**Finish:** None

**Installation:**
• Use IS16 for joist spaced 16" O.C. and IS24 for 24" O.C. spacing.
• Position insulation batt in place between joists. Hold IS unit at the center and push into place.
• Wear gloves and safety glasses during installation.

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Joist Spacing | Dimensions (in) Overall Length | Code Ref. |
|---|---|---|---|---|---|
| IS16 | IS16-R100 | 13 | 16" O. C. | 15-1/2" | -- |
| IS24 | IS24-R100 | 13 | 24" O. C. | 23-1/2" | |



Simply push into place

**Typical IS installation**

General Hardware

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

MiTek® Product Catalog

## TT D.I.Y. Products

<span style="color:red">**General Hardware**</span>

Connectors for homeowner / D.I.Y. Projects.

**TTA12-TZ** – an angle connects two 1x wood members at 90° angles.

**TTA2-TZ** – an angle connects two 2x wood members at 90° angles.

**TTB22-TZ** – a bracket connects two intersecting 2x wood members at 90° angles.

**TTC24-TZ** – a corner tie connects 2x wood members at 90° to the corner of a 2x4 post. Mirror design allows for post to be oriented in either direction.

**TTC42-TZ** – a corner tie connects 2x wood members at 90° to the corner of a 4x4 post.

**TTF22-TZ** – a bracket connects 2x wood members to opposite sides of a 2x4 or 4x4 post.

**TTR-TZ** – a clip connects a 2x wood member to the face of another wood member.

**TTU2-TZ** – a U-clip connects 2x wood members crossing at 90°.

**Materials:** See chart
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• MiTek LumberLok LL915 (#9 x 1-3/8" long) wood screws are not supplied with connectors.



**Typical TTA12-TZ installation**

**TTA12-TZ**
(TTA2-TZ Similar)

**Typical TTB22-TZ installation**

**TTB22-TZ**



**Typical TTC24-TZ installation**



**TTC24-TZ**
(TTC42-TZ Similar)



**Typical TTR-TZ installation**



**TTR-TZ**



**Typical TTU2-TZ installation**

**TTU2-TZ**



**Typical TTF22-TZ installation**



**TTF22-TZ**

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

General Hardware

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Post Size | Joist Size | Fastener Schedule[1] Post Qty | Fastener Schedule[1] Post Type | Joist (Total) Qty | Joist (Total) Type | DF/SP Allowable Loads (Lbs.)[2,3] Download 100% | DF/SP Allowable Loads (Lbs.)[2,3] Uplift 100% | DF/SP Allowable Loads (Lbs.)[2,3] F1 100% | DF/SP Allowable Loads (Lbs.)[2,3] F2 100% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TTA12-TZ | RTA12 | 18 | 1x | 1x | 4 | LL915 | 4 | LL915 | -- | 205 | 190 | 205 | | |
| TTA2-TZ | RTA2Z | 16 | 2x | 2x | 4 | LL915 | 4 | LL915 | -- | 185 | 255 | 185 | | |
| TTU2-TZ | RTU2 | 18 | 2x | 2x | 2 | LL915 | 4 | LL915 | -- | -- | 210 | 210 | | |
| TTR-TZ | RTR | 20 | 2x | 2x | 2 | LL915 | 4 | LL915 | 210 | 210 | 210 | 155 | | |
| TTB22-TZ | RTB22 | 20 | 2x | 2x | 4 | LL915 | 4 | LL915 | 360 | 360 | 360 | 250 | | -- |
| TTF22-TZ | RTF2Z | 18 | 2 x 4 | 2x | 4 | LL915 | 8 | LL915 | 420 | 265 | -- | -- | | |
| TTC24-TZ | RTC24Z | 18 | 2 x 4 | 2x | 9 | LL915 | 8 | LL915 | 475 | 415 | -- | -- | | |
| TTC42-TZ | RTC42, RTC42Z | 18 | 4 x 4 | 2x | 14 | LL915 | 8 | LL915 | 735 | 420 | -- | -- | | |

1) LL915 denotes a LumberLok Screw, #9 x 1-3/8" long.
2) TTF22-TZ: Allowable loads must be equally distributed on both joists.
3) TTC24-TZ and TTC42-TZ: Allowable loads listed in this table are for each joist being carried by the post.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

# ICPL / KNS / PL Protection Plates

<span style="color:red">**General Hardware**</span>

General Hardware

Easy-to-install plates protect plumbing and power/communication wiring from nail or screw penetration. 16 gauge steel conforms to protection shield plate requirements of the National Electrical Code and International Plumbing Code.

**ICPL58** – Installs with nails.

**KNS1 / PL4** – Prongs allow for quick installation.

**Materials:** 16 gauge
**Finish:** ICPL516-TZ – G-185 galvanizing;
  All others – G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IRC P2603.2.1 & R602.6.1, IBC 2308.5.8, IPC 305.6

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.



**Typical ICPL516-TZ installation**



**ICPL516-TZ**



**Typical ICPL58 installation**



**ICPL58**



**Typical KNS1 / PL4 installation**



**KNS1**



**PL4**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Installation Type | Fastener Schedule[2] | | DF/SP Allowable Loads (Lbs.)[1] | S-P-F Allowable Loads (Lbs.)[1] | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | | Qty | Type | F1 160% | F1 160% | | |
| ICPL58 | -- | 16 | 8-1/16 | 5 | -- | 4 | 8d or prongs | -- | -- | | |
| PL4 | NS2 | 16 | 2 | 5 | -- | -- | prongs | -- | -- | | |
| KNS1 | NS1 | 16 | 1-1/2 | 3 | -- | -- | prongs | -- | -- | | PC |
| ICPL516-TZ | PSPN516Z | 16 | 16-1/4 | 5 | Sill Plate | 12 | 16d HDG + prongs | 1355 | 1160 | | |
| | | | | | Double Top Plate | 16 | 16d HDG + prongs | 1805 | 1550 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

# **HFS** Compression & Tension Straps

<div style="text-align:right">

**General Hardware**

</div>

The HFS Hardy Frame® Saddle is a 14 gauge steel channel intended to be used as a splice at locations where plumbing or other vertical penetrations destroy the structural integrity of a wall's top plates.

**Materials:** 14 gauge
**Finish:** G60 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• The Saddle can be installed over the top or from the underside of the top plates, and is capable of resisting both tension and compression loads in a clearspan of up to 4-1/2".
• For wall depths greater than 3-1/2", or to install after plumbing lines have been run, the product can be separated into two "L" shapes by gripping the legs of the channel and flexing the top surface along the serration lines.



4-1/2" max

**Typical HFS installation to underside of double top plates.**

4-1/2" max

**Separation into two "L" shapes at 6" and greater depths**

**Omit fasteners at first holes when the end distance is less than 1"**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Notch Width | Fastener Schedule | | DF/SP Allowable Loads (Lbs.)[1,3] | | S-P-F Allowable Loads (Lbs.)[1,3] | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | L | | Qty[2] | Type[4] | Tension 100% | Compression 100% | Tension 100% | Compression 100% | |
| HFS24 | -- | 14 | 3-5/8 | 24 | ≤ 4-1/2 | 24 | 16d | 2950 | 2500 | 2537 | 2500 | IBC, |
| HFS36 | -- | 14 | 3-5/8 | 36 | ≤ 4-1/2 | 32 | 16d | 4280 | 2500 | 3681 | 2500 | FL, LA |

1) Allowable tension loads are for normal duration. The values may be adjusted for other durations, such as for seismic and wind loading in accordance with the NDS.
2) Fastener quantity is the number of 16d common nails to be installed into each of the members to be joined. When the end distance from the joint to the first nail hole is less than 1", omit the (2) nails in the 3" side-plate and the (1) nail in the 1-1/2" side-plate that are nearest the joint.
3) There is no reduction in double top plate capacity provided the HFS24 is installed with minimum (22) 16d common nails in each member being joined (44 total) and the HFS36 is installed with (31) 16d common nails in each member (62 total).
4) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

<div style="text-align:right">

**General Hardware**

</div>

# **KRPS** Repair Straps

<span style="color:red">**General Hardware**</span>

KRPS repair straps meet IBC, IRC, & L.A. City requirements for notched plates where placed in partitions.

**Materials:** See chart
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** See chart for code references
  IRC R602.6.1, IBC 2308.5.8

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Install one strap tie for each 2x plate.



**Typical KRPS installation**



**KRPS**

| MiTek USP Stock No.[3] | Ref. No. | Steel Gauge | Dimensions (in) | | Notch Width (in) | Fastener Schedule[2] | | DF/SP Allowable Loads (Lbs.)[1] | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | L | | Qty | Type | Tension 160% | | |
| KRPS18 | RPS18 | 16 | 1-1/2 | 18-5/16 | ≤ 5-1/2 | 12 | 16d | 1345 | | IBC, FL, LA |
| KRPS22 | RPS22 | 16 | 1-1/2 | 22-5/16 | ≤ 5-1/2 | 12 | 16d | 1345 | | IBC, FL |
| | | | | | | 16 | | 1790 | | IBC, FL, LA |
| KRPS28 | RPS28 | 16 | 1-1/2 | 28-5/16 | ≤ 12 | 12 | 16d | 1345 | | IBC, FL |
| | | | | | | 16 | | 1790 | | IBC, FL, LA |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

# **STS** Stud Shoes

Stud shoes reinforce joists, plates, studs, or rafters which have been drilled or notched during construction.

**Materials:** 16 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• **STS units are not structurally rated and should not be used as a total member replacement in structural applications.**
• For use with 2" O.D. pipe.

**Typical STS1 installation**

**STS**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Description | Dimensions (in) | Fastener Schedule[1,2] | | Code Ref. |
|---|---|---|---|---|---|---|---|
| | | | | W | Qty | Type | |
| STS1 | SS1.5 | 18 | Single Stud | 1-9/16 | 10 | 10d x 1-1/2 | |
| STS2 | SS3 | 18 | Double Stud | 3-1/16 | 12 | 10d | -- |
| STS3 | SS4.5 | 18 | Triple Stud | 4-9/16 | 14 | 10d | |

1) Maximum hole size = 2".
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long, 10d nails are 0.148" dia. x 3" long.

<span style="writing-mode:vertical;">**General Hardware**</span>

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

## RWB / WB / WBC / WBT Wall Bracing

Wall bracing products are engineered to meet the prescriptive 1x4 let-in brace code requirements.

**RWB** – Flat bracing conveniently packaged in a handy roll out dispenser. Perfect for unexpected job site shortages. The 35-pound dispenser pack fits easily into a truck bed for transport. Pre-embossed snap-off points can be broken off by hand (wear gloves for safety).

**WB** – A flat style bracing engineered to easily nail to studs. No cutting or fitting needed.

**WBC** – L-shaped design for additional strength and rigidity.

**WBT** – Rolled edges and T-style design gives the WBT strength, rigidity, and eliminates sharp, sheared edges.

**Materials:** See chart
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA
  IRC R602.10.4 & Table 602.10.4, IBC 2308.6.3 & Table 2308.6.3(1)

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Bracing is a framing aid, not a substitute for structural shear wall components.
• **RWB / WB** – Use with 16" or 24" o.c. studs. Install in pairs forming an "X" or opposing "V" at each end of a maximum 25-foot long wall panel.
  **Steps:** Square the panel. Straighten any kinks in bracing caused by handling. Lay bracing on the panel flush to the top of top plate and flush to the bottom of the bottom plate. Secure bracing to the top plate and bottom plate using 16d nails (WB) or 8d nails (RWB). Position second bracing at an angle opposite to the first brace to form an "X" and secure to top and bottom plate as with the first bracing. Using 8d nails, secure bracing to all intersecting studs.
• **WBC / WBT** – Use with 16" or 12" o.c. studs. Install one brace at each end of wall section, not exceeding 25 feet, in an opposing "V" pattern. Use the web portion of a length of bracing as a straight edge to mark studs. Cut a saw kerf 5/8" deep (1" deep for WBC). Insert the bracing web into the saw kerf, and drive one nail into the top plate. Raise the wall section into place and plumb. Finish fastening according to the nail schedule.



**RWB pre-embossed snap-off points**

**WB**

**WBT**

**WBC**

**Typical RWB/WB installation**

**Typical WBC/WBT installation**

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

General Hardware

| MiTek USP Stock No.[1] | Ref. No. | Steel Gauge | Dimensions (in) | | | Pieces Per Roll | Wall Height (ft) | Install Angle | Fastener Schedule[2] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W1 | W2 | L | | | | Each Plate | | Each Stud | | |
| | | | | | | | | | Qty | Type | Qty | Type | |
| RWB96 | WB106C | 16 | 1-1/4 | -- | 9' 6" | 15 | 8' | 60° | 4 | 8d | 1 | 8d | |
| RWB114 | WB126C | 16 | 1-1/4 | -- | 11' 4-3/8" | 12 | 8' | 45° | 4 | 8d | 1 | 8d | |
| RWB143 | WB143C | 16 | 1-1/4 | -- | 14' 3" | 10 | 10' | 45° | 4 | 8d | 1 | 8d | |
| WBC10 | RCWB10 | 18 | 7/8 | 1 | 9' 5-3/4" | -- | 8' | 60° | 2 | 16d | 1 | 8d | IBC, FL, LA |
| WBC12 | RCWB12 | 18 | 7/8 | 1 | 11' 4-3/8" | -- | 8' | 45° | 2 | 16d | 1 | 8d | |
| WBT10 | TWB10 | 22 | 1-3/8 | -- | 9' 3" | -- | 8' | 60° | 4 | 8d | 1 | 8d | |
| WBT12 | TWB12 | 22 | 1-3/8 | -- | 11' 4" | -- | 8' | 45° | 2 | 8d | 1 | 8d | |
| WBT14 | RCWB14, TWB14 | 22 | 1-3/8 | -- | 14' 2" | -- | 10' | 45° | 2 | 8d | 1 | 8d | |
| WB106 | WB106 | 16 | 1-1/4 | -- | 9' 5-1/2" | -- | 8' | 60° | 3 | 16d | 1 | 8d | |
| WB126 | WB126 | 16 | 1-1/4 | -- | 11' 4-1/4" | -- | 8' | 45° | 3 | 16d | 1 | 8d | |

1) These products substitute for code prescribed 1 x 4 let-in bracing.
2) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.

# O / N Bridging

**O** – The O series spans three joists in under/over installation. Prong teeth in the center help reduce nailing.

**N** – The N series spans two joists per unit. Can be used for bridging or bracing I-Joists. See chart.

**Materials:** See chart
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
- Use specified fasteners in models with fastener requirements.
- For all models – Bridging should be installed on floor joists with a nominal depth-to-thickness ratio of 5 to 6 or more (2018 National Design Specification for Wood Construction; Section 4.4.1). Bridging units should be installed in pairs at intervals of 8' or less. Bridging pairs should form an "X" between joists; leave a slight space between the units to avoid noise-generating contact. Follow specific installation instructions below for particular models.
- Install prior to subfloor sheathing. Use (2) 8d (0.131") x 1-1/2" nails at each end. Fully seat nails to avoid any movement against the bridging and subsequent floor noise.
- Must be installed in cross pairs. Avoid bridging overlap, it may cause squeaks



**Typical O installation**



**O**



**Typical N installation**



**N**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[1] | | Code Ref. |
|---|---|---|---|---|---|---|---|
| | | | W | L | Qty | Type | |
| N16 | LTB20, TB20 | 22 | 3/4 | 19-3/4 | 4 | 8d x 1-1/2 | |
| O40 | LTB40 | 22 | 3/4 | 39-3/4 | 4 | 8d x 1-1/2 | |
| N27 | TB27 | 20 | 3/4 | 26-13/16 | 4 | 8d x 1-1/2 | |
| N30 | TB30 | 20 | 3/4 | 29-13/16 | 4 | 8d x 1-1/2 | |
| N36 | TB36 | 20 | 3/4 | 35-13/16 | 4 | 8d x 1-1/2 | IBC, |
| N42 | TB42 | 20 | 3/4 | 42 | 4 | 8d x 1-1/2 | FL, |
| N48 | TB48 | 20 | 3/4 | 48 | 4 | 8d x 1-1/2 | LA |
| N54 | TB54 | 20 | 3/4 | 54 | 4 | 8d x 1-1/2 | |
| N56 | TB56 | 20 | 1 | 56 | 4 | 8d x 1-1/2 | |
| N60 | TB60 | 20 | 1 | 60 | 4 | 8d x 1-1/2 | |
| O16 | -- | 18 | 1 | 44 | 4 | 8d x 1-1/2 | |

1) For joist spacing, refer to the Joist Installation chart.
2) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long.

**Joist Installations**

| Joist Type | Joist Height | Joist Spacing[1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12" | 16" | 19.2" | 24" | 30" | 32" | 36" | 42" | 48" |
| 2x Sawn Dimensional | 7-1/4 | -- | O40/O16/N16 | N27 | N27/N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 9-1/4 | N16 | O40/O16/N16 | N27 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 9-1/2 | O40/O16/N16 | O40 | N27 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| 1-3/4" SCL | 10 | N16 | N16 | N27 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 11-1/4 | N16 | N16 | N27 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 11-7/8 | N16 | N27 | N27/N30 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 12 | N27 | N27 | N27/N30 | N30 | N36 | N42 | N42 | N48 | N54/N56 |
| I-Joists: 2-1/2" & 3-1/2" wide | 14 | N16 | N16 | N16 | N27/N30 | N36 | N36 | N36 | N42 | N56 |
| | 16 | N16 | N16 | N27 | N30 | N36 | N36 | N42 | N48 | N56 |
| | 18 | N16 | N16 | N27 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 20 | N16 | N27 | N27/N30 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 22 | N27 | N27 | N30 | N30 | N36 | N36 | N42 | N48 | N54/N56 |
| | 24 | N27 | N30 | N30 | N36 | N36 | N42 | N42 | N48 | N54/N56 |
| | 26 | N30 | N30 | N30 | N36 | N42 | N42 | N42 | N48 | N54/N56/N60 |
| | 28 | N30 | N30 | N36 | N36 | N42 | N42 | N48 | N56 | N56/N60 |

1) Gray shaded cells represent bridging installed on the face of the joist; web stiffeners required for I-Joists.
2) All bridging products require (2) 8d x 1-1/2 nails at each end, which are 0.131" dia. x 1-1/2" long.

General Hardware

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

**MiTek®** Product Catalog

## MB / MBG Bridging

<span style="color:red">**General Hardware**</span>

**MBG** – Grip tooth bridging. Features special teeth which grip joists and provide easy single-nail installation. Can be installed after subfloor is in place.

**MB16** – Snap-on, no-nail bridging can be placed in existing floor systems where joist movement is suspected. Two-piece construction creates a solid diagonal brace against joist movement.

**Materials:** See chart
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Use specified fasteners in models with fastener requirements.
• For all models – Bridging should be installed on floor joists with a nominal depth-to-thickness ratio of 5 to 6 or more (2018 National Design Specification for Wood Construction; Section 4.4.1). Bridging units should be installed in pairs at intervals of 8' or less. Bridging pairs should form an "X" between joists; leave a slight space between the units to avoid noise-generating contact. Follow specific installation instructions below for particular models.
• **MBG** – May be installed before or after sheathing. Position the unbent end of the bridging unit near the top of the joist and drive prongs into wood with a hammer blow to the heel of the bent end. Wedge bent end near the lower edge of the opposite joist, set teeth into wood with hammer blow. Nail holes are provided at the bent end if prongs are damaged during installation. Fully seat nails to avoid any movement against the bridging and subsequent floor noise.
• **MB16** – Two-piece unit is shipped as one piece. Bend unit in center up and down to break into two pieces. Slide narrower piece inside wider piece, setting the end tab into slot appropriate for joist spacing. Setting one prong end near the top of one joist and the opposite prong end near the bottom of the opposite joist, pull down on the center of the bridging until the wider piece snaps into place over the narrow piece and creates a rigid, one-piece bridging unit. Wear gloves during installation.

<span style="writing-mode:vertical">Copyright © 2018 MiTek Industries, Inc. All Rights Reserved</span>



**MB16**



**Typical MB16 installation**



Step 1          Step 2

**Typical MBG installation**

<span style="color:white;background:red">**General Hardware**</span>



**MBG**

| Joist Size | Joist Spacing O.C. (in)[1] | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) L | Fastener Schedule[2] Qty | Fastener Schedule[2] Type | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|
| 2 x 8 | 12 | MBG812 | NCA2X8-12 | 22 | 15/16 | 11-3/4 | 1 | 8d x 1-1/2 | |
| 2 x 10 | 12 | MBG1012 | NCA2X10-12 | 22 | 15/16 | 12-3/4 | 1 | 8d x 1-1/2 | |
| 2 x 12 | 12 | MBG1212 | NCA2X12-12 | 22 | 15/16 | 14 | 1 | 8d x 1-1/2 | |
| 2 x 14 | 12 | MBG1412 | -- | 22 | 15/16 | 16 | 1 | 8d x 1-1/2 | |
| 2 x 16 | 12 | MBG1612 | -- | 22 | 15/16 | 17 | 1 | 8d x 1-1/2 | |
| 2 x 8-10-12 | 16 | MB16 | -- | 22 | 11/16 | -- | -- | -- | |
| 2 x 8 | 16 | MBG816 | NCA2X8-16 | 22 | 15/16 | 15-9/16 | 1 | 8d x 1-1/2 | |
| 2 x 10 | 16 | MBG1016 | NCA2X10-16 | 22 | 15/16 | 16-5/16 | 1 | 8d x 1-1/2 | IBC, FL, LA |
| 2 x 12 | 16 | MBG1216 | NCA2X12-16 | 22 | 15/16 | 17-1/4 | 1 | 8d x 1-1/2 | |
| 2 x 14 | 16 | MBG1416 | -- | 22 | 15/16 | 18-7/16 | 1 | 8d x 1-1/2 | |
| 2 x 16 | 16 | MBG1616 | -- | 22 | 15/16 | 19-5/8 | 1 | 8d x 1-1/2 | |
| 2 x 8 | 24 | MBG824 | -- | 22 | 1-5/16 | 23-1/2 | 1 | 8d x 1-1/2 | |
| 2 x 10 | 24 | MBG1024 | -- | 22 | 1-5/16 | 24 | 1 | 8d x 1-1/2 | |
| 2 x 12 | 24 | MBG1224 | -- | 22 | 1-5/16 | 24-3/4 | 1 | 8d x 1-1/2 | |
| 2 x 14 | 24 | MBG1424 | -- | 22 | 15/16 | 25-5/8 | 1 | 8d x 1-1/2 | |
| 2 x 16 | 24 | MBG1624 | -- | 22 | 15/16 | 26-5/8 | 1 | 8d x 1-1/2 | |

1) Joist spacing is based on a 1-1/2" joist, consult MiTek regarding wider joist applications.
2) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long.

## SB Shelf Brackets

<span style="color:red">**General Hardware**</span>

This shelf bracket combines shelving capabilities and closet rod support in a one-piece design.

**Materials:** 13 gauge
**Finish:** Zinc Plated

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule[1] | | Code Ref. |
|---|---|---|---|---|---|
| | | | Qty | Type | |
| SB12 | SBV | 13 | 8 | 10d | -- |

1) **NAILS:** 10d nails are 0.148" dia. x 3" long.



**Typical SB12 installation**



**SB12**

## KSCT Corner Tie

The Corner Tie secures three-way wood-to-wood connections. Handy for building workbenches, utility tables, or shelving using 2x4 lumber.

**Materials:** 14 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use (12) #10 panhead screws to fasten the KSCT68 to wood framing.

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule | | Code Ref. |
|---|---|---|---|---|---|
| | | | Qty | Screws | |
| KSCT68 | -- | 14 | 12 | #10 panhead | -- |




**Typical KSCT68 installation**



**KSCT68**

## WT Wall Tie

**Materials:** 22 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use nails appropriate for intended use. See Product Notes, page 18.
• The opposite end must be bonded in the mortar joint of brick facade.
• Check local codes for spacing requirements.
• Wall tie shall be bent at nail, bonding into mortar joint.



1" space between brick and sheathing

**Typical WT22 installation**



**WT22**

| MiTek USP Stock No. | Ref. No. | Description | Steel Gauge | Dimensions (in) | | Fastener Schedule[1] | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | W | L | Qty | Type | | |
| WT22 | BTB | Straight Edge - Duplex | 22 | 7/8 | 6-1/2 | 1 | 10d | | -- |

1) **NAILS:** 10d nails are 0.148" dia. x 3" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

**General Hardware**

## NP Nail Plates

The NP Nail Plates are an ideal economical solution for attaching wooden members together in a non-structural connection. Also may be used as a prescriptive top plate splice per the International Residential Code (IRC). They are pre-punched for 8d common nails.

**Materials:** 20 gauge
**Finish:** G90 galvanizing
**Codes:** IRC R602.3.2

**Installation:**
- Use nails appropriate for intended use. Holes are sized for 8d common (0.131" dia. x 2-1/2" long) or 8d (0.131" dia.) x 1-1/2" nails.
- The designer shall determine appropriate load values.




**Typical nail plate installation**

**NP**



**Typical NP312 prescriptive top plate splice installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) L | Number of Nail Holes | Code Ref. |
|---|---|---|---|---|---|---|
| NP15 | TP15 | 20 | 1-13/16 | 5 | 12 | |
| NP35 | TP35 | 20 | 3-1/8 | 5 | 22 | |
| NP37 | TP37 | 20 | 3-1/8 | 7 | 31 | |
| NP39 | TP39 | 20 | 3-1/8 | 9 | 40 | |
| NP311 | TP311 | 20 | 3-1/8 | 11 | 49 | |
| NP312 | TP312 | 20 | 3-1/8 | 12 | 54 | -- |
| NP315 | TP316 | 20 | 3-1/8 | 15 | 67 | |
| NP45 | TP45 | 20 | 4-1/8 | 5 | 30 | |
| NP47 | TP47 | 20 | 4-1/8 | 7 | 42 | |
| NP49 | TP49 | 20 | 4-1/8 | 9 | 54 | |
| NP411 | TP411 | 20 | 4-1/8 | 11 | 66 | |
| NP57 | TP57 | 20 | 5-3/4 | 7 | 59 | |



**Typical NP312 prescriptive top-plate wall corner connection**

roof members installed aligned over stud, in accordance with IRC R602.3.2

Minimum (6) 8d box nails (2-1/2" x 0.113") Each Side of Joint



**Typical NP312 prescriptive top-plate butt joint straight wall connection**

Minimum (12) 8d box nails (2-1/2" x 0.113") Each Side of Joint

---

## JNP / TPP Mending Plates

**TPP** – Prong plates with straight prongs.

**JNP** – Prong plates with angled, hammer-in prongs.

**Materials:** See chart
**Finish:** G90 galvanizing

**Installation:**
- These products are not intended for structural use. No load ratings are assigned. These plates are not intended for use in truss assembly.



**Typical mending plate installation**



**JNP**

**TPP**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) L | Code Ref. |
|---|---|---|---|---|---|
| JNP24 | -- | 18 | 1-1/2 | 4 | |
| JNP26 | -- | 18 | 1-1/2 | 6 | |
| JNP46 | -- | 18 | 3-3/16 | 6 | |
| JNP48 | -- | 18 | 3-3/16 | 8 | -- |
| TPP14 | MP14 | 22 | 13/16 | 3-1/2 | |
| TPP24 | MP24 | 22 | 1-11/16 | 3-1/2 | |
| TPP36 | MP36 | 22 | 2-3/4 | 3-1/2 | |
| TPP58 | -- | 22 | 4-3/16 | 7-13/16 | |

Copyright © 2018 MiTek Industries, Inc. All Rights Reserved

# Specialty Options   pg. 320-325

| | |
|---|---|
| Face Mount Hanger | 321 |
| Open Top Flange Hanger | 322 |
| Part Number System | 325 |
| Solid Top Flange Hanger | 322-323 |
| Specialty Options & General Notes | 320 |
| Top Flange Nailer Options | 323-324 |
| Welded Top Flange Hanger | 325 |



MiTek®

## Specialty Options & General Notes

## Specialty Options

The information listed only applies to hangers manufactured by MiTek® and installed according to the instructions listed in this catalog. Some of the options listed may not have been evaluated on a single hanger. The designer must always evaluate each connection, including the joist and header capacities, before specifying a specialty connector. MiTek sloped hangers are manufactured with the plumb cut of the joist already calculated. If a hanger with a different height is needed, it must be specified at the time of ordering.

**Materials:** Steel gauge may vary from that specified depending on the specialty option and manufacturing process used. Some formed hangers may be welded when modifying the hanger. Hanger configurations, fastener schedules, and height may vary from the tables depending on the joist size, skew, and slope.

**Finish:** See specific hanger option tables. Welded hangers are painted with gray primer. Non-catalog hangers available in Hot-dip galvanized, use HDG after product number.

**Allowable Loads:** For multiple options for the same connector, use the most conservative reduction to give the lowest design load. See specific hanger option tables for applicable load reductions and maximum tolerances. Reference Specialty Options Summary Table for MiTek series catalog page references.

**Installation:**
- Fill all nail holes with fasteners specified in the tables.
- Fastener quantities may increase from the amount listed in the tables depending on hanger option.
- NA16D-RS and NA20D nails are supplied with hangers.
- For bevel cut skewed hangers, the end of joist must be bevel cut; for square cut skewed hangers, the end of joist must be square cut.

**Codes:** Modified hangers are not code evaluated due to their numerous variations.

### Specialty Options Summary Table

| MiTek USP Series | Width | Skewed (Maximum) | Sloped Seat (Maximum) | Sloped / Skewed | Sloped Top Flange (Maximum) | Top Flange Offset | Saddle Hanger | Ridge Hanger (Maximum) | Inverted Flange | Uplift | Weldability | MiTek Series Catalog Page Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BPH | all | 50° | 45° | • | 45° | | | | | | • | • | 218 |
| FWH | all | 70° | | | | • | | | | | | • | 194 |
| FWH/S | all | 70° | | | | • | | | | | | • | 337 |
| FWHBP | all | 70° | | | | | | | | | | • | 196 |
| FWHFM | all | 70° | | | | | | | | | | • | 200 |
| FWHH | all | 70° | | | | | | | | | | • | 198 |
| GHF | all | 50° | 45° | • | | | | | • width > 4-1/2" | • | | 233 |
| HBPH | all | 50° | 45° | • | 45° | | | | | | • | • | 218 |
| HD[1,2] | 1-3/4" or less | 67-1/2° | 45° | • | | | | | • width > 2-1/4" | • | | 208 |
| HD[1,2] | > 1-3/4" | 50° | | | | | | | | | | | |
| HDO | 1-3/4" or less | 67-1/2° | 45° | • | | | | | • width > 3-1/8" | • | | 167 |
| HDO | > 1-3/4" | 50° | | | | | | | | | | | |
| HGU | all | 45° | | | | | | | • one flange width > 5-1/4" | • | | 232 |
| HGUM | all | | | | | | | | • one flange | | | 187 |
| HJC | all | 60° | | | | | | | | • | | 281 |
| HLBH | all | 50° | 45° | • | 45° | • | • | 45° | | | • | 219 |
| HUS | all | | | | | | | | • width > 2-1/4" | • | | 140 |
| HWUH | all | 45° | 45° | • | | • | • | | | • | | 190 |
| IHFL/IHF | 1-3/4" or less | 67-1/2° | 45° | • | | | | | • width > 2-1/4" | • | | 206 |
| IHFL/IHF | > 1-3/4" | 50° | | | | | | | | | | | |
| KB | all | | | | | | | | | • | • | 166 |
| KEG | all | 45° | 45° | | | | | | | • | | 235 |
| KGB | all | | | | | | | | | • | • | 236 |
| KGH | all | 45° | | | | | • | | | • | | 63 |
| KGLS | all | 50° | 45° | • | 30° | • | • | | | • | • | 238 |
| KGLST | all | | | | | | • | | | • | • | 238 |
| KGLT | all | 50° | 45° | • | 45° | • | • | | | • | • | 237 |
| KHGB | all | | | | | | | | | • | • | 236 |
| KHGLS | all | 50° | 45° | • | 30° | • | • | | | • | • | 238 |
| KHGLST | all | | | | | | • | | | • | • | 238 |
| KHGLT | all | 50° | 45° | • | 45° | • | • | | | • | • | 237 |
| KHHB | all | | | | | | | | | • | • | 236 |
| KHW | all | 84° | 45° | • | 35° | • | • | 45° | | | • | 168 |
| KLB | all | | | | | | | | | • | • | 166 |
| KLEG | all | 45° | 45° | | | • | | | | • | | 235 |
| KMEG | all | 45° | 45° | | | • | | | | • | | 235 |
| LGU | all | 45° | | | | | | | • one flange width > 3-5/8" | • | | 232 |
| LGUM | all | | | | | | | | • one flange | | | 187 |
| LSSH | all | 45° | 45° | • | | | | | | • | | 174 |
| MGU | all | 45° | | | | | | | • one flange width > 5-1/4" | • | | 232 |
| MPH[1] | all | 60° | 45° | • | | • | | | | • | | 188 |
| MSHA | all | 75° | | | | | | | | | • | 278 |
| MSHL/R | all | 45° | | | | | | | | | • | 276 |
| NFM | all | 45° | | | | | | | | | • | 192 |
| PHM | all | 84° | 45° | • | 35° | • | • | 45° | | | • | 220 |
| PHXU[1] | all | 60° | 45° | • | 35° | • | • | | | • | • | 220 |
| SKH/SKHH | all | 45° | | | | | | | | | • | 175 |
| SUH | 1-3/4" or less | 67-1/2° | 45° | • | | | | | | • | | 139 |
| SUH | > 1-3/4" | 50° | | | | | | | | | | | |
| SW[1]/SWH[1] | all | 84° | 45° | • | 35° | • | • | 45° | | | • | 168 |
| THD | all | 45° | 45° | • | | | | | • one flange width > 3" | • | | 269 |
| THDH | all | 45° | 45° | • | | | | | | | • | 270 |
| THF | > 1-3/4" | 50° | 45° | • | | | | | • width > 2-1/4" | • | | 207 |

1) Skews greater than 45° will have square cut joist with back plate.
   Refer to Typical HLBH hanger skewed, left shown, square cut illustration on page 322.
2) HD hanger widths less than 2-1/4" may have flanges inverted as a Custom, contact MiTek.
New products or updated product information are designated in blue font.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**Specialty Options**

MiTek® Product Catalog

# Face Mount Hanger Specialty Details

<span style="color:orange">**Specialty Options**</span>

See the Specialty Options Chart for each hanger series for load reductions and hanger maximum range of skew, slope, etc.

**Skewed Hanger:**
• Consider SKH or SKHH hangers for 45° skews.
• Joist nails on the closed side may be relocated to the open side by MiTek designer to ensure proper nailing.
• Specify skew angle, type (square cut or bevel cut), and direction when ordering.

**Sloped Seat Hanger:**
• Consider LSSH series for sloped applications.
• Additional nail holes may be added to joist flanges by MiTek designer.
• Specify slope angle and direction when ordering.

**Sloped/Skewed Hanger:**
• See nailing notes above for both Skewed Hanger and Sloped Seat Hanger.
• Specify skew and slope angles as well as skew/slope directions and skew type (square cut or bevel cut) when ordering.

**Inverted Flange Hanger:**
• When fastening into the carrying member's end grain, the allowable load is 0.65 of the table load.
• Hangers with one flange inverted achieve 100% of listed table load.
• Specify right or left flange when inverting only one flange.

Refer to GHF, HD, SUH, THD, THDH, THF series Special Order Worksheet for ordering instructions at MiTek-US.com.



**Typical SUH hanger skewed, right shown**
(bevel cut)



**Typical SUH formed hanger skewed, right shown**
(square cut)



**Typical HD hanger sloped seat, down shown**



**Typical HD hanger sloped down, skewed left shown**



**Typical GHF hanger one flange inverted, left shown**



**Typical HD hanger inverted flange**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:orange">**Specialty Options**</span>

# Open Top Flange Hanger Specialty Details

See Specialty Options Chart for each hanger series for load reductions and hanger maximum range of skew, slope, etc.

**Skewed Hanger:**
• Joist nails may be located on obtuse angle side by MiTek designer to ensure proper nailing.
• Specify skew angle, type (square cut or bevel cut), and direction when ordering.

**Sloped Seat Hanger:**
• Additional nail holes may be added to joist flanges by MiTek designer. All fastener holes must be filled.
• Specify slope angle, direction, and joist height when ordering.

**Sloped/Skewed Hanger:**
• See nailing notes above for both Skewed Hanger and Sloped Seat Hanger.
• Specify skew and slope angles as well as skew/slope directions, and skew type (square cut or bevel cut) when ordering.
• Similar to face mount skewed/sloped hanger, refer to illustration on page 321: Typical HD hanger sloped down, skewed left shown.
• Specify if hanger is to be high side flush, low side flush, or center flush.

**Sloped/Skewed/Sloped Top Flange Hanger:**
• See nailing notes for both skewed and sloped hangers.
• Specify skew, slope, and top flange slope angles as well as skew/slope and top flange slope directions when ordering.
• Hangers may be galvanized or painted.
• Hangers may be made with solid top plate.

Refer to BPH series Special Order Worksheet for ordering instructions at MiTek-US.com.



**Typical BPH hanger
skewed, left shown**
(bevel cut)



**Typical HDO hanger
skewed, right shown**
(square cut)



**Typical BPH hanger
sloped seat,
down shown**



**Typical BPH hanger
sloped down, skewed right,
high side flush shown**



**Typical BPH hanger
skewed right,
sloped down, top flange sloped**



**Typical BPH hanger
sloped down top flange
right shown**
(this configuration will not
be open back)

# Solid Top Flange Hanger Specialty Details

See Specialty Options Chart for each hanger series for load reductions and hanger maximum range of skew, slope, etc.

**Skewed Hanger:**
• Joist nails may be located on obtuse angle side by MiTek designer to ensure proper nailing.
• Specify skew angle, type (square cut or bevel cut), and direction when ordering.

**Sloped Seat Hanger:**
• Additional nail holes may be added to joist flanges by MiTek designer.
• Specify slope angle, direction, and joist height when ordering.



**Typical HLBH hanger
skewed, left shown**
(bevel cut)



**Typical HLBH hanger
skewed, left shown**
(square cut)

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Specialty Options**

## Solid Top Flange Hanger Specialty Details

**Sloped/Skewed Hanger:**
• See nailing notes above for both Skewed Hanger and Sloped Seat Hanger.
• Specify skew and slope angles as well as skew/slope directions, and skew type (square cut or bevel cut) when ordering.
• Specify if hanger is to be high side flush, low side flush, or center flush.

**Sloped Top Flange Hanger:**
• Additional nail holes may be added to top angle by MiTek designer.
• Specify top flange slope and direction when ordering.
• Specify if hanger is to be high side flush, low side flush, or center flush.

**Ridge Hanger:**
• Specify flush top of beam at center, right side, or left side.
• Specify angle of slope when ordering.

**Top Flange Offset Hanger:**
• Specify offset, left (L) or right (R), when ordering.

**Saddle Hanger:**
• Specify saddle width, "SA" when ordering. Allow clearance for saddled member.

Refer to options for HLBH, KGLS, KGLT, KHGLS, KHGLT series or HWUH, KHW, PHM, PHXU, SW, SWH series Special Order Worksheet for ordering instructions at MiTek-US.com.



**Typical HLBH hanger sloped down top flange, right shown**



**Typical HLBH hanger ridge, top flange slope**



**Typical PHXU hanger saddle option**



**Typical HLBH hanger top flange offset, right shown**



**Typical HLBH hanger skewed right, sloped down right, top flange sloped**



**Typical HLBH hanger sloped seat, down shown**



**Typical HLBH hanger sloped down, skewed right, center flush shown**

## Top Flange Hanger Nailer Options

MiTek-USP Top Mount Hangers have been tested installed to various nailers. Wood nailers may be installed to the top of steel beams, concrete and masonry walls. The table below represents maximum allowable loads for common top mount hangers installed on 2x, 2-ply 2x, 3x and 4x nailers.

For additional Nailer Installation information see page 203.

| MiTek USP Series | Nailer Size | Fastener Schedule | | | | | DF/SP Allowable Loads (Lbs.) [1] | | SPF/HF Allowable Loads (Lbs.) [1] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Nailer | | | Joist | | Download 100% | Uplift 160% [2] | Download 100% | Uplift 160% [2] |
| | | Top Qty | Face Qty | Type [5,6] | Qty | Type [5,6] | | | | |
| BPH | 2x | 4 | 2 | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 2080 | 230 | 1790 | 200 |
| | 3x | 4 | 4 | 16d x 2-1/2 | 4 | 10d x 1-1/2 | 2360 | 535 | 2030 | 460 |
| | (2) 2x | 4 | 4 | 10d | 4 | 10d x 1-1/2 | 2310 | 535 | 1985 | 460 |
| | 4x | 4 | 4 | 16d | 4 | 10d x 1-1/2 | 2245 | 535 | 1930 | 460 |
| HBPH | 2x | 6 | 2 | 10d x 1-1/2 | 10 | 16d | 2540 | -- | 2135 | -- |
| | 3x | 6 | 6 | 16d x 2-1/2 | 10 | 10d | 4500 | -- | 3780 | -- |
| | (2) 2x | 6 | 8 | 10d | 10 | 16d | 4140 | 1610 | 3480 | 1350 |
| | 4x | 6 | 10 | 16d | 10 | 16d | 5745 | 1610 | 4825 | 1350 |

Continued on next page

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

Specialty Options

# Top Flange Hanger Nailer Options

**Specialty Options**

| MiTek USP Series | Nailer Size | Fastener Schedule | | | | | DF/SP Allowable Loads (Lbs.)[1] | | SPF/HF Allowable Loads (Lbs.)[1] | |
| | | Nailer | | | Joist | | Download 100% | Uplift 160%[2] | Download 100% | Uplift 160%[2] |
| | | Top Qty | Face Qty | Type[5] | Qty | Type[5] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| KHW | 3x | 4 | | 16d x 2-1/2 | | 10d | 4415 | -- | 3525 | -- |
| MSH (18 Gauge) | 2x | 4 | -- | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 1245 | -- | 1045 | -- |
| | 3x | 4 | -- | 10d x 1-1/2 | 4 | 10d x 1-1/2 | 1245 | -- | 1045 | -- |
| | (2) 2x | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 1950 | -- | 1540 | -- |
| | 4x | 4 | 2 | 10d | 4 | 10d x 1-1/2 | 1950 | -- | 1540 | -- |
| MSH (16 or 14 Gauge) | 2x | 4 | 2 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 2355 | -- | 1860 | -- |
| | 3x | 4 | 2 | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 2355 | -- | 1860 | -- |
| | (2) 2x | 4 | 2 | 16d x 2-1/2 | 6 | 10d x 1-1/2 | 2080 | -- | 1745 | -- |
| | 4x | 4 | 2 | 16d x 2-1/2 | 6 | 10d x 1-1/2 | 2080 | -- | 1745 | -- |
| PHM | 2x | 2 | -- | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 3010 | -- | 2140 | -- |
| | 3x | 2 | -- | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 3060 | -- | 2140 | -- |
| | (2) 2x | 2 | -- | 10d | 2 | 10d x 1-1/2 | 3060 | -- | 2140 | -- |
| | 4x | 2 | -- | 16d | 2 | 10d x 1-1/2 | 3060 | -- | 2140 | -- |
| PHXU[3] widths > 2-3/4" to < 3-1/2" | 2x | 4 | -- | 10d x 1-1/2 | 6 | 10d x 1-1/2 | 2585 | -- | 2170 | -- |
| | 3x | 4 | 2 | 16d x 2-1/2 | 6 | 10d x 1-1/2 | 3855 | -- | 3150 | -- |
| | (2) 2x | 4 | 2 | 10d | 6 | 10d x 1-1/2 | 3590 | -- | 3015 | -- |
| | 4x | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 4420 | 870 | 3150 | 730 |
| PHXU widths ≥ 3-1/2" | 2x | 4 | -- | 10d x 1-1/2 | 6 | 10d | 2765 | -- | 2325 | -- |
| | 3x | 4 | 2 | 16d x 2-1/2 | 6 | 10d | 3895 | -- | 3270 | -- |
| | (2) 2x | 4 | 2 | 10d | 6 | 10d | 3785 | -- | 3180 | -- |
| | 4x | 4 | 4 | 16d | 6 | 10d x 1-1/2 | 5285 | 970 | 4545 | 835 |
| | 4x | 4 | 4 | 16d | 6 | 10d | 5285 | 1120 | 4545 | 940 |
| SW[4] widths ≥ 2-9/16" | 2x | 2 | -- | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1635 | -- | 1115 | -- |
| | 3x | 2 | -- | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2390 | -- | 2010 | -- |
| | (2) 2x | 2 | -- | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2390 | -- | 2010 | -- |
| | 4x | 2 | -- | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2390 | -- | 2010 | -- |
| SWH | 2x | 2 | -- | 10d x 1-1/2 | 2 | 10d | 2600 | -- | 1770 | -- |
| | 3x | 2 | -- | 16d x 2-1/2 | 2 | 10d | 3305 | -- | 2280 | -- |
| | (2) 2x | 2 | -- | 16d x 2-1/2 | 2 | 10d | 3305 | -- | 2280 | -- |
| | 4x | 2 | -- | 16d x 2-1/2 | 2 | 10d | 3305 | -- | 2280 | -- |
| TFI | 2x | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1985 | 215 | 1665 | 180 |
| | 3x | 4 | 6 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 2715 | 215 | 2075 | 180 |
| | (2) 2x | 4 | 6 | 10d | 2 | 10d x 1-1/2 | 2715 | 215 | 2075 | 180 |
| | 4x | 4 | 4 | 16d | 2 | 10d x 1-1/2 | 2560 | 215 | 2075 | 180 |
| | 4x | 4 | 6 | 16d | 2 | 10d x 1-1/2 | 3245 | 215 | 2075 | 180 |
| TFL | 2x | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1270 | 130 | 1090 | 110 |
| | 3x | 4 | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 1600 | 130 | 1260 | 110 |
| | (2) 2x | 4 | 2 | 10d | 2 | 10d x 1-1/2 | 1280 | 130 | 1100 | 110 |
| | 4x | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 1745 | 130 | 1260 | 110 |
| THO | 2x | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| | 3x | 4 | 2 | 16d x 2-1/2 | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| | (2) 2x | 4 | 2 | 10d x 1-1/2 | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| | 4x | 4 | 2 | 16d | 2 | 10d x 1-1/2 | 1235 | 230 | 950 | 195 |
| THO (Double) | 2x | 4 | 2 | 10d x 1-1/2 | 2 | 10d | 1455 | 230 | 1250 | 195 |
| | 3x | 4 | 2 | 16d x 2-1/2 | 2 | 10d | 2335 | 230 | 1815 | 195 |
| | (2) 2x | 4 | 2 | 10d | 2 | 10d | 2370 | 230 | 1815 | 195 |
| | 4x | 4 | 2 | 16d | 2 | 10d | 2525 | 230 | 1815 | 195 |

1) Allowable loads are valid for hanger height ≤ 20". For hanger height ≥ 22", consult MiTek Engineering.
2) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
3) PHXU hangers with a width of less than 2-3/4" are limited to 4,350 lbs of download.
4) SW hangers with a width of less than 2-9/16" are limited to 2,315 lbs. of download.
5) **NAILS:** 10d x 1-1/2 nails are 0.148" x 1-1/2" long, 10d nails are 0.148" dia x 3" long, NA16D-RS nails are 0.148" x 3-1/2" long, 16d x 2-1/2 nails are 0.162" dia. x 2-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.
Updated product information is designated in blue font.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**Specialty Options**

## Welded Top Flange

• Weld sizes and lengths shown on chart.

• Weld-on applications produce maximum allowable load listed. **Uplift loads do not apply to this application.**

• All welding should be done in accordance with the American Welding Society (AWS) Standard by a certified welder. **Caution: Welding galvanized steel may produce harmful fumes and should only be performed in well-ventilated environments.**



Continuous weld along back of top flange



Typical see chart

**Typical top flange welded installation**

**Typical top angle welded installation**

**Top Angle Weld Length Chart**

| MiTek USP Welded Hanger Series | Weld Length |
|---|---|
| SW | 3" |
| BPH, FWH, HBPH, PHM, SWH | 4" |
| FWHBP, FWHFM, FWHH, KLB, KHW, PHXU | 6" |
| KB, KGB, KHGB, KHHB, KGLS, KGLST, KGLT, KHGLS, KHGLST | 8" |
| HLBH, KHGLT | 10" |

Weld shall be distributed evenly.

| Top Angle Steel Gauge | Weld Size |
|---|---|
| 14 - 10 gauge | 1/8" |
| 7 gauge | 3/16" |
| 3 gauge | 1/4" |

## Part Number System

Part Numbers assigned to TFL, THO, IHFL, IHF, THFI and THF I-Joist hangers reveal the I-Joist sizes to be used with the specific hanger. This guide will teach you how to recognize I-Joist dimensions in the part numbers.

1st, 3rd, and sometimes 4th digits are whole numbers (This example denotes 2 and 11)
4th digit may be part of a decimal –



# TFL 23118

2nd and 5th digits are decimals (see guide below) (This example denotes .3125 [5/16] and .875 [7/8]) 5th digit may be (0) or dropped if height is even

| Part Number Guide for Decimals | | |
|---|---|---|
| 1 = .125 | or | 1/8 inch |
| 2 or 25 = .25 | or | 1/4 inch |
| 3 = .3125 | or | 5/16 inch |
| 5 = .5 | or | 1/2 inch |
| 6 = .625 | or | 5/8 inch |
| 7 = .75 | or | 3/4 inch |
| 8 = .875 | or | 7/8 inch |

# THO 35 925 -2

| **THO** | **35** | **925** | **-2** |
|---|---|---|---|
| Letters refer to Hanger Series ex.: THO | First (2) Digits refer to Member Width ex.: 3.5 inches | Last (2) or (3) Digits refer to Member Height ex.: 9.25 inches | Digits after Dash refer to Number of Plies ex.: 2-ply |

**Some Examples:**

THO15950 ............. 1-1/2" x 9-1/2"

IHFL17925 .............. 1-3/4" x 9-1/4"

THO16925-2 .......... double 1-5/8" x 9-1/4"

THF23925-2............ double 2-5/16" x 9-1/4""

**Note:** MiTek's USP Product Catalog lists a range of heights for IHFL/IHF hangers. Face mount hangers can usually accommodate more than one I-Joist height. The hanger height must be tall enough to support the top chord of the I-Joist to eliminate web stiffener requirements for lateral stability. The IHFL/IHF hanger must be a minimum of 60% of the joist height.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# Cold-Formed Steel

## pg. 328-339

Angles                                          334
Concrete Screw Anchors                          329
Fastening Information                           328
Girder Tiedowns                                 338
Hangers                                     336-337
Holdowns                                    330-333
Hurricane Ties                                  339
Straps                                          335
Stud Plate Ties                                 338



MiTek®

# Fastening Information

<span style="color:maroon">**Cold-Formed Steel Connectors**</span>

MiTek recommends the use of hex head metal screws with a self-drilling tip, for ease of installation and strength. Screw diameter ranges from 0.190" to 0.250" and is specified for each connector in their corresponding load table.

An important factor to consider when selecting a self-drilling screw is the material thickness specifically the combined side and main member thickness. Care should be taken by the designer to verify that the drill point and thread length are long enough to appropriately fasten the members per the fasteners manufacturers specifications.

The drill point is the unthreaded section from the screw tip to the first thread. This length must be long enough to completely drill through the material before the threads engage. If the threads engage too early, they can cause the fastener to bind and break.



**#10 x 1/2"**     **#12 x 3/4"**     **#14 x 3/4"**

## Specification Table

| Screw Size | Nominal Diameter d (in) | Washer Diameter $d_w$ (in) | Allowable Screw Shear Strength ($P_{ss}/\Omega$) | Allowable Shear Connection Strength ($P_{ns}/\Omega$, $P_{ss}/\Omega$) | | | | | Allowable Screw Tension Strength ($P_{ts}/\Omega$) | Allowable Tensile Pull-Out Strength ($P_{not}/\Omega$, $P_{ts}/\Omega$) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Steel Thickness mil (gauge) | | | | | | Steel Thickness mil (gauge) | | | | |
| | | | | 33—33 | 43—43 | 54—54 | 68—68 | 97—97 | | 33 | 43 | 54 | 68 | 97 |
| | | | | (20—20) | (18—18) | (16—16) | (14—14) | (12—12) | | (20) | (18) | (16) | (14) | (12) |
| #10 x 1/2" | 0.190 | 0.375 | 573 | 188 | 289 | 404 | 564 | 573 | 885 | 87 | 116 | 145 | 182 | 254 |
| #12 x 3/4" | 0.216 | 0.375 | 724 | 200 | 308 | 430 | 601 | 724 | 1184 | 99 | 132 | 165 | 207 | 289 |
| #14 x 3/4" | 0.250 | 0.500 | 990 | 215 | 331 | 463 | 647 | 990 | 1605 | 115 | 153 | 191 | 239 | 335 |

1) Allowable loads are per AISI S-100 and are for use when utilizing the traditional Allowable Stress Design methodology. The tabulated loads may be multiplied by a Factor of Safety ($\Omega$) of 3 to determine the screw nominal load. The LRFD load may be determined by multiplying the allowable screw load by the ASD safety factor of 3 then by Resistance Factor ($\phi$) of 0.50.

2) Allowable loads may not be increased for wind or seismic load unless otherwise noted.

3) Allowable loads are based on cold-formed steel members with a minimum yield strength, Fy, of 33 ksi and tensile strength, with an Fu, of 45 ksi.

4) Allowable loads are based on design steel thickness for 33 mil = 0.036", 43 mil = 0.048", 54 mil = 0.060", 68 mil = 0.075", and 97 mil = 0.105" per ITW Buildex ESR-1976.

5) Self-drilling tapping screw fasteners for steel-to-steel connections used for connectors in this catalog shall be in compliance with ASTM C1513.

6) Screw diameters used in the calculation of shear loads per ANSI/ASME standard.

## Screw Identification Table

| Screw Point Type | Screw Size | Maximum Material Thickness[1,2] | |
|---|---|---|---|
| | | (in) | (mm) |
| TEKS/1 | #10 | 0.095 | 2.41 |
| | #12 | 0.095 | 2.41 |
| | #14 | 0.095 | 2.41 |
| TEKS/3 | #10 | 0.175 | 4.45 |
| | #12 | 0.210 | 5.33 |
| | #14 | 0.210 | 5.33 |
| TEKS/4 | #12 | 0.250 | 6.35 |
| TEKS/4.5 | #14 | 0.375 | 9.53 |
| TEKS/5 | #12 | 0.500 | 12.70 |
| | #14 | 0.500 | 12.70 |

1) Total thickness of all steel, including any spacing between steel layers.

2) Drill and tap capacities may vary.

3) Table is guideline only; see individual product for specific maximum material thickness.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**CFS Connectors**

**PFM** Concrete Screw Anchors

<span style="color:#A00000">**Cold-Formed Steel Connectors**</span>

Screw-Bolt+ anchors are a one-piece, heavy duty screw anchor with a finished hex head. The patented thread design, designed for use with standard ANSI drill bits, reduces installation torque and enhances productivity. The steel threads along the anchor body tap into the hole during installation to provide keyed engagement and allow for reduced edge and spacing distances.



Diameter and length identification mark



Hex Head Washer   Serrated Underside

**Screw-Bolt ™+**
(zinc plated)

**Finish:**  Zinc Plated or Mechanically Galvanized

**Codes**:  IBC, FL, LA

| Zinc Plated | | Mechanically Galvanized | | Anchor Size (in)[1] | Hole Size (in) | Socket Size (in) | Code Ref. |
|---|---|---|---|---|---|---|---|
| MiTek USP Stock No. | Ref. No. | MiTek USP Stock No. | Ref. No. | | | | |
| PFM1411000 | THDB25178H | -- | -- | 1/4 x 1-1/4 | 1/4 | 7/16 | |
| PFM1411020 | THD25134H | -- | -- | 1/4 x 1-3/4 | | | |
| PFM1411060 | THD25214H | -- | -- | 1/4 x 2-1/4 | | | |
| PFM1411100 | THDB25300H | -- | -- | 1/4 x 3 | | | |
| PFM1411160 | THD37134H | -- | -- | 3/8 x 1-3/4 | 3/8 | 9/16 | |
| PFM1411220 | THD37212H | -- | -- | 3/8 x 2-1/2 | | | |
| PFM1411240 | THD37300H | -- | -- | 3/8 x 3 | | | |
| PFM1411280 | THD37400H | PFM1461280 | THD37400HMG | 3/8 x 4 | | | |
| PFM1411300 | THD37500H | PFM1461300 | THD37500HMG | 3/8 x 5 | | | |
| PFM1411320 | THD37600H | PFM1461320 | THD37600HMG | 3/8 x 6 | | | |
| PFM1411340 | -- | -- | -- | 1/2 x 2 | 1/2 | 3/4 | IBC, FL, LA |
| PFM1411360 | -- | -- | -- | 1/2 x 2-1/2 | | | |
| PFM1411380 | THD50300H | -- | -- | 1/2 x 3 | | | |
| PFM1411420 | THD50400H | PFM1461420 | THD50400HMG | 1/2 x 4 | | | |
| PFM1411460 | THD50500H | PFM1461460 | THD50500HMG | 1/2 x 5 | | | |
| PFM1411480 | THD50600H | PFM1461480 | THD50600HMG | 1/2 x 6 | | | |
| PFM1411520 | THD50800H | PFM1461520 | THD50800HMG | 1/2 x 8 | | | |
| PFM1411540 | -- | -- | -- | 5/8 x 3 | 5/8 | 15/16 | |
| PFM1411580 | THD62400H | -- | -- | 5/8 x 4 | | | |
| PFM1411600 | THD62500H | PFM1461600 | THD62500HMG | 5/8 x 5 | | | |
| PFM1411640 | THD62600H | PFM1461640 | THD62600HMG | 5/8 x 6 | | | |
| PFM1411680 | THD62800H | PFM1461680 | THD62800HMG | 5/8 x 8 | | | |
| PFM1411700 | -- | -- | -- | 3/4 x 3 | 3/4 | 1-1/8 | |
| PFM1411720 | THD75400H | -- | -- | 3/4 x 4 | | | |
| PFM1411760 | THD75500H | -- | -- | 3/4 x 5 | | | |
| PFM1411800 | THD75600H | PFM1461800 | THD75600HMG | 3/4 x 6 | | | |
| PFM1411840 | THD75812H | -- | -- | 3/4 x 8 | | | |
| -- | -- | PFM1461850 | THD75812HMG | 3/4 x 8-1/2 | | | |
| PFM1411880 | THD75100H | -- | -- | 3/4 x 10 | | | |

1) The anchor size includes the diameter and length of the anchor measured from under the head.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

CFS Connectors

# S/PHD Holdowns

The S/PHD holdowns are high performance ductile holdowns used for providing a tension connection between CFS framing members and the foundation or other structural members. The pre-deflected design keeps deflection low. The S/PHD holdowns attach with #14 self-drilling screws making installation an ease, saving time and labor.

**Materials:** S/PHD4, S/PHD6 – 14 gauge; S/PHD9 – 12 gauge
**Finish:** G90 galvanizing
**Codes:** IBC

**Installation:**
• Use all specified fasteners.
• Place the S/PHD over the anchor bolt. No washer is required.
• Install with standard #14 self-drilling (tapping) screws to fasten to CFS framing members.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2 additional turns with a wrench.
• S/PHD Holdowns installed elevated more than 4" off the base track may have higher deflection values.
• The design engineer may specify any alternate anchorage calculated to resist the tension load for a specific application. Anchor rod exposure length should take the bearing plate height of 1-5/8" into account, anchor bolt thread should visibly extend above nut.
• The built up studs shall be designed to act as a single unit. Holdown specified shall not be considered to attach multiple CFS members together.
• For anchorage options see MiTek's STB/ STBL Anchor Bolt series or ATR threaded rod series products epoxied into place at required depth.





**Typical S/PHD installation**

**Typical S/PHD Corner installation**





**S/PHD4**

**S/PHD6**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule | | | | | Metal Stud Member Mils (Gauge)[4] | ASD | | LRFD | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | H | D | CL | Min/Max | Anchor Bolt[1] | | Stud | | | Tension Load (lbs.) | Deflection (in) | Tension Load (lbs.) | Deflection (in) | |
| | | | | | | | | Qty | Dia (in) | Qty | Type[3] | | | | | | |
| S/PHD4 | S/HDU4 | 14 | 2-3/8 | 7-3/4 | 3-1/4 | 1-3/8 | Min | 1 | 5/8 | 6 | #14 | 2-33 (20Ga) | 2255 | 0.080 | 3605 | 0.118 | |
| | | | | | | | | | | | | 2-43 (18Ga) | 3165 | 0.104 | 5070 | 0.149 | |
| | | | | | | | | | | | | 2-54 (16Ga) | 3955 | 0.132 | 6330 | 0.188 | |
| | | | | | | | Max | 1 | 5/8 | 8 | #14 | 2-33 (20Ga) | 2960 | 0.088 | 4740 | 0.133 | |
| | | | | | | | | | | | | 2-43 (18Ga) | 4375 | 0.076 | 7000 | 0.132 | |
| | | | | | | | | | | | | 2-54 (16Ga) | 4595 | 0.122 | 7355 | 0.183 | |
| S/PHD6 | S/HDU6 | 14 | 2-3/8 | 10-3/8 | 3-1/4 | 1-3/8 | Min | 1 | 5/8 | 12 | #14 | 2-33 (20Ga) | 4880 | 0.100 | 7805 | 0.173 | IBC |
| | | | | | | | | | | | | 2-43 (18Ga) | 5525 | 0.105 | 8840 | 0.161 | |
| | | | | | | | | | | | | 2-54 (16Ga) | 6670 | 0.108 | 10670 | 0.188 | |
| | | | | | | | Max | 1 | 5/8 | 14 | #14 | 2-33 (20Ga) | 5390 | 0.087 | 8620 | 0.166 | |
| | | | | | | | | | | | | 2-43 (18Ga) | 6315 | 0.096 | 10105 | 0.157 | |
| | | | | | | | | | | | | 2-54 (16Ga) | 6435 | 0.112 | 10300 | 0.183 | |
| S/PHD9 | S/HDU9 | 12 | 2-3/8 | 12-3/4 | 3-1/4 | 1-3/8 | -- | 1 | 7/8 | 18 | #14 | 2-33 (20Ga) | 6495 | 0.096 | 10390 | 0.154 | |
| | | | | | | | | | | | | 2-43 (18Ga) | 8875 | 0.112 | 14195 | 0.191 | |
| | | | | | | | | | | | | 2-54 (16Ga) | 10345 | 0.099 | 16345 | 0.152 | |

1) The designer must specify the anchor bolt type, length and embedment.
2) Deflections are derived from static, monotonic load tests of device connected to a 2-ply cold-formed steel stud
   and include fastener slip, holdown elongation and anchor bolt elongation (L = 4").
3) #14 screws are ITW Buildex 1/4-14 HWH Teks Structural Fasteners with a nominal diameter of 0.250". Self-drilling tapping screws
   with equivalent physical and strength properties may be used.
4) The designer must specify the metal stud size and mil thickness.
New products or updated product information are designated in **blue font**.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**CFS Connectors**

**MiTek®** Product Catalog

# HTT14S / LTS20B  Holdowns

The **LTS20B** and the **HTT14S** tension ties are designed for both new construction and retrofit applications for concrete-to-steel connections and do not require an additional washer.

**LTS20B** is a light capacity tension tie strap with a 1/4" load transfer plate.

**Materials:** See chart
**Finish:**  Strap – G90 galvanizing; Plate – Primer

**Installation:**
- Use all specified fasteners.
- Attach the strap portion of the connector to the steel stud. Secure the base to the foundation or wall with specified anchor bolt.
- A design professional shall specify the type, length, and embedment of the anchor bolt. No washers are required.



**Typical HTT14S installation**



**LTS20B**



**HTT14S**

| MiTek USP Stock No. | Ref. No. | Steel Thickness | | Fastener Schedule | | | | Allowable Tension Loads (Lbs.)[1,2,4] | | | | | | Code Ref. |
| | | Strap Gauge | Plate (in) | To Sill Plate | | To Stud | | 2-33 mil (2-20ga) Back-to-Back Studs | | 2-43 mil (2-18ga) Back-to-Back Studs | | 2-54 mil (2-16ga) Back-to-Back Studs | | |
| | | | | Anchor Bolt[3] | | Screws[5] | | 100% | 160% | 100% | 160% | 100% | 160% | |
| | | | | Qty | Dia. (in) | Qty | Type | | | | | | | |
| LTS20B | S/LTT20 | 12 | 1/4 | 1 | 3/4 | 5 | #10 | 885 | 1140 | 1090 | 1090 | 1210 | 1210 | -- |
| HTT14S | S/HTT14 | 10 | -- | 1 | 5/8 | 14 | #10 | 2480 | 3290 | 3680 | 4425 | 4825 | 4825 | |

1) Back-to-back stud members are required unless otherwise noted.
2) Allowable loads at 160% can only be used with codes that permit the use of alternate basic load combinations and when the referenced materials standard permits it.
3) Designer shall specify anchor embedment and configuration.
4) Designer shall verify the adequacy of the steel studs to transfer the required load.
5) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190". Self-drilling tapping screws with equivalent physical and strength properties may be used.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**CFS Connectors**

**DTB/S** Holddown                                    <span style="color:maroon">**Cold-Formed Steel Connectors**</span>

The DTB/S-TZ may be used to resist tension loads installed to CFS members.

**Materials:** 14 gauge
**Finish:** G-185 galvanizing

**Installation:**
• Use all specified fasteners.
• Install screws to attach DTB/S-TZ to framing member first.
• Install with MiTek's THR 1/2" threaded rod or equivalent.
• Tighten anchor bolt nuts finger tight to base plus 1/3 to 1/2
  additional turns with wrench.



**DTB/S-TZ**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[5] | | | | Minimum CFS Stud[6] | Allowable Tension Loads (Lbs.)[3,4] | | Code Ref. |
| | | | | | | | Anchor Bolt[1] | | Screws[2,7] | | | | | |
| | | | W | L | D | CL | Qty | Dia. (in) | Qty | Type | | 100% | 160% | |
| DTB/S-TZ | S/DTT2Z | 14 | 1-13/16 | 6 | 2-1/4 | 1-1/8 | 1 | 1/2 | 8 | #14 | 18 Ga | 1655 | 1655 | -- |

1) Use ASTM A307 bolt or threaded rod with cut washer and nut.
2) Designer shall specify steel-to-steel self-tapping screw with a minimum nominal shear strength 2,600 lbs.
3) Allowable loads include a 60% increase for wind or seismic load conditions.  No further increase shall be permitted.
4) Allowable load values of the holddown (tie-down) device are a measure of the strength of the assembly with a safety
   factor of 3.0 applied to the lowest maximum test load.
5) Fasteners shall be specified and installed per manufacturer's specifications.
6) CFS stud must be a minimum 18 Ga and Grade 33.
7) #14 screws are ITW Buildex 1/4-14 HWH Teks Structural Fasteners with a nominal diameter of 0.250".
   Self-drilling tapping screws with equivalent physical and strength properties may be used.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# **TDS** Holdowns

# **Cold-Formed Steel Connectors**

The **TD8S, TD10S,** and **TD15S** are high capacity holdowns which are designed for attachment to cold formed steel (CFS) framing members. Holdowns are secured at the base by attachment to an anchor bolt.

**Materials:** See chart
**Finish:** Primer

**Installation:**
- Use #10 self-tapping screws to attach the back or strap portion of the holdown to a steel stud. Install nut to secure the base of holdown to foundation with anchor bolt of specified diameter.
- A design professional shall specify the type, length, and embedment depth of the anchor bolt.
- Install anchor bolt nut to base of holdown until finger tight, then tighten an additional 1/3 to 1/2 turns with a wrench.



**TD10S**

**Typical TD10S installation**

| MiTek USP Stock No. | Ref No. | Steel Thickness | | Dimensions (in) | | | Fastener Schedule | | | CFS Member | | | ASD | | LRFD | | Nominal Tension Load[6] (in) | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Body | Base (in) | W | L | CL | Anchor Bolt[2] Dia. (in) | Stud Screws[4] Qty | Type | Stud[1,3] Plies | Mils | Gr | Tension (Lbs.) | Deflection[5] (in) | Tension (Lbs.) | Deflection[5] (in) | | |
| TD8S | S/HD8S | 10 | 3/8 | 2-1/2 | 13-7/8 | 1-5/8 | 7/8 | 24 | #10 | 2 | 33 | 33 | 8250 | 0.074 | 13200 | 0.164 | 22325 | |
| | | | | | | | | | | 2 | 43 | 33 | 10115 | 0.109 | 16350 | 0.242 | 27650 | |
| | | | | | | | | | | 2 | 54 | 50 | 10900 | 0.091 | 17435 | 0.205 | 29485 | |
| TD10S | S/HD10S | 10 | 3/8 | 2-1/2 | 16-1/8 | 1-5/8 | 7/8 | 30 | #10 | 2 | 33 | 33 | 8690 | 0.071 | 13900 | 0.159 | 24575 | -- |
| | | | | | | | | | | 2 | 43 | 33 | 9310 | 0.076 | 14900 | 0.195 | 26335 | |
| | | | | | | | | | | 2 | 54 | 50 | 9985 | 0.058 | 15975 | 0.146 | 28235 | |
| TD15S | S/HD15S | 7 | 1/2 | 2-5/8 | 21-1/2 | 1-11/16 | 1 | 48 | #10 | 2 | 33 | 33 | 11780 | 0.075 | 18845 | 0.146 | 33410 | |
| | | | | | | | | | | 2 | 43 | 33 | 13770 | 0.100 | 22035 | 0.192 | 39065 | |
| | | | | | | | | | | 2 | 54 | 50 | 15920 | 0.096 | 25475 | 0.144 | 45160 | |

1) Back-to-back stud members are required.
2) The designer must specify anchor bolt type, length, and embedment.
3) Designer shall verify the adequacy of the steel studs to transfer the required load.
4) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190". Self-drilling tapping screws with equivalent physical and strength properties may be used.
5) Holdown deflection at ASD and LRFD static test load includes fastener slip, holdown deflection, and anchor bolt elongation.
6) The nominal tension load is based on the average of the ultimate tested values.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**CFS Connectors**

**MP/S** Skewable Angles                                    <span style="color:red">**Cold-Formed Steel Connectors**</span>

MP/S angles are field-adjustable to attach members intersecting at angles. MP/S angles are load rated and provide adequate thickness and fastener quantity to the field fabricated clip angles.

**Materials:** 18 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners.
• Field-adjustable from 45°-180° (flat). Bend angle only once.
• Joist must be constrained from rotation.



**MP/S5**          **MP/S7**



**Typical MP/S7 installation**
(MP/S5 similar)



**Typical MP/S7 skew installation**
(MP/S5 similar)

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule | | Allowable F1 Loads (Lbs.)[1] | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|
| | | | Qty | Type[3] | 33 mil[2] (20ga) | 43 mil[2] (18ga) | 54 mil[2] (16ga) | |
| MP/S5 | S/LS50 | 18 | 4 | #10 | 310 | 410 | 480 | -- |
| MP/S7 | S/LS70 | 18 | 6 | #10 | 405 | 640 | 745 | |

1) Allowable loads are for one part only.
2) Member mils (33, 43, 54) has been considered as Grade 33.
3) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190". Self-drilling tapping screws with equivalent physical and strength properties may be used.



**MP/S Top View**

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**CFS Connectors**

**MiTek®** Product Catalog

## CMST / CMSTC / RS  Coiled Strapping

### Cold-Formed Steel Connectors

MiTek straps may be used to create a tension connection between multiple CFS members with the use of self-tapping screws.

**Materials:** See chart
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners.
• Install equal amount of screws on each end of tension connection.



CMST     CMSTC16     RS

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions | | | Fastener O.C. Spacing (in) | Fastener Schedule | | | | | Allowable Shear Loads (Lbs.) | | | Allowable Tension Loads (Lbs.)[1] | | | Code Ref. |
| | | | W (in) | Coil Length (ft) | | | Min Qty[3,4] | | | Type[2,5] | | 33 mil (20ga) | 43 mil (18ga) | 54 mil (16ga) | 33 mil (20ga) | 43 mil (18ga) | 54 mil (16ga) | |
| | | | | | | | 33 mil (20ga) | 43 mil (18ga) | 54 mil (16ga) | | | | | | | | | |
| CMST12 | CMST12 | 12 | 3 | 40' | 1-3/4 | 106 | 72 | 36 | #10 | | 177 | 263 | 534 | 9318 | | | |
| CMST14 | CMST14 | 14 | 3 | 52-1/2' | 1-3/4 | 76 | 52 | 26 | #10 | | 177 | 263 | 534 | 6630 | | | |
| CMSTC16 | CMSTC16 | 16 | 3 | 54' | 1-1/2 | 54 | 36 | 18 | #10 | | 177 | 263 | 534 | 4715 | | | |
| RS20-R | CS20-R | 20 | 1-1/4 | 25' | 1-1/2 | 12 | 8 | 8 | #10 | | 177 | 276 | 329 | 1045 | | | -- |
| RS250 | CS20 | | | 250' | | | | | | | | | | | | | |
| RS18-R | CS18-R | 18 | 1-1/4 | 25' | 1-1/2 | 16 | 12 | 8 | #10 | | 177 | 263 | 433 | 1375 | | | |
| RS100 | -- | | | 100' | | | | | | | | | | | | | |
| RS200 | CS18 | | | 200' | | | | | | | | | | | | | |
| RS16-R | CS16-R | 16 | 1-1/4 | 25' | 1-1/2 | 20 | 14 | 8 | #10 | | 177 | 263 | 534 | 1732 | | | |
| RS150 | CS16 | | | 150' | | | | | | | | | | | | | |
| RS14-R | CS14-R | 14 | 1-1/4 | 25' | 1-1/2 | 30 | 20 | 10 | #10 | | 177 | 263 | 534 | 2612 | | | |
| RS14-100 | CS14 | | | 100' | | | | | | | | | | | | | |

1) Allowable load is tension capacity of the strap based on the total quantity of screws installed in the strap to develop full tension strength.
2) Allowable loads are based on Grade 33 steel for 43 mil (18 ga) and thinner CFS members and Grade 50 steel for 54 mil (16 ga) and thicker CFS members.
3) Install half the total quantity of fasteners on each end of the strap to achieve full tension load of strap.
4) Minimum quantity of fasteners to be installed with equal fasteners at each end of the connection.  Product may have additional holes not needed to meet the published allowable load of the strap.
5) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190". Self-drilling tapping screws with equivalent physical and strength properties may be used.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**CFS Connectors**

# HDO/S / HDOL/S Top Mount Bridle Hangers

**Cold-Formed Steel Connectors**

HDOL/S (14 ga) and HDO/S (12 ga) top mount bridle hangers are available in a wide variety of stock sizes to match the most common framing needs with economical solutions where custom or special order hangers were required before. The revolutionary design utilizes shear lag slots designed to maximize the capacity of the hangers while providing a safe and ductile connection.

The HDOL/S and HDO/S hangers may be installed with screws, powder actuated, or welded to the header.

**Materials:** HDOL/S 68mil (14 gauge), HDO/S 97mil (12 gauge)
**Finish:** G90 galvanizing
**Patents:** U.S. Patent No. 10,662,641, U.S. Patent No. 10,072,412

**Installation:**
• Install prescribed type and number of self-drilling screws in to the round holes of the hangers. Do not install screws in the shear lag slots.
• Powder actuated fasteners are permitted.
• Welding of the hangers is permitted. Place a minimum 1/8" x 2" fillet weld on each top flange of the hanger. Welding should be performed by a qualified welder using a qualified welding procedure while distributing the weld evenly across both flanges. Weld-on applications produce maximum allowable load listed. **Uplift loads do not apply to this application.**

  

Install screws in the round holes. Do not install in slotted holes.

**HDOL/S1606**   **HDOL/S2010**   **HDOL/S4012**



**Top view detail of welds**



**Typical HDOL/S1616 (I-beam) installation**



**Typical HDOL/S2010 (CFS Header) installation**

**Typical HDOL/S4012 (I-beam) installation**

| MiTek Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule | | | | | Allowable Loads[1,2,3] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Header | | | Joist | | | |
| | | | W | H | D | Top Qty | Face Qty | Type[4] | Qty | Type[4] | Down 100% | |
| HDOL/S1606 | S/LBV1.68/6 | 14 | 1-5/8 | 6 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S1606 | S/B1.68/6 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S1608 | S/LBV1.68/8 | 14 | 1-5/8 | 8 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S1608 | S/B1.68/8 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S1610 | S/LBV1.68/10 | 14 | 1-5/8 | 10 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S1610 | S/B1.68/10 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S1612 | S/LBV1.68/12 | 14 | 1-5/8 | 12 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S1612 | S/B1.68/12 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S2006 | S/LBV2.06/6 | 14 | 2 | 6 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S2006 | S/B2.06/6 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S2008 | S/LBV2.06/8 | 14 | 2 | 8 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S2008 | S/B2.06/8 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S2010 | S/LBV2.06/10 | 14 | 2 | 10 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S2010 | S/B2.06/10 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S2012 | S/LBV2.06/12 | 14 | 2 | 12 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S2012 | S/B2.06/12 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S4006 | S/LBV4.06/6 | 14 | 4 | 6 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S4006 | S/B4.06/6 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S4008 | S/LBV4.06/8 | 14 | 4 | 8 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S4008 | S/B4.06/8 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S4010 | S/LBV4.06/10 | 14 | 4 | 10 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S4010 | S/B4.06/10 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |
| HDOL/S4012 | S/LBV4.06/12 | 14 | 4 | 12 | 3 | 4 | 6 | #10 | 3 | #10 | 2950 | |
| HDO/S4012 | S/B4.06/12 | 12 | | | 3-1/2 | 6 | 8 | | | | 6140 | |

1) Testing of HDO/S and HDO/S hangers was performed with framing members with minimum steel yield strengths of Fy=50 ksi.
2) Qualified designer shall design connection to ensure the header is designed to carry the load and the joist member is sufficient to transfer load to hanger.
3) Allowable loads based on testing with 68 mil (14ga) CFS members for the HDOL/S hanger and 97 mil (12ga) CFS members for the HDO/S hanger.
4) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190". Self-drilling tapping screws with equivalent physical and strength properties may be used.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**CFS Connectors**

**MiTek®** Product Catalog

**FWH/S** Fire Wall Hangers                                  <span style="color:#aa1f2e">**Cold-Formed Steel Connectors**</span>

The FWH/S Fire Wall Hanger attaches to cold-formed steel wall framing to support cold-formed steel joists.

**Materials:** 14 gauge
**Finish:** G90 galvanizing
**Options:** See Specialty Options chart

**Installation:**
• Install prescribed type and number of self-drilling screws through the round holes into the wall track. Install (5) self-drilling screws through the hanger into one side of the joist using the round and slotted holes.
• Powder actuated fasteners are permitted.
• Welding of the hangers is permitted. Place a minimum 1/8" x 2" fillet weld on each top flange of the hanger. Welding should be performed by a qualified welder using a qualified welding procedure while distributing the weld evenly across both flanges. Weld-on applications produce maximum allowable load listed. **Uplift loads do not apply to this application.**



**FWH/S**



2-layers 5/8" gypsum wallboard
Min 14Ga track with 1-1/4" leg
Min 14Ga 6" stud at every FWH/S hanger location

**Typical FWH/S
shallow-track-aligned installation**
Figure 1

**Geometry Table**

| MiTek USP Stock No. | Ref. No. | W | H | D | A | Code Ref. |
|---|---|---|---|---|---|---|
| FWH/S1608 | -- | 1-11/16 | 7-7/16 | 2 | 2-3/4 | |
| FWH/S1610 | -- | 1-11/16 | 9-7/16 | 2 | 2-3/4 | |
| FWH/S1612 | -- | 1-11/16 | 11-7/16 | 2 | 2-3/4 | |
| FWH/S2008 | -- | 2-1/16 | 9-7/16 | 2 | 2-3/4 | |
| FWH/S2010 | -- | 2-1/16 | 11-13/16 | 2 | 2-3/4 | -- |
| FWH/S2012 | -- | 2-1/16 | 13-15/16 | 2 | 2-3/4 | |
| FWH/S2508 | -- | 2-9/16 | 7-7/16 | 2 | 2-3/4 | |
| FWH/S2510 | -- | 2-9/16 | 9-7/16 | 2 | 2-3/4 | |
| FWH/S2512 | -- | 2-9/16 | 11-7/16 | 2 | 2-3/4 | |

New products or updated product information are designated in <span style="color:#1a6fba">blue font.</span>



**Top view detail of welds**

1/8"  2"



2-layers 5/8" gypsum wallboard
Min 14Ga track with 3" leg
Min 14Ga 6" stud at max 16" o.c.

**Typical FWH/S
deep-track installation**
Figure 2

**Fastener / Allowable Load Table**

| Installation Type | Description | Fastener Schedule | | | | Joist Steel Thickness | Allowable Download (Lbs.) | | Uplift |
|---|---|---|---|---|---|---|---|---|---|
| | | Header | | Joist Qty | Type[1,2] | | Without Bearing Stiffeners | With[3] Bearing Stiffeners | |
| | | Top Qty | Face Qty | | | | | | |
| Figure 1 | 14Ga 6" CFS Track (1-1/4" Leg) with 14Ga 6" Stud Directly Below | 6 | -- | 5 | #10 Self-Tapping | 54 mil | 625 | 1165 | 180 |
| | | | | | | 68 mil | 875 | 1800 | |
| | | | | | | 97 mil | 1750 | | |
| Figure 2 | 14Ga 6" CFS Deep Track (3" Leg) with No Stud Directly Below | 6 | 2 | 5 | #10 Self-Tapping | 54 mil | 625 | 1165 | 380 |
| | | | | | | 68 mil | 875 | 1220 | |
| | | | | | | 97 mil | 1750 | | |
| Figure 3 | 14Ga 6" CFS Deep Track (3" Leg) with 14Ga 6" Stud Directly Below | 6 | 2 | 5 | #10 Self-Tapping | 54 mil | 625 | 1165 | 380 |
| | | | | | | 68 mil | 875 | 2200 | |
| | | | | | | 97 mil | 1750 | | |
| Figure 4 | HSS 6x2x3/16 on 14Ga CFS Track (1-1/4" Leg) with No Stud Directly Below | 6 | -- | 5 | #10 Self-Tapping | 54 mil | 625 | 1165 | 180 |
| | | | | | | 68 mil | 875 | 2200 | |
| | | | | | | 97 mil | 1750 | | |

1) Tested with Buildex #10-16 Tek Hex Washer Head self drilling/tapping screws. Equivalent strength fasteners with other head styles may also be used.
2) Larger self-drilling/tapping screws may be used with no reduction in load carrying capacity.
3) Tested with 400T125-68 bearing stiffener. Thicker gauge bearing stiffeners may also be used.



2-layers 5/8" gypsum wallboard
Min 14Ga track with 3" leg
Min 14Ga 6" stud at every FWH/S hanger location

**Typical FWH/S deep-track
aligned installation**
Figure 3



Min HSS 6x2x3/16
Stud size and spacing must be specified
2-layers 5/8" gypsum wallboard

**Typical FWH/S
continuous HSS installation**
Figure 4

**Specialty Options Chart** – Refer to Specialty Options pages 320 and 322 for additional details.

| Option | Skewed[1] | Top Flange Offset |
|---|---|---|
| Range | 1° to 70° | -- |
| Allowable Loads | 70% of table load | 70% of table download. 180 lbs. Max uplift |
| Ordering | Add SK, angle required, right (R) or left (L), and square cut (SQ) to product number. Ex. FWH/S2010_SK45R_SQ | Add OS, and right (R) or left (L), to product number. Ex. FWH/S2010_OSL |

1) Skewed hangers with skews greater than 15° may have all joist nailing on outside flange.



Steel Header Material
Offset FWH
2-layers 5/8" gypsum wallboard

**Typical FWH top flange
offset, left shown** (Top View)

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

<span style="color:#aa1f2e">**CFS Connectors**</span>

**SPT** Stud Plate Ties

<span style="color:red">**Cold-Formed Steel Connectors**</span>

MiTek SPT4 and SPT6 Stud Plate Ties may be used to create a
tension and bearing connection between multiple CFS members
with self-tapping screws.

**Materials:** 20 gauge
**Finish:** G90 galvanizing

**Installation:**
• Wrap SPT tie around top or bottom track.
• Use all specified fasteners.



**SPT**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) W | Dimensions (in) H | Fastener Schedule Qty | Fastener Schedule Type[2] | Allowable Uplift Loads 100% (Lbs.)[1] 33 mil (20 ga) | Allowable Uplift Loads 100% (Lbs.)[1] 43 mil (18 ga) | Allowable Uplift Loads 100% (Lbs.)[1] 54 mil (16 ga) | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| SPT4 | SP4 | 20 | 3-9/16 | 6-7/8 | 6 | #10 | 530 | 830 | 985 | -- |
| SPT6 | SP6 | 20 | 5-9/16 | 7-5/8 | 6 | #10 | 530 | 830 | 985 | |

1) Allowable loads are based on Grade 33 steel for 43 mil (18 ga) or thinner CFS members and
   Grade 50 steel for 54 mil (16 ga) or thicker CFS members.
2) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190".
   Self-drilling tapping screws with equivalent physical and strength properties may be used.

# **LUGT** Girder Tiedown

The LUGT is designed to transfer uplift loads from roof
framing members to the wall studs.

**Materials:** 20 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners.



**LUGT1**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule Min Qty[3] 33 mil (20ga) | Fastener Schedule Min Qty[3] 43 mil (18ga) | Fastener Schedule Min Qty[3] 54 mil (16ga) | Type[1,4,5] | Allowable Shear Loads (Lbs.) 33 mil (20ga) | Allowable Shear Loads (Lbs.) 43 mil (18ga) | Allowable Shear Loads (Lbs.) 54 mil (16ga) | Allowable Tension Loads (Lbs.)[2] 33 mil (20ga) | Allowable Tension Loads (Lbs.)[2] 43 mil (18ga) | Allowable Tension Loads (Lbs.)[2] 54 mil (16ga) | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LUGT1 | H10S | 18 | 6 | 4 | 4 | #10 | 177 | 263 | 433 | 1045 | | | -- |

1) Install self-tapping screws symmetrically into CFS stud to prevent any eccentricity.
2) Allowable load is based on allowable tension capacity of truss to connector. Be sure to install all prescribed nails.
3) Minimum quantity of fasteners to be installed.  Product may have additional holes not needed to meet the
   published allowable load.
4) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190". Self-drilling
   tapping screws with equivalent physical and strength properties may be used.
5) Allowable loads are based on Grade 33 steel for 43 mil (18 ga) and thinner CFS members and
   Grade 50 steel for 54 mil (16 ga) and thicker CFS members.

**CFS Connectors**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek®** Product Catalog

# **RT/S** Hurricane Ties

RT/S are designed to tie trusses and rafter to wall systems. RT/S are to resist uplift and lateral forces between framing members.

**Materials:** 20 gauge
**Finish:** G90 galvanizing

**Installation:**
• Use all specified fasteners.
• Designer shall determine if solid blocking is required.



**RT/S3A**

**RT/S7A**

**RT/S10**

**Typical RT/S3A installation**

**Typical RT/S7A installation**

**Typical RT/S10 installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Fastener Schedule | | | | Allowable Loads (Lbs.)[1,2] | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Truss/Rafter[3] | | Stud/Track[3] | | 33 mil (20 ga) | | | | |
| | | | | | | | | Lateral | | | |
| | | | Qty | Type[4] | Qty | Type[4] | Uplift | F1 | F2 | F3 | |
| RT/S3A | S/H3 | 18 | 2 | #10 | 2 | #10 | 355 | 85 | 185 | 230 | |
| RT/S7A | S/H2.5 | 18 | 4 | #10 | 4 | #10 | 465 | 115 | 160 | 145 | -- |
| RT/S10 | S/H2 | 18 | 3 | #10 | 3 | #10 | 455 | -- | -- | -- | |

1) Allowable loads are for one part only.
2) Allowable uplift loads for the RT/S3A may be increased up to 375 lbs. when GR50 members are used.
3) 33 mil members have been evaluated as Grade 33.
5) #10 screws are ITW Buildex 10-16 HWH Teks Structural Fasteners with a nominal diameter of 0.190".
   Self-drilling tapping screws with equivalent physical and strength properties may be used.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

**CFS Connectors**

# Manufactured Housing    pg. 342-349

Foundation Anchor                                   347
Hangers                                             344
Installation Notes                                  342
Nails                                               343
Nail Plates                                         348
Plate Tie                                           347
Post Anchors                                        348
Protection Plates                                   349
Rafter Ties                                     345-346
Stud Plate Ties                                     346



## Installation Notes

**MH Connectors**

Catalog installation notes should be followed when installing pneumatic nail hangers using alternative nails. All fasteners should be installed into nailing zones and maintain minimum 1" center-to-center spacing. Alternative nail quantity required for installation of pneumatic nail hangers can be determined using the table below.

**Alternative Nails for Installation of Pneumatic Hangers**

| Fastener Description | Dimensions (in) | | DF/SP Allowable Shear per Nail (Lbs.)[1,2,3,4,5] | | | S-P-F Allowable Shear per Nail (Lbs.)[1,2,3,4,5] | | |
|---|---|---|---|---|---|---|---|---|
| | Diameter | Length | Steel Gauge | | | Steel Gauge | | |
| | | | 14 | 18 | 20 | 14 | 18 | 20 |
| 0.099 x 1-1/2" | 0.099 | 1-1/2 | 67 | 58 | 56 | 58 | 50 | 48 |
| 0.100 x 1-3/8" | 0.100 | 1-3/8 | 68 | 60 | 57 | 59 | 51 | 49 |
| 0.105 x 1-1/2" | 0.105 | 1-1/2 | 74 | 65 | 63 | 64 | 56 | 54 |
| 0.113 x 2-3/8" | 0.113 | 2-3/8 | 83 | 75 | 72 | 72 | 64 | 62 |
| 0.131 x 1-1/2" | 0.131 | 1-1/2 | 107 | 98 | 96 | 92 | 85 | 83 |
| 0.131 x 3" | | 3 | | | | | | |
| 0.148 x 1-1/2" | 0.148 | 1-1/2 | 127 | 118 | 116 | 110 | 102 | 100 |

1) Nail allowable load values were calculated as specified by the 2018 NDS; Sections 11 & 12, and Appendix I and L.
2) The nail lateral loads are adjusted by the Penetration depth factors, $C_d$, based on the length of the nails and thickness of the steel side members. However, this assumes sufficient wood thickness to receive the full length of the nail or at least ten times the diameter of the nail, whichever is less.
3) Adjustment factors for duration of load, service conditions and installation shall be applied to the nail values in accordance with the provisions of the NDS delineated in Sections 2, 11 and 12.
4) The allowable load for any connector shall not exceed the catalog value.
5) Fastener bending yield strength based on ASTM F1667-05 Table S1.1.
6) Quantity of fasteners must be used symmetrically in header flanges and into each side of joist.
7) Installation guidelines in MiTek's Product Catalog regarding pneumatic nail hangers must be followed.

**Example:**

JN28E (20 gauge) using .105 x 1-1/2" fasteners

JN28E downward load at 115% = 1055 lbs.

JN28E uplift load at 160% = 245 lbs.

Header material: S-P-F

Joist material: S-P-F

**Nail Quantity Required for Downward Load:**

Allowable shear capacity at 100% load duration = 54 lbs.

$$54 \left( \frac{lbs}{nail} \right) \times 1.15 = 62.1 \left( \frac{lbs}{nail} \right)$$

$$\frac{1055 \text{ lbs}}{62.1 \left( \frac{lbs}{nail} \right)} = 17 \text{ nails}$$

Use equal amount of fasteners in each side so use 9 nails in each flange for a total of 18.

**Nail Quantity Required for Uplift:**

$$54 \left( \frac{lbs}{nail} \right) \times 1.60 = 86.4 \left( \frac{lbs}{nail} \right)$$

$$\frac{245 \text{ lbs}}{86.4 \left( \frac{lbs}{nail} \right)} = 3 \text{ nails}$$

Use equal amount of fasteners per side of joist so use 2 in each side for a total of 4.
Also make sure there are as many or more fasteners in the hanger to header connection.
18 nails in header $\geq$ 4 nails in joist.

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

## MiTek® TECO™ 33º Collated Nails

### Manufactured Housing Connectors

MH Connectors

MiTek® TECO™ 33° collated pneumatically driven nails feature a color coded head-ID stamp system that makes it easy to verify the proper nail has been used. The 33° collated nails can serve as an alternate to hand-driven installation of the following nails and may be used with many MiTek products.

**Materials:** ASTM A580 (Bright) and ASTM A153 (HDG)
**Finish:** Bright, Hot-dip galvanized
**Codes:** IBC, FL

**Installation:**
• Can be used in a wide variety of pneumatic nail guns with nail locating ability.
• Follow manufacturer's instructions for proper use of gun and proper safety equipment.
• Install all specified fasteners per catalog.
• Do not overdrive nails.



**33° HDG
Collated Nails**

**Specification Table**

| Finish[1] | Size | MiTek USP Stock No. | Ref. No. | Head ID | Nail Diameter | Length | Code Ref. |
|---|---|---|---|---|---|---|---|
| | 8d x 1-1/2 | NA8DHDGPT | N8HDGPT | A3 | 0.131 | 1-1/2 | |
| | 8d Common | N8CHDGPT | -- | E3 | 0.131 | 2-1/2 | |
| HDG | 10d x 1-1/2 | NA10DHDGPT | -- | A4 | 0.148 | 1-1/2 | |
| | 10d Common | N10CHDGPT | N10DHDGPT | E4 | 0.148 | 2-1/2 | |
| | 16d x 2-1/2 | NA16DHDGPT | N16HDGPT | E6 | 0.162 | 2-1/2 | IBC, FL |
| | 8d x 1-1/2 | NA8DRPT | -- | 3H | 0.131 | 1-1/2 | |
| | 8d Common | N8CRPT | -- | 3H | 0.131 | 2-1/2 | |
| Bright | 10d x 1-1/2 | NA10DRPT | -- | 4H | 0.148 | 1-1/2 | |
| | 10d Common | N10CRPT | -- | 4H | 0.148 | 2-1/2 | |
| | 16d x 2-1/2 | NA16DRPT | -- | 6H | 0.162 | 2-1/2 | |

Dimensions (in)

1) HDG = Hot-Dip Galvanized; Bright = No Finish.



**33° Bright
Collated Nails**

**Typical MiTek hanger installation
using TECO 33° Collated Nails**



**Available in packs of 250, 800 & Bulk Packs**

**Packaging Table**

| Finish | Size | 250-count Pack | | 800-count Pack | | Bulk Offering | |
|---|---|---|---|---|---|---|---|
| | | MiTek USP Stock No. | Box/Ctn Qty | MiTek USP Stock No. | Box/Ctn Qty | MiTek USP Stock No. | Box Qty |
| | 8d x 1-1/2 | NA8DHDGPT250 | 4-pack/250-ea | NA8DHDGPT800 | 2-pack/800-ea | NA8DHDGPT4000 | 4000-ea |
| | 8d Common | N8CHDGPT250 | 4-pack/250-ea | N8CHDGPT800 | 2-pack/800-ea | N8CHDGPT2500 | 2500-ea |
| HDG | 10d x 1-1/2 | NA10DHDGPT250 | 4-pack/250-ea | NA10DHDGPT800 | 2-pack/800-ea | NA10DHDGPT3000 | 3000-ea |
| | 10d Common | N10CHDGPT250 | 4-pack/250-ea | N10CHDGPT800 | 2-pack/800-ea | N10CHDGPT2500 | 2500-ea |
| | 16d x 2-1/2 | NA16DHDGPT250 | 4-pack/250-ea | NA16DHDGPT800 | 2-pack/800-ea | NA16DHDGPT2000 | 2000-ea |
| | 8d x 1-1/2 | NA8DRPT250 | 4-pack/250-ea | NA8DRPT800 | 2-pack/800-ea | NA8DRPT4000 | 4000-ea |
| | 8d Common | N8CRPT250 | 4-pack/250-ea | N8CRPT800 | 2-pack/800-ea | N8CRPT2500 | 2500-ea |
| Bright | 10d x 1-1/2 | NA10DRPT250 | 4-pack/250-ea | NA10DRPT800 | 2-pack/800-ea | NA10DRPT3000 | 3000-ea |
| | 10d Common | N10CRPT250 | 4-pack/250-ea | N10CRPT800 | 2-pack/800-ea | N10CRPT2500 | 2500-ea |
| | 16d x 2-1/2 | NA16DRPT250 | 4-pack/250-ea | NA16DRPT800 | 2-pack/800-ea | NA16DRPT2000 | 2000-ea |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# JN / JNE / MTHF Hangers

## Manufactured Housing Connectors

**MH Connectors**

MiTek's "no hole" connectors are engineered for wood frame structures built in a factory environment. These connectors feature embossed "nailing zones" for faster and safer fastener installation.

**Materials:** 18 or 20 gauge
**Finish:** G90 galvanizing
**Codes:** See chart for references

**Installation:**
- Install all specified fasteners using a pneumatic nailer.
- Nailing zones are distinguished by embossed pattern.
- Install fasteners with care not to overdrive fastener causing indentation of connector.
- Fastener quantities shall be installed symmetrically on both sides of connector.
- Installer should reduce risk of injury from rebounding fasteners by using personal eye protection during fastener installation.
- Minimum center-to-center fastener spacing is 1".



**Typical MTHF installed with Engineered I-Joist**



**Typical MTHF installed with Floor Truss**



**Typical JNE installed with Solid Sawn Lumber**



**MTHF25925**
(MTHF25112 similar)



**JN28E**

| Joist Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | | Fastener Schedule[1,2,3] | | | DF/SP Allowable Loads (Lbs.) | | | | S-P-F Allowable Loads (Lbs.) | | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | D | A | Header Qty | Joist Qty | Type | Floor | Roof | | Uplift[4] | Floor | Roof | | Uplift[4] | |
| | | | | | | | | | | | 100% | 115% | 125% | 160% | 100% | 115% | 125% | 160% | |
| 2 x 6-8 | JN26E | MMLU26 | 20 | 1-9/16 | 4-13/16 | 2 | 1-1/4 | 10 | 4 | "P" nails | 600 | 690 | 750 | 305 | 530 | 610 | 640 | 245 | |
| | | | | | | | | 16 | 4 | "P" nails | 960 | 1105 | 1200 | 305 | 845 | 975 | 1000 | 245 | |
| | | | | | | | | 20 | 4 | "P" nails | 1200 | 1325 | 1325 | 305 | 1055 | 1055 | 1055 | 245 | |
| 2 x 8-10 | JN28E | MMLU28 | 20 | 1-9/16 | 6-11/16 | 2 | 1-3/16 | 10 | 4 | "P" nails | 600 | 690 | 750 | 305 | 530 | 610 | 640 | 245 | |
| | | | | | | | | 16 | 4 | "P" nails | 960 | 1105 | 1200 | 305 | 845 | 975 | 1000 | 245 | |
| | | | | | | | | 20 | 4 | "P" nails | 1200 | 1325 | 1325 | 305 | 1055 | 1055 | 1055 | 245 | IBC, FL, LA |
| 2 x 10-12 | JN210E | MMLU210 | 20 | 1-9/16 | 7-15/16 | 2 | 1-5/16 | 10 | 4 | "P" nails | 600 | 690 | 750 | 305 | 530 | 610 | 640 | 245 | |
| | | | | | | | | 16 | 4 | "P" nails | 960 | 1105 | 1200 | 305 | 845 | 975 | 1000 | 245 | |
| | | | | | | | | 20 | 4 | "P" nails | 1200 | 1325 | 1325 | 305 | 1055 | 1055 | 1055 | 245 | |
| (2) 2 x 6-8 | JN26-2 | MMLU26-2 | 18 | 3-1/8 | 5-3/8 | 2-1/8 | 1-1/4 | 10 | 6 | "P" nails | 610 | 700 | 765 | 585 | 540 | 610 | 615 | 515 | |
| | | | | | | | | 16 | 6 | "P" nails | 975 | 1120 | 1220 | 585 | 860 | 990 | 1075 | 515 | |
| | | | | | | | | 24 | 6 | "P" nails | 1465 | 1685 | 1830 | 585 | 1290 | 1485 | 1615 | 515 | |
| (2) 2 x 8-10 | JN28-2 | MMLU28-2 | 18 | 3-1/8 | 7-1/8 | 2-1/8 | 1-1/4 | 10 | 6 | "P" nails | 610 | 700 | 765 | 585 | 540 | 610 | 615 | 515 | |
| | | | | | | | | 16 | 6 | "P" nails | 975 | 1120 | 1220 | 585 | 860 | 990 | 1075 | 515 | |
| | | | | | | | | 24 | 6 | "P" nails | 1465 | 1685 | 1830 | 585 | 1290 | 1485 | 1615 | 515 | |
| 2-1/2 x 9-1/4 - 9-1/2 | MTHF25925 | MMLUI39 | 20 | 2-9/16 | 9-1/8 | 2 | 1-1/4 | 10 | 4 | "P" nails | 600 | 690 | 750 | 305 | 530 | 610 | 635 | 245 | |
| | | | | | | | | 16 | 4 | "P" nails | 960 | 1105 | 1200 | 305 | 845 | 975 | 995 | 245 | |
| 2-1/2 x 11-7/8 | MTHF25112 | MMLUI311 | 20 | 2-9/16 | 11-1/8 | 2 | 1-1/4 | 10 | 4 | "P" nails | 600 | 690 | 750 | 305 | 530 | 610 | 635 | 245 | -- |
| | | | | | | | | 16 | 4 | "P" nails | 960 | 1105 | 1200 | 305 | 845 | 975 | 995 | 245 | |

1) "P" nails denotes fasteners designed specifically to be installed with a pneumatic-powered nailer.  The fasteners shall be either of a type with round heads, 0.105" diameter and 1-3/8" long; or a "T" shaped head, 0.097" diameter, 1-1/4" long and hardened; or a similar but larger fastener.
2) Fasteners shall be pneumatically driven in such a way as firmly seats the nail head against the hanger steel, without embedding the nail head completely through the plane of the metal surface, or otherwise punching through.
3) The quantity of nails installed shall be equally distributed to both sides of the hanger. The nails shall be located at 1" spacing in a row, with the vertical rows spaced at 3/8"; also no less than 5/16" from a sheared edge and no less than 5/16" from a formed edge.
4) Uplift loads have been increased 60% for wind or seismic load conditions; no further increase shall be permitted.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

# **RST3** Rafter Tie

**MH Connectors**

The RST3 rafter tie is designed to anchor trusses and rafters directly to the stud below. The ability to field-bend the RST3 permits fastening to either the wide or narrow face of the stud.

**Materials:** 18 gauge
**Finish:** G90 galvanizing

**Installation:**
- Use all specified fasteners.
- If necessary, field bend the lower tab of the RST3 at 90° at the two bend slots.
- Not all fastener holes need to be filled.
- Fasteners in truss do not need to penetrate a nailing plate to achieve the uplift loads listed below.
- The RST3 can be installed in pairs (on opposite sides of the wall, to achieve twice the uplift capacity).



**RST3**

**Figure 1**

**Figure 2**

**Figure 3**

**Figure 4**

**Figure 5**

**Figure 6**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Installation Type | Qty of RST3's | Fastener Schedule | | | | DF/SP Allowable Loads (Lbs.)[1] | S-P-F Allowable Loads (Lbs.)[1] | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Rafter/Truss | | Stud | | | | |
| | | | W | L | | | Qty[3] | Type[2] | Qty[3] | Type[2] | Uplift 160% | Uplift 160% | |
| RST3 | RST-3 | 18 | 1-1/2 | 10-5/16 | Figure 1 | 1 | 4 | #8 x 1-1/2 | 4 | #8 x 1-1/2 | 555 | 465 | -- |
| | | | | | Figure 2 | 1 | 4 | #8 x 1-1/2 | 4 | #8 x 1-1/2 | 555 | 465 | |
| | | | | | Figure 3 | 2 | 8 | #8 x 1-1/2 | 8 | #8 x 1-1/2 | 1110 | 930 | |
| | | | | | Figure 4 | 2 | 8 | #8 x 1-1/2 | 8 | #8 x 1-1/2 | 1110 | 930 | |
| | | | | | Figure 5 | 2 | 8 | #8 x 1-1/2 | 8 | #8 x 1-1/2 | 1110 | 930 | |
| | | | | | Figure 6 | 2 | 8 | #8 x 1-1/2 | 8 | #8 x 1-1/2 | 1110 | 930 | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) The #8 x 1-1/2 Wood Screw has a diameter of 0.164" and a length of 1-1/2".
3) Fastener quantities shown are the total number installed in (1) or (2) RST3 connectors.

## **MRT7** Rafter Tie

**MH Connectors**

The MRT7 Rafter Tie is engineered for wood frame structures built in a factory environment. These connectors feature embossed "nailing zones" for faster and safer fastener installation.

**Materials:** 14 gauge
**Finish:** G90 galvanizing

**Installation:**
• Install all specified fasteners using a pneumatic nailer.
• Nailing zones are distinguished by embossed pattern.
• Install fasteners with care not to overdrive fastener causing indentation of connector.
• Fastener quantities shall be installed symmetrically on both sides of connector.
• Installer should reduce risk of injury from rebounding fasteners by using personal eye protection during fastener installation.
• Minimum center-to-center fastener spacing is 1".




**Typical MRT7 installation**



**Typical Knee Wall Set with MRT7 installation**



**MRT7**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[1,2,3] | | | DF/SP Allowable Loads (Lbs.) | | | S-P-F Allowable Loads (Lbs.) | | | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W | L | Header Qty | Joist Qty | Type | Uplift[4] 160% | F1 160% | F2 160% | Uplift[4] 160% | F1 160% | F2 160% | |
| MRT7 | MMH8 | 18 | 1-1/4 | 7-13/16 | 3 | 3 | P or "T" nails | 295 | 135 | 135 | 255 | 85 | 85 | -- |
| | | | | | 4 | 4 | P or "T" nails | 390 | 180 | 180 | 340 | 115 | 115 | |
| | | | | | 5 | 5 | P or "T" nails | 490 | 195 | 195 | 425 | 145 | 145 | |
| | | | | | 6 | 6 | P or "T" nails | 585 | 195 | 195 | 510 | 175 | 175 | |

1) "P" nails denotes fasteners designed specifically to be installed with a pneumatic-powered nailer.  The fasteners shall be either of a type with round heads, 0.105" diameter and 1-3/8" long; or a "T" shaped head, 0.097" diameter, 1-1/4" long and hardened; or a similar but larger fastener.
2) Fasteners shall be pneumatically driven in such a way as firmly seats the nail head against the hanger steel, without embedding the nail head completely through the plane of the metal surface, or otherwise punching through.
3) The quantity of nails installed shall be equally distributed to both sides of the hanger. The nails shall be located at 1" spacing in a row, with the vertical rows spaced at 3/8"; also no less than 5/16" from a sheared edge and no less than 5/16" from a formed edge.
4) Uplift loads have been increased 60% for wind or seismic load conditions; no further increase shall be permitted.

## **SPTHW** Stud Plate Ties

MiTek's SPTHW is a Stud Plate Tie that can be installed on the top and bottom of each stud at the component plant to stiffen for shipping and handling. Designed to be installed over 1/2" structural sheathing.

**Materials:** 18 gauge
**Finish:** G90 galvanizing
**Codes:** IBC, FL, LA

**Installation:**
• Install all specified fasteners.




**SPTHW**



**Typical SPTHW installation**

4x or 6x stud

1/2" sheathing

| Stud Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Fastener Schedule[2] | | DF/SP Allowable Loads (Lbs.) | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | W | H | Qty | Type | Uplift 160%[1] | |
| 4x | SPTHW4 | SPH4R | 18 | 4-1/16 | 8-3/8 | 12 | 10d x 1-1/2 | 2195 | IBC, FL, LA |
| 6x | SPTHW6 | SPH6R | 18 | 6-1/16 | 9-1/8 | 12 | 10d x 1-1/2 | 2195 | |



1) Uplift loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek®** Product Catalog

**MPF** Multi-Lateral Plate Tie

<span style="color:#5b3a8e">**Manufactured Housing Connectors**</span>

MH Connectors

Connects 2x framing with floor sheathing up to 5/8".

**Materials:** 20 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion
Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners.



**MP4F**



**Typical MP4F installation**



**Type 1**



**Type 2**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Installation Type[2,4] | Fastener Schedule[4,5] Header or Stud Qty | Type | Joist or Plate Qty | Type | Direction of Load[2] | DF/SP Allowable Loads (Lbs.)[1,3] 100% | 115% | 125% | 160% | S-P-F Allowable Loads (Lbs.)[1,3] 100% | 115% | 125% | 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP4F | LTP4 | 20 | Type 1 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | V | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | IBC, FL, LA |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | H | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | |
| | | | Type 2 | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | V | 590 | 670 | 720 | 750 | 505 | 575 | 615 | 645 | | |
| | | | | 6 | 8d x 1-1/2 | 6 | 8d x 1-1/2 | H | 585 | 585 | 585 | 585 | 505 | 575 | 615 | 645 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) Refer to drawings for installation type and definition of the various load directions.
3) If installing over plywood, use 8d common nails for 100% of table load.
4) 8d common (0.131" dia. x 2-1/2" long) nails may be substituted for 8d x 1-1/2" nails with no allowable load reduction.
5) **NAILS:** 8d x 1-1/2 nails are 0.131" dia. x 1-1/2" long.

**Corrosion Finish**
🟦 Stainless Steel
🟧 Gold Coat
⬜ HDG
🟩 Triple Zinc

## **FA** Foundation Anchor

For installation into concrete slabs. The FA3 features a split flange
for nailing to both mudsill and stud for greater framing versatility.

**Materials:** 16 gauge
**Finish:** G90 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA

**Installation:**
• Use all specified fasteners. See Product Notes, page 18.
• Use a minimum of two anchors per mudsill. An anchor should
  always be within 12" of the end of each mudsill section.
• Do not rely on these anchors to secure concrete sections together between cold joints.
• Insert into wet concrete (minimum strength of 2,500 psi). Place mudsill after concrete cures.
  Secure flanges to sill (and stud, if applicable), bending flanges as needed to achieve a tight fit.
  Fasten as directed in chart.
• Do not use in red clay brick.
• For installation in severe corrosion environments, see Corrosion Information on pages 11-16.

**FA3**



**Typical FA3 standard
installation in concrete**

**Typical FA3
one-tab-up installation**

**Alternate FA3
installation**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

| MiTek Stock No. | Ref. No. | Steel Ga. | Plate Size | Fastener Schedule[1,6] Sill Plate Side Qty | Top Qty | Stud Qty | Type | Min Stemwall Thickness (in) | Installation Type | Concrete[5] | DF/SP Allowable Loads (Lbs.)[2,3,4] Uplift 160% | F1 160% | F2 160% | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Wind and ASCE Seismic Design A & B | | | | | | |
| FA3 | -- | 16 | Single 2x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | 1350 | 750 | 1015 | | IBC, FL, LA |
| | | | | | | | | | | Cracked | 945 | 525 | 710 | | |
| | | | Single 2x | 2 | 2 | 2 | 10d x 1-1/2 | 6 | One-Tab-Up | Uncracked | 1350 | 750 | 1015 | | |
| | | | | | | | | | | Cracked | 945 | 525 | 710 | | |
| | | | Single 3x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | -- | 515 | -- | | -- |
| | | | | | | | | | | Cracked | -- | 475 | -- | | |
| | | | | | | | | | ASCE Seismic Design C-F | | | | | | |
| FA3 | -- | 16 | Single 2x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | 1120 | 550 | 890 | | IBC, FL, LA |
| | | | | | | | | | | Cracked | 830 | 460 | 625 | | |
| | | | Single 2x | 2 | 2 | 2 | 10d x 1-1/2 | 6 | One-Tab-Up | Uncracked | 1120 | 550 | 890 | | |
| | | | | | | | | | | Cracked | 830 | 460 | 625 | | |
| | | | Single 3x | 2 | 4 | -- | 10d x 1-1/2 | 6 | Standard | Uncracked | -- | 515 | -- | | -- |
| | | | | | | | | | | Cracked | -- | 405 | -- | | |

1) Predrilled holes are not required.
2) Allowable Stress Design (ASD) values have been adjusted for a load duration factor, CD, of 1.6 corresponding to a ten-minute load duration (i.e. wind or earthquake loading) in accordance with the NDS. The ASD loads do not apply to loads of other durations.
3) Allowable loads are based on a minimum stemwall thickness of 6", minimum distance from the end of the concrete wall of 4" and minimum anchor spacing of 8".
4) Uplift deformation based on wood connection strength.
5) Minimum concrete strength f'c = 2,500 psi.
6) **NAILS:** 10d x 1-1/2 nails are 0.148" dia. x 1-1/2" long.

**Corrosion Finish** 🟦 Stainless Steel 🟧 Gold Coat ⬜ HDG 🟩 Triple Zinc

## D Post Anchors

**Manufactured Housing Connectors**

Porch design for any structure must account for the wind exposure. Porches present lots of sail area to catch the wind and can develop very high wind uplift in ordinary wind events. They must be securely tied to the foundation. MiTek engineers and manufactures products intended to provide a load path from the porch components to the foundation.

**Materials:** 18 gauge
**Finish:** G-185 galvanizing
**Options:** See chart for Corrosion Finish Options
**Codes:** IBC, FL, LA



**Typical D44-TZ installation**

**D44-TZ**

**Installation:**
• Use all specified fasteners.
• **Not recommended for fence posts or other unrestrained (not fixed or fastened at top) applications. These anchors are not designed to resist overturning (moment) loads.**
• D44-TZ offers lateral and uplift resistance: they are not recommended as a primary means of anchorage for posts in railings.

| Post Size | MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | | Fastener Schedule[2] | | | | DF/SP Allowable Loads (Lbs.)[1] | | | S-P-F Allowable Loads (Lbs.)[1] | | | Corrosion Finish | Code Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Post | | Beam | | | | | | | | | |
| | | | | W | H | L | Qty | Type | Qty | Type | Uplift 160% | F1 160% | F2 160% | Uplift 160% | F1 160% | F2 160% | | |
| 4 x 4 | D44-TZ | BC40, BC40Z | 18 | 3-9/16 | 2-1/2 | 3-3/8 | 8 | 16d HDG | 4 | 16d HDG | 700 | 885 | 885 | 565 | 760 | 760 | | IBC, FL, LA |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 16d nails are 0.162" dia. x 3-1/2" long.
New products or updated product information are designated in **blue font**.

**Corrosion Finish**
■ Stainless Steel   ■ Gold Coat
■ HDG   ■ Triple Zinc

## NP Nail Plates

The NP Nail Plates are an ideal economical solution for attaching wooden members together in a non-structural connection. Also may be used as a prescriptive top plate splice per the International Residential Code (IRC). They are pre-punched for 8d common nails.

**Materials:** 20 gauge
**Finish:** G90 galvanizing
**Codes:** IRC R602.3.2

**Installation:**
• Use nails appropriate for intended use. Holes are sized for 8d common (0.131" dia. x 2-1/2" long) or 8d (0.131" dia.) x 1-1/2" nails.
• The designer shall determine appropriate load values.



**NP**



**Typical NP312 prescriptive top plate splice installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Number of Nail Holes | Code Ref. |
|---|---|---|---|---|---|---|
| | | | W | L | | |
| NP15 | TP15 | 20 | 1-13/16 | 5 | 12 | |
| NP35 | TP35 | 20 | 3-1/8 | 5 | 22 | |
| NP37 | TP37 | 20 | 3-1/8 | 7 | 31 | |
| NP39 | TP39 | 20 | 3-1/8 | 9 | 40 | |
| NP311 | TP311 | 20 | 3-1/8 | 11 | 49 | |
| NP312 | TP312 | 20 | 3-1/8 | 12 | 54 | -- |
| NP315 | TP316 | 20 | 3-1/8 | 15 | 67 | |
| NP45 | TP45 | 20 | 4-1/8 | 5 | 30 | |
| NP47 | TP47 | 20 | 4-1/8 | 7 | 42 | |
| NP49 | TP49 | 20 | 4-1/8 | 9 | 54 | |
| NP411 | TP411 | 20 | 4-1/8 | 11 | 66 | |
| NP57 | TP57 | 20 | 5-3/4 | 7 | 59 | |



**Typical NP312 prescriptive top-plate wall corner connection**



**Typical NP312 prescriptive top-plate butt joint straight wall connection**

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

MiTek® Product Catalog

## Plumbing / Electrical Protection Plates

MH Connectors

Easy-to-install plates protect plumbing and power/communication wiring from nail or screw penetration.

**ICPL58** – Installs with nails

**KNS1 / PL4** – Prongs allow for quick installation

**Materials:** 16 gauge
**Finish:** ICPL516-TZ – G-185 galvanizing; All other – G90 galvanizing.
**Options:** See chart for Corrosion Finish Options

**Installation:**
• Use all specified fasteners.
• 16 gauge steel conforms to protection shield plate requirements of the National Electrical Code and International Plumbing Code.



**ICPL516-TZ**  **Typical ICPL516-TZ installation**




**ICPL58**  **Typical ICPL58 installation**  **KNS1**



**Typical KNS1 / PL4 installation**





**PL4**  **Typical PL4 installation**

| MiTek USP Stock No. | Ref. No. | Steel Gauge | Dimensions (in) | | Installation Type | Fastener Schedule[2] | | DF/SP Allowable Loads (Lbs.)[1] | S-P-F Allowable Loads (Lbs.)[1] | Corrosion Finish | Code Ref. |
| | | | W | H | | Qty | Type | F1 160% | F1 160% | | |
| ICPL58 | -- | 16 | 8-1/16 | 5 | -- | 4 | 8d or prongs | -- | -- | | |
| PL4 | NS2 | 16 | 2 | 5 | -- | -- | prongs | -- | -- | | |
| KNS1 | NS1 | 16 | 1-1/2 | 3 | -- | -- | prongs | -- | -- | | PC |
| ICPL516-TZ | PSPN516Z | 16 | 16-1/4 | 5 | Sill Plate | 12 | 16d HDG + prongs | 1355 | 1160 | | |
| | | | | | Double Top Plate | 16 | 16d HDG + prongs | 1805 | 1550 | | |

1) Allowable loads have been increased 60% for wind or seismic loads; no further increase shall be permitted.
2) **NAILS:** 8d nails are 0.131" dia. x 2-1/2" long, 16d nails are 0.162" dia. x 3-1/2" long.

**Corrosion Finish** ■ Stainless Steel ■ Gold Coat ■ HDG ■ Triple Zinc

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved



# Lateral Systems

## pg. 352-354

Hardy Frame® CFS Moment Frames — 353
Hardy Frame® Moment Frames — 353
Hardy Frame® Shear Walls — 352
Z4 Tie-Down Systems — 354



**Hardy Frame® Shear Walls**

**MiTek**
**HARDY FRAME™**

Lateral Systems

# Hardy Frame® Code Evaluation

Hardy Frames has been leading the pre-manufactured shear wall industry from its beginning.  Hardy Frames were the first to be recognized by ICBO-ES and LA City, first to gain approval for multi-story applications, first Balloon Wall application and first to be recognized to comply with the 2003 and 2006 IBC and IRC Building Codes. Today we are the first and only to offer a 9" Panel width and a Balloon Wall application that is fully assembled in the manufacturing plant and ships as a one piece unit.

All Hardy Frame® Shear Walls are code listed under the 2018 IBC and IRC codes and include installations on concrete, raised floor and upper floor systems.

## Hardy Frame® Panels

ICC-Evaluation Service ESR-2089

• Panels are available in 9, 12, 15, 18, 21 and 24" widths
• Standard Heights range from 78" for portal applications to 20' for Balloon Walls
• Custom heights are manufactured routinely
• R Value for design = 6.5, Cd = 4.0
• "Back to Back" installations provide two times the allowable shear value without increasing the wall length

## Hardy Frame® Brace

ICC-Evaluation Service ESR-2089

• Available in 32 and 44" widths
• Standard Heights range from nominal 8 to 13 feet
• Custom heights are manufactured routinely
• R Value for design = 6.5, Cd = 4.0
• For a given shear load, installing a wider shear wall results in reduced overturning



"Back to Back" installations provide two times the allowable shear value

| Hardy Frame® Panel | Hardy Frame® Panel "Back to Back" | Hardy Frame® Balloon Panel | Hardy Frame® Brace |

Copyright © 2020 MiTek Industries, Inc. All Rights Reserved

# The First and Only Cold Formed Steel (CFS) Moment Frames

**MiTek**
**HARDY FRAME**

The all new MiTek Hardy Frame® CFS Moment Frame and CFS Picture Frame are the industries first standardized, pre-engineered, pre-manufactured cold formed steel moment frames.

Lighter and less cost than structural steel moment frames, our CFS product line provides high capacities, ductility and cost economics that complete a spectrum of MiTek shear wall solutions.

Standard configurations are the Hardy Frame® CFS Moment Frame (portal applications) and the Hardy Frame CFS Picture Frame for stacking in multi-story applications.



## Hardy Frame® CFS Moment Frame
Code Report: ER-491
• Similar materials and installation as Hardy Frame Panels the industry leader for 20 years
• Available in standard designs and standard detailing
• Capacities that are equal to four or five Hardy Frame Panels of same width
• Can be installed "Back to Back" to double the capacity

## Hardy Frame® CFS Picture Frame
• Sill beam that assembles at the bottom of the Frame distributes compression over wood below to significantly reduce crushing and maintain shear capacity
• Incorporates the MiTek Z4 Continuous Tie-Down System to transfer overturning and uplift forces to the foundation
• Narrow columns (12 through 21") and shallow beam depths (12 and 15") enable large openings and architectural freedom
• Ships as a "knock-down" unit: easy to handle, ship and field assemble



**Lateral Systems**

## Hardy Frame® Moment Frames

MiTek Hardy Frame® Special Moment Frames are constructed of wide flange columns connected to hollow structural steel (HSS) beams with SidePlate special moment connections.

The SidePlate special moment connection is approved in the AISC 358 Prequalified Moment Connections Standard and the review included testing that confirmed lateral bracing to prevent twist and out-of-plane displacements is not required at the hollow structural section (HSS) beams. Standard configurations are the Hardy Frame® Moment Frame with a pinned base and the Hardy Frame® Picture Frame.



## Hardy Frame® Moment Frame
• Standard designs for nominal 6" through 14" column depths with pinned base anchorage are now available
• Delivery options for pre-assembled, bolted column splice or "knock-down"
• All standard designs fit in typical 8" wall framing, 6" column depths fit 6" framing
• New construction and retrofit applications
• Includes wood nailers at top & bottom of HSS beam and at all column flanges

## Hardy Frame® Picture Frame
• Constructed with HSS beams at top and bottom of Frame, SidePlate special moment connections at all four corners
• HSS beam at bottom of Frame eliminates the engineering and field construction of costly grade beams
• Significant reductions in installation time result from elimination of field built grade beam
• Standard designs for nominal 6" through 14" column depths that fit into typical wall framing with double the capacity of our pinned base option are now available
• All the same delivery options and wood nailer inclusions as the Hardy Frame® Moment Frame with pinned base



Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

## MiTek® Z4 Tie-Down Systems

Lateral Systems



1. Z-Rod
2. Cinch nut
3. MiTek® Pro Series Screw
4. Bearing Plate Washer
5. Wood Framing

MiTek® Z4 Tie-Down Systems utilize CNX-Series Cinch Nuts to compensate for wood shrinkage and building settlement that cause connections to loosen over time.  The Cinch Nut uses a self-ratcheting action that permits the cinch nut to move (the rod doesn't move) or "travel" perpetually in one direction only down the rod.  Available for installation with threaded rods that are 3/8" through 1-1/2" diameter in 1/8" increments, the CNX Cinch Nut has been code evaluated and published in ESR-2190.

• Place the specified Bearing Plate Washer onto the bottom plate of a wood framed wall.
• With the "wings" oriented downward, place Cinch Nut over the Z-Rod extending from below and push down until it seats firmly on the Bearing Plate Washer.
• Install 1/4" diameter MiTek® Pro Series™ Screws through the wings, penetrating 1-1/2" (minimum) into the wood bottom plate.
• Model numbers BPW5 and BPW6 fit in-between the screws fastening the wings.
• Model numbers BPW7 (3-1/4" x 4-3/8") and larger are provided with two screw holes.  Align the wing and the Bearing Plate Washer screw holes to allow installation of 1/4" diameter MiTek® Pro Series™ Screws.



**BPW5, BPW6 Installation**



**BPW7 and larger Installation**



**For Lateral Loads**

### MiTek® Z4 Tie-Down System for Lateral Load

To resist tension loads due to overturning moments in multi-story buildings the CNX Cinch Nut is installed over a Bearing Plate Washer at each level in a fast and easy application. At the upper-most level a Cinch Nut is installed over a Bearing Plate Washer above the top plates. At walls below that bear on wood floor systems, the Cinch Nut and Bearing Plate Washer are installed over the bottom plate. Tension loads are gathered at each level and transferred into the foundation through a continuous system of Cinch Nuts, Bearing Plate Washers, Z-Rods/ATRs and Couplers all are available lines of **MiTek®, USA.**



Roof   Rafters

**For Wind Uplift Loads**

### MiTek® Z4 Tie-Down System for Wind Uplift

For resisting roof uplift loads resulting from wind the Z4 Cinch Nut is installed over a Bearing Plate Washer above the top plates with roof framing above to create a tie-down system. Uplift forces are transferred into a continuous system of Z-Rods / ATRs and Couplers that form a load path to the foundation.

Copyright © 2020 MiTek Industries, Inc.  All Rights Reserved

**MiTek Services Division**

# FOCUSED ON HELPING YOU GROW YOUR BUSINESS WITH HIGHLY SKILLED RESOURCES THAT SCALE AS YOUR REQUIREMENTS CHANGE.

EXPAND YOUR CAPABILITIES WITHOUT ADDING STAFF.

MiTek®

PLATINUM
GLOBAL

## MiTek Industries, Inc.

Providing integrated solutions to the construction industry.

Services | Software | Automation | Engineered Products

Serving Building Materials Providers with the following solutions:

HVAC, Electrical, Lumber, and Component Estimates | Kitchen & Bath Design, Drafting and Estimation | Window & Door Estimation



## PLATINUM GLOBAL DIRECT ALLOCATED MODEL

→ You manage the resource.

→ Dedicated to your team and your business.

→ Realize positive return on your investment with as little as 13-15 hours of demand per week.

→ The Direct Allocated Model is available at an annual cost.

MiTek can offer a range of flexible options to meet your initial or irregular staffing needs. MiTek can manage the same highly skilled resources on your behalf as you transition to the Direct Allocated Model.

MiTek offers Platinum Global services to help you grow.

MiTek offers ambitious and highly skilled resources along with a process for quickly developing and scaling resources as your demand changes.

MiTek and Platinum Global provide you with risk reduction.

Service Categories and Capabilities:

→ DESIGN / DRAFTING
→ ESTIMATING
→ RENDERING
→ ADMINISTRATION / PROJECT MANAGEMENT
→ SPECIALIZED

Contact your MiTek partner to learn more, or visit MiTek-US.com/Services

# MITEK IS MORE THAN JUST ENGINEERED PRODUCTS





**AUTOMATION**

Our comprehensive offsite design and fabrication solutions are changing the way the world is building.

MiTek-US.com/Machinery



**SERVICES**

Scale your outputs (design, take-offs, estimating, job quotes, and more) without scaling your labor costs with MiTek® PlanServices™.

MiTek-US.com/Services



**WE'RE WORKING TO BE YOUR HOLISTIC BUILDING SOLUTIONS PARTNER**

‹ SEE MORE OF OUR SOLUTIONS ON THE INSIDE-FRONT COVER

## MADE IN AMERICA. DESIGNED TO LAST.

MiTek Structural Connectors are manufactured and distributed in 9 strategic locations in the United States. We are proud that our structural connector products are designed and made in the USA.



### WAREHOUSE & DISTRIBUTION

**CALIFORNIA**
250 Klug Circle
Corona, California 92880
Will Call Hours: 8:00 am to 4:30 pm PST

**CALIFORNIA**
25315 S. Schulte Road
Tracy, California 95377
Will Call Hours: 8:00 am to 4:00 pm PST

**GEORGIA**
4380 International Parkway, Suite A
Atlanta, Georgia 30354
Will Call Hours: 7:30 am to 4:00 pm EST

**INDIANA**
2363 East Perry Road
Indianapolis, Indiana 46168
Will Call Hours: 8:00 am to 4:00 pm EST

**NEW JERSEY**
120 Hancock Lane
Westampton, New Jersey 08060
Will Call Hours: Mon-Thur 8:00 am to 5:00 pm,
Friday only - 8:00 am to 4:00 pm EST

**TEXAS**
14418-A Smith Road
Humble, Texas 77396
Will Call Hours: 7:30 am to 4:00 pm CST

### MANUFACTURING

**ARIZONA**
7890 W. Lincoln Street
Phoenix, Arizona 85353
Will Call Hours: 8:00 am to 4:30 pm MST

**FLORIDA**
11910 62nd Street North
Largo, Florida 33773
Will Call Hours: 8:30 am to 4:30 pm EST

**MINNESOTA**
703 Rogers Drive
Montgomery, Minnesota 56069
Will Call Hours: 8:00 am to 4:30 pm CST

### CUSTOMER SERVICE

Phone: 1-800-328-5934  •  952-898-8772
Fax: 952-898-8605
Email: uspcustomerservice@mii.com
Website: MiTek-US.com

Copyright © 2020 MiTek Industries, Inc.
All rights reserved. | Job #2574