# Exhibit C

# REFERENCE NUMBER CONVERSION

## CONVERSIÓN DE NÚMERO DE REFERENCIA

| REF. NO./NO. DE REF. | MiTek - USP | REF. NO./NO. DE REF. | MiTek - USP | REF. NO./NO. DE REF. | MiTek - USP |
|---|---|---|---|---|---|
| 10D5H+B5:B68DG | N10C-5 | CCQ44SDS2.5 | KCCQ44 | HHUS410 | THD410 |
| 10DHDG | N10C-1 | CCQ46SDS2.5 | KCCQ46 | HL33 | KHL33 |
| 1212HLHDG | LH12-HDG | CCQ66SDS2.5 | KCCQ66 | HL33HDG | KHL33-HDG |
| 1212HTHDG | TH12-HDG | CPS4 | CPB44 | HL35 | KHL35 |
| 1212L | L12 | CPS5 | CPB55 | HL35HDG | KHL35-HDG |
| 1212T | T1212 | CPS6 | CPB66 | HL55HDG | KHL55-HDG |
| 128T | T12 | CS14-R | RS14-R | HRS12 | HRS12 |
| 16D5HDG | N16C-5 | CS16 | RS150 | HRS416Z | HRS416-TZ |
| 16DHDG | N16C-1 | CS16-R | RS16-R | HRS6 | HRS6 |
| 66L | L6 | CS18-R | RS18-R | HRS8 | HRS8 |
| 66T | T6 | CS20 | RS250 | HS24 | RT6 |
| 88L | L8 | CS22-R | RS22-R | HST2 | KHST2 |
| A21 | JA1 | DJT14Z | SDJT14-TZ | HST2HDG | KHST2-HDG |
| A21Z | JA1-TZ | DPPC4BK | PCP44 | HST5 | KHST5 |
| A23 | A3 | DPPC6BK | PCP66 | HTP37Z | HTP37-TZ |
| A23Z | A3-TZ | DPT5Z | SDPT5-TZ | HTS16 | HTW16 |
| A24 | TDL5 | DPT7Z | SDPT7-TZ | HTS20 | HTW20 |
| A311 | TDL10 | DTC | TR2 | HTT5 | HTT45 |
| A33 | BL3 | DTT1Z | ADTT-TZ | HTU26 | THD26 |
| A34 | MP34 | DTT1Z-KT | ADTT-TZKT | HU210 | HD210 |
| A34SS | MP34-SS | DTT2Z | DTB-TZ | HU26 | HD26 |
| A34Z | MP34-TZ | EB-TY | DC50-TZ | HU410 | HD410 |
| A35 | MPA1 | ECC66 | KECC66 | HU410 | HD410 |
| A35SS | MPA1-SS | ECCQ44SDS2.5 | KECCQ44 | HU412 | HD412 |
| A35Z | MPA1-TZ | ECCQ46SDS2.5 | KECCQ46 | HU412 | HD412 |
| A44 | BL4 | ECCQ66SDS2.5 | KECCQ66 | HUC410 | HD410IF |
| A66 | B66 | EPB4408 | EPB4408 | HUC412 | HD412IF |
| A88 | B88 | EPB44A | EBG44-TZ | HUC44 | HD44IF |
| ABW44Z | PA44-TZ or PAU44-TZ | EPB44HDG | EPB4408-HDG | HUC46 | HD46IF |
| ABA44Z | PA44E-TZ | EPB66 | EPB6608 | HUC66 | HD66IF |
| ABA46Z | PA46E-TZ | EPC44-16 | EPCM4416 | HUS1.81/10 | HUS179 |
| ABA66R | PA66ER-TZ | EPC46-16 | EPCM4616 | HUS26 | HUS26 |
| ABA66Z | PA66E-TZ | EPC64-16 | EPCM6416 | HUS28 | HUS28 |
| ABU44 | PAU44 | EPC66-16 | EPCM6616 | ITS1.81/11.88 | THO17118 |
| ABU44Z | PAU44-TZ | FB24Z | FB24-TZ | ITS2.37/11.88 | TFL23118 |
| ABU46Z | PAU46-TZ | FB26 | FB26-TZ | ITS2.56/11.88 | TFL25118 |
| ABU66 | PAU66 | FPBB44 | BD | IUS1.81/11.88 | THF17112 |
| ABU66Z | PAU66-TZ | FPBM44E | SMP | IUS2.37/11.88 | THF23118 |
| AC4 | PBS44 | FPBS44 | SFP30 | IUS2.56/11.88 | THFI25118 |
| AC4Z | PBS44-TZ | GA1 | A3 | IUS2.56/16 | THF25160 |
| AC6 | PBS66 | GA2 | A3 | JB210 | HL210 |
| AC6Z | PBS66-TZ | H1 | RT15 | JB28 | HL28 |
| ACE4 | PBES44 | H10-2 | RT16-2 | L30 | A3 |
| ACE6 | PBES66 | H10-2Z | RT16-2TZ | L50 | AC5 |
| BC4 | C44 | H10A | RT16A | L50Z | AC5-TZ |
| BC40 | D44-TZ | H10AZ | RT16A-TZ | L70 | AC7 |
| BC40Z | D44-TZ | H1Z | RT15-TZ | L70Z | AC7-TZ |
| BC46 | C46 | H2.5A | RT7A | L90 | AC9 |
| BC4Z | C44-TZ | H2.5ASS | RT7-SS or RT7A-SS | L90Z | AC9-TZ |
| BC6 | C66 | H2.5AZ | RT7A-TZ | LBP1/2 | LBP12-TZ |
| BC60Z | D66-TZ | H2A | RT10 | LBP5/8Z | LBP58-TZ |
| BCS2-2/4 | BCS22-4 | H3 | RT3A | LBPS1/2Z | LBPS12-TZ |
| BCS2-2/4Z | BCS22-4TZ | H3Z | RT3A-TZ | LBPS5/8 | LBPS58-TZ |
| BP1/2-3HDG | HBPS12-HDG | H4 | RT4 | LBPS5/8Z | LBPS58-TZ |
| BP5/8 | BP583 | H5 | RT5 | LCB44 | CBE44 |
| BP5/8-3HDG | BP583-HDG | H6 | LFTA6 | LCE4 | PBES44 |
| BP5/8HDG | BP583-HDG | H8 | RT8A | LGT2 | LUGT2 |
| BPS1/2-3 | HBPS12 | H8Z | RT8A-TZ | LPC4Z | PB44-6TZ |
| BPS5/8-3 | HBPS58 | HCP2 | HHCP2 | LPC6Z | PB66-6TZ |
| BPS5/8-3HDG | HBPS58-HDG | HD12 | TD12 | LS30 | MP3 |
| BT-R | WT22-BMC | HD3B | TDX2-TZ | LS50 | MP5 |
| CB44 | KCB44 | HD5B | TDX6 | LS50Z | MP5-TZ |
| CB44HDG | KCB44-HDG | HD7B | TDX10 | LS70 | MP7 |
| CB46 | KCB46 | HDU2-SDS2.5 | PHD2A | LS70Z | MP7-TZ |
| CB66 | KCB66 | HDU4-SDS2.5 | PHD4A | LS90 | MP9 |
| CB66HDG | KCB66-HDG | HDU5-SDS2.5 | PHD5A | LSCZ | CSH-TZ |
| CBSQ44-SDS2 | CBSQ44-TZ | HDU8-SDS2.5 | PHD8 | LSSU210 | LSSH210 |
| CBSQ44-SDS2HDG | CBSQ44-HDG | HETA20 | HTA20 | LSSU28 | LSSH15-TZ |
| CBSQ46-SDS2 | CBSQ46-TZ | HGA10KT | HGA10KT | LSSUI25 | LSSH179 |
| CBSQ46-SDS2HDG | CBSQ46-HDG | HGAM10KTA | HGAM10KT | LSTA12 | LSTA12 |
| CBSQ66-SDS2 | CBSQ66-TZ | HH4 | HH44 | LSTA15 | LSTA15 |
| CBSQ66-SDS2HDG | CBSQ66-HDG | HH6 | HH66 | LSTA18 | LSTA18 |

The reference numbers in this chart are for general application comparison only and should not be used as a substitution tool. User is responsible to compare load values, fastener schedules, material specs and other factors to determine use.

Los números de referencia en esta tabla son solo para una comparación de aplicación general y no deben usarse como una herramienta de sustitución. El usuario es responsable de comparar los valores de carga, las programaciones de sujetadores, las especificaciones de material y otros factores para determinar su uso.

This chart is not totally inclusive of all products available from MiTek®. If you don't find the product you need here call or email.
Esta tabla no incluye todos los productos disponibles de MiTek®. Si no encuentra el producto que necesita aquí llame a U o envíe un mensaje de correo electrónico.

**Phone:** 1-800-328-5934 | **Fax:** 1-952-898-8605 | **Email:** uspcustomerservice@mii.com    MiTek-US.com

©2018 MiTek Industries, Inc. All Rights Reserved. #2117-4/2018



# REFERENCE NUMBER CONVERSION

## CONVERSIÓN DE NÚMERO DE REFERENCIA

| REF. NO./NO. DE REF. | MiTek - USP | REF. NO./NO. DE REF. | MiTek - USP | REF. NO./NO. DE REF. | MiTek - USP |
|---|---|---|---|---|---|
| LSTA21 | LSTA21 | MTS12 | MTW12 | SBV | SB12 |
| LSTA24 | LSTA24 | MTS12Z | MTW12-TZ | SD10112 | LL915R50 |
| LSTA30 | LSTA30 | MTS16 | MTW16 | SD10212 | LL930R50 |
| LSTA36 | LSTA36 | MTS16Z | MTW16-TZ | SD8X1.25 | LL915R50 |
| LSTA9 | LSTA9 | MTS18 | MTW18 | SD9112 | LL915R50 |
| LSTHD8 | LSTAD8 | MTS20 | MTW20 | SD9212 | LL930R50 |
| LSU26 | LSSH15-TZ | MTS20Z | MTW20-TZ | SDS25112 | WS15-HDG1500 |
| LSU26Z | LSSH15-TZ | MTSM16 | HTWM16 | SDS25112-R25 | WS15-HDGR25A |
| LTB20 | N16 | N10D5HDG | NA9D-5MC | SP1 | SPT22 |
| LTP4 | MP4F | N10DHDG | NA9D-1MC | SP1Z | SPT22-TZ |
| LTP5 | MP6F | N16 | NA16D | SP2 | SPT24 |
| LTS12 | LTW12 | N8D5HDG | NA11-5MC | SP4 | SPT4 |
| LTS16 | LTW16 | N8DHDG | NA11-1MC | SP4Z | SPT4-TZ |
| LTT20B | LTS20B | NCA2x10-16 | MBG1016 | SP6 | SPT6 |
| LU26 | JL26 | NS1 | KNS1 | SPH4 | SPTH4 |
| LU28 | JL28 | NS2 | PL4 | SPH4Z | SPTH4-TZ |
| LUC210Z | JL210IF-TZ | PA18 | PA18 | SPH6 | SPTH6 |
| LUC26Z | JL26IF-TZ | PA23 | PA23 | SPH6Z | SPTH6-TZ |
| LUC28Z | JL28IF-TZ | PA51 | TA51 | SS1.5 | STS1 |
| LUS210 | JUS210 | PA51Z | TA51-TZ | SSPZ | RSPT6-TZ |
| LUS210-2 | JUS210-2 | PA68Z | TA71-TZ | SSTB16 | STB16-10 |
| LUS210-2Z | JUS210-2TZ | PB44 | WE44 | SSTB20 | STB20-10 |
| LUS210-3 | JUS210-3 | PB44Z | WE44-TZ | ST12 | ST12 |
| LUS210-3Z | JUS210-3TZ | PB66Z | WE66-TZ | ST18 | ST18 |
| LUS210SS | JUS210-SS | PBS44A | WAS44 | ST22 | ST22 |
| LUS210Z | JUS210-TZ | PBS46 | WAS46 | ST2215 | KST216 |
| LUS24 | JUS24 | PC44-16 | PCM4416 | ST6224 | KST224 |
| LUS24Z | JUS24-TZ | PC46-16 | PCM4616 | ST6236 | KST234 |
| LUS26 | JUS26 | PC66-16 | PCM6616 | ST9 | ST9 |
| LUS26-2 | JUS26-2 | PF24 | JPF24 | STC | TR1 |
| LUS26-2Z | JUS26-2TZ | PF24Z | JPF24-TZ | STHD10 | STAD10 |
| LUS26SS | JUS26-SS | PF26 | JPF26 | STHD14 | STAD14 |
| LUS26Z | JUS26-TZ | PF26Z | JPF26-TZ | SUL210 | SKH210L |
| LUS28 | JUS28 | PFD26 | JDS26 | SUL210Z | SKH210L-TZ |
| LUS28-2 | JUS28-2 | PGT1.5Z-R | PRT15-TZ | SUL26 | SKH26L |
| LUS28-2Z | JUS28-2TZ | PGT2A | PRT2H-TZ | SUL26Z | SKH26L-TZ |
| LUS28-3 | JUS28-3 | PGT2E | PRT2-TZ | SUR210 | SKH210R |
| LUS28-3Z | JUS28-3TZ | PGT2Z-R | PRT2H-TZ | SUR210Z | SKH210R-TZ |
| LUS28Z | JUS28-TZ | PGTIC2Z-R | PRTIC2-TZ | SUR26 | SKH26R |
| LUS410 | JUS410 | PS218 | PS218-HDG | SUR26Z | SKH26R-TZ |
| LUS44 | JUS44 | PS418 | PS418-HDG | TA10 | SCA10-TZ |
| LUS44Z | JUS44-TZ | PSCL1/2-R250 | PC12 | TA10Z | SCA10-TZ |
| LUS46 | JUS46 | PSCL1/2-R50 | PC12-BMC | TA9Z | SCA9-TZ |
| MAB15 | ST1-TZ | PSCL15/32-R250 | PC1532 | THA213 | MSH213 |
| MAB15Z | ST1-TZ | PSCL19/32-R250 | PC1932 | THA218 | MSH218 |
| MAB23Z | ST2-TZ | PSCL5/8-R250 | PC58 | THA29 | MSH29 |
| MASA | FA4 | PSCL5/8-R50 | PC58-BMC | THA422 | MSH422 |
| MASAZ | FA4-TZ | PSCL7/16-R250 | PC716 | THD50600HMG-RP | 7750SD |
| META20 | HTA20-18 | PSCL7/16-R50 | PC716-BMC | THD62600HMG | 7766SD |
| MIT411.88 | THO17118-2 | PSPN516Z | ICPL516-TZ | TP15 | NP15 |
| ML24Z | ML24-TZ | PSPN58Z | ICPL58-TZ | TP35 | NP35 |
| ML26Z | ML26-TZ | RBC | RBC | TP37 | NP37 |
| MP14 | TPP14 | RFB#4X5HDG-R | THR125-HDGBMC | TP39 | NP39 |
| MP24 | TPP24 | RFB#5X12HDG-R | THR5812-HDGBMC | TP45 | NP45 |
| MP36 | TPP36 | RFB#5X16HDG-R | THR5816-HDGBMC | TP47 | NP47 |
| MST27 | KST227 | RFB#5X8 | THR588-HDG | TP57 | NP57 |
| MST37 | KST237 | RPS18 | KRPS18 | TSBR2-24 | 31-24 |
| MST48 | KST248 | RPS22 | KRPS22 | TSP | LFTA6 |
| MST60 | KST260 | RPS22Z | KRPS22-TZ | TWB10 | WBT10 |
| MSTA12 | MSTA12 | RPS28Z | KRPS28-TZ | TWB12 | WBT12 |
| MSTA12Z | MSTA12-TZ | RR | RR | U210-2 | SUH210-2 |
| MSTA15Z | MSTA15-TZ | RSP4 | RSPT4 | UFP10-SDS3 | SRC |
| MSTA18 | MSTA18 | RTA12 | TTA12-TZ | W1 | WG |
| MSTA18Z | MSTA18-TZ | RTA2Z | TTA2-TZ | WB126 | WB126 |
| MSTA24 | MSTA24 | RCWB12 | WBC12 | WB126C | RWB114 |
| MSTA24Z | MSTA24-TZ | RTB22 | TTB22-TZ | Z2 | ZC2 |
| MSTA30 | MSTA30 | RTC24 | TTC24-TZ | | |
| MSTA30Z | MSTA30-TZ | RTC42 | TTC42-TZ | | |
| MSTA36 | MSTA36 | RTF2Z | TTF22-TZ | | |
| MSTA36Z | MSTA36-TZ | RTR | TTR-TZ | | |
| MSTAM24 | MSTAM24 | RTU2 | TTU2-TZ | | |
| MSTAM36 | MSTAM36 | SBV | SB12 | | |

The reference numbers in this chart are for general application comparison only and should not be used as a substitution tool. User is responsible to compare load values, fastener schedules, material specs and other factors to determine use.

Los números de referencia en esta tabla son solo para una comparación de aplicación general y no deben usarse como una herramienta de sustitución. El usuario es responsable de comparar los valores de carga, las programaciones de sujetado-res, las especificaciones de material y otros factores para determinar su uso.

This chart is not totally inclusive of all products available from MiTek®. If you don't find the product you need here call or email.
Esta tabla no incluye todos los productos disponibles de MiTek®. Si no encuentra el producto que necesita aquí llame a U o envíe un mensaje de correo electrónico.

**Phone:** 1-800-328-5934   |   **Fax:** 1-952-898-8605   |   **Email:** uspcustomerservice@mii.com           MiTek-US.com

©2018 MiTek Industries, Inc. All Rights Reserved. #2117-4/2018