# Exhibit D

# DEALER MERCHANDISING GUIDE

## COLOR CODED MATERIALS & PROGRAMS TO MAXIMIZE RETAIL SALES

- HEADER CARDS
- PRODUCT CARDS
- AISLE SIGNS
- AISLE FLAGS
- HARDWARE
- BANNERS



Shown: 8 ft. Bin Display with Color Coded Product Headers



1-800-328-5934
MiTek-US.com

**Dealer Merchandising Program**

MiTek

## Color Coded Product Headers – 20 mil Styrene, 10″ x 24″


#H-TR


#H-H1-JL


#H-H2-JUS


#H-GH


#H-F1


#H-F2


#H-CM


#H-CB1-PAU


#H-CB2-C44


#H-CB3-KCC


#H-CB4-BC400


#H-CB5-WE


#H-AS1-MPA1


#H-AS2-MPA2


#H-AS3-ST


#H-FI1

Use 2 per header holder.
Recommended for 8-ft sets and larger.
Do not combine with structural connector header.

# Dealer Merchandising Program



## Structural Connectors Headers – 20 mil Styrene, 10″ x 24″



#H-MSC1



#H-MSC2



#H-MSC3



#H-MSC4



#H-MiTekCenter



#H-OZCO



#H-ProSeries



#H-Specifier



#H-DeckDesigner



#H-CatalogApp

Use 2 per header holder.
Recommended for 4-ft sets & 8-ft sets.
*Do not combine with color coded header.*

## Header Fixtures



**10" x 48" Header Holder**
Accommodates two
24" headers
**#HH**



**Header Bracket**
Set of 4 included
with each holder
**#HB**



**Christmas Tree Clip**
Included with each
header bracket
**#CTC**

# Dealer Merchandising Program



## Product Cards – Cardstock, 5.75" x 2.75"

Color coded by product category, provide graphic representation of installation and finish. Order by SKU number on separate form.

   

  

## Product Card Holders



**3" x 48" Clear Plastic
<u>Snap-Lock</u>
Channel Strip holder**
Holds 7 Product Cards
**#SLCH**



**3" x 48" Clear Plastic
<u>Adhesive Strip Back</u>
Channel Strip holder**
Holds 7 Product Cards
**#ABCH**



**3" x 5" Single Product
Card Holder**
Clips on Wire Rack
**#SPCH-5**



**Use with
Snap-Lock Clip**
Pack of 4 included
with strip
**#SLC**



**3" x 5" Single Product
Card Holder
<u>Adhesive Strip Back</u>
#SPCH-ADH**

# Dealer Merchandising Program



## Aisle Signs – 40 mil Styrene, 3.5″ x 48″

Product Categories (2 sided) #AS-PC

Corrosion Protection (2 sided) #AS-CP

Reference Number Conversion Chart 2 sided #AS-RNC







Use 3 sign holders per sign. Indicate clip style: Edge-Clip or Price Rail

## Category Aisle Flags – 20 mil Styrene, 3″ x 2.5″

   

Hangers — #AF-H   Caps & Bases — #AF-CB   Angles & Straps — #AF-AS   General Hardware — #AF-GH

   

Concrete & Masonry — #AF-CM   Truss/Rafter — #AF-TR   Fasteners — #AF-F   New! — #AF-N



Indicate style of aisle sign holder

## Aisle Flags and Aisle Sign Holders



**Finned Edge-Clip Flag Holder**
(Attaches to metal shelving up to 13 ga., or to rails or strips)
**#FH-EC**



**Finned Price-Rail Flag Holder**
(Snaps into standard 1-1/2" price channels)
**#FH-PR**

# Dealer Merchandising Program



## Color Coded Backer Strips – 20 mil Styrene, 3″ x 48″
For use behind product cards, inserts into channel strip holder. Can be easily cut to required length.

#BS-H

#BS-CB

#BS-AS

#BS-CM

#BS-F

#BS-GH

#BS-TR



Use with
3"x 48" Clear Plastic
Channel Strip holder
**#SLCH or #ABCH**
on pg. 4

## Color Coded Channel Strips – 1″ x 48″
For use behind pricing on gondola shelf or rack.
Can be easily cut to required length.

#CS-H

#CS-AS

#CS-F

#CS-TR

#CS-CB

#CS-CM

#CS-GH

### Window Cling – 7″ x 5″



## Strap Backer Board – 36″ x 36″
Use with 4 Christmas Tree clips (page 3).



Custom
Sizes
Available

#SBB

## MiTek Banner – 5' x 3'



**Dealer Merchandising Program** 

# Gondola Shelf Bin Kit System

**Contents of the Kit:**
- **(10)** – Slotted Divider Strips
- **(20)** – 18" Dividers
- **(5)** – 20" Dividers
- **(5)** – Clear Sign Holders with 48" adhesive strips
- **Set up for** – four shelves with 18" dividers & one shelf with 20" divider

**#GOND4822**



20" or 22" Depth

48"

Clear sign holder for product cards



**Overall Measurement of shelf**
With 18" dividers: 48" width x 20" depth
With 20" dividers: 48" x 22" depth

# DEALER MERCHANDISING PROGRAM

### EXAMPLE OF 4 FT CARTON DISPLAY



HEADER HOLDER

NEW HEADERS
Shown: Structural Connector Headers
Two 24-in headers in 48" header holder

COLOR CODED
BACKER STRIPS
&
CLEAR PLASTIC
CHANNEL STRIP HOLDER

NEW PRODUCT CARDS
(optional)

**Note:** Representational only. Craft cartons with new labels will be replaced as dealer inventory is depleted and re-ordered.



1-800-328-5934
MiTek-US.com

©2018 MiTek Industries, Inc. All Rights Reserved. #2299M-8/2018