SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
DANIEL M. PONIATOWSKI (Bar #306754)
dponiatowski@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone:    (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

PRACTUS, LLP
DUANE H. MATHIOWETZ (CA# 111831)
duane.mathiowetz@practus.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-501-0350

STINSON LLP
B. SCOTT EIDSON (*Pro Hac Vice*)
scott.eidson@stinson.com
JULIE C. SCHEIPETER (*Pro Hac Vice*)
julie.scheipeter@stinson.com
JOHN R. SCHROEDER (*Pro Hac Vice*)
john.schroeder@stinson.com
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone:    (314) 863-0800

Attorneys for Defendants
MITEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MITEK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 5:20-cv-06957-VKD<br><br>**JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR MEDIATION** |

Pursuant to Northern District of California Civil Local Rule 6-2, Plaintiff Simpson Strong-Tie Company, Inc. ("Simpson") and defendant MiTek, Inc. ("MiTek") hereby submit this Stipulation and Proposed Order Extending the Deadline for Mediation:

WHEREAS, Simpson served its Complaint on MiTek in the above-captioned action on December 15, 2020;

WHEREAS, on April 13, 2021, the Court issued a Case Management Order [ECF No. 47], which, among other things, required the Parties to conduct a private mediation with JAMS Inc. by no later than December 31, 2021;

WHEREAS, the Parties believed, as set forth in the Joint Case Management Statement [ECF No. 44], that it would be beneficial to engage in the discovery process to a significant degree before conducting a mediation;

WHEREAS, the Parties have been engaging in the discovery process, including the production of thousands of pages of ESI, which process has taken longer than the parties had anticipated;

WHEREAS, the Parties have selected a mediator, Shirish Gupta of JAMS Inc., and agreed to hold the date of January 21, 2022, for the mediation, pending the approval of the Court;

WHEREAS, the Parties' only prior request to modify any time was the Parties' Stipulation and Proposed Order requesting an extension of the deadline for MiTek to respond to the Complaint and an extension of the Initial Case Management Conference to after that deadline to respond, which extensions were accepted by the Court in an Order issued December 31, 2020 [ECF No. 12]; and

WHEREAS, the current requested change to the deadline to conduct mediation will not affect the trial date or any other case deadlines;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that the deadline to conduct mediation is extended one month to January 31, 2022.

//

//

//

| | |
|---|---|
| Dated:  December 13, 2021 | SHARTSIS FRIESE LLP |
| | |
| | By: */s/ Joseph V. Mauch*<br>JOSEPH V. MAUCH |
| | Attorneys for Plaintiff<br>SIMPSON STRONG-TIE COMPANY INC. |
| Dated:  December 13, 2021 | PRACTUS LLP |
| | |
| | By: */s/ Duane Mathiowetz*<br>DUANE MATHIOWETZ |
| | Attorneys for Defendant<br>MITEK, INC. |

**DECLARATION UNDER CIVIL LOCAL RULE 5-1(i)(3)**

I, JOSEPH V. MAUCH, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR MEDIATION.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have the concurrence of the signatory above indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  December 13 , 2021        */s/ Joseph V. Mauch*
                                   JOSEPH V. MAUCH

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 14, 2021

*Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi
United States Magistrate Judge

9127036

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 3 -
Case No.
5:20-cv-06957-VKD
JOINT CASE MANAGEMENT STATEMENT