UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., <br> Plaintiff, <br> v. <br> MITEK INC., <br> Defendant. | Case No.20-cv-06957-VKD <br><br> **JUDGMENT** <br> Re: Dkt. No. 193 |

In accordance with the Court's findings of fact and conclusions of law (Dkt. No. 193), judgement is hereby entered in favor of defendant MiTek Inc. ("MiTek") and against plaintiff Simpson Strong-Tie Company, Inc. ("Simpson") on Simpson's claims of (1) false advertising under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B); (2) false advertising under California Business & Professions Code § 17500; (3) passing off under the Lanham Act, 15 U.S.C. § 1125(a)(1)(A); (4) unfair competition under California Business & Professions Code § 17200; and (5) copyright infringement under 17 U.S.C. § 106.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 15, 2023

*Virginia K. DeMarchi*

VIRGINIA K. DEMARCHI
United States Magistrate Judge